## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**         Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**         c/w 18-8071,         18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**         Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**         Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**         c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**         Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

### ORDER

The parties presented to the Court a proposed Sixth Case Management Order with their comments, a copy of which is attached hereto. The Plaintiffs have represented they are not pursuing claims for physical property damage and have not submitted expert reports with respect thereto. The Court has determined the Plaintiffs' waiver of their right to pursue claims for physical property damages includes odor-related damages to physical property such as furniture, drapes, and carpet.

1

The Plaintiffs have submitted an expert report by Dr. Susan Schiffman, dated January 29, 2021, which included her opinion that odors permeating fabrics and textiles within Plaintiffs' homes caused higher concentrations of odors indoors. Dr. Schiffman will be allowed to testify with respect to this opinion at the Daubert hearing on general causation.

The Court will enter the Sixth Case Management Order, reflecting these decisions of the Court, by separate order.

**New Orleans, Louisiana, this 23rd day of March, 2021.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**