PFO

**EXHIBIT
27**

## PERMITS DIVISION ROUTING/APPROVAL SLIP
Major Source and Non-Oil and Gas Minor Source Permits
Authorizations to Construct or Operate
Variances

Letter of response to:

AC 6961

Log #: 8222

Review #: 26094

File: 26094 – Jefferson.doc

CDS No.: 1340-00140    New cited Permit No.: _____    Rush:  Yes  x    No _____

| Technical Review | Approved | Date Received | Date Forwarded | Comments |
|---|---|---|---|---|
| Reviewer | BDJ | 1/6/00 | 1/13/00 | LoR to reduce the # of extraction wells at JPSL |
| Pakunpanya | — | | | |
| Marting/Toxics | — | | | |
| G. Smith /Incinerators | — | | | |
| K. Jordan/PSD/NNSR | — | | | |

| Management Review | Approved | Date Received | Date Forwarded | Comments |
|---|---|---|---|---|
| Bliss Higgins | B | | 1/18/00 | |
| Mike Vince | (MV) | | 1/18/00 | |

### Please Answer All Of The Following

1. Fee Paid:  Yes ____  No ____  No Fee Required  X
*2. Groundwater Approval Required:  Yes ____  No  x  Date _____  _____ (see Policy Memo 18)
*3. Toxic Section Approval Required:  Yes ____  No  x  Date _____  _____
4. IT Questions Addressed:  Yes ____  No  X  _____ (see Permit Manual, § 4.6, Page 120)
*5. Compliance Histories Required:  Yes ____  No  x  Received:  Air ____  Hazardous Waste ____  Solid Waste ____  Water ____  (New sources or major mods +100 TPY Criteria, +10/25 TPY TAPs, +50 TPY VOC NSR, See Memo 9)
*6. Application Completeness Review Required:  Yes ____  No  x  (LAC 33:I.1503, see Memo 41)  Complete Date _____  Completeness Letter Sent Date _____
*7. Public Notice of Application:  Yes ____  No  X  Paper: _____  Date _____
*8. Public Notice of Proposed Permit:  Yes ____  No  X  (see LAC 33:III.531.A and Memos 36 and 48)  Paper: _____  Date _____  Paper: _____  Date _____
*9. VOC Reduction Plan:  Yes ____  No  X  (see LAC 33:III.2113.A.4)  For Nos. 5-9, if answered No, state reason here  LoR

10. Affected Glycol Unit:  Yes ____  No  x  (LAC 33:III.2116)
11. Compressor Testing Required:  Yes ____  No  x  To Engr. Section:  Date _____  (Jim Courville, see Memo 28)
12. Affected Tanks: NSPS K ____  Ka ____  Kb ____  Kb (60.116b) ____  NA  x  Other NSPS Subparts:  A, www _____  NA ____
13. Applicable NESHAP Subparts:  Yes ____  No.  x  Part 61: _____  Part 63: _____
14. PSD and/or NNSR Review Required:  Yes ____  No  x  Pollutants _____
15. Contemporaneous Netting Required:  Yes ____  No  x  Pollutants _____
16. Proposed Permit Sent to/Received by EPA (PSD, Title V, or special):  Date  —  BBS  E-mail  Mail
17. Record of Decision (see Memo 66):  Yes ____  Date _____  NA  X

* NA is not acceptable.  If no, state reason in space provided.



# State of Louisiana

## Department of Environmental Quality



M.J. "MIKE" FOSTER, JR.
   GOVERNOR

J. DALE GIVENS
SECRETARY

January 18, 2000

Mr. Joseph Buller, Jr., P.E.
Landfill Engineer
Dept. of Solid Waste and Environmental Impact
Jefferson Parish Sanitary Landfill
1221 Elmwood Park Blvd., Suite 1006
Harahan, LA 70123

Dear Mr. Buller:

RE:   Jefferson Parish Sanitary Landfill, Parish of Jefferson
      Permit No. 1340-00140-V1
      Landfill gas collection system design plan

By letter dated January 4, 2000, EMCON/OWT Solid Waste Services notified LDEQ of its proposal to widen the spacing of landfill gas (LFG) extraction wells at the Jefferson Parish Sanitary Landfill (JPSL). The original LFG collection system design plan, dated October 28, 1998, included 253 wells in the Phase I, II, and IIIa areas. Construction was authorized through the issuance of Permit No. 1340-00140-V0, dated June 16, 1999. This design modification will reduce the number of extraction wells to 170.

This reduction is possible because EMCON/OWT believes that a high LFG collection efficiency can be achieved at JPSL. Phase IIIA, and all future phases of the landfill, will be equipped with a geocomposite base liner, leachate collection system, and a Subtitle D final cover system. The closed portions, Phases I and II, are also equipped with leachate collection systems and a final cover. Geologic factors should also contribute to a high collection rate in the closed areas.

Certain circumstances, however, may require the LFG collection system to be expanded. Once the LFG system becomes operational, the Parish of Jefferson shall monitor surface concentrations of methane quarterly. For any location where the monitored methane concentration equals or exceeds 500 ppm above background three times within a quarterly period, a new well or other collection device must be installed within 120 calendar days of the initial exceedance. (40 CFR 60.755(c))

Also, for the purpose of demonstrating whether the gas collection system flow rate is sufficient, the Parish of Jefferson shall measure gauge pressure in the gas collection header at each individual well monthly. If negative pressure cannot be achieved without excess air infiltration within 15 days, the LFG collection system must be expanded within 120 days of the initial measurement of positive pressure, although such expansion is not required during the first 180 days after startup. (40 CFR 60.755(a)(3))



recycled paper

OFFICE OF ENVIRONMENTAL SERVICES • P.O. BOX 82135 • BATON ROUGE, LOUISIANA 70884-2135

AN EQUAL OPPORTUNITY EMPLOYER



EMCON/OWT's plan appears to satisfy the requirements for active collection systems specified in § 60.759. Provided the above procedures are followed in the event that the reduced number of extraction wells is not sufficient, the Permits Division has no objection to this modification.

Sincerely,

Michael Vince

Michael Vince, MPA
Administrator
Permits Division

MV:BDJ

c: Southeast Regional Office

A. WAS
*Bam Johnson*
PF6

LAW OFFICES

# LEMLE & KELLEHER, L.L.P.
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

SUITE 1800, ONE AMERICAN PLACE

301 MAIN STREET · BATON ROUGE, LOUISIANA 70825

TELEPHONE: (225) 387-5068   FAX: (225) 387-4995

NEW ORLEANS OFFICE
PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
21ST FLOOR
NEW ORLEANS, LOUISIANA 70130-6097
TELEPHONE: (504) 586-1241
FAX: (504) 584-9142

TIMOTHY W. HARDY
PARTNER
(225) 387-5068
thardy@lemle.com

January 4, 2000

**RECEIVED**

Mr. Gustave Von Bodungen
Louisiana Department of Environmental Quality
Office of Environmental Services
Post Office Box 82135
Baton Rouge, Louisiana 70884-2135

JAN 0 4 2000

LA DEPARTMENT OF
ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL SERVICES

Re:   Design Modification for Landfill Gas Collection and Control System
      Jefferson Parish Sanitary Landfill, Parish of Jefferson
      Solid Waste Permit No. P-0297

Dear Mr. Von Bodungen:

Please find enclosed a request to modify the proposed well spacing for the Jefferson Parish Sanitary landfill gas collection and control system submitted on behalf of Organic Waste Technologies, Inc.

If you have any questions, please contact me at the above Baton Rouge address and/or telephone number.

LOG NO. _____82222y_____

FEE REC'D   YES   (NO)

AMT. REC'D _____

CHECK NO. _____

TWH:tzc

Enclosure

cc:   Mr. Bryan Johnston

Very truly yours,

*Timothy W. Hardy*

TIMOTHY W. HARDY

**RECEIVED**

JAN 0 5 2000

DEPT. OF ENVIRONMENTAL QUALITY
OFFICE OF ENVIRONMENTAL SERVICES
PERMIT DIVISION



## EMCON

5701 East Loop 820 South • Fort Worth, Texas 76119-7051 • (817) 478-8254 • Metro (817) 572-3411 • Fax (817) 478-8874

December 23, 1999
Project 802125

Mr. Brian Johnston
Solid Waste Division
Louisiana Department of Environmental Quality
P.O. Box 82178
Baton Rouge, Louisiana  70884-2178

Re:  Design Modification for Landfill Gas Collection and Control System,
     Jefferson Parish Sanitary Landfill, Parish of Jefferson,
     Avondale, Jefferson Parish, Louisiana
     Solid Waste Permit No. P-0297

Dear Mr. Johnston:

EMCON/OWT Solid Waste Services (EMCON/OWT), a member of the IT Group, is pleased to submit the attached drawings depicting a design modification to the landfill gas (LFG) extraction well layout for the proposed LFG collection and control system (GCCS) for the Jefferson Parish Sanitary Landfill (JPSL). The JPSL is subject to the requirements of the New Source Performance Standards (NSPS) for Municipal Solid Waste Landfills as outlined in 40 Code of Federal Regulations (CFR) Part 60, Subpart WWW. Because the JPSL's nonmethane organic compound (NMOC) emissions are in excess of 50 megagrams per year (Mg/yr), as determined by the U.S. Environmental Protection Agency (EPA) Landfill Gas Emissions Model, a GCCS Design Plan was submitted to the Louisiana Department of Environmental Quality (LDEQ) on October 28, 1998. A Part 70, Title V Operating Permit Application was also submitted to the LDEQ for approval.

The Parish of Jefferson received LDEQ approval of the Title V Operating Permit on June 16, 1999. While the Title V Operating Permit did not specifically include LDEQ approval of the GCCS Design Plan, reference was made within the approved permit that a GCCS Design Plan was submitted in accordance with 40 CFR §60.752(b)(2)(i). The Parish of Jefferson must now install and place the JPSL GCCS into operation by mid-2000.

The Parish of Jefferson has retained the services of EMCON/OWT to permit, design, construct and operate the GCCS in accordance with NSPS requirements. The previously submitted GCCS Design Plan included site plans for the proposed LFG extraction well locations prepared by another consultant. In reviewing the proposed well layouts, EMCON/OWT believes that a wider spacing for the proposed LFG extraction wells can be effectively achieved while still satisfying NSPS requirements. As a result, this

Mr.Brian Johnston                                                    Project 802125
December 23, 1999
Page 2

submittal includes the revised LFG extraction well layouts for the Phase I, II, and IIIA areas. Also included is a drawing presenting the proposed layout for the LFG blower/flare facility.

The basis for proposing a wider spacing for the LFG extraction wells is the fact that the JPSL is a state-of-the-art, Subtitle D facility. The currently active Phase IIIA area, and all future phases, will be equipped with a geocomposite base liner and leachate collection systems. These two systems, plus the added value of a Subtitle D final cover system, will help contain the generated LFG within the landfill and maintain minimum leachate levels above the base liner. This will allow the GCCS to achieve a high collection efficiency, thus, requiring fewer extraction wells in Phase IIIA and future phases.

The closed, Phase II area was constructed over insitu clay soil and is equipped with a leachate collection system and is capped with a final cover system. The closed, Phase I area is pre-Subtitle D but was constructed with insitu soil berms and is equipped with a perimeter leachate drainage system and final cover system. The hydrogeologic conditions beneath the Phase I and II areas includes a shallow groundwater table below the bottom of the landfill. The shallow groundwater elevation will act as a natural barrier to migrating LFG. The shallow groundwater should enable the GCCS to operate with a high rate of collection efficiency in Phases I and II, thus, requiring fewer extraction wells in these areas.

The original well spacing presented in the October 28, 1998 GCCS Design Plan is appropriate for a pre-Subtitle D, unlined landfill. However, experience has shown that a wider well spacing when used in closed, lined municipal solid waste landfills is capable of extracting the LFG while maintaining surface methane emissions to less than 500 parts per million, by volume (ppmv), as required by the NSPS in 40 CFR §60.753(d). The GCCS Design Plan proposes a total of 253 LFG collection elements for the Phase I, II and IIIA areas. This design modification request to widen the proposed well spacing in these areas will reduce the total number of extraction wells to 170. It is further requested that this wider well spacing be approved for all future developed phases of the JPSL as well.

Per NSPS requirements, the JPSL GCCS must be placed into operation by mid-2000. By reducing the number of extraction wells, the time required for the GCCS construction can be substantially shortened thus enabling the Parish of Jefferson to meet this time schedule. It is now early December and the JPSL is about to enter into the rainy season. With the JPSL facing a mid-2000 completion date for GCCS startup, most of the construction will have to be completed during potential periods of inclement weather. Therefore, by reducing the number of wells, the Parish of Jefferson not only has more flexibility in

Mr.Brian Johnston                                                    Project 802125
December 23, 1999
Page 3

meeting this compliance schedule, but also can save considerable capital expense in not
having to install the additional wells.

Once the GCCS is placed into operation, it is the intention of the Parish of Jefferson to
operate, maintain and monitor the GCCS in accordance with NSPS requirements. If the
quarterly surface emission monitoring or subsurface migration monitoring determines that
methane is escaping from the landfill in excess of the NSPS or other regulatory
compliance standards, the extraction wells will be adjusted to mitigate the methane
emissions or migration. If well adjustments prove to be unsuccessful in mitigating the
escaping methane, the Parish of Jefferson will install additional LFG extraction wells in
the area(s) of concern in accordance with NSPS requirements.

We trust this submittal for reducing the number of LFG extraction wells for the proposed
JPSL GCCS is adequate for your review and approval. If the new LFG extraction well
layout is acceptable, please respond in writing. Should you have any questions or
comments regarding this letter, please call us at (817) 478-8254.

Sincerely,

EMCON

David G. Vonasek                           Paul J. Stout, P.E.
Senior Project Engineer                    Landfill Gas Group Manager

Attachments:  Drawings No. 1 through 4

cc:     Joseph (Rick) Buller, Jr., P.E., Parish of Jefferson
        Tim Hardy, Lemle & Kelleher
        Larry Gilbert, Renovar
        BobCarroll, Renovar
        David Knapp, EMCON/OWT

December 23, 1999


Mr. Joseph Buller, Jr., P.E.
Landfill Engineer
Department of Solid Waste and Environmental Impact
Jefferson Parish Sanitary Landfill
1221 Elmwood Park Blvd., Suite 1006
Harahan, Louisiana  70123

Dear Mr. Buller:

> Re:  Design Modification for Landfill Gas Collection and Control System,
> Jefferson Parish Sanitary Landfill, Parish of Jefferson,
> Avondale, Jefferson Parish, Louisiana
> Solid Waste Permit No. P-0297

This is to inform you that a design modification to increase the landfill gas (LFG) extraction well spacing for the above referenced facility's proposed LFG collection and control system (GCCS) has been approved.   This request was received from EMCON/OWT Solid Waste Services (EMCON/OWT) on December __, 1999.

The proposed design modification is to reduce the number of LFG extraction wells originally presented in the facility's GCCS Design Plan submitted to the Louisiana Department of Environmental Quality (LDEQ) on October 28, 1998.  The GCCS Design Plan proposes a total of 253 LFG collection elements for the Phase I, II and IIIA areas. This design modification to widen the proposed well spacing in these areas will reduce the total number of extraction wells to 170.

The request has been approved on the basis that the facility's presently active phase, as well as all future phases, will be constructed with a Subtitle D-approved geocomposite base liner and leachate collection system which should facilitate GCCS collection efficiency.  Existing Phases I and II are closed with a final cover system.  Phase II was constructed with a compacted clay liner and leachate collection system.  The pre-Subtitle D Phase I area was constructed with insitu soil berms and has a perimeter leachate drainage system.  Finally, the shallow groundwater elevations beneath the facility should provide a natural barrier to the escapement of LFG.  These conditions should provide for improved GCCS collection efficiency within the Phase I and II areas.

This approval applies to Phases I, II and IIIA, as well as all future developed phases. This approval, however, by no means guarantees the design scheme presented will be

Mr. Joseph Buller, Jr., P.E.
December 23, 1999
Page 2

capable of controlling the facility's surface emissions as required under the New Source Performance Standards (NSPS) for Municipal Solid Waste Landfills as outlined in 40 Code of Federal Regulations (CFR) Part 60, Subpart WWW. With the exception of the modified well spacing, no additional changes to the October 28, 1998 GCCS Design Plan are included in this approval.

Done this _____ day of _____, 1999.

Very truly yours,

Gustave A. Von Bodungen, P.E.
Assistance Secretary

c:      Tim Hardy, Lemle & Kelleher
        Paul Stout, P.E., EMCON/OWT
        David Knapp, EMCON/OWT
        Larry Gilbert, Renovar
        Bob Carroll, Renovar

# LANDFILL GAS COLLECTION AND CONTROL SYSTEM

## JEFFERSON PARISH SANITARY LANDFILL
## JEFFERSON PARISH, LOUISIANA

### PROJECT No. 802125

### DECEMBER 1999

PREPARED FOR:

## PARISH OF JEFFERSON



12/23/99

PREPARED BY:



**EMCON / OWT**

5701 EAST LOOP 820 SOUTH
FORT WORTH, TEXAS 76119
(817) 478-8254
(817) 478-8874 (FAX)

## FOR PERMITTING PURPOSES ONLY

INDEX TO DRAWINGS

| DRAWING NO | DRAWING TITLE | REVISION NO | DATE |
|---|---|---|---|
| | COVER SHEET | | |
| 1 | PHASE 1 PLAN | 0 | 12-1999 |
| 2 | PHASE 2 PLAN | 0 | 12-1999 |
| 3 | PHASE 3A PLAN | 0 | 12-1999 |
| 4 | BLOWER FLARE FACILITY PLAN | 0 | 12-1999 |

APPROVED:

12/23/99

PAUL J. STOUT, P.E.
LANDFILL GAS GROUP MANAGER                      DATE



TO PHASE 3A LFG COLLECTION SYSTEM (SEE DWG. NO.3)

| WELL NUMBER | CONTOUR HEIGHT (FT) | TOTAL WELL LENGTH (FT) | SLOTTED LENGTH (FT) | WELL COORDINATES | |
|---|---|---|---|---|---|
| | | | | EASTING | NORTHING |
| GW-101 | 50.00 | 20.00 | 6.50 | 8285 | 3115 |
| GW-102 | 64.00 | 34.00 | 14.25 | 8338 | 3250 |
| GW-103 | 56.00 | 38.00 | 8.50 | 8161 | 3368 |
| GW-104 | 50.00 | 20.00 | 6.50 | 8246 | 3455 |
| GW-105 | 72.00 | 42.00 | 21.00 | 8476 | 3433 |
| GW-106 | 80.00 | 50.00 | 25.00 | 8694 | 3410 |
| GW-107 | 78.00 | 48.00 | 31.00 | 8802 | 3615 |
| GW-108 | 88.00 | 58.00 | 28.00 | 8826 | 3563 |
| GW-109 | 80.00 | 50.00 | 25.00 | 8233 | 3766 |
| GW-110 | 80.00 | 50.00 | 25.00 | 8887 | 4163 |
| GW-111 | 63.00 | 33.00 | 26.50 | 8865 | 3969 |
| GW-112 | 75.00 | 45.00 | 22.50 | 9128 | 4345 |
| GW-113 | 60.00 | 30.00 | 16.00 | 8804 | 4366 |
| GW-114 | 62.00 | 32.00 | 13.50 | 8328 | 3638 |
| GW-115 | 48.00 | 18.00 | 7.50 | 8398 | 3843 |
| GW-116 | 70.00 | 40.00 | 20.00 | 8509 | 3891 |
| GW-117 | 73.00 | 43.00 | 21.50 | 8941 | 4003 |
| GW-118 | 58.00 | 28.00 | 11.75 | 8417 | 4026 |
| GW-119 | 58.00 | 28.00 | 6.50 | 8529 | 4223 |
| GW-120 | 70.00 | 40.00 | 30.00 | 8773 | 4185 |
| GW-121 | 50.00 | 20.00 | 6.50 | 9148 | 4733 |
| GW-122 | 50.00 | 20.00 | 6.50 | 8708 | 4391 |
| GW-123 | 50.00 | 20.00 | 6.50 | 8912 | 4573 |
| GW-124 | 45.00 | 15.00 | 5.00 | 8508 | 2905 |
| GW-125 | 50.00 | 20.00 | 6.50 | 8960 | 4766 |
| GW-126 | 63.00 | 33.00 | 13.75 | 9036 | 4550 |
| GW-127 | 70.00 | 40.00 | 28.00 | 9285 | 4532 |
| GW-128 | 50.00 | 20.00 | 6.50 | 9438 | 4751 |
| GW-129 | 45.00 | 15.00 | 5.00 | 9025 | 4385 |
| GW-130 | 63.00 | 33.00 | 13.75 | 9494 | 4305 |
| GW-131 | 50.00 | 20.00 | 6.50 | 8576 | 4308 |
| GW-132 | 70.00 | 40.00 | 20.00 | 9292 | 4322 |
| GW-133 | 45.00 | 15.00 | 5.00 | 9627 | 4594 |
| GW-134 | 74.00 | 44.00 | 34.00 | 9220 | 4149 |
| GW-135 | 84.00 | 54.00 | 27.00 | 9088 | 3857 |
| GW-136 | 65.00 | 35.00 | 14.75 | 9444 | 4117 |
| GW-137 | 75.00 | 45.00 | 22.50 | 9313 | 3635 |
| GW-138 | 58.00 | 28.00 | 11.75 | 9536 | 3913 |
| GW-139 | 82.00 | 52.00 | 26.00 | 9181 | 3752 |
| GW-140 | 66.00 | 36.00 | 16.00 | 9405 | 3730 |
| GW-141 | 66.00 | 56.00 | 28.50 | 8857 | 3775 |
| GW-142 | 60.00 | 50.00 | 25.00 | 9049 | 3570 |
| GW-143 | 45.00 | 15.00 | 5.00 | 9629 | 3707 |
| GW-144 | 50.00 | 20.00 | 6.50 | 9536 | 3657 |
| GW-145 | 70.00 | 40.00 | 28.00 | 9273 | 3547 |
| GW-146 | 45.00 | 15.00 | 5.00 | 9183 | 3398 |
| GW-147 | 45.00 | 15.00 | 5.00 | 8431 | 3045 |
| GW-148 | 55.00 | 25.00 | 10.50 | 9142 | 3368 |
| GW-149 | 66.00 | 36.00 | 12.50 | 8918 | 3357 |
| GW-150 | 54.00 | 24.00 | 10.00 | 8766 | 3205 |
| GW-151 | 50.00 | 30.00 | 6.50 | 9010 | 3182 |
| GW-152 | 45.00 | 15.00 | 5.00 | 8876 | 3050 |
| GW-153 | 42.00 | 12.00 | 4.00 | 8725 | 2857 |
| GW-154 | 72.00 | 42.00 | 21.00 | 8802 | 3228 |
| GW-155 | 50.00 | 20.00 | 6.50 | 8855 | 3022 |
| GW-156 | 45.00 | 15.00 | 5.00 | 9365 | 3342 |

SCALE IN FEET
0   200   400

## LEGEND

GW-01   PROPOSED LFG EXTRACTION WELL

PROPOSED LFG EXTRACTION PIPING

PROPOSED ISOLATION VALVE

EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER

PROPOSED FLANGE CONNECTION

PAUL STOUT
REG. No. 28652
REGISTERED
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING
12/23/99

NOTES:

1. ACTUAL WELL LOCATIONS, DEPTHS, FLOW RATES, ETC. ARE SUBJECT TO CHANGE BASED ON FIELD DATA AND REFUSE ACCEPTANCE RATE.

2. ALL ELEVATIONS SHOWN ON THE PLANS ARE CARD DATUM.

3. GRID BASED ON PLANT COORDINATE SYSTEM.

DENSE TREES

EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER(TYP.)

BLIND FLANGE

TO PHASE 2 LFG COLLECTION SYSTEM (SEE DWG. NO.2)

PROPOSED BLOWER/FLARE FACILITY

FOR PERMITTING PURPOSES ONLY

**EMCON**

JEFFERSON PARISH, LOUISIANA
JEFFERSON PARISH SANITARY LANDFILL

LFG COLLECTION AND CONTROL SYSTEM
PHASE 1 PLAN

DRAWING NO. 1

PROJECT NO. 60125



| WELL NUMBER | CONTOUR HEIGHT (FT) | TOTAL WELL LENGTH (FT) | SLOTTED LENGTH (FT) | WELL COORDINATES | |
|---|---|---|---|---|---|
| | | | | EASTING | NORTHING |
| GW-201 | 40.00 | 20.00 | 8.50 | 10247 | 2512 |
| GW-202 | 36.00 | 16.00 | 5.50 | 10362 | 2400 |
| GW-203 | 40.00 | 20.00 | 8.50 | 10472 | 2512 |
| GW-204 | 36.00 | 16.00 | 5.50 | 10584 | 2400 |
| GW-205 | 43.00 | 23.00 | 9.75 | 10697 | 2512 |
| GW-206 | 36.00 | 16.00 | 5.50 | 10810 | 2400 |
| GW-207 | 42.00 | 22.00 | 9.25 | 10922 | 2512 |
| GW-208 | 36.00 | 16.00 | 5.50 | 11035 | 2388 |
| GW-209 | 42.00 | 22.00 | 9.25 | 11147 | 2512 |
| GW-210 | 40.00 | 20.00 | 8.50 | 11372 | 2512 |
| GW-211 | 36.00 | 16.00 | 5.50 | 11260 | 2388 |
| GW-212 | 40.00 | 20.00 | 8.50 | 11597 | 2512 |
| GW-213 | 36.00 | 16.00 | 5.50 | 11484 | 2388 |
| GW-214 | 36.00 | 16.00 | 5.50 | 11710 | 2388 |
| GW-215 | 36.00 | 16.00 | 5.50 | 11935 | 2423 |
| GW-216 | 40.00 | 20.00 | 8.50 | 11822 | 2423 |
| GW-217 | 40.00 | 20.00 | 8.50 | 11995 | 2619 |
| GW-218 | 38.00 | 18.00 | 8.00 | 11990 | 2798 |
| GW-219 | 40.00 | 20.00 | 8.50 | 11822 | 2902 |
| GW-220 | 36.00 | 16.00 | 5.50 | 11709 | 3097 |
| GW-221 | 36.00 | 16.00 | 5.50 | 11485 | 3097 |
| GW-222 | 40.00 | 20.00 | 8.50 | 11260 | 3097 |
| GW-223 | 36.00 | 16.00 | 5.50 | 11035 | 3097 |
| GW-224 | 36.00 | 16.00 | 5.50 | 10810 | 3097 |
| GW-225 | 36.00 | 16.00 | 5.50 | 10585 | 3097 |
| GW-226 | 36.00 | 26.00 | 11.00 | 10472 | 2902 |
| GW-227 | 36.00 | 16.00 | 5.50 | 10360 | 3097 |
| GW-228 | 42.00 | 22.00 | 9.25 | 10247 | 2902 |
| GW-229 | 36.00 | 16.00 | 5.50 | 10135 | 3097 |
| GW-230 | 36.00 | 16.00 | 5.50 | 10222 | 2902 |
| GW-231 | 46.00 | 26.00 | 5.50 | 10135 | 2707 |
| GW-232 | 46.00 | 26.00 | 11.00 | 10922 | 2902 |
| GW-233 | 36.00 | 16.00 | 5.50 | 10022 | 2512 |
| GW-234 | 46.00 | 26.00 | 11.00 | 10697 | 2902 |
| GW-235 | 46.00 | 26.00 | 11.00 | 10360 | 2707 |
| GW-236 | 50.00 | 30.00 | 12.50 | 10585 | 2707 |
| GW-237 | 49.00 | 19.00 | 8.50 | 10810 | 2707 |
| GW-238 | 48.00 | 18.00 | 6.00 | 11035 | 2707 |
| GW-239 | 48.00 | 18.00 | 5.50 | 11147 | 2902 |
| GW-240 | 48.00 | 18.00 | 6.00 | 11259 | 2706 |
| GW-241 | 46.00 | 16.00 | 5.50 | 11372 | 2902 |
| GW-242 | 49.00 | 19.00 | 8.50 | 11485 | 2707 |
| GW-243 | 46.00 | 16.00 | 5.50 | 11710 | 2707 |
| GW-244 | 46.00 | 16.00 | 5.50 | 11597 | 2902 |

LEGEND

GW-01 ⊕ PROPOSED LFG EXTRACTION WELL

PROPOSED LFG EXTRACTION PIPING

PROPOSED ISOLATION VALVE

○ EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER

PROPOSED FLANGE CONNECTION

NOTES:

1. ACTUAL WELL LOCATIONS, DEPTHS, FLOW RATES, ETC. ARE SUBJECT TO CHANGE BASED ON FIELD DATA AND REFUSE ACCEPTANCE RATE.

2. ALL ELEVATIONS SHOWN ON THE PLANS ARE CAIRO DATUM.

3. GRID BASED ON PLANT COORDINATE SYSTEM.

SCALE IN FEET
0    200    400

EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER (TYP.)

TO LFG FLARE FACILITY (SEE DWG. NO.4)

DENSE TREES    DENSE TREES    DENSE TREES

PAUL C. STOUT
REG. No. 26682
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING
12/23/99

FOR PERMITTING PURPOSES ONLY

EMCON

JEFFERSON PARISH, LOUISIANA
JEFFERSON PARISH SANITARY LANDFILL

LFG COLLECTION AND CONTROL SYSTEM
PHASE 2 PLAN

DRAWING NO. 2
PROJECT NO. 802123



| Well Number | Contour Height (ft) | Total Well Length (ft) | Slotted Length (ft) | Well Coordinates | |
|---|---|---|---|---|---|
| | | | | Easting | Northing |
| GW-301 | 64.50 | 38.50 | 16.50 | 10519 | 4069 |
| GW-302 | 58.50 | 23.50 | 10.00 | 10423 | 3900 |
| GW-303 | 50.00 | 25.00 | 10.50 | 10325 | 3725 |
| GW-304 | 67.50 | 42.50 | 21.25 | 10725 | 4077 |
| GW-305 | 58.75 | 33.75 | 14.25 | 10629 | 3904 |
| GW-306 | 50.00 | 25.00 | 10.50 | 10528 | 3730 |
| GW-307 | 50.50 | 25.50 | 10.75 | 10737 | 3738 |
| GW-308 | 87.75 | 47.75 | 21.50 | 10929 | 4085 |
| GW-309 | 59.25 | 34.25 | 14.50 | 10828 | 3916 |
| GW-310 | 59.50 | 34.50 | 14.50 | 11035 | 3817 |
| GW-311 | 50.75 | 25.75 | 10.75 | 10834 | 3743 |
| GW-312 | 68.50 | 43.50 | 21.75 | 11133 | 4097 |
| GW-313 | 68.50 | 43.50 | 21.75 | 11331 | 4086 |
| GW-314 | 60.00 | 35.00 | 14.75 | 11233 | 3926 |
| GW-315 | 51.00 | 26.00 | 11.00 | 11136 | 3752 |
| GW-316 | 51.00 | 26.00 | 11.00 | 11330 | 3750 |
| GW-317 | 68.75 | 43.75 | 22.00 | 11528 | 4103 |
| GW-318 | 60.00 | 35.00 | 14.75 | 11435 | 3926 |
| GW-319 | 60.00 | 35.00 | 14.75 | 11637 | 3831 |
| GW-320 | 51.75 | 28.75 | 11.25 | 11530 | 3763 |
| GW-321 | 68.50 | 44.50 | 22.25 | 11731 | 4108 |
| GW-322 | 61.00 | 38.00 | 15.00 | 11842 | 3941 |
| GW-323 | 52.00 | 27.00 | 11.75 | 11743 | 3770 |
| GW-324 | 52.25 | 27.25 | 11.50 | 11950 | 3772 |
| GW-325 | 63.50 | 40.50 | 20.25 | 11931 | 4114 |
| GW-326 | 60.00 | 35.00 | 14.75 | 12046 | 3849 |
| GW-327 | 55.00 | 30.00 | 12.50 | 12148 | 3782 |
| GW-328 | 50.00 | 25.00 | 10.50 | 12248 | 3658 |
| GW-329 | 58.00 | 30.00 | 12.50 | 12135 | 4121 |
| GW-330 | 55.50 | 30.50 | 12.75 | 12125 | 4456 |
| GW-331 | 50.75 | 25.75 | 10.75 | 12223 | 4635 |
| GW-332 | 65.50 | 40.50 | 20.25 | 11830 | 4452 |
| GW-333 | 60.00 | 35.00 | 14.75 | 12027 | 4627 |
| GW-334 | 51.50 | 26.50 | 11.25 | 12122 | 4802 |
| GW-335 | 68.50 | 33.50 | 14.00 | 11733 | 4449 |
| GW-336 | 60.25 | 35.25 | 14.75 | 11825 | 4619 |
| GW-337 | 51.50 | 26.50 | 11.25 | 11922 | 4763 |
| GW-338 | 51.75 | 28.75 | 11.25 | 11721 | 4785 |
| GW-339 | 68.50 | 43.50 | 21.75 | 11526 | 4441 |
| GW-340 | 60.25 | 35.25 | 14.75 | 11621 | 4615 |
| GW-341 | 60.00 | 35.00 | 14.75 | 11421 | 4609 |
| GW-342 | 51.50 | 26.50 | 11.25 | 11517 | 4782 |
| GW-343 | 68.50 | 43.50 | 21.75 | 11325 | 4440 |
| GW-344 | 68.50 | 43.50 | 21.75 | 11233 | 4429 |
| GW-345 | 60.00 | 35.00 | 14.75 | 11218 | 4607 |
| GW-346 | 51.50 | 26.50 | 11.25 | 11317 | 4774 |
| GW-347 | 51.50 | 26.50 | 11.25 | 11115 | 4766 |
| GW-348 | 68.50 | 43.50 | 21.75 | 10926 | 4433 |
| GW-349 | 60.00 | 35.00 | 14.75 | 11017 | 4603 |
| GW-350 | 60.00 | 35.00 | 14.75 | 10815 | 4589 |
| GW-351 | 51.50 | 26.50 | 11.25 | 10914 | 4761 |
| GW-352 | 68.50 | 43.50 | 21.75 | 10711 | 4415 |
| GW-353 | 60.00 | 35.00 | 14.75 | 10808 | 4590 |
| GW-354 | 51.50 | 26.50 | 11.25 | 10705 | 4756 |
| GW-355 | 51.25 | 26.25 | 11.00 | 10506 | 4753 |
| GW-356 | 64.25 | 39.25 | 18.50 | 10511 | 4411 |
| GW-357 | 58.00 | 34.00 | 14.25 | 10411 | 4579 |
| GW-358 | 51.50 | 26.50 | 11.25 | 10305 | 4745 |
| GW-359 | 54.00 | 29.00 | 12.25 | 10314 | 4408 |
| GW-360 | 54.50 | 29.50 | 12.50 | 10321 | 4067 |
| GW-361 | 59.50 | 34.50 | 14.50 | 10420 | 4238 |
| GW-362 | 69.50 | 44.50 | 22.25 | 10622 | 4243 |
| GW-363 | 74.75 | 49.75 | 25.00 | 10821 | 4248 |
| GW-364 | 75.00 | 50.00 | 25.00 | 11025 | 4253 |
| GW-365 | 75.00 | 50.00 | 25.00 | 11228 | 4267 |
| GW-366 | 75.00 | 50.00 | 25.00 | 11426 | 4272 |
| GW-367 | 75.00 | 50.00 | 25.00 | 11628 | 4272 |
| GW-368 | 70.50 | 45.50 | 22.75 | 11829 | 4275 |
| GW-369 | 60.50 | 35.50 | 15.00 | 12029 | 4285 |
| GW-370 | 50.50 | 25.50 | 10.75 | 12232 | 4293 |

**LEGEND**

●— PROPOSED LFG EXTRACTION WELL

—r— PROPOSED LFG EXTRACTION PIPING

▷◁ PROPOSED ISOLATION VALVE

○ EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER

—‖— PROPOSED FLANGE CONNECTION

**NOTES:**

1. ACTUAL WELL LOCATIONS, DEPTHS, FLOW RATES, ETC. ARE SUBJECT TO CHANGE BASED ON FIELD DATA AND REFUSE ACCEPTANCE RATE.

2. ALL ELEVATIONS SHOWN ON THE PLANS ARE CAIRO DATUM.

3. GRID BASED ON PLANT COORDINATE SYSTEM.

TO PHASE 1 LFG COLLECTION SYSTEM (SEE DWG. NO.1)

TO PHASE 2 LFG COLLECTION SYSTEM (SEE DWG. NO.2)

DENSE TREES    GATE    DENSE TREES

EXISTING LEACHATE COLLECTION SYSTEM CLEAN-OUT RISER (TYP)

CELL 1  CELL 2  CELL 3  CELL 4  CELL 5  CELL 6  CELL 7  CELL 8  CELL 9  CELL 10  CELL 11  CELL 12

0  200  400
SCALE IN FEET



PAUL STOUT
STATE OF LOUISIANA
REG. No. 26832
REGISTERED
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING
12/23/99

**EMCON**

JEFFERSON PARISH, LOUISIANA
JEFFERSON PARISH SANITARY LANDFILL

LFG COLLECTION AND CONTROL SYSTEM
PHASE 3A PLAN

DRAWING 3



NOTES:

1. ALL DETAILS CONTAINED ON THIS DRAWING ARE FOR PERMITTING PURPOSES ONLY. EXACT DESIGN DETAILS INCLUDING ELECTRICAL CONTROL, WILL BE PREPARED BY THE MANUFACTURER AND SUBMITTED TO THE ENGINEER FOR REVIEW AND APPROVAL PRIOR TO INSTALLATION.

2. BLOWER/FLARE SKID TO BE DESIGNED AND CONSTRUCTED BY LFG SPECIALTIES, INC. OR APPROVED EQUIVALENT MANUFACTURER.

BLOWER/FLARE FACILITY

FOR PERMITTING PURPOSES ONLY

EMCON

JEFFERSON PARISH, LOUISIANA
JEFFERSON PARISH SANITARY LANDFILL

LFG COLLECTION AND CONTROL SYSTEM
BLOWER/FLARE FACILITY PLAN

DRAWING NO. 4