## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>        **Plaintiff** | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>        **Defendants** | **SECTION: "E" (5)** |
| | |
| *Related Case:* | **CIVIL ACTION** |
| **FREDERICK ADDISON, ET AL.,**<br>        **Plaintiffs** | **NO. 19-11133, c/w 19-14512** |
| | **SECTION: "E" (5)** |
| **VERSUS** | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>        **Defendants** | **JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |
| | |
| *Applies to: All Cases* | |

## FIRST AMENDED JOINT PRE-TRIAL ORDER

NOW COME the parties in the above-entitled and enumerated causes of action who jointly submit the following First Amended Pre-Trial Order in this matter, amending and superseding the Joint Pre-Trial Order, dated November 3, 2021 (No. 18-cv-7889 ECF No. 206; No. 19-cv-11133, ECF No. 229) filed in accordance with the Minute Entry, dated September 14, 2021 (No. 18-cv-7889 ECF No. 161; No. 19-cv-11133, ECF No. 201) and the Seventh Case Management Order ("Seventh CMO"), dated September 23, 2021 (No. 18-cv-7889 ECF No. 162; No. 19-cv-11133, ECF No. 202):

I.      **DATE OF PRE-TRIAL CONFERENCE**

Thursday, January 27, 2022, at 11:00 am Central Time (No. 18-cv-7889 ECF No. 230;

No. 19-cv-11133, ECF No. 261)

II.     **APPEARANCE OF COUNSEL**

      A.      **Attorneys for the *Ictech-Bendeck* Plaintiffs**

THE LAW OFFICE OF BRUCE C. BETZER

Bruce C. Betzer (Bar No. 26800)
Jennifer S. Avallone (Bar No. 35613)
A Professional Limited Liability Company
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964

HAMMEL LAW FIRM, LLC

Douglas S. Hammel (Bar No. 26915)
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964

MARTZELL BICKFORD & CENTOLA

Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

LISKA, EXNICIOS & NUNGESSER

Max N. Tobias, Jr. (#12837)
1515 Poydras Street, Suite 1400

New Orleans, LA 70112 Telephone: (504) 410-9611
Facsimile: (504) 410-9937
maxtobias504@aol.com

IRPINO, AVIN & HAWKINS

Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

LAW OFFICE OF JOHN D. SILEO

John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*

**B.**     **Attorneys for the *Addison* Plaintiffs**

FORREST CRESSY & JAMES, LLC

Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)
S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com

WHITEFORD, TAYLOR & PRESTON, L.L.P.

3

C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Erik D. Bolog (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
ebolog@wtplaw.com
mchilders@wtplaw.com

*Counsel For Addison Plaintiffs*

**C.      Attorneys for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.**

BRADLEY MURCHISON KELLY & SHEA LLC

David R. Taggart (LSBA No. 12626) (trial counsel)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims (LSBA No. 33991) (trial counsel)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Facsimile: (504) 596-6301

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*) (trial counsel)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*) (trial counsel)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*) (trial counsel)
400 W. 15th St., Suite 1410
Austin, TX 78701
(512)-391-8035

**D.    Attorneys for Defendant Jefferson Parish**

CONNICK AND CONNICK, LLC

William P. Connick (LSBA No. 14158)
Michael S. Futrell (LSBA No. 20819) (trial counsel)
Matthew D. Moghis (LSBA No. 33994) (trial counsel)
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

**E.    Attorneys for Defendant Aptim Corp.**

GIEGER, LABORDE & LAPEROUSE, L.L.C.

Ernest P. Gieger, Jr. (LSBA No. 6154)
John E. W. Baay (LSBA No. 22928) (trial counsel)
J. Michael DiGiglia (LSBA No. 24378)
Nicholas S. Bergeron (LSBA No. 37585) (trial counsel)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

**III.    DESCRIPTION OF THE PARTIES:**

**A.    Plaintiffs,**

See the attached Appendix A.

**B.    Defendants,**

1)       Defendant Parish of Jefferson is a political subdivision of the State of Louisiana and the owner of the Jefferson Parish Landfill located at 5800 Highway 90 West, Avondale, Louisiana.

2)       Defendant Waste Connections, Inc., is a publicly held corporation, and Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc., are wholly-owned subsidiaries of Waste Connections, Inc. Defendant Louisiana Regional Landfill Company, f/k/a IESI LA Landfill Corporation, operated portions of the Jefferson Parish Landfill from May 2013 through December 31, 2020.

3)       Defendant Aptim Corporation is a private company that operated and maintained the Jefferson Parish Landfill's gas collection and control system from July 1, 2017, until May 17, 2019.

## IV.      STATEMENT OF JURISDICTION:

The Court determined that it has subject matter jurisdiction over these actions under the Class Action Fairness Act (28 U.S.C. § 1332(d) *et seq.*) in the following orders: No. 18-cv-08071, ECF No. 23 (Mar. 14, 2019); No. 18-cv-07889, ECF No. 37 (Mar. 14, 2019); No. 18-cv-09312, ECF No. 23 (Mar. 14, 2019); No. 18-cv-08218, ECF 25 (Mar. 14, 2019); No. 19-cv-11133; ECF No. 48 (Aug. 9, 2019).

## V.       PENDING OR CONTEMPLATED MOTIONS AND SPECIAL ISSUES

The following motions are currently pending:

### A.      Plaintiffs

### B.      Defendants

1.   Defendants may file evidentiary motions in limine to exclude certain documentary evidence and testimony.

## VI.      LIST OF UNCONTESTED MATERIAL FACTS:

The parties' joint list of uncontested material facts is located in Appendix B.

**VII.    LIST OF CONTESTED ISSUES OF FACT**

The parties' respective lists of contested issues of fact are in Appendix C.

**VIII.   LIST OF CONTESTED ISSUES OF LAW**

The parties' respective lists of contested issues of law are listed in Appendix D.

**IX.    LIST OF EXHIBITS**

Pursuant to the Seventh CMO, this is a combined *Daubert* hearing and trial on the issue of General Causation, at which the principal witnesses will be experts, and the basic facts of the case will consist primarily of those facts considered and relied upon by those experts. Except as otherwise noted in the list of exhibits included in Appendix E, the parties do not advance objections of hearsay, foundation, or authenticity. As directed by the Court, specific objections are noted and briefed separately. The exhibit list does not include any exhibits that may be used for impeachment purposes. The parties' decision not to advance certain evidentiary objections at this stage of the proceeding should not be considered a waiver of the same objections that might be asserted in a different context.

Plaintiffs state that because the penalty for not listing a document as an exhibit is preclusion of the exhibit even on cross-examination, Plaintiffs have included in the appended exhibit list many documents considered by expert witnesses, which are included because those experts may be cross-examined regarding any such documents.

As directed by the Court, the expert reports and other documents expected to be referred to frequently are being provided to the Court in bench books.

**X.    DEMONSTRATIVE EXHIBITS**

  **A.    By Plaintiffs:**

    1.   All figures and tables included in or attached to expert reports

2.   Graph showing the amount of spent lime accepted at JPLF per year.

3.   Graph showing the number of odor complaints by year

4.   Timeline of events at JPLF

5.   Diagram/Map of Phase 4A

6.   Figures attached to the Soler Report/Rebuttal

7.   Typical well construction

8.   Predicted leachate levels

9.   Map of area

10. Comparison of Mr. Marshall's factors for generation of hydrogen sulfide gas

**B.    By Defendants:**

1.   All figures and tables included in or attached to expert reports

2.   Map of portions of Jefferson Parish with overlays for relevant locations of plaintiffs, complaints, sampling events, facilities, and air dispersion plumes.

3.   Slides (approximately 4) of basic landfill construction features.

4.   Schematic cross-section of basic landfill features.

5.   Relevant hydrogen sulfide ambient air concentrations.

6.   Hydrogen sulfide measurements and modeled concentrations on-site at the JPLF.

7.   Comparison of measured surface concentrations and modeled hydrogen sulfide concentration in landfill gas.

8.   Comparison of hydrogen sulfide measurements in gas collection wells and measured surface concentrations.

9.   Comparisons of modeled ambient air concentrations and on-site monitoring data.

10. Compass roses centered on MAML locations.

11. Slides describing the qualifications of Dr. John Kind and the bases for his opinions.

12. Summary of Jeffrey Marshall's expert opinions.

13. Summary of landfill conditions affecting hydrogen sulfide generation.

14. Summary of Dr. Jaana Pietari's first-order decay equation and model inputs.

15. Summary of (1) Dr. Pietari's estimate of the sulfate content of the "spent lime" disposed of at the JPLF; and (2) the sulfate content of a sample of Rain Carbon spent lime as reported by Pace Analytical.

16. Summaries of hydrogen sulfide concentration measurements taken at Phase 4A gas extraction wells during the relevant time period.

17. Summary of first-order decay model variables developed by (1) Dr. Pietari; and (2) published field-scale studies estimating hydrogen sulfide generation from sulfate-containing wastes in landfills.

18. Schematic of leachate levels, gas wells, and landfill contours.

19. Summary of Barry Kline's Opinions

20. Typical SEM Monitoring Path

21. Table B1-1 from Mr. Kline's Report

22. Table B1-2 from Mr. Kline's Report

23. Comparison table of TRC In-Well hydrogen sulfide concentrations with SCS surface hydrogen sulfide measurements

24. Relationship between the landfill gas generation models used by Dr. Pietari and Mr. Soler

25. Summaries and/or diagrams concerning odor thresholds

26. Summaries and/or diagrams of factors impacting odor perception

27. Figures and/or diagrams regarding soil cover and hydrogen sulfide attenuation

## XI.    DEPOSITION TESTIMONY

The deposition testimony each party is offering into evidence and any objections are annotated in the deposition transcripts enclosed in Appendix F, with Plaintiffs' designations highlighted in orange, Defendants' objections to Plaintiffs' designations highlighted in yellow, Defendants' counter-designations highlighted in blue, and Defendants' designations highlighted

in green. The parties' objections to any deposition testimony are addressed in accompanying memoranda of law.

## XII.    WITNESS LISTS

Witness lists were exchanged in accordance with the Federal Rules of Civil Procedure and prior court orders. Counsel certify that they have exchanged expert reports in accordance with the Federal Rules of Civil Procedure and prior court orders.

### A.    By Plaintiffs

| Name | Will/May Call | General Subject Matter of Testimony | Address |
|------|---------------|-------------------------------------|---------|
| Jose Sananes | Will Call | Mr. Sananes is an expert in the field of landfill environmental control/treatment systems; landfill gas generation, control and treatment; landfill closure and brownfield and landfill redevelopment; soil and groundwater remediation and landfill rehabilitation; beneficial reuse programs; and solid waste management. Mr. Sananes is expected to testify, consistent with his report and deposition testimony, regarding the emissions from the Jefferson Parish Landfill. | Ramboll US Consulting, Inc. 101 Carnegie Center #200 Princeton, NJ 08540 |
| Jaana Pietari, Ph.D., MBA, PE | Will Call | Determination of the amount of hydrogen sulfide generated by fly ash and spent lime accepted by the Jefferson Parish Landfill. Dr. Pietari is an expert in the field of evaluation of fate and transport of contaminants in landfills, including biodegradation and biological transformation of pollutants and biological treatment, in addition to environmental remediation, and environmental forensics. She is expected to testify, consistent with | Ramboll US Consulting, Inc. 3 Carlisle Road, Suite 210 Westford, MA 01886 |

| | | her report and deposition testimony, specifically with regard to the generation of hydrogen sulfide gas at the Jefferson Parish Landfill. | |
|---|---|---|---|
| James F. Lape, Jr. | Will Call | Mr. Lape is an expert in the area of air toxics fate and transport modeling and exposure assessment. He has conducted air modeling analyses to support human and/or ecological risk assessments at more than 50 sites, including municipal solid waste landfills. He is expected to testify, consistent with his report and deposition testimony, specifically with regard to the air modeling analysis conducted at the Jefferson Parish Landfill and specifically with regard to the dates and time when exposure to emissions from the Jefferson Parish Landfill occurred and the concentrations of exposures as shown by the modeling. | Integral Consulting, Inc. 200 Harry S. Truman Parkway, Suite 330 Annapolis, MD 21401 |
| Susan S. Schiffman, Ph.D | Will Call | Dr. Schiffman has worked in the field of odor assessment for more than five decades. At Duke University, she was a Professor of Medical Psychology, Director of the Taste and Smell Laboratory, and Professor in the Department of Psychological and Brain Sciences. She has been a Visiting Scientist in the Department of Biochemistry at the University of Oxford (England), and has served on the External Advisory Committee for the University of Pennsylvania's Clinical Taste and Smell Research Center. From 1995 to 2007, she was Adjunct Professor in the Department of Biological and Agricultural Engineering, North | President, Schiffman Consulting 18 Health Place Durham, NC 27705 |

| | | Carolina State University, Raleigh, North Carolina. Since 2008, she has been Adjunct Professor in the Department of Electrical and Computer Engineering, North Carolina State University, Raleigh, North Carolina. She is a member of IEEE and President of Schiffman Consulting, a firm that specializes in issues related to smell and taste. Dr. Schiffman is expected to testify, consistent with her report and deposition testimony, regarding the injuries and effects that the gases and odors emitted from the Jefferson Parish Landfill are capable of producing. | |
|---|---|---|---|
| Joseph "Rick" Buller, Jr. | May Call | Joseph "Rick" Buller, Jr. Mr. Buller is the former landfill engineer for the Jefferson Parish Landfill. Mr. Buller is expected to testify regarding his knowledge, experience, and observations as to the Jefferson Parish Landfill during the relevant time period, including, but not limited to, elevated hydrogen sulfide and landfill odors emissions at the JPLF, the state of the various gas and leachate collection control systems at the JPLF, and his efforts to determine the source of those elevated hydrogen sulfide and landfill odors emissions at the JPLF. | 215 Crystal St. New Orleans, LA 70124 |
| Brian DeJean | May Call | Mr. DeJean is the landfill engineer for the River Birch Landfill and former consulting, now contractual landfill engineer for the Jefferson Parish Landfill. Mr. DeJean is expected to testify regarding his knowledge, experience, and | 2000 S. Kenner Ave Avondale, LA 70094 |

| | | observations as to the Jefferson Parish Landfill during the relevant time period, including, but not limited to, elevated hydrogen sulfide and landfill odors, the state of the various gas and leachate collection control systems at the landfill, and the efforts to reduce odor emissions. | |
|---|---|---|---|
| Aptim Corporation, through its designated corporate representative(s), including but not limited to Josh Broggi. | May Call. | Aptim is the former contractor responsible for the operation and maintenance of the landfill gas collection system at the JPLF. Aptim is expected to testify regarding its knowledge, experience, and observations as to the Jefferson Parish Landfill during the relevant time period, including, but not limited to, elevated hydrogen sulfide and landfill odors, the state of the various gas and leachate collection control systems at the landfill, and the efforts to reduce odor emissions | |
| The Parish of Jefferson, through its designated corporate representative(s), including but not limited to Michael Lockwood. | May Call | Jefferson Parish is the owner of the JPLF. Jefferson Parish is expected to testify regarding its knowledge, experience, and observations as to the Jefferson Parish Landfill during the relevant time period, including, but not limited to, elevated hydrogen sulfide and landfill odors, the state of the various gas and leachate collection control systems at the landfill, and the efforts to reduce odor emissions. | |
| Waste Connections, through its designated corporate representative(s), including but not limited to Brett O'Connor. | May Call | Waste Connections is the former operator of the JPLF. Waste Connections is expected to testify regarding its knowledge, experience, and observations as to the Jefferson Parish Landfill during the relevant time period, | |

| | | including, but not limited to, elevated hydrogen sulfide and landfill odors, the state of the various gas and leachate collection control systems at the landfill, and the efforts to reduce odor emissions. | |
|---|---|---|---|

**B.    By Defendants**

| Name | Will/May Call | General Subject Matter of Testimony | Address |
|---|---|---|---|
| Jeffrey D. Marshall, PE | Will Call | Expert in hydrogen sulfide generation, chemical engineering, environmental chemistry, analytical laboratory methods, characterization, management, and disposal of special and industrial wastes. Mr. Marshall will testify regarding the accuracy and reliability of Plaintiffs' $H_2S$ generation estimate, as set forth in his report. | SCS Engineers 11260 Roger Bacon Drive Reston, VA 20190 |
| Matthew K. Stutz | Will Call | Expert in landfill engineering. Mr. Stutz will testify regarding certain aspects of Plaintiffs' experts' opinions regarding environmental control systems at the Jefferson Parish Landfill and Plaintiffs' experts' estimates of fugitive $H_2S$ emissions from the landfill, as set forth in his report. | Weaver Consultants Group, LLC 6420 Southwest Boulevard, Suite 206 Fort Worth, Texas 76109 |
| Barry A. Kline, PE | May Call | Expert in landfill engineering. Mr. Kline will testify regarding certain aspects of Plaintiffs' experts' opinions regarding environmental control systems at the Jefferson Parish Landfill and their potential contribution to complaints of offsite odors, as set forth in his report. | TRC Environmental Corporation 21 Griffin Road North Windsor, CT 06095 |

| Name | Will/May Call | General Subject Matter of Testimony | Address |
|---|---|---|---|
| Tarek Abichou, PhD, PE | Will Call | Expert on landfill emissions. Dr. Abichou will testify regarding certain aspects of Plaintiffs' experts' opinions regarding estimates of $H_2S$ fugitive emissions from the Jefferson Parish Landfill, as set forth in his report. | Florida State University 2525 Pottsdamer St. Tallahassee, FL 32310-6046 |
| Mark A. Yocke, PhD | Will Call | Expert in air dispersion modeling. Dr. Yocke will testify regarding certain aspects of Plaintiffs' experts' opinions regarding air dispersion modeling of alleged emissions from the Jefferson Parish Landfill, as set forth in his report. | Exponent, Inc. 149 Commonwealth Drive Menlo Park, CA 94025 |
| Paolo Zannetti, QEP | Will Call | Expert in air quality modeling. Dr. Zannetti will testify regarding certain aspects of Plaintiffs' experts' opinions regarding air dispersion modeling of alleged emissions from the Jefferson Parish Landfill, as set forth in his report. | EnviroComp Consulting, Inc. 500 Stone Pine Road, #3038 Half Moon Bay, CA 94019 |
| Gale F. Hoffnagle, CCM, QEP | May Call | Expert in air quality meteorology and modeling. Mr. Hoffnagle will testify regarding certain aspects of Plaintiffs' experts' opinions regarding air dispersion modeling of alleged emissions from the Jefferson Parish Landfill, as set forth in his report. | TRC Environmental Corporation 21 Griffin Road North Windsor, CT 06095 |
| John Kind, PH.D., CIH, CSP | Will Call | Expert in toxicology and fate and transport. Dr. Kind will testify regarding certain aspects of Plaintiffs' experts' opinions regarding the potential impact, including toxicological effects, to Plaintiffs from alleged exposure to odors and emissions from the | CTEH 5120 Northshore Drive, North Little Rock, AR 72118 |

| Name | Will/May Call | General Subject Matter of Testimony | Address |
|---|---|---|---|
| | | Jefferson Parish Landfill, as set forth in his report. | |
| Pamela Dalton, PhD, MPH | Will Call | Expert in odor psychology. Dr. Dalton will testify regarding certain aspects of Plaintiffs' experts' opinions regarding the potential impact to Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill, as set forth in her report. | Monell Chemical Senses Center 3500 Market Street Philadelphia, PA 19104 |
| Karen M. Vetrano, PhD | May Call | Expert toxicologist and odor consultant. Dr. Vetrano will testify regarding certain aspects of Plaintiffs' experts' opinions regarding the potential impact, including toxicological effects, to Plaintiffs from alleged exposure to odors and emissions from the Jefferson Parish Landfill, as set forth in her report. | TRC Environmental Corporation 21 Griffin Road North Windsor, CT 06095 |

## XIII.   MATTERS WHICH MAY EXPEDITE DISPOSITION

### A.    Plaintiffs' Position

Plaintiffs believe that most of facts in this case are not really in dispute and that an agreed-upon statement of such facts will help. Plaintiffs further believe the process of the parties' discussions may be assisted by the participation of a Magistrate Judge or other neutral who can assist the Parties in being able express the undisputed facts using neutral language acceptable to the respective sides.

16

### B.     Defendants' Position

Plaintiffs expressed the above position to Defendants on November 2, 2021. Defendants do not support a delay of the trial on General Causation, which is set to begin on November 10, 2021.

## XIV.   JURY STATUS

This proceeding is a combined *Daubert* hearing and trial on the issue of General Causation, and the parties have agreed to have the issues tried by the Court without a jury.

## XV.   CONSOLIDATED OR SEPARATE TRIALS

Pursuant to the Seventh CMO, this is a combined hearing on all *Daubert* motions concerning experts on General Causation and a trial on General Causation, and therefore does not consider issues of damages.

## XVI.   TRIAL COMMENCEMENT

The trial shall commence on January 31, 2022, at 9:00 am Central Time, and pursuant to the Minute Entry and Amended Seventh Case Management Order, dated January 5, 2022 (No. 18-cv-7889, ECF No. 230; No. 19-cv-11133, ECF No. 261), and the Seventh CMO, be held for eight (8) days on January 31, 2022; February 1-4, 2022; and February 22-24, 2022, with Plaintiffs allotted 1,440 minutes and Defendants allotted 1,440 minutes.

## XVII.   OPPORTUNITY TO CONFER

This pre-trial order has been formulated after discussions between counsel for the respective parties. Reasonable opportunity has been afforded counsel for corrections, or additions, prior to signing. Hereafter, this order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice

## XVIII. POSSIBILITY OF SETTLEMENT

### A.      Plaintiffs' Position

Possibility of settlement of this case has not been discussed between parties. Plaintiffs are willing to discuss settlement at any time. If Defendants have considered the possibility of settlement, they have not conveyed that consideration to Plaintiffs.

### B.      Defendants' Position

Neither the *Ictech-Bendeck* Plaintiffs nor the *Addison* Plaintiffs have made any settlement demand to date.

**New Orleans, Louisiana, this 31st day of January, 2022.**

_____

**HON. SUSIE MORGAN, SECTION "E"**

Respectfully submitted,

HAMMEL LAW FIRM, LLC

By:      /s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964


MARTZELL BICKFORD & CENTOLA

By:      /s/ Jason Z.Landry
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065

(504)581-7635 – FACSIMILE

LISKA, EXNICIOS & NUNGESSER

By: ____/s/ Max N. Tobias, Jr._____
Max N. Tobias, Jr. (#12837)
1515 Poydras Street, Suite 1400
New Orleans, LA 70112 Telephone: (504) 410-9611
Facsimile: (504) 410-9937
maxtobias504@aol.com

IRPINO, AVIN & HAWKINS

By: ____/s/ Kacie F. Gray_____
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

LAW OFFICE OF JOHN D. SILEO

By: ____/s/ John D. Sileo_____
John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*

FORREST CRESSY & JAMES, LLC

By: ____/s/ S. Eliza James_____
Byron M. Forrest (La. Bar No. 35480)
Nicholas V. Cressy (La. Bar No. 35725)

S. Eliza James (La. Bar No. 35182)
1222 Annunciation Street
New Orleans, Louisiana 70130
Tele:(504) 605.0777
Fax: (504) 322.3884
Email: byron@fcjlaw.com
nicholas@fcjlaw.com
eliza@fcjlaw.com


WHITEFORD, TAYLOR & PRESTON, L.L.P.

By:    /s/ Eric C. Rowe
C. Allen Foster (Admitted Pro Hac Vice)
Eric C. Rowe (Admitted Pro Hac Vice)
Erik D. Bolog (Admitted Pro Hac Vice)
Masten Childers, III (Admitted Pro Hac Vice)
1800 M Street, NW, Suite 450N
Washington, DC 20036
Tele: (202) 659.6800
Fax: (202) 331.0573
Email: cafoster@wtplaw.com
erowe@wtplaw.com
ebolog@wtplaw.com
mchilders@wtplaw.com

*Attorneys for Addison Plaintiffs*


BRADLEY MURCHISON KELLY & SHEA LLC

By:    /s/ David R. Taggart
David R. Taggart
(Louisiana Bar Roll No. 12626)
401 Edwards Street, Suite 1000
Shreveport, Louisiana 71101
Telephone: (318) 227-1131
Facsimile: (318) 227-1141

Michael C. Mims
(Louisiana Bar Roll No. 33991)
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70163
Telephone: (504) 596-6300
Facsimile: (504) 596-6301

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th St., Suite 1410
Austin, TX 78701
(512)-391-8035

*Counsel for Defendants Louisiana Regional*
*Landfill Company, Waste Connections Bayou, Inc.,*
*and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:    /s/ William P. Connick
William P. Connick, La. Bar No. 14158
Michael S. Futrell, La. Bar. No. 20819
Matthew D. Moghis, La. Bar. No. 33994
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6658
Facsimile: (504) 838-9903
E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:    /s/ Michael DiGiglia
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)

J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*