```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

  ***************************************************************
  ELIAS JORGE "GEORGE" ICTECH-BENDECK

                          Civil Action No. 18-7889
                          c/w 18-8071, 18-9212
  VS.                     Section "E"(5)
                          New Orleans, Louisiana
                          February 2, 2022

  WASTE CONNECTIONS BAYOU, INC., ET AL.
  ***************************************************************


  Related Case:
  ***************************************************************
  FREDERICK ADDISON, ET AL.

                          Civil Action No. 19-11133
                          c/w 19-14512
  VS.                     Section "E"(5)


  LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

  Applies to all cases
  ***************************************************************




                  TRANSCRIPT OF BENCH TRIAL
              GENERAL CAUSATION/DAUBERT HEARING
          HEARD BEFORE THE HONORABLE SUSIE MORGAN
                 UNITED STATES DISTRICT JUDGE
                  DAY 3 AFTERNOON SESSION
```

APPEARANCES:

FOR THE ICTECH-BENDECK PLAINTIFFS:

                              Bruce Betzer
                              Law Office of Bruce C. Betzer
                              3129 Bore Street
                              Metairie, LA 70001

                              Douglas S. Hammel
                              Hammel Law Firm, LLC
                              3129 Bore Street
                              Metairie, LA 70001

                              Jason Zachary Landry
                              Martzell & Bickford
                              338 Lafayette Street
                              New Orleans, LA 70130

                              Kacie F. Gray
                              Irpino, Avin & Hawkins
                              2216 Magazine Street
                              New Orleans, LA 70130


FOR THE ADDISON PLAINTIFFS:

                              Eric Charles Rowe
                              Erik Bolog
                              Whiteford Taylor & Preston, LLP
                              1800 M Street NW
                              Suite 450N
                              Washington, DC 20036

                              S. Eliza James
                              Forrest, Cressy, & James, LLC
                              1222 Annunciation Street
                              New Orleans, LA 70130

                              Masten Childers, III
                              Whiteford, Taylor & Preston LLP
                              161 N. Eagle Creek Drive
                              Suite 210
                              Lexington, KY 40509

FOR THE WASTE CONNECTIONS DEFENDANTS:

                                                John H. Paul
                                                Megan Brillault
                                                  Katrina Krebs
                          Beveridge & Diamond
                          477 Madison Avenue
                          15th Floor
                          New York, NY 10022

                          Michael Vitris
                          Beveridge & Diamond
                          400 W. 15th Street
                          Suite 1410
                          Austin, TX 78701

                          Michael C. Mims
                          Bradley Murchison Kelly
                          & Shea, LLC
                          1100 Poydras Street
                          Suite 2700
                          New Orleans, LA 70163

FOR APTIM CORP:           John E.W. Baay
                          Nicholas S. Bergeron
                          Gieger Laborde & Laperous
                          701 Poydras Street
                          Suite 4800
                          New Orleans, LA 70139


FOR JEFFERSON PARISH:     Michael S. Futrell
                          Michael D. Moghis
                          Connick and Connick
                          3421 N. Causeway Boulevard
                          Suite 408
                          Metairie, LA 70002

ALSO PRESENT:             John Perkey

Official Court Reporter:  Nichelle N. Wheeler, RMR, CRR
                          500 Poydras Street, B-275
                          New Orleans, Louisiana 70130
                          (504) 589-7775


    Proceedings recorded by mechanical stenography,
transcript produced via computer.

I N D E X


E X A M I N A T I O N S

| Witness | Page |
|---|---|
| DR. SUSAN SCHIFFMAN | |
| DIRECT EXAMINATION BY MR. HAMMEL | 636 |
| CROSS-EXAMINATION BY MS. BRILLAULT | 664 |
| REDIRECT EXAMINATION BY MR. HAMMEL | 733 |
| DR. PAMELA DALTON | |
| DIRECT EXAMINATION BY MS. BRILLAULT | 748 |

**1**          <u>P R O C E E D I N G S</u>

01:03:36PM **2**          (Call to order of the court.)

01:03:36PM **3**     THE COURT:  Be seated.  All right.  Let's proceed.

01:03:36PM **4**               DR. SUSAN SCHIFFMAN,

01:03:36PM **5** called as a witness, being first duly sworn, examined and

01:03:36PM **6** testifies as follows:

01:03:46PM **7**               <u>DIRECT EXAMINATION</u>

01:03:46PM **8** BY MR. HAMMEL:

01:03:48PM **9**     **Q.**  Okay.  Dr. Schiffman, can you hear me?

01:03:51PM **10**    **A.**  Yes.  Can you hear me?

01:03:52PM **11**    **Q.**  Yes, Dr. Schiffman.  Before lunch, we were looking at

01:03:57PM **12** the number of exposures in our communities in your Tables A,

01:04:02PM **13** B, and C.  I just want to be clear that those exposures are

01:04:07PM **14** over 30 minutes, and that's an average; is that correct?

01:04:11PM **15**    **A.**  Correct.  That's the number of exposures during a

01:04:15PM **16** 30-minute period.

01:04:16PM **17**    **Q.**  Okay.

01:04:18PM **18**    **A.**  That's the number of -- that's the number of

01:04:21PM **19** 30-minute exposures for a year.

01:04:26PM **20**    **Q.**  Yeah.  Over those years, yes.  So my question is,

01:04:30PM **21** were the odors experienced by the community, were they

01:04:34PM **22** intermittent or were they constant over those 30 minutes?

01:04:38PM **23**    **A.**  They're intermittent.

01:04:39PM **24**    **Q.**  Okay.  So the odors would come and go?

01:04:41PM **25**    **A.**  Correct.

01:04:43PM **1**      Q.  Okay.

01:04:43PM **2**          MR. HAMMEL:  Judge, if we could take a look, please,

01:04:46PM **3**   at Trial Exhibit 453.  It's Dr. Schiffman's expert report.

01:04:52PM **4**   And I would like to direct everyone's attention to page 14.

01:04:56PM **5**   BY MR. HAMMEL:

01:04:57PM **6**      Q.  Dr. Schiffman, do you see page 14 on your report

01:05:01PM **7**   displayed in front of you?

01:05:01PM **8**      A.  Yes.

01:05:02PM **9**      Q.  Okay.  Do you see the last paragraph that says "The

01:05:04PM **10**  intermittent nature of the odors"?

01:05:07PM **11**     A.  Correct.

01:05:07PM **12**     Q.  Okay.

01:05:08PM **13**         MR. HAMMEL:  You can take down that exhibit.

01:05:08PM **14**  BY MR. HAMMEL:

01:05:11PM **15**     Q.  Dr. Schiffman, can you explain to the court why the

01:05:16PM **16**  intermittent nature of the odor exposures is important to the

01:05:21PM **17**  impact that it had on our communities?

01:05:23PM **18**     A.  Intermittent exposures are a stressor because you

01:05:27PM **19**  have no control over them.  They come, they hit you.

01:05:31PM **20**  Typically, a little bit of adrenalin can go up at that time

01:05:36PM **21**  as well.  It's a stressor, it's a surprise, and you have no

01:05:39PM **22**  control over it.  And constant lack of control is very, very

01:05:43PM **23**  difficult for most people.

01:05:46PM **24**     Q.  Do your senses reset after the odor leaves?

01:05:51PM **25**     A.  Yes, they do.  However, the continuous exposure to

01:05:58PM 1    them can cause sensitization, where you can detect things at

01:06:05PM 2    lower concentration.

01:06:06PM 3        Q.   So if an odor of 5 parts per billion of hydrogen

01:06:12PM 4    sulfide as part of an emission from the Jefferson Parish

01:06:14PM 5    Landfill impacts the residents' odors and then the odor

01:06:18PM 6    dissipates and then it comes back 10 minutes later, do you

01:06:24PM 7    experience it again for the first time?

01:06:27PM 8        A.   Yes, and oftentimes stronger.

01:06:27PM 9        Q.   Okay.

01:06:32PM 10       A.   And there's more annoyance because of central

01:06:37PM 11   sensitization.

01:06:38PM 12       Q.   Is it correct that the intermittent stimulus is the

01:06:42PM 13   most powerful of the stimulus?

01:06:44PM 14       A.   Yes.

01:06:44PM 15       Q.   Can you tell me why?

01:06:45PM 16       A.   Just what we just discussed.  It's powerful in the

01:06:50PM 17   sense that the way the brain operates through the sense

01:06:55PM 18   sedation mechanism.  This is also true with pain.  It's a

01:06:59PM 19   well-known phenomenon in neurology, is that intermittent

01:07:05PM 20   nature and then the constant -- getting it over and over

01:07:10PM 21   again.  That increases the poignancy of that stimulus.

01:07:15PM 22       Q.   Increases the what, Doctor?

01:07:17PM 23       A.   The poignancy, or the -- I don't know how -- is that

01:07:25PM 24   a good word?  I don't know what other word to use.

01:07:29PM 25       Q.   I think it's excellent.

01:07:29PM **1**      A.   Okay.

01:07:33PM **2**      Q.   Dr. Schiffman, were the odors unpredictable?

01:07:37PM **3**      A.   Yes.

01:07:37PM **4**      Q.   Dr. Schiffman, were the odors coming from the

01:07:41PM **5**   Jefferson Parish Landfill uncontrollable by the citizens?

01:07:44PM **6**      A.   Totally uncontrollable.

01:07:48PM **7**      Q.   Okay.  And did these unpredictable and uncontrollable

01:07:56PM **8**   odors come in bursts?

01:07:56PM **9**      A.   Yes.  That's the nature of odor, it puffs.  That's

01:07:59PM **10**  why this -- the modeling that Mr. Lape used was the

01:08:03PM **11**  appropriate one because it comes, it pushes and it pushes, it

01:08:08PM **12**  pushes.  So it comes in bursts.

01:08:10PM **13**     Q.   Okay.  Did the length of time that this odor

01:08:19PM **14**  persisted profoundly affect the quality of life in our

01:08:24PM **15**  communities?

01:08:25PM **16**     A.   Very much so.

01:08:27PM **17**     Q.   Okay.

01:08:28PM **18**     A.   Over a three-year period.

01:08:30PM **19**     Q.   You've mentioned a couple of times before lunch

01:08:34PM **20**  sensitivity.  And in relation to the intermittent exposure,

01:08:39PM **21**  could you explain that, please?

01:08:40PM **22**     A.   Yes.  I mean, this has been shown in all fashions,

01:08:47PM **23**  that if you expose somebody to an odor and then -- for

01:08:51PM **24**  example, the threshold will -- the point at which you begin

01:08:54PM **25**  to detect it can be a lower concentration if you detect -- if

01:08:59PM **1** you smell it the first time and you just barely detect it,

01:09:03PM **2** then you smell it again and you smell it again.  Each time,

01:09:06PM **3** you're able to detect it at a lower level.

01:09:10PM **4**     **Q.**  Have you --

01:09:13PM **5**     **A.**  Also thought to be several odors of magnitude, yes.

01:09:17PM **6** Okay.

01:09:18PM **7**     **Q.**  Have you performed studies on the effects malodorous

01:09:24PM **8** emissions have on people's moods?

01:09:26PM **9**     **A.**  Yes.

01:09:26PM **10**     **Q.**  Does repeated exposure over a long period of time

01:09:30PM **11** have an impact on people's moods?

01:09:33PM **12**     **A.**  Yes.

01:09:33PM **13**     **Q.**  Does it also have an impact on the level of anxiety

01:09:36PM **14** that people experience?

01:09:37PM **15**     **A.**  Yes.

01:09:38PM **16**     **Q.**  Is that because they don't know when it's going to

01:09:41PM **17** happen?

01:09:41PM **18**     **A.**  Partly.  And also the fact that it's -- it's -- when

01:09:45PM **19** it's an aversive odor, it activates the amygdala, which is

01:09:51PM **20** the part of the brain that has to do with emotions.  And that

01:09:55PM **21** has been shown to be involved with hydrogen sulfide and

01:09:59PM **22** sulfide odors.

01:10:00PM **23**     **Q.**  Okay.  And that's the same thing for worry?

01:10:04PM **24**     **A.**  Worry?

01:10:04PM **25**     **Q.**  Yeah.

01:10:06PM **1**    **A.**  I was thinking anxiety.  I mean, obviously if you're

01:10:09PM **2**  anxious, you get worried.  I think one of the things that was

01:10:13PM **3**  mentioned by many of the people in their extemporaneous

01:10:20PM **4**  responses was, scared to breathe it in.  They're worried

01:10:23PM **5**  about what this is.  So the worry is, what am I breathing in.

01:10:26PM **6**  Is this healthy for me?  You know, they worry about their

01:10:30PM **7**  grandchildren.  They can't bring their grandchildren over.

01:10:32PM **8**  The worry is, what is it I'm breathing in?  Is it unhealthy?

01:10:37PM **9**  Because it's an unpleasant odor, which, biologically, we're

01:10:46PM **10**  programmed to avoid.

01:10:47PM **11**    **Q.**  Talk to me a little bit about that "biologically

01:10:52PM **12**  programmed to avoid."  Is our sense of smell like a warning

01:10:55PM **13**  system?

01:10:55PM **14**    **A.**  Yes.  And hydrogen sulfide is a breakdown product

01:10:59PM **15**  that you see with decomposition, which is why it's on

01:11:03PM **16**  landfills.  And it means bacteria, bad, stay away from this.

01:11:07PM **17**    **Q.**  And our nose acts like a warning system to keep us

01:11:12PM **18**  away from things that can hurt us?

01:11:14PM **19**    **A.**  Yes.

01:11:15PM **20**    **Q.**  Okay.  Does mood and anxiety -- you know, effect on

01:11:18PM **21**  mood and anxiety, does that increase the level of annoyance

01:11:22PM **22**  that people experience?

01:11:23PM **23**    **A.**  Of course.

01:11:23PM **24**    **Q.**  Of course.

01:11:25PM **25**    MR. HAMMEL:  Judge, if we can turn this time to Trial

01:11:31PM  **1**   Exhibit 43.  And it is letter C in the binder.  We're looking

01:11:46PM  **2**   at page 19 of this report.

01:12:00PM  **3**   BY MR. HAMMEL:

01:12:00PM  **4**       Q.  Dr. Schiffman, do you see what's displayed in front

01:12:03PM  **5**   of you?

01:12:03PM  **6**       A.  Yes.

01:12:03PM  **7**       Q.  Okay.

01:12:04PM  **8**       A.  It's the January 14th report.

01:12:06PM  **9**       Q.  Yes, ma'am.  And the title at the top, does that say

01:12:09PM  **10**  "Odors and Health Effects"?

01:12:10PM  **11**      A.  Yes.

01:12:11PM  **12**      Q.  Could you direct your attention to the fourth

01:12:13PM  **13**  paragraph on that page.

01:12:15PM  **14**      A.  Uh-huh.

01:12:16PM  **15**      Q.  Okay.

01:12:17PM  **16**      A.  Yes.

01:12:18PM  **17**      Q.  Just take a moment and read it, and then I'm going to

01:12:21PM  **18**  ask for the display to be taken down.

01:12:23PM  **19**      A.  "Once the odors are noticeable at low concentrations

01:12:23PM  **20**  below the levels that cause toxic effects from a chemical" --

01:12:23PM  **21**          THE COURT:  Slow down.

01:12:31PM  **22**  BY MR. HAMMEL:

01:12:31PM  **23**      Q.  Dr. Schiffman, I know you're a fast reader.  Slow

01:12:33PM  **24**  down a little bit so the court reporter can take it down,

01:12:36PM  **25**  please.

01:12:36PM   1          THE COURT:  Start over.

01:12:38PM   2          THE WITNESS:  "Landfill odors are noticeable at low

01:12:40PM   3   concentrations below the levels that cause toxic effects from

01:12:46PM   4   a chemical.  For example, hydrogen sulfide is smelled in air

01:12:52PM   5   concentration of .5 to 10 ppb" -- it's .5, but anyway -- "the

01:12:59PM   6   first signs of objective" --

01:13:01PM   7   BY MR. HAMMEL:

01:13:01PM   8      Q.  Stop there, Dr. Schiffman.  Stop right there.  Sorry.

01:13:04PM   9   Let's go to the paragraph below that.

01:13:07PM   10     A.  Uh-huh.

01:13:09PM   11         THE COURT:  All right.  So I don't want her to read

01:13:12PM   12   whole paragraphs into the record.

01:13:14PM   13         MR. HAMMEL:  Correct, Judge.

01:13:15PM   14         THE COURT:  And I noticed that some of that has to do

01:13:17PM   15   with topics that I have said she could not testify about.

01:13:22PM   16         MR. HAMMEL:  I asked her to go to the fourth

01:13:24PM   17   paragraph, Judge, and she went to the third paragraph.  I

01:13:27PM   18   apologize.

01:13:27PM   19         THE COURT:  Okay.  Same thing for the fourth.  Just

01:13:29PM   20   direct her to that.  And what's your question?  And what I

01:13:32PM   21   said was, part of that has to do with some things that I said

01:13:37PM   22   she couldn't testify about, like the second sentence.

01:13:42PM   23         MR. HAMMEL:  Yes, ma'am.

01:13:44PM   24   BY MR. HAMMEL:

01:13:44PM   25     Q.  Dr. Schiffman, I'm directing your attention to a

01:13:46PM **1** little bit past halfway in the paragraph, the sentence that

01:13:49PM **2** begins with "long-term exposures."

01:13:53PM **3**     **A.**  Uh-huh.  Yes.

01:13:54PM **4**     **Q.**  Just read that to yourself -- read that to yourself.

01:13:58PM **5** Go ahead.  You can take your time.  Okay.  Dr. Schiffman, is

01:14:02PM **6** that consistent with your opinion that long-term exposures to

01:14:05PM **7** noxious odors may affect mood, anxiety, and stress levels?

01:14:10PM **8**     **A.**  Yes.

01:14:10PM **9**     **Q.**  And the -- that paragraph goes on to say that,

01:14:16PM **10** "Prolonged or repeated contact with airborne malodorous

01:14:23PM **11** substances" -- I'm going to skip that part.

01:14:25PM **12**         MR. HAMMEL:  Sorry, Judge.

01:14:25PM **13** BY MR. HAMMEL:

01:14:26PM **14**     **Q.**  Okay.  I'll move on.  In the citizen complaints,

01:14:33PM **15** Dr. Schiffman, were the complaints concerning the odors

01:14:37PM **16** permeating their homes?

01:14:40PM **17**     **A.**  Yes.

01:14:41PM **18**     **Q.**  Okay.

01:14:42PM **19**     **A.**  There were complaints of that.

01:14:44PM **20**     **Q.**  Is the idea of outside air permeating through a

01:14:49PM **21** structure a matter of common sense?

01:14:50PM **22**     **A.**  Yes.

01:14:52PM **23**     **Q.**  Okay.

01:14:53PM **24**     **A.**  It's well-known.

01:14:54PM **25**     **Q.**  Once an outside odor gets inside the home, can you

01:14:59PM **1**  open your door to get rid of the smell?

01:15:02PM **2**      A.  It can absorb to fabrics and other types of surfaces

01:15:11PM **3**  in the house.

01:15:13PM **4**      Q.  Do odors like hydrogen sulfide absorb into soft

01:15:18PM **5**  materials?

01:15:18PM **6**      A.  Yes.

01:15:20PM **7**      Q.  Does absorption in the soft materials make it

01:15:25PM **8**  difficult to abate the odors?

01:15:27PM **9**      A.  Yeah.  The odor -- the hydrogen sulfide will absorb

01:15:33PM **10**  to the fabric, and then it can be heated off.  You know, when

01:15:37PM **11**  it's on the fabric, the fabric will smell.  When it's heated

01:15:41PM **12**  off, let's say, from the heating system, then it will be in

01:15:44PM **13**  the air --

01:15:45PM **14**      Q.  Does that also --

01:15:46PM **15**      A.  -- in the house.

01:15:47PM **16**      Q.  I'm sorry.  I didn't mean to interrupt you.

01:15:49PM **17**      A.  In the house.

01:15:50PM **18**      Q.  In the house.

01:15:51PM **19**      A.  It's in the air in the house.

01:15:53PM **20**      Q.  And does that increase -- when odors absorb and get

01:16:01PM **21**  inside the house, does that extend the duration period of

01:16:05PM **22**  exposure?

01:16:06PM **23**      A.  Yes.

01:16:07PM **24**      Q.  Okay.  Were people complaining that the odors were

01:16:10PM **25**  getting into their air conditioning systems?

01:16:12PM **1**     **A.**  Yes.

01:16:13PM **2**     **Q.**  And would you agree that that also extends the

01:16:17PM **3** duration of the exposure?

01:16:19PM **4**     **A.**  Yes.

01:16:20PM **5**     **Q.**  And that also increases the level of annoyance people

01:16:25PM **6** experienced?

01:16:25PM **7**     **A.**  Yes.

01:16:26PM **8**     MR. HAMMEL:  Could we turn to Trial Exhibit 453, back

01:16:30PM **9** to Dr. Schiffman's expert report, Tab A.  And we're going to

01:16:35PM **10** be looking at page 42 of the report.

01:16:35PM **11** BY MR. HAMMEL:

01:16:43PM **12**     **Q.**  Dr. Schiffman, I'm directing your attention to

01:16:49PM **13** Table 3, Appendix A, on page 42 of your report.  Do you see

01:16:51PM **14** that?

01:16:51PM **15**     **A.**  Yes.

01:16:51PM **16**     **Q.**  Okay.

01:16:54PM **17**     MR. HAMMEL:  You can take it down.

01:16:54PM **18** BY MR. HAMMEL:

01:16:55PM **19**     **Q.**  Did people complain about being confined in their

01:16:58PM **20** homes by the smell?

01:16:59PM **21**     **A.**  Yes.  Many people were complaining that they couldn't

01:17:02PM **22** go outside, couldn't use the swings, couldn't take their

01:17:05PM **23** children out for bike rides, you know, all kinds of

01:17:09PM **24** complaints about the outside -- couldn't enjoy barbecue.

01:17:13PM **25**     **Q.**  Okay.  So I believe you testified previously that the

01:17:18PM  1    emissions were unpredictable, correct?

01:17:21PM  2        **A.**   Correct.

01:17:22PM  3        **Q.**   And uncontrollable?

01:17:25PM  4        **A.**   Uncontrollable.

01:17:26PM  5        **Q.**   And the odors were a provocation that adversely

01:17:30PM  6    affected their health?

01:17:32PM  7        **A.**   Yes.

01:17:32PM  8        **Q.**   Well, it affected their wellbeing?

01:17:35PM  9        **A.**   Yes.

01:17:35PM  10       **Q.**   Did it affect their quality of life over a multiyear

01:17:39PM  11   period?

01:17:40PM  12       **A.**   Yes.

01:17:40PM  13       **Q.**   In your opinion, Doctor, was the odor causing an

01:17:45PM  14   ongoing nuisance?

01:17:47PM  15       **A.**   Yes.

01:17:47PM  16       **Q.**   Dr. Schiffman, as a result of the uproar in the

01:17:53PM  17   community about odor, did the Louisiana Department of

01:17:59PM  18   Environmental Quality investigate these issues?

01:18:00PM  19       **A.**   Yes.

01:18:01PM  20       **Q.**   Did they issue reports?

01:18:02PM  21       **A.**   Yes.

01:18:02PM  22       **Q.**   So we're going to be -- and I don't want to go there

01:18:07PM  23   quite yet, but we're going to be talking about Exhibits 26

01:18:10PM  24   and 27.  Dr. Schiffman, did you consider these LDEQ reports?

01:18:16PM  25       **A.**   Yes.  Later on, my first approach was to just look at

01:18:22PM  1    the data.  I didn't look at those first.

01:18:25PM  2        Q.   But you did prior to issuing your report?

01:18:27PM  3        A.   Yes.

01:18:27PM  4        Q.   Are you familiar with the equipment that was used by

01:18:31PM  5    the LDEQ?

01:18:33PM  6        A.   Yes.

01:18:34PM  7        Q.   Okay.  Is that equipment widely accepted in the

01:18:37PM  8    industry?

01:18:37PM  9        A.   It is, but it -- you have to make sure that it's

01:18:44PM  10   calibrated properly.

01:18:47PM  11       Q.   Okay.  We're going to be turning to Trial Exhibit

01:18:52PM  12   Number 26, which is letter G in the binder.  Dr. Schiffman,

01:19:02PM  13   is this the report that -- this is one of the reports; is

01:19:07PM  14   that correct?

01:19:07PM  15       A.   That's the April report, yes.

01:19:10PM  16       Q.   That's the April report.  Okay.  And during the LDEQ

01:19:13PM  17   investigation in this April report, were they able to capture

01:19:17PM  18   an event on April 28th and 29th of 2018?

01:19:21PM  19       A.   Let me see.  I'd have to see -- let me see what those

01:19:25PM  20   dates are there.

01:19:26PM  21            MR. HAMMEL:  Let's go to page 7.

01:19:37PM  22            THE WITNESS:  Yes.  Okay.  I remember it, yeah.

01:19:39PM  23   Uh-huh.

01:19:39PM  24   BY MR. HAMMEL:

01:19:39PM  25       Q.   Do you recall this?

01:19:40PM **1**    **A.**  Yes, sir.  Yes, I remember that.

01:19:42PM **2**    **Q.**  Okay.  I'm just going to ask a question or two while

01:19:45PM **3**  the exhibit's up.  The wind -- the WDIR at the top of the

01:19:52PM **4**  table, what -- do you know what that stands for?

01:19:55PM **5**    **A.**  Yeah.  Wind direction, what's around the circle.

01:19:58PM **6**  Uh-huh.

01:19:59PM **7**    **Q.**  And it gives some coordinates; is that correct?

01:20:02PM **8**    **A.**  Right.

01:20:02PM **9**    **Q.**  Okay.  If you take a look at the map below, does it

01:20:06PM **10**  indicate where the map -- can you see where the MAML device

01:20:09PM **11**  is located?

01:20:10PM **12**    **A.**  Right.  I can.  Uh-huh.

01:20:12PM **13**    **Q.**  And between those coordinates that were provided in

01:20:14PM **14**  the table above, does that indicate where the odor was coming

01:20:17PM **15**  from?

01:20:17PM **16**    **A.**  Right.  From 226 to 246.

01:20:20PM **17**    **Q.**  Yeah.  And is that the coordinates where it has

01:20:23PM **18**  contained the Jefferson Parish Landfill?

01:20:25PM **19**    **A.**  That's -- I see it right there.  Well, it also --

01:20:30PM **20**  you've included River Birch in it.

01:20:32PM **21**    **Q.**  Yeah, part of it, correct?

01:20:35PM **22**    **A.**  Yes.  Uh-huh.

01:20:36PM **23**    **Q.**  Okay.  If we could take a look at page 8 for a

01:20:42PM **24**  moment.  Do you see page 8?

01:20:48PM **25**    **A.**  Uh-huh.

01:20:48PM  **1**      **Q.**  Did that seem to capture the odor event?

01:20:53PM  **2**      **A.**  Yes.

01:20:54PM  **3**      **Q.**  And did it give a reading in hydrogen sulfide?

01:20:58PM  **4**      **A.**  Yes, 12.

01:21:01PM  **5**      **Q.**  Okay.  And how long did that last?  How long did that

01:21:04PM  **6**  last?

01:21:05PM  **7**      **A.**  Well, it looks like it went from 20 through -- close

01:21:14PM  **8**  to 23.

01:21:14PM  **9**      **Q.**  Okay.

01:21:16PM  **10**      **A.**  Maybe not up to 23.  Uh-huh.

01:21:20PM  **11**          MR. HAMMEL:  You can take it down.

01:21:22PM  **12**  BY MR. HAMMEL:

01:21:22PM  **13**      **Q.**  During that event, Dr. Schiffman, the residents of

01:21:28PM  **14**  Harahan and River Ridge experienced a burst of hydrogen

01:21:32PM  **15**  sulfide; is that correct?

01:21:33PM  **16**      **A.**  Yes.

01:21:34PM  **17**      **Q.**  And was that of a sufficient concentration to cause

01:21:39PM  **18**  the symptoms complained of by any one or more of the

01:21:44PM  **19**  plaintiffs in this case?

01:21:45PM  **20**      **A.**  Yes.

01:21:45PM  **21**      **Q.**  Okay.  Great.  During that same odor event, did the

01:21:55PM  **22**  Louisiana Department of Environmental Quality also collect

01:21:57PM  **23**  air samples for lab analysis?

01:22:00PM  **24**      **A.**  I'd have to go back and look at the report if they

01:22:03PM  **25**  did it exactly at that event.

01:22:05PM  1      Q.   Let's take a look at page 9.

01:22:08PM  2      A.   Uh-huh.

01:22:22PM  3           MR. HAMMEL:  Go to the top so she can read it.

01:22:26PM  4           THE WITNESS:  Yes.  Okay.

01:22:26PM  5   BY MR. HAMMEL:

01:22:28PM  6      Q.   So it says that --

01:22:30PM  7      A.   Yeah.  That was -- yes.  Uh-huh.

01:22:32PM  8      Q.   -- two samples were collected in River Ridge, and the

01:22:35PM  9   other one was collected, right, across from the river?

01:22:38PM  10     A.   Right.  Correct.

01:22:39PM  11     Q.   And did you -- did you review this information?

01:22:43PM  12     A.   I probably did, but I don't think I included that in

01:22:46PM  13  the report.

01:22:46PM  14     Q.   Okay.

01:22:47PM  15     A.   But if you go down to Table 9, let me see if I put it

01:22:51PM  16  in the report.

01:22:56PM  17     Q.   Table 9 of your report?

01:22:59PM  18     A.   No.  Table 9, what you just had up.  You had -- you

01:23:04PM  19  had the samples that were taken.

01:23:06PM  20     Q.   Yes.

01:23:06PM  21     A.   But I'm not sure if I put those into the report

01:23:09PM  22  because I think the grab samples I used were from the July

01:23:12PM  23  report.

01:23:13PM  24     Q.   Okay.  So in your experience, in your opinion, the

01:23:21PM  25  odor that the community of Harahan and River Ridge were

01:23:25PM   1   exposed to on April 28th and 29th, was that unreasonably

01:23:29PM   2   unpleasant and distasteful?

01:23:32PM   3       A.   Absolutely.

01:23:38PM   4       Q.   Okay.  And based on your experience, knowledge, and

01:23:41PM   5   expertise, are the emissions that were captured by Louisiana

01:23:46PM   6   Department of Environmental Quality on April 28th and 29th,

01:23:50PM   7   emissions from the Jefferson Parish Landfill, capable of

01:23:52PM   8   causing headaches?

01:23:54PM   9       A.   Yes.

01:23:55PM   10      Q.   Nausea?

01:23:57PM   11      A.   Yes.

01:23:58PM   12      Q.   Vomiting?

01:23:59PM   13      A.   Yes.

01:24:00PM   14      Q.   Loss of appetite?

01:24:02PM   15      A.   Yes.

01:24:03PM   16      Q.   Sleep disturbance?

01:24:05PM   17      A.   Yes.

01:24:06PM   18      Q.   Dizziness?

01:24:07PM   19      A.   Yes.

01:24:08PM   20      Q.   And fatigue, as complained of by any one or more of

01:24:12PM   21   the plaintiffs in this case?

01:24:13PM   22      A.   Yes.

01:24:14PM   23      Q.   Was it also -- could it also cause an unreasonable

01:24:19PM   24   loss of use and enjoyment of their home?

01:24:21PM   25      A.   Yes.

01:24:22PM  **1**     **Q.**  Okay.  In your opinion, are the emissions from the

01:24:27PM  **2**  Jefferson Parish Landfill with hydrogen sulfide

01:24:30PM  **3**  concentrations of 5 parts per billion sufficient to cause

01:24:35PM  **4**  odor that caused these citizen complaints?

01:24:37PM  **5**     **A.**  Yes.

01:24:37PM  **6**     **Q.**  Okay.  Now, we're going to take a look at that July

01:24:41PM  **7**  report.  It's Trial Exhibit Number 27, letter H in the

01:24:46PM  **8**  binder.  Dr. Schiffman, do you recognize this cover page?

01:24:52PM  **9**     **A.**  Yes.

01:24:53PM  **10**    **Q.**  And this is the July report?

01:24:55PM  **11**    **A.**  Uh-huh.

01:24:56PM  **12**    **Q.**  Okay.  So when they came back in July of 2018, did

01:25:01PM  **13**  they collect air samples from the Jefferson Parish Landfill?

01:25:04PM  **14**  And during that same time --

01:25:06PM  **15**    **A.**  Yes.

01:25:07PM  **16**    **Q.**  -- period, did they also take air samples from River

01:25:09PM  **17**  Ridge and Waggaman?

01:25:10PM  **18**    **A.**  Yes.

01:25:11PM  **19**    **Q.**  Okay.

01:25:12PM  **20**       MR. HAMMEL:  Let's turn to page 9 of that report,

01:25:14PM  **21**  please.

01:25:14PM  **22**  BY MR. HAMMEL:

01:25:21PM  **23**    **Q.**  Do you see the report that's in front of you,

01:25:24PM  **24**  Dr. Schiffman?

01:25:24PM  **25**    **A.**  Yes.

01:25:24PM **1**       Q.   Okay.  And those numbers across the top, the LA27 and

01:25:29PM **2**   LA2150, those coincide with specific locations, correct?

01:25:36PM **3**       A.   Right.

01:25:38PM **4**            MR. HAMMEL:  Yeah, you got it.  Okay.  You can take

01:25:39PM **5**   that down for a sec.

01:25:39PM **6**   BY MR. HAMMEL:

01:25:48PM **7**       Q.   And, Dr. Schiffman, LA2294, that was the Jefferson

01:25:56PM **8**   Parish Landfill; is that right?

01:25:58PM **9**       A.   2294 was the landfill, yes.  2796 --

01:26:06PM **10**      Q.   Repeat that, Doctor.

01:26:09PM **11**      A.   2796 was also at the perimeter of the landfill.

01:26:14PM **12**      Q.   Okay.  And LA2150, that was in River Ridge?

01:26:18PM **13**      A.   2150, 2760, and -- were both MAML -- at the MAML.

01:26:27PM **14**      Q.   I'm sorry.  You kind of broke --

01:26:33PM **15**      A.   Sorry, I'm getting spammed.  20- -- 2150, 2760 were

01:26:40PM **16**   at MAML locations.

01:26:42PM **17**      Q.   Okay.

01:26:43PM **18**      A.   And 20- -- 2017 was in Waggaman.

01:26:48PM **19**      Q.   Yeah.  On Live Oak Boulevard and Waggaman.  What do

01:26:54PM **20**   those samples indicate, Dr. Schiffman?

01:26:57PM **21**      A.   That was very elucidating to me because what I did

01:27:00PM **22**   is, I -- there were 44 compounds that were detected in those

01:27:04PM **23**   grab samples.  Three of them were found in Waggaman or at

01:27:10PM **24**   MAML, those two MAML points, and they were not found on the

01:27:14PM **25**   landfill.  41 of them were found on the landfill.  Of the 41

01:27:20PM  1   that were found in the landfill, 33, or 80, percent were also

01:27:26PM  2   found in the community.  In other words, if a compound like

01:27:30PM  3   propene or Freon-12, those were found in the community and on

01:27:35PM  4   the landfill.  It's like -- maybe an analogy is, let's say

01:27:41PM  5   you have a house sitting on the landfill and it's got 41

01:27:44PM  6   items in it.  And somebody left the door and the windows

01:27:49PM  7   open, and they don't know where that went.  Well, it turns

01:27:53PM  8   out, if you had a house out in Waggaman or in River Ridge, 33

01:27:57PM  9   of those items were recovered out there.  So the probability

01:28:02PM  10  is extremely low that all of a sudden 33 of the same -- of

01:28:07PM  11  the 41 compounds that were on River -- were on the landfill

01:28:12PM  12  also appeared in the community.  The probability of that is

01:28:17PM  13  infinitesimal.  It's so minute when you compute out the

01:28:23PM  14  probability.  It had to have come from the landfill.

01:28:25PM  15      Q.   Thank you.  At the top of that table on page 9, it

01:28:30PM  16  indicates VOCs.  What's a VOC?

01:28:32PM  17      A.   Volatile organic compound.  It's something that has a

01:28:37PM  18  carbon in it, and it's volatile.

01:28:39PM  19      Q.   Okay.  And how do volatile organic compounds impact

01:28:43PM  20  odors?

01:28:44PM  21      A.   They have -- most of them have odors, and at a higher

01:28:48PM  22  concentration, they're an irritant.  But I understand I'm not

01:28:48PM  23  allowed to use that word.

01:28:48PM  24      Q.   Okay.

01:28:56PM  25      A.   Let's just say that they are combined with hydrogen

01:28:59PM  1   sulfide to increase the intensity tremendously.  They also

01:29:05PM  2   bind to the trigeminal nerve, which also has an effect on

01:29:11PM  3   headaches, et cetera.

01:29:13PM  4       Q.  If these VOCs are at concentrations that are below

01:29:17PM  5   odor thresholds, combined, can they cause an odor?

01:29:21PM  6       A.  Very strongly sometimes, yes.

01:29:24PM  7       Q.  Is there literature that supports that?

01:29:26PM  8       A.  Yes.

01:29:27PM  9       Q.  Is that supported by your experience?

01:29:30PM  10      A.  Yes, I do it daily now.  Uh-huh.

01:29:33PM  11      Q.  Say it one more time.  I didn't hear you.

01:29:37PM  12      A.  Yes.  I have tried to make simulated odors to test

01:29:43PM  13  our electronic noses and I've done this with many compounds

01:29:45PM  14  that are below threshold.  Because we want them to be below

01:29:49PM  15  threshold in the lab for safety reasons.  And then if I can

01:29:51PM  16  combine them together, I can get a very strong odor from 15

01:29:57PM  17  VOCs that are each individually below odor threshold.

01:30:00PM  18      Q.  And I think you said it, but can VOCs also have an

01:30:04PM  19  impact on health?

01:30:04PM  20      A.  Yes.

01:30:05PM  21      Q.  Have you written papers on this topic?

01:30:07PM  22      A.  Yes.

01:30:08PM  23      Q.  Okay.  Did plaintiffs model VOCs in this case?

01:30:15PM  24      A.  Did not model VOCs, no.

01:30:20PM  25      Q.  Is it common sense that when -- an emission from a

01:30:25PM 1    landfill containing hydrogen sulfide, it's not going to be by

01:30:29PM 2    itself?

01:30:31PM 3        A.   That's correct.

01:30:32PM 4        Q.   Okay.  In your opinion, is it likely that these VOCs

01:30:37PM 5    that were detected both at the Jefferson Parish Landfill and

01:30:40PM 6    in our community travel along with H2S?

01:30:44PM 7        A.   Yes, that's what happens.

01:30:46PM 8        Q.   Okay.  What impact does H2S, hydrogen sulfide, have

01:30:51PM 9    when it's combined with volatile organic compounds?

01:30:55PM 10       A.   Well, they all -- they can sometimes even be

01:31:00PM 11   synergistic, but they combine together in a way that you get

01:31:03PM 12   a stronger odor.  And also they can sensitize nerves so that

01:31:09PM 13   you get a higher -- with each repeated exposure, you get a

01:31:15PM 14   stronger odor.

01:31:16PM 15       Q.   Okay.

01:31:17PM 16       A.   And you can detect them at a lower concentration.

01:31:22PM 17       Q.   In your experience, when H2S combines with volatile

01:31:27PM 18   organic compounds, is that an offensive odor?

01:31:29PM 19       A.   Of the compounds that I just looked at, absolutely.

01:31:35PM 20       Q.   Okay.  Dr. Schiffman --

01:31:35PM 21                 (Reporter clarification.)

01:31:42PM 22            THE WITNESS:  Oh, I was just looking at some of the

01:31:46PM 23   compounds that are on that list.  I mean, they're unpleasant,

01:31:50PM 24   carbon disulfide along with hydrogen sulfide, yes, it

01:31:54PM 25   increases the aversiveness.  Let's put it that way.

01:31:58PM  **1**   BY MR. HAMMEL:

01:31:58PM  **2**       **Q.**  Okay.  Dr. Schiffman, did you prepare a rebuttal

01:32:01PM  **3**   report in this case?

01:32:02PM  **4**       **A.**  Yes, I did.

01:32:03PM  **5**       **Q.**  Pamela Dalton is a defense expert that criticized

01:32:10PM  **6**   your work; is that true?

01:32:12PM  **7**       **A.**  That's what she did in the report, yes.

01:32:14PM  **8**       **Q.**  Okay.  And has Pamela Dalton, the defense expert,

01:32:18PM  **9**   cited you in her publications?

01:32:22PM  **10**      **A.**  Yes.

01:32:22PM  **11**          MR. HAMMEL:  Okay.  Judge, if we could turn to

01:32:24PM  **12**   Exhibit 449, it's Exhibit J in the binder.

01:32:37PM  **13**  BY MR. HAMMEL:

01:32:38PM  **14**      **Q.**  Dr. Schiffman, do you see what's displayed in front

01:32:41PM  **15**  of you?

01:32:41PM  **16**      **A.**  Yes.

01:32:41PM  **17**      **Q.**  Do you see who the author of the article is?

01:32:44PM  **18**      **A.**  Yes.  Uh-huh.

01:32:47PM  **19**      **Q.**  Okay.

01:32:47PM  **20**          MR. HAMMEL:  Can we take a look, please, at page 5?

01:32:51PM  **21**  BY MR. HAMMEL:

01:32:51PM  **22**      **Q.**  Do you see that diagram that's displayed in front of

01:33:04PM  **23**  you?

01:33:04PM  **24**      **A.**  Yes.

01:33:05PM  **25**      **Q.**  Okay.  And that indicates under Figure 1 that it's a

01:33:09PM  **1**   reported negative effect associated with exposure to

01:33:13PM  **2**   malodors; is that correct?

01:33:15PM  **3**   **A.**   Correct.  Uh-huh.

01:33:16PM  **4**   **Q.**   And it appears like the person is in the middle?

01:33:19PM  **5**   **A.**   Correct.

01:33:19PM  **6**   **Q.**   And it states that it can affect your mood with

01:33:21PM  **7**   depression, aggression, also your stress levels, cognition,

01:33:29PM  **8**   sematic, which is headaches, dizziness, nausea, as well as

01:33:32PM  **9**   your social and economics, is that what that says?

01:33:34PM  **10**  **A.**   Correct.  That's correct.  Uh-huh.

01:33:36PM  **11**  **Q.**   Okay.  All right.  If we look to the end of this

01:33:41PM  **12**  document, I believe it's in the footnotes under references on

01:33:49PM  **13**  page 10 of 15.

01:33:50PM  **14**          MR. HAMMEL:  If you can turn to 10 of 15, please.

01:33:50PM  **15**  BY MR. HAMMEL:

01:33:56PM  **16**  **Q.**   You see Footnote No. 2?

01:33:59PM  **17**  **A.**   Those are the references.  You mean reference No. 2,

01:34:03PM  **18**  yes, that's my article with Steve Wing, yes.

01:34:06PM  **19**  **Q.**   Okay.  Great.

01:34:08PM  **20**          MR. HAMMEL:  Can we turn to number 29 on that same

01:34:12PM  **21**  document?  It's on page 12.

01:34:12PM  **22**  BY MR. HAMMEL:

01:34:16PM  **23**  **Q.**   Is that also your citation?

01:34:19PM  **24**  **A.**   Yes, that's correct.

01:34:20PM  **25**  **Q.**   And then if we look down further on that page,

01:34:25PM  1    Number 39, is that also an article that you wrote?

01:34:27PM  2        A.   Yes.  Uh-huh.

01:34:30PM  3        Q.   Okay.  Have you also coauthored an article with

01:34:35PM  4    Pamela Dalton?

01:34:36PM  5        A.   Yes.

01:34:36PM  6        Q.   You want to tell us about that?

01:34:37PM  7        A.   Yes.  That was the workshop that I was asked to

01:34:42PM  8    arrange for the Environmental Protection Agency, and I asked

01:34:47PM  9    Pamela Dalton if she would like to give a talk, which she

01:34:51PM 10    did.  And then the proceedings of that with the input of all

01:34:56PM 11    of the -- all of the attendees was published and that's the

01:35:01PM 12    paper that you referenced earlier.

01:35:03PM 13        Q.   And that's listed as number 303 in your list of

01:35:09PM 14    publications?

01:35:10PM 15        A.   That's correct.

01:35:10PM 16        Q.   Okay.  Dr. Schiffman, what is "attribution bias"?

01:35:16PM 17        A.   It's a psychological term that people want to say

01:35:23PM 18    that they have some kind of psychological propensity to make

01:35:27PM 19    a decision that may not totally have to do with the reality

01:35:31PM 20    of the situation.

01:35:33PM 21        Q.   Okay.  As a result of the investigations that took

01:35:38PM 22    place in Jefferson Parish, are you aware of statements that

01:35:42PM 23    were made by Parish officials and members of Louisiana

01:35:49PM 24    Department of Environmental Quality?

01:35:49PM 25        A.   Yes.

01:35:50PM **1**    **Q.**  Did you review some -- did you review media coverage

01:35:56PM **2**  related to what was going on down here?

01:35:59PM **3**    **A.**  At the end, after I wrote my report, I wanted to

01:36:03PM **4**  include everything that I could find, so that's when I

01:36:05PM **5**  started involving the LDEQ, some of the LDEQ statements.  And

01:36:16PM **6**  I did look up on the web, I did a review of what was on the

01:36:22PM **7**  web and I did put that in there.

01:36:23PM **8**    **Q.**  Okay.

01:36:24PM **9**       MR. HAMMEL:  I'd like to play Trial Exhibit

01:36:28PM **10**  Number 1074, please.

01:36:32PM **11**       THE COURT:  All right.  What is this?

01:36:35PM **12**       MR. HAMMEL:  This is an interview that Dr. Schiffman

01:36:37PM **13**  listed in her references that she watched.

01:36:41PM **14**       THE COURT:  And what is it?  Who is it an interview

01:36:45PM **15**  of?

01:36:46PM **16**       MR. HAMMEL:  This is an interview of Rick Buller;

01:36:49PM **17**  this is an interview of Brian DeJean; this is an interview

01:36:57PM **18**  of -- covers things from public meetings.

01:37:00PM **19**       THE COURT:  Yeah.  So it's news reports that include

01:37:05PM **20**  videos of various public meetings?

01:37:10PM **21**       MR. HAMMEL:  It does.

01:37:11PM **22**       THE COURT:  And so why -- why didn't you ask

01:37:15PM **23**  Mr. Buller or Mr. DeJean about these if you wanted to show

01:37:18PM **24**  them?

01:37:19PM **25**       MR. HAMMEL:  Because I don't think that they

01:37:20PM 1    consider -- I mean, I just know that Dr. Schiffman viewed

01:37:25PM 2    this and I'm going to ask her if it weighed on her opinion.

01:37:29PM 3            THE COURT:  I'm not going to admit those.

01:37:32PM 4            MS. BRILLAULT:  Thank you, Your Honor.  I was going

01:37:33PM 5    to object, so.

01:37:40PM 6            MR. HAMMEL:  Okay.  Judge, at this time, I've

01:37:42PM 7    completed the questions related to the issues, the symptoms

01:37:45PM 8    that were permitted by Record Documents 141 and 214.  I do

01:37:52PM 9    feel -- I hope you understand my obligation to proffer the

01:37:56PM 10   information.

01:37:57PM 11           THE COURT:  You've got additional information that

01:37:59PM 12   you want to proffer from this witness?

01:38:03PM 13           MR. HAMMEL:  Yes, Judge.

01:38:05PM 14           THE COURT:  All right.  So you can either do that

01:38:06PM 15   later, either at the end of the day or you can do it another

01:38:09PM 16   day with the court reporter, but we're not going to do it

01:38:13PM 17   right now.

01:38:13PM 18           MR. HAMMEL:  Yes, Judge.  Thank you.

01:38:15PM 19           That completes my questions.  Pass the witness.

01:38:24PM 20           Judge, I have a list of exhibits.

01:38:26PM 21           THE COURT:  Okay.

01:38:27PM 22           MR. HAMMEL:  It's going to be Exhibit No. 453.

01:38:30PM 23           THE COURT:  And these are ones that have not already

01:38:32PM 24   been admitted?

01:38:39PM 25           MR. HAMMEL:  Ms. James kept a list of -- comparing

01:38:42PM **1** which ones were already and which ones have not.  It would be

01:38:53PM **2** Exhibits 432 and 449.

01:38:56PM **3**          THE COURT:  All right.  Any objection?

01:38:59PM **4**          MS. BRILLAULT:  No objection.

01:39:00PM **5**          THE COURT:  All right.  Those are admitted.

01:39:00PM **6**     (Exhibit No. 432 and Exhibit No. 449 admitted into evidence.)

01:39:02PM **7**          THE COURT:  All right.  Now, do we need to --

01:39:09PM **8**          THE CASE MANAGER:  I have a few exhibits.  I didn't

01:39:10PM **9** have them admitted.

01:39:12PM **10**          THE COURT:  Okay.  Tell us what numbers they are.

01:39:15PM **11**          THE CASE MANAGER:  42 and 438.

01:39:19PM **12**          MR. HAMMEL:  Yes.  Those are both the same exhibit.

01:39:22PM **13** They're the same content and information but just a different

01:39:26PM **14** exhibit of it.

01:39:27PM **15**          MS. BRILLAULT:  42 and 438, I think they're actually

01:39:30PM **16** different exhibits.

01:39:31PM **17**          THE COURT:  Was either one admitted?  No.  Okay.  So

01:39:34PM **18** we'll admit 42 and 438.

01:39:37PM **19**          MR. HAMMEL:  And 449.

01:39:39PM **20**          THE COURT:  And 432, well, that's one of them.  So

01:39:44PM **21** four, 432, 449, 42, 438.

01:39:47PM **22**     (Exhibit No. 42 and Exhibit No. 438 admitted into evidence.)

01:39:47PM **23**          MR. HAMMEL:  Now we got it.

01:39:55PM **24**          MS. BRILLAULT:  Ready for cross?

01:39:57PM **25**          THE CASE MANAGER:  Give me one second to --

01:40:18PM **1**          THE COURT:  Okay.

01:40:18PM **2**          MR. HAMMEL:  Thank you, Dr. Schiffman.

01:40:23PM **3**          THE WITNESS:  Thank you.

01:40:37PM **4**          THE CASE MANAGER:  Mr. Hammel, if you could turn your

01:40:40PM **5**  video off.

01:41:06PM **6**                    CROSS-EXAMINATION

01:41:07PM **7**  BY MS. BRILLAULT:

01:41:07PM **8**      Q.  All right.  Good afternoon, Dr. Schiffman.  I'm Megan

01:41:13PM **9**  Brillault representing the Waste Connections defendants.  We

01:41:15PM **10**  met last year.  Now, you understand that this trial is

01:41:18PM **11**  focusing on the question of general causation, you went over

01:41:23PM **12**  that earlier today, right?

01:41:25PM **13**      A.  Yes.

01:41:25PM **14**      Q.  Okay.  And you provided an opinion with respect to

01:41:27PM **15**  the impacts of the odors and emissions from the Jefferson

01:41:30PM **16**  Parish Landfill for purposes of this general causation phase?

01:41:34PM **17**      A.  Yes.

01:41:34PM **18**      Q.  And for your opinion, when determining whether an

01:41:39PM **19**  odor could be causing a nuisance, you stated that you're

01:41:44PM **20**  considering whether the average person was -- could be

01:41:48PM **21**  impacted, right?

01:41:49PM **22**      A.  Yes.

01:41:49PM **23**      Q.  Okay.  You're not considering outliers, you're

01:41:53PM **24**  looking at the general population?

01:41:55PM **25**      A.  Yes.

01:41:55PM 1    Q.   Okay.  And to make this determination, whether an

01:42:00PM 2    odor is causing a nuisance and causing annoyance to the

01:42:06PM 3    residence and impacting the average person, you relied on a

01:42:10PM 4    hydrogen sulfide threshold of 5 parts per billion for

01:42:15PM 5    30 minutes, am I correct?

01:42:17PM 6    A.   Yes.  That is the level that the WHO has said for

01:42:22PM 7    many decades to be an issue worldwide.

01:42:26PM 8    Q.   And in your opinion, that threshold is actually a

01:42:29PM 9    conservative estimate for determining odor annoyance in the

01:42:33PM 10   general population?

01:42:35PM 11   A.   Yes, it's -- it is.

01:42:37PM 12   Q.   Okay.

01:42:39PM 13   A.   As part of emissions.  As part of an emission from a

01:42:44PM 14   landfill or a hog farm, which has other compounds along with

01:42:49PM 15   it, yes.

01:42:49PM 16   Q.   Okay.  So we're clear that it's a 5 parts per billion

01:42:54PM 17   for 30 minutes for hydrogen sulfide?

01:42:55PM 18   A.   Right.

01:42:55PM 19   Q.   And again, you said that was from the WHO chapter

01:42:59PM 20   that we looked at earlier today, which was Exhibit 438 -- I'm

01:43:06PM 21   sorry -- correct?

01:43:09PM 22                    (Simultaneous speaking.)

01:43:14PM 23        THE WITNESS:  Number -- I don't memorize those

01:43:17PM 24   numbers.

01:43:18PM 25   BY MS. BRILLAULT:

01:43:18PM **1**  Q.  We're going to bring it up for you, Dr. Schiffman.  I

01:43:21PM **2**  apologize.

01:43:21PM **3**  A.  Okay.  Uh-huh.

01:43:30PM **4**  Q.  Okay.

01:43:31PM **5**  MS. BRILLAULT:  And if we go to page -- I believe

01:43:37PM **6**  it's 6 that we were looking at earlier.  No, I apologize.

01:44:02PM **7**  Page 4, please.  Justin, page 4.  Okay.

01:44:02PM **8**  BY MS. BRILLAULT:

01:44:12PM **9**  Q.  And at the bottom of page 4, it talks about hydrogen

01:44:17PM **10**  sulfide causes odor nuisances --

01:44:21PM **11**  MS. BRILLAULT:  Sorry, next page.

01:44:21PM **12**  BY MS. BRILLAULT:

01:44:28PM **13**  Q.  In there it talks about the 30-minute average

01:44:31PM **14**  concentrations exceeding 7 micrograms, and that's what we

01:44:36PM **15**  were talking about just now, right, Dr. Schiffman?

01:44:38PM **16**  A.  Correct.  Yes.

01:44:39PM **17**  Q.  Okay.  And at the bottom of this document, the

01:44:43PM **18**  footnote, it talks about the WHO Regional Office for Europe,

01:44:48PM **19**  Copenhagen, Denmark, 2000, correct?

01:44:51PM **20**  A.  Correct.

01:44:52PM **21**  Q.  So that's where this chapter is coming from, the WHO

01:44:58PM **22**  Regional Office for Europe published it?

01:44:59PM **23**  A.  Yes, I hadn't noticed that before.  But the WHO is

01:45:02PM **24**  typically in Geneva but, yes, that's what it says.

01:45:05PM **25**  Q.  Okay.  And at the top in the headnote up there, it

01:45:08PM 1  refers that it's "Chapter 6.6, Hydrogen Sulfide, Air Quality

01:45:12PM 2  Guidelines Second Edition," correct?

01:45:15PM 3      A.  Yes.  There are other ones that they've put out as

01:45:20PM 4  well.  I've had numerous -- numerous iterations of their

01:45:26PM 5  hydrogen sulfide guidelines.

01:45:27PM 6      Q.  Okay.  But this is from the Air Quality Guidelines,

01:45:30PM 7  Second Edition from the WHO Regional Office for Europe

01:45:33PM 8  published in 2000 that we just established?

01:45:35PM 9      A.  Yes.  There's some later ones as well.

01:45:38PM 10     Q.  Okay.  And when you were looking at this chapter, did

01:45:41PM 11 you review the full WHO Air Quality Guidelines by the

01:45:46PM 12 regional office for Europe in 2000?

01:45:48PM 13     A.  I'm sure I have read them numerous times.  I'm

01:45:53PM 14 interested specifically in the effect of odor, in the effect

01:45:57PM 15 of odor.  There are a lot of their guidelines are related to

01:46:01PM 16 damage to cells, those kinds of things, animal studies.

01:46:06PM 17     Q.  Okay.  And again, the 5 parts per billion for a

01:46:11PM 18 30-minute average of hydrogen sulfide, that was to avoid odor

01:46:17PM 19 complaints about odor -- to avoid complaints about odor

01:46:19PM 20 annoyance, correct?

01:46:20PM 21     A.  Correct.  Yes.

01:46:21PM 22     Q.  Okay.  And did you look through to see whether the

01:46:23PM 23 WHO Regional Office for Europe had defined what odor

01:46:27PM 24 annoyance means to them?

01:46:29PM 25     A.  In that particular -- I've looked at all of their

01:46:33PM  1    volumes.  I can't remember what's in that particular one.

01:46:35PM  2        Q.  Okay.

01:46:35PM  3            MS. BRILLAULT:  So let's bring up Exhibit 42, please.

01:46:35PM  4    BY MS. BRILLAULT:

01:46:47PM  5        Q.  And this is the Air Quality Guidelines for Europe,

01:46:52PM  6    Second Edition that we just looked at, the full --

01:46:57PM  7        A.  Yeah, but that's one from 2000.  There are ones that

01:47:01PM  8    are later, but we can look at ones from 2000, right.

01:47:03PM  9        Q.  Yes.  This is also from 2000, which is the chapter

01:47:06PM  10   that you cited, correct?

01:47:06PM  11           MS. BRILLAULT:  If we go to the second page, I

01:47:06PM  12   believe it --

01:47:11PM  13           THE WITNESS:  It could be.  Uh-huh.

01:47:13PM  14   BY MS. BRILLAULT:

01:47:13PM  15       Q.  Air Quality Guidelines for Europe, Second Edition

01:47:18PM  16   2000?

01:47:18PM  17       A.  Uh-huh.

01:47:19PM  18       Q.  Okay.

01:47:20PM  19           MS. BRILLAULT:  And if we go to page 20 of the

01:47:23PM  20   document PDF, page 35 -- page 20.  Thank you.

01:47:23PM  21   BY MS. BRILLAULT:

01:47:34PM  22       Q.  Okay.  Here it talks about criteria for consideration

01:47:38PM  23   of sensory effects, correct?

01:47:40PM  24       A.  Correct.  Uh-huh.

01:47:42PM  25       Q.  Okay.  And on the third bullet down, it says,

01:47:45PM  1   "Acceptability and Annoyance."  So there, they're talking

01:47:48PM  2   about where a person is being annoyed, and it's the WHO

01:47:52PM  3   regional office of Europe is equating annoyance with a

01:47:56PM  4   nuisance level threshold, would you agree with me?

01:47:59PM  5       A.  Agree with what?

01:48:01PM  6       Q.  That the WHO is interpreting the annoyance level to

01:48:05PM  7   be a nuisance threshold level, that's what they're equating

01:48:11PM  8   it?

01:48:11PM  9       A.  Okay.  Somehow, the side is cutting off.

01:48:17PM  10      MS. BRILLAULT:  Let's give her the full without the

01:48:22PM  11  callout.  Thank you.  Unhighlighted.

01:48:23PM  12      THE WITNESS:  Okay.  It's defined as a concentration.

01:48:26PM  13  Okay.

01:48:26PM  14  BY MS. BRILLAULT:

01:48:26PM  15      Q.  Dr. Schiffman, do you see this third bullet when

01:48:31PM  16  we're talking about sensory effects?

01:48:33PM  17      A.  Uh-huh.

01:48:33PM  18      Q.  Can you just let me finish the question?  I

01:48:35PM  19  apologize.  I think the court reporter will have a much

01:48:37PM  20  better job.

01:48:38PM  21      So on the third bullet, it says "Acceptability and

01:48:42PM  22  Annoyance," and that's equated to what they're interpreting

01:48:45PM  23  as a nuisance threshold level, correct?  Is that what the

01:48:53PM  24  document says, Dr. Schiffman?

01:48:57PM  25      A.  It's defined as the concentration at which not more

01:49:01PM  1  than a small proportion.  They can define it any way they

01:49:08PM  2  want, yeah.  Uh-huh.

01:49:09PM  3     Q.  Okay.  So for the WHO Regional Office for Europe,

01:49:12PM  4  their nuisance threshold level is designed to look at a small

01:49:17PM  5  proportion of the population, which is less than 5 percent

01:49:21PM  6  when they experience annoyance for a small part of the time,

01:49:25PM  7  less than 2 percent.  Is that what the WHO is saying?

01:49:30PM  8     A.  In this particular document, but that's not what they

01:49:33PM  9  say in other documents.  They just say that you're going to

01:49:35PM  10 get complaints at 5 ppb and above.  Okay.  So I mean,

01:49:40PM  11 obviously, there are differences between the different

01:49:42PM  12 offices.  Okay.

01:49:44PM  13    Q.  And so the odor annoyance level -- threshold level

01:49:48PM  14 that we just talked about, the 5 parts per billion for a

01:49:53PM  15 30-minute average where they said odor annoyance would occur,

01:49:56PM  16 they're interpreting odor annoyance to be a nuisance

01:50:00PM  17 threshold level that is designed to look at less than 5

01:50:02PM  18 percent of the population for less than 2 percent of the

01:50:06PM  19 time, correct?

01:50:07PM  20    A.  In this particular document, that's what they say.

01:50:10PM  21    Q.  Okay.  And this is the document you used to rely on

01:50:15PM  22 for your nuisance level -- for your annoyance level threshold

01:50:19PM  23 in this case?

01:50:20PM  24    A.  I think what happened is that I had another later

01:50:24PM  25 one, and somehow you couldn't find it so I think I went back

01:50:29PM  1    and just put this one in as a reference.

01:50:32PM  2        **Q.**  But again --

01:50:33PM  3        **A.**  It was an issue over mine -- mine was different from

01:50:37PM  4    the one that you had, so I think there was a question that

01:50:39PM  5    you couldn't find the one that I had.  So I just used this as

01:50:43PM  6    a reference.

01:50:44PM  7        **Q.**  But the level you're using is 5 parts per billion at

01:50:48PM  8    a 30-minute average cited to Chapter 6.6 of the WHO regional

01:50:53PM  9    office of Europe, Second Edition published in 2000.  And

01:50:57PM  10   looking at the complete book, it explains that that odor

01:51:01PM  11   annoyance level is designed to meet the nuisance threshold

01:51:08PM  12   level looking at less than 5 percent of the population 2

01:51:13PM  13   percent of the time, correct?

01:51:14PM  14       **A.**  How do I answer this?  I've been doing this for

01:51:21PM  15   50 years.  I can tell you at 5 ppb in the field where you

01:51:25PM  16   have other compounds along with it always is a nuisance,

01:51:29PM  17   okay, for lot more than 5 percent of the population.  So

01:51:33PM  18   whatever it says in there, it says.  There's nothing -- I

01:51:36PM  19   mean, I don't know.  That's what it says.  Okay.

01:51:40PM  20       **Q.**  Okay.  And earlier, you testified that the WHO, that

01:51:46PM  21   the 5 parts per billion for the 30-minute average was adopted

01:51:50PM  22   and promulgated by the WHO.  Do you remember that testimony?

01:51:53PM  23       **A.**  It is.

01:51:53PM  24       **Q.**  Okay.

01:51:55PM  25       **A.**  It is.

01:51:55PM **1**       Q.   Okay.

01:51:56PM **2**            MS. BRILLAULT:   Let's turn to page 7 of Exhibit 42,

01:51:59PM **3**    please.

01:51:59PM **4**    BY MS. BRILLAULT:

01:51:59PM **5**       Q.   And again, this is the exhibit we were just looking

01:52:01PM **6**    at, the WHO Air Quality Guidelines, Second Edition.

01:52:10PM **7**            MS. BRILLAULT:   Sorry.   Exhibit 42.   Yeah.

01:52:10PM **8**    BY MS. BRILLAULT:

01:52:13PM **9**       Q.   And page 7 of the Exhibit 42, it states at the bottom

01:52:19PM **10**   paragraph, "The views expressed in this publication are those

01:52:22PM **11**   of the participants, and do not necessarily represent the

01:52:25PM **12**   decisions or the stated policy of the World Health

01:52:28PM **13**   Organization"; is that correct, Dr. Schiffman?

01:52:30PM **14**      A.   In that document, they say that.   In other ones, you

01:52:36PM **15**   don't find that kind of comment.   So in this particular -- in

01:52:39PM **16**   2000 -- in the 2000 one, apparently, that's what they're

01:52:42PM **17**   saying.   But this is -- this is common in any -- for many

01:52:48PM **18**   World Health Organization statements.

01:52:49PM **19**      Q.   But again, this is the 2000 document that you pulled

01:52:53PM **20**   in --

01:52:54PM **21**      A.   This is the 2000.

01:52:54PM **22**      Q.   -- Chapter 6.6 that you cited?

01:53:00PM **23**           MS. BRILLAULT:   Okay.   We're done with that.   Thank

01:53:02PM **24**   you.

01:53:02PM **25**   BY MS. BRILLAULT:

01:53:02PM 1      Q.  Now, Dr. Schiffman, you didn't do any air dispersion

01:53:05PM 2   modeling for hydrogen sulfide in this case, correct?

01:53:07PM 3      A.  No, I did not.

01:53:08PM 4      Q.  Okay.  And you relied on Mr. Lape's air dispersion

01:53:12PM 5   modeling for hydrogen sulfide from the Jefferson Parish

01:53:14PM 6   Landfill for your opinions addressing modeling?

01:53:18PM 7      A.  Yes.

01:53:19PM 8      Q.  Okay.  You didn't look at any air dispersion modeling

01:53:24PM 9   results from any of the defense experts in this case?

01:53:26PM 10     A.  No.

01:53:27PM 11     Q.  And that would include Dr. Yocke's air dispersion

01:53:33PM 12  model?

01:53:33PM 13     A.  No, I did not.

01:53:34PM 14     Q.  Okay.  And you didn't review Mr. Lape's inputs for

01:53:39PM 15  his air dispersion model in this case, correct?

01:53:42PM 16     A.  No.

01:53:43PM 17     Q.  And because you didn't do the modeling and you didn't

01:53:46PM 18  review the inputs, you're unable to opine on whether

01:53:50PM 19  Mr. Lape's modeling was done accurately, correct?

01:53:53PM 20     A.  I've had numerous discussions with Mr. Lape, and I

01:53:57PM 21  have utmost confidence in his competence.  I was, in fact,

01:54:03PM 22  very impressed by his competence.

01:54:05PM 23     Q.  But again, you didn't review the inputs --

01:54:07PM 24     A.  No.

01:54:07PM 25     Q.  -- and you didn't do the modeling so unable to

01:54:10PM **1** provide an opinion on the accuracy?

01:54:11PM **2**     **A.** No, I cannot.

01:54:13PM **3**     **Q.** Sorry. Just clarification for the record. No, you

01:54:18PM **4** did not? Or no, you're not -- let me ask it again.

01:54:21PM **5**     **A.** I did not -- I did not review the input.

01:54:25PM **6**     **Q.** Okay. And so you're not able to opine on whether

01:54:28PM **7** Mr. Lape did the modeling accurately?

01:54:35PM **8**     **A.** That is correct. But I'd like to justify -- say one

01:54:39PM **9** thing here. And that is, I have a lot of field experience,

01:54:43PM **10** and in my experience when I have measured hydrogen sulfide

01:54:46PM **11** and I look at the complaints of the people in this case, that

01:54:51PM **12** they are consistent with one another. When I have modeled --

01:54:55PM **13** when I have measured 5 ppb in communities where there are a

01:55:00PM **14** lot of complaints, this is -- the complaints from those

01:55:04PM **15** communities are very similar to what we have in this

01:55:07PM **16** particular case.

01:55:08PM **17**     **Q.** And, Dr. Schiffman --

01:55:10PM **18**     **A.** So I was not --

01:55:10PM **19**     THE COURT: Wait. Let her finish.

01:55:12PM **20**     THE WITNESS: -- questioning his modeling because I

01:55:12PM **21** felt -- I felt it was consistent with my own experience.

01:55:17PM **22** BY MS. BRILLAULT:

01:55:17PM **23**     **Q.** Okay. In going back to Mr. Lape's model, again,

01:55:21PM **24** you're not able to opine on whether he used reliable inputs

01:55:25PM **25** because you didn't review the inputs for that model, correct?

01:55:28PM **1**    **A.**   That is correct.

01:55:28PM **2**    **Q.**   Okay.  And now Mr. Lape modeled hydrogen sulfide

01:55:34PM **3**    emissions to six surrogate receptor locations, correct?

01:55:38PM **4**    **A.**   Yes.

01:55:39PM **5**    **Q.**   Okay.  And you weren't involved in the selection of

01:55:44PM **6**    those six surrogate receptor locations that he modeled?

01:55:48PM **7**    **A.**   No.

01:55:48PM **8**    **Q.**   And you didn't review any air dispersion modeling

01:55:51PM **9**    results for locations besides these six surrogate receptor

01:55:56PM **10**   locations?

01:55:57PM **11**   **A.**   No, I did not.

01:55:58PM **12**   **Q.**   No.  You did not review any other --

01:56:00PM **13**   **A.**   I did not review any, no.

01:56:02PM **14**   **Q.**   Okay.  And the tables in your report that we briefly

01:56:04PM **15**   went over earlier today, Tables 2A, 2B, 2C, 3, and Table 8 --

01:56:11PM **16**   which we may not have covered -- those were all modeling

01:56:14PM **17**   results from Mr. Lape that addressed only the six surrogate

01:56:23PM **18**   receptor locations, correct?

01:56:24PM **19**   **A.**   Correct.

01:56:24PM **20**   **Q.**   And those tables only provide detail as to how many

01:56:28PM **21**   times in a year each receptor was predicted to be exposed to

01:56:34PM **22**   a corresponding H2S concentration based on Mr. Lape's model?

01:56:38PM **23**   **A.**   That's correct.

01:56:40PM **24**   **Q.**   And other than the annual time frame, there's no --

01:56:46PM **25**   none of the tables that you reviewed from Mr. Lape's report

01:56:49PM  1   provide information related to the timing of the predicted

01:56:53PM  2   exposure, correct?

01:56:54PM  3       A.   I just -- what I have are the tables that are in my

01:56:59PM  4   report, and that's what I based my report on.

01:57:01PM  5       Q.   Okay.  And so based on Mr. Lape's model, you're

01:57:04PM  6   unable to opine how many times, for example, a day that

01:57:08PM  7   Surrogate Receptor 5 was exposed to hydrogen sulfide levels

01:57:13PM  8   at certain concentrations?

01:57:15PM  9       A.   That's difficult to do in short-term modeling.

01:57:21PM  10      Q.   But again, I'm --

01:57:22PM  11      A.   But I can't really --

01:57:22PM  12      Q.   Sorry.  I apologize.

01:57:23PM  13      A.   I mean, you're asking the question how many times a

01:57:25PM  14  day and I said that's -- I'm trying to answer the question.

01:57:28PM  15  You can't do that with modeling.

01:57:30PM  16      Q.   Understood.  But I'm just asking based on the

01:57:33PM  17  information that you have in your report that you obtained

01:57:35PM  18  from Mr. Lape, you're unable to opine on how many times a day

01:57:41PM  19  surrogate receptor 4, for example, was exposed to those

01:57:45PM  20  concentrations of hydrogen sulfide, correct?

01:57:47PM  21      A.   That is correct.

01:57:51PM  22      Q.   Okay.  And Mr. Lape's modeling results only go

01:57:59PM  23  through the end of 2019, correct?

01:58:00PM  24      A.   Correct.

01:58:02PM  25      Q.   And similarly, your analysis of potential impacts

01:58:06PM  1   from the Jefferson Parish Landfill emissions only goes

01:58:10PM  2   through 2019, correct?

01:58:11PM  3       A.  That's correct.

01:58:13PM  4       Q.  And, in fact, it was only for the period 2017 to

01:58:17PM  5   2019, correct?

01:58:18PM  6       A.  Correct.

01:58:19PM  7       Q.  Okay.  You didn't provide any opinions for impacts

01:58:23PM  8   beginning January 1st, 2020, and forward?

01:58:27PM  9       A.  Never -- never looked at them, no.

01:58:30PM  10      Q.  And you weren't asked to provide any opinions with

01:58:33PM  11  respect to impacts beginning January 1st, 2020, forward?

01:58:37PM  12      A.  I was not asked to do that.

01:58:42PM  13      Q.  All right.  So I'd like to turn to the discussion you

01:58:47PM  14  were having with Mr. Hammel about volatile organic compounds.

01:58:53PM  15  And you've opined in this case that it's just not H2S, it's

01:58:57PM  16  H2S plus other odorous compounds from the Jefferson Parish

01:59:02PM  17  Landfill that are contributing to the experiences by

01:59:05PM  18  plaintiffs of odors, correct?

01:59:09PM  19      A.  That's correct.

01:59:09PM  20      Q.  Okay.  And in your opinion, it isn't one specific

01:59:12PM  21  compound plus H2S, it's a mixture of compounds that are

01:59:16PM  22  contributing to the odors that they're experiencing, correct?

01:59:18PM  23      A.  That's correct.

01:59:19PM  24      Q.  Okay.  And would you agree that when there's a

01:59:22PM  25  mixture of compounds that you're analyzing, the -- the

01:59:28PM  **1**   intensity and characteristic of any resulting odor, so how

01:59:31PM  **2**   strong it is and how it smells, depends on the specific

01:59:36PM  **3**   compounds that make up that mixture?

01:59:38PM  **4**        A.   Yes.   There are some that are more salient, like

01:59:44PM  **5**   hydrogen sulfide, which kind of stands out in the mixture.

01:59:48PM  **6**   But aside from certain compounds, the mixture -- the

01:59:54PM  **7**   variation of compounds can certainly alter the quality.

01:59:57PM  **8**        Q.   Okay.   And for your opinion, you identified a number

02:00:03PM  **9**   of types of VOCs, volatile organic compounds, that you

02:00:08PM  **10**  believe are contributing to the odor intensity of the

02:00:12PM  **11**  Jefferson Parish Landfill emissions, correct?

02:00:14PM  **12**       A.   It's not that I believe.   It's what the compounds are

02:00:18PM  **13**  that were in the grab samples, and I just listed them.   There

02:00:23PM  **14**  are 33 of them that were on the landfill and that are also --

02:00:28PM  **15**  that are also in the community.

02:00:32PM  **16**       Q.   And in your report --

02:00:33PM  **17**       A.   All of them --

02:00:33PM  **18**       Q.   Sorry.

02:00:35PM  **19**       A.   Almost all of those have odors, and the combinations

02:00:40PM  **20**  of those are, you know, what is causing the issue.

02:00:45PM  **21**       Q.   And in your report, your written report, I believe

02:00:48PM  **22**  you actually identified 37 types of VOCs, but today your

02:00:53PM  **23**  opinion is, it's 33 types of VOCs?

02:00:55PM  **24**       A.   Well, actually, that was inspired by your

02:01:00PM  **25**  combination -- your comment as to where those samples were

02:01:03PM 1    taken.  So I took that to heart, and I went back and looked

02:01:09PM 2    at where those compounds were collected.  And I looked at

02:01:13PM 3    Canisters Number 2796 and 2294, and those were the edge of

02:01:20PM 4    the landfill.  And then I looked at 2017, 2760, and 2150, and

02:01:25PM 5    those are the ones downwind.  And then what I did is, I saw

02:01:30PM 6    that only three compounds of all the compounds that were

02:01:33PM 7    collected were only found in the community, whereas 41 of

02:01:38PM 8    them were found in the landfill and 80 percent of them are in

02:01:41PM 9    the community itself.

02:01:43PM 10        So if you wanted to just take a binomial possibility

02:01:47PM 11   of saying, what's the probability that propene is on the

02:01:52PM 12   landfill, and you see -- let's consider that -- just as the

02:01:56PM 13   example I was giving you.  You have a house, and a whole

02:01:59PM 14   bunch of stuff is stolen from it, 41 compounds.  And 33 of

02:02:03PM 15   them are appearing in Waggaman.  Is that a coincidence?  I

02:02:08PM 16   mean, if you want to calculate a binomial expansion out of

02:02:12PM 17   that, that would be like one chance in a trillion that these

02:02:17PM 18   compounds didn't come from that particular source.  So that's

02:02:21PM 19   what's very strong, I thought, that you were saying, look at

02:02:26PM 20   where those compounds are coming from.  It was an excellent

02:02:29PM 21   idea when I went back and did it, and it further strengthened

02:02:33PM 22   exactly my conclusion in this case.

02:02:33PM 23   BY MS. BRILLAULT:

02:02:33PM 24        Q.  Okay.

02:02:36PM 25        A.  Excuse me.

02:02:36PM **1**     Q.  So a few statements in there, and we'll try to pull

02:02:41PM **2** it apart to explain it to the Judge.  When you said it was a

02:02:43PM **3** conversation you and I had, that was at your deposition last

02:02:45PM **4** August, we were talking about your analysis of VOCs, correct?

02:02:48PM **5**     A.  I had not looked -- you pointed out that I had not

02:02:52PM **6** looked carefully enough at where those grab samples had been

02:02:56PM **7** taken.  So I went back and looked at where those grab samples

02:03:01PM **8** were taken, and I took the ones that were on the landfill and

02:03:03PM **9** I took the ones that were in -- at Waggaman and MAML.  And

02:03:07PM **10** then I tried to look at how similar are they.  Here's the

02:03:11PM **11** ones on the landfill.  Here's the ones in -- in the

02:03:16PM **12** community.  The overlap is huge.  33 of the 41 compounds that

02:03:20PM **13** are coming off of the landfill are also found in the

02:03:23PM **14** community.  That is very strong evidence that that's where

02:03:27PM **15** they're coming from.  So I don't see -- I mean, I thought

02:03:32PM **16** that was a very good idea and I followed through on it, and

02:03:35PM **17** it absolutely confirms what I had said originally.  I did it

02:03:39PM **18** a different way, but here's -- here's the landfill and here's

02:03:44PM **19** the community, and those -- the overlap is huge.

02:03:49PM **20**     Q.  And so -- sorry.  I cut you off.

02:03:50PM **21**     A.  And they're only -- yeah, that's the point.  That's

02:03:53PM **22** exactly the point.  You made the point yourself.

02:03:56PM **23**     Q.  And so just to be clear, after you had written your

02:04:01PM **24** expert reports and served them, during our deposition you

02:04:05PM **25** realized you had not assessed the locations of the grab

02:04:10PM 1   samples when you did your consistency analysis comparing what

02:04:14PM 2   you had considered were off-site samples.  But it turns out,

02:04:18PM 3   not all of them were off-site to what you were saying were

02:04:21PM 4   also on-site samples?

02:04:22PM 5       A.   That is correct.

02:04:24PM 6            MR. HAMMEL:  Judge, excuse me.  I'm going to lodge an

02:04:26PM 7   objection at this point.  I think the conversation at the

02:04:29PM 8   deposition was not specifically what we're dealing with

02:04:32PM 9   today.  Just object to the record.

02:04:35PM 10           MS. BRILLAULT:  I can clarify.  I'm happy to bring up

02:04:36PM 11  the conversation.  We were walking through her analysis, her

02:04:38PM 12  opinion, in 3D of her report where she was talking about

02:04:41PM 13  comparing on-site samples to off-site samples.  And I showed

02:04:45PM 14  her a couple of examples, or at least one example, of where a

02:04:49PM 15  VOC grab sample was actually taken on the Jefferson Parish

02:04:52PM 16  Landfill, and she was comparing that to another grab sample

02:04:55PM 17  taken on the Jefferson Parish Landfill to say that those VOCs

02:04:59PM 18  are also being found in the residential areas.

02:05:01PM 19           THE COURT:  Okay.  Why don't you cover it on the

02:05:03PM 20  redirect if you need to.

02:05:05PM 21           MR. HAMMEL:  Thank you, Judge.

02:05:06PM 22  BY MS. BRILLAULT:

02:05:06PM 23      Q.   Okay.  Let's take a step back.  I don't know if we've

02:05:10PM 24  explained to the court what VOCs are.  Volatile simply means

02:05:17PM 25  that it easily evaporates in normal temperatures, correct,

02:05:22PM 1    the word "volatile"?

02:05:24PM 2        A.   That would be a nonchemical -- this is one way of

02:05:27PM 3    looking at it, yes.

02:05:28PM 4        Q.   Okay.   So it's chemicals that easily evaporate at

02:05:32PM 5    normal temperatures that are organic compounds?

02:05:36PM 6        A.   Uh-huh.

02:05:36PM 7        Q.   Okay.   And there's many sources of VOCs in our

02:05:41PM 8    environment, correct?

02:05:41PM 9        A.   Many what?

02:05:43PM 10       Q.   There are many sources of VOCs in our environment,

02:05:46PM 11   correct?

02:05:46PM 12       A.   Yes, correct.

02:05:48PM 13       Q.   Okay.   And VOCs are not exclusive to landfill

02:05:52PM 14   emissions, correct?

02:05:53PM 15       A.   Correct.

02:05:54PM 16       Q.   They can come from car exhaust, correct?

02:05:57PM 17       A.   Correct.

02:05:58PM 18       Q.   And they can come from paint, correct?

02:06:00PM 19       A.   Correct.

02:06:02PM 20       Q.   Okay.   And when you were doing your comparison, your

02:06:09PM 21   analysis of VOCs, what we just discussed, you didn't compare

02:06:13PM 22   the relative concentrations of the grab samples that were

02:06:16PM 23   on-site and off-site, correct?

02:06:18PM 24       A.   No.   But that -- that is not really valid because it

02:06:25PM 25   has -- you can't -- with the number of -- with the number of

02:06:33PM 1 grab samples that were done, you can't really -- I actually

02:06:37PM 2 started doing that, and I decided that really wasn't

02:06:40PM 3 legitimate with the number of samples.  But you can certainly

02:06:43PM 4 say with whether it's there or not.  When 33 -- when 33 of 41

02:06:49PM 5 compounds are found in the community, that is very high and

02:06:54PM 6 highly improbable at a one-part-per-billion or trillion

02:07:02PM 7 possibility.  So it's my opinion that these compounds that

02:07:06PM 8 were found in the community in the grab samples did come from

02:07:08PM 9 the landfill.

02:07:10PM 10    Q.  And when you --

02:07:11PM 11    A.  Along with hydrogen sulfide.

02:07:12PM 12    Q.  Sorry.  I apologize again for interrupting you.  And

02:07:16PM 13 when you did this evaluation of the VOCs, you didn't evaluate

02:07:21PM 14 meteorological data associated with the LDEQ off-site grab

02:07:28PM 15 samples, correct?

02:07:28PM 16    A.  No.  But I don't think that you can do that because

02:07:31PM 17 the volatility compounds is different and temperature affects

02:07:36PM 18 them differently.  So the way in which they spread out is

02:07:42PM 19 going to vary with the structure of the compounds.  So I

02:07:45PM 20 think looking at relative amounts with a single -- with a

02:07:50PM 21 single grab sample and not knowing temperature is not a valid

02:07:55PM 22 thing to do.

02:07:56PM 23    Q.  And you said one of the reasons you don't want to

02:08:00PM 24 look at meteorological data -- I think you just said this --

02:08:03PM 25 is the different volatiles have different dispersion --

02:08:07PM 1      A.   Characteristics.

02:08:08PM 2      Q.   -- characteristics.  Okay.  So you can't assume that

02:08:11PM 3  they're all going to disperse the same distance from wherever

02:08:14PM 4  they are emitted?

02:08:15PM 5      A.   Correct.

02:08:15PM 6      Q.   Okay.

02:08:16PM 7      A.   Correct.  You can't look at it from a binary point of

02:08:27PM 8  view.  If all those -- let's consider that the compounds are

02:08:31PM 9  pieces of furniture and 41 of them were on the landfill and

02:08:35PM 10  33 of those 41 compounds ended up in a house in Waggaman.

02:08:40PM 11  What's the probability of that happening by chance?  And the

02:08:46PM 12  chance is about one chance in a trillion.  I think I

02:08:49PM 13  calculated it out one time.

02:08:50PM 14      Q.   And earlier --

02:08:51PM 15      A.   So do I think they came from the landfill?  The

02:08:54PM 16  answer is, yes, along with hydrogen sulfide.

02:08:58PM 17      Q.   And earlier, you described the locations of the LDEQ

02:09:05PM 18  grab samples as being downwind from the landfill.

02:09:09PM 19      A.   Well, if they went that way -- they went that way at

02:09:16PM 20  one time, let's put it that way.

02:09:18PM 21      Q.   But in the LDEQ MAML report, there was no

02:09:22PM 22  meteorological data provided along with the grab samples,

02:09:25PM 23  right?

02:09:25PM 24      A.   That is correct.

02:09:26PM 25      Q.   Okay.  So you don't know if those grab samples were

02:09:29PM 1 actually downwind of the landfill at the time they were

02:09:32PM 2 taken, correct?

02:09:34PM 3    A.  No.  But I just pointed out to you, what's the

02:09:36PM 4 probability if you have -- 41 pieces of furniture, and 33 of

02:09:43PM 5 them ended up in a house in Waggaman or River Ridge?  You

02:09:46PM 6 know, if you were a police officer, I think that you would

02:09:49PM 7 say that that's probably where they came from, unless you

02:09:52PM 8 have another source, another direction.  But it has exactly

02:09:56PM 9 the same compounds.  That's very rare.

02:10:02PM 10    Q.  And I believe Mr. Hammel asked this earlier, but you

02:10:05PM 11 didn't do any air dispersion modeling for any VOCs detected

02:10:10PM 12 at the landfill in this case, correct?

02:10:11PM 13    A.  I did no modeling in this particular case.

02:10:14PM 14    Q.  Okay.  And you're not aware of any modeling that was

02:10:16PM 15 done for VOCs from the Jefferson Parish Landfill emissions by

02:10:20PM 16 anyone else in this case, correct?

02:10:21PM 17    A.  No.  No, I'm not.

02:10:23PM 18    Q.  And you didn't consider whether other odor sources

02:10:28PM 19 could be contributing to the VOCs detected in the off-site

02:10:30PM 20 samples by LDEQ, correct?

02:10:32PM 21    A.  I wasn't asked to do that.  The only -- but I would

02:10:36PM 22 like to point out to you that the only -- only three

02:10:40PM 23 compounds, which is dichloroethane, chloroform, and

02:10:49PM 24 trichloroethylene, are the only three compounds that were

02:10:53PM 25 found in the community that were not on the landfill.  So if

02:10:58PM 1    you have a source of those three compounds, then that came

02:11:02PM 2    from someplace else.  But aside from those, all the rest of

02:11:06PM 3    them came from the landfill, 33 of 41.  Do the math.

02:11:11PM 4        Q.  And, Dr. Schiffman, this analysis of the VOCs that's

02:11:15PM 5    in Opinion 3D of your expert report and that we just talked

02:11:19PM 6    about, this was actually what you considered an afterthought

02:11:22PM 7    because the levels of the hydrogen sulfide emissions were not

02:11:26PM 8    sufficient to explain plaintiffs' injuries in this case,

02:11:29PM 9    correct?

02:11:29PM 10       A.  No, that wasn't an afterthought.  The issue was -- is

02:11:35PM 11   how to model the odor downwind.  And so originally, when we

02:11:39PM 12   had discussions about it, the correlation between odor and

02:11:47PM 13   hydrogen sulfide was high enough that I thought, given the

02:11:49PM 14   modeling looks at molecules and not at odor, that the best

02:11:55PM 15   thing would be to use hydrogen sulfide as a surrogate for

02:11:57PM 16   odor.

02:11:59PM 17       Q.  So it's your testimony --

02:12:01PM 18       A.  That's not -- the hydrogen sulfide here is used as a

02:12:06PM 19   surrogate for the movement of odor downwind.  But that

02:12:11PM 20   hydrogen sulfide is accompanied, as we certainly know, of the

02:12:15PM 21   41 compounds that were found on the landfill that were found

02:12:19PM 22   there.  We know 33 of them were accompanying that hydrogen

02:12:22PM 23   sulfide downwind, and the probability of that happening is

02:12:26PM 24   very, very low, so -- in a parts per billion, parts per

02:12:35PM 25   trillion range.  So we know that the odor certainly is

02:12:37PM  **1**  composed of hydrogen sulfide and propene and Freon-12 and

02:12:41PM  **2**  chloromethane and ethanol and acetonitrile and all these

02:12:48PM  **3**  other compounds that are accompanying these as well.  So

02:12:49PM  **4**  that's the point here, is that the discussion was simply to

02:12:52PM  **5**  use hydrogen sulfide as a surrogate for odor because the

02:12:57PM  **6**  modeling systems do not model odor units, okay.  They don't

02:13:02PM  **7**  model that.  That's not the way a modeling system works,

02:13:06PM  **8**  certainly, air model -- air modeling and CALPUFF.  So that

02:13:11PM  **9**  was the reason for it.

02:13:12PM  **10**      Q.  So going back to my original question, it's your

02:13:15PM  **11**  testimony here today that the analysis -- your analysis of

02:13:18PM  **12**  the VOCs was not an afterthought because you thought the

02:13:22PM  **13**  levels of H2S that you were looking at in the modeling was

02:13:27PM  **14**  not sufficient to explain plaintiffs' injuries?  So that's --

02:13:30PM  **15**      A.  No.  I originally was doing it using the compounds

02:13:35PM  **16**  that were found by Ramboll, okay, as to what I thought --

02:13:42PM  **17**  thought the issue was.  And it turns out that 83 percent of

02:13:49PM  **18**  the compounds that were found by Ramboll are also the same

02:13:54PM  **19**  ones that were found by LDEQ.  So there's a unique chemical

02:14:00PM  **20**  signature for what's coming off of that landfill, and the

02:14:02PM  **21**  overlap between Ramboll and LDEQ is very high, 83 percent.

02:14:08PM  **22**  And also, that the signature of the compounds coming off of

02:14:12PM  **23**  the landfill into the community is also -- the signature is

02:14:16PM  **24**  the same.  So the same compounds are there.

02:14:19PM  **25**          I mean, I was trying to figure out how to explain

02:14:22PM  1   this, you know, in terms of the signature of the compounds.

02:14:26PM  2   That's how you -- how you tell where something is coming

02:14:29PM  3   from, is you look at a whole series of GCPs.  And then you

02:14:35PM  4   can tell, that's lemon, that's orange, whatever.  And you if

02:14:38PM  5   did that with these compounds, you would say, well, that

02:14:41PM  6   shows those signatures are the same.

02:14:45PM  7   BY MS. BRILLAULT:

02:14:45PM  8       Q.  Okay.  So just clarification on my -- I just need a

02:14:48PM  9   "yes" or a "no" for this one, Dr. Schiffman.

02:14:51PM  10          THE COURT:  If you're asking her about the

02:14:53PM  11  afterthought --

02:14:55PM  12          MS. BRILLAULT:  Yes.

02:14:55PM  13          THE COURT:  -- you already asked her twice, and she

02:14:59PM  14  said "no."

02:14:59PM  15          MS. BRILLAULT:  Okay.

02:14:59PM  16          THE WITNESS:  It's not an afterthought.

02:14:51PM  17          MS. BRILLAULT:  Okay.  That's fine, Dr. Schiffman --

02:15:02PM  18          THE COURT:  Wait, everybody.  Stop.  Everybody, stop.

02:15:04PM  19              (Simultaneous speaking.)

02:15:05PM  20          THE COURT:  We're not going to ask her that question

02:15:07PM  21  again.

02:15:07PM  22  BY MS. BRILLAULT:

02:15:09PM  23      Q.  So, Dr. Schiffman, do you remember you were deposed

02:15:12PM  24  in this case?

02:15:12PM  25      A.  Do I remember when I was deposed?

02:15:15PM 1      Q.  Do you remember being deposed in this case?

02:15:18PM 2      A.  Yeah, I remember being deposed.

02:15:21PM 3      Q.  Okay.  And that was on August 30th and August 31st of

02:15:24PM 4   2021?

02:15:25PM 5      A.  Uh-huh.

02:15:25PM 6      Q.  And there was a court reporter, and you were under an

02:15:28PM 7   oath to provide truthful answers, correct?

02:15:31PM 8      A.  Yes.

02:15:33PM 9      Q.  Okay.  And I asked questions, you responded, the

02:15:37PM 10  court reporter took the testimony down, correct?

02:15:41PM 11     A.  Yes.

02:15:41PM 12     Q.  Okay.  So I'd like to turn to page 144 of your

02:15:46PM 13  deposition, and we'll pull that up.

02:15:50PM 14          THE COURT:  All right.  So you need to tell them

02:15:52PM 15  first before you put it on the screen --

02:15:55PM 16          MS. BRILLAULT:  Take it off of the screen, please.

02:15:57PM 17          THE COURT:  You tell them what line you're talking

02:15:59PM 18  about.  And have you all got a copy of the deposition?

02:16:03PM 19          MR. HAMMEL:  Was this the first day or the second day

02:16:04PM 20  of the deposition?

02:16:06PM 21          MS. BRILLAULT:  It would be the first day.  Do you

02:16:08PM 22  need a copy?

02:16:08PM 23          THE COURT:  Which line?

02:16:10PM 24          MS. BRILLAULT:  Page 144, Line 10, I believe it is.

02:16:23PM 25          THE COURT:  Look at Ms. Brillault's copy if you don't

02:16:28PM  **1**   have one.

02:16:55PM  **2**        MS. BRILLAULT:  It begins page 145, line 10.

02:16:59PM  **3**        MR. HAMMEL:  Judge, this goes back to my original

02:17:01PM  **4**   objection.  This question was regarding samples taken by

02:17:06PM  **5**   Ramboll in 2019 and compared to samples from the LDEQ in

02:17:11PM  **6**   2018.  I believe the good portion of our discussion today has

02:17:16PM  **7**   been about the LDEQ samples from 2018 at the same time.  So I

02:17:20PM  **8**   just want it to be clear, right, there were three -- there's

02:17:23PM  **9**   two different time frames where these samples were taken.

02:17:26PM  **10**  Ramboll took samples in 2019 at the landfill.  The LDEQ took

02:17:31PM  **11**  samples in 2018 at the landfill and in the community.  So I

02:17:35PM  **12**  just want it to be very clear which one was an afterthought

02:17:38PM  **13**  and what the discussion was about.

02:17:43PM  **14**       MS. BRILLAULT:  Then I would object to all of her

02:17:44PM  **15**  opinion on the VOCs because that was not part of her expert

02:17:47PM  **16**  report.  She was only comparing Ramboll samples to the LDEQ

02:17:50PM  **17**  samples.  So I would ask --

02:17:51PM  **18**       THE COURT:  Well, are you about -- did she say at her

02:17:53PM  **19**  deposition that something was an afterthought?

02:17:56PM  **20**       MS. BRILLAULT:  Yes.

02:17:57PM  **21**       THE COURT:  All right.  So you have to be very clear

02:17:59PM  **22**  what the question was that you were asking her and whether

02:18:04PM  **23**  it's the same as the question you're asking her now.

02:18:09PM  **24**  BY MS. BRILLAULT:

02:18:10PM  **25**       Q.  Dr. Schiffman, when you did your VOC analysis in your

02:18:14PM **1** expert report that's provided in paragraph 3D where you

02:18:18PM **2** analyzed 50 compounds for the grab samples obtained by LDEQ

02:18:23PM **3** in July of 2018 --

02:18:25PM **4**          THE COURT:  Wait.  Tell me what -- this is

02:18:27PM **5** Exhibit 453?

02:18:31PM **6**          MS. BRILLAULT:  Yes.  453, page 19.

02:18:34PM **7**          THE COURT:  All right.  Dr. Schiffman, have you got a

02:18:37PM **8** copy?

02:18:38PM **9**          THE WITNESS:  No.

02:18:38PM **10**          MS. BRILLAULT:  You can bring that up.

02:18:39PM **11**          THE WITNESS:  I have no idea what she's talking

02:18:41PM **12** about.  So I would like to see exactly the question she asked

02:18:44PM **13** me before and what I answered.

02:18:47PM **14**          THE COURT:  Well, I'm asking you right now.  I'm

02:18:52PM **15** asking -- what she's asking you right now is about your

02:18:56PM **16** original report, August 27, 2021, and your page 19.  And

02:19:04PM **17** that's what's on the screen.  You can see that,

02:19:07PM **18** Dr. Schiffman?

02:19:07PM **19**          THE WITNESS:  Right.

02:19:09PM **20**          THE COURT:  Okay.  And then the issue -- okay.  The

02:19:14PM **21** issue is, if you're trying to impeach her --

02:19:21PM **22**          MS. BRILLAULT:  I will ask --

02:19:22PM **23**          THE COURT:  -- it has to be asking exactly -- you

02:19:23PM **24** know, it has to be the same thing, and it has to be clear

02:19:25PM **25** what she's talking about or it won't have any impeachment

02:19:28PM  1   value for me.  So --

02:19:30PM  2        MS. BRILLAULT:  Understood.  Thank you.  Thank you,

02:19:31PM  3   Judge.  I think there was possibly a miscommunication due to

02:19:34PM  4   Dr. Schiffman's doing a different analysis from what's in her

02:19:38PM  5   report.  So let me start again.

02:19:39PM  6   BY MS. BRILLAULT:

02:19:40PM  7        Q.   Dr. Schiffman, in your expert report that we're

02:19:43PM  8   looking at here, Exhibit 453, paragraph 3D, this is where you

02:19:48PM  9   conduct -- this is where you describe the analysis you did of

02:19:52PM  10  VOCs for your expert report, correct?

02:19:54PM  11       A.   Correct.

02:19:56PM  12       Q.   Okay.  And in your expert report -- for your expert

02:20:01PM  13  report, you compared 50 VOCs from grab samples taken by MAML

02:20:05PM  14  in July of 2018 and grab samples -- and compared them to the

02:20:11PM  15  samples that were taken by Ramboll in November of 2019, the

02:20:17PM  16  Ramboll samples were on-site at the landfill, correct?

02:20:20PM  17       A.   Right.

02:20:22PM  18       Q.   Okay.

02:20:25PM  19       A.   And that was done in --

02:20:31PM  20       Q.   And let me --

02:20:32PM  21       A.   It included -- should not have included certain

02:20:36PM  22  compounds that weren't found there, and I also did not

02:20:39PM  23  separate out the grab samples.  So I have now done a

02:20:45PM  24  reanalysis of that, which is what I just described to you.

02:20:48PM  25       Q.   Okay.  But at the time you --

02:20:50PM 1    **A.** So this is no longer relevant to what my opinion is,

02:20:54PM 2    okay?

02:20:55PM 3    **Q.** So you're saying opinion 3D is no longer relevant,

02:21:00PM 4    but at the time you wrote 3D -- and let me rephrase that.

02:21:05PM 5    When you summarized your opinion that is set forth in your

02:21:13PM 6    report under paragraph 3D, you described that as an

02:21:20PM 7    afterthought opinion, correct, because the levels of H2S

02:21:24PM 8    concentrations that you were seeing were not high enough to

02:21:29PM 9    explain plaintiffs' injuries?

02:21:33PM 10   **A.** Not -- that really is not a proper characterization.

02:21:39PM 11   What I was asked to do was to focus on the modeling of Jim

02:21:48PM 12   Lake, okay? And I explained to Barry Newman that the other

02:21:53PM 13   compounds were really important as well. And so what I was

02:21:58PM 14   focusing on was the compounds that Ramboll had, and then I

02:22:02PM 15   decided to go back -- I was focusing on those -- hydrogen

02:22:05PM 16   sulfide plus those compounds. Then I decided to go back and

02:22:08PM 17   look at the grab samples. So afterthought, I mean, it's -- I

02:22:17PM 18   don't know -- you'd have to tell me exactly what your

02:22:20PM 19   question was and how I answered it, and then I could

02:22:23PM 20   hopefully explain to you what I meant at that time. What was

02:22:26PM 21   the question you asked me? Can you give me the exact

02:22:29PM 22   question and exactly what I said?

02:22:31PM 23   **Q.** I think the point is made about your analysis,

02:22:34PM 24   Dr. Schiffman. Now, earlier in your testimony with

02:22:54PM 25   Mr. Hammel, you talked about when compounds are combined they

02:22:59PM 1  have an additive effect where they become stronger in odor;

02:23:04PM 2  is that correct?

02:23:04PM 3      A.  Yes.  They might -- they might not be completely

02:23:08PM 4  additive, okay, they can be subadditive.  So that -- in -- at

02:23:16PM 5  least in my experience with -- because I'm doing a lot of

02:23:19PM 6  this right now, they're not always -- they're not always

02:23:22PM 7  completely additive.  Sometimes they're even synergistic.

02:23:27PM 8  But let's say they're incrementally greater as you go up.

02:23:34PM 9  Very seldom are they suppressant.

02:23:34PM 10     Q.  So it's your opinion here that either additivity or

02:23:37PM 11 synergism could be occurring to increase the odor intensity

02:23:44PM 12 of the Jefferson Parish Landfill emissions?

02:23:47PM 13     A.  The additivity of the VOCs with the hydrogen sulfide,

02:23:51PM 14 yes, absolutely, that's what's happening.

02:23:54PM 15     Q.  But you didn't conduct any test to evaluate whether

02:23:59PM 16 the mixtures that we're seeing in the landfill emissions,

02:24:02PM 17 those particular VOCs, could result in dose addition,

02:24:08PM 18 correct?

02:24:08PM 19     A.  I have done with these compounds, yes, with

02:24:13PM 20 permeation tubes.  And, yes, they are sub -- additive and

02:24:17PM 21 subadditive.  I've been doing it over the last few years

02:24:22PM 22 because we're trying to make mock odors for landfills.  I

02:24:27PM 23 know a lot of these compounds, and, yes, they are additive --

02:24:29PM 24 or subadditive or additive with hydrogen sulfide.

02:24:33PM 25     Q.  So to be clear, you're saying that you conducted

02:24:37PM 1    tests on the specific compounds that were found in the grab

02:24:41PM 2    samples by Ramboll in 2019 on-site at the landfill to

02:24:46PM 3    determine if the mixture of them were additive?

02:24:49PM 4         A.   Not for this case.  I have been doing it for

02:24:54PM 5    something else, experience outside of this -- that's not why

02:25:01PM 6    I'm doing it.  I'm -- we're trying to get standards for

02:25:06PM 7    eNoses for landfills, and we need to have standards.  So I'm

02:25:11PM 8    trying to find mixtures of compounds that would be a

02:25:14PM 9    surrogate to test our eNose to see if it's working.  So I

02:25:19PM 10   know some of these compounds, and I have mixed them in

02:25:23PM 11   permeation tubes and with air flow devices to see if we can

02:25:29PM 12   simulate the idea of odor.  I do know that when I mix them

02:25:33PM 13   together, that the odor is much stronger than one single

02:25:36PM 14   compound alone.  That's what I can tell you.  But it's not

02:25:40PM 15   within -- did I do it for this case, absolutely not.

02:25:43PM 16        Q.   And I think my question was actually broader.  Have

02:25:45PM 17   you looked at the specific 33, which I believe is your

02:25:49PM 18   testimony today now, 33 VOCs that are consistent with on and

02:25:54PM 19   off-site samples?  So did you look at those specific 33 VOCs

02:25:59PM 20   to see if their mixture with hydrogen sulfide could increase

02:26:03PM 21   the intensity of the odors?

02:26:06PM 22        A.   I have done a subset of those 33, and they do, in

02:26:11PM 23   fact, enhance the quality -- the intensity of the odor.  Not

02:26:17PM 24   all the 33.

02:26:18PM 25        Q.   Okay.  And you're not aware of any studies that

02:26:22PM  1   demonstrate the combination of those 33 VOCs that were found

02:26:25PM  2   on the -- on-site at the landfill have an additive effect?

02:26:32PM  3       A.   No.  Nobody's picked those specific 33.

02:26:36PM  4       Q.   Okay.  And the same question with regard to the

02:26:39PM  5   synergism.  You didn't conduct any tests, you haven't done

02:26:42PM  6   any studies, to determine whether the mixture of the 33 VOCs

02:26:47PM  7   that you believe are combining to increase the odor intensity

02:26:51PM  8   have actually combined with H2S to increase odor intensity?

02:26:58PM  9       A.   No.  But a subset of them does, so I'm assuming that

02:27:01PM  10  the rest of them when added to it would be even more.

02:27:05PM  11      Q.   Okay.  And other than VOCs, you haven't done any air

02:27:11PM  12  dispersion modeling of any other compound in this case,

02:27:15PM  13  correct?

02:27:15PM  14      A.   No.

02:27:15PM  15      Q.   And you didn't review any modeling for any other

02:27:18PM  16  compound emitted by the Jefferson Parish Landfill other than

02:27:21PM  17  hydrogen sulfide in this case, correct?

02:27:23PM  18      A.   No, I did not.

02:27:25PM  19      Q.   Dr. Schiffman, you opined that hydrogen sulfide from

02:27:37PM  20  the Jefferson Parish Landfill, emissions accumulated in

02:27:41PM  21  plaintiffs' homes increasing the intensity and frequency of

02:27:45PM  22  the odor that they're experiencing, correct?

02:27:47PM  23      A.   That it can.  That it can.

02:27:49PM  24      Q.   That it can.  Okay.

02:27:51PM  25           For your opinion, you didn't rely on any indoor air

02:27:54PM 1  measurements of hydrogen sulfide concentrations in Jefferson

02:27:58PM 2  Parish Landfill -- sorry, in Jefferson Parish for this

02:28:00PM 3  opinion, did you?

02:28:01PM 4      A.  No.

02:28:04PM 5      Q.  And you didn't rely on any sampling data, with

02:28:08PM 6  respect to indoor hydrogen sulfide concentrations for this --

02:28:12PM 7  for your opinion in this case?

02:28:14PM 8      A.  No, I was not aware of any.

02:28:16PM 9      Q.  And you haven't conducted any studies as to whether

02:28:27PM 10 accumulation inside a home could occur where the source of

02:28:31PM 11 hydrogen sulfide was from an outdoor ambient air

02:28:35PM 12 concentration of 5 parts per billion for a 30-minute average,

02:28:39PM 13 correct?

02:28:39PM 14     A.  In this case, no, that I have from hard firms.

02:28:50PM 15     Q.  So you studied whether the ambient air -- outdoor

02:28:54PM 16 ambient air at 5 parts per billion for a 30-minute average

02:28:58PM 17 can accumulate inside the homes?

02:29:00PM 18     A.  We have done that.  We've put monitors outside and

02:29:06PM 19 inside homes of somebody who is doing a lot of complaining.

02:29:09PM 20 And we did find that the hydrogen sulfide levels went up

02:29:12PM 21 inside the home.

02:29:13PM 22     Q.  And what concentrations were they -- the ambient

02:29:15PM 23 air -- the hydrogen sulfide and the ambient air?  Excuse me?

02:29:22PM 24     A.  I have to look but I think the average was around 5

02:29:25PM 25 ppb but I don't -- I don't know that I even have that data.

02:29:29PM **1**   But I do remember it going up.

02:29:34PM **2**       **Q.**   And when it went -- no.  Sorry.

02:29:43PM **3**       **A.**   It went from non-detectable to detectable, which

02:29:46PM **4**   would have been at three ppb.

02:29:50PM **5**       **Q.**   So earlier today you're discussing odor complaints

02:29:56PM **6**   that you reviewed for your opinions in this case?

02:29:58PM **7**       **A.**   Yes.

02:29:58PM **8**       **Q.**   Okay.  And just so the record's clear, the types of

02:30:03PM **9**   odor -- the odor complaints that you reviewed included smell

02:30:07PM **10**  reports that were submitted to a Facebook group page,

02:30:11PM **11**  correct?

02:30:12PM **12**      **A.**   That's where I think they came from.  The name of it

02:30:16PM **13**  was whatever I said it was.  It was something that

02:30:22PM **14**  Barry Newman sent to me.  The name of it is in the appendix

02:30:26PM **15**  of my report and it's called Jefferson Parish citizens smell

02:30:29PM **16**  reports.  I don't know whether that was a Facebook page or

02:30:33PM **17**  where that came from.  Okay?

02:30:34PM **18**          But that's what I reviewed for -- yeah, but that's in

02:30:38PM **19**  the appendix.  That's not from the -- from all the intake of

02:30:43PM **20**  the plaintiffs.

02:30:44PM **21**  BY MS. BRILLAULT:

02:30:44PM **22**      **Q.**   Okay.  So you reviewed the smell reports --

02:30:47PM **23**      **A.**   That was in the main part of the report.

02:30:50PM **24**      **Q.**   So just to be clear, you reviewed the smell reports

02:30:52PM **25**  and then you also reviewed plaintiff fact sheet responses,

02:30:55PM 1 correct?

02:30:55PM 2     **A.**  Correct.

02:30:56PM 3     **Q.**  Okay.

02:30:57PM 4     **A.**  Lots of them.

02:30:58PM 5     **Q.**  And you did not review odor complaints that were

02:31:03PM 6 submitted to the Louisiana Department of Environmental

02:31:06PM 7 Quality, correct?

02:31:07PM 8     **A.**  I may have seen them but it's not -- it's not

02:31:13PM 9 something that jumps out of me.  I think I just saw the

02:31:17PM 10 number and not the -- not the actual complaints.

02:31:20PM 11     **Q.**  Okay.  And you did not review odor complaints that

02:31:23PM 12 were called into the Jefferson Parish Landfill hotline,

02:31:25PM 13 correct?

02:31:25PM 14     **A.**  No, I think I just saw numbers.  It was one -- Jim

02:31:31PM 15 Lape I think sent it to me, okay?

02:31:34PM 16        But I don't remember any -- I don't remember any

02:31:39PM 17 qualitative descriptions as I put into the report.  The

02:31:43PM 18 qualitative descriptions into the report are from things I

02:31:48PM 19 personally saw.

02:31:48PM 20 BY MS. BRILLAULT:

02:31:48PM 21     **Q.**  And again you personally saw the plaintiffs' fact

02:31:52PM 22 sheets and --

02:31:52PM 23     **A.**  Fact sheets and the Jefferson citizen reports.  Yes.

02:31:57PM 24     **Q.**  And to be clear, did you review the actual citizen

02:31:59PM 25 reports or did you review a summary of the citizen reports?

02:32:02PM  1      A.   Well, I reviewed what Barry Newman sent to me.  I

02:32:07PM  2   think it was a compilation.

02:32:10PM  3      Q.   And again, you didn't review any odor complaints

02:32:14PM  4   called to -- into any other facility location in Jefferson

02:32:18PM  5   Parish, correct?

02:32:18PM  6      A.   No.  No.  Just knowing there were a lot of numbers.

02:32:22PM  7      Q.   When you were reviewing the smell reports of the odor

02:32:32PM  8   complaints that were called into the Harahan River Ridge Air

02:32:36PM  9   Quality Facebook group, did you conduct any analysis of wind

02:32:42PM 10   direction associated with the smell reports?

02:32:44PM 11      A.   No.

02:32:45PM 12      Q.   Did you conduct any analysis of wind speed that were

02:32:49PM 13   associated with the smell reports?

02:32:50PM 14      A.   I don't understand what you just said.

02:32:52PM 15      Q.   Sorry.  Did you conduct any analysis of wind speed

02:32:55PM 16   that were associated with the smell reports?

02:32:57PM 17      A.   No.  But there's a problem with smell reports and

02:33:01PM 18   that is that they -- I mentioned this last time.  You know,

02:33:04PM 19   somebody might have gone to pick up their child and then they

02:33:08PM 20   called because they're still mad because they got afflicted

02:33:11PM 21   by the smell.

02:33:13PM 22           So you cannot necessarily look at the time of the

02:33:16PM 23   smell report and the meteorological conditions, because a lot

02:33:22PM 24   of times they're just not related.

02:33:23PM 25   BY MS. BRILLAULT:

02:33:23PM **1**    Q.  Did you review the smell reports to see if the

02:33:26PM **2** individual submitting them was describing the time that the

02:33:29PM **3** odor actually occurred, versus when they were actually

02:33:33PM **4** submitting the information?

02:33:34PM **5**    A.  No, I did not.  No.

02:33:35PM **6**    Q.  And did you review the smell reports to confirm

02:33:38PM **7** whether the person was identifying the Jefferson Parish

02:33:42PM **8** Landfill or a source other than the Jefferson Parish Landfill

02:33:46PM **9** when they were submitting the odor complaint?

02:33:49PM **10**    A.  No.

02:33:50PM **11**    Q.  And do you know who the administrator of the Harahan

02:34:00PM **12** River Ridge Air Quality Facebook page is?

02:34:04PM **13**    A.  I have no idea.

02:34:06PM **14**    Q.  Okay.  And did you review who made the smell -- what

02:34:12PM **15** individuals made -- submitted the smell reports, when you

02:34:16PM **16** were reviewing these smell reports for your opinion?

02:34:19PM **17**    A.  No.  For my opinion, I basically wrote the report

02:34:24PM **18** based -- the main portion of -- are the complaints from the

02:34:29PM **19** ones I took off the fact sheets, then I added in the other

02:34:33PM **20** ones because I got that report from Barry Newman.

02:34:39PM **21**    Q.  Okay.  And with respect again, sticking with the

02:34:41PM **22** smell reports for a couple more questions, Dr. Schiffman.

02:34:44PM **23** You're unable to identify how many different individuals made

02:34:47PM **24** those complaints, correct?

02:34:48PM **25**    A.  Correct.

02:34:49PM **1**    Q.   Okay.  So you can't say for certain whether it was

02:34:53PM **2**    five people that reported all the smell reports or 50 people,

02:34:57PM **3**    correct?

02:34:57PM **4**    A.   No.  But I would like to clarify here that some

02:35:02PM **5**    people would report.  And other people would say, why bother,

02:35:06PM **6**    it's hopeless and that's frequently what happens with odor

02:35:11PM **7**    complaints, is that people just say, I've called or I --

02:35:14PM **8**    nobody's going to pay attention to me anyway.

02:35:17PM **9**         So there are some people who are more leaders in this

02:35:21PM **10**   area and try to do something about it.  And there are others

02:35:24PM **11**   that are followers and just can't do anything about it at

02:35:28PM **12**   all, so -- don't feel they can.  So to me not a terribly

02:35:32PM **13**   relevant thing.

02:35:33PM **14**   BY MS. BRILLAULT:

02:35:33PM **15**   Q.   Okay.  Let's turn to the plaintiff fact sheets,

02:35:39PM **16**   please.

02:35:40PM **17**        Would you agree that the responses on the plaintiff

02:35:43PM **18**   fact sheets of their descriptions of odors and the impacts

02:35:47PM **19**   that they're feeling, are self-reports?

02:35:50PM **20**   A.   Yes.

02:35:50PM **21**   Q.   And by self-reports, you understand them to mean that

02:35:54PM **22**   they're not objective measurements of odors or impacts?

02:35:58PM **23**   A.   I would not agree that they're not objective.

02:36:07PM **24**        I think self-reports are very meaningful and

02:36:10PM **25**   extremely important.  I mean, I worked in a medical school

02:36:13PM  **1**  for a very long time.  And I certainly listened to everybody

02:36:16PM  **2**  who came in and I listened to them and I tried to take

02:36:21PM  **3**  seriously what they were saying.  So to me that's important,

02:36:24PM  **4**  very important.

02:36:25PM  **5**  BY MS. BRILLAULT:

02:36:25PM  **6**      Q.  So is it your opinion that self-reports of odors are

02:36:31PM  **7**  objective measurements?

02:36:32PM  **8**      A.  They were objective.  There was no -- there was no

02:36:43PM  **9**  measurement of the number of odor units at the time that they

02:36:49PM  **10**  are feeling whatever they're feeling or perceiving what

02:36:53PM  **11**  they're -- if you want that kind of objectivity, there were

02:36:56PM  **12**  no measurements at the time at which they perceived them.

02:36:59PM  **13**  That is correct.

02:37:00PM  **14**      Q.  Okay.  And the fact sheet responses do not contain

02:37:03PM  **15**  meteorological data, with respect to the complaints in there,

02:37:08PM  **16**  correct?

02:37:08PM  **17**      A.  No, they don't.

02:37:09PM  **18**      Q.  And they don't provide any other scientifically

02:37:14PM  **19**  reliable data that would allow you to confirm that the odors

02:37:19PM  **20**  described were from the Jefferson Parish Landfill, correct?

02:37:26PM  **21**      MR. HAMMEL:  Judge, I'm going to object to the

02:37:28PM  **22**  characterization that individual symptoms made by the

02:37:32PM  **23**  complainant is not scientific.

02:37:35PM  **24**      THE WITNESS:  Yeah, and --

02:37:35PM  **25**      THE COURT:  She's on cross-examination -- wait, wait,

02:37:37PM  1   wait, Dr. Schiffman.

02:37:38PM  2        If there's an objection, wait for me to talk.  But

02:37:42PM  3   she's on cross-examination.  The witness can answer.

02:37:45PM  4        MR. HAMMEL:  Thank you, Judge.

02:37:48PM  5        THE COURT:  So now you can answer.

02:37:50PM  6        THE WITNESS:  It's painful to hear somebody, to say

02:37:53PM  7   that what somebody says hurts or is upsetting to them, is not

02:37:58PM  8   meaningful.  When -- I hear from that, it just really upsets

02:38:02PM  9   me.  That's all I can tell you.

02:38:04PM  10       So your characterization really -- I find from

02:38:09PM  11  working in a medical school, it just would never fly.  Okay?

02:38:13PM  12  I guess in this kind of situation it does, but it's painful

02:38:18PM  13  to hear.  That's all I can tell you.

02:38:20PM  14  BY MS. BRILLAULT:

02:38:20PM  15     Q.  So to be clear, the plaintiff fact sheet responses do

02:38:26PM  16  not contain scientifically reliable data that would allow you

02:38:30PM  17  to confirm that the odors described were from the Jefferson

02:38:36PM  18  Parish Landfill emissions?

02:38:41PM  19     A.  I cannot agree with that statement, because when you

02:38:45PM  20  say scientifically -- I spent a whole weekend going through

02:38:51PM  21  these.  The consistency between the people is just very

02:38:55PM  22  consistent.  People know which direction the wind is coming

02:39:01PM  23  from and I just cannot -- it's just painful for me to hear

02:39:07PM  24  such a question.

02:39:08PM  25       THE COURT:  All right.  So you've already asked --

02:39:11PM  1   all right.

02:39:12PM  2   BY MS. BRILLAULT:

02:39:12PM  3       Q.   So in the plaintiff fact sheets there's odor

02:39:16PM  4   descriptions that were provided by the plaintiffs, correct?

02:39:18PM  5       A.   Yes.

02:39:18PM  6       Q.   Okay.  And for your opinion, in this case, you

02:39:21PM  7   accepted those descriptions as describing odors from the

02:39:25PM  8   Jefferson Parish Landfill emissions, correct?

02:39:27PM  9       A.   I have the data.  When I look at those and I compare

02:39:41PM  10  the modeling, okay, and I know how much odor they're getting

02:39:47PM  11  because they're getting 33 of the 41 compounds that are

02:39:51PM  12  coming off of the landfill along with the -- this is in

02:39:56PM  13  retrospect before I thought it was different number of

02:40:00PM  14  compounds, but now I know how many it is.

02:40:03PM  15          I know that those can, in fact, cause symptoms and I

02:40:06PM  16  was asked simply -- the question I was asked is, can these

02:40:11PM  17  symptoms be caused by what is coming off of the landfill as

02:40:16PM  18  modeling by GEM light and that's what I did.  That is what

02:40:23PM  19  the report was.

02:40:24PM  20          So am I going to dismiss what was in those fact

02:40:28PM  21  sheets, hundreds and hundreds of them, as craziness?

02:40:33PM  22  Absolutely not.  They're very consistent with one another.

02:40:36PM  23  They're consistent with the modeling and the types of

02:40:40PM  24  symptoms.  People weren't colluding with one other to go over

02:40:46PM  25  what the symptoms were.  The symptoms were consistent.  And

02:40:49PM   1    they're consistent with everything I've ever seen from a

02:40:52PM   2    landfill, where there's a problem.

02:40:53PM   3          So to me the consistency of this case is -- I don't

02:40:58PM   4    know -- I don't even understand why we're going through all

02:41:01PM   5    of this.  It's just cut and dry to me.  I don't -- I don't

02:41:05PM   6    understand what the problem is.  But you can ask the

02:41:10PM   7    questions.  I'll see if I can answer them.

02:41:12PM   8    BY MS. BRILLAULT:

02:41:12PM   9      Q.  So if we can turn to -- back to your expert report,

02:41:20PM   10   Dr. Schiffman, Exhibit 453, I think we can go to page 5.  And

02:41:33PM   11   at the paragraph 1A, and you're describing the plaintiff fact

02:41:40PM   12   sheet clarifications of odor quality.  And the categories

02:41:45PM   13   included chemical smell, petroleum, odor, rotten egg, ammonia

02:41:48PM   14   smell, garbage smell, and other, correct?

02:41:51PM   15     A.  Correct.

02:41:52PM   16     Q.  And then there's a narrative description as well that

02:41:56PM   17   they could fill out?

02:41:58PM   18     A.  Right.

02:41:58PM   19     Q.  And okay.  And if we go to page 6 of your report you

02:42:01PM   20   provided some of the narrative descriptions in Table 1.

02:42:05PM   21     A.  Right.

02:42:05PM   22     Q.  Okay.  And some of those descriptions included acid,

02:42:12PM   23   burnt smell, feces, horrible, like a sewer, raw sewage, et

02:42:18PM   24   cetera, correct?

02:42:19PM   25     A.  Correct, uh-huh.

02:42:21PM 1    Q.   And so for any individual that described the odor as

02:42:26PM 2  raw sewage, which is provided on Table 1, you did not assess

02:42:29PM 3  whether he or she lived downwind of the Harahan Waste Water

02:42:34PM 4  Treatment Plant, correct?

02:42:35PM 5    A.   I did not.

02:42:36PM 6    Q.   And for those individuals that were reporting odors

02:42:41PM 7  of ammonia, you did not take into account whether they lived

02:42:44PM 8  downwind of the Cornerstone Chemical Plant, correct?

02:42:48PM 9    A.   Correct.

02:42:49PM 10       However, people have a great deal of difficulty

02:42:52PM 11  putting words on odors, which is why I have written a book

02:43:01PM 12  name of the Introduction to Multidimensional Scaling --

02:43:02PM 13       THE COURT:  I'm sorry.  Dr. Schiffman, Dr. Schiffman,

02:43:04PM 14  what did you say your book was called?

02:43:06PM 15       THE WITNESS:  Introduction to Multidimensional

02:43:06PM 16  Scaling.

02:43:12PM 17       Introduction to Multidimensional Scaling, it's a way

02:43:13PM 18  of putting odors in a space, based on similarities, so that

02:43:18PM 19  you don't have to rely on words.  Because most people don't

02:43:22PM 20  have vocabulary very much for words.  They'll say, oh I think

02:43:27PM 21  it smells -- well kind of rotten, it's you know, kind of

02:43:29PM 22  maybe like spoiled milk.  But they don't really have words.

02:43:33PM 23       So what is done a great deal in flavor industry, food

02:43:40PM 24  industry, is to use a nonverbal approach, where things are

02:43:44PM 25  rated how similar they are to one another.  And then they're

02:43:47PM  **1**   put in a space, based on that similarity, so you don't have

02:43:50PM  **2**   to rely on words.

02:43:52PM  **3**        The main point of this Table 1, was simply to show

02:43:56PM  **4**   that these words are all negative, there is not one word in

02:44:02PM  **5**   those fact sheets that defines anything, like, lovely roses

02:44:07PM  **6**   or wonderful lilacs.  They're all uncontrollable, wet, toxic,

02:44:14PM  **7**   terrible, sulfur, stinks, every single one is on the negative

02:44:18PM  **8**   side.

02:44:18PM  **9**        And when you put things in a multidimensional space

02:44:21PM  **10**  on the basis of similarity odors, they split off.  They have

02:44:25PM  **11**  good and bad and that's because of the genetics, the way in

02:44:29PM  **12**  which we're programmed.  We're programmed to smell things --

02:44:32PM  **13**  when we smell things good or bad.  Then within those spaces

02:44:36PM  **14**  we -- we try to characterize it.

02:44:38PM  **15**        But the main point of this is, that when people are

02:44:43PM  **16**  not constrained to use a specific word, like garbage or

02:44:50PM  **17**  whatever.  These are the words they came up with.  And

02:44:52PM  **18**  there's absolutely nothing there that's positive.

02:44:54PM  **19**        So whatever the smell is, it's very unpleasant.  When

02:44:59PM  **20**  they're asked to characterize it, they'll say it's -- when

02:45:03PM  **21**  they're giving words they have to check off, it's either

02:45:08PM  **22**  rotten eggs and garbage, with other things underneath it.

02:45:15PM  **23**        And then when it was done up at St. Croix, they

02:45:19PM  **24**  picked up the hydrogen sulfide component.  That was the main

02:45:24PM  **25**  component.  And when the LDEQ uses it, they use words like

02:45:29PM  1   noxious.  Okay?

02:45:30PM  2        So I think it's quite clear that whatever this odor

02:45:33PM  3   is it's quite unpleasant.  And from my point of view, the

02:45:36PM  4   fact that 33 of 44 compounds -- I have different numbers in

02:45:44PM  5   my report -- of 41 compounds that are on the landfill also

02:45:46PM  6   happen to be in the community along with hydrogen sulfide,

02:45:48PM  7   that's where it's coming from.  So I mean, that's just to me

02:45:52PM  8   from what's happening.

02:45:55PM  9        So anyway the odor character, we're not constrained,

02:46:00PM  10  everything is negative.  Embarrassing, dumpster, disgusting

02:46:05PM  11  dirty water, dead animal.

02:46:07PM  12       But for you to go in and take one single word like,

02:46:11PM  13  sewage, well, I mean, sewage is similar enough to rotting

02:46:16PM  14  garbage.  You know, there's a similarity there and that's

02:46:20PM  15  what the person uses for their words.

02:46:23PM  16  BY MS. BRILLAULT:

02:46:23PM  17     Q.  And even for the descriptions that talk about

02:46:30PM  18  dumpster or garbage smell, those descriptions, don't provide

02:46:37PM  19  any information on, for example, if we assume that those are

02:46:42PM  20  coming from a landfill, which landfill they would be coming

02:46:45PM  21  from, whether it's River Birch, the Highway 90 C&D Landfill,

02:46:49PM  22  or the Jefferson Parish Landfill, correct?

02:46:50PM  23     A.  I'm just using the words that they used to describe

02:46:57PM  24  what odors they were perceiving in their environment.

02:47:00PM  25     Q.  And Dr. Schiffman --

02:47:02PM **1**     **A.**   I've already explained to you why I think that it's

02:47:07PM **2**   coming from -- I mean do other landfills contribute to this,

02:47:10PM **3**   I have no idea.  I'm just telling you that I do know that the

02:47:14PM **4**   compounds that are coming from the landfill are also found in

02:47:18PM **5**   the community, the same signature is there.  So that's part

02:47:23PM **6**   of it.

02:47:26PM **7**        Is it the whole picture?  I have no idea.  I'm only

02:47:29PM **8**   asked whether what happened from Jim's modeling, is

02:47:34PM **9**   consistent with what the people say?

02:47:35PM **10**   BY MS. BRILLAULT:

02:47:39PM **11**     **Q.**   Okay.  Dr. Schiffman, I'd like to turn to Exhibit 43.

02:47:51PM **12**   This is the Louisiana Department of Health report that you

02:47:55PM **13**   were looking at earlier today.

02:47:57PM **14**     **A.**   All right.  Uh-huh.

02:48:00PM **15**        MS. BRILLAULT:  And I don't believe we actually

02:48:02PM **16**   provided page 2 Your Honor to you.  So I apologize for that.

02:48:06PM **17**        If we could go to page 2.  It is in the frequently

02:48:10PM **18**   used binders if I need to provide it to you.

02:48:13PM **19**        THE COURT:  I've got it.

02:48:15PM **20**        MS. BRILLAULT:  You got it?  Okay.  Great.

02:48:17PM **21**   BY MS. BRILLAULT:

02:48:18PM **22**     **Q.**   And in this report, the Louisiana Department of

02:48:21PM **23**   Health provides on page 2, it says sources of odor may

02:48:28PM **24**   involve the following and then it provides a list, correct?

02:48:32PM **25**     **A.**   Uh-huh.

02:48:32PM **1**      Q.   And so Louisiana Department of Health didn't --

02:48:37PM **2** didn't just identify the Jefferson Parish Landfill, but it

02:48:41PM **3** also identified the Jefferson Parish, and Harahan Waste Water

02:48:45PM **4** Treatment plants, the River Birch Landfill, the Highway 90

02:48:51PM **5** Landfill, Cornerstone Chemical, which involved a couple

02:48:57PM **6** different companies, International-Matex Tank Terminals, and

02:49:04PM **7** Art Co, as potential sources of odors in the Jefferson Parish

02:49:08PM **8** area, correct?

02:49:09PM **9**      A.   Correct.

02:49:12PM **10**      Q.   Okay.  Now with respect to your opinions in this

02:49:19PM **11** case, did you rely on odor patrols that were performed by the

02:49:27PM **12** Louisiana Department of Environmental Quality in 2018?

02:49:28PM **13**      A.   Yes.  Yes.

02:49:31PM **14**      Q.   Okay.  And together the odor patrols, the plaintiff

02:49:37PM **15** fact sheet responses, and the smell reports, you used them to

02:49:40PM **16** corroborate Mr. Lape's modeling results?

02:49:43PM **17**      A.   Did I use them to corroborate his results?  It was

02:49:53PM **18** not related.  It was just that I looked at them and there was

02:49:57PM **19** one mention of potential odor from the patrol from the

02:50:01PM **20** chemical -- from Cornerstone, but they had ruled that out

02:50:06PM **21** originally.  Because there's no ammonia -- there was no

02:50:09PM **22** methane -- anything -- when they had something from that

02:50:13PM **23** direction there was no methane along with it.  So that

02:50:16PM **24** hydrogen sulfide could not have come from Cornerstone.  If --

02:50:24PM **25** you know, I think that was what was ruled out with that --

02:50:27PM 1   with Cornerstone.

02:50:29PM 2        With regard to the other ones from my original

02:50:35PM 3   report, I relied on what I had there.  But I'm now

02:50:41PM 4   strengthening that with the fact that the signature from --

02:50:46PM 5   of the compounds from the landfill at JPL are so similar to

02:50:55PM 6   those in the environment downwind that that is a very major

02:51:00PM 7   component of the odor in the community -- of the hydrogen

02:51:06PM 8   sulfide in the community.

02:51:06PM 9   BY MS. BRILLAULT:

02:51:06PM 10       Q.  So to be clear, you're not using the odor complaints,

02:51:12PM 11  the smell reports, and the odor patrols to corroborate

02:51:15PM 12  Mr. Lape's modeling?

02:51:18PM 13       A.  It's consistent with his modeling, yeah.  I mean, his

02:51:24PM 14  modeling are numbers.  His modeling is number of times

02:51:31PM 15  something happened.  The odor patrol doesn't say number of

02:51:35PM 16  times it happened.

02:51:37PM 17       I don't see what you're doing for -- what's the

02:51:39PM 18  relationship?  I'm just saying, yes, hydrogen sulfide from

02:51:46PM 19  landfills was the major source of the odor, from the odor

02:51:51PM 20  patrol.  But the odor patrol didn't say it happened, you

02:51:56PM 21  know, 50, 30-minute intervals.  They're completely two

02:52:01PM 22  different types of measurements.

02:52:03PM 23  BY MS. BRILLAULT:

02:52:03PM 24       Q.  Understood.  But you did rely on the order patrol --

02:52:05PM 25       A.  It's consistent.  They're consistent with one

02:52:09PM **1** another.

02:52:09PM **2**     Q.  Okay.  So you did rely on the odor patrol information

02:52:13PM **3** to support your opinions in this case?

02:52:16PM **4**     A.  Correct.

02:52:17PM **5**     Q.  Okay.  So if we go to page 13 of Exhibit 43, it's

02:52:21PM **6** Table 4.  And at the top, it's described LDEQ Odor Patrol

02:52:33PM **7** results.

02:52:33PM **8**         Are these the odor patrol results -- I think it goes

02:52:38PM **9** on to the next page?

02:52:39PM **10**     A.  Yes.

02:52:40PM **11**     Q.  These are the odor patrol results you reviewed and

02:52:44PM **12** relied on for your opinion?

02:52:45PM **13**     A.  Right.  It was one portion of the opinion, right.

02:52:47PM **14**     Q.  And the odor patrol results, they don't provide

02:52:50PM **15** information with respect to the precise location where LDEQ

02:52:54PM **16** took the H2S measurements, correct?

02:52:56PM **17**     A.  No, that was -- one of the problems I had with this

02:53:00PM **18** particular report, is it doesn't tell you enough or how they

02:53:05PM **19** determined the wind direction at what time -- what was the --

02:53:11PM **20** what was the timeline between the time they determined the

02:53:15PM **21** wind direction, how did they do it, you know, what was the

02:53:18PM **22** latency during --  at that time and the time they filled

02:53:21PM **23** their canister or I guess they used Jerome meters.

02:53:27PM **24**         So there's not enough information here with regard to

02:53:31PM **25** time, et cetera.  It's just another confirmation that the

02:53:35PM 1   major odor here is coming from a landfill, with a garbage

02:53:39PM 2   component to it.  That's all it is.

02:53:41PM 3   BY MS. BRILLAULT:

02:53:41PM 4       Q.  And the odor patrol results just described landfills,

02:53:46PM 5   they don't distinguish between the Jefferson Parish Landfill,

02:53:48PM 6   the River Birch Landfill, and the Highway 90 C&D Landfill?

02:53:54PM 7       A.  No, they don't.  No they -- that is correct.

02:53:56PM 8       Q.  And if we turn to the following page, where the table

02:54:01PM 9   conditions, one of the readings where it describes a downwind

02:54:08PM 10  of Cornerstone.  So that's on November 28, 2018 --

02:54:10PM 11      A.  That was the only one and it was high, correct.

02:54:12PM 12      Q.  And it says 0.52.  Am I correct that's 0.52 ppm which

02:54:20PM 13  translates to 520 parts per billion?

02:54:20PM 14      A.  That is correct.

02:54:24PM 15      Q.  And that was downwind of Cornerstone?

02:54:24PM 16                  (Simultaneous speaking.)

02:54:25PM 17      A.  One outlier there.  That is the one outlier.  But one

02:54:30PM 18  has to think about -- when you're thinking about odor and

02:54:36PM 19  wind it goes this way, it's this way, this way, this way.  So

02:54:40PM 20  I don't know what the time lag is between the time they took

02:54:43PM 21  the measurements and the time that they took the wind

02:54:47PM 22  direction.  So the wind direction could've been coming from

02:54:52PM 23  Cornerstone, if they've taken the measurements five minutes

02:54:55PM 24  before that or three minutes before that.

02:54:57PM 25              So there's not enough information there to really

02:55:00PM   1   confirm that.  I think the fact that I kind of -- I'm not

02:55:03PM   2   saying that Cornerstone doesn't ever put out hydrogen

02:55:07PM   3   sulfide.  But they -- the LDEQ had kind of ruled out

02:55:11PM   4   Cornerstone as the source, because there was no methane along

02:55:15PM   5   with it, when they took their measurements.  And that's in

02:55:27PM   6   one of several of the reports.

02:55:29PM   7   BY MS. BRILLAULT:

02:55:29PM   8       Q.  All right.  Dr. Schiffman, I'd like to shift a little

02:55:32PM   9   bit to some of the measure data you reviewed.

02:55:35PM  10           So with respect to ambient air sampling data that you

02:55:40PM  11   reviewed and considered for your opinions in this case, am I

02:55:42PM  12   correct that you reviewed LDEQ's MAML data from 2018, so the

02:55:48PM  13   April --

02:55:50PM  14       A.  Yes.

02:55:50PM  15       Q.  -- the February, the April and the -- sorry --

02:55:53PM  16       A.  And July.

02:55:54PM  17       Q.  -- and July.  Okay.

02:55:55PM  18           And you reviewed on-site measurements by Ramboll, in

02:55:59PM  19   November of 2019, correct?

02:56:02PM  20       A.  Yes.

02:56:04PM  21       Q.  Okay.  And Ramboll was consultants retained by the

02:56:08PM  22   plaintiffs in this case?

02:56:09PM  23       A.  Correct.

02:56:10PM  24       Q.  Okay.  And for your opinions in this case, you did

02:56:14PM  25   not review any on-site measurements taken by SES, in March of

02:56:19PM  1   2019?

02:56:20PM  2       A.  I did not.

02:56:21PM  3       Q.  Okay.  And you didn't review any on-site measurements

02:56:23PM  4   taken by SES, in June of 2019, correct?

02:56:26PM  5       A.  Did not review them, no.

02:56:29PM  6       Q.  And you did not review exponents, hydrogen sulfide,

02:56:34PM  7   monitoring stations -- continuous monitoring stations, that

02:56:37PM  8   were installed on-site and began to run in October of 2019,

02:56:42PM  9   correct?

02:56:43PM 10       A.  I did not, no.

02:56:45PM 11       Q.  Okay.  And you did not review LDEQ's continuous air

02:56:48PM 12   monitoring station at the Waggaman Playground that began

02:56:52PM 13   monitoring hydrogen sulfide emissions -- or hydrogen sulfide

02:56:55PM 14   in ambient air, excuse me, in early 2020; is that correct?

02:57:00PM 15       A.  Did not.  Did not review that.

02:57:01PM 16       Q.  Okay.  And because you did not review the SES

02:57:06PM 17   exponent and LDEQ air sampling data, is it fair to say you

02:57:12PM 18   did not consider them for purposes of rendering your opinions

02:57:15PM 19   in this case?

02:57:15PM 20       A.  I did not.

02:57:16PM 21       Q.  All right.  Dr. Schiffman, I'd like to go back to the

02:57:21PM 22   threshold --

02:57:22PM 23       THE COURT:  Are you -- how much longer have you got?

02:57:25PM 24   Are you close to the end or you got more?

02:57:30PM 25       MS. BRILLAULT:  I have a couple more but -- I just

02:57:33PM **1**   don't know how long it's going to go, based on the responses.

02:57:36PM **2**          So this could be a good time to take a break, if

02:57:39PM **3**   that's what you're asking.

02:57:40PM **4**          THE COURT:  That's what I wanted to do, is take a

02:57:44PM **5**   ten-minute break.  So we'll come back at 3:10.

02:57:48PM **6**          THE CASE MANAGER:  All rise.

02:57:49PM **7**                        (Recess taken.)

03:12:34PM **8**                        (In open court.)

03:12:35PM **9**          THE COURT:  All right.  Be seated.  All right,

03:12:42PM **10**  Ms. Brillault.

03:12:42PM **11**         MR. HAMMEL:  Ms. Schiffman?

03:13:31PM **12**         THE COURT:  All right.  Are you off mute,

03:13:34PM **13**  Dr. Schiffman?

03:13:36PM **14**         THE WITNESS:  Is it sound?  Can you hear me?

03:13:37PM **15**         THE COURT:  We can hear you.  I just wanted to be

03:13:40PM **16**  sure you were off mute.  Thank you.

03:13:41PM **17**         THE WITNESS:  Okay.

03:13:46PM **18**  BY MS. BRILLAULT:

03:13:46PM **19**     Q.  All right.  Dr. Schiffman, I'd like to go back to the

03:13:49PM **20**  threshold you were opining related to the nuisance threshold,

03:13:55PM **21**  the odor annoyance threshold for hydrogen sulfide odors, and

03:14:00PM **22**  talked about that at the beginning and that was the 5 parts

03:14:03PM **23**  per billion for a 30-minute average, correct?

03:14:05PM **24**     A.  That's not a threshold.  That's not a threshold.

03:14:09PM **25**     Q.  It's the level that you have opined is appropriate

03:14:15PM 1   for determining whether the impacts could be caused from the

03:14:18PM 2   Jefferson Parish Landfill in this case?

03:14:18PM 3       A.   Right.

03:14:22PM 4       Q.   Okay.  And one of the opinions that you put forth or

03:14:26PM 5   one of the basis you say that value is conservative is

03:14:29PM 6   because it is 10 times the odor detection threshold for

03:14:34PM 7   hydrogen sulfide published by the ATSDAR, which is the Agency

03:14:39PM 8   for Toxic Substances and Disease Registry; is that correct?

03:14:43PM 9       A.   That's not the only place it has that threshold.

03:14:47PM 10  There are lots of other ones.  There was a recent one that

03:14:51PM 11  found at .4 ppb.  I found it about .4 ppb.  I think Mike

03:15:00PM 12  McGinley's (phonetic) a .5 ppb.  I mean, there are lots of

03:15:04PM 13  people who found it .4.  The best one probably is from --

03:15:07PM 14  most reliable, it's been found over and over again is from

03:15:13PM 15  Japan, and they found it at .4 ppb.  So most responsible

03:15:19PM 16  people who found thresholds for hydrogen sulfide is .4 to

03:15:27PM 17  .5 ppb, and there's lots of data on there.

03:15:30PM 18      Q.   And again, in your expert rebuttal report, you state

03:15:34PM 19  that one of the basis for your opinion that that level is

03:15:39PM 20  appropriate is that 5 parts per billion is 10 times higher

03:15:42PM 21  than the detection threshold given by ATSDR; is that correct?

03:15:48PM 22      A.   Yes.

03:15:48PM 23      Q.   Okay.

03:15:49PM 24      A.   ATSDR is just one of many that have used that

03:15:54PM 25  threshold level, yes.

03:15:55PM **1**    Q.   And we're talking about detection thresholds.  You

03:16:00PM **2**  understand that to be odor detection thresholds, correct,

03:16:03PM **3**  Dr. Schiffman?

03:16:03PM **4**    A.   I measured thousands of them, yes.  I understand

03:16:08PM **5**  detection threshold quite well.

03:16:10PM **6**    Q.   And when we're talking about the detection threshold

03:16:13PM **7**  here, we're not talking about -- those aren't measured in

03:16:16PM **8**  real-world conditions, correct, they're measured in labs?

03:16:19PM **9**    A.   They're measured in labs.  Uh-huh.

03:16:22PM **10**    Q.   Okay.  And it's a lab-based threshold -- the odor

03:16:26PM **11**  detection threshold is a lab-based threshold that identifies

03:16:31PM **12**  the level when a panel of people -- 50 percent of a panel can

03:16:35PM **13**  identify a difference between a clean sample and an odorous

03:16:39PM **14**  sample 50 percent of the time?

03:16:42PM **15**    A.   That's correct.

03:16:42PM **16**    Q.   Okay.  And based on your opinions, you -- you

03:16:49PM **17**  represent that the ATSDR odor detection threshold that they

03:16:55PM **18**  published for hydrogen sulfide is 0.5 ppb, correct?

03:16:59PM **19**    A.   Correct.  But it's also -- I use that ATSDR simply

03:17:05PM **20**  because it was an ATSDR.  But I know that to be the case

03:17:09PM **21**  because I know other people who have published similar

03:17:12PM **22**  thresholds.  And the Japanese one is .4 ppb, so I have to use

03:17:18PM **23**  .5, okay, because it was an American reference.

03:17:22PM **24**    Q.   And the ATSDR actually published a range for the

03:17:27PM **25**  hydrogen sulfide odor detection threshold of H2S, not a

03:17:32PM  **1**  single value, correct?

03:17:33PM  **2**     A.  A range.  It's the like the one you gave me for the

03:17:48PM  **3**  World Health Organization.  There's lots of different

03:17:51PM  **4**  publications from ATSDR.  Usually, what they say is .5.  They

03:17:56PM  **5**  don't give a range.  There is a range obviously.  It's

03:18:03PM  **6**  normally distributed in kind of Gaussian fashion.  So why

03:18:08PM  **7**  don't we just say the mean detection threshold is .5?

03:18:13PM  **8**     Q.  But in your rebuttal report, you state that the ATSDR

03:18:19PM  **9**  threshold was 0.5; that's what you represented in your expert

03:18:23PM  **10**  reports, correct?

03:18:24PM  **11**     A.  Right.  I did give a range because WHO gave a range.

03:18:29PM  **12**  Okay.  I didn't give a range for ATSDR because they don't

03:18:34PM  **13**  usually give a range, but there may be one in some of the

03:18:37PM  **14**  publications.  But I did give one for the WHO because that

03:18:39PM  **15**  was .2 up to, I think, up to 1 or something like that.

03:18:47PM  **16**     Q.  And the ATSDR's range for the odor detection

03:18:51PM  **17**  threshold for hydrogen sulfide is 0.5 ppb to 300 ppb,

03:18:57PM  **18**  correct?

03:18:58PM  **19**     A.  If somebody has 300 ppb threshold for hydrogen

03:19:02PM  **20**  sulfide, I would diagnose them as anosmic.

03:19:07PM  **21**     Q.  Well, my question was, did the ATSDR publish a range

03:19:11PM  **22**  that started at 0.5 ppb up to 300 ppb for hydrogen sulfide

03:19:18PM  **23**  from the citation that you relied on for your expert report?

03:19:22PM  **24**     A.  Not the one that I relied on, no.  It's in one of the

03:19:28PM  **25**  ones that I put in there.  I would be -- I obviously missed

03:19:32PM **1**    it.  But I can assure you that the detection threshold for

03:19:36PM **2**    hydrogen sulfide is typically .4 to .5 ppb.

03:19:44PM **3**        Q.  And if we assume that the ATSDR did, in fact, publish

03:19:51PM **4**    a range for hydrogen sulfide odor detection thresholds from

03:19:59PM **5**    0.5 to 300, your selection and representation of the 0.5 ppb

03:20:00PM **6**    for hydrogen sulfide would be the lowest value in that range,

03:20:03PM **7**    correct?

03:20:03PM **8**        A.  I don't know how to describe this to you.  I have

03:20:10PM **9**    measured hydrogen sulfide for 50 years in a laboratory and

03:20:13PM **10**   it's between -- it's actually -- in my lab, it was 2.2 and .5

03:20:19PM **11**   ppb.  But if they did say it's 300, I have -- I can't imagine

03:20:24PM **12**   it, okay.  I pity the person who has such a high threshold.

03:20:30PM **13**       Q.  Okay.  Dr. Schiffman, you have heard of the National

03:20:35PM **14**   Research Council?

03:20:37PM **15**       A.  Yes.

03:20:37PM **16**       Q.  And it's a non-governmental organization that was

03:20:43PM **17**   originally organized by the National Academy of Sciences,

03:20:47PM **18**   correct?

03:20:47PM **19**       A.  Correct.

03:20:48PM **20**       Q.  Okay.  It's comprised of scientists, people from the

03:20:52PM **21**   industry, and academics and reviews data and studies to

03:20:57PM **22**   provide recommendations to the National Academy of Sciences

03:20:58PM **23**   and National Academy of Engineering, correct?

03:21:02PM **24**       A.  Yes.  And I've sat on some of the committees, yes.

03:21:10PM **25**       Q.  Okay.  And the National Research Council has provided

03:21:16PM **1** odor detection thresholds for hydrogen sulfide that you view

03:21:17PM **2** are incorrect; is that right?

03:21:19PM **3**     A.   I think they that used .4 ppb rather than -- a .6 ppb

03:21:24PM **4** instead of .5.

03:21:26PM **5**     Q.   And in your opinion, is that odor detection threshold

03:21:29PM **6** for hydrogen sulfide appropriate?

03:21:33PM **7**     A.   Little high.  It's a little high.

03:21:38PM **8**     Q.   But it's within the range of the hydrogen sulfide

03:21:44PM **9** odor detection thresholds that you're stating .4, .5, .6?

03:21:50PM **10**     A.   Yeah.  I mean, a lot of the older material is wrong

03:21:54PM **11** because when you put it through an olfactometer, some of the

03:21:59PM **12** hydrogen sulfide can absorb to various parts of the

03:22:03PM **13** olfactometer and so what comes out at the nose is not what

03:22:07PM **14** the actual -- is not what was input into the -- into the

03:22:12PM **15** machine, so what ends up is that you get thresholds that are

03:22:16PM **16** way too way high relative to what they actually are, so

03:22:21PM **17** modern equipment is much better than several years ago.

03:22:24PM **18**     Q.   Okay.  Let's go back to the --

03:22:24PM **19**     A.   But I'm telling --

03:22:29PM **20**     Q.   I'm sorry.

03:22:29PM **21**     A.   Not having to put it through all those different

03:22:35PM **22** tubings, et cetera.  The Japanese had the best -- there's a

03:22:40PM **23** wonderful Japanese group of people who did thresholds for a

03:22:44PM **24** whole bunch of compounds, and they found H2S threshold to be

03:22:49PM **25** .4 ppb, which I think is about correct.  Okay.  So let's go

03:22:53PM  1   on with your question.

03:22:55PM  2       Q.  So going back to the WHO guidelines that were

03:23:00PM  3   published by the regional office of Europe, the Chapter 6.6,

03:23:05PM  4   you cite, which provides the 5 ppb for 30-minute threshold

03:23:12PM  5   for determining whether odor annoyance could occur.  Did you

03:23:19PM  6   look at the citations that were provided by the WHO for that

03:23:22PM  7   threshold?

03:23:23PM  8       A.  I have read a lot of WHO stuff.  It depends on what

03:23:27PM  9   office it's coming out of, who is writing it.  But the one

03:23:31PM  10  thing that's consistent over the years is that they have

03:23:33PM  11  always said the complaints will start -- definitely start

03:23:36PM  12  when you have an emission with a 5 ppb hydrogen sulfide

03:23:42PM  13  level.  I have attended many meetings in Europe.  I'm on Zoom

03:23:47PM  14  almost every single Monday morning with people because I'm

03:23:53PM  15  head of committees for IEEE and setting standards.  And I

03:23:55PM  16  know of nobody, at least on my committees, who would that say

03:23:58PM  17  anything -- when you start at 5 ppb, you're going to start

03:24:02PM  18  having trouble.  So that's when you start getting your

03:24:05PM  19  problems.

03:24:05PM  20      So what we try to do is to see -- to program our

03:24:10PM  21  machine so that they can pick up something at 5 ppb.  This is

03:24:14PM  22  for the level we're using.  This is the level which is agreed

03:24:18PM  23  to.  People from China, Japan, all over the world.  5 ppb is

03:24:24PM  24  well thought of throughout the world with people who work in

03:24:28PM  25  this area.  I just happen to use WHO.  I'm not going to --

03:24:31PM 1   that's the number that they use.  And so that's why we chose

03:24:36PM 2   5 ppb.  I know that to be a problem for my own work and from

03:24:39PM 3   the work of others.  So let's -- I want to hear what the

03:24:43PM 4   question is.

03:24:43PM 5   BY MS. BRILLAULT:

03:24:43PM 6       Q.   Okay.  Thank you.

03:24:44PM 7            So one of the -- what the two citations that WHO

03:24:51PM 8   referenced for its support for the 5 parts per billion for

03:24:56PM 9   30-minute average was a book published by the National

03:25:00PM 10  Research Council.  Were you aware of that?

03:25:03PM 11      A.   It's possible.  I could have read it.  I may or may

03:25:08PM 12  not have.

03:25:08PM 13      Q.   Okay.  And the National Research Council was also

03:25:12PM 14  asked by the United States Environmental Protection Agency to

03:25:16PM 15  identify a level above which 50 percent of the exposed

03:25:21PM 16  population will experience a distinct odor intensity and 10

03:25:27PM 17  percent could experience a strong odor intensity.  Are you

03:25:29PM 18  aware of that?

03:25:30PM 19      A.   Correct.  Uh-huh.  I'm aware of that.

03:25:32PM 20      Q.   And the U.S. EPA calls this level "The level of

03:25:38PM 21  distinct odor awareness."

03:25:40PM 22      A.   Correct.

03:25:40PM 23      Q.   And the National Research Council and the United

03:25:44PM 24  States EPA has assessed various factors related to odor

03:25:50PM 25  perception and derived the level of distinct odor awareness

03:25:54PM  **1**  for hydrogen sulfide to be 10 parts per billion, correct?

03:25:59PM  **2**      **A.**  Okay.  Let's stop right there.  You used the correct

03:26:03PM  **3**  word "derived."  This is not an experimental number.  And let

03:26:07PM  **4**  me read to you exactly what they say.  "For the Fechner

03:26:12PM  **5**  coefficient" -- the equation that they use -- "the default of

03:26:15PM  **6**  k equals 2.33 is used because of lack of chemical-specific

03:26:20PM  **7**  data," okay?  The entire thing is a -- a farce to be honest

03:26:26PM  **8**  with you.  It has to do with a -- an equation in which they

03:26:31PM  **9**  don't know what the coefficients are so they just make them

03:26:35PM  **10**  -- lack of chemical-specific data so that they use an

03:26:38PM  **11**  estimate.  And so this has absolutely no relation to reality

03:26:41PM  **12**  or to experiments whatsoever.

03:26:44PM  **13**      And the National Research Council is not an official

03:26:47PM  **14**  issue of the United States government.  I've sat on these

03:26:52PM  **15**  committees, and there are people on there who have agendas

03:26:56PM  **16**  which they wish to expose -- espouse, and this is probably

03:27:02PM  **17**  what happened out of one of them.  And the calculations of 3

03:27:02PM  **18**  equals 2.33 times 1 --

03:27:10PM  **19**      (Simultaneous speaking.)

03:27:10PM  **20**      THE COURT:  Wait, Dr. Schiffman.  Dr. Schiffman,

03:27:15PM  **21**  wait.  You're going too fast.  You got to go back to where

03:27:16PM  **22**  you started the equation is.

03:27:18PM  **23**      THE WITNESS:  Okay.  The equation that they decided

03:27:20PM  **24**  to use the is I equals k -- and it has the subscript on it --

03:27:26PM  **25**  times long to the C slash OT, the 50 plus .5.  Then they made

03:27:33PM 1    this assumption the kw is 2.33.  Then they said 3 equals 2.33

03:27:40PM 2    times long, C over .006 plus .5, which can be rearranged, et

03:27:46PM 3    cetera, et cetera.  And they come up with .0071 ppm or 7 --

03:27:54PM 4    that's ppm or 7 ppb.  And then they did a whole bunch of

03:28:01PM 5    other messing around with numbers, which have absolutely no

03:28:04PM 6    relationship to empirical data.  They came up with so-called

03:28:09PM 7    LOA of .01 ppm.  When I read this, to be honest with you, I

03:28:15PM 8    mean, if I had a sense of humor about it, I would have

03:28:20PM 9    laughed.  I just have no sense of humor about it because

03:28:23PM 10   decisions are made on these kinds of craziness.  This has

03:28:26PM 11   absolutely no relationship whatsoever to reality.

03:28:31PM 12   BY MS. BRILLAULT:

03:28:31PM 13       Q.  And so am I correct in that your opinion that EPA's

03:28:36PM 14   level of distinct odor awareness is wrong?

03:28:40PM 15       A.  Is wrong?  I mean, is that the right question to ask?

03:28:50PM 16       Q.  I'm trying to summarize what your opinion is with

03:28:52PM 17   respect to --

03:28:53PM 18       A.  It's obviously wrong.  But it's also sad to think

03:28:58PM 19   that anybody would base such an opinion on something where

03:29:02PM 20   they say .2k equals 2.33 was used because of lack of

03:29:07PM 21   chemical-specific data.  I mean, why would anybody even take

03:29:10PM 22   this seriously?

03:29:16PM 23       Q.  You're aware that the state of California has

03:29:20PM 24   regulations that provide an odor nuisance standard for

03:29:24PM 25   hydrogen sulfide of 30 parts per billion at a 60-minute

03:29:29PM **1**    average?

03:29:30PM **2**         MR. HAMMEL:  Judge, I would object to the

03:29:33PM **3**    introduction of other states outside of Louisiana.

03:29:36PM **4**         MS. BRILLAULT:  Your Honor, she's using a WHO

03:29:39PM **5**    guideline that's not adopted in Louisiana.

03:29:41PM **6**         THE COURT:  What you're talking about is a California

03:29:43PM **7**    regulation, a state regulation?

03:29:46PM **8**         MS. BRILLAULT:  Yeah.  I am trying to compare the

03:29:48PM **9**    threshold she wants to apply in this case to what other

03:29:50PM **10**    states, governments, WHO have used for nuisance level

03:29:56PM **11**    thresholds.

03:29:57PM **12**         THE COURT:  I guess you can ask the question.

03:29:59PM **13**    BY MS. BRILLAULT:

03:30:01PM **14**    Q.  So Dr. Schiffman, you're aware that the state of

03:30:04PM **15**    California regulations used an odor nuisance standard of

03:30:08PM **16**    hydrogen sulfide of 30 parts per billion for a 60-minute

03:30:11PM **17**    average?

03:30:11PM **18**    A.  Yes.  We discussed this in your deposition before.

03:30:16PM **19**    And it was work done by John Amore.  And I have been advised

03:30:20PM **20**    that his equipment, et cetera, had a great deal of problems

03:30:23PM **21**    and that those were early things that were done during, I

03:30:27PM **22**    think, the 1980s, and the equipment was incorrect and there

03:30:30PM **23**    were a lot of problems with the equipment, but the regs still

03:30:36PM **24**    stands, but it was based on faulty measurement.

03:30:40PM **25**    Q.  So is it safe -- am I correct in characterizing your

03:30:43PM 1   opinion of California's nuisance standard as -- of 30 parts

03:30:48PM 2   per billion for a 60-minute average as being a wrong

03:30:51PM 3   standard?

03:30:54PM 4       A.   It's a number that is used in California.  There are

03:30:58PM 5   different numbers that are used all over the world.  I'm just

03:31:02PM 6   telling you what is realistic with regard to being in the

03:31:06PM 7   field and having people having complaints and having been

03:31:10PM 8   exposed over periods of time where they have -- end up with

03:31:14PM 9   health complaints.  For 30, it's way, way too high.  Now,

03:31:18PM 10  California does not have, in general, the number of, let's

03:31:25PM 11  say, hog farms or other areas that emit really high levels.

03:31:34PM 12  So I guess they can keep their standard if they want, but

03:31:37PM 13  it's way too high with regard to whether you are going to

03:31:42PM 14  develop complaints or not.  And it's based on something that

03:31:45PM 15  happened 40 years ago from equipment that was too -- that

03:31:48PM 16  would not fly today.

03:31:51PM 17      Q.   And the standard that you're looking at for purposes

03:31:55PM 18  of the general causation case here, 5 parts per billion for a

03:32:01PM 19  30-minute average, that standard has not been adopted by any

03:32:04PM 20  state or federal agency for identifying nuisance odors,

03:32:10PM 21  correct?

03:32:10PM 22      A.   I have no idea what agents -- what agencies develop

03:32:15PM 23  or don't develop.  Because in my experience, the numbers that

03:32:19PM 24  are chosen for state and for various localities depend very

03:32:26PM 25  much on who is on the committee and what industries are

03:32:29PM  1    there.  And it has nothing to do whatsoever with the reality

03:32:31PM  2    of what happens out in the field and -- and -- I just happen

03:32:38PM  3    to know from having done this for a half a century is that I

03:32:42PM  4    know for that 5 ppb for people exposed to that and all the

03:32:46PM  5    other things that go along with it over a period of time and

03:32:49PM  6    when we talk about three years, that you are going to have

03:32:54PM  7    headaches, nausea, all the different things that we've been

03:32:59PM  8    complaining about.  And so whether there's a standard in a

03:33:03PM  9    state that says -- I mean, I'm sure there's all kinds of

03:33:05PM  10   standards that I would agree with.  I'm just saying what the

03:33:08PM  11   reality of complaints and you're seeing it in this particular

03:33:12PM  12   case.

03:33:13PM  13          This is no different from ones that I've seen many

03:33:17PM  14   times.  When I saw it the first time, I remember saying to

03:33:20PM  15   Barry -- I mean, this is just like classic, exactly what you

03:33:25PM  16   see all the time when you have levels, 5 ppb and above.  And

03:33:29PM  17   over an extended period of time, you get all the complaints

03:33:32PM  18   that are just consistent.  I mean, people in Louisiana, the

03:33:36PM  19   same they are in Iowa and Missouri and Massachusetts and

03:33:42PM  20   everyplace else, this is what you get.  Very consistent

03:33:47PM  21   between areas and between people and nothing confusing about

03:33:53PM  22   it.

03:33:54PM  23   BY MS. BRILLAULT:

03:33:54PM  24       Q.  All right.  So earlier with Mr. Hammel, you were

03:34:02PM  25   discussing certain symptoms reported by plaintiffs that you

03:34:06PM   1   believe were caused by the odors coming from the Jefferson

03:34:09PM   2   Parish Landfill, correct?  Is that what you were discussing?

03:34:18PM   3   Sorry, do you need me to speak up, Dr. Schiffman?

03:34:21PM   4          THE COURT:  Yeah.  Why don't you repeat the question?

03:34:24PM   5   BY MS. BRILLAULT:

03:34:24PM   6   Q.  So, Dr. Schiffman, during your testimony earlier

03:34:27PM   7   today, you were discussing certain symptoms reported by

03:34:30PM   8   plaintiffs that you believe were being caused by odors,

03:34:33PM   9   correct?

03:34:34PM  10   A.  Yes.  Uh-huh.

03:34:36PM  11   Q.  Okay.  And would you agree that for an individual to

03:34:41PM  12   report one of those symptoms, they would at least have to --

03:34:46PM  13   let me withdraw that question.  I'll start again.

03:34:49PM  14          Would you agree that an individual would need to be

03:34:52PM  15   at least -- be able to recognize an odor in a current

03:34:57PM  16   environment before they can have a response to that odor that

03:35:00PM  17   results in the symptoms, the health symptoms?

03:35:05PM  18   A.  No, I do not.  This is caused by the odor itself, the

03:35:07PM  19   interaction between the olfactory nerve and the trigeminal

03:35:10PM  20   nerve.  I don't think they have to put a label on it.

03:35:15PM  21   Q.  Okay.  So it's your opinion that the person does not

03:35:17PM  22   have to be able to recognize an odor before they have a

03:35:21PM  23   response to that odor?

03:35:22PM  24   A.  No.  It has to be -- if it's negative, if it's an

03:35:29PM  25   aversive odor, they can have a reaction to it whether they

03:35:33PM  **1**   can identify it or not.

03:35:34PM  **2**      Q.  All right.  If you give me one minute, I might just

03:35:47PM  **3**   have a couple of wrap-up questions.

03:36:09PM  **4**         All right.  Dr. Schiffman, earlier I asked whether

03:36:25PM  **5**   the standard that you're relying on, the 5 parts per billion

03:36:29PM  **6**   for a 30-minute average, had been adopted by any state or

03:36:32PM  **7**   federal agencies.

03:36:36PM  **8**      A.  I have no idea.  I don't follow it.

03:36:38PM  **9**      Q.  Okay.  So you're not aware of any state or federal

03:36:40PM  **10**  agency that has adopted a 5 parts per billion for a 30-minute

03:36:44PM  **11**  average for hydrogen sulfide?

03:36:46PM  **12**     A.  I don't follow it.

03:36:51PM  **13**     Q.  All right.  So for purposes of your opinion, in this

03:36:55PM  **14**  case, as to whether odors from the Jefferson Parish Landfill

03:36:57PM  **15**  could cause plaintiffs injuries, you have rejected EPA's

03:37:02PM  **16**  level of distinct odor awareness of "10 parts per billion for

03:37:06PM  **17**  hydrogen sulfide, which is the level at which it is predicted

03:37:11PM  **18**  that 50 percent of the population will experience a distinct

03:37:15PM  **19**  odor and 10 percent of the population may experience a strong

03:37:18PM  **20**  odor," correct?

03:37:19PM  **21**     A.  That is correct.  As I read to you, it was based on

03:37:24PM  **22**  what quote?  Because of "lack of chemical-specific data" and

03:37:28PM  **23**  all kind of estimates that were used.  That is correct.  And

03:37:31PM  **24**  it's not based on experimental data.

03:37:33PM  **25**     Q.  And for purposes of your opinion, in this case, you

03:37:37PM 1    have also rejected California state nuisance standard of --

03:37:42PM 2    for hydrogen sulfide of 30 parts per billion for a 60-minute

03:37:45PM 3    average, correct?

03:37:46PM 4        A.   Correct.

03:37:48PM 5        Q.   Okay.  And instead, you're relying on a standard of

03:37:52PM 6    5 parts per billion for a 30-minute average, which the WHO

03:37:59PM 7    Regional Office for Europe defines to be the concentration at

03:38:01PM 8    which only 5 percent of the population would experience an

03:38:06PM 9    annoyance for less than 2 percent of the time in which

03:38:09PM 10   neither the WHO itself nor any federal state or local agency

03:38:15PM 11   that you're aware of has adopted as the level for

03:38:18PM 12   determining --

03:38:18PM 13        THE COURT:  That's way too long a question.

03:38:22PM 14        MS. BRILLAULT:  Okay.  You want me to break it up?  I

03:38:22PM 15   think I got my answers in there.

03:38:24PM 16             (Simultaneous speaking.)

03:38:24PM 17        THE COURT:  I think you have already asked her all

03:38:26PM 18   these questions, so.

03:38:30PM 19        MS. BRILLAULT:  Thank you.  No further questions.

03:38:38PM 20   Thank you, Dr. Schiffman.

03:38:39PM 21        THE COURT:  All right.  Now redirect?

03:38:42PM 22        MR. HAMMEL:  Brief redirect, Your Honor.

03:38:45PM 23   Can we change the input?

03:38:54PM 24        THE CASE MANAGER:  Turn your camera on.  He needs to

03:38:57PM 25   turn his camera on.

<u>REDIRECT EXAMINATION</u>

BY MR. HAMMEL:

    **Q.**  Dr. Schiffman, can you hear me?

    **A.**  Yes.  Uh-huh.

    **Q.**  Ms. Brillault asked you some questions about the level of distinct odor awareness.

    **A.**  Yes.

    **Q.**  And you started referring to a document or to an equation.

    **A.**  Yes.  Uh-huh.

    **Q.**  Okay.

    MR. HAMMEL:  Judge, this is Exhibit Number 72.  And specifically, I'm going to refer to Appendix C, page 218.

    THE COURT:  Is this in the book you gave me?

    MR. HAMMEL:  No ma'am, it is not.

    THE COURT:  Okay.

BY MR. HAMMEL:

    **Q.**  Dr. Schiffman, do you see the document that's displayed in front of you?

    **A.**  Yes, I do.

    **Q.**  Is that the document that you were referring to earlier?

    **A.**  Yes.  Uh-huh.

    **Q.**  Okay.  So if we could just a take look at this for a moment.  Is that first equation, is that what they're calling

03:40:19PM  1    the Fechner coefficient?

03:40:21PM  2        A.   Yeah, Fechner.  Uh-huh.

03:40:27PM  3        Q.   Okay.  In this paragraph between, it indicates that

03:40:29PM  4    they're going to select 2.33 to represent the kw because of a

03:40:37PM  5    lack of chemical-specific data?

03:40:40PM  6        A.   That is correct.

03:40:41PM  7        Q.   What does that mean?

03:40:42PM  8        A.   That means they don't have any idea what kw is.  They

03:40:47PM  9    can't really -- it's called a guess.

03:40:49PM  10       Q.   Okay.  And then what's the result of that -- when

03:40:51PM  11   they run that through, what's the result that they get?

03:40:54PM  12       A.   They get .0071 ppm, that would be 7.1 ppb, not 10

03:41:08PM  13   ppb.

03:41:08PM  14       Q.   Okay.  And then there's an explanation of what

03:41:09PM  15   they're going to do below that that says that they're going

03:41:13PM  16   to take into account certain factors such as age.

03:41:17PM  17       A.   Distraction.

03:41:17PM  18       Q.   Distraction.

03:41:19PM  19       A.   Distraction.  All that kind of stuff.  And so

03:41:22PM  20   there's -- there's an adjustment for lack of

03:41:26PM  21   chemical-specific data and an adjustment for distraction and

03:41:30PM  22   the correction factor.

03:41:31PM  23       Q.   Dr. Schiffman, the second sentence of that

03:41:34PM  24   paragraph --

03:41:35PM  25       A.   Uh-huh.

03:41:36PM 1    Q.  -- does that indicate that they're going to take into

03:41:39PM 2    account everyday life factors?

03:41:40PM 3    A.  Yes.

03:41:41PM 4    Q.  And they -- part of those is smoking?

03:41:44PM 5    A.  Uh-huh.

03:41:45PM 6    Q.  Upper airway infections?

03:41:48PM 7    A.  Uh-huh.

03:41:48PM 8    Q.  Allergies?

03:41:49PM 9    A.  Right.

03:41:50PM 10   Q.  As well as distraction increase?

03:41:54PM 11   A.  Uh-huh.

03:41:55PM 12   Q.  So they're going to increase that OT50 by a factor of

03:41:59PM 13   four.  And then in addition to that, they're going to take

03:42:04PM 14   into account how quickly we perceive odors.

03:42:09PM 15   A.  Right.

03:42:10PM 16   Q.  So they're going to apply an additional four over

03:42:12PM 17   three or 1.33 for all these other factors?

03:42:16PM 18   A.  Correct.  Uh-huh.

03:42:17PM 19   Q.  And then when they add that together, what is the

03:42:20PM 20   result?

03:42:21PM 21   A.  10 ppb or .01 ppm.

03:42:27PM 22   Q.  So with that additional -- what do they call that --

03:42:33PM 23       MR. HAMMEL:  Can you go back there for a moment?

03:42:33PM 24   BY MR. HAMMEL:

03:42:36PM 25   Q.  I think they refer to it as --

03:42:38PM  1      A.   They call it an LOA, level of distinct odor

03:42:49PM  2   awareness.

03:42:50PM  3      Q.   Right.  But at the top of that paragraph --

03:42:50PM  4          MR. HAMMEL:  That was it.  Oh, sorry.

03:42:50PM  5   BY MR. HAMMEL:

03:42:52PM  6      Q.   At the top of that paragraph before they add the

03:42:54PM  7   additional coefficient to get to 10, they call it "An

03:42:55PM  8   empirical field correction factor," right?

03:42:58PM  9      A.   Correct.

03:42:59PM  10     Q.   Right.  So they need to add a --

03:42:59PM  11         MR. HAMMEL:  You can take it down.

03:42:59PM  12  BY MR. HAMMEL:

03:43:04PM  13     Q.   -- empirical field correction factor.  And that

03:43:07PM  14  empirical field correction factor includes people that are

03:43:13PM  15  allergic, they have allergies, people that have stuffed up

03:43:16PM  16  noses, people that smoke, people -- it takes into account

03:43:20PM  17  age; is that correct?

03:43:22PM  18     A.   Correct.  Uh-huh.

03:43:23PM  19     Q.   So the number that they're saying of 10 ppb,

03:43:28PM  20  that's -- you know, a person without an upper airway

03:43:32PM  21  infection or a person who doesn't smoke, can they detect

03:43:36PM  22  things at a lower concentration?

03:43:39PM  23     A.   Of course.

03:43:39PM  24     Q.   Of course.

03:43:40PM  25          Because the sense of smell is like every other sense

03:43:44PM 1    we have, right?

03:43:45PM 2        A.   Uh-huh.

03:43:46PM 3        Q.   Some people see better than others, some people hear

03:43:50PM 4    better than others, right?

03:43:52PM 5        A.   Correct.

03:43:52PM 6        Q.   But this number with the empirical field correction,

03:43:57PM 7    that takes into account everybody; is that right?

03:44:00PM 8        A.   That's correct.  That is the purpose of it.

03:44:03PM 9        Q.   Okay.

03:44:05PM 10        MR. HAMMEL:  No further questions, Your Honor.

03:44:07PM 11        THE COURT:  All right.  Dr. Schiffman, thank you.

03:44:10PM 12   We're going to end the Zoom session now.

03:44:13PM 13        MR. HAMMEL:  Judge, I'm sorry.

03:44:13PM 14        THE WITNESS:  Thank you so much.

03:44:13PM 15        MR. HAMMEL:  Thank you, Dr. Schiffman.

03:44:14PM 16        THE WITNESS:  And I appreciate you allowing me to do

03:44:16PM 17   this by Zoom.  Thank you.

03:44:18PM 18        THE COURT:  You're welcome.

03:44:20PM 19        MR. HAMMEL:  I apologize, Judge.  But I wanted to

03:44:22PM 20   introduce Exhibit 72.

03:44:25PM 21        THE COURT:  All right.  And that's not already

03:44:27PM 22   admitted?

03:44:30PM 23        MR. HAMMEL:  It is already admitted.

03:44:30PM 24        THE COURT:  Okay.

03:44:33PM 25        MR. HAMMEL:  No?

03:44:33PM **1**        THE COURT:  No.  All right.  Then Exhibit 72 is

03:44:35PM **2**   admitted.

03:44:35PM **3**            (Exhibit No. 72 admitted into evidence.)

03:44:35PM **4**        MR. HAMMEL:  Thank you, Your Honor.

03:44:37PM **5**        THE COURT:  All right.  Do the plaintiffs have any

03:44:39PM **6**   additional witnesses?

03:44:42PM **7**        MR. HAMMEL:  No, Your Honor, plaintiffs rest.

03:44:47PM **8**        THE COURT:  All right.

03:44:47PM **9**        THE CASE MANAGER:  I believe defense counsel had an

03:44:49PM **10**  exhibit they wanted to --

03:44:50PM **11**       THE COURT:  Did the defense have an exhibit with

03:44:52PM **12**  respect to Dr. Schiffman that you would like to introduce?

03:44:56PM **13**       MS. BRILLAULT:  I'm just confirming.  I believe

03:44:58PM **14**  they're all already admitted or they're part of the

03:45:01PM **15**  frequently used exhibits that were preadmitted, so I think

03:45:04PM **16**  we're fine.  Thank you, Your Honor.

03:45:05PM **17**       THE COURT:  Okay.  If you think of something, let us

03:45:07PM **18**  know.

03:45:07PM **19**       MS. BRILLAULT:  Okay.

03:45:07PM **20**       THE COURT:  All right.  So would -- would

03:45:11PM **21**  defendants --

03:45:15PM **22**       MR. MIMS:  Your Honor, Michael Mims for the Waste

03:45:26PM **23**  Connections defendants.

03:45:26PM **24**       THE COURT:  Yes.

03:45:26PM **25**       MR. MIMS:  I'd like to start with a housekeeping

03:45:29PM  **1**  matter if I may.

03:45:30PM  **2**        THE COURT:  Yeah, just come to the podium.

03:45:35PM  **3**        MR. MIMS:  Your Honor, now that the plaintiffs have

03:45:37PM  **4**  rested their case on general causation.

03:45:39PM  **5**        MR. HAMMEL:  Judge, before we begin -- I'm sorry --

03:45:42PM  **6**  there was one matter brought to my attention.  And I'm not

03:45:45PM  **7**  sure if the deposition designations for our plaintiff

03:45:49PM  **8**  representatives...

03:45:50PM  **9**        MR. LANDRY:  Your Honor, we had deposition

03:45:52PM  **10**  designations for --

03:45:53PM  **11**        THE CASE MANAGER:  Microphone.

03:45:58PM  **12**        MR. LANDRY:  Your Honor, Jason Landry for the

03:46:02PM  **13**  plaintiffs.  We had depo designations for the corporate

03:46:07PM  **14**  representative of Jefferson Parish as well as Waste

03:46:10PM  **15**  Connection.  And I was just wondering --

03:46:12PM  **16**        THE COURT:  Who are they?

03:46:14PM  **17**        MR. LANDRY:  That would be -- well, it's the

03:46:16PM  **18**  depositions of Jefferson Parish and Waste Connections.

03:46:19PM  **19**        THE COURT:  And what are their names?

03:46:20PM  **20**        MR. LANDRY:  Well, Mike Lockwood for Jefferson

03:46:24PM  **21**  Parish, and Brett O'Connor for Waste Connections.

03:46:31PM  **22**        THE COURT:  All right.  And did you and the

03:46:32PM  **23**  defendants talk about the designations?

03:46:34PM  **24**        MR. LANDRY:  We did.

03:46:35PM  **25**        THE COURT:  And both of you had a chance to designate

03:46:37PM 1    whatever you wanted to?

03:46:39PM 2        MR. LANDRY:  We did.

03:46:39PM 3        THE COURT:  All right.  And do we have those with the

03:46:44PM 4    exhibits that are on the tablet?

03:46:46PM 5        MR. LANDRY:  My understanding is that defendants

03:46:48PM 6    provided those to you in both hard copy and on the tablets.

03:46:52PM 7        THE COURT:  Okay.  So --

03:46:58PM 8        MR. FUTRELL:  Judge, Michael Futrell on behalf of the

03:47:01PM 9    Parish of Jefferson.  I know that for some of the

03:47:06PM 10   designations, there were objections.  And I don't know if

03:47:09PM 11   those were ever cleared up.  I don't know if we ever agreed

03:47:12PM 12   on those.  And maybe I'm misremembering.  And the same may

03:47:16PM 13   hold true for the Waste Connections deposition.

03:47:20PM 14       MS. BRILLAULT:  I believe that's the case, Your

03:47:21PM 15   Honor.

03:47:21PM 16       THE COURT:  Well, they were never given to me if you

03:47:23PM 17   had objections.  Nobody ever presented anything for me to

03:47:28PM 18   decide.  So why don't you all figure that out.  What's -- and

03:47:35PM 19   we will -- we'll admit the designations of the representative

03:47:42PM 20   of Jefferson Parish and Waste Connections.  The plaintiffs

03:47:46PM 21   are asking to have that admitted in connection with their

03:47:51PM 22   case-in-chief, and we will do that.  And we'll figure out

03:47:54PM 23   exactly -- you know, you'll make sure that you all have

03:47:58PM 24   worked out any differences before this is over.

03:48:06PM 25       MR. FUTRELL:  That's fine, Judge.  Thank you.

03:48:09PM 1     MR. PAUL:  Your Honor, John Paul for Waste

03:48:13PM 2 Connections' defendants.  I have a very minor housekeeping

03:48:15PM 3 issue.  During the direct and cross of Dr. Pietari, an

03:48:19PM 4 exhibit was discussed and published to her.  We would like to

03:48:23PM 5 move that into evidence.  And we have -- it's marked as Trial

03:48:27PM 6 Exhibit 16.  It is the paper by Shaha and Meeroff, dated

03:48:33PM 7 2020.  We have discussed it with plaintiffs' counsel, and

03:48:37PM 8 they've consented.

03:48:38PM 9     THE COURT:  All right.  So that's admitted.

03:48:44PM 10     MR. HAMMEL:  Yes, Your Honor.  No objection.

03:48:44PM 11     (Exhibit No. 16 admitted into evidence.)

03:48:47PM 12     MR. MIMS:  Your Honor, Michael Mims on behalf of the

03:48:50PM 13 Waste Connections' defendants.  Now that the plaintiffs have

03:48:52PM 14 rested their case on general causation, at this time, the

03:48:55PM 15 defendants would respectfully like to raise a Rule 52(C),

03:49:01PM 16 motion for judgment on partial findings.  This is the bench

03:49:01PM 17 trial equivalent of a motion for judgment of a matter of law

03:49:05PM 18 under Rule 50.  We believe now that there are a few issues

03:49:08PM 19 that are not in serious dispute, and given that we've got

03:49:12PM 20 five more days of testimony, it would make sense to perhaps

03:49:15PM 21 narrow some of those issues that we don't believe are in

03:49:19PM 22 dispute anymore.  Under Rule 52(C), the conclusion of the

03:49:25PM 23 plaintiffs' case-in-chief is the appropriate time to raise

03:49:28PM 24 this.  Under Rule 52, unlike Rule 50, the court is not

03:49:34PM 25 required to draw any inferences in favor of the nonmoving

03:49:38PM   1   party.

03:49:39PM   2            We're raising this motion on five different bases.

03:49:42PM   3   The first is the temporal scope of this case.  Although the

03:49:45PM   4   complaint alleges ongoing and continuing torts, the

03:49:48PM   5   plaintiffs have offered no evidence in the past three days of

03:49:53PM   6   any injuries beyond the year 2019, despite their burden to do

03:49:56PM   7   so.  The second issue is the types of injuries, and we spoke

03:50:00PM   8   about that with Dr. Schiffman.  Obviously, you're aware of

03:50:04PM   9   your prior ruling, and so we are -- given that there has been

03:50:08PM   10  no evidence of any purely physiological injuries, we believe

03:50:14PM   11  now would be the appropriate time to dismiss those claims,

03:50:18PM   12  and there are the issues before the Court.

03:50:21PM   13           The third basis we've heard from Mr. Lape about

03:50:25PM   14  various receptor groups, but the plaintiffs did not model or

03:50:30PM   15  estimate any potential impacts to any persons outside of

03:50:30PM   16  those receptor groups despite their burden to do so, and we

03:50:34PM   17  would move for judgment on that issue.  The fourth issue is a

03:50:38PM   18  *Daubert* issue, and that relates to plaintiffs' expert, Jose

03:50:41PM   19  Sananes.  The plaintiffs have not demonstrated that his

03:50:43PM   20  opinions are based on accepted and reliable methods, and,

03:50:47PM   21  therefore, his opinions do not pass *Daubert* muster.

03:50:50PM   22           And then finally, the plaintiffs have offered no

03:50:52PM   23  evidence that any landfill emissions meet the Louisiana

03:50:56PM   24  standard for what is a legally cognizable injury, which is

03:51:01PM   25  whether it would affect a person of ordinary sensibilities or

03:51:08PM  **1**   someone in the general population.  I would like to quickly

03:51:10PM  **2**   run through each of those.  The first is a temporal aspect.

03:51:13PM  **3**   I think this one is pretty clear.  We heard from Mr. Lape

03:51:16PM  **4**   that his air dispersion modeling did not go beyond 2019 and

03:51:20PM  **5**   that the analysis of none of the other exerts went beyond

03:51:24PM  **6**   2019.  And so we think that that -- those -- any claims

03:51:28PM  **7**   arising beyond that period should be dismissed.

03:51:31PM  **8**        Next is the lack of physical injury.  We heard

03:51:35PM  **9**   Dr. Schiffman was allowed to testify as to headaches, nausea,

03:51:40PM  **10**   vomiting, loss of appetite, sleep deprivation, dizziness,

03:51:45PM  **11**   fatigue, anxiety.  Anything else, we did not hear about any

03:51:49PM  **12**   other injuries.  And any other purely physiological effects,

03:51:54PM  **13**   there has been no expert evidence on those points.  And,

03:51:57PM  **14**   therefore, a judgment in defendants' favor would be

03:51:59PM  **15**   appropriate at this point.

03:52:01PM  **16**        Next is the issue of the receptor locations for

03:52:06PM  **17**   Mr. Lape.  We heard from Mr. Lape this morning that he has 57

03:52:12PM  **18**   surrogate pins.  And he was very clear in his testimony when

03:52:16PM  **19**   we asked him this morning, did you perform any modeling

03:52:20PM  **20**   predictions for the areas in between those pins, and he said

03:52:23PM  **21**   "no."  Now, he also mentioned these six receptor group

03:52:29PM  **22**   circles.  And I will be honest, Your Honor, I think it's

03:52:33PM  **23**   still pretty unclear exactly what those circles represent.

03:52:37PM  **24**   But the fact is, Mr. Lape conceded it's only those 57 pins

03:52:42PM  **25**   that he actually did modeling predictions for.  And so when

03:52:45PM   1   we look at the geographic scope of this case, presently,

03:52:48PM   2   there has been no modeling to show us what emissions, what

03:52:52PM   3   impacts, what injuries, could have occurred in that -- any

03:52:56PM   4   other areas.

03:52:58PM   5        The next issue is plaintiffs' expert, Jose Sananes.

03:53:01PM   6   We are reserving our right to challenge all of the

03:53:04PM   7   plaintiffs' experts on *Daubert* grounds, but we think when it

03:53:09PM   8   comes to Mr. Sananes, the record is sufficiently clear to

03:53:11PM   9   resolve this issue now.  Specifically, there were at least

03:53:14PM   10  three aspects of his opinion where he conceded that his

03:53:17PM   11  methods were not based on any studies or industry-accepted

03:53:21PM   12  methods, but were merely based on his own professional

03:53:24PM   13  judgment, which is not sufficient for *Daubert*.  Those three

03:53:27PM   14  issues were the use of liquid levels in gas wells to

03:53:31PM   15  determine the overall saturation in the entire landfill.

03:53:35PM   16  Next, it was his deviation from the default EPA K value for

03:53:41PM   17  calculating landfill emissions based on his decision to treat

03:53:44PM   18  the Jefferson Parish Landfill as a wet landfill.  And next

03:53:48PM   19  was his use of the radii of influence or the doughnuts to

03:53:52PM   20  estimate fugitive emissions.

03:53:54PM   21        Now, in each one of these three areas, Mr. Sananes

03:53:58PM   22  was very clear that, first, he had never conducted that type

03:54:01PM   23  of analysis before.  Second, he was not aware of any

03:54:03PM   24  particular industry standard or studies supporting that

03:54:08PM   25  analysis.  And third, that he relied chiefly on his

03:54:11PM  **1**   professional judgment as his justification for his analysis.

03:54:14PM  **2**   And you can see this very clearly in Mr. Sananes' discussion

03:54:18PM  **3**   of why he chose to treat the JP landfill as a wet landfill,

03:54:22PM  **4**   which, again, was a crucial decision on his part because it

03:54:26PM  **5**   resulted in a much higher K value, which is a departure from

03:54:30PM  **6**   the EPA's default value.

03:54:33PM  **7**         And if you'll indulge me for just a second, Justin, I

03:54:36PM  **8**   would love if you could pull up --

03:54:36PM  **9**         THE COURT:  No.  It's about -- you've about run out

03:54:38PM  **10**  of time.  So you need to wrap this up.

03:54:42PM  **11**        MR. MIMS:  Yes, Your Honor.  We'll wrap this up.  But

03:54:44PM  **12**  if you look at his testimony, it's very clear that he says

03:54:47PM  **13**  that he's not aware of any studies; he relied on professional

03:54:50PM  **14**  judgment.  And under *Daubert*, the Supreme Court in the joiner

03:54:55PM  **15**  case said that the experts' ipse dixit, or "because I say

03:55:00PM  **16**  so," is not enough under *Daubert*.  Professional judgment is

03:55:04PM  **17**  not enough.  Instead, we look to is the methodology testable,

03:55:08PM  **18**  is it subject to peer review, does it have a known rate of

03:55:13PM  **19**  error, has it been generally accepted in the scientific

03:55:16PM  **20**  community.  Mr. Sananes' testimony made it --

03:55:16PM  **21**        THE COURT:  Yes, I understand your point.  I get it.

03:55:16PM  **22**        MR. MIMS:  Yes, Your Honor.

03:55:18PM  **23**        THE COURT:  So I need you to move.  Is there

03:55:19PM  **24**  something else you wanted to talk about?

03:55:21PM  **25**        MR. MIMS:  Yes, Your Honor.  The last point I would

03:55:22PM  1    like to make is on what is the legal standard for what is a

03:55:27PM  2    legally cognizable injury.  We just heard from Dr. Schiffman

03:55:31PM  3    about her 5 parts per billion standard and that it represents

03:55:36PM  4    the level at which 5 percent of the population will detect

03:55:40PM  5    the odor 2 percent of the time.

03:55:42PM  6         THE COURT:  No.  I did not hear -- that was not her

03:55:45PM  7    testimony.  So look.  I know what I want to say about this.

03:55:47PM  8    So thank you for your argument.  This is a *Daubert* hearing in

03:55:53PM  9    a trial on causation.  I'm not giving judgment to anybody.

03:55:59PM  10   That's not what this is about.  I do want to ask -- I want

03:56:04PM  11   the plaintiffs to think about this.  I've wondered about

03:56:07PM  12   this.  I just want to know for my own information about what

03:56:10PM  13   the time period is that they're asking for damages.  Maybe

03:56:14PM  14   they're only asking for them to 2019 because that's what the

03:56:19PM  15   evidence is.

03:56:22PM  16        MR. ROWE:  Your Honor, Eric Rowe.  If they had asked

03:56:25PM  17   us the question, are you asking for damages into 2020, we

03:56:29PM  18   would have said no.  We've only modeled the years 2017, 2018,

03:56:35PM  19   and 2019.

03:56:35PM  20        THE COURT:  Okay.  That was my understanding, too.

03:56:37PM  21   So that is -- you're correct on that.  They're only asking

03:56:41PM  22   for damages through 2019.

03:56:43PM  23        With respect to Mr. Sananes, you know, this is a

03:56:46PM  24   judge hearing, judge trial, and I am perfectly capable of

03:56:54PM  25   listening to the testimony and deciding what weight to give

03:56:58PM  1    it based on the things that you brought up.  And so I'm

03:57:02PM  2    denying your *Daubert* motion because that would just go to the

03:57:06PM  3    weight of the evidence that I give it.

03:57:11PM  4         The other things you brought up, really, I think will

03:57:14PM  5    be things that I have to decide when I decide whether there

03:57:18PM  6    is causation.  And so it's not -- it's not appropriate for me

03:57:22PM  7    at this time, I don't think, to give you judgment on any of

03:57:27PM  8    those issues.

03:57:30PM  9         MR. MIMS:  Well, Your Honor, we are about to call

03:57:32PM  10   witnesses to respond to Dr. Schiffman.  We feel the record

03:57:34PM  11   has been pretty clear about what injuries she was allowed to

03:57:38PM  12   testify to and which ones she was not.  So it would seem to

03:57:41PM  13   defendants that at this point --

03:57:43PM  14        THE COURT:  This is not -- this is not like a regular

03:57:46PM  15   trial.  I'm not deciding right now which injuries they've

03:57:49PM  16   proven.  So what I'm looking at -- when I'm looking at this

03:57:53PM  17   after this all over, you all know the kinds of injuries I

03:57:58PM  18   said they could make claims for, and I'll be looking for

03:58:02PM  19   whether they establish causation for those injuries.  That's

03:58:05PM  20   all you're getting right now.

03:58:10PM  21        MR. MIMS:  Yes, Your Honor.  Thank you, Your Honor.

03:58:13PM  22        THE COURT:  All right.  So now, do the defendants

03:58:16PM  23   have any witnesses?

03:58:18PM  24        MS. BRILLAULT:  We do, Your Honor.  I think she's

03:58:21PM  25   outside.  We'd be calling Pam Dalton.  Let me go and --

03:58:27PM **1**        THE COURT:  All right.  You can have a seat for a

03:59:19PM **2** second, and we'll get you to stand up when we swear you in.

03:59:53PM **3**        THE CASE MANAGER:  If you could stand and raise your

03:59:55PM **4** right hand.

03:59:56PM **5**               (Witness administered oath.)

03:59:58PM **6**        THE WITNESS:  I do.

04:00:01PM **7**        THE CASE MANAGER:  Have a seat.  State and spell your

04:00:07PM **8** name for the record.

04:00:07PM **9**                    DR. PAMELA DALTON,

04:00:07PM **10** called as a witness, being first duly sworn, examined and

04:00:07PM **11** testifies as follows:

04:00:07PM **12**        THE WITNESS:  Pamela Dalton, P-a-m-e-l-a,

04:00:14PM **13** D-a-l-t-o-n.

04:00:15PM **14**                   DIRECT EXAMINATION

04:00:16PM **15** BY MS. BRILLAULT:

04:00:17PM **16**    Q.  Good afternoon, Dr. Dalton.  As you can see, we're

04:00:22PM **17** doing the questioning and responding with masks on, so it's

04:00:25PM **18** really important to make sure you speak up, talk slow,

04:00:29PM **19** pronounciate so that the court reporter and everyone else can

04:00:32PM **20** hear what we're saying, okay?

04:00:34PM **21**    A.  I do.  Thank you.

04:00:34PM **22**    Q.  Great.  Can you please state your address for the

04:00:37PM **23** record.

04:00:37PM **24**    A.  1 Christian Street, Number 21, Philadelphia,

04:00:42PM **25** Pennsylvania.

04:00:43PM **1**    Q.   And, Dr. Dalton, who is your employer?

04:00:46PM **2**    A.   The Monell Chemical Senses Center.

04:00:51PM **3**    Q.   And I'd like to pull your CV up for the court, Trial

04:00:58PM **4**    Exhibit 38.  It's page 26.

04:01:04PM **5**    A.   Yes.

04:01:05PM **6**    Q.   And this is the CV you submitted as part of your

04:01:09PM **7**    expert report in this case?

04:01:09PM **8**    A.   Yes, it is.

04:01:10PM **9**    Q.   Okay.  And what do you consider your area of

04:01:15PM **10**   expertise?

04:01:16PM **11**   A.   The human perception and response to odors and

04:01:22PM **12**   irritants, and the chemical feel from chemicals as well as

04:01:29PM **13**   community and occupational exposure to chemicals that produce

04:01:33PM **14**   odor and potentially produce irritation.

04:01:37PM **15**   Q.   And can you describe your educational background as

04:01:42PM **16**   it relates to these areas of expertise, please.

04:01:46PM **17**   A.   Yes.  My undergraduate degree was in psychology,

04:01:51PM **18**   largely focused on memory and learning.  I then went to New

04:01:58PM **19**   York University to obtain my doctorate, and that was in a

04:02:04PM **20**   field that's broadly described as experimental psychology but

04:02:09PM **21**   actually can be studies of animals, studies of humans,

04:02:13PM **22**   studies of the brain.  In those studies, I was focused on

04:02:17PM **23**   perception broadly from both visual as well as odor

04:02:21PM **24**   perception as well as cognitive information processing.  In

04:02:26PM **25**   other words, how the brain uses information to interpret

04:02:29PM  1   sensory experience.  And I got my master's, although it

04:02:33PM  2   wasn't a terminal master's.  It was never intended to stop

04:02:37PM  3   with the degree of master's.  And then my doctorate in 1993.

04:02:47PM  4       Q.  And did you also get a masters of public health?

04:02:49PM  5       A.  Yes, I did.  That was some years later.  I had

04:02:52PM  6   already been employed at the Monell Center for over 10 years,

04:02:56PM  7   but I went back to school to obtain a degree in public health

04:03:03PM  8   because a lot of the data that my lab was generating was

04:03:08PM  9   being used in the regulatory domain, and I was regularly

04:03:14PM 10   being asked to comment on both occupational and community

04:03:18PM 11   public health issues.  And so I felt that that background

04:03:22PM 12   would serve me well.

04:03:23PM 13       Q.  And can you explain what your employer, Monell

04:03:30PM 14   Chemical Senses Center, is?

04:03:30PM 15       A.  Yes.  The Monell Center is a nonprofit, basic

04:03:38PM 16   research institute.  When we were founded in the early '70s,

04:03:42PM 17   we were part of the University of Pennsylvania.  But we

04:03:46PM 18   became administratively and financially independent after

04:03:53PM 19   about 10 years, largely because we -- our director reasoned

04:03:57PM 20   that we could use the grant money we were getting more

04:04:00PM 21   efficiently than the University of Pennsylvania.  And so we

04:04:02PM 22   are now independent, although we remain affiliated.  We are a

04:04:08PM 23   group of about 110 people, approximately 40 PhD-level

04:04:15PM 24   scientists.  Some are permanent faculty, like myself, and

04:04:20PM 25   some are postdoctoral trainees and some are visiting

04:04:25PM   1   scientists.  And all we focus on are the chemical senses,

04:04:29PM   2   which is smell, taste, and what we call "chemical irritation"

04:04:31PM   3   or "chemical feel."  But we study it at very many different

04:04:37PM   4   levels.

04:04:37PM   5       Q.   And when did you first start working at Monell?

04:04:40PM   6       A.   I became a postdoctoral fellow at Monell in September

04:04:45PM   7   of 1993, right after I received my PhD.

04:04:50PM   8       Q.   And can you walk us through your various positions at

04:04:55PM   9   Monell Chemical Senses?

04:04:57PM  10       A.   Yes.  I was first a postdoctoral trainee in the lab

04:05:08PM  11   of Dr. Charles Wysocki.  And at that point, I was doing

04:05:08PM  12   independent research but under his auspices because I had

04:05:11PM  13   never done olfactory research prior to that.  I was mostly

04:05:14PM  14   focused on other types of perception and memory.  And so

04:05:18PM  15   after a few years, all postdoctoral trainees are urged,

04:05:24PM  16   encouraged, to write for external funding because if you plan

04:05:29PM  17   to have an academic career, getting grant money is something

04:05:33PM  18   you need to do.  So I was successful in obtaining external

04:05:35PM  19   funding during my training period, and at that point, I was

04:05:39PM  20   invited to apply for a faculty position at the center.

04:05:44PM  21       Q.   And is a faculty position at the center equivalent to

04:05:54PM  22   a professorship at a university?

04:05:57PM  23       A.   Yes.  Generally speaking, we go through different

04:06:00PM  24   levels of a faculty appointment.  I was first appointed as an

04:06:05PM  25   associate member, which would be equivalent to an associate

04:06:09PM  1    professor at a university.

04:06:11PM  2         Q.   And after you're appointed as an associate member,

04:06:15PM  3    can you just work us through until present day?

04:06:17PM  4         A.   So I spent approximately four years at the associate

04:06:19PM  5    member level.  The general rule is that you need to have

04:06:23PM  6    fully funded your research program by the time you spend six

04:06:29PM  7    years as an associate member.  And if you do, then you're

04:06:33PM  8    eligible for promotion to assistant member -- sorry.  I

04:06:39PM  9    confused those.  It was assistant first and then associate.

04:06:42PM  10   Yes.

04:06:42PM  11        Q.   And what is your position currently?

04:06:48PM  12        A.   I am currently a full member, which would be

04:06:50PM  13   equivalent to a full professor at a university.

04:06:52PM  14        Q.   And you've held that position since 2004?

04:06:55PM  15        A.   That is correct.

04:06:55PM  16        Q.   And starting with your fellowship, can you describe

04:07:02PM  17   the type of research you performed as a postdoctorate fellow?

04:07:08PM  18        A.   Well, during my training period, I learned how to

04:07:12PM  19   conduct odor research as well as a little bit of taste and

04:07:17PM  20   irritation research.  So I learned how to collect odor

04:07:20PM  21   thresholds using a variety of different methods that are used

04:07:24PM  22   quite regularly in the field to do that.  I also learned how

04:07:28PM  23   to out evaluate, or to understand how people rated intensity

04:07:31PM  24   of odors once it reached over the threshold.  And I also

04:07:36PM  25   learned how to expose people to ambient odors in an

04:07:43PM 1   experimental setting, such as a chamber where we could

04:07:47PM 2   control the amount of odor in the air.

04:07:50PM 3        Q.  Now, as a member, what are your responsibilities at

04:07:54PM 4   Monell Chemical Senses?

04:07:55PM 5        A.  Well, first and foremost, I'm expected to fund all of

04:07:59PM 6   the research that my lab conducts.  And that includes my

04:08:02PM 7   salary, the salaries of all the people that work with me, and

04:08:06PM 8   all of the research costs associated with that.  And we do

04:08:09PM 9   that by writing grants.  Majority of our grants, my lab, have

04:08:14PM 10  come from the National Institutes of Health, but we also can

04:08:19PM 11  get -- I've gotten grants from foundations such as the Bill &

04:08:25PM 12  Melinda Gates Foundation to conduct research.  And I've also

04:08:28PM 13  had grants from the Department of Defense for specific

04:08:32PM 14  projects.  The Monell Center also has a corporate partnership

04:08:38PM 15  program.  And under certain circumstances, those industries

04:08:43PM 16  can fund certain projects, but it all has to be

04:08:48PM 17  nonproprietary.  In other words, the data belonged to us and

04:08:54PM 18  we're intended to publish them.

04:08:55PM 19       Q.  And what projects are you currently working on at

04:08:57PM 20  Monell?

04:08:58PM 21       A.  Well, at the present time, I'm very busy trying to

04:09:01PM 22  understand what happens in the nose when the COVID-19 virus

04:09:06PM 23  attaches to cells because we are -- we have been funded by

04:09:10PM 24  the National Institutes of Health to understand how smell can

04:09:14PM 25  be used as a screening test, and we've developed a very quick

04:09:18PM  1   screening test that's being deployed in a number of

04:09:23PM  2   locations.  And also, what is the long-term consequences for

04:09:25PM  3   people who have lost their sense of smell due to COVID.  I

04:09:29PM  4   also have projects that are looking at how certain levels of

04:09:35PM  5   chemicals can become an irritant or not depending on

04:09:40PM  6   exposure.  And I also have -- still working with a group in

04:09:45PM  7   India around community toilets and the odors from those

04:09:49PM  8   toilets and how that impacts their usage.

04:09:52PM  9       Q.  And do your projects involve -- are they all

04:09:57PM  10  lab-based, or do some of them involve field studies?

04:10:00PM  11      A.  It's a mixture.  A lot of the work that we do is

04:10:05PM  12  laboratory-based, but I have done field studies around hog

04:10:09PM  13  farms, for example, landfills.  And, for example, the project

04:10:13PM  14  in India is around community toilet facilities.

04:10:18PM  15      Q.  And what experience do you have assessing potential

04:10:23PM  16  psychological impacts from odor exposure?

04:10:26PM  17      A.  Well, there's a lot of training that I had in the

04:10:31PM  18  early days of my postdoctoral fellowship that I learned how

04:10:36PM  19  to measure both self-reported responses on surveys and

04:10:41PM  20  questionnaires as well as pairing them with more objective

04:10:44PM  21  measures, such as changes in heart rate or changes in skin

04:10:49PM  22  conductance, things like eye blink rate in response to an

04:10:54PM  23  irritant.  So that was all part of my initial training, and I

04:10:58PM  24  have added to that over the years that I've been employed

04:11:00PM  25  there.

04:11:00PM  1      Q.  And what is your experience with respect to

04:11:04PM  2  psychological impacts in certain physical symptoms?

04:11:10PM  3      A.  So my lab tries to look at how an individual's

04:11:15PM  4  interpretation of what they're experiencing changes either

04:11:18PM  5  their perception or their response to that experience with

04:11:22PM  6  regard to chemicals that have odor or chemicals that can

04:11:26PM  7  produce what we call "chemical feel," such as when you open a

04:11:31PM  8  bottle of bleach, you get a little bit of tingling in your

04:11:34PM  9  nose and your eyes.

04:11:37PM  10      Q.  And have you done work specifically involving

04:11:40PM  11  hydrogen sulfide?

04:11:41PM  12      A.  I have collected data around hog farms or the

04:11:48PM  13  communities around hog farms.  I have collected data around

04:11:53PM  14  landfills.  And certainly even in India, there is hydrogen

04:11:58PM  15  sulfide present in all of those odor samples.

04:12:01PM  16      Q.  And do you have experience with other chemicals

04:12:05PM  17  beyond hydrogen sulfide, such as VOCs?

04:12:07PM  18      A.  Absolutely.  Most of our work involves a variety of

04:12:13PM  19  volatile organic compounds, almost all of which can produce

04:12:19PM  20  the sensation of odor at some concentration, and potentially

04:12:23PM  21  many of them can produce irritation at much higher levels.

04:12:29PM  22      Q.  And if we turn to page 28 -- sorry, PDF page 28 --

04:12:37PM  23  page 27 of your report, Trial Exhibit 38.  It begins on

04:12:41PM  24  "Reference Publications," and then it continues on the

04:12:45PM  25  following pages.  Is this a list of all your publications?

04:12:48PM  1      A.   That's where it begins, yes.

04:12:50PM  2      Q.   Earlier, Dr. Schiffman -- did you hear

04:12:59PM  3  Dr. Schiffman's testimony earlier today?

04:13:01PM  4      A.   Yes, I did.

04:13:02PM  5      Q.   Okay.  And did you hear the testimony by

04:13:04PM  6  Dr. Schiffman about a paper she co-published with you, she

04:13:08PM  7  co-authored with you?

04:13:09PM  8      A.   Yes.

04:13:10PM  9      Q.   Okay.  And can you describe what part of the paper

04:13:13PM  10  you contributed?

04:13:15PM  11      A.   So I believe, as Dr. Schiffman mentioned, it was

04:13:21PM  12  the -- it was the proceedings from a workshop that was held

04:13:25PM  13  over a two-day period at Duke University to which I and six

04:13:30PM  14  or seven other scientists were invited.  I was, at that time,

04:13:35PM  15  conducting research on the psychological response to odor.

04:13:43PM  16  And as a consequence of that, my presentation and the section

04:13:46PM  17  of the paper that I wrote was based on my talk and my

04:13:51PM  18  understanding of that part of the field at that point in

04:13:54PM  19  time.

04:13:54PM  20      Q.   And at the top of page 27, there's a section called

04:14:04PM  21  "Peer Review Services."

04:14:11PM  22      A.   Yes.

04:14:11PM  23      Q.   Can you explain what your peer review services are?

04:14:14PM  24      A.   This is sort of an obligation for scientists that

04:14:19PM  25  wish to publish is that you are expected to also become

04:14:22PM  1   knowledgeable about the field by reviewing other scientists'

04:14:26PM  2   papers that are submitted to journals, to be sure that their

04:14:30PM  3   data had been collected properly, they're making the proper

04:14:34PM  4   interpretations of the data.  And so I regularly review for

04:14:39PM  5   many of these journals.  I also am on the study section for

04:14:47PM  6   work that has to do with chemical exposure, chemical senses,

04:14:52PM  7   for the National Institutes of Health, and we meet three

04:14:55PM  8   times a year, and I review anywhere between six and 10 grants

04:15:00PM  9   under those circumstances.  So since I wrote this, I'm now a

04:15:05PM  10  permanent member of that study section.  I'm no longer an ad

04:15:10PM  11  hoc member.

04:15:10PM  12      Q.  And as a reviewer, you're assessing the reliability

04:15:13PM  13  of the studies and the conclusions?

04:15:15PM  14      A.  In general, yes.  How the data were collected, if the

04:15:19PM  15  scientists did the experiments appropriately, how they

04:15:23PM  16  analyzed the data, and what their conclusions were.

04:15:27PM  17          MS. BRILLAULT:  Your Honor, at this time -- bless

04:15:30PM  18  you.  At this time, we would like to tender Dr. Dalton as an

04:15:33PM  19  expert in odor perception, psychology, including

04:15:38PM  20  psychological impacts from odor perception, and psychogenic

04:15:45PM  21  symptoms from odor and sensory perception.

04:15:46PM  22          THE COURT:  Any objection?

04:15:48PM  23          MR. ROWE:  No objection, Your Honor.

04:15:50PM  24          THE COURT:  All right.  She's admitted as an expert

04:15:53PM  25  in those areas.

04:15:54PM 1    BY MS. BRILLAULT:

04:15:55PM 2        Q.  Now, Dr. Dalton, you were asked to review

04:15:59PM 3    Dr. Schiffman's opinions and render your own opinions

04:16:02PM 4    concerning potential impacts of odors and emissions allegedly

04:16:05PM 5    from the Jefferson Parish Landfill; is that right?

04:16:07PM 6        A.  That is correct.

04:16:08PM 7        Q.  Okay.  Now, based on your knowledge, experience, and

04:16:12PM 8    expertise and your review of the data in this case, what is

04:16:15PM 9    your opinion as to the level of hydrogen sulfide

04:16:20PM 10   Dr. Schiffman proposes to use for evaluating annoyance in the

04:16:25PM 11   ordinary person?

04:16:26PM 12       A.  It is my opinion that the concentration of hydrogen

04:16:31PM 13   sulfide that she is using to -- to indicate an annoyance

04:16:38PM 14   response in the population is lower than what I would

04:16:43PM 15   recommend.  And my opinion is aligned with the opinion of,

04:16:50PM 16   and the publication of, the United States Environmental

04:16:55PM 17   Protection Agency using the level of odor awareness or

04:16:59PM 18   distinct odor awareness as the point at which 50 percent of

04:17:04PM 19   the population will begin to distinguish a distinct odor, and

04:17:08PM 20   that at that point, it could start to generate some

04:17:12PM 21   complaints.

04:17:13PM 22       Q.  And do you agree with Dr. Schiffman's testimony that

04:17:18PM 23   hydrogen sulfide from the Jefferson Parish Landfill combined

04:17:24PM 24   with other compounds is the primary cause of plaintiffs'

04:17:28PM 25   injuries in this case?

04:17:29PM **1**      A.   I have found no evidence in any of the documents that

04:17:33PM **2**   I've reviewed that would indicate that the Jefferson Parish

04:17:37PM **3**   Landfill is the only source of odors in the community, nor

04:17:41PM **4**   is -- nor are the data that I've seen from the Jefferson

04:17:50PM **5**   Parish Landfill.  I do not believe they're reliable for me to

04:17:53PM **6**   conclude that they are producing the symptoms that are being

04:17:57PM **7**   reported by the community respondents.

04:18:07PM **8**      Q.   And I believe you said this earlier, but just so

04:18:10PM **9**   we're clear with respect to your opinions, for the purposes

04:18:12PM **10**   of general causation -- and actually, let me step back.  Do

04:18:17PM **11**   you have an understanding of what "general causation" is

04:18:20PM **12**   defined as for purposes of this case?

04:18:23PM **13**      A.   Yes.  I have seen the -- I have seen the written

04:18:26PM **14**   description of what general causation is, is that the odors

04:18:30PM **15**   and gases from the Jefferson Parish Landfill are capable of

04:18:33PM **16**   causing the injuries or the complaints that are reported by

04:18:37PM **17**   the community.

04:18:39PM **18**      Q.   And so for purposes of general causation, do you have

04:18:42PM **19**   an opinion on the appropriate threshold for determining

04:18:46PM **20**   nuisance level impacts to residents from hydrogen sulfide

04:18:50PM **21**   emitted by the Jefferson Parish Landfill?

04:18:51PM **22**      A.   Yes.

04:18:54PM **23**         MR. ROWE:  Your Honor, I'm going to object here.  Is

04:18:56PM **24**   that opinion actually set forth in her report?

04:18:59PM **25**         MS. BRILLAULT:  It is.

| | | |
|---|---|---|
| 04:19:00PM | 1 | THE COURT:  Can you tell him where? |
| 04:19:02PM | 2 | MR. ROWE:  Can you show me where? |
| 04:20:32PM | 3 | (Discussion held between attorneys out of hearing.) |
| 04:20:54PM | 4 | MR. ROWE:  Your Honor, I only see two opinions in her |
| 04:20:57PM | 5 | report. |
| 04:20:57PM | 6 | THE COURT:  Let me get -- is Exhibit 38, is that her |
| 04:21:02PM | 7 | only report? |
| 04:21:03PM | 8 | MS. BRILLAULT:  That is her only report. |
| 04:21:05PM | 9 | MR. ROWE:  That is her only report.  She did not do a |
| 04:21:08PM | 10 | supplemental report in response to the supplemental reports |
| 04:21:12PM | 11 | that the plaintiffs provided. |
| 04:21:14PM | 12 | THE COURT:  All right.  So, Ms. Brillault, where do |
| 04:21:18PM | 13 | you think they expressed that opinion? |
| 04:21:20PM | 14 | MS. BRILLAULT:  So on page 12 of her report, where |
| 04:21:23PM | 15 | she's -- she's opining and rebutting Dr. Schiffman's |
| 04:21:27PM | 16 | opinions.  So No. 2, where she's describing Dr. Schiffman's |
| 04:21:36PM | 17 | opinion that "Exposure to odors from the Jefferson Parish |
| 04:21:38PM | 18 | Landfill at a threshold of 1 microgram per cubic meter |
| 04:21:42PM | 19 | profoundly interfered with the quality of lives," she |
| 04:21:44PM | 20 | describes why she's not agreeing with Dr. Schiffman's |
| 04:21:47PM | 21 | opinion.  And she notes that by EPA and others, "The odor |
| 04:21:53PM | 22 | detection threshold obtained in a laboratory study does not |
| 04:21:57PM | 23 | correspond with the level at which residents recognize an |
| 04:22:01PM | 24 | odor, let alone an offensive one in the field, particularly |
| 04:22:01PM | 25 | in an industrial area with a background concentration of |

04:22:05PM 1  hydrogen sulfide."

04:22:05PM 2         And then the next paragraph, it talks about the EPA

04:22:09PM 3  has recognized 10 ppb as the level of distinct odor awareness

04:22:13PM 4  for hydrogen sulfide at which 10 percent of the population

04:22:16PM 5  experiences an odor.  And then Dr. Schiffman's use of a lower

04:22:24PM 6  odor detection threshold to opine that plaintiffs could be

04:22:28PM 7  impacted is not scientifically or factually supported by the

04:22:31PM 8  record.

04:22:32PM 9         THE COURT:  So, Mr. Rowe, what's your argument?

04:22:38PM 10        MR. ROWE:  I read in the report, Your Honor, and it

04:22:40PM 11 says in two places, "It is my opinion is that."  One is on

04:22:43PM 12 page 2, in the middle paragraph.  It says, "It is my opinion,

04:22:45PM 13 to a reasonable degree of scientific certainty, that although

04:22:48PM 14 landfills have the potential to emit odors considered

04:22:52PM 15 unpleasant or annoying, the opinions provided by

04:22:55PM 16 Dr. Schiffman that the JPLF is the primary source of the

04:23:01PM 17 nuisance malodors and the consequent health systems,

04:23:04PM 18 including learned odor aversions, are not scientifically

04:23:06PM 19 valid or unreliable, and not supported by the evidence."

04:23:08PM 20        That's one opinion.  And then the conclusion, it

04:23:12PM 21 says, "Based upon my review of the relevant documents and

04:23:15PM 22 scientific literature and my experience with odor perception

04:23:18PM 23 and odor impacts, it is my opinion to a reasonable degree of

04:23:22PM 24 scientific certainty that for all but a few of the

04:23:25PM 25 individuals in close proximity to the JPLF emissions from the

04:23:29PM   1   JPLF could not be the source of the nuisance malodors claim

04:23:34PM   2   by the plaintiff, and that emissions from the JPLF would not

04:23:36PM   3   be the cause of health conditions including learned odor

04:23:38PM   4   aversions claimed by any plaintiff."

04:23:39PM   5        Those are the only two opinions that I see delineated

04:23:42PM   6   in this report, Your Honor.

04:23:44PM   7        MS. BRILLAULT:  There's actually, on page 13, another

04:23:45PM   8   statement where she says in that first complete paragraph,

04:23:48PM   9   last sentence, "It is my opinion that hydrogen sulfide

04:23:51PM  10   emissions at those concentrations, 10 ppb or 30 ppb which are

04:23:56PM  11   experienced less than 1 percent of the time, would not be

04:23:58PM  12   sufficient to constitute a nuisance level odor, particularly

04:24:02PM  13   in the context of an industrial environment such as Jefferson

04:24:05PM  14   Parish."

04:24:06PM  15        MR. ROWE:  Okay.

04:24:12PM  16        THE COURT:  So was she presented as a rebuttal expert

04:24:17PM  17   as opposed to an expert?

04:24:21PM  18        MS. BRILLAULT:  Well, there was no -- I guess there

04:24:23PM  19   was no -- it was plaintiffs' experts reports were due, then

04:24:27PM  20   there's defense expert reports were due, and then there was

04:24:30PM  21   the reply for the plaintiffs' expert.  So those were the

04:24:32PM  22   deadlines.

04:24:33PM  23        THE COURT:  And at the deposition, was this

04:24:37PM  24   discussed?

04:24:37PM  25        MS. BRILLAULT:  Yes.

04:24:38PM 1       THE COURT:  Mr. Rowe, was this discussed at the

04:24:40PM 2  deposition?

04:24:42PM 3       MR. ROWE:  We went through all of the things she

04:24:45PM 4  talks about here.  And in her actual opinions, I think, are

04:24:49PM 5  limited to critiques of Dr. Schiffman.

04:24:52PM 6       MS. BRILLAULT:  It is -- I mean, her opinion is a

04:24:55PM 7  frequency and the correct hydrogen sulfide threshold.  In

04:25:00PM 8  part, rebutting Dr. Schiffman's opinion of the use of a low,

04:25:06PM 9  as Dr. Dalton says, a very low concentration and frequency.

04:25:12PM 10  So she's assessing Dr. Schiffman's opinion and putting forth

04:25:16PM 11  her own standard.

04:25:17PM 12       THE COURT:  Does anybody have a mouse pad they can

04:25:20PM 13  give me?  I would like to have one.

04:25:50PM 14       So the question was, "And so for purposes of general

04:25:53PM 15  causation, do you have an opinion on the appropriate

04:25:57PM 16  threshold for determining nuisance level impacts to residents

04:26:02PM 17  from hydrogen sulfide emitted by the Jefferson Parish

04:26:08PM 18  Landfill?"  And the defendants say that on page 13, she says

04:26:17PM 19  it's her opinion that hydrogen sulfide emissions at those

04:26:22PM 20  concentrations, 10 ppb or 30 ppb, would not be sufficient.

04:26:30PM 21  Is that what you're asking her?  Or you're now asking her to

04:26:34PM 22  express a different opinion about what would be the

04:26:37PM 23  appropriate level?

04:26:38PM 24       MS. BRILLAULT:  I can rephrase the question if that's

04:26:40PM 25  the issue here.

04:26:41PM **1**    THE COURT:  And do you have -- is it -- is it your

04:26:44PM **2**  recollection that this was covered at her deposition, that

04:26:49PM **3**  she expressed the opinion of what the appropriate threshold

04:26:54PM **4**  was as opposed to criticizing Dr. Schiffman's work?

04:27:05PM **5**    MS. BRILLAULT:  Honestly, the deposition is not -- is

04:27:11PM **6**  not very clear.  There's a lot of -- I'm not going to

04:27:14PM **7**  characterize it.  I'd have to go back and look at the

04:27:17PM **8**  deposition transcript to see exactly what portions of her

04:27:20PM **9**  expert report were actually covered.  There's a lot of

04:27:24PM **10**  hypotheticals, but.  You know, here, she's speaking about

04:27:30PM **11**  Dr. Schiffman's threshold and then saying, you know, even

04:27:33PM **12**  EPA's threshold at 1 percent -- anything above EPA's

04:27:38PM **13**  threshold and over 1 percent of the time -- sorry -- less

04:27:41PM **14**  than 1 percent of the time.  So anything over EPA's threshold

04:27:46PM **15**  of 10 ppb and less than 1 percent of the time would not be

04:27:50PM **16**  sufficient to cause nuisance level impacts.

04:27:53PM **17**    THE COURT:  Obviously the concept is, the expert

04:27:56PM **18**  testifies about what's in their report.  You know, we don't

04:27:59PM **19**  do trial by ambush.  And so you need to ask her about things

04:28:02PM **20**  that she gave opinions about in her expert report.

04:28:16PM **21**  BY MS. BRILLAULT:

04:28:16PM **22**    Q.  So, Dr. Dalton, is it your opinion that hydrogen

04:28:20PM **23**  sulfide emissions at concentrations of 10 ppb, which are

04:28:23PM **24**  experienced less than 1 percent of the time, would not be

04:28:27PM **25**  sufficient to constitute a nuisance level odor, particularly

04:28:32PM   1    in the context of an industrial environment such as Jefferson

04:28:35PM   2    Parish?

04:28:35PM   3        A.  Yes, that is my opinion.

04:28:38PM   4        Q.  So, Dr. Dalton, we talked a little bit about odor

04:28:55PM   5    perception.  Can you explain what odor perception means to

04:29:00PM   6    you?  Just kind of step back.

04:29:01PM   7        A.  Sure.  Well, odor perception is a very broad term.

04:29:07PM   8    It can describe an individual's sort of awareness that there

04:29:12PM   9    is an odor in an environment.  It can describe how they --

04:29:17PM   10   sort of the quality that they experience.  It can also

04:29:21PM   11   describe how that odor might make them feel, what it reminds

04:29:26PM   12   them of, for example.  So odor perception is the act of a

04:29:31PM   13   chemical odorant binding to receptors in the nose and

04:29:38PM   14   generating an awareness in the brain when that odor reaches a

04:29:44PM   15   certain concentration.  And we can talk about the different

04:29:47PM   16   concentrations necessary to elicit all of those different

04:29:50PM   17   types of responses.

04:29:51PM   18       Q.  And I'd like to bring up a demonstrative that's been

04:30:02PM   19   shared with the plaintiffs previously.  And, Dr. Dalton, are

04:30:16PM   20   you familiar with this demonstrative, "Thresholds for Human

04:30:20PM   21   Perception of Airborne Chemicals"?

04:30:22PM   22       A.  Yes, I am.

04:30:23PM   23       Q.  And did you help prepare this demonstrative?

04:30:25PM   24       A.  I did.

04:30:27PM   25       Q.  And can you walk us through what you're trying to

04:30:31PM **1**   describe in this demonstrative?

04:30:32PM **2**       A.   Yes.   What I'm trying to provide is an explanation

04:30:38PM **3**   for how increasing concentration of an airborne chemical will

04:30:44PM **4**   provide an individual with different levels of information

04:30:48PM **5**   about that chemical odor.

04:30:50PM **6**       So the first threshold I'm talking about here is the

04:30:54PM **7**   odor detection threshold, and I believe we've already heard

04:30:58PM **8**   about odor detection thresholds today.   So when we define an

04:31:04PM **9**   "odor detection threshold," it is determined in a laboratory

04:31:10PM **10**   situation, and it is generally for any individual.   It is the

04:31:15PM **11**   lowest concentration that they can say there is something

04:31:24PM **12**   different about this sample from a sample of clean air.   And

04:31:27PM **13**   usually, it's done with three choices, only one of which

04:31:31PM **14**   contains an odor at a particular concentration.   And the

04:31:34PM **15**   individual who is being tested simply has to say which sample

04:31:38PM **16**   is different or which sample is stronger.   And that indicates

04:31:43PM **17**   that they have detected a difference that represents the odor

04:31:50PM **18**   of that chemical.

04:31:51PM **19**   BY MS. BRILLAULT:

04:31:51PM **20**       Q.   And with respect to the odor detection threshold when

04:31:54PM **21**   that person is in a lab identifying whether it's clean or a

04:31:58PM **22**   difference, they only have to get it right 50 percent of the

04:32:01PM **23**   time, correct?

04:32:02PM **24**       A.   Correct.   For an individual, it's the 50 percent

04:32:06PM **25**   point where they can get it correctly.   But when you do a

04:32:11PM 1  study, you look at the responses of all your panelists.  And

04:32:15PM 2  so that could be eight people, it could be 100 people, and it

04:32:20PM 3  is the point at which half of the panel can correctly

04:32:23PM 4  identify the presence of the sample that is different or

04:32:27PM 5  which is stronger and has an odor.

04:32:29PM 6      Q.  And what is the importance of the odor detection

04:32:35PM 7  threshold being tested in a laboratory?

04:32:37PM 8      A.  The odor detection threshold is tested in a

04:32:40PM 9  laboratory so that we have very good control over the

04:32:44PM 10  concentration of the odors that are being presented.

04:32:48PM 11  Generally, when I started out, a lot of odor studies were

04:32:53PM 12  done with odors dissolved in liquids and bottles, for

04:32:57PM 13  example, and people would sniff out of the bottles.  That was

04:33:01PM 14  common back then.  Now, almost everyone uses a machine that

04:33:06PM 15  dilutes different odors to certain concentrations and

04:33:09PM 16  presents them in a series with clean air, potentially an

04:33:13PM 17  odor, and then another clean air sample.

04:33:15PM 18      We do this in a laboratory because it represents the

04:33:18PM 19  absolute minimum that an individual could detect the presence

04:33:22PM 20  of something different, a chemical in the air.  So it's done

04:33:26PM 21  with -- and there are very strict rules about how

04:33:30PM 22  olfactometry has to be designed and conducted.  You have to

04:33:38PM 23  have a room in which you're testing that has no background

04:33:42PM 24  odors.  You instruct the people who are coming in to test

04:33:45PM 25  that they can't wear any fragrance, perfumes or shampoo, or

04:33:51PM   1   anything.  They also can't have eaten or drunk anything

04:33:54PM   2   except for water in the hour before.  So what you're trying

04:33:58PM   3   to do is minimize all the ways that other odors could

04:34:03PM   4   actually interfere with their ability to detect this one

04:34:07PM   5   specific chemical.

04:34:09PM   6   BY MS. BRILLAULT:

04:34:09PM   7       Q.  Is there a single odor detection threshold for a

04:34:12PM   8   specific compound?

04:34:13PM   9       A.  No.

04:34:15PM  10       Q.  Are they typically represented in ranges?

04:34:18PM  11       A.  Odor detection thresholds, when used to provide

04:34:26PM  12   information to a regulatory body or the general public, are

04:34:30PM  13   typically talked about in ranges because your -- an

04:34:36PM  14   individual's odor detection threshold will vary across time,

04:34:41PM  15   even from morning until night.  They could become less

04:34:45PM  16   sensitive or a little more sensitive.  And panels' odor

04:34:50PM  17   detections will differ depending on when they were tested and

04:34:52PM  18   who you are testing, the age of the people, the gender, the

04:34:56PM  19   sex, you know, various different things.  So when you compile

04:35:02PM  20   all these data, you generally end up with a range rather than

04:35:05PM  21   a single number.  And that's the responsible way of actually

04:35:09PM  22   reporting an odor detection threshold.

04:35:12PM  23       Q.  All right.  The second threshold is odor recognition.

04:35:19PM  24   Can you explain what odor recognition threshold is?

04:35:25PM  25       A.  So one point about the odor detection threshold is

04:35:30PM 1    that it requires the individual -- it doesn't require the

04:35:33PM 2    individual to have any information about the quality of the

04:35:35PM 3    odor.  All they have to do is say, "I detect something

04:35:38PM 4    different in this sample," and that measures their odor

04:35:42PM 5    detection threshold.  As we increase the concentration, it

04:35:47PM 6    becomes possible for the individual to start getting more

04:35:51PM 7    information about the chemical.  So they will be able to say

04:35:56PM 8    that smells a little bit sweet, or it smells a little sour.

04:36:00PM 9    And with increase in concentration, they will be able to say,

04:36:05PM 10   I recognize what the source of that odor is, I know what I'm

04:36:10PM 11   smelling, or I remember having smelled it before.

04:36:16PM 12        Some types of odor recognition simply require people

04:36:21PM 13   to choose from maybe three or four types of odors and say,

04:36:24PM 14   well, that's what this sample most smells like.  Some types

04:36:28PM 15   actually ask them to identify what they think the source of

04:36:32PM 16   the odor is.  So there are different ways people collect that

04:36:35PM 17   threshold.  But the point is, it requires much more

04:36:39PM 18   concentration than the odor detection threshold to have that

04:36:43PM 19   level of information you need.

04:36:44PM 20   BY MS. BRILLAULT:

04:36:44PM 21        Q.  And, again, the odor recognition threshold is also

04:36:48PM 22   measured in laboratory settings?

04:36:50PM 23        A.  That is correct.  And so in my laboratory, sometimes

04:36:54PM 24   what we do is, with a group, a panel of people, six at a

04:36:58PM 25   time, sitting at our olfactometer.  We will first obtain

04:37:05PM   1   their odor detection threshold and as we increase the

04:37:08PM   2   concentration we will ask them to choose from three or four

04:37:11PM   3   different types -- qualities of odor, to say what it smells

04:37:15PM   4   like.  And that's the odor recognition, that they can say it

04:37:18PM   5   smells like a sulfur compound or a floral compound or a

04:37:23PM   6   fruit.

04:37:24PM   7          THE COURT:  So are they in a room alone and the odor

04:37:27PM   8   is piped in or they have a mask on?

04:37:33PM   9          THE WITNESS:  I should have a picture of this.  In my

04:37:35PM  10   olfactometer, in most of them, what there is -- it's a cone,

04:37:38PM  11   a glass cone so that you can clean it between trials.  And

04:37:42PM  12   people stand or sit in front of it, and the air comes out at

04:37:47PM  13   a certain level, a certain rate.  And sometimes that air is

04:37:51PM  14   just purely clean scrubbed air and sometimes it has the

04:37:55PM  15   chemical at a certain concentration.  This all happens in a

04:37:59PM  16   room where there's a lot of air filtration going on, and

04:38:02PM  17   sometimes people are doing this all by themselves.  But we

04:38:05PM  18   have a way of isolating people so they're not influencing one

04:38:09PM  19   another and we can test up to six people at a time.

04:38:16PM  20   BY MS. BRILLAULT:

04:38:16PM  21      Q.  And so let's talk about odor awareness which is the

04:38:20PM  22   last threshold, at least on this chart.  Can you talk about

04:38:24PM  23   odor awareness for us?

04:38:25PM  24      A.  So this is the level that EPA published as the level

04:38:29PM  25   of distinct odor awareness.  And what it's meant to signify

04:38:35PM  1   is the concentration of an odor that can be perceived in the

04:38:41PM  2   ambient air in real-world conditions by the average person,

04:38:45PM  3   in other words a representative of the population.

04:38:47PM  4       Now it's important to recognize also that when we do

04:38:51PM  5   odor detection thresholds, if we do them according to the

04:38:55PM  6   standards that have been set up, you do not necessarily

04:38:59PM  7   choose the most sensitive people or the most insensitive

04:39:03PM  8   ones.  You're aiming for that part of the bell curve that

04:39:08PM  9   represents the most of the people in the population.  Of

04:39:10PM  10  course you can always test people at ends of the spectrum but

04:39:14PM  11  generally that's not how odor detection thresholds are

04:39:17PM  12  derived.

04:39:17PM  13  BY MS. BRILLAULT:

04:39:17PM  14      Q.  And why are real-world conditions important on odor

04:39:23PM  15  perception thresholds?

04:39:25PM  16      A.  Well, if you took place -- if you took part in one of

04:39:28PM  17  my experiments, you would realize that you're sitting there

04:39:32PM  18  with nothing else to do but simply paying attention to the

04:39:37PM  19  odorous air or the clean air that's coming out of this cone.

04:39:41PM  20  And when you smell one of the samples that you think are

04:39:44PM  21  different, you press a button on the screen and that

04:39:47PM  22  registers your response.  We minimize the noise level, we

04:39:52PM  23  minimize everything that might interfere with that

04:39:56PM  24  individual's attention and concentration on that task.  Of

04:40:00PM  25  course, that does not represent what goes on in a real-world

04:40:04PM  1   situation.  And so that's why to derive a level of odor

04:40:10PM  2   awareness, one of the most important factors that many

04:40:13PM  3   studies have shown will increase the odor detection threshold

04:40:17PM  4   is what you're directed to pay attention to.

04:40:27PM  5        Q.  And you mentioned EPA derived the level of distinct

04:40:32PM  6   odor awareness?

04:40:33PM  7        A.  EPA reviewed a derivation that was done under the

04:40:42PM  8   auspices of the National Research Council, but a group of

04:40:51PM  9   scientists presented the formula for doing that.  So it was

04:40:53PM 10   several levels of review before EPA approved that value.

04:40:57PM 11        Q.  And you mentioned it was a formula.  What did the

04:41:01PM 12   formula involve, generally speaking?

04:41:03PM 13        A.  Well, I remember someone talked about the Fechner

04:41:10PM 14   coefficient earlier.  When we go from an odor detection

04:41:14PM 15   threshold to what we call "super threshold" -- in other word,

04:41:18PM 16   intensities above the odor detection threshold -- what's

04:41:23PM 17   unusual about odor, and it's different from our ability -- or

04:41:26PM 18   visual stimuli or hearing, is that odor intensity

04:41:30PM 19   increases not linearly with the concentration.  So in other

04:41:34PM 20   words, you can -- you can make the concentration 10 times

04:41:40PM 21   higher, but you will not increase the intensity of the odor

04:41:43PM 22   sensation by that much.  You might only double the odor

04:41:47PM 23   sensation intensity.  So that coefficient is meant to

04:41:52PM 24   represent by how much increasing the concentration the odor

04:41:55PM 25   intensity changes.  Olfaction is really compressed.  Until

04:42:01PM  1   you get to the point where you're generating a real

04:42:04PM  2   irritation response, it's a very flat function relating the

04:42:08PM  3   concentration you're presenting and how intense someone

04:42:12PM  4   regards that odor to be.

04:42:13PM  5       Q.   And you mentioned EPA reviewed a calculation for the

04:42:24PM  6   level of distinct odor awareness.  When were you first made

04:42:27PM  7   aware of the -- of EPA's review of this information?

04:42:30PM  8       A.   This process -- this process started in the very late

04:42:34PM  9   '90s, right around 2000.  I was invited to review the

04:42:41PM  10  proposal for this derivation as a peer reviewer, along with

04:42:48PM  11  other people in my field who were performing this same task.

04:42:52PM  12  So I had an opportunity to review the data on which they were

04:42:57PM  13  basing the calculation, and, you know, how the calculation

04:43:03PM  14  would result in an -- in a concentration that was

04:43:07PM  15  representative of what an individual going about their daily

04:43:12PM  16  activity would notice in a real-world environment.

04:43:17PM  17      Q.   And when you're reviewing the information, did you

04:43:19PM  18  have any concerns or questions regarding the studies and

04:43:24PM  19  information NRC and EPA were relying on for the level of

04:43:30PM  20  distinct odor awareness?

04:43:33PM  21      A.   Well, I do recall having some questions that I had

04:43:34PM  22  the opportunity to attend a meeting in Washington where the

04:43:38PM  23  scientists who proposed this.  Dr. Ruijten and Dr. van Doorn

04:43:43PM  24  were also present, and I was able to ask them questions.

04:43:47PM  25  They responded, and I had submitted my review of this along

04:43:51PM **1**  with other people, of course.  This was reviewed at many

04:43:54PM **2**  different levels.  I was just one person commenting on the

04:43:58PM **3**  process.

04:44:02PM **4**      Q.  And the level of distinct odor awareness, you

04:44:08PM **5**  mentioned, required a formula.  Was there an odor detection

04:44:11PM **6**  threshold that was used as the base for the formula?

04:44:14PM **7**      A.  Well, yes.  Because this is something that's done for

04:44:16PM **8**  different chemicals.  And so they started with an odor

04:44:20PM **9**  detection threshold in the case of hydrogen sulfide of

04:44:23PM **10** 0.6 parts per billion.

04:44:26PM **11**     Q.  And how does 0.6 parts per billion as an odor

04:44:31PM **12** detection threshold fit within the range of published odor

04:44:36PM **13** detection thresholds for hydrogen sulfide?

04:44:40PM **14**     A.  It's approximately the geometric mean of all the odor

04:44:43PM **15** thresholds that have ever been calculated.  I mean, if you

04:44:46PM **16** look at the data on hydrogen sulfide, I think there's

04:44:49PM **17** something like 70 or 80 different published studies.  Some

04:44:53PM **18** are extremely low, like some of the detection thresholds that

04:44:58PM **19** Dr. Schiffman opined about.  And some of them are very, very

04:45:01PM **20** high, like 300 parts per billion.  We would not accept the

04:45:07PM **21** lowest or the highest.  In other words, once you have a lot

04:45:10PM **22** of data and you have reliable data, then you look to

04:45:14PM **23** understand what the range of this is and you converge on a

04:45:19PM **24** value, the geometric mean, that actually gives you a

04:45:23PM **25** representation of what would be expected from any person

04:45:27PM  **1**  walking in to be able to detect this in a laboratory.

04:45:31PM  **2**      Q.  Dr. Schiffman, in her testimony earlier today,

04:45:47PM  **3**  mentioned headaches being caused by odors.  And I believe she

04:45:55PM  **4**  described two mechanisms to those headaches; olfactory, a

04:45:59PM  **5**  nerve process, and then trip channels.  Can you explain what

04:46:04PM  **6**  trip channels are?

04:46:06PM  **7**      A.  Right.  I mean, I could have put this on this

04:46:09PM  **8**  "Thresholds for Human Perception of Airborne Chemicals," but

04:46:13PM  **9**  because in this matter we're talking about levels that are so

04:46:17PM  **10**  much lower than anything that's capable of triggering this

04:46:25PM  **11**  trigeminal nerve.  So let me just go back up and say what

04:46:30PM  **12**  they are.  Dr. Schiffman talked about the responses of odor,

04:46:33PM  **13**  and that is cranial nerve, number one, the olfactory nerve.

04:46:36PM  **14**  Those receptors are located right here, right about behind

04:46:40PM  **15**  the bridge of your nose.  Humans have about 400 different

04:46:44PM  **16**  ones -- you know, 400 different subtypes, but many, you know,

04:46:51PM  **17**  thousands of the same types of receptors.

04:46:54PM  **18**      When chemical molecules come in and bind to those

04:46:58PM  **19**  receptors -- because certain receptors have an affinity for

04:47:01PM  **20**  certain chemicals, and others, none -- that generates an

04:47:04PM  **21**  electric signal that gives us the perception of odor.  And

04:47:08PM  **22**  depending on how many of those receptors are activated,

04:47:12PM  **23**  that's whether or not we can actually perceive an odor or,

04:47:16PM  **24**  you know, how strong it might be.  There is another chemical

04:47:19PM  **25**  sensing system in the nose.  It's also in the eyes, and it's

04:47:24PM **1**   also on our skin.  And that is the trigeminal nerve.  And the

04:47:31PM **2**   trigeminal nerve senses chemical information, also heat and

04:47:35PM **3**   coolness, when a chemical reaches a certain higher

04:47:40PM **4**   concentration than what can stimulate just pure odor.  So

04:47:44PM **5**   when this chemical -- when this nerve is stimulated that's

04:47:48PM **6**   what I was referring to when we might open a chemical that

04:47:53PM **7**   has a higher concentration like bleach or vinegar, something

04:47:58PM **8**   like that, and we feel that little bit of tingling.  Or when

04:48:02PM **9**   we, you know, sniff something that has -- like a wintergreen

04:48:07PM **10**   candy and we feel a cooling sensation.

04:48:09PM **11**        Trip channels are just sort of the biological, you

04:48:14PM **12**   know, channel in the nerve that actually respond to these

04:48:18PM **13**   chemicals.  But the nerve itself innervates the nose, it

04:48:24PM **14**   innervates the mouth, and it innervates the eyes,

04:48:27PM **15**   importantly, for chemicals.  It's how we can sense the burn

04:48:30PM **16**   of, you know, chili peppers if we're eating a Mexican meal.

04:48:34PM **17**   It's also how we detect the cooling of menthol.  And some

04:48:38PM **18**   chemicals will, as the concentration increases, will start to

04:48:43PM **19**   produce those kinds of feelings like tingling, stinging,

04:48:47PM **20**   burning.  And at high enough concentrations, it can be very,

04:48:49PM **21**   very unpleasant.

04:48:50PM **22**   BY MS. BRILLAULT:

04:48:50PM **23**        Q.  When you say "high enough concentrations," what kinds

04:48:55PM **24**   of concentrations are we talking about, for example, hydrogen

04:48:57PM **25**   sulfide?

04:48:57PM 1      **A.**  Well, we're talking about, you know, almost 100

04:49:00PM 2   parts, you know, per million in some cases to be able to do

04:49:04PM 3   that.  I think Dr. Schiffman in her report that she put out

04:49:08PM 4   today said that you can experience odor at low

04:49:11PM 5   concentrations, but to experience eye irritation, you're

04:49:15PM 6   talking, you know, 30 to 50 parts per million of H2S before

04:49:21PM 7   you're going to see that.  It's really an order of magnitude.

04:49:24PM 8   And it's not just H2S.  All chemicals have this gap between

04:49:29PM 9   when they can elicit an odor sensation and when they will

04:49:33PM 10  actually stimulate the trigeminal nerve.

04:49:38PM 11     **Q.**  All right.

04:49:39PM 12        MS. BRILLAULT:  You can take the exhibit down.

04:49:39PM 13  BY MS. BRILLAULT:

04:49:45PM 14     **Q.**  So we've talked about odor perception and some

04:49:49PM 15  thresholds.  So let's turn to the factors that actually

04:49:52PM 16  influence an individual's response to odor perception.  So in

04:49:56PM 17  your experience, Dr. Dalton, if an odorant is at the

04:50:04PM 18  awareness level, so real-world conditions, and they're aware

04:50:08PM 19  of the odor, does that tell us whether a person will have a

04:50:12PM 20  psychological response to that odor?

04:50:14PM 21     **A.**  Well, it needs to be at their level of awareness in

04:50:18PM 22  order for them to have any response, awareness or a

04:50:22PM 23  psychological response.  But, again, the quality is going to

04:50:26PM 24  determine how they respond to it, if they like it, if they

04:50:29PM 25  don't, if they remember it from a previous experience.  So

04:50:34PM  1   it -- the first level is becoming aware of that odor and

04:50:39PM  2   having some quality information about it in order to produce

04:50:43PM  3   that psychological response.

04:50:48PM  4       Q.  Is there anything else -- are there any other factors

04:50:51PM  5   that play a role in how a person is going to respond to the

04:50:55PM  6   odor?

04:50:55PM  7       A.  There are many factors.  Particularly, I mean, they

04:50:59PM  8   can operate in a laboratory situation, but many of them come

04:51:04PM  9   into play in real-world situations as well.  Some of them

04:51:08PM  10  have to do with the biology of the individual, their physical

04:51:14PM  11  ability to smell the odor.  And some of them have to do with

04:51:19PM  12  the interpretation that people place on what they're

04:51:23PM  13  smelling, their previous experience.  There are many

04:51:26PM  14  different factors.

04:51:28PM  15      MS. BRILLAULT:  Can we bring up the next

04:51:33PM  16  demonstrative, please.

04:51:34PM  17  BY MS. BRILLAULT:

04:51:35PM  18      Q.  Dr. Dalton, are you familiar with this demonstrative?

04:51:37PM  19      A.  Yes, I am.

04:51:38PM  20      Q.  Okay.  And did you help prepare this demonstrative?

04:51:40PM  21      A.  Yes, I did.

04:51:40PM  22      Q.  Okay.  Can you -- are these the factors that you

04:51:44PM  23  believe are influencing -- can influence odor perception?

04:51:48PM  24      A.  Correct.  And you'll notice that they're divided into

04:51:52PM  25  what I'm calling "physical characteristics" of the individual

04:51:57PM  1  perceiver and sort of cognitive or psychological

04:52:01PM  2  characteristics.  Under the physical characteristics, we have

04:52:07PM  3  many of those factors that were included in the derivation of

04:52:13PM  4  the level of odor awareness because of variations within the

04:52:20PM  5  population.  So interestingly, even the internal anatomy of

04:52:29PM  6  your nose is going to determine how many of those molecules

04:52:35PM  7  can actually reach this small patch of tissue where the

04:52:35PM  8  receptors are.  Some people might have a deviated septum,

04:52:40PM  9  people have polyps.  Sometimes just the way that the odor

04:52:45PM  10  molecules bounce around means that they don't get to the

04:52:46PM  11  receptors.

04:52:47PM  12       So we have done a lot of work looking at differences

04:52:49PM  13  in just odor transport in the nose.  Gender matters.  Females

04:52:56PM  14  and males do differ in their ability to recognize and

04:53:00PM  15  identify odors.  We think that's a learned experience, but

04:53:03PM  16  there are some examples where, under certain times of their

04:53:07PM  17  life, females can be more sensitive, as I think has already

04:53:11PM  18  been mentioned.  Age, like any other sensory system, can have

04:53:20PM  19  a deleterious effect on our ability to smell.  Some of that

04:53:24PM  20  has to do with just the inflammation that comes with aging,

04:53:31PM  21  and some of it may have to do with people's -- how many times

04:53:32PM  22  they had a viral infection that damaged the receptors, or did

04:53:37PM  23  they work in an industry where they were exposed to

04:53:41PM  24  chemicals.

04:53:41PM  25       The real baseline is genetics because we all have a

04:53:46PM   **1**   different genetic code, and that determines what receptors we

04:53:50PM   **2**   actually express.  And so you may never realize this because

04:53:54PM   **3**   most people are never tested on individual chemicals, but

04:53:57PM   **4**   almost all of us, even if we have a normal sense of smell,

04:54:01PM   **5**   there are certain chemicals we just cannot smell.  We call

04:54:05PM   **6**   that a "specific anosmia."  It's just due to the fact that

04:54:09PM   **7**   our genetic code do not allow us to express that receptor.

04:54:14PM   **8**   So, you know, you may have a normal sense of smell, but there

04:54:16PM   **9**   are certain things that you can't smell.  And, of course,

04:54:19PM   **10**  health status, which could be things like -- associated with

04:54:25PM   **11**  allergies, rhinosinusitis.  It's also the case that almost

04:54:35PM   **12**  all neurodegenerative diseases, like Parkinson's and

04:54:36PM   **13**  Alzheimer's, first start by an impaired sense of smell.

04:54:38PM   **14**       So all of those are physical characteristics.  Then

04:54:41PM   **15**  we talk about the sort of cognitive characteristics, which

04:54:45PM   **16**  are really more individual and can vary even more than what

04:54:49PM   **17**  the physical characteristics do.

04:54:55PM   **18**  BY MS. BRILLAULT:

04:54:55PM   **19**       Q.   And so based on the different physical

04:54:57PM   **20**  characteristics and cognitive characteristics, are you saying

04:55:02PM   **21**  that not everyone reacts to odors in the same way?

04:55:08PM   **22**       A.   Absolutely.  I mean, not only do we have differences

04:55:10PM   **23**  in what we can detect and at what intensity we would consider

04:55:15PM   **24**  an odor to be weak versus moderate or strong, but all of

04:55:18PM   **25**  those cognitive characteristics play a really important role

04:55:24PM **1**    in how people respond to odors in the real world.  That

04:55:27PM **2**    can have to do with their prior experience with the odor; it

04:55:30PM **3**    can have to do with their emotional state.  Studies have

04:55:34PM **4**    shown that people who are fearful or in a stressed state

04:55:40PM **5**    actually respond faster to an odor in a laboratory

04:55:44PM **6**    environment.  They rated differently, may rate it as more

04:55:50PM **7**    annoying or more problematic.  So their emotional state based

04:55:54PM **8**    on just something that may happen in their life.

04:55:56PM **9**         We also have studied, and other people have studied,

04:56:00PM **10**   different personality traits.  There's a particular

04:56:03PM **11**   personality trait that can be measured with a scale called

04:56:07PM **12**   "negative affectivity."  And when you select these people for

04:56:13PM **13**   an odor study, you find that they will report the odor to be

04:56:16PM **14**   much more intense, they will report more annoyance from an

04:56:21PM **15**   odor.  But it doesn't relate to their ability to detect it.

04:56:24PM **16**   It's really just the way they respond to not just odors, but

04:56:28PM **17**   noise and other sensory stimuli as well.  And then we have

04:56:32PM **18**   the area that I've spent a lot of my career on, which is

04:56:35PM **19**   exceptions and beliefs.  What people know or think they know

04:56:39PM **20**   about the source of an odor, or maybe don't know and are

04:56:43PM **21**   concerned about it, is one of the most important reasons why

04:56:47PM **22**   people will report irritation, annoyance, and even health

04:56:53PM **23**   symptoms in response to just smelling that odor.

04:56:58PM **24**   BY MS. BRILLAULT:

04:56:58PM **25**        Q.  Let's talk a little bit about expectations.  You said

04:57:03PM  1   you spent most of your career on it, so what are some studies

04:57:07PM  2   that you have done that have evaluated --

04:57:10PM  3          THE COURT:  Ms. Brillault, it's five o'clock, and I

04:57:12PM  4   have other things --

04:57:12PM  5          MS. BRILLAULT:  Yeah.  This is a good time for a

04:57:12PM  6   break.

04:57:15PM  7          THE COURT:  -- I have to take care of this afternoon.

04:57:17PM  8   So I think we should break right now.  I mentioned to you all

04:57:20PM  9   yesterday I wanted to start tomorrow at 8:30, so I will see

04:57:24PM  10  you all then.  And would you please not discuss your

04:57:31PM  11  testimony with anyone until you get back on the stand

04:57:33PM  12  tomorrow morning at 8:30.  Okay.

04:57:36PM  13         THE WITNESS:  8:30.  I understand.

04:57:38PM  14         THE COURT:  All right.  Thank you, all.

04:57:41PM  15         THE WITNESS:  Thank you.

04:57:42PM  16         THE CASE MANAGER:  All rise.

17                              *  *  *  *

18          (WHEREUPON, the proceedings were adjourned.)

19                              *  *  *  *

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2           I, Nichelle N. Wheeler, RMR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
3  Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

5

6                         /s/ Nichelle N. Wheeler
                          Official Court Reporter

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25