UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>       Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w**<br>**     18-8071, 18-8218,**<br>**     18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>       Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Monday, July 17, 2023, at 2:00 p.m.** The Court will email all counsel with the link necessary to participate.

New Orleans, Louisiana, this 13th day of July, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**