UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br> **VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**WASTE CONNECTIONS DEFENDANTS'**
**MOTION FOR RECONSIDERATION AND CLARIFICATION**

Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully move the Court to reconsider its May 24, 2023, May 26, 2023, and June 8, 2023, and July 17, 2023 orders ("Orders") compelling production of documents containing protected communications. As explained in the accompanying memoranda, the Waste Connections Defendants intend to produce the majority of these documents but maintain there is sufficient privilege and/or work product protection to withhold some in full and produce others with redactions such as to prevent significant prejudice and manifest injustice.

WHEREFORE, the Waste Connections Defendants hereby request that this motion be granted and that the Court reconsider its Orders regarding the production of these documents.

1

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
      Michael C. Mims (#33991)
      Charles B. Wilmore (#28812)
      J. Hunter Curtis (#39150)
      Alec Andrade (#38659)
      Cecilia Vazquez Wilson (#39373)
      701 Poydras Street, Suite 5000
      New Orleans, Louisiana 70139
      (504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on July 19, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL
