# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br>     **Plaintiff** <br><br> **VERSUS** <br><br> **WASTE CONNECTIONS BAYOU, INC., ET AL.,** <br>     **Defendants** | **CIVIL ACTION** <br><br> **NO. 18-7889** <br> **c/w 18-8071,** <br> **18-8218, 18-9312** <br><br><br> **SECTION: "E" (5)** <br><br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

## WASTE CONNECTIONS DEFENDANTS' *EX PARTE* MOTION TO EXPEDITE HEARING ON THEIR MOTION FOR RECONSIDERATION AND CLARIFICATION

Defendants, Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants") respectfully request that the Court set their Motion for Reconsideration and Clarification ("Motion to Reconsider") for an expedited hearing.[1] This Court issued an order on July 17, 2023 compelling production of certain documents by July 24, 2023.[2] The Motion to Reconsider seeks reconsideration as to a small subset of the documents ordered to be produced to prevent manifest injustice and irreparable harm. However, the earliest that motion could be noticed for submission before Your Honor is August 2, 2023—after the deadline for production of the privileged documents. To prevent injustice and conflict with an order of this Court, the Waste Connections Defendants respectfully request that the Court consider the Motion for Reconsideration and Clarification as soon as practicable.

---

[1] ECF No. 351.
[2] ECF No. 350.

WHEREFORE, the Waste Connections Defendants respectfully request that the Court grant the *Ex Parte* Motion to Expedite Hearing on their Motion for Reconsideration and Clarification and consider the Waste Connections Defendants' motion as soon as practicable.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
       Michael C. Mims (#33991)
       Charles B. Wilmore (#28812)
       J. Hunter Curtis (#39150)
       Alec Andrade (#38659)
       Cecilia Vazquez Wilson (#39373)
       701 Poydras Street, Suite 5000
       New Orleans, Louisiana 70139
       (504) 581-7979


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on July 19, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL
