# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>　　Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>　　Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion for Reconsideration and Clarification filed by Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company,

**IT IS ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that the Waste Connections Defendants' motion will be considered on _____, ____ 2023.  Plaintiffs' opposition is due on_____, ____ 2023.

New Orleans, Louisiana, this _____ day of _____, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**THE HONORABLE SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**