UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NUMBER:  18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | SECTION:  "E" (5) |

RELATED CASE: 19-11133
  c/w 19-14512

APPLIES TO:  ALL CASES

**ORDER**

The Settlement conference scheduled for July 24, 2023 is hereby postponed.  Once the stay is lifted in the *Addison* matters and the issue of class certification is determined in the *Ictech-Bendeck* matters, the parties are to contact the Court to reschedule the conference.

New Orleans, Louisiana, this  19th   day of                    July                    , 2023.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE