UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br> **VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on the Waste Connections Defendants' Motion for Reconsideration and Clarification filed by Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company,

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiffs shall file any opposition to Defendants' motion by **Thursday, July 20, 2023**.

New Orleans, Louisiana, this 19th day of July, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**