# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** | **CIVIL ACTION** |
| Plaintiff | **NO. 18-7889** |
| **VERSUS** | **c/w 18-8071,** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,** | **SECTION: "E" (5)** |
| *Related Case:* | |
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
| Plaintiff | |
| **VERSUS** | |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,** | **SECTION: "E" (5)** |
| Defendants | |

## EXPARTE MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT** comes Douglas S. Hammel, who seeks to be recognized as counsel of record on behalf of Plaintiff, Nicole Landry-Boudreaux, in place of her current counsel, Edwin M. Shorty, Jr., in connection with this matter. Undersigned counsel has contacted Ms. Landry-Boudreaux's current counsel, Mr. Shorty, who has no objection to this Motion.

        Respectfully submitted,

        */s/ Douglas S. Hammel*
        Douglas S. Hammel (Bar No. 26915)
        HAMMEL LAW FIRM
        3129 Bore Street
        Metairie, LA 70001
        Telephone: (504) 832-9942
        Facsimile: (504) 304-9964
        Email:  douglashammel@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served this 20th day of July, 2023, by filing same with the Clerk of Court using the CM/ECF system that provides electronic notice to all counsel of record.

        */s/ Douglas S. Hammel*
        Douglas S. Hammel