# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br><br>    **Plaintiff**<br><br>**VERSUS**<br><br>**PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,** | **CIVIL ACTION**<br><br>**NO. 18-7889**<br><br>**c/w 18-8071,**<br><br>**SECTION: "E" (5)** |
| *Related Case:*<br><br>**FREDERICK ADDISON, ET AL.,**<br><br>    **Plaintiff**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br><br>    **Defendants** | **CIVIL ACTION**<br><br>**SECTION: "E" (5)** |

## O R D E R

**IT IS HEREBY ORDERED** that Douglas S. Hammel be recognized as counsel of record on behalf of Plaintiff, Nicole Landry-Boudreaux, replacing her current counsel, Edwin M. Shorty, Jr., in connection with this matter.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
J U D G E