UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br><br> Plaintiff <br><br> **VERSUS** <br><br> **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,** | **CIVIL ACTION** <br><br> **NO. 18-7889** <br><br> **c/w 18-8071,** <br><br><br> **SECTION: "E" (5)** |

## O R D E R

Considering the foregoing motion to substitute counsel;

**IT IS ORDERED** that the motion is **GRANTED**. Douglas S. Hammel shall be recognized as counsel of record on behalf of Plaintiff, Nicole Landry-Boudreaux, replacing her current counsel, Edwin M. Shorty, Jr., in connection with this matter.

**New Orleans, Louisiana, this 21st day of July, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**