UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIAS JORGE "GEORGE"** | * | CIVIL ACTION: |
| **ICTECH-BENDECK,** | * | NO. 18-7889 |
| Plaintiff | * | c/w 18-8071, |
| | * | 18-8218, 18-9312 |
| VERSUS | * | |
| | * | |
| **PROGRESSIVE WASTE SOLUTIONS** | * | SECTION: "E" (5) |
| **OF LA, INC., ET AL,** | * | |
| Defendants | * | |
| *Related Case:* | * | |
| | * | |
| **FREDERICK ADDISON, ET AL.,** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 19-1133 |
| VERSUS | * | |
| | * | |
| **LOUISIANA REGIONAL LANDFILL** | * | SECTION: "E" (5) |
| **COMPANY (LRLC), ET AL.,** | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, comes undersigned counsel for Plaintiffs, who upon suggesting to the Court and all parties that, effective July 31, 2023, John D. Sileo, LLC, John D. Sileo, and Casey W. Moll have changed their address to:

> Law Office of John D. Sileo, LLC
> 3816 Bienville Street
> New Orleans, Louisiana 70119
> (504) 486-4343

The undersigned respectfully requests this Court, and all parties update their information and records accordingly.

> Respectfully submitted,
> */s/ John D. Sileo*
> John D. Sileo (La. Bar No.: 17797)
> Casey W. Moll (La. Bar No.: 35925)

320 North Carrollton Avenue, Suite 101
New Orleans, Louisiana 70119
(504) 486-4343 – Telephone
(504) 297-1249 – Facsimile
jack@johnsileolaw.com
casey@johnsileolaw.com