UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    **Plaintiff**<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    **Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ELEVENTH CASE MANAGEMENT ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court enters this Eleventh Case Management Order in the consolidated *Ictech-Bendeck* putative class action cases. This Eleventh Case Management Order is a partial case management order which governs an initial motion for class certification and initial discovery of class representatives and certain fact witnesses in the *Ictech-Bendeck* cases.[1]

**I.    GENERAL PROVISIONS**

1. The ESI protocols entered as ECF Doc. 90 (Case No. 18-7889), as amended from time to time, shall continue to apply to discovery conducted in this case.

2. The discovery obligations set forth in the Case Management Orders or other orders of the Court are subject to the supplementation requirements of Federal Rule of Civil Procedure 26(e).

---

[1] Defendants reserve their objections to (a) trying any *Addison* Plaintiffs' cases on the merits prior to class certification being determined as to the *Ictech-Bendeck* case and (b) proceeding concurrently with preparation for a trial in the *Addison* action if the Fifth Circuit lifts its stay of *Addison* while this order is in force. Defendants' submission of any term in or the entirety of this proposed Case Management Order shall not be construed as a waiver of the above objection.

3. The due dates for discovery responses shall be those specified in orders of the Court, those set forth in the Federal Rules of Civil Procedure, or as otherwise agreed by the Parties, except that with respect to interrogatories and document requests that are served after the date of this Case Management Order, objections shall be served within 14 days after service.

4. As set forth in this Court's prior Orders, each deposition shall preclude a subsequent deposition of such deponent(s) on topics covered in such prior deposition. A party raising such issue with the Court must provide the relevant pages of the deposition at which the party asserts the topic was covered.

## II. CLASS CERTIFICATION MOTION

### A. Initial Motion for Class Certification

1. The *Ictech-Bendeck* Plaintiffs shall file their initial motion to certify a class on or before August 25, 2023.

2. The deadline for the *Ictech-Bendeck* Plaintiffs to serve an amended motion to certify a class will be addressed in a later case management order.

## III. FACT DISCOVERY DIRECTED TO CLASS REPRESENTATIVES[2]

### A. General Provisions

1. Pursuant to the May 22, 2023 Minute Entry (ECF 335), the parties previously exchanged lists of known fact witnesses who likely have discovery information or who may provide statements or testimony that the respective party may use in support of their motion for or opposition to class certification ("Witness

---

[2] "Class Representatives" are each of the named Plaintiffs in the consolidated *Ictech-Bendeck* action, each individual identified as a class representative in Plaintiffs' Preliminary Fact Witness List for Class Certification, served on Defendants on June 12, 2023, and any other individual later identified in a revised Fact Witness List for Class Certification by Plaintiffs as a class representative in this action.

List").

    a. The Witness Lists shall be supplemented by the parties as required under Rule 26.

    b. The deadline for the *Ictech-Bendeck* Plaintiffs to amend their Witness List to identify any additional class representatives or remove previously identified class representatives is September 15, 2023.

**2.** Fact discovery directed to Class Representatives and certain fact witnesses[3] shall commence immediately after entry of this Eleventh Case Management Order except that, unless the parties agree otherwise, discovery common to the *Ictech-Bendeck* action and the related *Addison* action (19-cv-11133) shall not commence until after the Fifth Circuit Court of Appeals renders a decision on Defendants' pending petition for a writ of mandamus or lifts the stay in the *Addison* proceeding.

**B.**     **Defendants' written discovery addressed to Class Representatives.**

    **1.**   **Interrogatories.** Defendants (collectively) may serve up to fifteen (15) interrogatories (including all discrete subparts) on each named Plaintiff and twenty-five (25) interrogatories (including all discrete subparts) on each Class Representative who is not a named Plaintiff in this action.[4] Plaintiffs' counsel agrees to accept service of any interrogatories propounded on Class Representatives who are not currently named Plaintiffs in this action.

    **2.**   **Requests for production of documents**. Defendants (collectively) may

---

[3] For purposes of this Eleventh Case Management Order, the certain fact witnesses shall refer to the individuals under the heading "Plaintiff Class Representative and Supporting Witnesses" that are not named Plaintiffs or Class Representatives listed in Plaintiffs' Preliminary Fact Witness List for Class Certification, served on Defendants on June 12, 2023, and any other individual later identified in a revised Fact Witness List for Class Certification by Plaintiffs as a supporting witness in this action (hereinafter "Plaintiff Supporting Witnesses").

[4]

3

serve requests for production of documents, in one or more sets, upon each Class Representative. Plaintiffs' counsel agrees to accept service of any requests for production propounded on Class Representatives who are not currently named Plaintiffs in this action.

3.  **Requests for admission**. Defendants (collectively) may serve up to fifteen (15) requests for admission upon each Class Representative and such responses will be due in accordance with Fed. R. Civ. P. 36. Plaintiffs' counsel agrees to accept service of any requests for admission propounded on Class Representatives who are not currently named Plaintiffs in this action.

C.  **Depositions of Class Representatives**

1.  Defendants can take the deposition of each Class Representative, which depositions can be noticed at any time after the entry of this Eleventh Case Management Order.

D.  **Third Party Discovery**

1.  The Parties may commence written discovery in the form of subpoenas *duces tecum* on other third parties upon entry of this Eleventh Case Management Order.

**SO ORDERED.**

**New Orleans, Louisiana, this 25th day of July, 2023.**

                                                **SUSIE MORGAN**
                              **UNITED STATES DISTRICT JUDGE**