UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>        Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133<br>         c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>        Defendants | **SECTION: "E" (5)** |
| *Related Case:* | |
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>        Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889<br>           c/w 18-8071,<br>         18-8218, 18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>        Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a Zoom status conference with counsel for all cases is hereby scheduled for **Friday, September 1, 2023, at 10:00 a.m**. The instructions to participate will be emailed to all counsel.

**IT IS FURTHER ORDERED** that counsel for all cases shall meet and confer prior to the status conference to discuss discovery deadlines, trial dates, and pending motions.

New Orleans, Louisiana, this 25th day of August, 2023.

           _____
                    **SUSIE MORGAN**
           **UNITED STATES DISTRICT JUDGE**