UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS IN EXCESS OF PAGE LIMIT

NOW INTO COURT, through undersigned counsel, come the named Putative Class Plaintiffs and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Savannah Thompson, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr. and Mona Bernard, and the additionally identified Class Representatives, Deborah Cuccia, Robyn Crossman, Kayla Anne Steele, Tara Caro, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), who file this motion for leave, and pursuant to Local Rule 7.7, respectfully request that Plaintiffs be allowed to file a 40-page Memorandum in Support of their Motion to Certify Class, and in support state:

1. Pursuant to this Honorable Court's Eleventh Case Management Order (Doc. 362), Plaintiffs must file their initial motion to certify a class by August 25, 2023.

2. Plaintiffs believe they require a 15-page extension of the 25-page memorandum limit set forth in Local Rule 7.7 in order to adequately address the myriad issues associated with their initial Motion to Certify Class, including setting forth a proposed trial plan.

3. Accordingly, Plaintiffs respectfully request leave to file a Memorandum in Support of their initial Motion to Certify Class not to exceed 40 pages.

4. Plaintiffs assert that the filing of the requested memorandum will not cause any undue delay and does not involve any bad faith or dilatory motive.

5. Finally, no undue prejudice will result to Defendants should this Court allow Plaintiffs to file the requested 40-page memorandum in support.

WHEREFORE, Plaintiffs pray that this Motion be granted and that Plaintiffs be allowed to file a memorandum in support of their initial Motion to Certify Class not to exceed 40 pages.

Date: August 25, 2023

Respectfully Submitted:

/s/ Jason Z. Landry
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jason Z. Landry

3