UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File Memorandum in Support of Plaintiffs' Motion to Certify in Excess of Page Limit, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED and Plaintiffs shall be allowed to file a memorandum in support of their initial Motion to Certify Class not to exceed 40 pages.