# Ambient Air Assessment

Prepared for:
Jefferson Parish
Environmental Affairs Department





A Full Service MEP, Civil and Environmental Firm

Prepared by:
Pivotal Engineering, LLC
1515 Poydras Street, Suite 1875
New Orleans, LA 70112

**May 2019**

JP_JPLF_0019254



Chapter One: Introduction and Overview ........................................................................................ 2

    Federal Regulations ................................................................................................................. 3

    State regulations ..................................................................................................................... 4

Chapter Three: Subject Matter Review ......................................................................................... 6

  Review of sites within proximity to the AOI ................................................................................. 6

  MAML Reports – Capabilities and Data Analysis from the four (4) sampling events in 2018 .... 6

    Review of February 2018 MAML Sampling Event .................................................................. 11

    Review of April 2018 MAML Sampling Event ....................................................................... 13

    Review of July 2018 MAML Sampling Event ......................................................................... 18

    Review of October 2018 MAML Sampling Event .................................................................. 25

  Opportunities for community Engagement .............................................................................. 31

Chapter Five: Overview of Sampling Techniques .......................................................................... 34

    1. Grab sampling .................................................................................................................. 34

    2. Time-integrated sampling ................................................................................................ 34

    3. Real-time monitoring ....................................................................................................... 35

    4. Passive sampling .............................................................................................................. 35

    5. Portable real-time monitoring ......................................................................................... 35

Chapter Six: Spatial Distribution of Odor Complaints and Sensor Network ................................ 36

    Resident Complaints .......................................................................................................... 36

Chapter Seven: (Preliminary) Reverse Trajectory and Plume Modeling ...................................... 40

Chapter Eight: Conclusions ........................................................................................................... 46

Chapter Nine: Recommendations ................................................................................................. 47

Chapter Ten: References ................................................................................................................ 48

**Attachments**

US Army Corps of Engineers Flood Control and Navigation Maps

Plume Dispersion Modeling Output – July 26-27, 2018

*May 2019*

JP_JPLF_0019255

Jefferson Parish
Ambient Air Assessment
Project No 18-155



## Chapter Six: Spatial Distribution of Odor Complaints and Sensor Network

Odor complaints have been compiled from three sources: Louisiana Department of Environmental Quality, Jefferson Parish Hotline and the Facebook group, "Harahan/River Ridge Air Quality." Over seven hundred complaints have been received for 2018 (dataset includes complaints for July through December); for 2019, over 130 complaints have been received (January through March). Figures showing the spatial distribution of resident odor complaint are provided below. For the long-term air monitoring solution, special attention should be given to sensor placement in close proximity to areas of dense residential complaints.

### Resident Complaints

The locations for the over seven hundred (700) resident complaints for 2018 are shown in Figure 15 below. Approximately 90% of all resident complaints were from the River Ridge Harahan area with the second largest group occurring on the West Bank/ Waggaman area. As the overall topic of local air quality was a particularly widespread topic in 2018, the overall number of resident complaints could be biased high. Fifty percent of resident complaints were submitted by 42 residents and twenty-five percent of complaints submitted by twelve residents.



*Figure 15 shows the spatial distribution of the resident complaints from 2018 logged into the Jefferson Parish Hotline.*

JP_JPLF_0019291

Jefferson Parish
Ambient Air Assessment
Project No 18-155



For the 2019 resident complaints, the spatial distribution shows a similar trend (see Figure 16).
Close to 70% of all resident complaints in 2019 were from the Harahan/River Ridge area and
20% of 2019 resident complaints came from the Waggaman area. In total, the Harahan/River
Ridge/Waggaman communities represent close to 90% of all resident complaints. Frequency of
resident complaints shows a similar trend with fifty percent of all complaints (January – March
2019) coming from fifteen residents and twenty-five percent of complaints coming from five
residents.



*Figure 16 shows the spatial distribution of the resident complaints from 2019 logged into the Jefferson Parish
Hotline.*

JP_JPLF_0019292

Jefferson Parish
Ambient Air Assessment
Project No 18-155



The complaints that have been mapped for 2018 and 2019 confirm that the majority of affected residents live within the Harahan/River Ridge/Waggaman areas. Continuous, real-time monitoring activities should be designed to target this area and to maximize the representation of spatial, temporal and diurnal variations in atmospheric conditions.

### Monitoring Station Network

As a baseline for the monitoring network locations, Jefferson Parish has given a guidance to prioritize the use of existing fire stations (The parish-wide network of fire stations is shown in Figure 17). Using this guidance, it is feasible to install a community-wide monitoring network that will cover Waggaman, River Ridge and Harahan. The Jefferson Parish fire stations are represented by the blue dots. The boundary of the sensor network is shown by the red polygon.



*Figure 17 shows the network of Jefferson Parish fire stations (blue circles). There are 15 fire stations that could be used for sensor locations. The red line indicates the boundary of the sensor network.*

JP_JPLF_0019293

Jefferson Parish
Ambient Air Assessment
Project No 18-155



It is important to note that the monitoring station network will be used not only for detection of compounds, but as sources of modeling data inputs. The resolution of the modeling output is a function of the number and spatial distribution of monitoring stations. Increasing the resolution provides an increase in the precision of the modeling trajectory output. The minimum network size of 15 sensors within the red boundary will be sufficient for the system's ability to determine odor sources. Additional sensors should be placed around the Jefferson Parish landfill in a fence line configuration. It is recommended to use at least eight (8) sensors in the fence line monitoring network spaced at 45 degrees or the following configuration:

- One sensor placed upwind of the facility
- One sensor placed downwind of the facility
- Three (3) sensors placed on the River Birch Landfill/Jefferson Parish Landfill boundary
- Three (3) sensors placed on the eastern side of the Jefferson Parish Landfill

JP_JPLF_0019294