Please note that new Connecticut county and township level geographies are not available within the map.

🇺🇸 An official website of the United States government



# QuickFacts

**Jefferson Parish, Louisiana; River Ridge CDP, Louisiana; Harahan city, Louisiana; Waggaman CDP, Louisiana**

QuickFacts provides statistics for all states and counties, and for cities and towns with a ***population of 5,000 or more***.

## Table

| Population | Jefferson Parish, Louisiana | River Ridge CDP, Louisiana | Harahan city, Louisiana | Waggaman CDP, Louisiana |
|---|---|---|---|---|
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 425,884 | ⚠ X | ⚠ 8,802 | ⚠ X |
| **PEOPLE** | | | | |
| **Population** | | | | |
| **Population Estimates, July 1, 2022, (V2022)** | ⚠ 425,884 | ⚠ X | ⚠ 8,802 | ⚠ X |
| Population estimates base, April 1, 2020, (V2022) | ⚠ 440,794 | ⚠ X | ⚠ 9,123 | ⚠ X |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2022, (V2022) | ⚠ -3.4% | ⚠ X | ⚠ -3.5% | ⚠ X |
| Population, Census, April 1, 2020 | 440,781 | 13,591 | 9,116 | 9,835 |
| Population, Census, April 1, 2010 | 432,552 | 13,494 | 9,277 | 10,015 |

About datasets used in this table

**Value Notes**

⚠ Estimates are not comparable to other geographic levels due to methodology differences that may exist between different data sources.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. ] Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

In Vintage 2022, as a result of the formal request from the state, Connecticut transitioned from eight counties to nine planning regions. For more details, please see the Vintage 2022 release notes available here: Release Notes.

The vintage year (e.g., V2022) refers to the final year of the series (2020 thru 2022). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2017-2021 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2021 5-year ACS Comparison Guidance page.

**Fact Notes**

- (a) Includes persons reporting only one race
- (b) Hispanics may be of any race, so also are included in applicable race categories
- (c) Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

- D     Suppressed to avoid disclosure of confidential information
- F     Fewer than 25 firms
- FN    Footnote on this item in place of data
- NA    Not available
- S     Suppressed; does not meet publication standards
- X     Not applicable
- Z     Value greater than zero but less than half unit of measure shown
- -     Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
- N     Data for this geographic area cannot be displayed because the number of sample cases is too small.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

CONNECT WITH US   f   t   in   ▶   ⓘ

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People, Places, and Economy**