UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>     Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br>     Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

### ORDER

Considering the foregoing Motion for Leave to File Memorandum in Support of Plaintiffs' Motion to Certify in Excess of Page Limit;

**IT IS ORDERED** that the motion is **GRANTED.** Plaintiffs shall be allowed to file a memorandum in support of their initial Motion to Certify Class not to exceed 40 pages.

**New Orleans, Louisiana, this 29th day of August, 2023.**

                                                              *Susie Morgan*
                                                         **SUSIE MORGAN**
                                            **UNITED STATES DISTRICT JUDGE**