UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w**<br>**18-8071, 18-8218,**<br>**18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>  Defendants | **SECTION: "E" (5)** |

*Related Case:*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133 c/w**<br>**19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>  Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Thursday, September 28, 2023, at 1:30 p.m.** The Court will email all counsel with the link necessary to participate.

New Orleans, Louisiana, this 21st day of September, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**