UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, | * | CIVIL ACTION |
|     Plaintiff | * | |
| | * | NO. 18-7889 |
| | * | c/w 18-8071, |
| VERSUS | * | 18-8218, 18-9312 |
| | * | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., | * | SECTION: "E" (5) |
| | * | |
|     Defendants | * | JUDGE: Morgan |
| | * | MAGISTRATE JUDGE: North |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CLASS REPRESENTATIVES' EXPERT LIST
## FOR CLASS CERTIFICATION

Pursuant to the Proposed Twelfth Case Management Order, and the Court's Minute Order dated September 1, 2023, and with the purpose of assisting the Parties in the scheduling of expert discovery, Class Representatives, Elias Jorge "George" Ictech-Bendeck, Savannah Thompson, Nicole M. Landry-Boudreaux, Robyn Crossman, Kayla Anne Steele, Ann Williams, Ophelia Walker, Phil Adams, and Larry Bernard, Sr. and Mona Bernard, individually and on behalf of similarly situated individuals, submit this list of witnesses who may have discoverable information and whose testimony may be presented at a hearing for class certification, to wit:

**Plaintiffs' Expert Witnesses:**

1. James Lape, will testify as to the areas impacted by odors generated from the Jefferson Parish Landfill.  Including the frequency and concentrations of exposures at any area where Plaintiffs are claiming damages from exposure to noxious odors emanating from Jefferson Parish Landfill.  Mr. Lape will also testify about the reliability of the Calpuff model that he used, and he will comment on any expert opinions offered by the Defendants.

2. Jaana Pietari, will testify as to acceptance of sulfur containing waste at the Jefferson Parish Landfill and the volume of landfill gas that was generated, including specifically hydrogen sulfide that was emitted between July 2017 and December 31, 2019.

3. Jose Sananes, will testify as to the acceptance and maintenance of sulfur containing waste at the Jefferson Parish Landfill.  Mr. Sananes will also testify about Ramboll's testing activities in investigating and analyzing samples taken during the November 2019 site visit.  Mr. Sananes will further testify about the condition of the gas collection system and the amount of hydrogen sulfide gas that was emitted from the Jefferson Parish Landfill, and he will comment on any expert opinions offered by the Defendants.

4. Greg Rigamer, BDPC, LLC

   2045 Lakeshore Drive Suite 207, New Orleans, Louisiana 70122

   Greg Rigamer, will testify as to the number of citizens that resided within the boundaries of the proposed class definition between July 2017 and December 31, 2020.  Mr. Rigamer will further testify as to the reliability of the 2020 census to estimate the number

of citizens that resided within the class definition boundaries between July 2017 and December 31, 2019.  Mr. Rigamer will also testify about how the Parish of Jefferson regularly uses the information contained in the 2020 Census to estimate the populations of different neighborhoods in Jefferson Parish.

Plaintiffs reserve the right to supplement and/or amend their list.

Respectfully submitted,

_____/s/ Bruce C. Betzer_____
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

_____/s/ Douglas S. Hammel_____
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

_____/s/ Jason Z. Landry_____
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com

MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

Hon. Max N. Tobias, Jr. (#12837)
LISKA, EXNICIOS & NUNGESSER
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 410-9611
Facsimile: (504) 410-9937
maxtobias504@aol.com

Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*