UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>    *Plaintiff*<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL<br>    *Defendants* | CIVIL ACTION NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

*Related Case:*

| | |
|---|---|
| FREDERICK ADDISON, ET AL<br>    *Plaintiffs*<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL<br>    *Defendants* | CIVIL ACTION NO. 19-11133<br><br>SECTION: "E" (5)<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

*Applies to: All Cases*

### APTIM CORPORATION'S LIST OF TRIAL EXPERTS IN OPPOSITION TO CLASS CERTIFICATION IN THE ICTECH-BENDECK CASE

NOW COMES Defendant Aptim Corporation ("Aptim") who respectfully states that it does not plan on presenting its own trial expert in the *Elias Jorge "George" Ictech-Bendeck* class certification hearing. Instead, Aptim will present expert testimony at the class certification hearing through Joint Defense Experts, who are identified below:

1. **Mike Corn**
   AquAeTer, Inc.
   215 Jamestown Park, Suite 100
   Brentwood, TN 37027

   **Topics of Testimony:** Expert in emissions rates and non-landfill odors and emissions sources. Mr. Corn will testify regarding potential non-landfill sources of odors and emissions, including emissions rates and significant emissions events within and around the relevant time period, as set forth in his report.

2. **John Kind**
   CTEH
   5120 Northshore Drive,
   North Little Rock, AR 72118

   **Topics of Testimony:** Expert in toxicology and fate and transport of odor and contaminants. Dr. Kind will testify regarding certain aspects of Plaintiff Class Representatives' experts' opinions regarding the potential impact, including toxicological effects, to Plaintiff Class Representatives from alleged exposure to odors and emissions from the Jefferson Parish Landfill, as set forth in his report.

3. **Matt Stutz**
   Weaver Consultants Group
   6420 Southwest Blvd., Suite 206
   Fort Worth, TX  76109

   **Topics of Testimony:** Expert in landfill design, engineering, management, and operations.  Mr. Stutz will rebut the opinions of Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut those experts' opinions on the design, operation, and maintenance of the Jefferson Parish

2

Landfill, including its leachate, landfill gas, and odor control systems and including the landfill's acceptance of non-hazardous industrial waste. Mr. Stutz will also present his opinions on modeled emissions of landfill gas and hydrogen sulfide from the River Birch and Highway 90 landfills.

4. **Paolo Zannetti**
EnviroComp, Inc.
1188 Eagle Vista Ct.
Reno, NV 89511

**Topics of Testimony:** Expert in atmospheric science and modeling of the dispersion of compounds in air. Mr. Zannetti will testify as to the opinions of Plaintiff Class Representatives' experts regarding the dispersion of hydrogen sulfide and other gases in air. Mr. Zannetti will also present his opinion of the dispersion of modeled emissions from several other sources, using emissions and emission rates supplied by other expert witnesses.

*SIGNATURE BLOCK ON NEXT PAGE*

Respectfully submitted,

*/s/ Nicholas S. Bergeron*
ERNEST P. GIEGER, JR. (6154)
Email: egieger@glllaw.com
JOHN E. W. BAAY, II (22928)
Email: jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email: mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email: nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Building
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Aptim Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 29th day of September, 2023.

*/s/ Nicholas S. Bergeron*

4