UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | * * | CIVIL ACTION |
| Plaintiffs | * * | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | * * | SECTION "E" (5) |
| WASTE CONNECTIONS BAYOU, INC, ET AL | * * | JUDGE: MORGAN |
| | * * | MAGISTRATE: NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JEFFERSON PARISH'S LIST OF EXPERTS**

Pursuant to the Court's Minute Order dated September 1, 2023, Defendant, Jefferson Parish, submits this list of existing and new expert witnesses whose testimony may be presented in this matter:

1. **Trevor Phillips**
   **Alvarez & Marsal**
   **700 Louisiana Street**
   **Suite 3300**
   **Houston, TX  77002**

Mr. Phillips is an Expert in real estate market analysis, real property valuation, and analyzing the potential effects of physical and environmental conditions on the use and market value of real property. Mr. Phillips will opine about the propriety of class treatment for claims of loss of use and enjoyment of property, including due to the variation of properties, amenities, disamenities, and geographic locations of the class representatives' properties and the

1

neighborhoods within the proposed class area. Mr. Phillips will also rebut the opinions offered by Plaintiffs' experts within his area of expertise, including the opinions of Greg Rigamer.

    **2**    **John Michael Corn, P.E.**
          **AquAeTer, Inc.**
          **215 Jamestown Park**
          **Suite 100**
          **Brentwood, TN 37027**

Mr. Corn is an Expert in emissions rates, fate and effect analysis, and non-landfill odors and emissions sources. Mr. Corn will opine about potential non-landfill sources of odors and emissions, including emissions rates and emissions events within and around the relevant time period at those sources, and the propriety of class treatment based on the presence of those non-landfill sources. Mr. Corn will also rebut the opinions offered by Plaintiffs' experts within his area of expertise.

    **3.**    **Pamela Dalton, Ph.D., M.P.H**
          **Monell Chemical Senses Center**
          **3500 Market Street**
          **Philadelphia, PA  19104**

Dr. Dalton is an Expert in odor perception, psychology (including psychological impacts from odor perception), and psychogenic symptoms from odor and sensory perception. Dr. Dalton will opine about the propriety of class treatment based on differences in certain physical, biological, and psychological factors among proposed class members. Dr. Dalton will also rebut the opinions offered by Plaintiffs' experts within her area of expertise.

    **4.**    **John Kind, Ph.D., CIH, CSP**
          **CTEH**
          **5120 Northshore Drive**
          **North Little Rock, AR  71128**

Dr. Kind is an Expert in toxicology, the fate and transport of compounds, and odor science (including the potential impact of odorous compounds on people, and the measurement of odorous compounds in the field). Dr. Kind will opine about the propriety of class treatment based on the varying potential for exposure to odors or emissions from the Jefferson Parish Landfill and the individual assessment needed to determine the source and impact of odors or emissions on proposed class members, among other factors. Dr. Kind will also rebut the opinions offered by Plaintiffs' experts within his area of expertise.

5. **Matt Stutz**
   **Weaver Consultants Group**
   **6420 Southwest Boulevard**
   **Suite 206**
   **Fort Worth, TX  76109**

Mr. Stutz is an Expert in landfill design, engineering, management, and operations. Mr. Stutz will rebut the opinions offered by Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut the opinions offered by Plaintiffs' experts on the design, operation, and maintenance of the Jefferson Parish Landfill, including its cover, leachate, landfill gas, and odor control systems, and the acceptance of non-hazardous industrial waste at the Jefferson Parish Landfill, as well as other opinions within his area of expertise. Mr. Stutz will further opine on modeled emissions of landfill gas and hydrogen sulfide from the River Birch Landfill and Highway 90 C&D Landfill, and the propriety of class treatment based on that modeling.

6. **Paolo Zannetti, QEP**
   **EnviroComp, Inc.**
   **1188 Eagle Vista Court**
   **Reno, NV  89511**

Dr. Zannetti is an Expert in atmospheric science, air pollution, and modeling of the dispersion of compounds in air. Dr. Zannetti will rebut the opinions offered by Plaintiffs' experts regarding the dispersion of hydrogen sulfide and other gases in air, as well as other opinions within his area of expertise. Dr. Zannetti will also opine on the dispersion of modeled emissions and odors from other potential sources, and the propriety of class treatment based on that analysis.

Dated: September 29, 2023

Respectfully submitted,

**CONNICK AND CONNICK, LLC**

By: */s/ Michael S. Futrell*
WILLIAM P. CONNICK, La. Bar No. 14158
MICHAEL S. FUTRELL, La. Bar. No. 20819
MATTHEW D. MOGHIS, La. Bar. No. 33994
3421 N. Causeway Boulevard, Suite 408
Metairie, Louisiana 70002
Telephone:   (504) 681-6663
Facsimile:   (504) 838-9903
*Counsel for Defendant, Jefferson Parish*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael S. Futrell*
MICHAEL S. FUTRELL