MINUTE ENTRY
MORGAN, J.
September 28, 2023

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>     **c/w 18-8071,**<br>     **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>     **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on September 28, 2023, at 1:30 p.m., in the chambers of Judge Susie Morgan.

    Present:    Douglas Hammel, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

                      Kacie Gray, counsel for Plaintiff, Savannah Thompson;

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Eliza James and Eric Rowe, counsel for All Addison Plaintiffs;
>
> Eliza James, counsel for All Fleming Plaintiffs;
>
> Michael Mims, Megan Brillault, John Paul, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case, the proposed Case Management Orders, and the outstanding discovery issues.

The Court set a telephone status conference on **October 23, 2023, at 2:00 p.m**.

On or before **Thursday, October 12, 2023,** the parties shall file revised case management orders for both the *Ictech* and *Addison* cases, incorporating the Court's rulings from today's conference and a chart showing all deadlines, including the following:

In *Addison*, the Court set a three-week trial to begin on **August 5, 2024**. The Pretrial Conference will be held on **July 1, 2024 at 2:00 p.m.**

In *Ictech*, the deadline for Plaintiffs to submit an amended motion for class certification is **May 15, 2024.** Defendants may file an opposition on or before **June 19, 2024.** Plaintiffs may file a reply on or before **June 26, 2024.** The submission date for the initial motion for class certification[1] is hereby **CONTINUED** to **June 26, 2024**, so

---

[1] 18-7889, R. Doc. 368.

2

the Court may consider the motions concurrently. The Court set a status conference for **July 1, 2024 at 2:00 p.m.** The parties will discuss the need for a hearing/oral argument on the motion for class certification at the status conference.

With respect to both cases: the deadline for expert discovery is **April 30, 2024;** Defendants shall file their lists of existing experts on or before **September 29, 2023;** Defendants shall file their lists of new experts on or before **October 6, 2023;** Plaintiffs shall file their lists of rebuttal experts on or before **October, 20, 2023;** Interim deadlines related to expert discovery (deadlines for expert reports, proposed dates for depositions, etc.) will be discussed at the next status conference on **October 23, 2023.**

**Regarding the *Ictech* Case Management Order, the Court directed the parties as follows:**

- Defendants may include Footnote 1.
- The limits on the requests for production of documents, interrogatories, and requests for admission addressed to Defendants in Section III A(3)-A(5) shall not be limited beyond the requirements of the Federal Rules of Civil Procedure. The Plaintiffs agreed to be mindful of the number of requests that are propounded.
- Defendants may revise the last sentence of Section III(B)(1) as they propose.
- Footnote 4 regarding the diminution of property value claims may be included.
- Defendants may revise the number of non-party fact witnesses to be deposed to be 25.

**Regarding the *Addison* Case Management Order, the Court decided the following:**

- Defendants may include Footnote 3.

- The limits on the requests for production of documents, interrogatories, and requests for admission addressed to Defendants in Section III A(3)-A(5) shall not be limited beyond the requirements of the Federal Rules of Civil Procedure. The Plaintiffs agreed to be mindful of the number of requests that are propounded.

- Defendants may depose minor Trial Plaintiffs only with leave of court upon a showing of good cause.

- Defendants may depose up to 25 fact witnesses without leave of court.

Regarding the outstanding discovery issues, the Court made the following rulings:

**Plaintiffs' Motion to Compel Discovery[2]**

- The Court **GRANTS IN PART** Plaintiffs' Motion to Compel Discovery as to:

    - Requests for Production 83, 84, 97, and 98.[3] Defendants are hereby ordered to produce responsive documents **within 45 days**.

    - Request for Production 70 and 77-78.[4] Defendants are hereby ordered to supplement their responses **within 10 days.**

---

[2] 18-7889, R. Doc. 326; 19-11133 R. Doc. 380.
[3] 18-7889, R. Doc. 329-2 (Addison Plaintiffs Second Set of Request for Production of Documents) at 11, 14.
[4] *Id.* at 8, 10.

4

- o   Requests for Production 79-80.[5] Defendants are hereby ordered to produce responsive documents **within 30 days.**

**Defendants' Motion for a Protective Order**[6]

- The Court **DENIES IN PART** Defendants Motion for a Protective Order as to:
    - o   Area of Inquiry 1, 2, 4, 24, and 25.[7]
    - o   Area of Inquiry 14[8]. Defendants are hereby ordered to prepare their corporate representative to testify to this topic.

**New Orleans, Louisiana, this 29th day of September, 2023.**

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (2:27)

---

[5] *Id.* at 10.
[6] 18-7889, R. Doc. 333; 19-11133 R. Doc. 390.
[7] 18-7889, R. Doc. 390-3 (*Addison* and *Ictech-Bendeck* Plaintiffs' Notice of Video Conference Deposition of Waste Connections Bayou, Inc., Waste Connections US, Inc. and Louisiana Regional Landfill Co., Pursuant to Fed. R. Civ. P. 30(b)(6)).
[8] *Id.*