# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** | **CIVIL ACTION** |
| **Plaintiff** | |
| | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **VERSUS** | |
| | **SECTION: "E" (5)** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** | |
| **Defendants** | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |

## WASTE CONNECTIONS DEFENDANTS' LIST OF EXPERT WITNESSES TO BE OFFERED IN OPPOSITION TO CLASS CERTIFICATION

Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, "Waste Connections Defendants"), through undersigned counsel, respectfully state that they intend to offer opinions from the following experts in opposition to class certification.

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Trevor Phillips, FRICS, ASA, CCIM, CRE | Alvarez & Marsal 700 Louisiana Street Suite 3300 Houston, TX 77002 | Expert in real estate market analysis, real property valuation, and analyzing the potential effects of physical and environmental conditions on the use and market value of real property. Mr. Phillips will opine about the propriety of class treatment for claims of loss of use and enjoyment of property, including effects of the variation of properties, amenities, disamenities, and geographic locations of the class representatives' properties and the neighborhoods within the proposed class area. Mr. Phillips will also rebut the opinions offered by Plaintiffs' experts within his area of expertise, including the opinions of Greg Rigamer. |

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Michael Corn, P.E., BCEE | AquAeTer, Inc. 215 Jamestown Park, Suite 100 Brentwood, TN 37027 | Expert in emissions rates, fate and effect analysis, and non-landfill odors and emissions sources. Mr. Corn will opine about potential non-landfill sources of odors and emissions, including emissions rates and emissions events at those sources, and the propriety of class treatment based on the presence of those non-landfill sources. Mr. Corn will also rebut the opinions offered by Plaintiffs' experts within his area of expertise. |
| Pamela Dalton, PhD, MPH | Monell Chemical Senses Center 3500 Market Street Philadelphia, PA 19104 | Expert in odor perception, psychology (including psychological impacts from odor perception), and psychogenic symptoms from odor and sensory perception. Dr. Dalton will opine about the propriety of class treatment based on differences in certain physical, biological, and psychological factors among proposed class members. Dr. Dalton will also rebut the opinions offered by Plaintiffs' experts within her area of expertise. |
| John Kind, PhD, CIH, CSP | CTEH 5120 Northshore Drive, North Little Rock, AR 72118 | Expert in toxicology, the fate and transport of compounds, and odor science (including the potential impact of odorous compounds on people, and the measurement of odorous compounds in the field). Dr. Kind will opine about the propriety of class treatment based on the varying potential for exposure to odors or emissions from the Jefferson Parish Landfill and the individual assessment needed to determine the source and impact of odors or emissions on proposed class members, among other factors. Dr. Kind will also rebut the opinions offered by Plaintiffs' experts within his area of expertise. |

| Expert Name | Company and Address | Topics of Testimony |
|---|---|---|
| Bishow Shaha, PhD, P.E.[1] | Geosyntec Consultants, Inc. 900 Broken Sound Parkway NW, Suite 200 Boca Raton, FL 33487 | Expert in hydrogen sulfide generation in landfills, landfill design and permitting, landfill gas management systems, leachate collection system management, and landfill waste disposal. Dr. Shaha will rebut the opinions offered by Plaintiffs' experts regarding estimates of the amount of hydrogen sulfide generated at the Jefferson Parish Landfill. |
| Matthew Stutz, P.E. | Weaver Consultants Group 6420 Southwest Blvd., Suite 206 Fort Worth, TX 76109 | Expert in landfill design, engineering, management, and operations. Mr. Stutz will rebut the opinions offered by Plaintiffs' experts regarding the generation and emissions of landfill gas and hydrogen sulfide. He will also rebut the opinions offered by Plaintiffs' experts on the design, operation, and maintenance of the Jefferson Parish Landfill, including its cover, leachate, landfill gas, and odor control systems, and the acceptance of non-hazardous industrial waste at the Jefferson Parish Landfill, as well as other opinions within his area of expertise. Mr. Stutz will further opine on modeled emissions of landfill gas and hydrogen sulfide from the River Birch Landfill and Highway 90 C&D Landfill, including emissions rates. |
| Paolo Zannetti, QEP | EnviroComp, Inc. 1188 Eagle Vista Ct. Reno, NV 89511 | Expert in atmospheric science, air pollution, and modeling of the dispersion of compounds in air. Dr. Zannetti will rebut the opinions offered by Plaintiffs' experts regarding the dispersion of hydrogen sulfide and other gases in air, as well as other opinions within his area of expertise. Dr. Zannetti will also opine on the dispersion of modeled emissions and odors from other potential sources, and the propriety of class treatment based on that analysis. |

---

[1] The Waste Connections Defendants reserve the right to designate experts of their choice to oppose Plaintiffs' motion for class certification. Moreover, the Waste Connections Defendants' prior expert on hydrogen sulfide generation, Jeffrey Marshall, is recovering from a serious health issue that prevents him from serving as an expert witness in the class certification process.

Dated: September 29, 2023

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By: _____/s/ Megan R. Brillault_____
       Megan R. Brillault (*pro hac vice*)
       Michael G. Murphy (*pro hac vice*)
       John H. Paul (*pro hac vice*)
       Katelyn E. Ciolino (*pro hac vice*)
       Katrina M. Krebs (*pro hac vice*)
       825 Third Avenue, 16th Floor
       New York, NY 10022
       (212) 702-5400

       James B. Slaughter (*pro hac vice*)
       1900 N Street, NW, Suite 100
       Washington, DC 20036
       (202) 789-6000

       Michael F. Vitris (*pro hac vice*)
       400 W. 15th Street, Suite 1410
       Austin, TX 78701
       (512) 391-8035


       LISKOW & LEWIS, APLC

       Michael C. Mims (#33991)
       Charles B. Wilmore (#28812)
       J. Hunter Curtis (#39150)
       Alec Andrade (#38659)
       Cecilia Vazquez Wilson (#39373)
       701 Poydras Street, Suite 5000
       New Orleans, Louisiana 70139
       (504) 581-7979

       *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on September 29, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Megan R. Brillault_____
OF COUNSEL
