UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>     **c/w 18-8071,**<br>     **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>     Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>     **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>     Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## ORDER

On September 13, 2023, the Court ordered Defendants to produce all documents withheld pursuant to the joint defense privilege, together with a privilege log, for *in camera* review.[1]

Defendant Aptim Corp. responded that it did not withhold any documents on the basis of the joint defense privilege.

---

[1] R. Doc. 370.

1

Defendant Jefferson Parish responded that it withheld only the Joint Defense Agreements and the Tolling Agreements.

The Waste Connections Defendants withheld the Joint Defense Agreements, the Tolling Agreements, and additional documents. The Waste Connections Defendants provided a privilege log together with the documents for *in camera* review, which identified the additional documents as communications between in-house counsel for the Waste Connections Defendants and the Jefferson Parish Attorney's Office.

Plaintiffs are aware of the existence of the Joint Defense Agreements and the Tolling Agreements. Although the Plaintiffs have not been provided copies, the Court finds they are not entitled to production of these documents.

The Court further finds the withheld communications between in-house counsel for the Waste Connections Defendants and the Jefferson Parish Attorney's Office are protected by the joint defense privilege and the work product doctrine. The one exception is **Defendants must produce Attachment D (Photographs)** of the withheld document Bates number WC_JPLF_PRIV-0469, since these photographs, or their substantial equivalent, could not be obtained by Plaintiffs by other means.[2] The photographs must be produced to Plaintiffs on or before **Tuesday, October 17, 2023.**

In light of this ruling, the parties are reminded to submit joint or separate letters to the Court's e-file email address informing the Court of any issues remaining under the pending discovery motions on or before **Monday, October 16, 2023.**

**New Orleans, Louisiana, this 10th day of October, 2023.**

                                              **SUSIE MORGAN**
                                   **UNITED STATES DISTRICT JUDGE**

---

[2] *See* FED. R. CIV. P. 26(b)(3)(A).