# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** | **CIVIL ACTION** |
| **Plaintiff** | **NO. 18-7889** |
| | **c/w 18-8071,** |
| **VERSUS** | **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** | **SECTION: "E" (5)** |
| **Defendants** | |
| | |
| *Related Case:* | **CIVIL ACTION** |
| **FREDERICK ADDISON, ET AL.,** | **NO. 19-11133, c/w 19-14512** |
| **Plaintiffs** | **SECTION: "E" (5)** |
| **VERSUS** | |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,** | **JUDGE: Morgan** |
| **Defendants** | **MAGISTRATE JUDGE: North** |
| | |
| *Applies to: All Cases* | |

## ORDER

In consideration of the Consent Motion to Amend the Deadline for Submission of Case Management Orders filed on behalf of all parties by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc., it is hereby ordered that the Motion is GRANTED; it is hereby further ordered that the deadlines for the parties to submit revised case management orders in the *Ictech-Bendeck* and *Addison* actions as required by the September 28, 2023[1] order of the Court are VACATED; it is hereby further ordered that the

---

[1] R. Doc. 376 (18-7889); R. Doc. 417 (19-11133).

parties shall file revised case management orders for both the *Ictech* and *Addison* cases, incorporating the Court's rulings from the September 28, 2023 conference, on or before October 16, 2023.

New Orleans, Louisiana, this _____day of October, 2023.


_____
UNITED STATES DISTRICT JUDGE