UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>VERSUS<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5) |
| *Related Case:*<br><br>**FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs<br><br>VERSUS<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 19-11133, c/w 19-14512<br><br>SECTION: "E" (5)<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

**ORDER**

Considering the foregoing Consent Motion to Amend the Deadline for Submission of Case Management Orders;

**It IS ORDERED** that the Motion is **GRANTED**. The deadlines for the parties to submit revised case management orders in the *Ictech-Bendeck* and *Addison* actions as required by the September 28, 2023[1] order of the Court are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file revised case management

---

[1] R. Doc. 376 (18-7889); R. Doc. 417 (19-11133).

orders for both the *Ictech* and *Addison* cases, incorporating the Court's rulings from the September 28, 2023 conference, on or before **Monday, October 16, 2023.**

**New Orleans, Louisiana, this 13th day of October, 2023.**

_____<br>
**SUSIE MORGAN**<br>
**UNITED STATES DISTRICT JUDGE**