MINUTE ENTRY
MORGAN, J.
November 13, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**         c/w 18-8071,         18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**         c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A telephone status conference was held on November 13, 2023, at 2:00 p.m., in the chambers of Judge Susie Morgan.

   Present:   Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Eliza James and Eric Rowe, counsel for All Addison Plaintiffs;
>
> Eliza James, counsel for All Fleming Plaintiffs;
>
> Michael Mims, Megan Brillault, John Paul, and Michael Vitris, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia and John Baay, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and the outstanding discovery issues. Regarding the outstanding discovery issues, the Court made the following rulings:

**<u>Plaintiffs' Motion to Compel Discovery[1]</u>**

- Regarding Defendants' objections to Requests for Production 58-66,[2] which seek documents involving SCS Engineers, Defendants represented they will produce a privilege log describing each document withheld and the privilege being invoked **on or before Monday, November 13, 2023.**

- Defendants are ordered to produce to the Court all documents referenced in the privilege log for in camera review **on or before Wednesday, November 15, 2023.**

- Plaintiffs may file a motion raising any objections to privileges asserted by the Defendants in the produced privilege log on or before **Wednesday, November 15, 2023.**

---

[1] 18-7889, R. Doc. 326; 19-11133 R. Doc. 380.
[2] *Id.* at 4-7.

### Defendants' Motion to Quash Subpoena to SCS Engineers[3]

- Regarding Defendants' objections to the subpoena issued to SCS Engineers,[4] Defendants are ordered to produce a privilege log describing each document withheld and the privilege being invoked **on or before Monday, December 4, 2023.**

- Defendants are further ordered to produce to the Court all documents referenced in the privilege log for in camera review **on or before Monday, December 4, 2023.**

### Defendants' Motion for a Protective Order[5]

- The parties agree the 30(b)(6) deposition of Waste Connections Bayou, Inc., Waste Connections US, Inc. and Louisiana Regional Landfill Co. currently scheduled for **Friday, December 1, 2023** must be continued to allow additional time for resolution of the pending discovery issues involving SCS Engineers.

- The parties will work together to reschedule the deposition. The Court will be available to the parties by phone **on Friday, December 8, 2023** should the deposition be rescheduled to that date.

- The parties are instructed to notify the Court before rescheduling the deposition to any other date.

---

[3] 19-11133, R. Doc. 368; *see also*, Plaintiff's Motion to Enforce Subpoena (19-11133, R. Doc. 381).
[4] Subpoena to Produce Documents Issued to SCS Engineers, R. Doc. 381-5.
[5] 18-7889, R. Doc. 333; 19-11133 R. Doc. 390.

Regarding Defendants' addition of expert witness Bishow Shaha in place of Jeffrey Marshall,[6] the Court ordered Defendants to file a motion to substitute expert witness on or before **Wednesday, November 22, 2023.** Plaintiffs shall file an opposition on or before **Wednesday, November 29, 2023.** Defendants may file a reply on or before **Monday, December 4, 2023.**

Today, Defendants filed a motion for leave to depose minor plaintiffs in the *Addison* case, which is currently set for submission on Wednesday, December 6, 2023.[7] The Court granted Defendants' request to expedite consideration of this motion and set the following deadlines: Plaintiffs shall file a response **on or before Monday, November 20, 2023**. Defendants may file a reply **on or before Wednesday, November 22, 2023.**

New Orleans, Louisiana, this 14th day of November, 2023.

                                   _____
                                             **SUSIE MORGAN**
                                   **UNITED STATES DISTRICT JUDGE**

JS10 (0:36)

---

[6] *See* 18-7889, R. Doc. 377 at 3, n. 1; 19-11133, R. Doc. 418 at 3, n. 3.
[7] 19-11133, R. Doc. 432.