EXHIBIT

1

## VISITORS REGISTER

| Date | Name | Company/Address | To See | Arrive | Depart |
|------|------|-----------------|--------|--------|--------|
| 9-12-19 | Cory Thevenot | Monceaux + Builder | | 10:00 | |
| | Vehicle Plate No. | | | | |
| 9-12-19 | Steve Britt | Monceaux + Buller | | 10:00 | |
| | Vehicle Plate No. | | | | |
| 9-12-19 | Ken Murlea | River Bn | | 9:50 | 10:20A |
| | Vehicle Plate No. | | | | |
| 9-12-19 | Darren ledet | 60 A | | 9:50 | 10:20A |
| | Vehicle Plate No. | | | | |
| 9-13-19 | Jimmy Allen | Cell24 | | 0630 | |
| | Vehicle Plate No. | | | | |
| 9/13/19 | Gabe Ordogne | RBL | wellField | 7:30 | 15:40 |
| | Vehicle Plate No. | | | | |
| 9-14-19 | Jimmy Allen | Cell24 Terracon | Cell24 | 0600 | |
| | Vehicle Plate No. | | | | |
| 9-15-19 | Jonathan Humphries | BLD | Jobsite | 8:13am | 8:45am |
| | Vehicle Plate No. | | | | |
| 9-16-19 | Larry LeBlanc | BLD | Jobsite | 7:27am | |
| | Vehicle Plate No. | | | | |
| 9-16-19 | Jermain Damore | RLD | Jobsite | 7:27AM | 0:00 9:CC |
| | Vehicle Plate No. | | | | |
| 9/16/19 | DAVE FISHER | SCS | D. Jones | 800AM | |
| | Vehicle Plate No. | | | | |
| 9/16/19 | Gabe Ordogne | RBL | wellField | 7:35 | 18:50 |
| | Vehicle Plate No. | | | | |
| 9/16/19 | J Jackson | RbL | field | 8:12 | |
| | Vehicle Plate No. | | | | |
| 9/16/19 | T Gosserand | RBL | field | 8:12 | li |
| | Vehicle Plate No. | | | | |

JP_JPLF_00743928

# VISITORS REGISTER

| Date | Name | Company/Address | To See | Time Arrive | Time Depart |
|------|------|-----------------|--------|-------------|-------------|
| 9-16-19 | M. Jackson | BLD | Jobsite | 8:40 | 10:05 |
| 9/16 | Charles Pool | POG | TURNER | 9:00 | 9:15 |
| 9/16 | Robert Herron | Turner | JR Meeks | 10:03 | 10:42 |
| 9/16 | Jacob Bryant | LA CAT | David | 11:00 | |
| 9/16 | D Landry | Apex | EARC | 1220 | 1:45 Pm |
| 9/16 | Jon Trahan | FDAE | Stormwater runoff | 1:00 | |
| 9/16 | Jon Humphries | BLD | Jobsite | 1:15 | |
| 9-17 | Jimmy Allen | Terracon | Cell 24 | 0630 | |
| 9-17 | DAVID FISHER | SCS | D. Jones | 7:00 Am | |
| 9-17 | J Jackson | RbL | field | 8:05 | |
| 9-17 | T. Gosserand | RbL | field | 8:05 | |
| 9-17 | Terrance Stewart | PPM | Job Site | 10:00 | 2:00 |
| 9-18 | DAVID Fisher | SCS | D Jones | CAM | |
| 9-18 | Jimmy Allen | Terracon | Cell 24 | 0600 | |

JP_JPLF_00743929