

**EXHIBIT 2**

September 26, 2019

<u>Via Email and U.S. Mail</u>

Michael Yenni, Parish President
Jefferson Parish
General Government Building
200 Derbigny Street, 6th Floor
Gretna, LA 70053-5850

Jefferson Parish Council
General Government Building
200 Derbigny Street, 6th Floor
Gretna, LA 70053-5850

Re: Jefferson Parish Landfill

Dear President Yenni and Parish Council Members:

Louisiana Regional Landfill Corporation ("LRLC") is writing to correct the record on the status of the landfill gas system and operations of the active phase (Phase IVA) at the Jefferson Parish Landfill (the "Landfill"). At the Council's September 18th meeting, a representative of River Birch made misleading statements regarding current conditions at the Landfill and used those statements to make an unfounded request to the Council: that the Parish close Phase IVA of the Landfill and open a new active phase, in order for River Birch to install a new landfill gas ("LFG") collection system in Phase IVA. The pretext for this request was the assertion that LRLC has repeatedly damaged the LFG collection system in Phase IVA of the Landfill, and that as a result River Birch cannot deliver commercial quality fuel gas to its customers. To the contrary, LRLC has not damaged the LFG collection system to an extent that would warrant the closure of Phase IVA. Such a closure would serve no purpose and would severely impede the Landfill's ability to serve the daily solid waste management needs of Jefferson Parish.

Specifically, during River Birch's tenure as the operator of the Landfill's entire LFG collection system and the leachate system for all but Phase IVA, LRLC's operations have resulted in only two incidents that resulted in minor damage to isolated components of the LFG collection system. These two incidents are typical in landfill operations and did not significantly impair the LFG collection system. River Birch is using these minor incidents as an excuse to demand the closure of Phase IVA. Any supposed defects in the quality or capture efficiency of LFG are the result of operations of River Birch and the Parish, not LRLC.



3 Waterway Square Place, Suite 110 • The Woodlands, TX 77380
Tel (832) 442-2200 • Fax (832) 442-2290 • www.wasteconnections.com

WC_JPLF_00411293

Michael Yenni, Parish President
Jefferson Parish Council
September 26, 2019
Page 2

The requested closure of Phase IVA would be an irresponsible waste of public resources serving only to advance the commercial interests of River Birch, a landfill disposal competitor of LRLC and the Parish, in selling gas to its customers. It would also facilitate River Birch's improper disruption of LRLC's performance of its contract with the Parish, which furthers the critical public service of solid waste management. The Parish Council should reject the request. The Council's time would be better spent inquiring into why there is a buildup of LFG in closed portions of the Landfill over which LRLC has no control, and why the gas flow at the flare has been cut in half.

**LRLC has not "continually damaged" the LFG system in Phase IVA.**

River Birch asserted to the Council that Phase IVA should be closed because activity by LRLC has damaged the gas collection system. River Birch noted that it plans to install a replacement LFG collection system in Phase IVA. Based on its spurious allegation that LRLC's continued operation would continue to damage the replacement system, River Birch asserted that LRLC's operation would cause "multimillion dollar losses" after the installation of the replacement gas system, and that the closure of Phase IVA is therefore warranted. This is simply false.

LRLC is aware of only two occasions on which it damaged any part of the gas collection system at the Landfill. These isolated events – which are well documented – are not unusual in landfill operations, in light of the overlapping maintenance and operational work that occurs as the landfill progresses through operational phases. Neither incident resulted in damage of any significance to the gas collection system. Details of these two incidents are as follows:

- The sole damage in the Phase IVA LFG collection system occurred on August 23, 2019 while LRLC was assisting River Birch in preparation for the Third Quarter 2019 Surface Emission Monitoring event. River Birch requested LRLC to place soil around leachate riser 20NThe leachate riser is connected to the LFG system to help mitigate landfill gas from venting out of the leachate riser. Soil placed around the leachate riser by LRLC disconnected piping between the leachate riser and the LFG system. LRLC notified River Birch immediately of the damage and it was repaired the same day. River Birch never indicated to LRLC that this incident resulted in any oxygen impact to the LFG in the system.

- In early September 2019, in Phase II, LRLC inadvertently damaged a shallowly buried vacuum line connected to a single leachate riser. Lines of this type are usually buried more than a foot deep to protect them from routine surface maintenance operations. The Parish had asked LRLC to remove an existing berm as a stormwater management measure, and LRLC's bulldozer inadvertently damaged the shallow pipe during that work. LRLC had not installed the pipe and was not warned of the pipe's location before the work commenced. River Birch, as the contracted party responsible for the LFG collection system, should have delineated the location of this pipe before LRLC commenced the work at the request of the Parish. LRLC therefore did not know



3 Waterway Square Place, Suite 110, The Woodlands, TX 77380
Tel (832) 442-2200 • Fax (832) 442-2290 • www.wasteconnections.com

WC_JPLF_00411294

Michael Yenni, Parish President
Jefferson Parish Council
September 26, 2019
Page 3

the pipe was in that location, nor did LRLC know that its dozer had damaged the pipe. Several days later, River Birch informed LRLC that there was a hole in the pipe after they discovered that oxygen was getting into the LFG system. The pipe was repaired.

Neither of these incidents caused damage of any significance to the gas collection system, nor did either significantly impact the collection abilities of the LFG collection system. The Council therefore must question the motives behind the demand that Phase IVA be closed, as there is no factual justification for it. Under the current operating contract between the Parish and LRLC, closing Phase IVA would require the diversion of over 1,000 tons of solid waste a day to other landfills, including River Birch's site adjacent to the Landfill, and would also require significant upfront expense to move in to Phase IVB of the Landfill, including, without limitation, expense for clearing, grubbing and earthwork to develop Phase IVB. In addition, it would take at least 12 to 18 months to bring Phase IVB into operation. The premature closure of Phase IVA would cause the loss of approximately 3,000,000 cubic yards of airspace at the Landfill and would result in an approximately $13,000,000 loss in revenue to the Parish (which the Parish receives through a royalty on tonnage received at the Landfill). This scenario, which River Birch proposes on the slimmest of pretexts, would create significant costs to the detriment of the Parish and LRLC, to the benefit of their landfill disposal competitor, River Birch.

Since concerns regarding damage to the gas system have arisen, LRLC has asked River Birch to identify all specific events where any damage has been caused by LRLC. This is information River Birch should be able to provide, particularly if it is River Birch's sole basis for demanding a major disruption of the Landfill's operations. River Birch has been unable to identify, or has declined to inform LRLC of, any instances other than the two minor incidents described above. LRLC requests that the Parish inform LRLC of any other incidents of damage to the gas system that were reported by River Birch to the Parish.

### River Birch and the Parish are responsible for the quality and collection of landfill gas.

As the Parish is aware, it is responsible for the operation and maintenance of the LFG system throughout the Landfill and for the collection and management of leachate in all areas outside of Phase IVA. The Parish has contracted with River Birch to operate the LFG system. LRLC has no responsibility for the LFG system, nor any control over the quality of LFG that River Birch collects.

River Birch's operation of the LFG collection system since May 20, 2019 has caused many of the issues it has complained of. Based on a visual survey of the status of the LFG collection system during September 17 and 18, 2019, in Phases outside of IVA, many or most LFG collection wells are not operating. The following table summarizes the status of the wells in three phases.



3 Waterway Square Place, Suite 110, The Woodlands, TX 77380
Tel (832) 442-2200  •  Fax (832) 442-2290  •  www.wasteconnections.com

WC_JPLF_00411295

Michael Yenni, Parish President
Jefferson Parish Council
September 26, 2019
Page 4

| Phase | Acres | Total Wells | Approx. Wells per Acre | % of Wells Operating |
|---|---|---|---|---|
| IIIA | 88 | 70 | 0.8 | 26% |
| IIIB | 61 | 43 | 0.7 | 47% |
| IVA | 40 | 21 | 0.5 | 95% |

Fewer than half of the wells in Phase IIIB, which is adjacent to Phase IVA, are in operation. Because Phase IIIB is permanently capped, LFG generated by waste in Phase IIIB has to migrate if it is not collected within that phase. Under such circumstances, the LFG will readily migrate into Phase IVA, which, as the active phase, is not permanently capped. Landfill gas, if not collected, will find the path of least resistance, which in the case of an operating landfill, is the active phase. This is evident in an approximately 10' x 20' gas bubble under the synthetic liner at the northwest toe of Phase IVA – directly adjacent to Phase IIIB. This type of situation arises when an LFG collection system is not operating correctly, which again is the responsibility of the Parish and its contractor, River Birch, not LRLC. Because gas from older waste is being drawn into Phase IVA, it contains a mix of gases that affects the LFG's quality as fuel.

Further, River Birch stated to the Council that all LFG is currently being flared. However, during the September 17 and 18, 2019 survey, the flare chart recorder indicated the flow is 400 cubic feet per minute (cfm). Prior to September 14, 2019, the flare had operated at 1,100 cfm. The reason for that sharp decrease in flow rate is unclear, but indicates that the gas system is not recovering LFG at previous rates.

In addition, there are conditions created by the way in which the LFG collection system at the Landfill was built (completely outside of Phase IVA) that risk damage to the gas system. There are gas collection pipes laying across the landfill, many of which are above ground. Some of the pipes are difficult to see in tall grass. This does not follow landfill best management practices, as it increases the risk of the very type of damage River Birch complains of, during other required landfill maintenance activities. At the very least, the Parish and its contractor, River Birch, which are responsible for the LFG collection system, should clearly delineate the locations of these aboveground gas pipes. Instead, LRLC has started marking all of these pipes outside of Phase IVA to prevent the damage that River Birch attributes to LRLC.

The Parish's challenges relating to leachate management in the closed portions of the Landfill, which is also River Birch's responsibility, have been discussed extensively. Our September 17 and 18, 2019 site assessment identified numerous areas where leachate has created bubbles under the landfill cap, indicating upwelling of leachate under hydraulic pressure. In Phase IIIB, there are many areas where leachate has welled up against the final cap, causing the cap to deform in approximately 10-foot bubbles. The Parish is aware of these locations, having staked them with flags. There are also liquid seeps near the base of several wells in Phase IIIB.



3 Waterway Square Place, Suite 110, The Woodlands, TX 77380
Tel (832) 442-2200  •  Fax (832) 442-2290  •  www.wasteconnections.com

WC_JPLF_00411296

Michael Yenni, Parish President<br>
Jefferson Parish Council<br>
September 26, 2019<br>
Page 5

These conditions have impaired the quantity and quality of LFG River Birch collects for treatment and sale. LRLC has not created these conditions, nor has its operation of Phase IVA and its maintenance of the cap installed on closed cells affected River Birch's operations or the quality of LFG River Birch collects. There is no basis to close Phase IVA, nor any validity in efforts to ascribe challenges in gas or leachate management to LRLC.

Moreover, there is certainly no reason to close Phase IVA in order to install new gas wells. As commonly practiced in the solid waste industry, gas wells are routinely added to portions of an active landfill, and there is no operational conflict that would prevent River Birch from doing so here. The closure of Phase IVA in response to River Birch's misrepresentations would wrongfully impair LRLC's ability to continue its performance of the Operating Agreement with the Parish.

The Parish Council should reject River Birch's baseless demand.

Sincerely,

*[signature]*

ROBERT A. NIELSEN, III
Regional Vice President

cc: Michael Lockwood, Director, Environmental Affairs
David Courcelle, Parish Counsel
Toni Hurley, Sr. Assistant Parish Attorney

CONNECT WITH THE FUTURE · RECYCLE

3 Waterway Square Place, Suite 110, The Woodlands, TX 77380
Tel (832) 442-2200 • Fax (832) 442-2290 • www.wasteconnections.com

WC_JPLF_00411297