UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** <br><br> VERSUS <br><br> WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) |
| *Related Case:* <br><br> FREDERICK ADDISON, ET AL., **Plaintiffs** <br><br> VERSUS <br><br> LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., **Defendants** <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 19-11133, c/w 19-14512 <br><br> SECTION: "E" (5) <br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

### DECLARATION OF JEFFREY D. MARSHALL

I, Jeffrey D. Marshall, PE, hereby declare as follows:

1. I am a Project Director and Vice President with Stearns, Conrad, and Schmidt, Consulting Engineers, Inc. ("SCS"), and I currently serve as the Practice Leader for the Environmental Services Practice in the Mid-Atlantic Region of the United States.

2. The declarations conveyed in this document are my own, based on my personal knowledge.

3. I served as a testifying expert for the Waste Connections defendants during the hearing on general causation.

1

4. In early 2023, I was diagnosed with prostate cancer.

5. On April 17, 2023, 2023 I underwent a radical prostatectomy to remove the prostate and related prostate cancer.

6. On July 10 & 11, 2023, I visited the hospital emergency room due to complications from the prostate removal surgery.

7. I have continued to suffer from related health complications that affect my ability to work.

8. Given my current health and ongoing complications from the cancer and related treatment, I am not confident that I can adequately continue serving as a testifying expert witness in this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2023

_____
Jeffrey D. Marshall, P.E.