# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>     Plaintiff, <br><br> VERSUS <br><br><br> WASTE CONNECTIONS BAYOU, INC., ET AL., <br>     Defendants. | CIVIL ACTION <br><br> NO. 18-7889 <br>      c/w 18-8071, <br>      18-8218, 18-9312 <br><br> SECTION: "E"(5) |
| *Related Case:* <br><br> FREDERICK ADDISION ET AL., <br>     Plaintiffs, <br><br> VERSUS <br><br> LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., <br>     Defendants. | CIVIL ACTION <br><br> NO. 19-11133 <br><br> SECTION: "E"(5) <br><br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

## NOTICE OF SUBMISSION

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. hereby notice their Motion to Uphold Expert Designation of Bishow Shaha, Ph.D., for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on December 20, 2023, at 10:00 a.m., or as soon thereafter as counsel can be heard.

Respectfully submitted,

LISKOW & LEWIS, APLC

*/s/ Michael C. Mims*
Michael C. Mims (#33991)
Charles B. Wilmore (#28812)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
Cecilia Vazquez (#39373)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

AND

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000
Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on November 22, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<em>/s/ Michael C. Mims</em><br>OF COUNSEL