UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,    Defendants | SECTION: "E" (5) |

*Related Case:*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.,    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-11133 c/w 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, December 8, 2023, at 9:00 a.m.**, to discuss the production of SCS expert reports and related documents. The Court will email all counsel with the link necessary to participate.

New Orleans, Louisiana, this 4th day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**