UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w<br>    18-8071, 18-8218,<br>    18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Related Case:*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK ADDISON, ET AL.,<br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 19-11133 c/w<br>    19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### ORDER

**IT IS ORDERED** that the video status conference currently scheduled for Friday, December 8, 2023, at 9:00 a.m., is hereby **CONTINUED** to **Friday, December 15, 2023, at 10:30 a.m.** The Court will email all counsel with the link necessary to participate.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE