MINUTE ENTRY
MORGAN, J.
December 15, 2023

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889  c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133  c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY AND ORDER

A video status conference was held on December 15, 2023, at 10:30 a.m., in the chambers of Judge Susie Morgan.

Present: Douglas Hammel, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

Allen Foster and Eric Rowe, counsel for All Addison Plaintiffs;

Michael Mims, Megan Brillault, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John DiGiglia, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis (both via telephone), counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and the outstanding discovery issues.

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, December 22, 2023, at 10:00 a.m.**, to further discuss the production of SCS expert reports and related documents. The Court will email all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 15th day of December, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:55)