MINUTE ENTRY
MORGAN, J.
December 22, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>       **c/w 18-8071,**<br>       **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**<br>       **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

### MINUTE ENTRY AND ORDER

A video status conference was held on December 22, 2023, at 10:00 a.m., in the chambers of Judge Susie Morgan.

Present:    Douglas Hammel, Bruce Betzer, and Jack Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

  Allen Foster, Eric Rowe, and Eliza James, counsel for All Addison Plaintiffs;

  Michael Mims, Megan Brillault, Katelyn Ciolino, and John Paul, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

  Nicholas Bergeron, counsel for Defendant, Aptim Corp.; and

  Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and the outstanding discovery issues related to Plaintiffs' pending Motion to Compel Discovery[1] and Defendants' pending Motion to Quash Subpoena.[2] Plaintiffs' counsel consented to the Court having ex parte communication with counsel for the Waste Connections Defendants to discuss privilege logs.

**New Orleans, Louisiana, this 22nd day of December, 2023.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (1:29)

---

[1] 18-7889, R. Doc. 326; 19-11133, R. Doc. 308.
[2] 19-11133, R. Doc. 368; *see also* Plaintiffs' Motion to Enforce Subpoena (19-11133, R. Doc. 381).