UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** <br><br> VERSUS <br><br> WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

**DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

All Defendants,[1] through undersigned counsel, jointly submit this Motion to Compel Responses to Discovery Requests and respectfully request that the Court issue an order compelling the proposed class representatives[2] to:

(i) produce the contingency fee agreements improperly withheld based on privilege;

(ii) respond fully and completely to Requests for Production Nos. 1 to 12, which seek documents concerning general causation information, the proposed class representatives' claims and alleged damages, and their basis for class certification, among other factual information;

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

[2] The proposed class representatives include the named Plaintiffs in the consolidated *Ictech-Bendeck* action—Elias Ictech-Bendeck, Mona Bernard, Larry Bernard, Nicole Landry-Boudreaux, and Savannah Thompson—and certain individuals identified in Plaintiffs' witness lists for class certification—Ophelia Walker, Ann Williams, Kayla Steele, Robyn Crossman, and Phil Adams.

(iii)     state whether any responsive documents or information have been withheld and, if so, the basis in the proposed class representatives' responses to the requests for production and proposed class representative Savannah Thompson's responses to the interrogatories; and

(iv)     supplement their privilege log to include the dates of the text messages withheld based on privilege.

WHEREFORE, Defendants pray that their Motion to Compel be granted, for the reasons more fully set forth in the attached memorandum.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
       Michael C. Mims (#33991)
       Charles B. Wilmore (#28812)
       J. Hunter Curtis (#39150)
       Alec Andrade (#38659)
       Cecilia Vazquez Wilson (#39373)
       701 Poydras Street, Suite 5000
       New Orleans, Louisiana 70139
       (504) 581-7979

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:  /s/ Michael S. Futrell
   William P. Connick, La. Bar No. 14158
   Michael S. Futrell, La. Bar. No. 20819
   Matthew D. Moghis, La. Bar. No. 33994
   3421 N. Causeway Blvd., Suite 408
   Metairie, Louisiana 70002
   Telephone: (504) 681-6658
   Facsimile: (504) 838-9903
   E-mail: moghis@connicklaw.com

   *Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:  /s/ J. Michael DiGiglia
   Ernest P. Gieger, Jr. (6154)
   John E. W. Baay (22928)
   J. Michael DiGiglia (24378)
   Nicholas S. Bergeron (37585)
   Gieger, Laborde & Laperouse, L.L.C.
   Hancock Whitney Center
   701 Poydras Street, Suite 4800
   New Orleans, Louisiana 70139
   Telephone: (504) 561-0400
   Facsimile: (504) 561-1011

   *Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 29, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                   <u>  Michael C. Mims      </u>
                                                                                                                 OF COUNSEL