# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants | CIVIL ACTION<br><br>NO. 18-7889 c/w 18-8071, 18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## NOTICE OF SUBMISSION

Defendants[1] hereby notice their Motion to Compel Responses to Discovery Requests for submission before the Honorable Susie Morgan on January 17, 2024, at 10:00 a.m.

                                          Respectfully submitted,

                                          LISKOW & LEWIS, APLC

                                          By:    /s/ Michael C. Mims
                                                    Michael C. Mims (#33991)
                                                    Charles B. Wilmore (#28812)
                                                    J. Hunter Curtis (#39150)
                                                    Alec Andrade (#38659)
                                                    Cecilia Vazquez Wilson (#39373)
                                                    701 Poydras Street, Suite 5000
                                                    New Orleans, Louisiana  70139
                                                    (504) 581-7979

---

[1] Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:  /s/ Michael S. Futrell
    William P. Connick, La. Bar No. 14158
    Michael S. Futrell, La. Bar. No. 20819
    Matthew D. Moghis, La. Bar. No. 33994
    3421 N. Causeway Blvd., Suite 408
    Metairie, Louisiana 70002
    Telephone: (504) 681-6658
    Facsimile: (504) 838-9903
    E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 29, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael C. Mims
OF COUNSEL
