# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## DECLARATION OF MEGAN R. BRILLAULT IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY RESPONSES

I, Megan R. Brillault, hereby declare as follows:

1. I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Motion to Compel Discovery Responses. I am fully familiar with the facts set forth herein.

3. A true and correct copy of Defendants' First Set of Requests for Production of Documents, dated August 3, 2023, is attached hereto as Exhibit 1.

4. A true and correct copy of the proposed class representatives' objections to Defendants' First Set of Requests for Production of Documents, dated August 17, 2023, is attached hereto as Exhibit 2.

5. The parties met and conferred on August 30, 2023, regarding the proposed class representatives' objections to Defendants' First Set of Requests for Production. During the meet

and confer, the proposed class representatives re-asserted their objections to RFP Nos. 1 to 12—claiming that these requests seek legal conclusions and work product—and to the request for contingency fee agreements or other agreements relating to the terms of their representation by counsel.

6. A true and correct copy of Defendants' First Set of Interrogatories, dated August 30, 2023, is attached hereto as Exhibit 3.

7. A true and correct copy of the proposed class representatives' responses to Defendants' First Set of Requests for Production of Documents, dated September 15, 2023, is attached hereto as Exhibit 4.

8. A true and correct copy of Defendants' Second Set of Requests for Production of Documents, dated September 21, 2023, is attached hereto as Exhibit 5.

9. Defendants served interrogatories on proposed class representative Phil Adams on September 21, 2023.

10. On September 29, 2023, Defendants requested by email that the proposed class representatives remove the "subject to and without waiving" language from their responses to the RFPs and state whether documents have been withheld and, if so, on what basis. Defendants also requested that the proposed class representatives respond to RFP Nos. 1 to 12.

11. A true and correct copy of the proposed class representatives' responses to Defendants' First Set of Interrogatories, dated September 29, 2023, is attached hereto as Exhibit 6.

12. A true and correct copy of the proposed class representatives' objections to Defendants' Second Set of Requests for Production, dated October 5, 2023, is attached hereto as Exhibit 7.

13. On October 6, 2023, Defendants requested by email that the proposed class representatives state in their interrogatory responses whether information has been withheld and, if so, on what basis.

14. On October 6, 2023, proposed class representative Ann Williams responded to the interrogatories directed to her. Defendants requested by email on October 11, 2023, that Ms. Williams specifically identify whether information was withheld where she responded to the interrogatories subject to and without waiving her objections.

15. On October 9, 2023, the proposed class representatives stated by email they did not intend to remove the "subject to and without waiving" language in the RFPs, objected again to RFP Nos. 1 to 12, and served amended responses to the RFPs addressing certain other deficiencies. A true and correct copy of the proposed class representatives' amended responses to Defendants' First Set of Requests for Production of Documents, dated October 9, 2023, is attached hereto as Exhibit 8.

16. On October 17, 2023, Defendants reiterated by email that the "subject to and without waiving" language and the proposed class representatives' refusal to produce documents in response to RFP Nos. 1 to 12 were improper. Defendants further stated that they understood that the proposed class representatives did not intend to address these deficiencies.

17. Proposed class representative Phil Adams responded to Defendants' interrogatories to him on October 23, 2023. Defendants requested by email on October 26, 2023, that Mr. Adams specifically identify whether information was withheld where he responded to the interrogatories subject to and without waiving his objections.

18.    A true and correct copy of the proposed class representatives' Supplemental Answers to Defendants' First Set of Interrogatories, dated November 9, 2023, is attached hereto as Exhibit 9.

19.    A true and correct copy of the proposed class representatives' Second Supplemental Answers to Defendants' First Set of Interrogatories, dated November 29, 2023, is attached hereto as Exhibit 10.

20.    On December 18, 2023, Defendants requested by email that the proposed class representatives supplement the privilege log (served with the November 29, 2023 Second Supplemental Answers) to include the dates of the text messages withheld under the attorney-client privilege. The proposed class representatives did not respond to Defendants' email.

21.    A true and correct copy of an email from Martha Curtis, counsel for the succession of attorney Val Exnicios, regarding intervention in this matter to protect the estate of Mr. Exnicios' interest in Mr. Exnicios' attorney's fees and advanced costs, dated July 5, 2023, is attached hereto as Exhibit 11.

22.    A true and correct copy of a PageVault capture of a March 7, 2014 post on Facebook by Dana Hebert Bendeck, taken on December 18, 2023, is attached hereto as Exhibit 12.

23.    A true and correct copy of excerpts of the rough transcript of the deposition of proposed class representative Larry Bernard, taken on December 19, 2023, is attached hereto as Exhibit 13.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York this 29th of December, 2023.

                                                         /s/ Megan R. Brillault
                                                         PRINCIPAL