UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,     Plaintiff<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,     Defendants | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br><br>SECTION: "E" (5)<br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS AND CLASS REPRESENTATIVES

Pursuant to Rules 26 and 33 of the Federal Rules for Civil Procedure, the Local Rules of the District Court for the Eastern District of Louisiana, and the Eleventh Case Management Order (ECF No. 362), all Defendants,[1] through their undersigned counsel, propound the following interrogatories on the Class Representatives.[2]

## DEFINITIONS

The following definitions shall apply to all of the interrogatories:

1.      "Class Representative" means each of the named Plaintiffs proposed to represent a putative class in the consolidated *Ictech-Bendeck* action, each individual identified as a proposed class representative in Plaintiffs' Preliminary Fact Witness List for Class Certification, served on

---

[1] The Defendants in this matter are Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp.

[2] The Class Representatives are defined below.

Defendants on June 12, 2023, and any other individual later identified in a revised Fact Witness List for Class Certification or any other pleading by Plaintiffs as a proposed class representative in this action.

2.      "Communicate" or "communication" refers to the transmittal of information by any means, and includes every discussion, conversation, conference, meeting, interview, letter, e-mail, telephone call, voicemail, text message, social media post, comment or message, or other electronic instant message.

3.      "Defendants" means the Waste Connections Defendants, the Parish of Jefferson, and Aptim Corp.

4.      "Emissions" means any airborne substance discharged from any source, including odors, fumes, gases, chemicals, toxins, dust, particulates, and particles.

5.      "Governmental entity" means any local, state, or federal government; any department, agency, committee, council, or other subdivision thereof; or any representative, agent, or employee thereof.

6.      "Identify" or "identity" means, when used in reference to a natural person, their:

      i.   Full name; and

      ii.  Present or last-known address(es) (including street name and number, city or town, state, and zip code) and telephone number(s).

7.      "Including" means including but not limited to.

8.      "Jefferson Parish" means the Parish of Jefferson, Louisiana.

9.      "Jefferson Parish Landfill" means the landfill located at 5800 Highway 90 West, Avondale, Louisiana.

10.   "Person" means any natural or legal entity, including any person, business, or governmental entity or association.

11.   "Property" means the real property that is owned, leased, rented, or otherwise used or controlled by any Class Representative, individually and/or collectively, and shall include any dwellings, buildings, well, or other improvements thereon, and any contents thereof, and any soil, sub-soil, surface water, groundwater, or other natural elements on, in, or under such real property.

12.   "Relating to" means relating to, concerning, comprising, alluding to, connected with, commenting on, with respect to, about, resulting from, embodying, explaining, supporting, showing, analyzing, setting forth, in respect of, referring to, describing, evidencing, constituting, containing, identifying, stating, dealing with, reflecting, bearing upon, addressing, respecting, regarding, discussing, mentioning, responding to, pertaining to, to do with, or being in any way relevant to the given subject.

13.   "Social Media" means websites and applications that enable users to create and share content or to participate in social networking, including Facebook, Instagram, Twitter, Nextdoor, Snapchat, Tiktok, Reddit, and YouTube.

14.   "Testing" means performing environmental, chemical, or scientific testing, sampling, or laboratory analysis or other evaluation of emissions.

15.   "Waste Connections Defendants" means Defendants Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company.

16.   "You" or "your" shall mean the specific Class Representative(s) to whom the interrogatory is directed, and counsel, experts, investigators, or other persons acting on the Class Representative's behalf.

## <u>INSTRUCTIONS</u>

The following instructions shall apply to all of the interrogatories:

1.      Unless otherwise set forth, the time frame governing each interrogatory shall be from January 1, 2015, to the present.

2.      The connectives "and" and "or" shall mean "and/or" and be construed either disjunctively or conjunctively as necessary to bring within the scope of the interrogatories all responses that might otherwise be construed to be outside of its scope.

3.      The use of the singular form includes the plural, and the use of the plural form includes the singular.

4.      Reference to particular types of documents or facts is not intended to change or waive any definition set forth above.

5.      Respond to each interrogatory. If your response to a specific interrogatory is "none" or "unknown," please write "none" or "unknown" as your response.

6.      If you believe that any interrogatory or some portion thereof is ambiguous or otherwise unclear, identify the language that you deem to be ambiguous or unclear and explain what construction of that language you are using in answering the interrogatory.

7.      If you object to any interrogatory or some portion thereof, set forth all of the reasons for the objection and respond to any unobjectionable portion(s) of the interrogatory not subject to objection.

8.      Each of the interrogatories shall be deemed a continuing request up to and until the time of final judgment in this action.

9.      Verify your responses to the interrogatories.

## INTERROGATORIES TO ELIAS JORGE ICTECH-BENDECK

The following interrogatories are directed to Plaintiff/Class Representative Elias Jorge Ictech-Bendeck.

### INTERROGATORY NO. 1:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

### INTERROGATORY NO. 2:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

### INTERROGATORY NO. 3:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

### INTERROGATORY NO. 4:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

**<u>INTERROGATORY NO. 5:</u>**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**<u>INTERROGATORY NO. 6:</u>**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO SAVANNAH THOMPSON

The following interrogatories are directed to Plaintiff/Class Representative Savannah Thompson.

## INTERROGATORY NO. 1:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 2:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

## INTERROGATORY NO. 3:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

## INTERROGATORY NO. 4:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

**INTERROGATORY NO. 5:**

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

**INTERROGATORY NO. 6:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 7:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## <u>INTERROGATORIES TO LARRY BERNARD</u>

The following interrogatories are directed to Plaintiff/Class Representative Larry Bernard.

**<u>INTERROGATORY NO. 1:</u>**

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

**<u>INTERROGATORY NO. 2:</u>**

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

**<u>INTERROGATORY NO. 3:</u>**

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**<u>INTERROGATORY NO. 4:</u>**

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

**INTERROGATORY NO. 5:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 6:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO MONA BERNARD

The following interrogatories are directed to Plaintiff/Class Representative Mona Bernard.

## INTERROGATORY NO. 1:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 2:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

## INTERROGATORY NO. 3:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

## INTERROGATORY NO. 4:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

**INTERROGATORY NO. 5:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 6:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO NICOLE LANDRY-BOUDREAUX

The following interrogatories are directed to Plaintiff/Class Representative Nicole Landry-Boudreaux.

## INTERROGATORY NO. 1:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 2:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

## INTERROGATORY NO. 3:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

## INTERROGATORY NO. 4:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

13

**INTERROGATORY NO. 5:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 6:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO DEBORAH CUCCIA

The following interrogatories are directed to Class Representative Deborah Cuccia.

## INTERROGATORY NO. 1:

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

## INTERROGATORY NO. 2:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

## INTERROGATORY NO. 3:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 4:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

## INTERROGATORY NO. 5:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

    a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

    b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

    c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

## INTERROGATORY NO. 9:

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

## INTERROGATORY NO. 10:

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO ROBYN CROSSMAN

The following interrogatories are directed to Class Representative Robyn Crossman.

## INTERROGATORY NO. 1:

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

## INTERROGATORY NO. 2:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

## INTERROGATORY NO. 3:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 4:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

## INTERROGATORY NO. 5:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

      a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

      b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

      c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**INTERROGATORY NO. 9:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

<u>**INTERROGATORIES TO KAYLA ANNE STEELE**</u>

The following interrogatories are directed to Class Representative Kayla Anne Steele.

<u>**INTERROGATORY NO. 1:**</u>

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

<u>**INTERROGATORY NO. 2:**</u>

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

<u>**INTERROGATORY NO. 3:**</u>

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

<u>**INTERROGATORY NO. 4:**</u>

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

<u>**INTERROGATORY NO. 5:**</u>

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

      a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

      b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

      c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**INTERROGATORY NO. 9:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO TARA CARO

The following interrogatories are directed to Class Representative Tara Caro.

## INTERROGATORY NO. 1:

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

## INTERROGATORY NO. 2:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

## INTERROGATORY NO. 3:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 4:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

## INTERROGATORY NO. 5:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

   a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

   b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

   c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**INTERROGATORY NO. 9:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

<u>**INTERROGATORIES TO ANN WILLIAMS**</u>

The following interrogatories are directed to Class Representative Ann Williams.

<u>**INTERROGATORY NO. 1:**</u>

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

<u>**INTERROGATORY NO. 2:**</u>

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

<u>**INTERROGATORY NO. 3:**</u>

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

<u>**INTERROGATORY NO. 4:**</u>

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

<u>**INTERROGATORY NO. 5:**</u>

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

    a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

    b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

    c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**INTERROGATORY NO. 9:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

## INTERROGATORIES TO OPHELIA WALKER

The following interrogatories are directed to Class Representative Ophelia Walker.

## INTERROGATORY NO. 1:

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

## INTERROGATORY NO. 2:

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

## INTERROGATORY NO. 3:

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

## INTERROGATORY NO. 4:

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; and the nature of the demand, lawsuit, or claim; the present status of the demand, suit, or claim.

## INTERROGATORY NO. 5:

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous

materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

      a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

      b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

      c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during

which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

## INTERROGATORY NO. 9:

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

## INTERROGATORY NO. 10:

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

Date: August 30, 2023

By:     /s/ Michael C. Mims
            LISKOW & LEWIS, APLC
            Michael C. Mims (#33991)
            Charles B. Wilmore (#28812)
            J. Hunter Curtis (#39150)
            Alec Andrade (#38659)
            Cecilia Vazquez Wilson (#39373)
            Brady M. Hadden (#37708)
            701 Poydras Street, Suite 5000
            New Orleans, Louisiana  70139
            (504) 581-7979

            BEVERIDGE & DIAMOND, P.C.

            Megan R. Brillault (*pro hac vice*)
            Michael G. Murphy (*pro hac vice*)
            John H. Paul (*pro hac vice*)
            Katelyn E. Ciolino (*pro hac vice*)
            Katrina M. Krebs (*pro hac vice*)
            825 Third Avenue, 16th Floor
            New York, NY 10022
            (212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*


CONNICK AND CONNICK, LLC

By:    /s/ Michael S. Futrell
       William P. Connick, La. Bar No. 14158
       Michael S. Futrell, La. Bar. No. 20819
       Matthew D. Moghis, La. Bar. No. 33994
       3421 N. Causeway Blvd., Suite 408
       Metairie, Louisiana 70002
       Telephone: (504) 681-6658
       Facsimile: (504) 838-9903
       E-mail: moghis@connicklaw.com

*Counsel for Defendant Jefferson Parish*


GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:    /s/ John E. W. Baay
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

33

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was served on all counsel of record by e-mail this 30th day of August 2023.

/s/ Michael C. Mims
OF COUNSEL
