PageVault

| | |
|---|---|
| Document title: | (3) Facebook |
| Capture URL: | https://www.facebook.com/photo/?fbid=10203584786770255&set=a.2979947747730 |
| Page loaded at (UTC): | Mon, 18 Dec 2023 21:14:27 GMT |
| Capture timestamp (UTC): | Mon, 18 Dec 2023 21:14:56 GMT |
| Capture tool: | 10.38.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.54 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 2 |
| Capture ID: | gR8hZ3MjtPDCwjmLKk64Ks |
| User: | bdlaw-sfischer |

PDF REFERENCE #:     tqfX4pr9mEG5mRoHGACwYJ



Search Facebook

This photo is from a post. View post

Dana Hebert Bendeck
March 7, 2014 ·

1 5

Share

Most relevant

**NeilleandTodd Kelly**
Did **Seth Schaumburg** go skiing?
9y

**Dana Hebert Bendeck**
Yes George took him to top. Doing good but hurting today.
9y

**NeilleandTodd Kelly**
Lol. What about Jeanne?
9y

**Dana Hebert Bendeck**
Jeanne doing great!! She has been skiing since first day. Seth took a little longer. All kids doing jumps on ramps and rails.
9y

**NeilleandTodd Kelly**
Yeah!!
9y