1        "UNCERTIFIED ROUGH DRAFT TRANSCRIPT"

2             REPORTER'S STATEMENT

3   The following transcript represents a realtime

4   version of the deposition of LARRY BERNARD taken on

5   December 19th, 2023.

6        The realtime/rough draft text is unedited and

7   uncertified and may contain untranslated

8   stenographic symbols, an occasional reporter's note,

9   a misspelled proper name and/or nonsensical word

10  combinations.

11       All such entries will be corrected on the final

12  certified transcript which we will deliver to you in

13  accordance with our standard delivery terms or on an

14  expedited basis, should you desire faster delivery.

15       This will serve as notification that the final

16  certified transcript will have differences from the

17  realtime/ rough draft version, including differing

18  page and line number references.

19       Due to the need to proof and correct entries

20  prior to certification, you agree to use this

21  realtime/rough draft text only for the purpose of

22  augmenting counsel's notes and not to use or cite it

23  in any court proceeding or to distribute it to any

24   other parties.

25

2

1           VIDEOGRAPHER:  Good morning.  We are

2   going on the record at 10:05 a.m., on December 19,

3   2023.

4       This is media unit one of the video recorded

5   deposition of Larry Bernard and the matter of

6   Ictech-Bendeck versus Waste Connections Bayou, Inc.

7   Et Al., filed in the USDC Eastern District of

8   Louisiana, case number 18789, consolidated with

9   1188-0711-8821-8189-312 section E.  The location of

10  the deposition is New Orleans, Louisiana.

11      My name is Albert Bongard, representing

12  Veritext Legal solutions, and I'm the videographer.

13  The court reporter is Dorothy Jones from the firm

14  Veritext Legal Solutions.

15      Counsel and all present, including remotely,

16  will now state their appearances and affiliations

17  for the record, beginning with the noticing.

18           MR. BETZER:  Attorney Bruce --

19           MR. ANDRADE:  Alec Andradi on behalf

20  of the Waste Connections defendants.

21           MR. FUTRELL:  Michael Futrell on

6          A. Did I review any medical records?  No.

7          Q. Did you review any communications with
8    the LDEQ?

9          A. No, sir.

10         Q. That's all right.  What about records
11   relating to your home?

12         A. No.

13     Q.   Any journal entries?

14         A. No.

15     Q.   Any other records of lawsuits?

16         A. No.

17     Q.   All right.  So you did tell me that you
18   met with Mr. Betzer.  And like I said, I don't want
19   to know what you guys talk about, but how many times
20   did you meet with him before today's?

21         A. Probably, I think I remember maybe four
22   times.  I can't remember exactly how many times.

23     Q.   Okay.  So we'll say around four.  That's a
24   good estimate.  Okay.  Did you speak with any family
25   members?

                                                         11

1          A. Say that again.

2      Q.   Did you speak with any family members?

3      A.   About what?

```
 4      Q.   About the deposition today.

 5      A.   Me and my wife.

 6      Q.   Okay.  All right.  Your daughter, what's

 7   her name?

 8      A.   Shanna.

 9      Q.   Shannon?

10         A. Shanna Bernard.

11      Q.   Shanna Bernard.

12      A.   Well, Shanna LaGarde Bernard.  She's

13   divorced now.  This is his fiance.

14      Q.   Okay.  Nice.  So Shanna LaGarde.  Bernard.

15   All right, I'll try.  That'll be easy one to

16   remember.  It kind of rolls right off the tongue,

17   right?

18      A.   Soon to be Betzer, though.

19      Q.   Okay.  Well, when are they going to get

20   married?

21      A.   Next year.

22      Q.   Next year.

23      A.   Tell them, Bruce.

24      Q.   We can get into that a little bit more in

25   a minute.
```

                                                        12

```
 1      Okay.  So I think we got -- let's see, I got a
```

5          Q.    Okay.  All right.  Did Mona
6    Lisa, Larry, or Shanna ever live with you between
7    2017 and 2019?
8          A.    Nobody.
9                Speaker A: Okay.
10         Q.    And what does Mona Lisa do
11   for a living?
12         A.    Mona?  Well, she was in
13   telecommunications.  You know what, those big old
14   towers for communications.  Not the exact name, but
15   it was like intellect, communication, and her
16   company just rolled it up, so she's unemployed at
17   the moment.
18               Speaker A: Okay.
19         A.    Right around Christmas.
20   But that's what she did for a long time.
21         Q.    I'm sorry to hear about her
22   company going on.
23         A.    She's got good resume.
24   She's very smart young lady.
25               Speaker A: Excellent.

                                                    24


1          Q.    What about Mr. Larry?
2          A.    Larry Jr.  He owns his own

```
 3    business.  He's in mixed martial arts.  Ronin

 4    Martial Arts.

 5                    Speaker A: Okay.

 6                    A.    He owns the business.

 7                    Q.    Was that like jiu jitsu or

 8    everything?

 9                    A.    Mixed martial arts.

10                    Q.    All right.  So he's a bad

11    dude.  Don't mess with him; right?

12                    A.    Pretty bad.

13                    Q.    Okay.  And then what does

14    your daughter Shanna, do?

15                    A.    Excuse me?

16                    Q.    What does your daughter

17    Shanna do?

18                    A.    Shanna?  She works for

19    Bruce.

20                    Speaker A: Okay.

21                    Q.    How long has she worked for

22    Mr. Bruce?

23                    Speaker A: How long?

24                    Q.    Bruce, if you don't know,

25    that's know.
```

```
1                    Speaker A: Okay.
2                    Q.    All right.  Do you have any
3    grandchildren?
4                    A.    Any grandkids?  Yes, sure.
5    I have seven grandkids and one great grandchild.
6                    Q.    Excellent.  How many of
7    those grandkids are Mona Lisa's?
8                    Speaker A: Two.
9                    Q.    Two.
10                   A.    No, not Mona Lisa.  Y'all
11   -- thought she was talking about Shanna.  Mona Lisa
12   has four.
13                   Q.    Four.  Can you tell me
14   their names?
15                   A.    Macy, Ashton, Brianna and
16   Ava.
17                   Speaker A: All right.
18                   Q.    Does Larry Jr.  Have any
19   children?
20                   Speaker A: Yes.
21                   Q.    Okay.  What are their
22   names?
23                   A.    One daughter.  Her name is
24   Zoe Grace.
25                   Q.    All right.  And then tell
```

```
 3              Q.    Are you willing to see this
 4     litigation to the end?  You're going to stay in it
 5     till the end?
 6              A.    Yes.
 7              Q.    Okay.  No further questions.  Thank
 8     you so much.
 9                    VIDEOGRAPHER:  We're going off the
10     record.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```