

EXHIBIT
3

**Exhibit 4**

**SCS Report**

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

30

6630
01/16/2019 WED 16:15  FAX 504 596 6301 Bradley Murchison - N.O.    ☒081/345



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# Jefferson Parish Landfill
# Site Evaluation with Respect to Odors

Expert Consultant Report by James Walsh, P.E. and Thomas Rappolt, Q.E.P.

Beveridge and Diamond, PC
Megan R. Brillault
477 Madison Avenue, 15th Floor
New York, NY 10022-5802
(212) 702-5414

**S C S   E N G I N E E R S**

24218246.00  |  October 9, 2018

5963 La Place Court, Suite 207
Carlsbad, CA 92008
760-744-9611

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## Table of Contents

| Section | Page |
|---|---|
| 1.0 BACKGROUND | 1 |
| 2.0 DATA AND DOCUMENTS REVIEWED | 4 |
| 3.0 SITE OBSERVATIONS | 7 |
| 3.1 General Site Survey and Observations | 7 |
| 3.2 Landfill Gas System | 7 |
| 3.3 Leachate Handling System | 8 |
| 3.4 Odor and $H_2S$ Survey of Landfill Phase Borders | 10 |
| 3.5 Landfill Working Face | 11 |
| 3.6 Cell Construction for Phase 4a | 11 |
| 3.7 Regional Odor Source Survey (9-14-2018) | 11 |
| 4.0 FINDINGS AND CONCLUSIONS | 21 |
| 5.0 OTHER SUGGESTED TASKS THAT SUPPORT THE ABOVE FINDINGS | 24 |

Appendices

| | |
|---|---|
| Appendix A | Survey and Sampling Logs |
| Appendix B | Calibration and Operation of the Jerome 631-X |
| Appendix C | Odor Complaint Analysis |
| Appendix D | Screening Modeling of $H_2S$ |

### Figures

| | | |
|---|---|---|
| Figure 1. | Onsite Odor and $H_2S$ Survey Sample Points | 2 |
| Figure 2. | Offsite Regional Odor Survey Path and Sample Points (Not to Scale) | 3 |
| Figure 3. | Sites 1 and 2 | 13 |
| Figure 4. | Site 3 | 14 |
| Figure 5. | Sites 4 and 5 | 15 |
| Figure 6. | Site 6 | 16 |
| Figure 7. | Sites 7, 8, and 9 | 17 |
| Figure 8. | Sites 10 through 13 | 18 |
| Figure 9. | Site 14 | 19 |

### Tables

| | | |
|---|---|---|
| Table 1. | Jefferson Parish Landfill Site Odor Survey Data (9-13-2018) | 10 |
| Table 2. | Regional Odor Survey of Jefferson Parish (9-14-2018 – see Figure 2) | 12 |
| Table 3. | Source Receptor Location for the Regional Survey Conducted on 9-14-2018 | 20 |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 1.0    BACKGROUND

Stearns, Conrad and Schmidt, Consulting Engineers, Inc. dba SCS Engineers (SCS) was contracted to conduct a preliminary site inspection of the Jefferson Parish Landfill (located in the vicinity of State Route 90, Live Oak Road, and S. Kenner Avenue in Jefferson Parish, LA). This inspection focused on gauging the:

- potential odor sources and odor concentrations at the landfill and in nearby regions; and
- status and condition of the landfill's gas collection and leachate systems with regard to producing fugitive odorous emissions.

This initial survey encompassed conducting odor observations via personal sensory perception and spot sampling for hydrogen sulfide ($H_2S$) concentrations using a calibrated hand-held Jerome 631-X $H_2S$ sampler unit (serial number 2832 with sensor number 16-7-21-V2AS). Odor survey work was conducted in all significant subcomponent areas of the Landfill including, but not limited to, the following:

- borders of covered areas (1, 2, 3a, and 3b);
- working face and cell construction area (Phase 4a);
- leachate storage and processing area;
- truck lanes;
- storage area;
- intermediate and daily cover areas; and
- sludge and liquids receiving and process areas including drainage ditches and canals.

Figure 1 outlines the sample points for the onsite odor survey.

The odor survey activities also conducted at or near off-site locations included:

- Other nearby industrial facilities and activities that are potentially a source of odor (the Cornerstone, Evonik, and Kemira facilities complex, ADM grain operations, numerous dredging and barge cleaning operations along the local Mississippi River banks, several waste water treatment facilities, and other industrial facilities.

- River Birch Landfill operations (just west of the Jefferson Parish Landfill) and the Construction and Demolition (C&D) Landfill (just east of Jefferson Parish Landfill).

- Nearby areas that could be a natural source of odors (bogs, lakes, farmland, etc.).

- Some of the adjacent neighborhoods that record frequent complaints to obtain a snap-shot of potential odors experienced locally including sources in Elmwood, Harahan and River Ridge.

Figure 2 provides a view of the offsite regional survey path with points of sampling where odors were observed.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Prior to conducting these field surveys, SCS discussed with local Waste Connections personnel their understanding of the occurrence of local odor events and surveyed their opinions of the major sources of odor in the region.

In addition to the odor survey work, SCS conducted a general, visual inspection of the landfill leachate management system and the landfill gas collection system as well as reviewed records regarding the performance of these systems during the recent past (last 12 months).

The preliminary survey included a two-day site visit to the region to collect data, perform the system inspections, and conduct the interviews. This information contributed to this position report that outlines our preliminary findings and impressions of the odor sources in the region (on-site and off-site), the status of the landfill gas collection and leachate systems with regard to odor management, and other potential significant sources of odor in the region.

This report also details recommended next steps in order to build a file of technical information that Waste Connections could use in their defense in the subject cases.

The preliminary inspection was conducted by James Walsh, President and CEO of SCS Engineers who is an expert in landfill gas systems and landfill operations along with Thomas Rappolt who is SCS's national expert on odor assessment studies.

Figure 1.    Onsite Odor and $H_2S$ Survey Sample Points



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 2.    Offsite Regional Odor Survey Path and Sample Points (Not to Scale)



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:21  FAX 504 596 6301 Bradley Murchison - N.O.                    086/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



## 2.0    DATA AND DOCUMENTS REVIEWED

In the course of the evaluation, the following data and documents were reviewed and considered in forming opinions.

Plaintiff Documents:

1. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 786-541), Larry Bernard, Sr. and Mona Bernard vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 08/10/2018.

2. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 785-955), Elias Jorge "George" Ictech-Bendeck vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and  Parish of Jefferson, Class Action Petition for Damages, 07/25/2018.

3. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 787-081), Nicole M. Landry-Boudreaux vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 08/27/2018.

4. 24th Judicial District Parish of Jefferson for the Parish of Jefferson, State of Louisiana (no. 786-137), Savannah Thompson vs. Progressive Waste Solutions of LA, Inc., Waste Connections, US, Inc., IESA LA Landfill Corporation, Louisiana Regional Landfill Company, Inc., APTIM Corporation, and Parish of Jefferson, Class Action Petition for Damages, 07/30/2018.

Waste Connections Provided Documents:

5. Jefferson Parish Dept. of Environmental Affairs, "Contract to provide Services to Operate, Manage, and Maintain the Jefferson Parish Sanitary Landfill Site – additional Service Requested", Letter to Jeff Palutis (IESI) from Joseph Buller, Jr. PE (Jefferson Parish). Dec. 2, 2013.

6. Waste Connections, Inc. (WC), "May 8, 2018 Meeting", Letter to Mr. Keith Conley, COO Jefferson Parish from Mr. Rob Nielsen (WC), May 30, 2018.

7. Carlson Environmental Consultants, PC (Carlson), "Preliminary Landfill Gas System Assessment Findings, Jefferson Parish Landfill – Waggaman, LA", Letter to Keith Conley, COO Jefferson Parish from Kristofer L. Carlson, PE, May 31, 2018.

8. Jefferson Parish Incident report, June 2, 2018.

9. State of Louisiana, Dept of Environmental Quality, "Compliance Order, Enforcement Tracking No. SE-C-18-00372, Agency Interest no. 6961", Letter to Jefferson Parish Government (c/o Michael S. Yenni, Parish President) from Mr. Lourdes Iturralde, Assist. Sec, Office of Environmental Compliance. June 22, 2018.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

10. Waste Connections, Inc. (WC), "Contract to Provide Services to Operate, Mange, and Maintain the Jefferson Parish Sanitary Landfill Site, dated May 17, 2012 (the "Agreement"), by and between the Parish of Jefferson (the "Parish") and the Louisiana Regional Landfill Company, f/k/a IESI LA Landfill Corporation ("LRLC")", Letter to Mr. Keith Conley (Jefferson Parish) from Robert Nielson, III, July 20, 2018.

11. Jefferson Parish Resolution No. 131828, July 25, 2018.

12. State of Louisiana, Dept of Environmental Quality, "Approval of Minor Modification to Solid Waste Permit, IESI LA Corp – Jefferson Parish Sanitary Landfill, D-051-0090/P-0297R1M7, Jefferson Parish" Letter to Mr. Joseph (Rick) Buller, Jr. (Jefferson Parish) from Estuardo Silva, April 6, 2016.

13. Louisiana Dept of Environmental Quality, Mobil Air Monitoring Lab (MAML), "April 27, 2018 River Ridge and Harahan, LA." Surveillance and monitoring report for operation from April 27 to May 2, 2018.

14. Permit Modification no. 7 Application, Jefferson Parish Sanitary Landfill, Solid Waste Permit, Facility No. D-051-0090, Agency Interest No. 6961, Permit No. p-0297R1, Vol 1 of 1, March 2016. Sigma Engineers and Constructors, Inc.

15. Odor Complaint Data Maintained by Waste Connections at the Jefferson Parish Landfill, January through December 2017.

16. Odor Complaint Data Maintained by Waste Connections at the Jefferson Parish Landfill, January through September 2018.

17. Weather Data collected at the Jefferson Parish Sanitary Landfill – 2017.

18. Weather Data Collected at the Jefferson Parish Sanitary Landfill – January through Sept 14, 2018.

19. 30 CAD Drawings from 2011 RFP (Piping diagrams. Well placements, well design crossections, slope contours, etc.).

20. 8 Cad Files that include aerial views of the Jefferson Parish Landfill in 2018.

21. Excel Spreadsheet of daily municipal solid waste and special waste tonnage deliveries from 9-20-2016 and through 9-2-2018.

22. 48 files of monthly, quarterly and annual wastewater discharge reports from 9-2017 to 9-2018.

SCS obtained data sources:

23. Weather Underground, historical meteorological data for New Orleans International Airport (MSY), April through September 2018, www.wunderground.com.

24. Davoli, E., Gangai, M. L., Morselli, L., and Tonelli, D., "Characterization of Odorants Emissions from Landfills by SPME and GC/MS", Chemosphere 51 (2003) 357-368, www.elsevier.com/locate/chemosphere.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

25. Sue Lee, Qiyong Xu, Matthew Booth, Timothy G. Townsend, Paul Chadik, Gabriel Bitton, "Reduced Sulfur Compounds in Gas from Construction and Demolition Debris Landfills", Waste Management 26 (2006) 526–533, www.elsevier.com/locate/wasman.

26. Paola Pierucci, Elena Porazzi, Mercedes Pardo Martinez, Fabrizio Adani, Cesare Carati, Federico Maria Rubino, Antonio Colombi, Enrico Calcaterra, Emilio Benfenati, "Volatile Organic Compounds Produced During the Aerobic Biological Processing of Municipal Solid Waste in a Pilot Plant", Chemosphere 59 (2005) 423–430, www.elsevier.com/locate/chemosphere.

27. Carlson Environmental Consultants, PC (Carlson), "Landfill Gas System Assessment for the Jefferson Parish Landfill", Monroe, NC, August 15, 2018.

28. 3M Occupational Health and Environmental Safety Division, "2010 Respirator Selection Guide", 3M Corporation, 2010.

Some of these documents are referenced or cited in the text contained in the following sections of this report. Citations are made according to the accompanying number listed by each of the above documents.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 3.0 SITE OBSERVATIONS

## 3.1 GENERAL SITE SURVEY AND OBSERVATIONS

Upon arriving at the Jefferson Parish Landfill, and after an initial on-site meeting, the SCS team was escorted on a detailed site tour of the landfill operations. This tour was lead by Mr. Brett O'Conner of Waste Connections. The entire waste site was viewed by the team initially by driving along all site access roads. At various locations, the team exited the vehicle and proceeded via foot to inspect some specific aspects of the facility. This initial view of Jefferson Parish Landfill provided the basis for a more methodic odor survey of the facility conducted later that day. SCS's initial observations from this tour were that the Jefferson Parish Landfill was well maintained and organized and certain sections were undergoing construction and modification. All final covered areas were planted and maintained and no debris was evident in the final covered areas. The storm water runoff and leachate pond was empty due to the effort to replace the liner and all leachate was legally being channeled to the local Publically Owned Treatment Works (POTW) in a completely contained system. Active construction was witnessed in the Phase 4a zone in preparation of a bottom liner for that cell. In addition, at the northern portions of Phase 4a, where it overlaps Phase 3b, the active working face was in progress. Aggressive methods were in practice to minimize the exposed area of newly deposited solid waste and to rapidly cover the waste to minimize any odor or fugitive debris. An active odor control system was operational. During the initial tour, minimal gaseous and/or sulfurous odors were briefly observed along a section the western border of Phase 3a adjacent to a leachate pond situated on the River Birch landfill. Slight trashy and sweet odors were detected near the working face (as expected), but not a sulfur or rotten egg-like smell that normally is associated with landfill gas. The extent of the working face odors were observed as minimal and were not detectable at downwind locations near the facility border. Requested documents were provided by Waste Connections following the site visit.

## 3.2 LANDFILL GAS SYSTEM

The Jefferson Parish Landfill is owned by Jefferson Parish. It has been developed in each of 5 existing and separate waste disposal areas designated as Phases 1, 2, 3a, 3b, and 4a. Phase 4b is an area permitted for waste disposal but not yet developed or having any waste disposed to date. The entire landfill property is 346 acres, of which 324 acres is designated and permitted for waste disposal. The site was opened to waste receipt in Phase 1 in 1982, and its current solid waste permit expires in 2024. To date, the site has received about 13 million tons of waste.

Waste disposal operations at this landfill are currently contracted by Jefferson Parish to IESI, a subsidiary of Waste Connections. The responsibilities of Waste Connections to date are limited to current landfill operations in Phase 4a. The existing gas collection and control system (GCCS) throughout the site is contract operated from Jefferson Parish to APTIM. The existing leachate management system is operated by an internal workforce of Jefferson Parish Landfill.

The GCCS is fully installed and operational in closed landfill Phases 1, 2, 3a, and 3b. A GCCS has not yet been installed in new and currently operational Phase 4a. Gas collection in that GCCS is primarily through a total of 220 vertical wells and a few horizontal collectors. Gas from those collection points is the conveyed through above ground laterals and underground headers to two central collection stations. The primary and at present exclusive active gas collection station now is a facility owned and operated by a landfill gas developer who sells the gas to a third party for energy use. That developer is known as Renovar Inc. That plant is located in the northeast part of the landfill property. A blower/flare facility owned and operated by Jefferson Parish is located in the southwest corner of the property. No

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

flow is currently going to that location. It is meant as backup for collection and disposal of collected gas if the landfill gas developer Renovar cannot use all of the collected landfill gas. At present, Renovar is able to use all of the collected gas, so the blower/flare facility sits idle awaiting such need.

Landfill gas at the site is subject to federal and state air regulations known as the New Source Performance Standards (NSPS) for municipal solid waste landfills. Those regulations require the installation and operation of a comprehensive GCCS to reduce and control fugitive emissions of landfill gas that could cause degradation of area-wide air quality or contribute to local off-site odor nuisance. These regulations have certain operating requirements for individual gas collection points, for controlling surface emissions, and either for the treatment and disposal of collected gas in an on-site combustion device or for transport off-site for third-party energy use as is the case here.

Although there have been a few Compliance Orders that addressed a need for adjusted and improved GCCS operation to fully comply with the NSPS regulations at this site, the site appears to be in substantial compliance with the NSPS regulations over the past few years and at this point in time. That by itself is an indication that the Jefferson Parish Landfill is adequately controlling fugitive emissions at the landfill from gas sources, and thus adequately controlling odor from this source.

The above is based on monthly monitoring of wellheads and quarterly surface emission monitoring (SEM) done for NSPS compliance by APTIM. In addition, Carlson Environmental Consultants, PC (CEC) did extensive field monitoring and analysis work on the GCCS in May 2018, as part of its analysis under contract assignment to Jefferson Parish. CEC found liquid accumulations in many gas wells and overall determined that the gas system was not optimized for collecting the maximum possible quantity of gas. But their wellhead monitoring and SEM monitoring at the site demonstrated substantial compliance with NSPS requirements. Where exceedances were found in wellhead readings or SEM results, the results were deemed to be correctable, by APTIM adjusting the GCCS in a manner that gets wellhead or surface emission readings back to target, and thus achieves overall NSPS compliance.[7,24]

As described previously, the authors of this report inspected the site on September 13 and 14, 2018. Among other tasks, they observed on-site and off-site odors and their likely sources. Only slight odors of landfill gas fugitive emissions were detected on-site. Those slight odors were likely traceable to fugitive emissions from the landfill surface, uncollected or uncollectable by the site's GCCS. This odor level was observed to be average to better than average for most landfills, and consistent with an adequately operated GCCS. Even an optimized and perfectly designed and operated GCCS cannot collect all fugitive emissions, as is recognized by U.S. EPA and their NSPS-related guidance publication known as AP-42.

SCS is confident that the fugitive landfill gas emissions detected on-site on September 13 and 14, 2018 did not rise to a level of detectability off-site, much less to that of an off-site nuisance level. Although odor potential can vary day to day depending upon weather conditions, it is unlikely that such fugitive emissions from Jefferson Parish Landfill could ever rise to a level of odor nuisance off-site under the current conditions of GCCS operation at this site.

## 3.3 LEACHATE HANDLING SYSTEM

Leachate collection systems have been installed in all phases of the Jefferson Parish Landfill. The system consists of underdrain piping installed atop clay and plastic liners in each of the landfill phases. These underdrains then connect to side slopes risers. Pumps are installed down-hole in these risers to pump collected leachate to the surface. That collected leachate is then conveyed through underground lateral piping to an existing leachate pond in the southwest corner of the landfill property. After aeration and settling of solids in that pond, the leachate is conveyed to a nearby sewer connector.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Leachate is then conveyed through conventional existing sewer lines to the publicly owned treatment works (POTW) several miles away.

At the time of our site visit on September 13 and 14, 2018 the pond was being re-constructed and was not in use. In the interim, collected leachate is conveyed through subsurface piping direct to the sewer and thence to the POTW. The leachate does not come above ground or is otherwise exposed to atmosphere at all. With the leachate totally contained, there is no opportunity for release of leachate odors from its collection system into the air.

It is well known that the Jefferson Parish Landfill is more saturated than most landfills. First, local precipitation averages in excess of 60 inches per year, and much that falls on the site then infiltrates into the waste, as is the case at any landfill. Second, this site has received liquid wastes for many years. Liquid waste receipts continue to this day, although quantities of such received at present are significantly reduced from prior years. Liquid wastes received at the landfill must be and have been solidified before application to the landfill's working face. Despite that, liquid waste receipts have also contributed to the higher than average liquid quantities in this landfill.

This higher liquid content has manifested itself in the gas extraction wells. As described previously, these liquids are accumulating in virtually all gas wells, reducing the available slotted length for gas inflow in gas extraction wells or in some cases covering them completely. Many of the gas wells have pumps installed down-hole to remove those liquids. But many of these pumps were found to be disabled or under-performing at the time of the CEC field monitoring of May 2018. And again, not all gas wells have such pumps.

This has reduced the opportunity for optimum gas collection for the energy plant and revenue for the developer, although environmental compliance and odor control is still achieved under the NSPS regulations, as cited previously.

The leachate collection system has similar issues. Although pumps have been installed in all leachate risers, many were found to be disabled or under-performing in the CEC monitoring round of May 2018. Like the gas system, work is backlogged to pump liquids and get the leachate system operating better, and ideally to optimum conditions. Any and all liquid that accumulates above 1-foot of depth in the leachate collection system should be continuously pumped out.

Despite the above, leachate is not believed to be contributing any detectable odor on or off site. At many sites with excess liquid buildup in the waste mass, the excess liquids create leachate springs known as "break-outs" on the side slopes of the landfill. There is no evidence of such breakouts on any of the phases of the Jefferson Parish Landfill. Such breakouts are often a primary source of landfill odors attributable to leachate. But again, there is no evidence of that at Jefferson Parish Landfill.

Leachate conveyance system including on-site-treatment and collection ponds exposed to the atmosphere can also be a source of landfill odor. But the leachate system at Jefferson Parish Landfill is totally enclosed and the leachate treatment pond is not being used at this time. Instead, leachate is directly conveyed subsurface and in enclosed piping from the bottom of each landfill phase into the local sewer system. In summary, SCS is of the opinion that leachate at the Jefferson Parish Landfill is not currently a source of landfill-related odor.

---

Jefferson Parish Landfill (10/9/2018)

9

www.scsengineers.com

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## 3.4    ODOR AND $H_2S$ SURVEY OF LANDFILL PHASE BORDERS

As outlined in the Background section of this report, a methodical survey of onsite odor sources was conducted on the Jefferson Parish Landfill. As shown in Figure 1, odors were surveyed at all border and access road locations and sampled for $H_2S$ at 25 discrete locations throughout the landfill facility. Along the path of this survey, SCS personnel scanned for any detectable odors and measured for the ambient $H_2S$ concentration using a calibrated Jerome 631-X $H_2S$ analyzer. The complete log of this sampling and survey work is found in Appendix A (9-13-2018). Record of calibration for this analyzer is provided in Appendix B. As noted, odors having a sulfur component were detected at locations 3, 17b, 18, and 19. Concentration measurements of $H_2S$ at these locations were 3ppb, 8ppb, 14ppb, and 11ppb respectively. Slight odors having a wet soil or sewage character were detected near locations 17, 10b, and 21 with no $H_2S$ detected. It should be noted that all odors were very transient and considered minor. The most significant was at site 18 near the gas separation plant in operation on the River Birch Landfill just adjacent to the Jefferson Parish Landfill's western border (see Figure 1) near Phase 3b. Wind observations associated with the detection of odors at sampling site 18 were variable and primarily from the north (the general direction of the River Birch gas plant from the sampling point). No odors were detected off site from the Jefferson Parish Landfill. Table 1 provides a summary of the data collected during this site survey.

Table 1.    Jefferson Parish Landfill Site Odor Survey Data (9-13-2018)

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | $H_2S$ (PPB) | Comment |
|---|---|---|---|---|---|
| 1 | 1328 | 0 | SSE | 0 | No Odor – light winds |
| 2 | 1330 | 0 | SSE | 0 | No Odor – light winds |
| 3 | 1333 | 1-2 | S | 3 | Slight Odor – sulfur |
| 4 | 1335 | 1-2 | S | 0 | No Odor |
| 5 | 1338 | 1-2 | S | 0 | No Odor |
| 6 | 1340 | 1-2 | S | 0 | No Odor |
| 7 | 1343 | 1-2 | S | 0 | No Odor |
| 8 | 1345 | 1-2 | S | 0 | No Odor |
| 9 | 1347 | 1 | S | 0 | No Odor |
| 10 | 1350 | 1 | S | 1 | No Odor |
| 11 | 1450 | 0 | NA | 0 | No Odor |
| 12 | 1455 | 0 | NA | 0 | No Odor |
| 13 | 1500 | 0 | NA | 0 | No Odor |
| 14 | 1502 | 0 | NA | 0 | No Odor |
| 15 | 1504 | 0-1 | S | 0 | No Odor |
| 16 | 1506 | 0-1 | S | 0 | No Odor |
| 17 | 1507 | 0-1 | NA | 0 | Intermittent Odors |
| 17b | 1508 | 0 | N (DRIFTING) | 8 | Sulfur Gas Odor |
| 18 | 1510 | 0 | N (DRIFTING) | 14 | Distinct LFG |
| 19 | 1512 | 0 | NA | 11 | LFG Odor |
| 10b | 1518 | 0 | NA | 0 | Wet Soil Odor |
| 20 | 1520 | 0 | NA | 0 | No Odor |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | H2S (PPB) | Comment |
|---|---|---|---|---|---|
| 21 | 1523 | 0 | NA | 0 | Light Sewage Odor |
| 22 | 1528 | 0 | NA | 0 | No Odor |
| 23 | 1530 | 0 | NA | 0 | No Odor |
| 24 | 1534 | 2 | S | 0 | No Odor |

## 3.5 LANDFILL WORKING FACE

The working face was active in receiving and placing municipal solid waste during the entire 2 day visit. Deliveries were consistent with stated historical waste handling on a daily basis which averages about 1,000 to 1,200 tons per day (40 to 80 truck trips per day) [21]. As previously stated the working face was kept at a minimum area (approximately 40 meters by 80 meters) and aggressively covered with at least one foot of soil to minimize odors and fugitive debris. An active misting and deodorizing system was operational at all times waste was being received. The misting system was not a masking agent but a true deodorizer agent. The deodorizer agent was delivered via an elevated hose system with periodic mister valves positioned about one per 5-8 feet at an elevation of about 10 feet above ground and crosswind to the incident wind direction. It appeared to be effective as the working face odors were minimal and no raw material odors were detected at downwind border locations. The active ingredient or the system manufacturer was not known or readily available at the time of the site tour.

In addition, it was noted that liquid wastes are far reduced from that of the past. Bulking agents absorb excess liquids and have the further benefit of reducing odor potential. Although the CEC report states that fly ash is a bulking agent and a known cause of hydrogen sulfide (H2S) generation with its resulting high odor potential [27], it is understood from Waste Connections personnel that this is incorrect - that fly ash has never been used as a bulking agent at Jefferson Parish Landfill, at least by IESI/ Waste Connections. Instead, bulking agents have been carefully selected to preclude any potential for odor generation on its own.

## 3.6 CELL CONSTRUCTION FOR PHASE 4A

As can be seen in Figure 1, the Phase 4a placement cell was under construction during the site visit. Significant challenges to this cell construction were cited during the tour. The soil removal process is slow due to the wet and spongy characteristic of the bottom soil needed to be removed and stockpiled to make way for a liner to support future waste placement activities. Other than a slight wet soil odor, no significant odors were detected in this area of the Jefferson Parish Landfill, including the adjacent area where excavated soils were being stockpiled. No H2S was detected in this area.

## 3.7 REGIONAL ODOR SOURCE SURVEY (9-14-2018)

As depicted in the previously mentioned Figure 2, SCS conducted a regional odor survey of potential sources in the facility of the Jefferson Parish Landfill. Table 2 provides a summary of these observations. In this survey, significant odors were detected in the morning hours along Highway 90. The location of these odorous plumes were situated just west of the Highway 90 entrance driveway to the C&D Landfill as sample locations 1 and 2 on Figure 2. Readings of 58 and 72 PPB were recorded along highway 90 at these locations respectively. Significant sulfur – rotten egg odors were experienced. Light winds from the northeast and east-northeast were prevalent during this observation which would suggest a plume trajectory originating from the C&D facility. Almost an hour later, odors were still present at this location, though at lower levels associated with higher wind speeds.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



Table 2.     Regional Odor Survey of Jefferson Parish (9-14-2018 – see Figure 2)

| Location | Time | Estimated WS (m/s) | Estimated WD (Compass) | H2S (PPB) | Comment |
|---|---|---|---|---|---|
| 1 | 0850 | 1-2 | NE | 58 | LFG Rotten Eggs |
| 2 | 0852 | 1-2 | ENE | 72 | LFG Sulfur |
| 1 | 0945 | 2-3 | NNE | 2 | Light LFG Odor |
| 2 | 0947 | 2-3 | NNE | 2 | Light Sulfur |
| 3 | 1020 | 2-3 | NNE | 0 | Corn Flake – Grain Odor |
| 4 | 1030 | 2-3 | ENE | 2 | Sulfur and Ammonia |
| 5 | 1033 | 2-3 | ENE | 2 | Sulfur and Ammonia |
| 6 | 1045 | 2-3 | ENE | 0 | Light Diesel Odor |
| 7 | 1050 | 2-3 | ENE | 0 | Wet Soil and Garbage |
| 8 | 1052 | 2-3 | N | 0 | Light Odor – Green Waste |
| 9 | 1055 | 1-2 | N | NA | Stale Hard Odor |
| 10 | 1115 | 1-2 | N | NA | NA |
| 11 | 1120 | 2-3 | N | NA | Sour Sewage Smell – Distinct |
| 12 | 1135 | 2-3 | N | NA | Wet Soil Odor |
| 13 | 1140 | 2-3 | NE | NA | Wet Soil Odor |
| 14 | 1150 | 2-3 | NE | NA | No Odor |

Other sources of odor were observed throughout the observation route though the region. In some instances there were positive readings of $H_2S$ and other times no $H_2S$ detected with a variety of odors being sensed. There is no question that there are a wide variety of sources of industrial odors in the region that can be detected during generally prevalent weather conditions, not to mention under extremely light and stable air flow when odors are more common. Table 3 provides the intended source where odor observations were made during this survey. These 14 sources are not the only additional sources in the region in addition to the landfills, but are just a sampling of sources that noted a positive odors response.

See Figures 3 through 9 for detailed sampling locations downwind of various sources in the region.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed 01/16/2019 15:23:05 Case:790369 Div:J ID:25596

0413

01/16/2019 WED 16:33  FAX 504 596 6301 Bradley Murchison – N.O.

[095/345]

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 3.    Sites 1 and 2



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 4.    Site 3



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0415

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 5.    Sites 4 and 5



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 6.   Site 6



www.scsengineers.com

16

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 7.    Sites 7, 8, and 9



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 8.    Sites 10 through 13



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

24th JDC Civil Fax Filed:01/16/2019 15:23:05 Case:790369 Div:J ID:25596

01/16/2019 WED 16:42  FAX 504 596 6301 Bradley Murchison – N.O.  ☑101/345

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Figure 9.    Site 14



Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Table 3.     Source Receptor Location for the Regional Survey Conducted on 9-14-2018

| Receptor Location Number | Description of Intended Source/Receptor Location |
|---|---|
| 1 | C&D Landfill/Highway 90 (NNE, NE and ENE winds), Avondale, LA |
| 2 | C&D Landfill /Highway 90 (NNE, NE and ENE winds), Avondale, LA |
| 3 | ADM Grain Processing Plant/ River Rd. near Ama, LA |
| 4 | Cornerstone Chemical, Evonik, and Kemira facilities/Alice Rd., Waggaman, LA |
| 5 | Cornerstone Chemical,  Evonik, and Kemira facilities/Alice Rd., Waggaman, LA |
| 6 | Soil Processing Facility/River Road on Levy near Jeffer Drive in Waggaman, LA |
| 7 | Waste Bin Container Yard/Litigue St., Waggaman, LA |
| 8 | Carpenter and Peterson Facility/Litigue St. and Foundry Rd in Waggaman, LA |
| 9 | Metals USA Plant/Foundry Rd. and Modern Farms Rd. in Waggaman, LA |
| 10 | Barging near Levi/Riverside Dr and Imperial Woods Dr., Harahan, LA |
| 11 | Sewer Excavation Near Colonial Country Club/Colonial Club Drive, Harahan, LA |
| 12 | River Activity/Orchard Rd and River Lane, River Ridge, LA |
| 13 | River Activity/East & West Henfer Ave., River Ridge, LA |
| 14 | WWTP near Rt 3139, Elmwood, LA |

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

## 4.0    FINDINGS AND CONCLUSIONS

The findings and conclusions from this study are presented below:

- Odor complaint correlation with concurrent wind measurements suggests that the numerous sources in the region contribute to odor detection by the public.

  - Odor complaints within five miles of the Landfill that occurred between July 28 and September 7, 2018 [16] were evaluated for correlation to the wind directions measured at the nearby New Orleans International Airport [23]. Each odor event location was first mapped using Google Earth and then categorized according to the direction (N, NNE, NE, ENE, E, etc.) from the Landfill to the odor event. Next, the direction from the Landfill to each odor event was compared to the wind direction measured at the New Orleans International Airport just before and just after the odor event start time based on hourly measurements. Of the 157 odor events with valid data (e.g., complaint log recorded the event start date, start time, and address), only 29 events (18.5%) correlated to the airport wind direction measured just before the start of the odor event and only 4 events (2.5%) correlated to the airport wind direction measured just after the start of the odor event. This indicates that over 80% of the odor observations were most likely from other sources.

- Observed odors and measured concentrations of H2S at the Jefferson Parish Landfill are minimal and not detectable at off site locations.

  - Based upon our inspection of the Jefferson Parish Landfill, SCS observed minimal concentrations of H2S at only selected areas of the landfill. Any odors detected near the landfill borders (near small segments of the western border of Phases 3b and 3a) were transient, not sustainable and considered insignificant. These observations and accompanying H2S measurements support our finding that any generated odors at the Jefferson Parish Landfill are not detectable at offsite locations where the general public has access. Our observations support the allegation that the gas plant on the River Birch Landfill could be producing significant emissions of H2S and the C&D landfill just east of the Jefferson Parish Landfill is a confirmed generator of H2S emissions [25] as its plume was measure on Rt. 90 the morning of 9-14-2018.

- Results of the Mobile Air Monitoring Lab (MAML) report dated April 27 2018, River Ridge and Harahan, LA corroborates the finding that the Jefferson Parish Landfill was not the source of odors detected on April 28th and 29th, 2018.

  - In general, the MAML report [13] provides very useful and accurate information resulting from detailed air monitoring conducted in the River Ridge, Harahan, and Westwego, LA regions. While SCS has some reservation on the accuracy of the data collected by the Louisiana Department of Environmental Quality (LDEQ), in general, the measurements were collected according to documented methods and practices with ample quality assurance to back the validity of the data. During the six days (April 27 through May 2, 2018) of nearly continuous monitoring of numerous chemical species, the region experienced an odor event during the late hours of April 28 that extended into the early hours of April 29. During this event, hourly averages of methane and H2S concentrations were shown to increase by a factor of about 3 and 6, respectively. Methane was seen to increase from an hourly average of 2.56 ppmC to 7.54 ppmC. At the same time, hourly averages of H2S were seen to increase from 1.9 ppb to 12.0

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

ppb. During this approximate five hour episode, three instantaneous grab samples were collected and analyzed by a certified contracted analytical laboratory for speciated volatile sulfur compounds (ASTM method 5504-12) and volatile organic compounds (EPA Method TO-15). Those grab samples indicated instantaneous $H_2S$ concentrations ranging from 100 ppb to 120 ppb, which were below the Louisiana Ambient Air Standard (LAAS) but not below the established odor threshold of $H_2S$ of 0.5 ppb. [28]

&mdash; Wind measurements made by the MAML indicated wind direction averages were from the sector defined by 226 degrees clockwise through 246 degrees which placed the Jefferson Parish Landfill as one of the possible alleged sources of the pollutants measured (SCS cannot verify the method that the LDEQ used to align the meteorological sensors correctly during their monitoring exercises).

&mdash; SCS contends that the elevated $H_2S$ levels measured that evening could not be attributed to the Jefferson Parish Landfill due to the fact that the corresponding TO-15 data shows a non-detect of d-limonene and ethyl acetate in all samples. D-limonene and ethyl acetate are common markers of gaseous emissions from municipal waste but not found in C&D landfills. [24, 26] This is due to the absence of food and other organic wastes in C&D landfills. If the $H_2S$ concentrations measured in the samples collected during the odor event on April 28-29 contained d-limonene and/or ethyl acetate, it may then suggest that Jefferson Parish emissions could have contributed. But the absence of these markers indicates the absence of any influence of Jefferson Parish Landfill emissions on the odor event experienced that evening.

- **Potential Jefferson Parish Landfill emissions do not support downwind instantaneous and hourly impacts of $H_2S$ of the ranges measured by the Louisiana Department of Environmental Quality via the MAML Study &ndash; a much more substantial source is responsible.**

  &mdash; SCS conducted screening level dispersion modeling using the United States Environmental Protection Agency's (EPA's) SCREEN3 model to gauge a hypothetical surface concentration from an area source located at the Jefferson Parish Landfill that could generate a downwind hourly $H_2S$ concentration of 12 ppb or an instantaneous concentration of 120 ppb in River Ridge or Harahan, LA (approximately 2-3 miles away). This modeling revealed that it would take an area source having the dimensions of 40m by 80m with an average surface $H_2S$ concentration over 10,000 ppm to generate such downwind impacts. Additional modeling revealed that it would take a theoretical point source located at Phase 4a with a diameter of 320 meters and an average surface $H_2S$ concentration of approximately 180 ppm to generate such hourly downwind impacts. For the instantaneous concentration, it would require an even higher surface $H_2S$ average concentration.

  &mdash; The surveys conducted by SCS on September 13, 2018 and those conducted by CEC do not indicate that there are any sources of this magnitude (size and concentration) at the Jefferson Parish Landfill. The CEC report indicates some small isolated cracks in the cover at isolated locations and next to well heads penetrations in phases 3b and 4a had $H_2S$ reading on the order of 50 PPM, but in no way do these isolated fugitive sources add up to an area of the size used in this analysis at this concentration. The CEC report indicates that the surface air concentrations in the region where there were cracks and well head fugitive sources was about 200ppb &ndash; which if modeled, would

www.scsengineers.com

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0423

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

not generate the observed downwind concentrations. The SCS survey could not replicate the $H_2S$ concentrations cited in the CEC report. SCS suggests that another substantial source of $H_2S$ exists in the region. The C&D Landfill has the potential to generate these types of surface concentrations due to the nature of waste generally deposited in a C&D facility (plaster board). [25] This theory is further supported by the $H_2S$ measurements collected on the morning of September 14, 2018 on Highway 90 that directly measured a significant $H_2S$ plume coming from the direction of the C&D Landfill.

- **Landfill Performance Observations**

  - The landfill gas management system at Jefferson Parish Landfill has challenges with liquid accumulations, deferred maintenance, and deferred improvements. It is by no means optimized for maximum collection of fugitive landfill gas emissions. However, it appears to be in substantial compliance most of the time with the NSPS regulations. At the time of the SCS visit on September 13 and 14, 2018 it appears to collect enough landfill gas so as to manage the risk of landfill gas causing an odor nuisance off-site.

  - The leachate management system also has its challenges - with excess liquid buildup, deferred maintenance, and deferred improvements. But there appears to be no leachate breakouts or spring-like releases of leachate on the landfill side slopes. The leachate system at this time is entirely contained and not exposed to atmosphere. It seems unlikely that leachate or the leachate management system could be the cause of an odor nuisance off-site.

  - The landfill's working face is well operated and odors well managed. It seems unlikely that the working face could be the cause of any off-site odor nuisance.

  - IESI/Waste Connections is responsible only for working face operations in Phase 4a, and thus only for odors from the current working face in that phase. It is not responsible for odors from other existing Phases 1, 2, 3a, or 3b. It is not responsible for leachate or gas related odors from anywhere within the Jefferson Parish Landfill.

  - At the time of the site inspection of September 13 and 14, 2018 by SCS, on-site odors were small to non-existent, and far better than most landfills. It is recognized that these were just two days, and that odor conditions can worsen under different conditions such as changing weather. But with what SCS observed and detected on the landfill that day, it seems unlikely any odor from Jefferson Parish Landfill could rise to the level of an off-site odor nuisance.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

# 5.0 OTHER SUGGESTED TASKS THAT SUPPORT THE ABOVE FINDINGS

Based upon the observations made during the site inspection, document review, and findings, SCS is recommending the following tasks that could be conducted to provide further substantiation of our opinions and conclusions.

- **Detailed Odor Emission Profile of the Jefferson Parish Sanitary Landfill.**

  – In this effort, SCS would conduct isolation sampling of surface odor emissions over each sub-area of the Landfill complex. Source samples would be collected and odor emissions determined for each aspect of the landfill operation. This could include, well heads, leachate ponds, piping systems, working face, daily cover areas, final cover areas, construction and excavation areas, etc. This data would be substantial and defensible according to ASTM and EPA standards and applicable to support detailed modeling of odorous emissions from the landfill complex or any sub-zone.

- **Conduct CALPUFF and AERMOD modeling of Odor Emission of the Jefferson Parish Landfill.**

  – The US EPA AERMOD model would be used to determine the worst case odor footprint of the Jefferson Parish Landfill. SCS is confident that based upon the odors survey conducted, impacts of odors would be minimal to non-existent. This exercise will prove that statement based upon a multi-year history of possible meteorological data. Detailed episode modeling could be performed using the CALPUFF model and supporting meteorological models to investigate certain odor episodes allegedly documented through odor complaint data and from the previous AERMOD modeling exercise.

- **Conduct Continuous Tracer Studies.**

  – SCS has the unique capability to tag the emissions of the Jefferson Parish Landfill with an inert tracer gas over a period of time. As this is done, when complaints are registered, a technician could be called to collect air samples at the location of complaints or where odors are detected in the adjacent neighborhoods. These samples can be analyzed for the specific tracer that is used at the Jefferson Parish landfill. If no tracer is present, then it is clear the Landfill is not the issue. Note, this approach does present some risks where plumes from adjacent landfills overlap with potential plumes from Jefferson Parish Landfill.

- **Conduct a Detailed Analysis of Historical Odor Complaint Data.**

  – While this report provides a short analysis of only a portion of the odor complaint data levied against the Jefferson Parish Landfill, it would be of interest to conduct a comprehensive analysis of the all the complaint data. Statistics would be drawn from this analysis in the validity of the complaint with regard to simultaneous and independently collected wind data. SCS believes that a significant portion of the complaints are baseless and having these statistics would strengthen Waste Connections argument that they are not generating the detected odors in the adjacent communities.

---

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

Privileged and Confidential Attorney-Client Communication or Attorney Work Product



- **Develop a Landfill Gas Generation and Collection Model for Jefferson Parish Landfill.**

  - CEC already has a gas generation model in their report. SCS can provide a more accurate modeling of landfill gas production using the LandGEM model algorithm with our own values for $L_0$ and $k$. These parameters can be defined based on our large proprietary database of landfill gas recovery versus modeling results. SCS would also like to obtain historical data for actual gas volumes collected for at least for the past five years, and determine the percentage (%) of total gas generation. The delta between generation and actual collection is the amount of gas available for fugitive emissions. It is important to demonstrate that Jefferson Parish Landfill collects gas in accordance with U.S. EPA's efficiency guidelines.

- **Collect and Evaluate Data on Special and Liquid Waste Receipts, their Quantities, their Sources, their Chemistry, and their Associated Bulking Agent Applied for the Past 5 Years.**

  - This will help SCS evaluate if any special or liquid wastes, or the way they were bulked or otherwise handled and treated may have caused a significant odor problem. SCS would like to further debunk the CEC claim that fly ash added as a bulking agent may have created an $H_2S$ odor problem. This study may help in debunking other claims about problematic special wastes, liquid wastes, or bulking agents.

Privileged and Confidential Attorney-Client Communication or Attorney Work Product

0426