## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>      Plaintiff,<br><br>**VERSUS**<br><br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>      Defendants.<br><br>*Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>      Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>      Defendants.<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>NO. 18-7889<br>      c/w 18-8071,<br>      18-8218, 18-9312<br><br>SECTION: "E"(5)<br><br><br><br><br><br>**CIVIL ACTION**<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### DECLARATION OF MEGAN R. BRILLAULT IN
### SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF WASTE
### CONNECTIONS DEFENDANTS' MOTION FOR RECONSIDERATION

I, Megan R. Brillault, hereby declare as follows:

1.  I am a Principal of the law firm Beveridge & Diamond, P.C., and am duly admitted to practice *pro hac vice* before this Court.

2.  I submit this Declaration, together with the accompanying exhibits, in support of the Reply Memorandum in Further Support of Waste Connections Defendants' Motion for Reconsideration. I am fully familiar with the facts set forth herein.

3. A true and correct copy of an email sent to Plaintiffs attaching the November 13 and December 4 Privilege Log Entries Categorized by SCS Work Product, dated December 7, 2023, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York
January 9, 2024.

                                                  /s/ Megan R. Brillault
                                                       PRINCIPAL