## 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

I have known Seth Schaumburg and his family for more than 25 years.

Seth Schaumburg has represented me in legal matters since Hurricane Katrina.

Seth Schaumburg is our family attorney for most matters.

When the odors reached River Ridge in 2017, I communicated with my attorney, Seth Schaumburg, about the potential for litigation, and some of those communications were by text.

When the lawsuit was filed regarding the Jefferson Parish Landfill, it is my understanding that I was being represented by Seth Schaumburg, Val Exnicios, and Douglas Hammel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2024.

ELIAS  Jorge Ictech-Bendeck

EB
1/3/23