## 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury

I have known Elias Jorge Ictech-Bendeck and his family for more than 25 years.

I have represented Mr. Bendeck and his family in legal matters since Hurricane Katrina.

I am the Bendeck family attorney for most matters.

When the odors reached River Ridge in 2017, I communicated with Mr. Bendeck about the potential for litigation, and some of those communications were by text.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2024.

Seth Schaumburg

Attorney for Elias Jorge Ictech-Bendeck