**ATTACHMENT A**
**CATEGORIES OF WORK**

| Number[1] | Category of Work |
|---|---|
| 1 | Leachate Collection System Pump Evaluation Report for Jefferson Parish Landfill, dated November 2018 (WC_JPLF_00516177) |
| 2 | Jefferson Parish Landfill Site Evaluation with Respect to Odors, dated October 24, 2018 (WC_JPLF_00276143) |
| 3 | Jefferson Parish Landfill Tie-in of Leachate Collection System Sump Risers to Landfill Gas Collection System, Construction Record Report, dated January 2019 (WC_JPLF_00411825) |
| 4 | Supporting affidavits for Waste Connections Defendants' opposition to Plaintiffs' motion for expedited discovery in state court |
| 5 | Two onsite landfill surface pollutant concentration reports and accompanying memorandum:<br>(a) Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill –Data Report, dated May 31, 2019 (WC_JPLF_00210878);<br>(b) Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill --Supplemental Data Report, dated July 10, 2019 (WC_JPLF_00210732); and<br>(c) Memorandum – Surface Pollutant Concentration Measurements at the Jefferson Parish Landfill, dated April 23, 2021 (WC_JPLF_00403662) |
| 6 | Air Modeling and HRA Screening Reports dated August 12 and August 15, 2019. |
| 7 | Jefferson Parish Landfill Special Waste Odor Evaluation, dated September 24, 2019 (WC_JPLF_00406383) |
| 8 | Hydrogen Sulfide (H2S) Sampling in the Jefferson Parish Region (November 4 through 8, 2019), dated April 13, 2020 (WC_JPLF_00203231) |
| 9 | Expert Report of Jeffrey D. Marshall, PE, dated April 30, 2021 |

---

[1] The Court assigned numbers to the Categories of Work in this Chart for ease of reference.