||| UNCERTIFIED ROUGH DRAFT |||

ROUGH DRAFT TESTIMONY OF PHIL ADAMS

TAKEN ON JANUARY 11, 2024

REPORTER'S NOTE:  THIS UNEDITED ROUGH DRAFT OF THIS PROCEEDING WAS PRODUCED IN REALTIME INSTANT FORM AND IS NOT CERTIFIED.  THE ROUGH DRAFT TRANSCRIPT MAY NOT BE CITED OR USED IN ANY WAY OR AT ANY TIME TO REBUT OR CONTRADICT THE FINAL CERTIFIED TRANSCRIPTION OF THE PROCEEDING. THERE WILL BE DISCREPANCIES BETWEEN THIS FORM AND THE FINAL FORM OF THE TRANSCRIPT BECAUSE THIS REALTIME INSTANT-FORM TRANSCRIPT HAS NOT BEEN FULLY EDITED, PROOFREAD, CORRECTED, FINALIZED, INDEXED, BOUND, OR CERTIFIED.  THERE WILL ALSO BE A DISCREPANCY BETWEEN THE PAGE AND LINE NUMBERS APPEARING ON THIS UNEDITED ROUGH DRAFT AND THE EDITED, PROOFREAD, CORRECTED, CERTIFIED FINAL TRANSCRIPT.

1       A.    I had no desire inclination to take an active
2   role in this whatsoever.  I'm busy and I've got things
3   going on and then at some point I felt like, you know,
4   perhaps this was part of my civic duty to represent
5   people similar to me and hopefully this would not
6   happen again in the future which is important not own
7   for me as an individual but me as a citizen for my
8   community.  So yes at some point I agreed to take an
9   active role meaning allow myself to be designated as a
10  class representative.
11  BY MS. CIOLINO:
12      Q.    And I'll represent to you that your -- your
13  counsel has represented to us that there's a
14  contingency agreement date the November 2, 2023?
15      A.    Okay.
16      Q.    Do you recall reviewing the contingency fee
17  agreement?
18      A.    I'm sure I did but those issues again I'm an
19  attorney I trust these fellows.  I'm not -- I'm not
20  hung up on this.  The issue for me is I don't want it
21  to happen again and if there's any, you know, damage
22  that applied to people similar to me then they're owed.
23  But -- but my -- the impetus of my involvement as an
24  active role I don't want this to happen again I live
25  here this is where I'm going to die is in the city.  So

1    I don't want to move I don't want it to happen again
2    that's what -- what caused me to reevaluate whether or
3    not I wanted to participate in this active role.
4        Q.   So focusing on the formal retention now.
5        A.   Okay.
6        Q.   In the contingency agreement, do you recall if
7    you agreed to give you counsel a certain percentage if
8    you were successful in this case?
9             MR. HAMMEL:  Object to form.
10       A.   I am very familiar with our contingency fees
11   work I expect that Mr. Hammel and Mr. Betzer will be
12   compensated for the work they're doing.  I've never
13   stated or never had a concern about hey objects to them
14   getting compensated for their boric in this contingency
15   fashion.
16   BY MS. CIOLINO:
17       Q.   Does the contingency fee agreement reflect
18   that they are multiple law firms seeking to be
19   appointed as class counsel in this case?
20            MR. HAMMEL:  Object to form.
21       A.   I can't remember.
22            MR. HAMMEL:  Object to the form.
23   BY MS. CIOLINO:
24       Q.   Does the agreement -- does the contingency fee
25   agreement provide that you will receive any type of

```
 1       incentive award for serving as a class representative?
 2                    MR. HAMMEL:  Object to form.
 3            A.   I haven't got it yet I hope I get my parking
 4       validated.
 5       BY MS. CIOLINO:
 6            Q.   Is the answer no?
 7            A.   As far as I know I don't ever recall seeing
 8       hat.
 9            Q.   Does the contingency fee agreement provide
10       that class counsel will seek an incentive award on your
11       behalf?
12                    MR. HAMMEL:  Object to form.
13            A.   I truly cannot tell you, sitting here, any
14       details about the contingency agreement other than I
15       recall seen an agreement until you just told me when I
16       don't everyone remember when that was.  I must be a bad
17       plaintiff client because I don't remember.
18       BY MS. CIOLINO:
19            Q.   As an attorney, has anyone ever sought your
20       counsel your legal counsel with respect to claims
21       against the Jefferson Parish Landfill?
22            A.   No.
23            Q.   Has anyone sought your wife's legal counsel
24       for claims against the Jefferson Parish Landfill?
25            A.   Definitely not.
```