Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3

    ELIAS JORGE "GEORGE"          CIVIL ACTION NO.
 4  ICTECH-BENDECK               18-7889 c/w 18-8071,
                                 18-8218, 18-9312
 5  VERSUS
                                 SECTION: "E" (5)
 6  WASTE CONNECTIONS BAYOU,
    INC., ET AL.
 7

 8

 9  * * * * * * * * * * * * * * * * * * * * * * * * *
10       TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:
11              ELIAS JORGE ICTECH-BENDECK,
12  TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,
13  701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA
14  70139, ON THURSDAY, THE 4TH DAY OF JANUARY, 2024,
15  COMMENCING AT 10:03 A.M.
16  * * * * * * * * * * * * * * * * * * * * * * * * *
17

18

19

20

21

22

    Reported by:
23
        YOLANDA J. PENA, Certified
24      Court Reporter No. 2017002
        in and for the State of
25      Louisiana
```

Page 2

```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4       HAMMEL LAW FIRM
         (BY:  DOUGLAS S. HAMMEL, ESQ.)
 5       3129 BORE STREET
         METAIRIE, LOUISIANA  70001
 6       (504) 304-9952
         douglashammel@gmail.com
 7
                 - AND -
 8
         FAVRET, DEMAREST, RUSSO & LUTKEWITTE, APLC
 9       (BY:  SETH SCHAUMBURG, ESQ.)
         1555 POYDRAS STREET, SUITE 1600
10       NEW ORLEANS, LOUISIANA  70112
         (504) 561-10065
11       seth@favretlaw.com
12
13   FOR JEFFERSON PARISH:
14       CONNICK & CONNICK, LLC
         (BY:  MICHAEL S. FUTRELL, ESQ.)
15       3421 N. CAUSEWAY BLVD., SUITE 408
         METAIRIE, LOUISIANA  70002
16       (504) 681-6663
         mfutrell@connicklaw.com
17
18
     FOR APTIM CORPORATION:
19
         GIEGER, LABORDE & LAPEROUSE, L.L.C.
20       (BY:  JOHN E. W. BAAY II, ESQ.)
         701 POYDRAS STREET, SUITE 4800
21       NEW ORLEANS, LOUISIANA  70139
         (504) 561-0400
22       jbaay@glllaw.com
23
24
25
```

```
                                            Page 3
 1              A P P E A R A N C E S  (Continued)
 2
 3   FOR THE WASTE CONNECTIONS DEFENDANTS:
 4        LISKOW & LEWIS, APLC;
          (BY:   ALEC N. ANDRADE, ESQ.)
 5        701 POYDRAS STREET, SUITE 5000
          NEW ORLEANS, LOUISIANA   70139
 6        (504) 581-7979
          aandrade@liskow.com
 7
                 - AND -
 8
          LISKOW & LEWIS, APLC;
 9        (BY:  MICHAEL C. MIMS, ESQ.) [VIA ZOOM]
          701 POYDRAS STREET, SUITE 5000
10        NEW ORLEANS, LOUISIANA   70139
          (504) 581-7979
11        mmims@liskow.com
12
13   ALSO PRESENT:
14        ALBERT BONGARD, VIDEOGRAPHER
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

1                    I N D E X
2
                                              PAGE
3
STIPULATION.........................................5
4
EXAMINATION BY:
5
        MR. ANDRADE.............................6, 165
6
        MR. HAMMEL..............................149
7
REPORTER'S PAGE....................................167
8
REPORTER'S CERTIFICATE.............................168
9
10
                    LIST OF EXHIBITS
11
12
Bendeck No. 1......................................14
13      (Plaintiff Fact Sheet)
14  Bendeck No. 2......................................18
        (Email chain, Top email from
15       Mr. Sergi, 7/15/20, Subject:
         JPLF Cases - Ictech-Bendeck
16       and Addison)
17  Bendeck No. 3......................................66
        (Google Maps image)
18
Bendeck No. 4......................................69
19      (Google Earth image)
20
21
22
23
24
25

Page 5

1                   S T I P U L A T I O N

2

3         IT IS STIPULATED AND AGREED by and among the

4    parties that this deposition is hereby being taken

5    pursuant to the Federal Rules of Civil Procedure.

6         All formalities, excluding the reading and

7    signing of the transcript by the witness, are hereby

8    waived.

9         All objections, except as to the form of the

10   question and responsiveness of the answer, are

11   considered reserved until trial or other use of the

12   deposition.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

1    but I don't recall what they were called.  It -- it was
2    answer -- you know, where I had to answer some
3    questions, but I don't remember the name of the
4    document.
5        Q.   Okay.  We'll get into those in a second.  It
6    could have been interrogatories, or it could have been
7    something --
8        A.   I think that's probably what it was.
9        Q.   That was it?  Okay, good.
10       A.   I believe.  I -- I don't know.  I didn't read
11   the title of the document.
12       Q.   No worries.  Like I said, I've got them all
13   back there, and we're going to probably go through some
14   of them later on.
15            When did you first learn about this lawsuit?
16       A.   About this lawsuit?  Can you rephrase that
17   question?  When I first learned about the lawsuit?
18       Q.   Yeah.  When did you know that there was a
19   lawsuit going on or --
20       A.   I don't know specifically the date.  I mean,
21   all -- what I do know is that, you know, I had
22   consulted with my attorney, Seth Schaumburg, once we
23   started to -- I guess we were getting smells in the
24   neighborhood, and we felt it was important, you know,
25   for the safety of the public.

Page 13

```
 1        Q.   Do you remember about what time frame that
 2   would have been?
 3        A.   I do not recall the time frame.  It's been --
 4        Q.   Would it have been --
 5        A.   It's been too many years.
 6        Q.   -- 2015?
 7        A.   No.  It wouldn't have been 2015, no, sir.
 8        Q.   '16?
 9        A.   No, sir.
10        Q.   '17?
11        A.   Possibly.
12        Q.   Okay.  What is your understanding of what this
13   lawsuit is about?
14        A.   My understanding is, is to hold accountable
15   whoever is responsible for the smells that we were
16   incurring during that time period.
17        Q.   Okay.  And when you say, who's responsible,
18   who are you talking about?
19        A.   Well, we -- we found out, you know, through
20   news media that, you know, Jefferson Parish was
21   responsible for this.
22        Q.   Okay.  Anybody else?
23        A.   Not that I'm aware of.  Only -- only what I've
24   seen on the news.
25        Q.   Okay.  I promise you this folder is more
```

Page 168

```
 1              REPORTER'S CERTIFICATE
 2       I, YOLANDA J. PENA, Certified Court Reporter in
    and for the State of Louisiana, Registered
 3  Professional Reporter, and as the officer before whom
    this testimony was taken, do hereby certify that ELIAS
 4  JORGE ICTECH-BENDECK, after having been duly sworn by
    me upon authority of R.S. 37:2554, did testify as set
 5  forth in the foregoing 167 pages.
         I further certify that said testimony was reported
 6  by me in the Stenotype reporting method, was prepared
    and transcribed by me or under my direction and
 7  supervision, and is a true and correct transcript to
    the best of my ability and understanding.
 8       I further certify that the transcript has been
    prepared in compliance with transcript format
 9  guidelines required by statute or by rules of the
    board and that I have been informed about the complete
10  arrangement, financial or otherwise, with the person
    or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
    with the prohibition on contractual relationships, as
12  defined by Louisiana Code of Civil Procedure Article
    1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
    counsel for any of the parties, that I am neither
14  related to nor employed by any attorney or counsel
    connected with this action, and that I have no
15  financial interest in the outcome of this matter.
         This certificate is valid only for this
16  transcript, accompanied by my original signature and
    original raised seal on this page.
17
         Prairieville, Louisiana, this 8th day of January,
18  2024.
19
20
21
22      _____
        YOLANDA J. PENA, CCR, RPR
23      CCR NO. 2017002, RPR NO. 907346
24
25
```