Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NO.: 18-7889 c/w 18-8071,      SECTION: "E"(5)
18-8218, 18-9312

ELIAS JORGE "GEORGE", ICTECH-BENDECK

VERSUS

WASTE CONNECTIONS BAYOU, INC., ET AL.,

DEPOSITION OF

LARRY JOSEPH BERNARD, SR.

December 19th, 2023

at

The Law Offices of

LISKOW & LEWIS, APLC

701  Poydras Street, Suite 5000

New Orleans, LA 70139

REPORTED BY:

DOROTHY Z. JONES, CVR, CCR

```
 1     APPEARANCES
 2     ON BEHALF OF PLAINTIFF: Larry Joseph Bernard, Sr.
       Bruce C. Betzer, Esq.
 3     THE LAW OFFICE OF BRUCE C. BETZER
       3129 Bore Street
 4     Metairie, LA 70001
       PHONE: 504-832-9942
 5     bruce@brucebetzer.com
 6     ON BEHALF OF DEFENDANT: Waste Connections
       Alec N. Andrade, Esq.
 7     LISKOW & LEWIS, APLC
       701 Poydras Street, Suite 5000
 8     New Orleans, LA 70139
       PHONE: 504-556-4077
 9     FAX: 504-556-4108
       aandrade@liskow.com
10
       ON BEHALF OF DEFENDANT: Jefferson Parish
11     Michael S. Futrell, Esq.
       CONNICK & CONNICK, LLC
12     3421 N. Causeway Blvd., Suite 408
       Metairie, LA 70002
13     PHONE: 504-681-6663
       FAX: 504-838-9903
14     mfutrell@connicklaw.com
15     ON BEHALF OF DEFENDANT: Aptim Corporation
       B. Chad Hill, Esq.
16     GIEGER LABORDE & LAPEROUSE, LLC
       701 Poydras Street, Suite 4800
17     New Orleans, LA 70139
       PHONE: 504-654-1389
18     FAX: 504-561-1011
       chill@glllaw.com
19
20
       ALSO PRESENT:
21     Katrina Krebs - Beveridge & Diamond
       Amanda Thompson - Beveridge & Diamond
22     Douglas Hammel - The Hammel Law Firm
       Jason Landry - Martzell, Bickford & Centola
23     Albert Bongard - Videographer
24
25
```

INDEX OF EXAMINATION

WITNESS: LARRY JOSEPH BERNARD, SR.

By Mr. Andrade                                    6

Mr. Betzer                                      106

EXHIBITS

Exhibit B-6 - Google Earth Photo                 35

Exhibit B-2 - Plaintiff Fact Sheet               99

Exhibit B-11 - Answers to Interrogatories       102

Exhibit P-1 - Verification

REPORTER'S PAGE                                 109

CERTIFICATE PAGE                                110

```
 1                    S T I P U L A T I O N
 2         It is stipulated and agreed by and between
 3    counsel for the parties that the deposition of LARRY
 4    JOSEPH BERNARD, SR., is hereby taken under the
 5    Louisiana Code of Civil Procedure for all discovery
 6    purposes.
 7
 8         The witness, LARRY JOSEPH BERNARD, SR., has the
 9    right to read and sign the deposition. He reserves
10    that right.
11
12         That all objections, save those as to the form
13    of the questions, are herby reserved until such time
14    as this deposition, or any part thereof, may be used
15    or sought to be used in evidence.
16                        *    *    *
17         DOROTHY Z. JONES, Certified Court Reporter in
18    and for the State of Louisiana, officiated in
19    administering the oath to the above-named witness.
20                        *    *    *
21
22
23
24
25
```

```
                                                    Page 14
 1        A.   No.
 2        Q.   Was everything you reviewed on a hard copy
 3   like this, like a piece of paper?
 4        A.   Yes.
 5        Q.   Did you review any medical records?
 6        A.   Did I review any medical records?  No.
 7        Q.   Did you review any communications with the
 8   LDEQ?
 9        A.   No, sir.
10        Q.   That's all right.
11        What about records relating to your home?
12        A.   No.
13        Q.   Any journal entries?
14        A.   No.
15        Q.   Any other records of lawsuits?
16        A.   No.
17        Q.   Okay.  All right.  So you did tell me that
18   you met with Mr. Betzer.  And like I said, I don't
19   want to know what you guys talk about.
20        But how many times did you meet with him before
21   today's deposition?
22        A.   Probably, I think, I remember maybe four
23   times.  I don't remember exactly -- I can't remember
24   exactly how many times.
25        Q.   Okay.
```

```
                                                    Page 15
 1         A.   You know?
 2         Q.   So we'll say -- but, around four.  That's
 3   a good --
 4         A.   Somewhere --
 5         Q.   -- estimate.
 6         A.   Mm-hmm.
 7         Q.   Okay.  Did you speak with any family
 8   members?
 9         A.   Say that again.
10         Q.   Did you speak with any family members?
11         A.   About what?
12         Q.   About the deposition today.
13         A.   Me and my wife.
14         Q.   Okay.
15         A.   My daughter.
16         Q.   All right.  Your daughter, what's her
17   name?
18         A.   Shanna.
19         Q.   Shanna --
20         A.   Shanna Bernard.
21         Q.   Shanna Bernard.
22         A.   Well, Shanna LaGarde Bernard, but, you
23   know, she's --
24         Q.   Shanna --
25         A.   She's divorced now.  This is his fiance.
```

```
                                                  Page 16
 1         Q.   Okay.  Nice.  So Shanna LaGarde Bernard?
 2         A.   Mm-hmm.
 3         Q.   All right.  I'll try.  That'll be easy one
 4    to remember.  It kind of rolls right off the tongue;
 5    right?
 6         A.   Soon be Betzer, though.
 7         Q.   Okay.  Well, when are they going to get
 8    married?
 9         A.   Next year.
10         Q.   Next year.
11              THE WITNESS:  Tell them, Bruce.  I
12    don't know.
13    BY MR. ANDRADE:
14         Q.   We can get into that a little bit more in
15    a second.
16         Okay.  So I think we got -- let's see, I got a
17    couple of just more preliminary things, and then
18    we'll get into the meat potatoes of this.  Okay?
19         When did you first learn about this lawsuit?
20         A.   It was 2016 or '15, was it, Bruce?
21              MR. BETZER:  You don't know?
22              THE WITNESS:  I'm trying to remember.
23    Okay.  I don't exactly remember, but it was either
24    '16 or '15 or '16.
25    BY MR. ANDRADE:
```

Page 17

1   Q.   Fifteen or '16?
2   A.   Yeah.
3   Q.   Okay. How did you learn about the
4   lawsuit?
5   A.   How did I learn about it? From other
6   people. And then they were complaining about it,
7   and then Bruce brought it up.
8   Q.   Okay. Do you remember the names of those
9   other people that you mentioned?
10  A.   No.
11  Q.   No. But you talked to Bruce about it,
12  who's your attorney now; right?
13  A.   Mm-hmm.
14  Q.   Okay.
15          THE COURT REPORTER: Is that a "Yes?"
16          THE WITNESS: Yes. I'm sorry.
17          MR. ANDRADE: Trust me, it's okay.
18  We do this all the time, so it's second nature to
19  us, so don't feel bad about that.
20          THE WITNESS: Okay.
21  BY MR. ANDRADE:
22  Q.   Did you ever talk to your daughter Shanna
23  about it?
24  A.   Yes.
25  Q.   Okay. Did Shanna approach you about

```
1        A.    Shanna Bernard LaGarde.
2        Q.    Shanna Bernard LaGarde.  Got it.
3        A.    Okay.
4        Q.    All right.
5        A.    She's not LaGarde anymore.  Okay?  She's
6   back to Bernard.  But she divorced her husband.
7   Okay?
8        Q.    No problem.  When did she get a divorce?
9        A.    Excuse me?
10       Q.    What year did she get a divorce?
11       A.    I forgot.  Probably about that ten years.
12  I don't know.  He knows that better than me.
13       Q.    Okay.  All right.  Did Mona Lisa, Larry,
14  or Shanna ever live with you between 2017 and 2019?
15       A.    No.  Nobody lived with me, no.
16       Q.    Okay.  And what does Mona Lisa do for a
17  living?
18       A.    Mona?  Well, she was in
19  telecommunications.  You know where they -- those
20  big old towers for communications?
21       I forgot the exact name, but it was like in
22  telecommunication.  And her company just folded up,
23  so she's unemployed at the moment.
24       Q.    Okay.
25       A.    Right around Christmas.  But that's --
```

```
                                                    Page 29

 1    that's what she did for a long time.
 2         Q.   I'm sorry to hear about her company going
 3    under.
 4         A.   Well she's got good resume and she's very
 5    smart young lady.
 6         Q.   Excellent. What about Mr. Larry?
 7         A.   Larry Junior?  He owns his own business.
 8    He's in mixed martial arts.  Roman -- Ronin Martial
 9    Arts.
10         Q.   Okay.
11         A.   He owns the business.
12         Q.   Is that like jiu jitsu or...
13         A.   Yeah.  Everything.  Mixed martial arts.
14         Q.   All right.  So he's a bad dude.  Don't
15    mess with him; right?
16         A.   Pretty bad.  Yes.
17         Q.   Okay.  And then what does your daughter
18    Shanna do?
19         A.   Excuse me?
20         Q.   What does your daughter Shanna do?
21         A.   Shanna?  She works for Bruce.
22         Q.   Okay.  How long has she worked for Mr.
23    Bruce?
24         A.   How long Bruce?
25         Q.   If you don't know, that's okay.
```

1   A.   I don't know.
2   Q.   Okay.  All right.  Do you have any
3   grandchildren?
4   A.   Any grandkids?  Yes.  Sure.  I have seven
5   grandkids and one great grandchild.
6   Q.   Excellent.  How many of those grandkids
7   are Mona Lisa's?
8   A.   Two.
9   Q.   Two.
10  A.   No, not Mona Lisa.  I thought you was
11  talking about Shanna.  Mona Lisa has four.
12  Q.   Four.  Can you tell me their names?
13  A.   Macy, Ashton, Brianna and Ava.
14  A.   All right.
15  Q.   Does Larry Jr. have any children?
16  A.   Yes.
17  Q.   Okay.  What are their names?
18  A.   One daughter.  Her name is Zoe Grace.
19  Q.   All right.  And then tell me about
20  Shanna's kids.  How many children does she have?
21  A.   She has two boys, Lucian and then Julian.
22  Q.   All right.  Do you visit them often?
23  A.   Oh, yeah.
24  Q.   Okay.
25  A.   Always pick them up from school.  Most of

Page 110

1  REPORTER'S CERTIFICATE
2  This certification is valid only for a transcript accompanied by my original signature and
3  original required seal on this page.
4  I, DOROTHY Z. JONES, Certified Court Reporter in and for the State of Louisiana, as the officer
5  before whom this testimony was administered, do hereby certify that LARRY JOSEPH BERNARD, SR., after
6  having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in
7  the foregoing pages;
8  That this testimony was reported by me in the stenomask reporting method; was prepared and
9  transcribed by me or under my personal direction and supervision, and is a true and correct transcript to
10  the best of my ability and understanding;
11  That the foregoing transcript has been prepared in compliance with transcript format guidelines
12  required by statute or by the Rules of the Louisiana Certified Shorthand Reporter Board; and that I am
13  informed about the complete arrangement, financial or otherwise, with the person or entity making
14  arrangement for deposition services; that I have acted in compliance with the prohibition on
15  contractual relationships, as defined by the Louisiana Code of Civil Procedure Article 1434 and
16  in rules and advisory opinions of the board;
17  That I have no actual knowledge of any prohibited employment or contractual relationship,
18  direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there
19  any such relationship between myself and a party litigant in this matter;
20
     That I am not of counsel, not related to
21  counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.
22
23           DOROTHY Z. JONES
           CERTIFIED COURT REPORTER
24         CERTIFIED VERBATIM REPORTER
       LOUISIANA CERTIFICATION NO. 2022007
25