UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** | SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**DECLARATION OF MICHAEL C. MIMS IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR
MOTION TO COMPEL DISCOVERY RESPONSES**

I, Michael C. Mims, hereby declare as follows:

1. I am a Shareholder of the law firm Liskow & Lewis, APLC, and am duly admitted to practice before this Court.

2. I submit this Declaration, together with the accompanying exhibits, in support of Defendants' Reply Memorandum of Law in Support of Their Motion to Compel Discovery Responses. I am fully familiar with the facts set forth herein.

3. A true and correct copy of excerpts of the rough transcript of the deposition of proposed class representative Phil Adams, taken on January 11, 2024, is attached hereto as Exhibit 14.

4. A true and correct copy of excerpts of the final transcript of the deposition of proposed class representative Elias Jorge Ictech-Bendeck, taken on January 4, 2024, is attached hereto as Exhibit 15.

5. A true and correct copy of excerpts of the final transcript of the deposition of proposed class representative Larry Bernard, taken on December 19, 2023, is attached hereto as Exhibit 16. Defendants included as Exhibit 13 excerpts from the rough transcript of the deposition of Larry Bernard and are now including those same excerpts, among other excerpts, from the final transcript of the deposition of Larry Bernard (received after Defendants filed their motion).

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana this 12th of January, 2024.

                                                /s/ Michael C. Mims
                                                  OF COUNSEL