MINUTE ENTRY
MORGAN, J.
January 31, 2024

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**  c/w 18-8071, 18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**  c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**  Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on January 31, 2024, at 9:00 a.m., in the chambers of Judge Susie Morgan.

Present:  Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Eliza James, Allen Foster and Eric Rowe, counsel for All Addison Plaintiffs;
>
> Eliza James, counsel for All Fleming Plaintiffs;
>
> Michael Mims, Megan Brillault, John Paul, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John Baay, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case and the outstanding discovery issues.

The parties agreed to produce to each other invoices for all testifying expert witnesses, commencing with the inception of issues related to this litigation in 2018 through the present, on or before **February 12, 2024**. Plaintiffs will produce invoices for all testifying experts. Defendants will produce invoices for all testifying experts and for any work performed by SCS Engineers for Waste Connections Defendants or for counsel for the Waste Connections Defendants.

Plaintiffs agreed to produce any documents counsel provided to *Addison* Plaintiffs' expert Paul Chrostowski and to provide any communications informing Paul Chrostowski of any assumptions to be made in preparation of his affidavit, on or before **February 12, 2024**.

Plaintiffs represented they will promptly provide Defendants with any documents received as a result of the subpoena to non-party Rain Carbon.

The Court granted the parties' request for additional time to deliver expert reports and granted the parties' request for a brief continuance of the trial. The first *Addison* Trial, previously scheduled to begin on August 5, 2024 is hereby **CONTINUED** to **August 12, 2024,** and is estimated to last **15** calendar days.

The parties agreed to provide the Court with proposed amended scheduling orders in both cases on or before **February 12, 2024**.

**New Orleans, Louisiana, this 31st day of January, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:56)

3