**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>        Plaintiff,<br><br>VERSUS<br><br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>        Defendants. | CIVIL ACTION<br><br>NO. 18-7889<br>    c/w 18-8071,<br>        18-8218, 18-9312<br><br>SECTION: "E"(5) |
| *Related Case:*<br><br>FREDERICK ADDISION ET AL.,<br>        Plaintiffs,<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>        Defendants. | CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5) |
| *Applies to: All Cases* | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**ORDER**

Considering the foregoing motion to withdraw and substitute counsel by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants"), **IT IS ORDERED** that the motion is **GRANTED**. Charles Wilmore and Cecilia Grace Vazquez are **WITHDRAWN** as counsel of record for Waste Connections Defendants. Michael Cash (Bar No. 31655) and Cherrell Simms Taplin (Bar No. 28227) shall be **ENROLLED** as counsel of record for Waste Connections Defendants.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**