UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w<br>        18-8071, 18-8218,<br>        18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Related Case:*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133 c/w<br>        19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Tuesday, April 2, 2024, at 10:00 a.m.**, to discuss a number of issues that include the scope of expert testimony. The Court has emailed all counsel with the link necessary to participate.

1

**IT IS FURTHER ORDERED** that counsel submit the expert report of Dr. Bishow Shaha, as referenced in Plaintiffs' counsel's letter submitted on March 28th, to the Court's eFile address by **Friday, March 29, 2024 at 5:00 p.m.**

**New Orleans, Louisiana, this 28th day of March, 2024.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**