```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
    ELIAS JORGE "GEORGE"
 3  ICTECH-BENDECK,

 4      Plaintiff,

 5  vs.                         CIVIL ACTION NUMBER
                                18-7889 c/w 18-8071,
 6                              18-8218, 18-9312
    PROGRESSIVE WASTE SOLUTIONS
 7  OF LA, INC., ET AL.,

 8      Defendants.             SECTION: "E" (5)

 9

10  Related Case:

11  FREDERICK ADDISON, ET AL.,

12      Plaintiff,

13  vs.                         CIVIL ACTION NUMBER
                                19-11133 c/w
14                              19-14512

15  LOUISIANA REGIONAL LANDFILL
    COMPANY (LRLC), ET AL.,
16
        Defendants.             SECTION: "E" (5)
17  --------------------------/

18

19          The deposition of CHRIS RUANE, a witness

20  in the above-entitled cause, taken pursuant to

21  Notice and agreement, before Naomi McCracken,

22  Stenographic Court Reporter and Notary Public,

23  at Burnt Church Distillery, 120 Bluffton Rd.,

24  Bluffton, South Carolina, on Monday, March 11,

25  2024, at 10:00 a.m.
```



1           MR. MIMS:  Before we get started,
2    I wanted to put a couple of things on
3    the record.
4           Can y'all hear me okay?
5           MR. BETZER:  Yes.
6           MR. MIMS:  So Mr. Ruane has a
7    blood pressure issue.  His physician
8    has advised him to avoid stressful
9    situations, probably things like
10   depositions.  Right now we're planning
11   to take a break once an hour to check
12   his readings to make sure he's doing
13   okay.  We might have to do it more
14   frequently if that becomes necessary.
15   So I just want to make everyone aware
16   that we'll be dealing with that today.
17          The other issue -- sorry.  Let me
18   get the audio thing fixed real quick.
19          (Momentary pause in proceeding.)
20          MR. MIMS:  The other issue,
21   Mr. Ruane has a close relative in the
22   hospital and he may be getting some
23   phone calls today that he needs to
24   take.  Again, if that comes up, we'll
25   take a break as needed and let



```
 1       Q    Sorry.  It looked like a V and not an
 2   R.
 3            Director of corporate office
 4   engineering and compliance; is that right?
 5       A    Yes.
 6       Q    Okay.
 7            MR. MIMS:  Chris, you good to go
 8       for a little longer?
 9            THE WITNESS:  I'd like to stop and
10       check my.
11            MR. MIMS:  Okay.  We're going to
12       go check blood pressures, so maybe
13       we'll take five.
14                 (Whereupon, a recess was
15                 taken from 10:36 a.m.
16                 to 10:59 a.m.)
17            MR. MIMS:  This is Michael Mims
18       for the Waste Connections defendants.
19       When we first scheduled this
20       deposition, I had given plaintiff's
21       counsel a heads up that the witness had
22       some blood pressure issues and that we
23       may need to take breaks to take some
24       readings, that his doctor had
25       encouraged him to avoid stressful
```



1  activities, but we came today to give
2  it a try.
3         I had given Mr. Hammel a heads up
4  to be gentle with his questioning, and
5  he has been this morning.  We went for
6  about 30 minutes.  We took a break at
7  10:36 because I noticed the witness was
8  fidgeting with his hands a whole lot
9  and looked kind of stressed out.
10        He went and took a reading with a
11 mobile blood pressure cuff.  His first
12 reading was 258/111, and about five
13 minutes later, he took another reading
14 that was 215/111.
15        At the suggestion of Mr. Hammel,
16 the witness went to go for a little
17 walk because that's supposed to help
18 his blood pressure, and he e-mailed me
19 another screen shoot at 10:53 a.m. with
20 a reading of 219/107.
21        His physician has advised him that
22 that is not a safe level to be at.
23 Mr. Ruane has described that to me as a
24 stroke level reading.  So we are going
25 to call off the deposition to make sure



```
 1   he's safe and will explore later
 2   options on how to move forward.  But he
 3   has called his wife to come pick him
 4   up, and I think that's all we have for
 5   today.
 6          Doug, anything you want to put on
 7   the record?
 8          MR. HAMMEL:  Yeah.  I agree.  Good
 9   morning.  This is Douglas Hammel.  I
10   agree with everything that Mr. Mims has
11   put on the record this morning with the
12   exception of I think he was determined
13   to call off the deposition and I'm just
14   going to suggest that we leave this
15   open, the deposition be left open
16   until, you know, we can come up with a
17   solution that's acceptable for
18   Mr. Ruane and his condition or with
19   discussions with the court.
20          MR. MIMS:   Understood.  And one
21   other thing I'll add is that is
22   discussions with Mr. Ruane about
23   whether to take a longer break and try
24   again, he indicated to me that based on
25   his experience, once it shoots up that
```



```
 1   high, he did not believe it was safe to
 2   give it another try.
 3           But, yes, I agree, Doug, that we
 4   will leave it open while we discuss
 5   other options moving forward.
 6           MR. HAMMEL:  Certainly we all hope
 7   the best for Mr. Ruane's speedy
 8   recovery and safety.  That's the most
 9   important thing.  With that, I think we
10   can go off the record.
11               (Whereupon, the deposition of
12                Chris Ruane was concluded at
13                approximately 11:02 a.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

