MINUTE ENTRY
MORGAN, J.
April 2, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>      **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889**<br>      **c/w 18-8071,**<br>      **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>      **Defendants** | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>      **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133**<br>      **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>      **Defendants** | **SECTION: "E"(5)** |

*Applies to: All Cases*

## <u>MINUTE ENTRY</u>

A video status conference was held on April 2, 2024, at 10:00 a.m., in the chambers of Judge Susie Morgan.

Present:     Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Eliza James, Allen Foster and Eric Rowe, counsel for All Addison Plaintiffs;

Eliza James, counsel for All Fleming Plaintiffs;

Michael Mims, Megan Brillault, John Paul, Michael Vitris, and Katelyn Ciolino, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John Baay, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case.

Concerning the *Addison* case only, in a status conference held on April 6, 2023, the Court determined that in the trial on specific causation, motions in limine will be allowed only for new opinions (i.e., opinions on topics not covered in the trial on general causation) expressed by current experts and opinions expressed by new experts on topics related to specific causation.[1] Today, the Court clarified that any motions in limine seeking to exclude an expert opinion because it relates to topics covered at the trial on general causation also are due on or before **June 6, 2024**.[2]

In both the *Addison* and *Ictech* cases, the parties may file supplemental memoranda to support their positions related to Defendants' Motion to Uphold Expert Designation of Bishow Shaha[3] on or before **June 6, 2024**.

Plaintiffs' counsel will propose stipulations to Defendants related to the testimony of Chris Ruane by **Monday, April 8, 2024**. Defendants will respond to Plaintiffs' proposed stipulations by **Friday, April 12, 2024.**

---

[1] R. Doc. 371 (19-11133).
[2] This deadline is provided in the Thirteenth Case Management Order for all non-evidentiary pretrial motions and motions in limine regarding expert testimony. R. Doc. 498 (19-11133).
[3] R. Doc. 388 (18-7889); R. Doc. 444 (19-11133).

Plaintiffs' counsel will file on the record a proposed order directing Rickie Falgoust to appear before the Court on **Wednesday, April 24, 2024 at 10:00 a.m.** to show cause why he should not be held in contempt, be ordered to appear for deposition, and be required to pay costs and attorneys' fees for his failure to appear for deposition after being personally served with a deposition subpoena. Plaintiffs' counsel shall serve the order on the rule to show cause on Mr. Falgoust by personal service and file a certificate of service on the record.

The parties discussed the Motion to Compel Plaintiffs' Responses to Discovery Requests filed by Defendants in the *Ictech* case.[4] Plaintiffs' counsel will provide the Court with copies of all contingency fee agreements for in camera review by **Friday, April 12, 2024**.

**IT IS ORDERED** that a video status conference is scheduled for **Monday, April 15, 2024 at 2:00 p.m.**, to provide a status update on the stipulations related to the testimony of Chris Ruane. At the April 15 status conference, the parties also will inform the Court whether they have arranged for private mediation or wish to schedule a settlement conference before Judge North. The Court will email all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 2nd day of April, 2024.**

_Susie Morgan_

**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (1:22)

---

[4] R. Doc. 396 (18-7889).