UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>**Plaintiffs**<br><br>**VERSUS**<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL<br>**Defendants**<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>**CIVIL ACTION NO.** 18-7889, c/w 18-8071, 18-8218, 18-9312<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES counsel of record for Defendant, Aptim Corporation, a member of the bar of this Court, who moves the Court to admit Blaise Chadwick Hill *pro hac vice* to appear and participate as co-counsel in this matter. Mr. Hill is an attorney duly licensed and admitted to practice law in the state of California, who is serving as a staff attorney at my firm while his application of the Louisiana State Bar Association is pending.

In accordance with Local rule 83.2.5, attached to this motion as Exhibit A is Mr. Hill's Declaration and a copy of his Certificate of Standing with the State Bar of California; attached to this motion as Exhibit B is his Electronic Case Filing System registration form. The contact information for Mr. Hill is as follows:

    Blaise Chadwick Hill
    Gieger, Laborde & Laperouse LLC
    701 Poydras Street
    Suite 4800
    New Orleans, LA 70139
    504-654-1389
    bhill@glllaw.com

1

**WHEREFORE**, the undersigned requests that the Court admit Blaise Chadwick Hill *pro hac vice* for the purpose of representing Defendant, Aptim Corporation, as co-counsel in this matter.

Respectfully submitted,

*/s/ John E.W. Baay II*
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
Email:         egieger@glllaw.com
                    jbaay@glllaw.com
                    mdigiglia@glllaw.com
                    nbergeron@glllaw.com
*Attorneys for Aptim Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Ex Parte Motion For Admission Pro Hac Vice* was service upon opposing counsel of record this 5th day of April, 2024, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ John E.W. Baay II*