UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK,<br>    **Plaintiffs**<br><br>**VERSUS**<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    **Defendants**<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>**CIVIL ACTION NO.** 18-7889, c/w 18-8071, 18-8218, 18-9312<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### ORDER

Considering the foregoing Motion to Appear *Pro Hac Vice*;

**IT IS ORDERED** that the motion is **GRANTED**. Blaise Chadwick Hill is hereby admitted *pro hac vice* to appear before this Court on behalf of Defendant Aptim Corporation in the above-captioned action.

**New Orleans, Louisiana, this 9th day of April, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**