MINUTE ENTRY
MORGAN, J.
April 15, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889**<br>         **c/w 18-8071,**<br>         **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO.  19-11133**<br>         **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on April 15, 2024, at 2:00 p.m., in the chambers of Judge Susie Morgan.

  Present:   Douglas Hammel and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

  Kacie Gray, counsel for Plaintiff, Savannah Thompson;

1

> Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;
>
> Eliza James, Charles Foster, Eric Rowe, Masten Childers, and Harry Johnson, counsel for All Addison Plaintiffs;
>
> Eliza James, counsel for All Fleming Plaintiffs;
>
> Michael Mims, Megan Brillault, John Paul, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;
>
> John DiGiglia, counsel for Defendant, Aptim Corp.; and
>
> Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the proposed stipulations related to the testimony of Chris Ruane. This week, Plaintiffs' counsel will revise and resend the proposed stipulations to defense counsel and meet/confer with counsel for the Waste Connections Defendants. If the parties have not resolved issues concerning the stipulations, Plaintiffs will send proposed stipulations and Defendants' responses to the Court on or before **Monday, April 22, 2024, at 5:00 p.m.**

The parties informed the Court that they have not determined whether they will agree to private mediation. Counsel will visit with their clients regarding private mediation, given the number of parties and complex issues in these cases, and report to the Court at the next status conference.

The Court extended the amount of time for the depositions of Dr. Lutz and Dr. DiLorenzo to fourteen (14) hours.

**IT IS ORDERED** that a video status conference is scheduled for **Tuesday, April 23, 2024, at 12:00 p.m.**, to discuss the status of the stipulations related to the testimony of Chris Ruane. At the April 23 status conference, the parties also will inform the Court

2

whether their clients have agreed to private mediation. The Court will email all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 15th day of April, 2024.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:28)