UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL** | * * | **CIVIL ACTION** |
| | * | **NO: 18-7889** |
| **VERSUS** | * * | **c/w 18-8071, 18-8218, 18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL** | * * | **JUDGE SUSIE MORGAN** |
| | * * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | **SECTION "E" (5)** |
| **Related Case:** | * * | |
| **FREDERICK ADDISON, ET AL** | * * | **CIVIL ACTION** |
| | * | **NO: 19-11133** |
| **VERSUS** | * * | **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * * | **JUDGE SUSIE MORGAN** |
| | * * | **MAG. JUDGE EVA J. DOSSIER** |
| **APPLIES TO ALL CONSOLIDATED CASES** | * | **SECTION "E" (5)** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT** through undersigned counsel comes Defendant, the Parish of Jefferson, who respectfully moves this Court to enroll Anya M. Jones (Bar No. 36923) of the firm Connick and Connick, LLC, as additional counsel of record in this case. Current counsel for the Parish of Jefferson shall remain as counsel of record. In support of this motion, undersigned counsel represents that no delay or prejudice will result from this Motion.

Respectfully submitted,

**CONNICK AND CONNICK, L.L.C.**


 s/ Michael S. Futrell
**WILLIAM P. CONNICK (14158)**
**MICHAEL S. FUTRELL (20819)**
**MATTHEW D. MOGHIS (33994)**
**ANYA M. JONES (36923)**
3421 N. Causeway Blvd., Suite 408
Metairie, Louisiana 70002
Telephone: (504) 681-6663
*Counsel for Defendant, the Parish of Jefferson*

## CERTIFICATE OF SERVICE

I hereby certify that on this __17th__ day of April, 2024, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system which will send a notice of electronic filing to all registered counsel of record.

          */s/ Michael S. Futrell*
          **MICHAEL S. FUTRELL**