UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL** | * * | **CIVIL ACTION** |
| | * | **NO: 18-7889** |
| **VERSUS** | * * | **c/w 18-8071, 18-8218, 18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL** | * * | **JUDGE SUSIE MORGAN** |
| | * * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | **SECTION "E" (5)** |
| **Related Case:** | * * | |
| **FREDERICK ADDISON, ET AL** | * * | **CIVIL ACTION** |
| | * | **NO: 19-11133** |
| **VERSUS** | * * | **c/w 19-14512** |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL** | * * | **JUDGE SUSIE MORGAN** |
| | * * | **MAG. JUDGE EVA J. DOSSIER** |
| **APPLIES TO ALL CONSOLIDATED CASES** | * | **SECTION "E" (5)** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Anya M. Jones of Connick and Connick, LLC is hereby enrolled as additional counsel of record for the Parish of Jefferson in addition to other counsel of record in these proceedings.

New Orleans, Louisiana, this _____ day of April, 2024.

_____
**UNITED STATES DISTRICT JUDGE**