UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL.** | * * | CIVIL ACTION |
| | * | NO: 18-7889 |
| **VERSUS** | * | c/w 18-8071, 18-8218, 18-9312 |
| | * | |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.** | * * | JUDGE SUSIE MORGAN |
| | * * | MAG. JUDGE EVA J. DOSSIER |
| | * | SECTION "E" (5) |
| **Related Case:** | * * | |
| **FREDERICK ADDISON, ET AL.** | * * | CIVIL ACTION |
| | * | NO: 19-11133 |
| **VERSUS** | * * | c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.** | * * | JUDGE SUSIE MORGAN |
| | * * | MAG. JUDGE EVA J. DOSSIER |
| **APPLIES TO ALL CONSOLIDATED CASES** | * | SECTION "E" (5) |

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## ORDER

Considering the foregoing *Ex Parte* Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that the Motion is **GRANTED**. Anya M. Jones of Connick and Connick, LLC is hereby enrolled as additional counsel of record for the Parish of Jefferson in addition to other counsel of record in these proceedings.

**New Orleans, Louisiana, this 18th day of April, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**