MINUTE ENTRY
MORGAN, J.
April 23, 2024

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**           c/w 18-8071,           18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**           c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**     Defendants | **SECTION: "E"(5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on April 23, 2024, at 12:00 p.m., in the chambers of Judge Susie Morgan.

Present:    Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

1

      Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

      Eliza James and Eric Rowe, counsel for All Addison Plaintiffs;

      Eliza James, counsel for All Fleming Plaintiffs;
      Michael Mims, Megan Brillault, John Paul, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

      John Baay, counsel for Defendant, Aptim Corp.; and

      Michael Futrell, counsel for Defendant, Parish of Jefferson.

The parties discussed the Show Cause Hearing set for April 24, 2024.[1] The Court directed the parties to report to the courtroom with Mr. Rickie Falgoust at 10:00 a.m. The Court deputy will enter a minute entry reflecting that Mr. Falgoust appeared for his deposition.

The parties reported that they have scheduled a private mediation with Judge Daniel Knowles on May 16, 2024.

The parties also discussed the status of the stipulations related to the testimony of Chris Ruane. The parties have made significant progress resolving issues concerning the stipulations and will notify the Court if an additional status conference is needed.

**New Orleans, Louisiana, this 23rd day of April, 2024.**

                                            _____
                                                 **SUSIE MORGAN**
                              **UNITED STATES DISTRICT JUDGE**

JS10 (0:08)

---

[1] R. Doc. 519.