MINUTE ENTRY
MORGAN, J.
April 24, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO.  18-7889 <br>         c/w 18-8071, <br>         18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL., <br>    Defendants | SECTION: "E" (5) |

*Related Case:*

| | |
|---|---|
| FREDERICK ADDISON, ET AL., <br>    Plaintiffs | CIVIL ACTION |
| VERSUS | NO.  19-11133 <br>         c/w 19-14512 |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL., <br>    Defendants | SECTION: "E"(5) |

*Applies to: All Cases*

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, APRIL 24, 2024 (10:00 a.m. – 10:03 a.m.)**

COURTROOM DEPUTY:    Brad Newell

APPEARANCES:         Rickie Falgoust;

   Douglas Hammel and Jason Landry, counsel for the Ictech-Bendeck Plaintiffs;

   Eliza James and Eric Rowe, counsel for the Addison Plaintiffs;

   Michael Mims, John Paul, and Cherrell Taplin, counsel for Rickie Falgoust, Defendants and Consolidated Defendants,

1

       Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

       Michael Futrell, counsel for Defendant, Parish of Jefferson.

**SHOW CAUSE HEARING**

Mr. Rickie Falgoust appeared for his deposition.[1]

JS10 (0:03)

---

[1] R. Doc. 426 (18-7889); R. Doc. 519 (19-11133).