**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE"** | **CIVIL ACTION** |
| **ICTECH-BENDECK,** | |
|     **Plaintiff** | |
| | |
| **VERSUS** | **NO.  18-7889** |
| |     **c/w 18-8071,** |
| |     **18-8218, 18-9312** |
| | |
| **WASTE CONNECTIONS** | **SECTION: "E" (5)** |
| **BAYOU, INC., ET AL.,** | |
|     **Defendants** | |

*Related Case:*

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,** | **CIVIL ACTION** |
|     **Plaintiffs** | |
| | |
| **VERSUS** | **NO.  19-11133** |
| |     **c/w 19-14512** |
| | |
| **LOUISIANA REGIONAL** | **SECTION: "E"(5)** |
| **LANDFILL COMPANY, ET AL.,** | |
|     **Defendants** | |

*Applies to: All Cases*

## ORDER

Before the Court is a Motion for Contempt of Deposition Subpoena, Order to Appear for Deposition, and Request for Attorneys' Fees (the "Motion") filed by Plaintiffs.[1]

In the Motion, Plaintiffs seek an order of contempt for Mr. Rickie Falgoust, a former Waste Connections' employee, based on his noncompliance with a subpoena served on him in October 2023 (the "October 2023 Subpoena").[2] Plaintiffs' Motion also

---

[1] R. Doc. 515 (19-11133).
[2] *Id.*

requests an order directing Falgoust to appear for his deposition and an order for an assessment of costs and attorneys' fees incurred due to his noncompliance with the October 2023 Subpoena and in connection with Plaintiffs' counsel's preparation of the Motion.[3]

On April 4, 2024, the Court issued an Order to Show Cause, requiring Falgoust to appear before the Court.[4] On April 24, 2024, Falgoust appeared before the Court and attended his deposition.[5]

Accordingly;

**IT IS ORDERED** that Plaintiffs' Motion for Contempt of Deposition Subpoena and Order to Appear for Deposition is **DENIED AS MOOT**.[6]

**IT IS FURTHER ORDERED** that Plaintiffs' Request for Attorneys' Fees is **DENIED**.[7]

**New Orleans, Louisiana, this 29th day of April, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[3] *Id.* at p. 5.
[4] R. Doc. 519 (19-11133).
[5] R. Doc. 530 (19-11133).
[6] R. Doc. 515 (19-11133).
[7] *Id.*