UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>Plaintiff<br><br>VERSUS<br><br>**PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFFS' AMENDED MOTION TO CERTIFY CLASS IN EXCESS OF PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come the named Putative Class Plaintiffs and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr. and Mona Bernard, and the additionally identified Class Representatives, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), who file this motion for leave, and pursuant to Local Rule 7.7, and respectfully request that Plaintiffs be allowed to file a 51-page Memorandum in Support of their Amended Motion to Certify Class, and in support state:

1. Pursuant to this Honorable Court's Eleventh Case Management Order (Doc. 362), Plaintiffs timely filed their initial motion to certify a class on August 25, 2023. Doc. 366, 368.

2. Prior to filing their initial Motion, Plaintiffs requested a 15-page extension of the 25-page memorandum limit set forth in Local Rule 7.7 in order to adequately address the

myriad issues associated with their initial Motion to Certify Class, including setting forth a proposed trial plan. Doc. 365.

3. The Court granted Plaintiffs' request. Doc. 367.

4. Pursuant to this Honorable Court's Fourteenth Case Management Order (Doc. 417), Plaintiffs must file their Amended Motion to Certify Class by May 15, 2024.

5. Plaintiffs respectfully request an additional 11-page extension in order to adequately incorporate testimony and evidence gleaned through class certification discovery since August 2023, including the deposition testimony of the ten (10) proposed class representatives and expert reports, testimony and opinions.

6. Accordingly, Plaintiffs respectfully request leave to file a Memorandum in Support of their Amended Motion to Certify Class not to exceed 51 pages (including signature block and certificate of service).

7. Plaintiffs assert that the filing of the requested memorandum will not cause any undue delay and does not involve any bad faith or dilatory motive.

8. Finally, no undue prejudice will result to Defendants should this Court allow Plaintiffs to file the requested 51-page memorandum in support.

WHEREFORE, Plaintiffs pray that this Motion be granted and that Plaintiffs be allowed to file a memorandum in support of their Amended Motion to Certify Class not to exceed 51 pages.

Date: May 15, 2024

    Respectfully Submitted:

    */s/ Lawrence J. Centola, III*
    Scott R. Bickford (#1165)
    srb@mbfirm.com
    Lawrence J. Centola, Iii (#27402)
    ljc@mbfirm.com
    Jason Z. Landry (#33932)
    jzl@mbfirm.com
    MARTZELL BICKFORD & CENTOLA

338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com


/s/ Seth H. Schaumburg
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006

3

F: (504) 523-0699  
seth@favretlaw.com  
*Counsel for Ictech-Bendeck Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lawrence J. Centola, III*