UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Support of Plaintiffs' Amended Motion to Certify in Excess of Page Limit;

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs shall be allowed to file a memorandum in support of their amended Motion to Certify Class not to exceed 51 pages.

New Orleans, Louisiana, this ___ day of May, 2024.

_____
SUSIE MORGAN
**UNITED STATES DISTRICT JUDGE**