UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## PLAINTIFFS' AMENDED MOTION TO CERTIFY CLASS

Putative Class Plaintiffs and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr. and Mona Bernard, and the additionally identified Class Representatives, Phil Adams, Robyn Crossman, Kayla Anne Steele, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), file the instant Amended Motion to Certify Class, as more fully stated in the attached memorandum in support.

In support of their Amended Motion to Certify Class, Plaintiffs offer the following exhibits:

| | |
|---|---|
| Exhibit 1 | Elias Jorge Ictech-Bendeck Deposition Excerpts |
| Exhibit 2 | Nicole Landry-Boudreaux Deposition Excerpts |
| Exhibit 3 | Larry Bernard Deposition Excerpts |
| Exhibit 4 | Mona Bernard Deposition Excerpts |
| Exhibit 5 | Phil Adams Deposition Excerpts |
| Exhibit 6 | Kayla Anne Steele Deposition Excerpts |
| Exhibit 7 | Ophelia Walker Deposition Excerpts |

| | |
|---|---|
| Exhibit 8 | Ann Williams Deposition Excerpts |
| Exhibit 9 | Robyn Crossman Deposition Excerpts |
| Exhibit 10 | Corey Crossman Deposition Excerpts |
| Exhibit 11 | Robyn Crossman's Supplemental Answer to Interrogatory No. 6 and Verification |
| Exhibit 12 | Expert Report of James Lape (*Ictech* matter) |
| Exhibit 13 | James Lape Deposition Excerpts |
| Exhibit 14 | Dr. Zannetti April 12, 2024 Revised Expert Report (Ictech) Excerpts |
| Exhibit 15 | Dr. Zannetti Deposition Excerpts |
| Exhibit 16 | Revised Version of Dr. Zannetti's Figure 56 |
| Exhibit 17 | Expert Report and CV of Greg Rigamer |
| Exhibit 18 | Greg Rigamer Deposition Excerpts |
| Exhibit 19 | Trevor Phillips' March 12, 2024 Expert Report Excerpts |
| Exhibit 20 | Proposed Class Counsel Resumes, *in globo*. |

In the interest of justice, efficiency and judicial economy, and for all the reasons set forth in the attached memorandum in support, this proposed class action should be certified pursuant to Rule 23(b)(3) and/or Rule 23(c)(4).

Date: May 15, 2024

Respectfully Submitted:

*/s/ Lawrence J. Centola, III*
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065

(504)581-7635 – FACSIMILE

*/s/ Bruce C. Betzer*
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com


*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Lawrence J. Centola, III