Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | SECTION: "E" (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

ELIAS JORGE ICTECH-BENDECK,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 4TH DAY OF JANUARY, 2024,

COMMENCING AT 10:03 A.M.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT**

1
_____

Reported by:

YOLANDA J. PENA, Certified
Court Reporter No. 2017002
in and for the State of
Louisiana

ICTECH-BENDECK ELIAS

Page 103

1    there.

2        Q.    Okay.

3        A.    Once they get to a certain age, they -- they

4    don't want to do what we used to do when they were

5    younger.

6        Q.    Okay.  You like to barbecue outside your

7    house?

8        A.    Yes.

9        Q.    How often do you barbecue on a weekly basis

10    currently?

11        A.    I would say we barbecue probably at least once

12    a week.

13        Q.    Okay.  All right.  Starting in 2015, how often

14    did you barbecue outside in your backyard?  Same

15    frequency?

16        A.    I would think the same frequency.  It just

17    depends.  It would depend.  I mean, I don't know if it

18    was raining that week, you know.

19        Q.    Sure, sure.  Like I said, this is --

20        A.    Something like that.

21        Q.    -- this is an estimate.

22            But you like to cook outside --

23        A.    I do like to cook outside.  I like to use the

24    backyard when I can.

25        Q.    Okay.  Let's skip ahead to 2017.  Is there any

Page 104

1    reason in 2017 that you weren't barbecuing outside as

2    much?

3         A.   Well, I mean, I -- I will say that, you know,

4    I would not go outside if I had any of that smell,

5    whatever, that we -- we were receiving.  I would never

6    go out to cook.

7         Q.   Okay.

8         A.   Because that -- that kind of -- I don't

9    know -- puts a damper on your day --

10        Q.   Sure.

11        A.   -- you know.

12        Q.   Sure.

13        A.   But, you know, if -- if I -- if I cooked, you

14   know -- sometimes I cook once a week, you know, outside

15   using the barbecue pit.  Sometimes I -- I wouldn't use

16   it.  It just all depends on what everyone is hungry

17   for.

18        Q.   Okay.

19             MR. ANDRADE:  All right.  Guys, I'm

20             going to take a quick five-minute break.  Just

21             going to run to the restroom, come back.

22             MR. SCHAUMBURG:  All right.

23             THE VIDEOGRAPHER:  Going off the record

24             at 11:44 a.m.

25                  (Recess taken.)

ICTECH-BENDECK ELIAS

Page 117

1      A.    When -- what year was COVID?

2      Q.    2020.

3      A.    It was before COVID.

4      Q.    Okay.  How long before COVID would you

5   estimate?

6      A.    I don't -- I don't know exactly.  I don't

7   recall.

8      Q.    Okay.  Well, Hurricane Katrina was 2005,

9   right?

10     A.    Yeah.  It was after -- it was after Katrina.

11     Q.    After Hurricane Katrina?

12     A.    Yes.

13     Q.    Okay.  So sometime between 2005 and 2020.  Do

14  you think you can narrow it down a little bit further

15  than that?

16     A.    No.  All -- all -- all I really can tell you

17  was is that, you know, we were getting significant

18  amount of smell in our area.

19     Q.    But you don't know what time period between

20  2005 to --

21     A.    I'd have to -- I'd have to --

22     Q.    Let me finish my --

23     A.    I'd have to go back -- I'm sorry.

24     Q.    Let me finish my question.

25           Today, you cannot testify what time period

Page 118

1    between 2005 and 2020 you began to smell odors at your

2    home at 241 Walter Road?

3                    MR. HAMMEL:  Object to form.

4    BY MR. ANDRADE:

5        Q.    Correct?

6        A.    I cannot give you exact time and date.  So if

7    you want to give -- for me to give you approximate

8    dates, it would have to have fallen between 20 -- 2017,

9    maybe 2019 or something around there.

10       Q.    So between 2017 and 2019?

11       A.    I believe so.

12       Q.    Okay.

13       A.    I do not recall the exact time or dates.

14       Q.    Do you recall what the odors smelled like?

15       A.    Rotten eggs.

16       Q.    Okay.  Anything else?

17       A.    It was rotten eggs with some -- I -- I don't

18   know what -- what type of -- I don't even know how to

19   explain it because it was a -- it was a strong

20   chemical-like smell.  I don't know -- I don't know what

21   it was, but it was -- it was pretty bad.

22       Q.    Okay.  So you said "chemical-like smell."

23   Could you compare it to any chemical that you've

24   smelled before?

25       A.    No.  The only thing -- my comparison, it

Page 119

1    smelled like rotten eggs.

2          Q.    Rotten eggs and like chemicals, right?

3          A.    Well, the only reason I -- I say that is

4    because, you know, I would have, like, itchy throat.

5    You know, my sinuses were always messed up every time

6    you would get that smell.  And when it would come into

7    the house, it would linger for a long time afterwards.

8          Q.    Okay.  So you thought it smelled like

9    chemicals because your throat itched?

10         A.    No.  I did not say that.

11         Q.    Okay.  What did you say?

12         A.    I -- what I said was it was an unpleasant

13   smell.

14         Q.    Okay.

15         A.    Okay.  Yeah.  But there were some effects

16   from, you know, breathing in that smell --

17         Q.    Right.

18         A.    -- you know, so.

19         Q.    So it smelled like rotten eggs and chemicals?

20         A.    It was rotten eggs.  It was -- that's how --

21   that's the only -- best explanation that I can give

22   you.  It smelled like rotten eggs, like a sulfur-type

23   rotten egg, something.  It was -- the chemicals was --

24   was sort of like a sulfur type.

25         Q.    Okay.  So in 2017, how strong were the odors?

Page 120

```
1        A.   I don't -- I wouldn't even know how to gauge

2   how strong.  I don't know how to answer that question,

3   how to gauge it.  It was strong enough to where it

4   would wake you up in the middle of the night.

5        Q.   Okay.  And that was in 2017?

6        A.   Yes.

7        Q.   Okay.  What about in 2018?  Was the smell as

8   strong as it was in 2017, or was it stronger?

9        A.   It was stronger, more frequent.

10       Q.   Okay.  What about 2019?

11       A.   I would say probably towards the beginning of

12  2019, it was probably the same as 2018.  And if we're

13  going through that time zone -- but I don't -- I don't

14  recall, you know, if it ever got less until, you know,

15  we started asking questions and -- and it -- they

16  discovered where it was.  And then I guess they

17  remediated it, and it went away.  So I don't -- I'm not

18  quite sure that time span, but it got to a point to

19  where it was pretty bad.

20       Q.   Okay.  So when did it go away?

21       A.   I don't recall.

22       Q.   So you can't testify with accuracy as to when

23  the smell began, and you can't testify with accuracy as

24  to when the smell ended, correct?

25                  MR. HAMMEL:  Object to form.
```

Page 122

```
1          A.    I mean, I can -- I can give you a guesstimate.

2     I mean, we smelled --

3     BY MR. ANDRADE:

4          Q.    I don't want you to guess.

5          A.    I can't give you an accurate number, but

6     you -- I can tell you we did smell it.

7          Q.    Okay.  What's your best estimate?

8          A.    I would say at least two -- two times a week,

9     maybe three --

10         Q.    Okay.

11         A.    -- at the -- at the beginning before it

12    started getting worse.

13         Q.    Okay.  What about the fall of 2017?  What's

14    your best estimate for how many times a week that you

15    smelled it?

16         A.    Once again, I would -- I would be giving you

17    a -- a rough estimate.  I would -- I would just stay

18    with the same two to three times a week.

19         Q.    Okay.

20         A.    And then -- and event- -- eventually, it got

21    worse.  Sometimes, you know, more.

22         Q.    Okay.  What about --

23         A.    It wasn't always -- you know, it wasn't always

24    consistent, so it's -- it's hard for me to give you

25    that answer.
```

ICTECH-BENDECK ELIAS

1        Q.   Right.  What about the winter of 2017?

2        A.   We smelled it in the winter too.

3        Q.   Okay.  How many times a week?

4        A.   I don't know.

5        Q.   Okay.

6        A.   I can't -- I -- I really don't recall how many

7    times.

8        Q.   All right.  What about the spring of 2018?

9    How many times a week did you smell it, approximately?

10       A.   I would say two to three times a week.

11       Q.   Okay.  What about the summer of 2018?

12       A.   Probably more.  Four.

13       Q.   Okay.

14       A.   Four times a week.

15       Q.   What about the fall of 2018?

16       A.   Four, four times a week.

17       Q.   Okay.  Winter of 2018?

18       A.   I would say four.

19       Q.   Okay.  Spring 2019?

20       A.   I would say four.  I would just say four times

21   a week.

22       Q.   Summer 2019?

23       A.   Same.

24       Q.   Fall 2019?

25       A.   Maybe -- maybe three times a week.

Page 124

1          Q.   Winter 2019?

2          A.   Four, four times a week.

3          Q.   Did you ever smell it in 2020?

4          A.   No, not that I recall.

5          Q.   Okay.  Did you typically notice those odors at

6     a certain time of the day?

7          A.   It was always stronger in the evenings.

8          Q.   Okay.  How long would you typically smell

9     those odors?

10         A.   All night.

11         Q.   All night long?

12         A.   Yep, because there were numerous days that I

13    didn't get enough sleep because I was up trying to

14    figure out, at first, where -- what it was.  We -- we

15    didn't know what it was.

16         Q.   Uh-huh.

17         A.   And then, you know, I guess you can say our

18    anxiety kicked in because we were worried about our

19    health.

20         Q.   Okay.

21         A.   You know, we didn't know what was going on.

22         Q.   So you allege that when you did smell the

23    odors, it was strongest in the evening; it would last

24    all night?

25         A.   Yes.

Page 125

```
 1          Q.    And then would it go away the next day?

 2          A.    You could still smell it in the morning.

 3          Q.    Okay.

 4          A.    And of course, depending on if I was running

 5   errands, I -- you know, I'm not -- but you could --

 6   even when you come back to River Ridge, you could smell

 7   it.

 8          Q.    So when you left River Ridge, you didn't smell

 9   it?

10          A.    Not when you left River Ridge, no.

11          Q.    Okay.

12          A.    But you definitely -- you could smell it when

13   you got back.

14          Q.    Okay.  Did it always smell the same?

15          A.    It always smelled like rotten eggs.

16          Q.    Okay.  So yes?

17          A.    But it just -- yes.  And it -- it -- it

18   depended on time of the day.  Sometimes it would be a

19   little bit more intense than others.

20          Q.    Understood.  And you said it was more intense

21   in the evening, right?

22          A.    Right.  It -- it was so bad in the evenings

23   that it would somehow -- I don't know how it gets in

24   the house, but it was -- it felt like it was in the

25   house, whatever it was.
```

Page 126

1        Q.    Okay.  That segues into my next question.

2   So could you smell the odor outside your house?

3        A.    Yes.

4        Q.    Okay.  You could smell it when you were in

5   your backyard?

6        A.    Yes.

7        Q.    Could you smell it when you were inside your

8   house?

9        A.    Yes.

10        Q.    Was it as strong as it was inside as it was

11   outside?

12        A.    It was the same.

13        Q.    Okay.

14        A.    Yes.

15        Q.    All right.  Did the odor impact any of your

16   hobbies or outdoor activities during 2017 through 2019?

17        A.    Yes.

18        Q.    Tell me how.

19        A.    Well, if -- if we were having an odor day, an

20   event, you know, we wouldn't be going outside.  You

21   know, we wouldn't use the pool if it was in the summer,

22   or we wouldn't -- you know, it -- it depends on what

23   sporting activity might have happened that day.  We

24   wouldn't use the patio.  And of course, like if I'm out

25   there and if I'm doing any gardening or anything like

Page 127

1    that, I -- if I would start to smell it, I would

2    probably turn around and leave, go back inside.

3         Q.   Okay.   How often did you use your pool before

4    the smell began?

5         A.   We used the pool all the time, especially

6    during the summer.

7         Q.   How many times a week?

8         A.   Every day.

9         Q.   Every single day?

10        A.   Every day.   And then when those -- when we --

11   I would make everybody come inside just because we

12   didn't know what it was.

13        Q.   Okay.   You made everybody go inside?

14        A.   I made the kids come inside.

15        Q.   Okay.   How often would you use your patio

16   before the smell began?

17        A.   We used the patio three to four times a week,

18   sometimes more, especially when we come home.   You

19   know, my wife comes home from work; we'll go sit

20   outside, you know --

21        Q.   Okay.

22        A.   -- watch the dog run around.

23        Q.   So if you couldn't use your patio, what did

24   you do?

25        A.   We would just go back inside.

ICTECH-BENDECK ELIAS

Page 128

```
 1        Q.    What did you do when you got inside?

 2        A.    It depends.  Sometimes clean house, sometimes,

 3   you know, cook, whatever.

 4        Q.    Okay.

 5        A.    Normal household -- you know.

 6        Q.    How often did you grill before the smell

 7   started?

 8        A.    We grilled once or twice a week.

 9        Q.    Okay.  Did the odor have any effect on how

10   many times you grilled a week?

11        A.    If the odor was present, we would not grill.

12   I don't recall how often that was.

13        Q.    So what would you do if you couldn't grill?

14        A.    We would change the menu.  We would cook

15   something different, or we would order out.

16        Q.    Okay.  So besides going to the pool, the

17   patio, grilling, and gardening, what else did the odors

18   keep you from doing outside --

19               MR. HAMMEL:  Object to form.

20   BY MR. ANDRADE:

21        Q.    -- during 2017 to 2019?

22               MR. HAMMEL:  Same objection.

23        A.    Well, if I was -- if I -- any maintenance that

24   I would be working on, I wouldn't do it when I was

25   outside.  I would -- I would refrain from fooling with
```

1    anything outside.

2    BY MR. ANDRADE:

3         Q.    Okay.

4         A.    So whether it would be working on my boat,

5    working on my vehicles, working on my trailer.  You

6    know, just any maintenance stuff, whether it would be

7    fixing pool pumps, irrigation, I would just stop all,

8    and I would come in.

9         Q.    Did --

10        A.    And if it would -- and if it got bad enough

11   inside the house, we would just go to my mom's for

12   the -- you know.

13        Q.    Where is your mom's house?

14        A.    She's in Metairie.

15        Q.    How many times did you have to go to your

16   mother's house between 2017 to 2019 to escape the

17   odors?

18        A.    We probably did it, like, about -- I don't

19   know.  There was about six times, it was pretty bad.

20        Q.    Six times in three years?

21        A.    Yeah, where it was that bad.  Yes.

22        Q.    Okay.  You told me earlier that you like to go

23   to Goodwill once a week?

24        A.    Uh-huh.

25        Q.    And you said that you like to walk to Goodwill

ICTECH-BENDECK ELIAS

Page 138

1    injuries from the exposure to the parish landfill --

2    Jefferson Parish Landfill?

3        A.   Physical?  Can you give me some examples of

4    what you consider physical?

5        Q.   Physical injuries.

6        A.   Like, bodily physical injuries?

7        Q.   You don't understand what a physical injury

8    is?

9        A.   I -- I'd like --

10               MR. HAMMEL:  Form.

11       A.   -- for you to explain it.

12   BY MR. ANDRADE:

13       Q.   Broken arm is a physical injury.

14       A.   Then the answer to a broken arm, I'm going to

15   say no.

16       Q.   Okay.  So no physical injuries from the

17   Jefferson Parish Landfill, correct?

18               MR. HAMMEL:  Form.

19       A.   If -- if you're asking for physical injuries,

20   no.

21   BY MR. ANDRADE:

22       Q.   If you can't tell me one, then that's fine.

23            Are you making any mental -- or claims for

24   mental injuries from exposure to the Jefferson Parish

25   Landfill?

1      A.    That's a good question.  At the -- at that

2  point in time, there was a lot of anxiety about what --

3  what -- what was going on.

4      Q.    Okay.

5      A.    So I would say if you're considering

6  emotional, you know, or -- yeah.  I would say yes.

7      Q.    They're your claims.  It's not what I'm

8  considering.  It's what you're claiming.

9                  MR. HAMMEL:  Form.

10  BY MR. ANDRADE:

11      Q.    So anxiety.  All right.  What else?

12      A.    Well, I guess, you know, the main thing is,

13  is, you know, the anxiety, not knowing, you know -- you

14  know, if -- if it's causing any health issues.

15      Q.    What do you mean by "health issues"?

16      A.    Well, I mean, I don't know.  I -- we were

17  exposed to it.  I don't know if -- I don't know what --

18  what is going to happen.  Can you explain it me, you

19  know, if there's going to be any health issues in the

20  future?  So I was a little worried about that back

21  then.  And, of course, then the fact is -- is, you

22  know -- you know, getting up in the middle of the

23  night, being exhausted, the anxiety of having to try to

24  figure out, okay, what -- you know, what is this

25  stuff --

Page 140

```
 1        Q.   Okay.

 2        A.   -- you know, going to -- going to work tired

 3   because you've been up all night.

 4        Q.   So I'll help you out with that one.

 5        A.   Loss --

 6        Q.   Sleep deprivation?

 7        A.   -- loss of -- loss of use, you know.

 8             MR. HAMMEL:  Let's -- let's make sure

 9        that you wait for him to complete his

10        question.

11             THE WITNESS:  Okay.

12             MR. HAMMEL:  And he'll wait until you

13        finish your full answer.  Okay?  Were you

14        done, or you want to say --

15             THE WITNESS:  Yeah, I'm -- I'm done.

16   BY MR. ANDRADE:

17        Q.   I was going to help you articulate that last

18   one.  So sleep depravation --

19        A.   Sleep depravation, for sure, yes.  Because

20   that -- that was -- that was -- you know, that occurred

21   frequent.  I mean, every time we would smell those, the

22   odor.

23        Q.   Okay.  So the two claims that you have so far

24   are anxiety and sleep deprivation.  Are there any other

25   claims you're making as a result of smelling odors from
```

Page 143

1    times when I go to the doctor and they ask me why you

2    can't sleep, how am I going to explain to them that

3    there's some sort of chemical that I'm breathing at

4    night that I don't even know what it is.  So no.  The

5    answer is no.  I didn't go to a doctor.

6         Q.   Okay.  So I take it you didn't go to a doctor

7    for your sleep deprivation either?

8         A.   No.

9         Q.   And you have no other personal injuries so --

10        A.   Because I don't have an issue with sleep

11   deprivation unless I was smelling that odor.

12        Q.   Sure.  All right.  Let's talk about your

13   anxiety a little bit more.

14             Do you still have anxiety?

15        A.   No.

16        Q.   Did you have any kind of procedure to help you

17   with your anxiety?

18        A.   No.  Because I didn't have anxiety.  I only --

19   like I said, the anxiety was only from the incident of

20   smelling -- that question made it sound like I have

21   anxiety.  I don't have anxiety issues.  So if you

22   rephrase it I think more towards the actual events,

23   yes, I had anxiety during the events because we didn't

24   know what we were smelling.

25        Q.   Okay.  Did you --

```
 1                    MR. HAMMEL:  All right.  See you, John.

 2                    MR. BAAY:  I got -- I got a status

 3           conference at 1:00 o'clock.

 4                    MR. HAMMEL:  Okay.  Good luck.

 5                         EXAMINATION

 6    BY MR. HAMMEL:

 7         Q.   George, you were asked a couple of questions

 8    earlier about whether or not you burned candles at

 9    the -- at your house.  Do you remember that?

10         A.   Yes.

11         Q.   Did the frequency that your -- I think you

12    said your wife burns candles?

13         A.   Yes.

14         Q.   Did the frequency that your wife burns candles

15    increase in the years 2017 to 2019 because of odors?

16         A.   Yes.

17         Q.   Okay.  You were also asked about parties at

18    your house.

19         A.   Yes.

20         Q.   Do you recall that?

21         A.   Yes.

22         Q.   You were talking about having parties around

23    the pool sometimes with the kids?

24         A.   Yes.

25         Q.   All right.  In the years 2017 to 2019, were
```

Page 150

1    you embarrassed to have people over to your house

2    because of odors?

3          A.    Yes.

4          Q.    Did you not have people over to your house

5    because of that?

6          A.    Yes.

7          Q.    And the odors weren't every day, right?

8          A.    Correct.

9          Q.    Okay.

10         A.    Not every day.

11         Q.    And when he was asking you about how many

12   times per week you experienced them in 2017, do you

13   recall that?

14         A.    I do recall him asking the question, yes.

15         Q.    Yeah.  And when you gave your answer, were you

16   saying that those were times that you just maybe

17   smelled something and it went away, or was that a

18   longer duration of the odor?

19         A.    It was a long duration of odor.

20         Q.    Okay.

21         A.    The -- the odor never just went away.  Once it

22   started, it would increase, and then it -- it would

23   linger for a long time.

24         Q.    And if the -- if -- the wind, would that have

25   an impact on your experience of the odors?

Page 152

```
 1            Do you recall talking about that?

 2      A.   Yes.

 3      Q.   Do you enjoy gardening around your house?

 4      A.   I do, yes.

 5      Q.   During the times 2017 to 2019 when the odors

 6 were present, were you able to garden around your

 7 house?

 8      A.   I would -- if -- if I could smell anything, I

 9 would not garden.

10      Q.   All right.

11      A.   The only time I would garden is if there was,

12 you know, no smells outside.

13      Q.   Okay.  And he also asked you about the Harahan

14 wastewater treatment plant at the end of Earhart.

15 You're familiar with that?

16      A.   Yes.

17      Q.   And you're familiar with that smell?

18      A.   Yes.

19      Q.   And was the smell at the wastewater treatment

20 plant the same odor that we're talking about

21 experiencing at your house from 2017 to 2019?

22      A.   No.

23      Q.   Different?

24      A.   It's a different smell.

25      Q.   Okay.  They asked -- Alec asked you questions
```

1  about the physical injuries that you experienced as a

2  result of the injuries.  Do you remember that?

3      A.   Yes.

4      Q.   Did you -- do you recall -- let me find it

5  first.  Sorry.

6           Do you recall answering questions that are

7  called interrogatories in this case?

8      A.   Yes.

9      Q.   And I believe that interrogatory -- and this

10 is something you said that you reviewed in preparation

11 for today's --

12     A.   Yeah, yes.

13     Q.   Okay.  If there is a -- an answer that's

14 different than the one that you gave today, is it

15 possible that you just weren't able to think of it at

16 the time?

17     A.   Yes.

18     Q.   Okay.  And when you said "physical injuries"

19 and you asked for sort of a definition, do you recall

20 that?

21     A.   Yes.

22     Q.   Okay.  So did you ever suffer with

23 headaches --

24               MR. ANDRADE:  Objection.

25 BY MR. HAMMEL:

ICTECH-BENDECK ELIAS

1          Q.    -- as a result of the odors you experienced at

2    your house?

3          A.    Yes.

4                    MR. ANDRADE:   Objection.

5    BY MR. HAMMEL:

6          Q.    Had you experienced odor -- or had you

7    experienced headaches prior to, let's say, 2017?

8                    MR. ANDRADE:   Objection.

9          A.    I don't recall.  But I mean, I'm sure I --

10   everyone experiences a headache, you know, but not like

11   this.

12   BY MR. HAMMEL:

13         Q.    Tell me what you mean by "not like this"?

14         A.    Well, this -- this almost felt like -- almost

15   like a, you know, migraine headache.

16         Q.    And --

17         A.    It was a little bit more intense.

18         Q.    Okay.  And since, let's say, the beginning of

19   2020, have you experienced that type of a migraine

20   headache?

21         A.    No.

22         Q.    Okay.  As a result of the odors that you

23   experienced at your home, did you ever feel nauseous?

24         A.    Yes.

25                   MR. ANDRADE:   Objection.

Page 155

1    BY MR. HAMMEL:

2         Q.    And when you would experience nausea, would

3    that also affect your appetite?

4                    MR. ANDRADE:  Objection.

5         A.    Yes.

6    BY MR. HAMMEL:

7         Q.    Okay.  Did you -- have you ever -- did you

8    experience nausea before 2017?  Have you ever

9    experienced nausea before 2017?

10        A.    The only time I've ever really felt nauseated

11   is, like, when I go fishing out, you know, in the gulf.

12        Q.    Okay.

13        A.    But I -- I don't have frequent nausea

14   episodes.

15        Q.    Did the -- did your experience with nausea

16   increase with the odors?

17        A.    Yes.

18                    MR. ANDRADE:  Objection.

19   BY MR. HAMMEL:

20        Q.    Has the frequency with which you experience

21   nausea decreased since the odors have gone away?

22        A.    Yes.

23                    MR. ANDRADE:  Objection.

24   BY MR. HAMMEL:

25        Q.    I think you talked about sleep deprivation?

Page 156

 1      A.   Yes.

 2      Q.   Has your -- has your sleep been interrupted by

 3 odors since the end of 2019?

 4      A.   No.

 5      Q.   Okay.  Had you ever been made to feel dizzy as

 6 a result of odors?

 7                MR. ANDRADE:  Objection.

 8      A.   During that time, yes.

 9 BY MR. HAMMEL:

10      Q.   Okay.  Can you describe that to me?

11      A.   Just -- how do I explain it?  It's like I was

12 feeling sick.  You know, I just didn't feel -- I had to

13 sit down.

14      Q.   Were you able to use your back patio when you

15 wanted to when the odors were present?

16      A.   Not when the odors were present, no.

17      Q.   Did the -- did the odors ever prevent you from

18 going to the park?

19      A.   Prevent me from going to the park?  I don't

20 recall that, but if the odors were present, we would

21 not be going to the park.

22      Q.   Okay.  So you talked a bit before with Alec

23 about going to see baseball games.

24      A.   Right.

25      Q.   You're a baseball fan, right?

 1   BY MR. HAMMEL:

 2       Q.   Okay.  You've been designated as a class

 3   representative in this case.  Do you know that you're

 4   being offered as a class representative?

 5       A.   Yes.

 6       Q.   Okay.  And you understand what that means?

 7       A.   Yes.

 8       Q.   What is your understanding of your role as a

 9   class representative?

10       A.   I'm representing the neighborhood, and I guess

11   just -- you know, we're looking out for the welfare and

12   the health of our neighborhood.  So we want to -- we

13   want to hold accountable whomever is responsible for

14   all the smells that we've been encountering in the

15   last, you know, so -- so many years that we've had this

16   occurring.

17       Q.   Okay.  And when you say "neighborhood," you

18   understand that you're -- you're representing

19   individuals throughout the area that was exposed?

20       A.   Yes.

21       Q.   Okay.  What do you stand -- understand your

22   obligations to be with respect to representing the

23   other class members?

24       A.   My obligations with respect to the others?

25       Q.   Yeah.

Page 163

```
 1        A.   The only oblig- -- I don't even know if I
 2   understand that question about my obligation.  My
 3   obligation is just to represent them as -- you know, as
 4   best as possible, you know, make sure that the parties
 5   that are accountable for this, you know, are -- is
 6   going to, you know, assist, I guess -- assist the
 7   neighbors that were affected.
 8        Q.   Do you agree to protect the interests of the
 9   others in the community --
10        A.   Yes.
11        Q.   -- as well as your own?
12        A.   Yes.
13        Q.   Okay.  Are you okay with being designated as a
14   class representative?
15        A.   Yes.
16        Q.   And is it your intention to see this case to
17   its completion?
18        A.   Yes.
19             MR. ANDRADE:  I was looking at somebody
20             passing.  Excuse me.
21   BY MR. HAMMEL:
22        Q.   Did you recall answering interrogatories in
23   this case?
24        A.   Yes.
25        Q.   And did you -- do you recall signing a
```

Page 167

```
 1                        REPORTER'S PAGE

 2       I, YOLANDA J. PENA, Certified Court Reporter in

 3   and for the State of Louisiana, (CCR #2017002),

 4   Registered Professional Reporter (RPR #970346), the

 5   officer, as defined in Rule 28 of the Federal Rules of

 6   Civil Procedure and/or Article 1434(B) of the

 7   Louisiana Code of Civil Procedure, do hereby state on

 8   the record:

 9       That due to the interaction in the spontaneous

10   discourse of the proceeding, double dashes (--) have

11   been used to indicate pauses, changes in thought,

12   and/or talkovers; that same is the proper method for a

13   transcription of proceedings, and that the double

14   dashes (--) do not indicate that words or phrases have

15   been left out of this transcript;

16       That any spelling of words and/or names which

17   could not be verified through reference material have

18   been denoted with the parenthetical "(phonetic)";

19       That the parenthetical "(sic)" is used to denote

20   when a witness stated a word or phrase that appears

21   odd or erroneous to show that it was quoted exactly as

22   it stands.

23

24                            YOLANDA PENA, CCR, RPR

25
```

Page 168

1                    REPORTER'S CERTIFICATE

2         I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3  Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that ELIAS
4  JORGE ICTECH-BENDECK, after having been duly sworn by
   me upon authority of R.S. 37:2554, did testify as set
5  forth in the foregoing 167 pages.
          I further certify that said testimony was reported
6  by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7  supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8         I further certify that the transcript has been
   prepared in compliance with transcript format
9  guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10 arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11        I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12 defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13        I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14 related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15 financial interest in the outcome of this matter.
          This certificate is valid only for this
16 transcript, accompanied by my original signature and
   original raised seal on this page.

17
          Prairieville, Louisiana, this 8th day of January,
18 2024.

19

20

21

22                    _____
                      YOLANDA J. PENA, CCR, RPR
23                    CCR NO. 2017002, RPR NO. 907346

24

25