Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"        CIVIL ACTION NO.
ICTECH-BENDECK               18-7889 c/w 18-8071,
                           18-8218, 18-9312

VERSUS

                           SECTION: "E" (5)

WASTE CONNECTIONS BAYOU,
INC., ET AL.


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

NICOLE MARIE LANDRY-BOUDREAUX,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 21ST DAY OF DECEMBER, 2023,

COMMENCING AT 10:07 A.M.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EXHIBIT
2

Reported by:

   YOLANDA J. PENA, Certified
   Court Reporter No. 2017002
   in and for the State of
   Louisiana

LANDRY-BOUDREAUX NICOLE

1    be.

2         A.    It should be somewhere around here

3    (indicating).

4         Q.    Okay.

5         A.    Oh, you want me to put an X.  I'm sorry.

6         Q.    So is that --

7         A.    It's by Jeffer.

8         Q.    If you -- that's right.  So if you kept going

9    down Jeffer Drive to River Road, there's a park there?

10        A.    It's off of River Road, the front -- yes.

11        Q.    What's the name of that park?  Do you know?

12        A.    Live Oak.

13        Q.    Live Oak Park?

14        A.    Uh-huh.

15        Q.    Okay.  2017 to 2020 time period, did you spend

16   time at Live Oak Park?

17        A.    Very few.

18        Q.    Okay.  Why don't we start with prior to 2017,

19   did you spend time at that park?

20        A.    Yes.

21        Q.    Doing what?

22        A.    Walking --

23        Q.    Okay.

24        A.    -- meditation, exercise.

25        Q.    And how often did you do that, let's say, from

1    the time you lived at Primrose address until the 2017

2    time period?

3         A.   It would be included in my daily routine.

4         Q.   Okay.

5         A.   Uh-huh.

6         Q.   So pretty much daily, you would be at the

7    park?

8         A.   In the morning before sunrise, depending upon

9    what season it was of the time frame, yes.  Prior to.

10        Q.   What about today?  Do you spend time at the

11   park?

12        A.   No.  Today, because of the time frame, of it

13   getting dark and it's cold.

14        Q.   Okay.  What -- I'm glad you clarified that.

15        A.   Uh-huh.

16        Q.   What about 2023, generally?  Did you spend

17   much time at Live Oak Park?

18        A.   Yeah.

19        Q.   Okay.  How much time?

20        A.   At least once a week.

21        Q.   And same type of activities?  Walking,

22   exercise, meditation?

23        A.   Yes.

24        Q.   Any other locations that we can see on this

25   map where you -- where you typically engage in

Page 75

1    Mild --

2         Q.   Okay.

3         A.   -- cigar.

4         Q.   Okay.  Do you know how many Black & Milds he

5    usually smokes in a day?

6         A.   Every day, he buy a pack.  They come two in a

7    pack.

8         Q.   Two in a pack.  Okay.

9              Was that about the same in 2017 to 2020?

10        A.   That I'm aware of.

11        Q.   Okay.

12        A.   At home.

13             MR. MIMS:  I keep hearing the government

14             is trying to ban those things.  Your husband

15             better watch out.

16             THE WITNESS:  Not good for him anyway.

17             MR. MIMS:  I know, I know.

18   BY MR. MIMS:

19        Q.   Have you ever tried to sell your home at

20   Primrose Lane?

21        A.   Sell?

22        Q.   Yes.

23        A.   No.

24        Q.   Have you ever been interested in moving from

25   Primrose Lane?

Page 76

1      A.   Yes.

2      Q.   Why have you ever -- when were you interested

3  in moving from Primrose?

4      A.   In the time frame we're speaking of because I

5  no longer felt like it was somewhere I wanted to stay.

6  I didn't know it was going to ever come to an end.

7      Q.   You're talking about the odors?

8      A.   Yes, sir.

9      Q.   Okay.  Other than odor issues, has there ever

10  been a reason that you have thought about moving from

11  your Primrose Lane home?

12      A.   No.

13      Q.   When you thought about moving because of the

14  odors, did you ever pursue that in any way?

15      A.   It was conversation.

16      Q.   You and your husband had conversations?

17      A.   Yes.

18      Q.   Did you ever meet with a realtor to talk about

19  it?

20      A.   No.

21      Q.   Did your husband -- did you and your husband

22  decide not to move for any particular reason?

23      A.   No.

24      Q.   You just --

25      A.   Didn't pursue it.

LANDRY-BOUDREAUX NICOLE

Page 86

```
 1        Q.   When did you first notice odors at your home

 2   at 25 Primrose Lane?

 3        A.   Mid-2017.

 4        Q.   Prior to mid-2017, had you ever experienced

 5   odors in the Waggaman area?

 6        A.   I would get a smell that come and go.

 7        Q.   And was that at your home or some other

 8   location?

 9        A.   In my home.

10        Q.   Okay.  Prior to mid-2017, what sort of smell

11   did you smell at your home?

12        A.   It could be a stink smell, something that, as

13   I say, come and go.  It would be nothing that -- like,

14   again, going toward my home going the back way where

15   you would cross the train track, when you would

16   approach the train tracks is when I would get the

17   smell.  Funky.

18        Q.   I might be able to help us out here.  We're

19   going to look back at Exhibit 1.  Okay.  I'm showing

20   you page 4 of Exhibit 1, the bottom three lines.

21        A.   Okay.

22        Q.   And there are a few different types of odor

23   that you have checked off.

24        A.   Uh-huh.

25        Q.   Is it true that since January of 2015, you
```

Page 87

1    have smelled chemical smells at your home?

2         A.   It says that.  Yes.

3         Q.   I know it says that.

4         A.   Okay.

5         Q.   But I'm asking you today, is that -- do you

6    believe that's true?

7         A.   So I said it smelled like garbage.  It was

8    funky.

9         Q.   Right.

10        A.   And that's the smell.

11        Q.   That's what smell?

12        A.   The garbage smell.  It was a stink smell that

13   would come and go prior to the time frame you just

14   asked me about.

15        Q.   Okay.  So prior to mid-2017 --

16        A.   Uh-huh.

17        Q.   -- you occasionally smelled a garbage smell

18   at --

19        A.   I would smell something stink that can relate

20   to the garbage, and it would come and go.

21             MR. HAMMEL:  Try to -- try to let him

22        finish his question.

23             THE WITNESS:  Okay.  I'm sorry.

24             MR. HAMMEL:  It's all right.

25             MR. MIMS:  Thank you.

Page 88

1    BY MR. MIMS:

2        Q.    Prior to 2017, how often did you smell a

3    garbage smell at your home?

4                    MR. HAMMEL:  Form.

5                    If you can recall.

6        A.    Not often.  It's a come-and-go smell.  Not

7    often.

8    BY MR. MIMS:

9        Q.    Prior to 2017, how often did you smell a

10   rotten egg smell at your home?

11       A.    Not often at all.

12       Q.    Have you ever smelled petroleum odors at your

13   home?

14       A.    Unsure.

15       Q.    And when you say "unsure," you mean you don't

16   remember or -- or you're not sure you would call it

17   petroleum?

18       A.    I don't know if I would call it petroleum.

19       Q.    Okay.  Is there anything that you've smelled

20   at your home that you think maybe you would classify as

21   petroleum smell?

22                    MR. HAMMEL:  Form.

23       A.    So earlier, you asked me about how do I -- how

24   do I classify a gas smell, right?

25   BY MR. MIMS:

1    home?

2                    MR. HAMMEL:  Form.

3        A.   I described it as that prior, yes.

4    BY MR. MIMS:

5        Q.   And is that the same thing, that prior to

6    2017, chemical smells occasionally would come and go?

7        A.   I didn't -- I couldn't define what the smell

8    were or what it smelled like.

9        Q.   Well, how would you, in your words, talk --

10   how would you refer to various smells that you've

11   smelled at your home?  You -- you've told me that the

12   one that made you-guys think about moving, you would

13   call a rotten egg smell?

14       A.   Yes.

15       Q.   And I think you've told me that there's a

16   different smell that you would call a garbage smell

17   that you have occasionally smelled and it has come and

18   gone.  Right?

19       A.   A garb- --

20                    MR. HAMMEL:  Form.

21       A.   A garbage smell can get cleaned up with -- and

22   it's not there anymore.  The smell that made me speak

23   on -- or me and my husband talk about moving was a

24   smell that was constant, that wasn't going away.

25   BY MR. MIMS:

1        Q.   Okay.

2        A.   It was more potent, that was strong, not

3   something that would just go away with the wind, like

4   the garbage smell.

5        Q.   In your words, are there any other types of

6   smells that you have ever encountered at your Primrose

7   Lane home?

8        A.   Other than --

9             MR. HAMMEL:  Form.

10       A.   -- the rotten egg?

11  BY MR. MIMS:

12       Q.   And the garbage.

13       A.   I guess I can state that it's -- and I'm not

14  going to say "I guess I can state."  I can call it

15  several different things, but I'm not sure what it is

16  that I have smelled.

17       Q.   And you're talking about something different

18  than the one that made you and your husband think about

19  moving?

20       A.   Correct.

21       Q.   Okay.  And is that one particular smell that

22  you're referring to, or is that just over the years,

23  you've occasionally smelled something that you can't

24  quite define?

25       A.   Correct.

Page 92

```
 1        Q.   All right.  The smell that you've called a
 2   rotten egg smell, is that the smell that you started
 3   smelling in mid-2017?
 4        A.   Yes.
 5        Q.   When you first started smelling it in
 6   mid-2017, how often did you smell it?  And if it -- if
 7   it helps you out, I see we're already on the page --
 8   the fact sheet here.  If you look at the middle of the
 9   page --
10             MR. HAMMEL:  You all right?
11             THE WITNESS:  Uh-huh.
12        A.   It would be during the week.  And I -- yeah,
13   it would be during the week, several times during the
14   week.
15   BY MR. MIMS:
16        Q.   Okay.  And looking at -- okay.  I'm going to
17   rephrase.  How would you describe the intensity of the
18   rotten egg smell that you smelled in 2017?
19        A.   Can you repeat that?
20        Q.   In the year 2017 --
21        A.   Uh-huh.
22        Q.   -- when you started smelling that rotten egg
23   smell in mid-2017 --
24        A.   Uh-huh.
25        Q.   Just sticking on that year of 2017, how would
```

Page 93

1    you describe the intensity of the smell?

2         A.   My candles in the home could not supercede it.

3         Q.   Okay.  Did the intensity of that rotten egg

4    smell ever change?

5         A.   Yes, it has.

6         Q.   Can you tell me about that?

7         A.   It -- it got so bad to where I was calling the

8    parish to come out.

9         Q.   So you started smelling it in mid-2017, and at

10   some point, it got worse?

11        A.   It intensified.  Sorry.

12        Q.   Okay.  Do you know when -- it's all right.

13             Do you know when that was?

14        A.   Yeah.  I guess in '18 and '19, it was

15   unbearable, that I have recordkeeping of me calling

16   the parish, and they would come out.  It was constant.

17   It wasn't -- at that time, it was multiple times

18   throughout the day when you're home.  The smell was in

19   the house.  Like I said, burning the candles wouldn't

20   help.

21        Q.   Did I hear you say that you have records of

22   you calling the parish?

23        A.   I said there would be recordkeeping, meaning

24   I'm assuming they would have records of it.

25        Q.   On their end?

1      Q.    Did you ever smell that rotten egg smell at

2  Brother's?

3      A.    Yes.

4      Q.    Have you ever -- I'm talking about the rotten

5  egg smell that made you and your husband consider

6  moving.  Did you ever smell that smell anywhere other

7  than your home, Live Oak Park, and Brother's chicken?

8      A.    I guess my answer to the question would be I

9  would not smell the smell if I'm out of the community.

10      Q.    "The community" meaning Waggaman?

11      A.    The neighborhood.  Correct.

12      Q.    And "the neighborhood" meaning Waggaman?

13      A.    Correct.

14      Q.    Okay.  All right.  You mentioned that at some

15  point, the smell started to get worse --

16      A.    Yes.

17      Q.    -- or the intensity started to get worse.  Did

18  the intensity ever start to get better?

19      A.    Yeah.  It got -- it died down.  Like, now --

20      Q.    Okay.

21      A.    -- I don't smell the smell I'm referring to.

22      Q.    The rotten egg smell that made you and your

23  husband consider moving, when is the last time you

24  smelled that smell?

25                MR. HAMMEL:  Form.

Page 99

1        A.    2020.

2    BY MR. MIMS:

3        Q.    Any particular reason you -- you remember that

4    it was 2020?

5        A.    COVID.

6        Q.    You remember it was around the time of COVID

7    that --

8        A.    With us being home.  Uh-huh.

9        Q.    Okay.  Was there a particular time of day

10   where you would typically start to notice that rotten

11   egg smell?

12       A.    Maybe more when it's daylight.  I would say

13   maybe -- I would say probably -- not "probably."  I

14   would say more in the morning when the sun arises or

15   the sun coming out.  So that would be the time I would

16   come outside, so -- yeah.

17       Q.    So you think when you would leave your house

18   to start heading to work, that would be typically when

19   you would first notice the rotten egg smell?

20            MR. HAMMEL:  Form.

21       A.    So mind you, I would leave out -- and my

22   daily routine was anywhere between 5:00 and 6:30 to

23   7:00 o'clock.  So based upon whatever season it is and

24   the time, the sun would be coming out either when I'm

25   coming back or leaving.  At that time, the smell was

1   worse than nighttime.

2   BY MR. MIMS:

3        Q.   So you're saying when you noticed it had more

4   to do with when the sun came up, not necessarily when

5   you left the house?

6                  MR. HAMMEL:  Form.

7        A.   That would be the time I'm leaving the house,

8   so that's when I noticed it more, morning.

9   BY MR. MIMS:

10       Q.   Okay.  Where were you when you typically first

11  would notice the rotten egg smell?

12       A.   Home.

13       Q.   Inside?  Outside?

14       A.   Well, the smell had began when -- I said

15  intensified.  It was taking over the home in -- in the

16  inside of the house.  So just depending upon what time

17  frame, what we're speaking of --

18       Q.   Uh-huh.

19       A.   -- I can't answer that question.

20       Q.   Okay.  So you're saying sometimes you would

21  first notice it inside and other times, you would first

22  notice it outside?

23       A.   Yes.

24       Q.   Okay.  You told me that, because of the rotten

25  egg smells, you started spending less time at Live Oak

Page 101

1    Park and more time at the gym.  Are there any other

2    activities of yours that were affected because of that

3    rotten egg smell?

4                    MR. HAMMEL:  Form.

5         A.   Yes.

6    BY MR. MIMS:

7         Q.   Tell me about that.

8         A.   Reading or spending time with my husband in

9    the garage.  Adding to that, barbecuing, sitting

10   outside, waiting for the food to be prepared.

11        Q.   You spent less time in the garage with your

12   husband because of the smell?

13        A.   Yes.

14        Q.   Why is that?

15        A.   Can you repeat that?

16        Q.   So are you saying it -- it would smell worse

17   in the garage versus the rest of the house?

18        A.   Well, he had the garage open, so therefore,

19   when I'm enclosed in the house, I would smell it.  But

20   if the garage is open, then you have no choice but for

21   it to hit you in the face.

22        Q.   Okay.  So your husband was still spending time

23   in the garage, but you weren't able to spend that time

24   with him?

25        A.   Correct.

Page 102

```
 1        Q.   And you mentioned reading.

 2        A.   Uh-huh.

 3        Q.   How did it affect your reading?

 4        A.   That's where I would go and read, in there.

 5        Q.   In there?

 6        A.   Uh-huh.

 7        Q.   Okay.  And so --

 8        A.   But -- go ahead.  I'm sorry.

 9        Q.   And so when you weren't able to read in the

10   garage because of the odors, what did you do instead?

11        A.   Well, I couldn't read -- well, focus on

12   reading.  My -- me focusing on what I was reading and I

13   guess understanding what I'm reading because my focus

14   was off.  I couldn't tolerate the smell.  So at that

15   point, I lost focus.  I used to read in my room, in the

16   tub, in the garage, but some of those things changed

17   due to this.

18        Q.   Any other activities that were affected by the

19   rotten egg smell other than going to Live Oak Park,

20   spending time in the garage, and focusing on reading?

21             MR. HAMMEL:  Form.

22        A.   Yes.

23   BY MR. MIMS:

24        Q.   What else?

25        A.   I mentioned barbecuing.
```

1     Q.   You did.  How often did you barbecue before

2 the rotten egg smell?

3     A.   It depend upon what we were eating.  Can't

4 really put a time on that.

5     Q.   Okay.  And so when the rotten egg smell was

6 present when there were times that you would want to

7 barbecue, what would you do instead?

8     A.   Prepare it in the oven or go buy it.

9     Q.   Okay.  So we've talked about spending time at

10 Live Oak Park, spending time in the garage, being able

11 to focus on reading, and barbecuing.

12          Are there any other activities that were

13 affected by the rotten egg smell?

14               MR. HAMMEL:  Form.

15     A.   Yes.

16 BY MR. MIMS:

17     Q.   What else?

18     A.   Having company over or having any engagements

19 at my house based upon the smell.

20     Q.   Can you tell me what you mean by that?

21     A.   I was embarrassed to have anyone privy to

22 that.

23     Q.   During the 2017 to -- sorry.

24               THE WITNESS:  Can I take a break --

25               MR. MIMS:  Sure.

Page 112

1        Q.   Do you know if you ever contacted the
2   Louisiana Department of Environmental Quality?
3        A.   No.
4        Q.   Any other -- any other groups that you ever
5   contacted with complaints about that rotten egg smell?
6                    MR. HAMMEL:  Form.
7        A.   No.
8   BY MR. MIMS:
9        Q.   You talked about not wanting to have company
10  over because of the odors.  Did you ever have company
11  over during that 2017 to 2020 time period?
12       A.   I did.
13       Q.   And did you ever have people over where --
14  when you were smelling the rotten egg smell?
15       A.    It was during that time frame.  We had a
16  family reunion weekend for the Landry-Williams side of
17  my family.  And Friday night was a meet-and-greet, and
18  we had it at my home, which was about an hour, hour and
19  a half.  I gave the disclosure what my home smelled
20  like based upon they can see it wasn't that I had poor
21  housekeeping --
22       Q.   Right.
23       A.    -- or whatever.  But I gave the disclosure,
24  let them know if they come or not.  The time was just
25  to love on each other.  Therefore, before whom could or

Page 113

1  could not come to the Saturday's picnic that we held at

2  Lafreniere -- but to save on cost and my house was one

3  of the family that was -- could hold the family that

4  was there, it seemed they were for it.  But during the

5  time frame, other than that, no.  I used to have game

6  parties, and, like I said, just depends on what we

7  wanted to celebrate.  I would have it before.

8       Q.   The gathering you did have, I just want to

9  make sure I understand it.  I'm sorry if I --

10      A.   Uh-huh.

11      Q.   -- get it wrong.  Did I -- did I understand

12  that this was a regular picnic that you would have with

13  that side of the family at Lafreniere Park, but you

14  decided to host it at your house instead?

15      A.   No.

16      Q.   Okay.

17      A.   This weekend, we did -- Friday night was a

18  meet-and-greet at my home.

19      Q.   Uh-huh.

20      A.   Saturday was Lafreniere, and then Sunday, we

21  all went to church.

22      Q.   Okay.

23      A.   So we did a full weekend thing.

24      Q.   Okay.

25      A.   Some members would not make it to the picnic

Page 114

1    or that Sunday, so they choose to come that Friday.

2    But overall, we did it at my home for various reasons.

3         Q.    Okay.  And that was a -- a family reunion?

4         A.    Yes.

5         Q.    And you said the Landry-Williams side of your

6    family?

7         A.    My -- my daddy's side.

8         Q.    Okay.  During that meet-and-greet, do you know

9    if anyone -- any of your guests detected the odors?

10        A.    Yeah.

11        Q.    How -- how do you know that?

12        A.    Because they talked on it.

13        Q.    Okay.  Do you remember people at the

14   meet-and-greet talking about how it smelled?

15        A.    "Cuz, I see what you're talking about."  You

16   know, yeah.

17        Q.    Okay.

18        A.    They brought it up, but they knew it wasn't

19   because I had poor housekeeping.

20        Q.    Of course.  Was the meet-and-greet primarily

21   indoors or outdoors?

22        A.    We went outdoors to take a picture -- a family

23   group picture only, but it was inside.  It was held at

24   night.

25        Q.    What do you mean until that night?

Page 115

```
 1        A.   It was held at night.

 2        Q.   It was held at night?  Okay.

 3        A.   Yes, sir.

 4        Q.   I'm sorry.

 5             Have you attended any meetings regarding the

 6   Jefferson Parish Landfill?

 7        A.   No.

 8        Q.   Any commun- -- community meetings about odors

 9   in the neighborhood at all?

10        A.   No, sir.

11        Q.   Do you have any allergies?

12        A.   No, sir.

13        Q.   Do you -- have you ever had any sinus

14   problems?

15        A.   No, sir.

16        Q.   Have you ever been to an ear, nose, and throat

17   doctor?

18        A.   I go often now.

19        Q.   Okay.  When did you start going to an ear,

20   nose, and throat doctor?

21        A.   I can't relate the time frame.  But I was

22   going to urgent care often, and they referred me to see

23   an ENT based upon every time I went, I had a diagnosis

24   of an ear infection and they needed to discover why I

25   kept getting the ear infection.  I would always have
```

Page 121

1        Q.   Arthritis?

2        A.   Uh-huh.  And it was something else that was --

3    it was something else that was a bit of a scare.  I

4    don't know the name.  But I don't.  But all that was

5    referrals from Dr. Nguyen.

6        Q.   And this other issue that was a bit of a

7    scare, do you know where you were referred to for that?

8        A.   On Jefferson Highway.

9        Q.   Ochsner main campus?

10       A.   Uh-huh.

11       Q.   Okay.  Got it.  Pharmacies I have written

12   down -- we talked already a little bit about Walgreens

13   in Marrero.  Any other pharmacies that you've used

14   since 2010?

15       A.   No, sir.

16       Q.   Okay.  Do you believe that -- or did you ever

17   suffer physical symptoms from smelling the rotten egg

18   odor?

19       A.   What do you mean?

20       Q.   Well, you -- you told me that you had trouble

21   focusing on reading.  And so I guess I'm asking:  Are

22   there other ways --

23       A.   Sleep.

24       Q.   Okay.  Tell me about that.

25       A.   I couldn't stay asleep, which means I was

Page 122

1  restless.  I couldn't really fall asleep and stay

2  asleep, very uncomfortable.

3      Q.   How often did that happen?

4      A.   I guess often because I'm still trying to --

5  it happened so much to where it's -- it's -- I guess it

6  informed into a habit that -- you know.

7      Q.   Meaning it's something you're still having

8  issues with?

9      A.   Uh-huh.

10     Q.   Okay.

11     A.   Yes.

12     Q.   Was the problem falling asleep or staying

13  asleep?  Both?

14     A.   Both.

15     Q.   Did you ever -- or have you ever seen a

16  medical provider for trouble sleeping?

17     A.   It was -- yeah, something mentioned.  Yes.

18     Q.   With who?

19     A.   All of them.  They classified it as anxiety.

20     Q.   Okay.  You said they classified it as anxiety?

21     A.   More than one doctor.

22     Q.   Okay.

23     A.   My PCP.

24     Q.   Do you --

25     A.   Lakisha and Nguyen.

Page 144

1    you something like, "We didn't find anything."  Do you

2    remember if they ever gave you any documentation about

3    what they did or did not find?

4                    MR. HAMMEL:  Form.

5         A.   No.

6                    MR. FUTRELL:  "No," they didn't, or

7              "no," she didn't remember?

8                    THE WITNESS:  No, they did not give me

9              anything.

10                   MR. FUTRELL:  Okay.

11                   MR. MIMS:  All good?

12                   MR. FUTRELL:  Yep.

13                   MR. MIMS:  That's all I've got.  Thank

14             you, Ms. Landry-Boudreaux.

15                   THE WITNESS:  You're welcome, sir.

16                   MR. HAMMEL:  I have a couple of

17             follow-up questions.

18                   THE WITNESS:  Okay.

19                       EXAMINATION

20   BY MR. HAMMEL:

21        Q.   Ms. Landry-Boudreaux, you were asked some

22   questions by Mr. Mims, and you talked a bit about

23   anxiety from sleep -- and it affected your sleep.  Is

24   that correct?

25        A.   Yes.

Page 145

1      Q.   Were you ever awakened from your sleep by

2   odors?

3      A.   Yes.

4      Q.   And was that during the 2017 to 2019 time

5   frame -- '20?

6      A.   Yes.

7      Q.   Approximately how many times were you awoken

8   from the odors?

9      A.   I can't give you a count, but it was numerous

10   times.

11      Q.   And when you were awoken from sleep by the

12   odors, was it the rotten egg odor?

13      A.   Yes.  It was a foul smell.

14      Q.   Okay.  Mr. Mims also asked you a couple of

15   questions, and you talked to him about the impacts that

16   the odors had on you, and he asked you a specific

17   question, he said, about physical symptoms.

18           Do you remember that?

19      A.   Yes.

20      Q.   And you told him that you did not have any

21   physical symptoms from the odors.

22           Do you remember that?

23      A.   Yes.

24      Q.   Okay.  Do you consider running eyes a physical

25   symptom?  Watery eyes?

Page 146

1        A.   Yes.

2        Q.   And did you experience watery eyes from the

3   odors?

4        A.   Yes.

5        Q.   Okay.  So when Mr. Mims asked you previously

6   about physical symptoms that you experienced from the

7   odors, you told him none, but now you're saying that

8   you did have watery eyes?

9        A.   Yes.  And I -- I guess I should have asked to

10  be specific with "physical."

11       Q.   So by "physical," I think that we can say that

12  you -- you know, something that was impacted on your

13  body.  So did the -- the odors have any impacts -- when

14  you would smell the odors, did your body have any

15  reaction?

16       A.   Yes.

17       Q.   Can you tell me what those were?

18       A.   Itchy nose, meaning when you smell it, it's --

19  when it hits you, that I would -- you know, trying to

20  decipher what it is.  Running eyes, as you said.

21  Physical impact would be, as I stated, sleep, meaning

22  not comfortable, toss and turn.  I think some of that,

23  at the point, why I was asked from the physician of

24  things that could happen or could be for them

25  determining it's anxiety, is because of some of the

Page 147

```
 1   things I described.  Do my brain shut off at night?

 2   No, it don't.  It -- it didn't.

 3        Q.   Do you -- do you feel that the odors caused

 4   you anxiety?

 5        A.   Yes.

 6        Q.   Did you ever smell the odors and associate a

 7   headache with the odors?

 8        A.   Yes.

 9        Q.   Did you ever have an irritated throat as a

10   result of the odors?

11        A.   Yes.

12        Q.   Did you ever lose your appetite?

13        A.   Yes, yes.

14        Q.   Why -- you kind of laughed when I said that.

15   Why do you laugh?

16        A.   I mean, I -- I can't fathom wanting to digest

17   food or absorb the smell and cook in it, more rather.

18   I did mention to him that sometimes we would do takeout

19   based upon not cooking or taking away from cooking

20   outside.

21        Q.   Did you provide written answers to

22   interrogatories and provide supplemental answers to

23   interrogatories in this case?  Do you recall doing that

24   with me?

25        A.   Can you ask me that again?
```

1            MR. MIMS:  I think that's right.

2            MR. HAMMEL:  I think it's 6.  Thank you.

3      (Exhibit No. 6 was marked for identification.)

4  BY MR. HAMMEL:

5      Q.   Additionally, Mr. -- Ms. Landry-Boudreaux --

6  Mrs. Landry-Boudreaux?

7      A.   Mrs.

8      Q.   Mrs. Landry-Boudreaux, you have been

9  designated in this case as a class representative.

10  Do you know that you are being offered as a class

11  representative?

12      A.   Yes.

13      Q.   Okay.  And do you understand what that means?

14      A.   Yes.

15      Q.   What is your understanding of your role as a

16  class representative?

17      A.   To be able to lead and be the spokesperson to

18  be able to, what I feel, represent whomever else to

19  what is being considered.

20      Q.   Do you see it as your obligation to protect

21  the interest of other people besides yourself?

22      A.   Yes.

23      Q.   Okay.  Are you okay with being designated as a

24  class representative?

25      A.   Yes.

Page 150

1     Q.   And is it your intention to see this case to

2  its completion?

3     A.   Yes.

4     Q.   Okay.  Mr. Mims asked you a question and --

5  about text messages.  Do you recall having a

6  conversation with me about you not having the same

7  telephone as you had back then?

8     A.   Yes.

9     Q.   How many phones have you had since, let's say,

10  2019?

11    A.   I have an iPhone, so practically, I went from

12  an android to an iPhone.  I did a couple of upgrades.

13  However, I have the same phone number but not the same

14  phone.

15    Q.   Okay.  And do you recall having a conversation

16  with me that we looked back at text messages -- and I

17  don't think your phone went back -- you could find one

18  past 2021?

19    A.   Correct.

20         MR. HAMMEL:  I don't have any further

21         questions.

22         MR. MIMS:  Nothing more.  Thank you,

23         ma'am.

24         THE WITNESS:  No.  Thank you.

25         MR. MIMS:  It was nice to meet you.

Page 153

1                    REPORTER'S CERTIFICATE

2        I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3  Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that
4  NICOLE MARIE LANDRY-BOUDREAUX, after having been duly
   sworn by me upon authority of R.S. 37:2554, did
5  testify as set forth in the foregoing 152 pages.
        I further certify that said testimony was reported
6  by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7  supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8        I further certify that the transcript has been
   prepared in compliance with transcript format
9  guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10 arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12 defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14 related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15 financial interest in the outcome of this matter.
        This certificate is valid only for this
16 transcript, accompanied by my original signature and
   original raised seal on this page.
17
        Prairieville, Louisiana, this 26th day of
18 December, 2023.

19

20

21

22                                  _____
                                    YOLANDA J. PENA, CCR, RPR
23                                  CCR NO. 2017002, RPR NO. 907346

24

25

VERITEXT LEGAL SOLUTIONS