Page 1

1      UNITED STATES DISTRICT COURT
2      EASTERN DISTRICT OF LOUISIANA
3
4  NO.: 18-7889 c/w 18-8071,         SECTION: "E"(5)
   18-8218, 18-9312
5
6
7      ELIAS JORGE "GEORGE", ICTECH-BENDECK
8                    VERSUS
9      WASTE CONNECTIONS BAYOU, INC., ET AL.,
10
11               DEPOSITION OF
12          LARRY JOSEPH BERNARD, SR.
13             December 19th, 2023
14                      at
15             The Law Offices of
               LISKOW & LEWIS, APLC
16       701  Poydras Street, Suite 5000
                New Orleans, LA 70139
17
18
19
20
21   REPORTED BY:
22   DOROTHY Z. JONES, CVR, CCR
23
24
25

EXHIBIT 3

Page 52

1     Q.   Okay.  How often did you go out on your
2  back patio during that time?
3     A.   I used to go maybe twice a week, drink a
4  cup of coffee or so, you know.
5     Q.   Twice a week just to drink a cup of
6  coffee.
7     A.   Yeah.
8     Q.   Okay.  But when it got real hot --
9     A.   No.
10    Q.   -- you wouldn't go there.  Okay.
11 Understood.
12    During that same time period, 2015 to 2020, you
13 would do some grilling when your family would come
14 over; right?
15    A.   At times until the odor was real bad.
16    Q.   Okay.  All right.  So before -- well,
17 okay.  When did the odor get bad?
18    A.   Excuse me?
19    Q.   When did the odor get bad?
20    A.   Around '17 and then '18 and '19.
21    Q.   Okay.  So before '17, '18 and '19, how
22 often would you use the patio for --
23    A.   Before?  Well, I didn't notice it at
24 first.  Okay?
25    Q.   Okay.

Page 53

1    A.   And then people started talking about the
2    odors.  And then --
3         Q.   So what I'm asking you is before the
4    odors -- so you said you started noticing the odors
5    in 2017; right?
6         A.   Twenty sixteen or 2017.  Somewheres up in
7    that area, or 2018 and '19.
8         Q.   So in 2015, before you noticed the odors,
9    how often did you grill outside?
10        A.   The same time, maybe once, twice in a
11   month, you know, at the most.
12        Q.   After you noticed the odors, how often did
13   you grill outside?
14        A.   Not often at all.
15        Q.   Not often at all meaning?
16        A.   Hardly ever.  Hardly at all, you know.  I
17   didn't go out there.  I didn't want to smell it.
18        Q.   So did it go from once every two or three
19   weeks to once every month?
20        A.   Once, maybe every two months.
21        Q.   Once, maybe every two months?
22        A.   Yeah.
23        Q.   Okay.  Do you have a garden on your
24   property right now?
25        A.   Well, we have plants and all, you know.

Page 66

1   still do flower gardening two to three times a week?
2        A.   Can't remember exactly.
3        Q.   Okay.  What about in 2017?
4        A.   Same thing.
5        Q.   2018.
6        A.   Same.
7        Q.   When you say same thing, you're saying
8   that you can't remember or two to three times a
9   week?
10       A.   Hardly ever.  I mean -- I didn't -- the
11  smell was, you know, horrific back then, so I didn't
12  go outside that much.
13       Q.   Okay.  We're going to talk a little bit
14  more specifically about the smell in a second.
15       So right now, do you ever do anything outside
16  that you haven't told me that you do already, like,
17  for enjoyment?
18       A.   No.
19       Q.   Okay.  And from that 2015 to 2020 time
20  frame, you said that you like to sit outside on your
21  patio, you like to grill, you like to do some
22  gardening --
23       A.   During that time?  Not much.  Like I said,
24  the smell was horrific and I didn't enjoy it.  Okay?
25       Q.   Okay.  And that was from 2015 to 2020?

Page 72

1  Q.  No.  So this one might be the one that you
2  were talking about.  The highway 90 construction and
3  demolition debris landfill.
4       That's the one you're familiar with?
5  A.  No.  I went to the dump where they dumped
6  everything, you know.  Garbage and all.  With the
7  garbage dumps and everything.
8  A.  Okay.
9  A.  That's the one I went to.  That would be
10 the Jefferson Parish Landfill.  Okay.
11 Q.  All right.  So now we're going to talk
12 about some of the specific odors that you claim to
13 smell at your property at 475 Gordon.
14      When did you first notice the odors at your
15 home?  What year?
16 A.  Excuse me?  Say that again?
17 Q.  What year did you first notice the odor at
18 your home?
19 A.  Smell, you mean?
20 Q.  Yes.
21 A.  Smell.  What year?  About 2016.
22 Q.  And what did those odors smell like?
23 A.  Rotten eggs.
24 Q.  Okay.  Any other descriptors for those
25 smells?

Page 73

```
1        A.   The only thing I could smell is just like,
2    rotten eggs.
3        Q.   So you started smelling them in 2016.  How
4    strong were the odors in 2016?
5        A.   It started -- it wasn't strong at first,
6    and it started getting stronger in '17 and '18 and
7    '19.
8        Q.   Okay.  Did they get stronger each year or
9    did they get stronger in 2017 and kind of plateau?
10       A.   Each year.  Okay.
11       Q.   Okay.  Could you smell that odor inside
12   your house in 2016?
13       A.   Yes.
14       Q.   Could you smell it in 2017?
15       A.   Yes.
16       Q.   What about 2018?
17       A.   Yes.
18       Q.   What about 2019?
19       A.   Yes.
20       Q.   When did you stop smelling the odor in
21   your house?
22       A.   When the odor went away.
23       Q.   Well, specifically, when?
24       A.   When did I stop?
25       Q.   When did you stop?
```

Page 74

1     A.   Okay.  2019 or 2020.  Okay.  When they
2  fixed the problem.  Okay?
3     Q.   What was the problem that they fixed?
4     A.   Huh?
5     Q.   What was the problem that they fixed?
6     A.   The stink. The smell.
7     Q.   Right.  But I'm saying, do you have any
8  idea of what the problem was that was causing the
9  issue?
10    A.   Some kind of sulfur, I guess.  I don't
11 know
12    Q.   Sulfur?
13    A.   I really don't know, you know, what caused
14 the problem until they solved it.
15    Q.   Okay.
16    A.   Because I know it was smelling, but I
17 didn't know what caused the smell.  Okay?
18    Q.   Okay.
19    A.   But I knew it was coming from the dump,
20 from what I heard on TV and different people.
21    Q.   Okay.  So that's how you knew it was
22 coming from the dump, what people said on TV; right?
23    A.   Mm-hmm.
24    Q.   Okay.  How often did you smell the smell
25 in 2016?

```
                                                         Page 75
 1          A.    Pretty often.
 2          Q.    So pretty often as in once a week?
 3          A.    Almost every day.
 4          Q.    Almost every day.
 5          A.    In the morning especially, and mainly late
 6    at night.
 7          Q.    Okay.  So when we say almost every day,
 8    I'm trying to kind of put a number on it.  So what
 9    would that be?  Three days a week?
10          A.    Most like five, maybe six.
11          Q.    Five or six days a week in 2016?
12          A.    Yes.
13          Q.    Okay.  And then what about in 2017?
14          A.    About the same thing.
15          Q.    Okay.  So five or six days a week in 2017.
16    And then in 2018, how many days a week?
17          A.    Same.
18          Q.    Same.  Five or six.  2019 --
19          A.    Same.
20          Q.    Same.  Five or six days a week.  Okay.
21          So you said that you smelled those odors --
22    we'll keep it in 2016 here.  In 2016, you smelled
23    the odors in the morning and at night?
24          A.    Mostly in the morning I smelled it.
25          Q.    Okay.  How long in the morning would you
```

Page 76

1    smell it?  How long would it last?
2        A.  I got up real early in the morning before
3    daybreak, and I could smell it.  It was pretty
4    strong.  And it kind of eased off in the middle of
5    the day, you know.
6        Q.  Okay.
7        A.  But it still smelled.
8        Q.  So before daybreak, let's say, like 5:00
9    in the morning?
10       A.  Probably that time.  Before that, when you
11   sleeping you don't smell it.
12       Q.  Right.  So it wasn't bothering you when
13   you were sleeping?
14       A.  No.
15       Q.  Okay.  And then you said you smelled it
16   again at nighttime.  About what time at nighttime
17   would you start smelling it?
18       A.  I can't remember what time exactly because
19   most of the time we were in the house and we got a
20   smell coming through the air conditioners and all,
21   you know.
22       Q.  Okay.  So that was for 2016 we were
23   talking about.  So for 2017 through 2019, is your
24   testimony the same as that you smelled it in the
25   morning, it would dissipate in the middle of the day

Page 77

1      --
2           A.   Yes.
3           Q.   -- and then you smelled it again at
4      nighttime?
5           A.   Yes.
6           Q.   Okay.  So during that time -- because
7      we're going to stick with 2017 to 2019 because that
8      kind of fits; right?
9           Q.   Did you smell that smell anywhere else
10     besides your house?
11          A.   Yes.  When we went bike riding, and then
12     when we went on the levee bike riding, and it was
13     pretty bad odors up there --
14          Q.   Okay.
15          A.   -- so we had to stop that because it
16     smells so bad, you know.  And we didn't even walk
17     anymore at that time because it was smelling bad.
18     And then neighbors were complaining about that.
19          Q.   Okay.  So you just mentioned walking and
20     riding your bike on the levee.
21          I asked you earlier if there was anything that
22     you like to do outside that you didn't tell me
23     about.  So you like to walk?
24          A.   We did like to walk.
25          Q.   And then you liked to --

Page 78

1    A.   Ride bikes.
2    Q.   -- ride your bike on the levee. Okay.
3  During that time period, how often would you ride
4  your bikes on the levee?
5    A.   Twice a week, at least.
6    Q.   Twice a week from 2016 to 2019?
7    A.   Mm-hmm.
8    Q.   How often would you go walking during 2016
9  to 2019?
10   A.   We used to walk every morning.
11   Q.   During 2016 to 2019?
12   A.   We stopped though during that time.  We
13 didn't -- we stopped walking.
14   A.   Okay.
15   Q.   So you did not walk --
16   A.   Before that we used to walk.
17   Q.   Okay.  Right.  So before 2016, you used to
18 walk every day and then you stopped that?
19   A.   Yes.
20   Q.   And you testified a second ago that from
21 2016 to 2019, you rode your bike on the levee two
22 times a week.
23   A.   Yes, at least.
24   Q.   Okay.
25   A.   And before '15, I used to run on the levee

Page 92

1  Q. All right. Tell me about the mental
2  injuries that you've sustained.
3  A. Sinuses, nausea. That's about it.
4  Q. Okay. So we talked a little bit about the
5  sinuses before.
6  Can you tell me again what are the issues you
7  have with the sinuses?
8  A. Back then or now?
9  Q. So let's say 2016 to 2019?
10 A. About the same. It's watery eyes and
11 sneezing and sometimes coughing.
12 Q. So watery eyes, sneezing, coughing.
13 Anything else?
14 A. That's about it.
15 Q. Okay. And so after 2019, did those issues
16 persist?
17 A. No, not that often. No.
18 Q. Okay.
19 A. Not as often as it did back then.
20 Q. So when did they stop -- or when did they
21 get less frequent -- excuse me?
22 A. 2020. Somewhere in that area.
23 Q. Okay. And you said nausea. When did your
24 nausea start?
25 A. When the smell started. Which would have

```
                                                    Page 93
 1    been in what year?
 2         A.    Sixteen, '17.  Around that area.
 3         Q.    Okay.  Do you still get nauseated?
 4         A.    No.
 5         Q.    When did you stop getting nauseated?
 6         A.    After the smell went away in 2020.
 7         Q.    Okay.  So sinuses and nausea, that's our
 8    list of issues; right?
 9         A.    Mm-hmm.  That I know of.
10         Q.    For the -- let's just stick with the
11    sinuses for right now.
12         So the watery eyes and the coughing and the
13    sneezing.  Would that bother you when you were
14    smelling the smell?
15         A.    Sometimes, yes.
16         Q.    Okay.  When the smell dissipated in the
17    middle of the day, like you told me, would it get
18    better?
19         A.    Yes.
20         Q.    Okay.  So what I'm trying to figure out is
21    those issues with your sinuses, they were
22    contemporaneous with the smell?
23         A.    Say that again, please?
24         Q.    So the issues that you have with your
25    sinuses, those were happening at the same time as
```

Page 107

1      Just -- could you take a look at this piece of
2　paper and verify that that is his signature on
3　there?
4         A.   I don't see my signature.
5         Q.   No, on the second page, actually.
6         A.   All right.  Yes.
7         Q.   So that that is your signature; right?
8         A.   Yes.
9         Q.   All right.  And in this particular case,
10　you were asked to be a class representative.  Do you
11　know what that means?
12        A.   The class representative is to represent
13　the people in the class action suit; right?
14        Q.   Right.  And you understand what some of
15　your obligations are in connection with that?
16        A.   Not really.
17        Q.   Okay.  Do you understand -- well, you've
18　served in that capacity before; correct?  When you
19　were in the lawsuit in 1996, I think you said;
20　right?
21        A.   Yes.
22        Q.   And what is your understanding of your
23　duties or what you're supposed to do as a class rep?
24        A.   Represent the people, I guess.
25        Q.   And what people are you referring to?

Page 108

1    A.   Everybody that was in the class action
2    suit or lived in the neighborhood or vicinity.
3    Q.   Okay.  Okay.  And was anything promised to
4    you in connection with doing that?
5    A.   No.
6    Q.   Okay.  And why do you feel it's necessary
7    to do that?  To be a classroom rep?
8    A.   To be a part so it doesn't happen again
9    maybe, you know.  I guess if I'm answering correctly
10   this doesn't happen again, you know.
11   Q.   Is that why you're doing this?
12   A.   Yes.
13   Q.   Okay.  Are you willing to see this
14   litigation to the end?  You're going to stay in it
15   till the end?
16   A.   Yes.
17             MR. BETZER:  Okay.  I have no further
18   questions.
19             THE WITNESS:  All right.
20             MR. ANDRADE:  Thank you so much.
21             THE VIDEOGRAPHER:  We're going off
22   the record at 12:04 p.m.
23   (Deposition concluded.)
24
25

Page 110

## REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, DOROTHY Z. JONES, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was administered, do hereby certify that LARRY JOSEPH BERNARD, SR., after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing pages;

That this testimony was reported by me in the stenomask reporting method; was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the foregoing transcript has been prepared in compliance with transcript format guidelines required by statute or by the Rules of the Louisiana Certified Shorthand Reporter Board; and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangement for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by the Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board;

That I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there any such relationship between myself and a party litigant in this matter;

That I am not of counsel, not related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.

DOROTHY Z. JONES
CERTIFIED COURT REPORTER
CERTIFIED VERBATIM REPORTER
LOUISIANA CERTIFICATION NO. 2022007