Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


NO.: 18-7889 c/w 18-8071,          SECTION: "E"(5)
18-8218, 18-9312



ELIAS JORGE "GEORGE", ICTECH-BENDECK

VERSUS

WASTE CONNECTIONS BAYOU, INC., ET AL.,



DEPOSITION OF

MONA SUDO-BERNARD

December 19th, 2023

at

The Law Offices of
LISKOW & LEWIS, APLC
701 Poydras Street, Suite 5000
New Orleans, LA 70139



REPORTED BY:

DOROTHY Z. JONES, CVR, CCR

**EXHIBIT**

tabbies

4
_____

Page 11

1   smell was coming from, and we saw it on TV and

2   realized we had to get up -- step up and try to find

3   a solution to it and make people accountable for

4   what's happening.

5        Q.   I understand.  Do you remember what year

6   it was that you saw whatever you saw on television

7   about the Jefferson landfill?

8        A.   Probably sometime '17 or '18, 2017 or '18.

9        Q.   What exactly did you see on television

10  about the Jefferson Parish landfill and odors that

11  made you, as you said, believe you needed to step

12  up?

13       A.   Because it was really bad.  The smell was

14  horrible, and I just wanted to make sure it was

15  taken care of.  It wouldn't happen again.

16       Q.   Okay.  That was a bad question by me.

17  What did you see on television?  You said you saw

18  something on television.  What did you see on

19  television?

20       A.   They were admitting that they did wrong.

21       Q.   And who is they?

22       A.   I'm not sure exactly who they were.  But

23  the people responsible that were responsible for it,

24  they took -- admitted that they made mistakes.

25       Q.   So was it a news story?  Was it a news --

Page 23

1    than five?

2         A.    Yes.

3         Q.    Okay.  Is it less than three?

4         A.    Yes.

5         Q.    How many do you think it was?

6         A.    Maybe, maybe one.

7         Q.    Maybe one.  Okay.  And when you went back

8    to try to find that text message, it was gone from

9    your phone?

10        A.    Yes.

11        Q.    Do you typically delete your text messages

12   after you read them?

13        A.    Always.

14        Q.    Okay.  I do that too.  It drives my wife

15   crazy.  But you did make an effort to recover those

16   text messages is what I'm trying to get to?

17        A.    Yes.

18        Q.    All right.  What is your understanding of

19   your role as a class representative in this case?

20        A.    To represent my community.

21        Q.    Okay.  Tell me what you mean by that.

22        A.    Just to make people accountable for -- the

23   companies accountable for their neglect.  Make sure

24   it doesn't happen again.

25        Q.    Okay.  When you say, make sure it doesn't

Page 24

1    happen again, what is the "it"?

2         A.    That they protect our environment.

3         Q.    Protect the environment from what?

4         A.    The smells, the chemicals, whatever.

5         Q.    Okay.

6         A.    Keep our air breathable.

7         Q.    All right.  Ms. Bernard, I'm going to jump

8    back.  How far did you go in school?

9         A.    Eleventh.

10        Q.    Did you go back and get a GED?

11        A.    Well, I went back to nursing school many

12   years later.

13        Q.    Okay.

14        Q.    And I know you've been retired for a

15   while.  Congratulations.  What did you do for a

16   living before you retired?

17        A.    I worked in Intralox.  It's a factory

18   building conveyor belts.

19        Q.    Very good company.  How long did you work

20   for them?

21        A.    About.  Probably about five years.

22        Q.    And that was in Harahan --

23        A.    Harahan.

24        Q.    Because they just built a new facility in

25   Hammond.

1    A.   Yes.

2    Q.   What do you have on the patio?

3    A.   A swing, some rocking chairs.

4    Q.   Is there a barbecue pit out there?

5    A.   Yes.

6    Q.   What about a fire pit?

7    A.   Yes.

8    Q.   Would you -- or do you and your husband

9    sit out on the patio?

10    A.   Do we?

11    Q.   Yes.

12    A.   Yes.

13    Q.   Okay.  Back in 2016, did you and your

14    husband sit on the patio?

15    A.   Yes.

16    Q.   How often would you sit on the patio?

17    A.   Almost every day.

18    Q.   Was there a particular time that you would

19    sit of day that you would sit on the patio?

20    A.   In the morning or evening, mostly evening.

21    Q.   And what would you do when you were out

22    there in the evening on the patio?

23    A.   Watch the birds and the squirrels.

24    Q.   Okay.  Sound like my mom.  What about

25    2017?  Would you sit on the --

Page 48

```
 1        A.    Yes.

 2        Q.    -- patio with your husband almost every

 3   day?

 4        A.    Yes.

 5        Q.    2018, would you sit out there with your

 6   husband almost every day?

 7        A.    Well, that's when the smell started

 8   coming, so not so much.  It was really affecting me.

 9        Q.    I got you.

10        Q.    So in 2018, how -- or did you sit out on

11   your patio in 2018?

12        A.    Sometimes.

13        Q.    How often?

14        A.    Again, it just depend on the smell and the

15   odor because it was affecting my eyes and throat and

16   everything.

17        Q.    Okay.  I'm going to get to that in a

18   little bit.  So you told me in 2016 and 2017 you

19   would sit on the patio almost every day; is that

20   right?

21        A.    Yes.

22        Q.    Okay.  And I'm not trying to hold you to a

23   number,  I'm just -- in a week in 2018, can you tell

24   me average wise how many times you would sit out

25   there?
```

Page 49

1     A.   A few times a week.

2     Q.   Okay.

3     A.   Just depending on the odor.

4     Q.   What about 2019?  Would you sit on the

5   patio in 2019?

6     A.   Yes.

7     Q.   Okay.

8     Q.   How often would you sit on the patio in

9   2019.

10     A.   We tried to sit whenever -- again, when

11   the odor wasn't there, we would sit out there.

12     Q.   Okay.  And I'm going to get to that in a

13   little bit.  What about 2020?

14     A.   We started at the end of 2020, we were

15   sitting out more again.

16     Q.   Okay.  How about right now in 2023?  Do

17   you and your husband sit out on the patio almost

18   every day?

19     A.   Almost every day.

20     Q.   Okay.  Your husband said in his deposition

21   that there was a period of time that he grew tomato

22   plants.

23     A.   Yes.

24     Q.   Okay.  Does he still grow tomato plants?

25     A.   No.

Page 57

```
 1        Q.    Okay.  Have you ever -- have you ever
 2   tried to sell the home at 475 Gordon Avenue?
 3        A.    No.
 4        Q.    All right.  And have you ever thought
 5   about moving out of 475 Gordon Avenue?
 6        A.    No.
 7        Q.    You plan on staying there?
 8        A.    Yes.
 9        Q.    Do you own any other properties other than
10   475 Gordon Avenue?
11        A.    No.
12        Q.    Tell me things that you like to do in your
13   neighborhood.  I know your husband told us a few
14   things about, like biking on the levee and taking
15   walks and things like that.
16        A.    I like to ride my bike at night.  Just
17   sometimes go for a walk, just hang out in the yard.
18        Q.    Okay.  Did you ride your bike back in,
19   let's say, 2016?
20        A.    Yes.
21        Q.    Okay.  How often would you ride your bike?
22        A.    Maybe three times a night.
23        Q.    Three times a night?
24        A.    A week.  I meant to say a week.
25        Q.    It's okay.  All right.  What about in
```

SUDO-BERNARD MONA

Page 58

1    2017?  Did you ride your bike?

2          A.    About the same.

3          Q.    What about 2018?

4          A.    Not so much.  Maybe that goes back again.

5    Maybe once a week.  And that's if the smell wasn't

6    so bad.

7          Q.    And is the reason that the times you rode

8    your bike went from three times a week in 2016 and

9    2017 to once a week in 2018 because of odors?

10         A.    Yes.

11         Q.    What about 2019?  How often would you ride

12   your bike?

13         A.    About the same, maybe just depending on

14   the smell if I could ride it or not.

15         Q.    Okay.  So about once a week?

16         A.    Maybe so, maybe not.

17         Q.    I got you.  Okay.  What about in 2020?

18         A.    I think I was toward the end, I was riding

19   a little more.

20         Q.    How often do you ride your bike now?

21         A.    Three times a week.

22         Q.    And when you ride your bike, do you

23   generally go on the same path?

24         A.    I ride all through the streets of Harahan.

25         Q.    All right.  And that holds true from 2016

1    to today.  Whenever you would ride, just not have

2    any particular destination, just go out and --

3         A.   Go up and down all the streets.

4         Q.   Okay.  Fair enough. All right.  And when

5    you would walk back in 2016, how often would you

6    walk?

7         A.   Just maybe once a week.

8         Q.   Where would you walk when you walk?

9         A.   Down my street and up the next one and

10   back up.

11        Q.   Okay.  Would anybody walk with you?

12        A.   My husband sometimes.  That's when he

13   could.

14        Q.   Okay.  What about in 2017?  Would you keep

15   that same schedule of about once a week walking?

16        A.   Yes.

17        Q.   What about 2018?

18        A.   Eighteen?  We weren't really walking then.

19        Q.   And why is that?

20        A.   Just the smell.  His health wasn't that

21   great with his legs and his hip.

22        Q.   Would you say, if you can, would you say

23   that the reason that you wouldn't walk as much in

24   2018 was more due to odors or more due to the fact

25   that of your husband's health condition?

```
 1        A.    With me, it was odors.  Yes, definitely.
 2   That was a bad time.
 3        Q.    Okay.
 4        A.    The smell was just really bad for me.
 5        Q.    What about your husband?  Would he tell
 6   you that he wasn't walking because of the smell, or
 7   would he tell you he wasn't walking because he was
 8   --
 9        A.    Yeah.  He didn't like the smell either,
10   but his health wasn't the greatest then.
11        Q.    Okay.  2019, how often would you walk?
12        A.    I don't think I was walking hardly at that
13   time at all.
14        Q.    And why is that?
15        A.    Just didn't.
16        Q.    What about, as we sit here today, are you
17   back walking about once a week or so?
18        A.    No.  I go to the gym now.
19        Q.    Okay.
20        Q.    When did you start going to the gym?
21        A.    I guess about six months ago.
22        Q.    Okay.  Did you walk about once a week in
23   2020?
24        A.    I don't think I was walking, no.
25        Q.    Okay.  So after 2018, you pretty much quit
```

1  landfill until you saw it on the news like we talked

2  about earlier; correct?

3      A.   I start hearing about it on the news, on

4  Facebook, people complaining and talking about it.

5      That's how I realized where it was coming from.

6      Q.   Okay.  Fair enough.  In 2016 to 2017, when

7  you first noticed the odors that you associate with

8  the Jefferson Parish landfill, what type of odors

9  did you smell?

10     A.   It just smelled like rotten eggs.  Very

11  unpleasant.

12     Q.   Any other smells -- I mean, any other

13  thing that you associated the smell with other than

14  rotten eggs?

15     A.   Kind of like a garbage sulfur smell.

16  Something.  It's very nasty.

17     Q.   Had you ever smelled that smell in your

18  neighborhood in the 40 something years that you've

19  been living there prior?

20     A.   No.  This was different.

21     Q.   How was it different?

22     A.   It was just so strong and so bad.

23     Q.   In 2016 or 2017, when you first began to

24  smell the odors, could you smell them inside your

25  house?

Page 68

```
 1          A.   I haven't noticed.

 2          Q.   Okay.  All right.  I want to talk about

 3    2018.  Did you notice odors at your residence in

 4    2018?

 5          A.   Yes.

 6          Q.   Were they the same, less or stronger than

 7    --

 8          A.   Stronger.

 9          Q.   Okay.  Let me just finish my question.

10          A.   Oh.

11          Q.   You're fine.  The odors that you noticed

12    in 2018 at 475 Gordon, were they the same, less or

13    stronger than the odors you noticed in 2016 or 2017?

14          A.   It was stronger.

15          Q.   Was it the same or a different smell that

16    you noticed in 2016, 2017?

17          A.   It was the same but stronger.  It was just

18    more.

19          Q.   And how often would you smell the odors in

20    2018?

21          A.   It was like a daily thing.

22          Q.   Did you notice in 2018 if the odors were

23    stronger at a particular time of day?

24          A.   Early morning hours and late night, it was

25    the strongest.
```

SUDO-BERNARD MONA

1          Q.   I don't think I asked you that for 2016,

2     2017.  Was there a particular time of day that the

3     odors was stronger in 2016 or 2017?

4          A.   I don't -- I don't think it was a

5     particular time, I recalled.

6          Q.   Okay.  And back to 2018.  In 2018, how

7     long did the odors last?

8          A.   Pretty much all day.

9          Q.   All right.  Let's go to 2019.  Did you

10    experience odors at 475 Gordon, in 2019?

11         A.   Yes.

12         Q.   Were they less, the same or stronger than

13    2018?

14         A.   At the beginning, it was still pretty

15    strong.

16         A.   Yes.

17         Q.   And then what happened?

18         A.   Toward the end of the year, it started

19    getting a little better.

20         Q.   How often would you smell the odors in

21    2019?

22         A.   Every day.

23         Q.   And was there a particular time of day

24    that they were worse than other.

25         A.   The early morning hours.

Page 70

1      Q.   And then you said toward the end of 2019,

2   they began to get a little bit better.

3      A.   Yes.

4      Q.   And by that, you mean less strong?

5      A.   Yes.

6      Q.   What about 2020?  Did you experience odors

7   at your residence at 475 Gordon in 2020?

8      A.   Yes.

9      Q.   Okay.  Were they less, the same or

10   stronger than at the end of 2019.

11      A.   It was a little less.  Yes.

12      Q.   How often would you smell the odors in

13   2020?

14      A.   Pretty much off and on throughout the

15   week.

16      Q.   Can you tell me about how many times a

17   week?

18      A.   Probably about maybe four times a week

19   that I've noticed.

20      Q.   Okay.  And was there a particular time of

21   day that the odors were worse than others?

22      A.   I always found same thing, the early

23   morning hours, late night.

24      Q.   Okay.  Did you smell odors at 475 Gordon

25   in 2021?

Page 71

1        A.    No.   That's when it kind of went away.

2        Q.    Have you smelled any odors that you

3   associate with the Jefferson Parish landfill at 475

4   Gordon since 2020?

5        A.   I can't say.   No.   I don't remember

6   smelling it.

7        Q.    Okay.   That garbage, sulfur, rotten egg

8   smell that you described to me, other than your

9   residence at 475 Gordon Avenue, did you smell that

10  smell at any other locations within Jefferson Parish

11  in 2016, 2017?

12       A.    Yes.   When you rode your bike on a levee,

13  which I did.   You started smelling it.

14       Q.    Any other places other than along the

15  levee in 2016, 2017?

16       A.    You could smell it, like, if you're coming

17  out the grocery store or something, you come out,

18  you smell it.   It was in the air.

19       Q.    Like when you're coming out of Winn-Dixie

20  or Walmart?

21       A.    Yes.   Yes.

22       Q.    Did you smell that smell when you were in

23  Kenner watching your grandchild play flag football?

24       A.    No.

25       Q.    All right.   In 2018, did you smell that

Page 72

1  rotten egg, garbage, sulfur smell that you described

2  anywhere other than your residence at 475 Gordon

3  Avenue?

4      A.   Yes.  Anywhere you went in Harahan/River

5  Ridge, you smelled it.

6      Q.   So anytime you were out in Harahan/River

7  Ridge in 2018, you smelled that smell?

8      A.   Yes.

9      Q.   And that would be any day that you were

10  out?

11      A.   Yes.  Any given day, you go out and you

12  could just smell it.

13      Q.   Right.  What about 2019?

14      A.   Yes.

15      Q.   Is that the same anywhere in Harahan/River

16  Ridge, every day when you were out, you would smell

17  it?

18      A.   Yes.

19      Q.   And then what about 2020?

20      A.   It was starting to lessen toward the end

21  of 2020.

22      Q.   Okay.  Did you keep any type of notes or

23  journal about your experience with the odors?

24      A.   No.

25      Q.   I don't think I asked you -- I asked you

Page 73
1    about one year, but in 2016, or -- I'd ask you about

2    that.

3         In 2018, did you smell the odors when you were

4    inside your house?

5         A.   Yes.  It was coming through the air

6    condition vents.

7         Q.   What about in 2019?  Did you smell the

8    odors inside your house?

9         A.   Yes.

10        Q.   What about in 2020?

11        A.   Yes.

12        Q.   You ever have any issues between 2016 and

13   2020 with particulates coming down and falling into

14   your yard?

15        A.   Yes.  But I wasn't sure if -- I thought

16   maybe it was the pollen, but then it wasn't yellow

17   like the pollen.  So I wasn't sure what it was.

18        And then I've heard other people online talking

19   about it and saying it was coming from there.

20        Q.   Okay.  Describe what you saw that you

21   thought was pollen.

22        A.   Almost like pollen, but it wasn't yellow

23   like pollen.  It was more ashy looking.

24        Q.   Okay.  And you said you heard people

25   saying that it was coming from "there"?

Page 77

1    A.   My sister, her husband.

2    Q.   What's your sister's name?

3    A.   Dolores.

4    Q.   Was that only on that one occasion that

5    they complained about odors?

6    A.   Yeah, that -- when they came over, yes.

7    Q.   Did they visit you often?  Your

8    brother-in-law?

9    A.   No.  They live in Denham Springs.

10   Q.   Okay.  Did y'all have like, let's say in

11   2015, will you all have, like, family cookouts,

12   things at your house?

13   A.   Yes.

14   Q.   Okay.  How often would you all do that?

15   A.   A few times a year.  We'd have a barbecue

16   and get together.

17   Q.   What about in 2016?  Did you all do it?

18   A.   Not the same.

19   Q.   2017, would you all do it about --

20   A.   Try to, yeah.  Yes, we did.

21   Q.   What about 2018?

22   A.   Yes.

23   Q.   Same amount of times?

24   A.   Probably.  Just a few times a year.  Yes.

25   Q.   Okay.  What about 2019?

SUDO-BERNARD MONA

Page 78

```
 1        A.    Not so much.  Not so much.  We didn't do
 2   too much barbecuing then.
 3        Q.    And why is it in 2019 that you didn't?
 4        A.    Just didn't.  The -- sometimes just smell.
 5   I just didn't like being out during that time.  It
 6   wasn't enjoyable.
 7        Q.    Okay.  What about 2020?  Did you have
 8   family cookouts in 2020?
 9        A.    We haven't been having so much, no.
10        Q.    Okay.  What about in 2021?  Did you pick
11   back up or did you just never start again?
12        A.    No, we just -- once in a while.
13        Q.    Okay.  How did -- because we talked about
14   that a little bit, and you said you just didn't want
15   to be outside during that.
16        I think you first mentioned in -- correct me if
17   I'm wrong -- but, like, in 2018, I think it's the
18   first time --
19        A.    Yes.
20        Q.    In what other ways did the odors impact
21   you in 2018?
22        A.    It was causing me to -- my eyes were just
23   so watery, and it just bothered my eyes.  They would
24   swell up and --
25        Q.    Did you see a doctor for that?
```

Page 79

```
 1         A.    No, I didn't.  I just bought drops.

 2         Q.    Okay.  What kind of drops?

 3         A.    Just eyedrops for, like, allergies.

 4  Hoping that would help.

 5         Q.    Okay.

 6         Q.    Any other ways the odors impacted you?

 7         A.    Yes.  It gave me headaches and felt

 8  nauseated sometimes.

 9         Q.    And when did those headaches and nausea

10  start?

11         A.    Around '18 and '19.

12         Q.    Do you ever see a doctor for the headaches

13  or nausea?

14         A.    No.

15         Q.    Do you still get headaches or nausea?

16         A.    No.

17         Q.    When's the last time you had a headache?

18         A.    I don't remember.

19         Q.    Okay.

20         A.    Long time.

21         Q.    What about nausea?  When's the last time.

22         A.    No. None.

23         Q.    Do you remember the last time you

24  experienced it?

25         A.    I guess around the end of '20, when the
```

Page 80

1    odors went away.

2         Q.    Okay.

3         A.    Started going away.  That's when all that

4    stopped.

5         Q.    I got you.  Have you ever attended any

6    community meetings regarding the Jefferson Parish

7    landfill?

8         A.    No.

9         Q.    Do you ever treat with at any point in

10   time, let's say within the last ten years, with an

11   ENT, ear, nose, and throat doctor for allergies?

12        A.    No.

13        Q.    Do you ever treat with an ear, nose, or

14   throat doctor in the past ten years for sinus

15   problems?

16        A.    No.

17        Q.    You just told me a little bit about watery

18   eyes, headaches, and nausea.  Are you making any

19   other physical or mental injury claims related to

20   the exposure to odors from Jefferson Parish --

21        A.    Oh, it was real stressful because you were

22   constantly worried.

23        You didn't know what you were breathing.  And

24   sometimes it made my throat kind of dry, and it was

25   kind of scary worrying about your family.

1       Q.   Did you ever see any healthcare

2  professional or -- for the stress?

3       A.   No.

4       Q.   Did you ever see any healthcare

5  professional for the dry throat?

6       A.   No.

7       Q.   How often would you experience a dry

8  throat?

9       A.   Whenever the smell was bad and strong.

10      Q.   So how often would that be?

11      A.   '18 and '19, it was pretty much every day.

12      Q.   All right.  What about headaches?  I

13 didn't ask you that.  How often would you experience

14 headaches that you relate to this odor coming from

15 the Jefferson Parish landfill?

16      A.   Pretty often.  I get headaches, like,

17 maybe three or four times a week.

18      Q.   And what years are we talking about that

19 you --

20      A.   Mostly '18 and '19, and then to '20, a

21 little into '20.

22      Q.   What about the nausea?  How often would

23 you experience nausea in 2018,

24      A.   When the headaches got bad, I'd start

25 feeling nauseated.  As often as the headaches were,

Page 82

1    that's when I felt the nausea.

2        Q.   Okay.  So in 2018, 2019, and part of 2020,

3    I think you said yes, you would have headaches and

4    nausea three or four times a week.

5        A.   Yes.

6        Q.   What about the watery eyes?  How often

7    would you have watery eyes?

8        A.   Same as the nausea.  It would be --

9    actually, the eyes, I think, were more.

10       Q.   Okay.  How many times a week?

11       A.   Probably maybe five, six times a week.  My

12   eyes would just get so watery and swollen.

13       Q.   And that was in -- five or six times a

14   week you would get watery eyes in 2018, 2019, and

15   2020?

16       A.   Yes.

17       Q.   Had you ever had issues with watery eyes

18   or swelling in your throat before 2018?

19       A.   No.  Not really, no.

20       Q.   Okay.  Had you ever had any issues with

21   headaches before 2018?

22       A.   No.

23       Q.   Any issues with nausea before 2018?

24       A.   No.

25       Q.   Any issues with dry throat before 2018?

Page 83

```
1         A.    No.

2         Q.    When you would get the symptoms you

3    described, the watery eyes symptoms, did it come on

4    immediately when you smelled the odor?

5         A.    I guess it was more just as you went out

6    and gradually getting into an environment with it.

7         Q.    Okay.  And how long would the watery eyes

8    last?

9         A.    Until I went in.

10         Q.    Okay.  Would the same hold true for the

11    headaches and the nausea?

12         A.    Pretty much, yes.

13         Q.    All right.  And the dry throat?

14         A.    Yes.

15         Q.    It would come on -- you tell me.  What --

16         A.    As I went out, being out.

17         Q.    Okay.  If it -- do you take prescription

18    medication for any health condition?

19         A.    Yes.

20         Q.    Okay.  And where do you get those

21    prescriptions filled?

22         A.    When -- where?

23         Q.    Where?

24         A.    It was Winn-Dixie pharmacy.  And now it's

25    going to be CVS.
```

```
 1        A.    Yes, I delete my text.

 2        Q.    So you delete your texts after you send or

 3  receive them?

 4        A.    I do it daily.

 5        Q.    Okay.  Has anybody ever instructed you not

 6  to delete anything that you write down regarding

 7  your claims in this lawsuit?

 8        A.    No.  No.

 9              MR. ANDRADE:  Okay.  All right.  I

10  think that is everything I have.  Thank you.

11              THE WITNESS:  Thank you.

12  BY MR. BETZER:

13        Q.    Quick follow up question.  Earlier in the

14  deposition Mr. Futrell was asking questions about

15  your daughter's relationship with me.

16        A.    Right.

17        Q.    As the attorney, have I ever promised you

18  anything in regards to this lawsuit?

19        A.    No.

20        Q.    Are you bringing this lawsuit to make

21  money for me?

22        A.    No.

23        Q.    And why are you bringing this lawsuit?

24        A.    Because I want to just speak for the

25  people.  And I want to make sure whoever's
```

Page 88

1    responsible is held accountable for this and

2    hopefully it won't ever happen again.

3        Q.   Right.  And if this ends up going to

4    trial, will you participate in the trial?

5        A.   See it through.  Yes.

6        Q.   You'll see it through to the end?

7        A.   Yes.  Through the end.

8             MR. ANDRADE:  That's all I have.

9             MR. ANDRADE:  All right.

10            MR. BETZER:  Oh, wait.  One more

11   thing.  I'm sorry.

12   BY MR. BETZER:

13       Q.   I do have a Verification Form here that --

14   if you want to take a look at it.

15       A.   Yeah.

16       Q.   This was the one that was attached to the

17   supplemental amending responses.  Could you look at

18   the second page and tell me if that's your

19   signature?

20       A.   Yes.

21       Q.   Okay.  And do you remember signing that

22   document?

23       A.   Yes.

24       Q.   We'll go ahead and attach that as --

25            MR. FUTRELL:  MB-11?

```
 1                    REPORTER'S CERTIFICATE

 2         This certification is valid only for a
      transcript accompanied by my original signature and
 3    original required seal on this page.

 4         I, DOROTHY Z. JONES, Certified Court Reporter
      in and for the State of Louisiana, as the officer
 5    before whom this testimony was administered, do
      hereby certify that MONA SUDO-BERNARD, after having
 6    been duly sworn by me upon authority of R.S.
      37:2554, did testify as hereinbefore set forth in
 7    the foregoing pages;

 8         That this testimony was reported by me in the
      stenomask reporting method; was prepared and
 9    transcribed by me or under my personal direction and
      supervision, and is a true and correct transcript to
10    the best of my ability and understanding;

11         That the foregoing transcript has been prepared
      in compliance with transcript format guidelines
12    required by statute or by the Rules of the Louisiana
      Certified Shorthand Reporter Board; and that I am
13    informed about the complete arrangement, financial
      or otherwise, with the person or entity making
14    arrangement for deposition services; that I have
      acted in compliance with the prohibition on
15    contractual relationships, as defined by the
      Louisiana Code of Civil Procedure Article 1434 and
16    in rules and advisory opinions of the board;

17         That I have no actual knowledge of any
      prohibited employment or contractual relationship,
18    direct or indirect, between a court reporting firm
      and any party litigant in this matter, nor is there
19    any such relationship between myself and a party
      litigant in this matter;

20
           That I am not of counsel, not related to
21    counsel or the parties herein, nor am I otherwise
      interested in the outcome of this matter.

22

23              DOROTHY Z. JONES
             CERTIFIED COURT REPORTER
24          CERTIFIED VERBATIM REPORTER
         LOUISIANA CERTIFICATION NO. 2022007
25
```