Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"              CIVIL ACTION NO.
ICTECH-BENDECK                   18-7889 c/w 18-8071,
                                 18-8218, 18-9312
VERSUS

                                 SECTION: "E" (5)
WASTE CONNECTIONS BAYOU,
INC., ET AL.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

PHILIP R. ADAMS, JR.,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 11TH DAY OF JANUARY, 2024

COMMENCING AT 10:10 A.M.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT**

tabbies®

5
_____

Reported by:

YOLANDA J. PENA, Certified
Court Reporter No. 2017002
in and for the State of
Louisiana

Page 130

1   in neighborhoods throughout the area.  Did you ever

2   notice it when visiting your clients?

3                  MR. HAMMEL:  Object to form.

4        A.   No.  I don't think I ever was -- had a client

5   during the time in -- in the affected area, for lack of

6   a better word.  So, no, I don't recall experiencing it

7   on those rare occasions where I was out and about.

8   BY MS. CIOLINO:

9        Q.   Between 2016 and -- and 2020?

10       A.   Yeah.  I don't recall experiencing it.

11            I know my area that I utilize ranges --

12   obviously, I go past Harahan -- but the parts where I

13   noticed it was from Kenner, as we're pushing towards

14   St. Charles Parish, to River Ridge -- and this is going

15   east -- so through Kenner, River Ridge, and Harahan is

16   where I experienced the -- the smell.

17       Q.   And are there -- are there any other locations

18   that we haven't discussed --

19                  MR. HAMMEL:  Object to form.

20   BY MS. CIOLINO:

21       Q.   -- where you experienced the odors?

22       A.   No.  I think that covered it.  You know,

23   the -- so those specific areas and the surrounding

24   environs.

25       Q.   So starting with your home at 503 Daniel, do

Page 131

1   you recall when you first noticed odors at that

2   location?

3      A.   My belief was the summer of 2017.

4      Q.   And how would you -- what did the odor smell

5   like at that time?

6      A.   I don't recall the odor smelling -- and -- and

7   again, are we -- are we discussing what I might have

8   experienced at 503 versus what I might have experienced

9   on one of my jobs?

10     Q.   Yeah, let's -- let's stay with 503 first --

11     A.   Okay.

12     Q.   -- and then -- because it's easier to break it

13  down.

14     A.   Sure.  So during that time in mid-, I would

15  say, 2017, we would experience an occasional unique

16  odor that we had never experienced before, and even

17  different than what we experienced back in 2006.  But

18  it was not especially strong at 503 Daniel at that

19  time, and it was not as often, I would say.

20     Q.   And you -- you said "an occasional."  How

21  frequent would you say you were noticing the odor?

22     A.   In 2017.

23     Q.   In 2017.

24     A.   We noticed the odor -- really, I mean, it

25  depended.  It -- it was -- it was -- it all was

PHILIP ADAMS

1   governed by -- by what the wind conditions were of that

2   particular day.  And -- and all I can say is that the

3   amount of times we were experiencing seemed to

4   increase, and that was a causing concern for us.

5           You know, we as citizens can tolerate things

6   for a short period of time, but if something is not

7   going away and getting stronger and it is being

8   sustained for longer periods of time, that raises a

9   bell and becomes a little alarming.

10          So in 2017, we most certainly did experience

11  it at the home.  And it began to -- it became stronger

12  and for longer durations thereafter.

13      **Q.   So when you -- when you initially noticed it,**

14  **how would you describe the odor?**

15      A.   It was -- it was fainter than what we later

16  were experiencing.  But it had a -- a -- again, a

17  unique chemically component to it that we did not

18  know -- it's not a smell that we had smelled before.

19          So you brought the example of the asphalt or

20  gasoline.  Those are smells that we are -- we can

21  identify, we've experienced.  And we know where they

22  are and -- and how long we could be exposed to them.

23          This was a smell that we weren't familiar

24  with.  And -- and compounding the problem was we didn't

25  know where it was coming from.

PHILIP ADAMS

1      Q.   And would you notice the odor at a

2   particular -- and I'm just focused on the summer 2017,

3   when you first noticed it.  Let's say summer to around

4   the end of the year, and then we'll proceed.

5           Did you notice it around a particular time of

6   day?

7      A.   In -- in the most general of -- of -- of

8   parameters, I tended -- tended to notice it more in the

9   mornings and the early evenings.  And I don't know if

10  that's because of the wind conditions at those times

11  allowed for that.

12          It doesn't mean that I didn't experience it

13  during the day, but I'm -- particularly on a regular

14  Tuesday, I might not be out, you know, in the July

15  heat, you know, experiencing it.  So I'm not saying it

16  wasn't there, but mostly it seemed that we experienced

17  it in the mornings and the evenings.

18     Q.   And how -- how early in the morning were you

19  noticing the odors?

20     A.   Well, I'm up, you know, at 6:00 a.m.,

21  sometimes sooner, with the dog.  So I've -- I've

22  experienced it as early as that.  And as late as, you

23  know, midnight or whenever I've gone to -- in my last

24  time going inside.

25     Q.   And in 2017, were you noticing the odor

1              But in 2017, my experience was that it was not

2    as strong or pungent in my immediate 503 area.

3         Q.   And --

4         A.   Although it existed for sure.

5         Q.   And would you use any other words to describe

6    the -- the nature of the odor?  You used "chemical"

7    before.

8         A.   As the months went on, it started to take

9    on -- or at least what we determined, it took on sort

10   of a -- a rotten egg type of -- type of smell, which is

11   weird, which is -- you know.

12              I've driven, you know, all over Louisiana

13   for -- for my kids, and I'm -- you know, sometimes you

14   smell that sulfuric acid when you hit Sulphur.

15              It had some components to -- of sulfuric.  So

16   the best way of -- of me describing it is sort of a

17   chemically -- chemical, rotten egg, sulfuric, unnatural

18   smell, a smell that we couldn't identify, unlike

19   asphalt, gasoline, things like that.

20        Q.   So when you described the chemical odor

21   earlier, would you say that odor was slightly different

22   than when you smelled the rotten egg odor?  Or are you

23   saying these are --

24        A.   I think it was all sort of interrelated.  It

25   was -- and again, it's -- it's hard to -- because it --

Page 140

1    and I'm excited.  But then that same wind is -- is

2    facing me, so it -- it swirls all the time.

3            We have a unique geography where I live, where

4    the -- where the river bends, and so the winds swirl in

5    all different directions.  So you could have the same

6    headwind going and coming on -- on a ride, for

7    instance.  So it was very difficult to pinpoint where

8    it was coming from.

9            It -- later on, it seemed to be more pungent

10   in my -- our Harahan/River Ridge area.  But then it

11   would follow me.  I -- I think I gave you an example.

12   It would -- sometimes I felt like it was following me,

13   so I didn't know if it was something more closer

14   towards St. Charles Parish.  I had no idea.

15   BY MS. CIOLINO:

16       **Q.   So there's -- there's a few things I want to**

17   **follow up on there.  Just give me a moment.**

18           **So you're -- you're talking about 2017.  It**

19   **sounds like from what you're saying, the intensity**

20   **increased at some point.  Would you say -- around what**

21   **time period was that?**

22       A.   My recollection is that the intensity seemed

23   to increase as we were ending 2017 and getting into

24   2018.  I feel like 2018 was a -- a significant battle.

25   I had one less child because, you know, the other one

1    any experience.

2          But I also was not in the actual neighborhoods

3    outside in River Ridge and Harahan.  The only time I

4    was outside in the neighborhoods would be around my

5    house, other than when I was riding my bike along the

6    river bend, along the river area.

7    BY MS. CIOLINO:

8          Q.   Sure.  Did you ever smell odors outside of

9    Planet Fitness, the Planet Fitness you mentioned

10   before?

11         MR. HAMMEL:  Object to form.

12         A.   No.  The -- I did not notice any that I could

13   ascertain, but it's possible.  I just don't recall

14   specifically.

15   BY MS. CIOLINO:

16         Q.   And then in 2019, were there any changes in

17   the intensity or frequency of the odors you

18   experienced?  Just let's start with your -- your home

19   at 503 Daniel.

20         A.   I felt like in 2019 it was pretty similar to

21   2018.  You know, in -- that's when we started -- well,

22   in 2018 -- really, in 2018 to 2019, it was starting to

23   become a concern that this was not going away.

24         So I don't know, you know, if -- it was pretty

25   similar for the duration of 2019.  At some point it did

Page 150

1   seem to start to -- to fall back.

2       Q.   Do you recall around when?  And -- and you

3   said in 2019?

4       A.   Yes, ma'am.

5       Q.   Do you recall around when in 2019 it started

6   to wane?

7       A.   If I had to speculate, it started to -- to

8   become less pronounced towards -- you know, towards the

9   winter, towards -- you know, I would say October on.

10  But that is a complete just -- I can't -- I didn't keep

11  a log or anything, so I don't know for sure.

12          We definitely experienced it, but it did seem

13  at some point in 2019 -- and my recollection was the

14  latter part of 2019 -- it began to start to -- to

15  dissipate.  You know, it was still there, but it wasn't

16  as frequent, wasn't as pungent.

17          It wasn't until, you know, 2020 where I

18  started to feel confident that we could go out to the

19  levee and enjoy it.  And then, of course, COVID hit.

20          We still went out.  In fact, during COVID that

21  was your primary method of -- of exercise, was -- was

22  going outside on the levee.  So we were actually out

23  doing quite a bit of exercise, just to get out of the

24  house, in 2020.  And I didn't feel like there was any

25  noticeable odors during that entire time of COVID.

Page 165

1   our prior discussion.  When you smelled odors at your

2   property, was there a particular location on your

3   property where you noticed the odors?

4       A.   No.

5       Q.   Would you be able to smell it in the -- in the

6   front yard?

7       A.   Yes.

8       Q.   And also in the backyard?

9       A.   Yes.

10      Q.   And how did the -- we've talked a little bit

11  about this, but how would you say the odor has impacted

12  you?

13      A.   Well, for sure --

14               MR. HAMMEL:  Object to form.

15      A.   For sure --

16               THE WITNESS:  Can I go?  Okay.

17      A.   For sure it was a nuisance and was -- it was

18  quite annoying.  It impacted, you know, quality of

19  life.  It impacted my enjoyment of my property.  It

20  impacted my, you know, ability to -- to exercise, to

21  enjoy, you know, recreation.

22               It was frustrating having that uncertainty of

23  knowing the -- both the origins and the content of what

24  was inside of whatever I was smelling.  So it was sort

25  of a worrisome, you know, fear at -- at points.

```
 1              And then there was some modest physical

 2    components.  But, you know, for the most part it was

 3    just a -- an annoying nuisance that was limiting our

 4    ability to enjoy our home.

 5    BY MS. CIOLINO:

 6         Q.   So you -- you spoke earlier that the odors

 7    impacted some of your physical fitness activities on --

 8    on the levee that you described.

 9              Could you describe other activities that the

10    odors impacted?

11              MR. HAMMEL:  Object to form.

12         A.   For sure there were times where, for

13    instance -- although this sounds odd to say I enjoy it,

14    but, yeah, I enjoy mowing the lawn.  But, you know, I

15    might be in the middle of mowing the lawn and then have

16    to stop, go inside and then not do it for another

17    couple days.  In other words, do the front yard but not

18    do the backyard or vice versa.

19              So being -- there were times where we did not

20    utilize our pool which we enjoy.  There were plenty of

21    times where we cooked inside or ordered out or went out

22    instead of barbecuing.

23              That was -- at least for me personally, it was

24    a very nice feature of our home, where -- where we

25    located our gas line for -- specifically for the
```

 1   barbecue pit so that we could, you know, cook outside

 2   even if there's a hurricane.  Because we don't --

 3   that's not contingent upon electricity.  So we utilized

 4   the barbecue often.

 5          So instances like that where you just -- you

 6   were not able to enjoy doing the things that you were

 7   accustomed to doing on your property.

 8   BY MS. CIOLINO:

 9      Q.   And did you notice those impacts in 2017?

10      A.   So in 2017, we noticed those impacts.  They

11   were not as prevalent and -- because for the most part,

12   as I described, it wasn't quite as pungent.  There

13   wasn't this concern that -- that this might be

14   potentially hazardous or -- or causing, you know, a

15   lung issue or something like that.  But it wasn't as --

16   as bad.

17          So were there times in 2017 where we opted to

18   stay inside or opted not to jump in the pool?

19   Absolutely.  Was it as much as it was in 2018?  No.

20      Q.   And how frequent would you say that occurred

21   in 2018?

22      A.   How frequent would it be where we would

23   discontinue an activity or --

24      Q.   Yes.

25      A.   -- or avoid an activity altogether?

1      Q.   Yes.

2           MR. HAMMEL:  Object to form.

3      A.   Again, it was all contingent upon a given day

4  or -- or series of days.  And that was part of what I

5  described as a nuisance or an annoyance.  It was

6  haphazard.  We just -- we didn't know when it was going

7  to happen.

8           And it -- but all I can tell you is it

9  happened far more frequently going into 2018.  You

10  know, you open the back door, back patio, and let's --

11  let's cook some hamburgers or whatever, and, no, it's

12  kind of stinky.  Let's go inside and -- and put it on

13  the -- you know, in the oven or whatever.

14           So those occasions happened more for sure in

15  2018.  So yes.

16           I hope that answered your question.

17  BY MS. CIOLINO:

18      Q.   And in 2019, how did the odors -- how often

19  did the odors impact your activities?

20      A.   Well --

21           MR. HAMMEL:  Object to form.

22      A.   -- for sure it impacted my levee activities

23  more so than anything else, primarily because I learned

24  to -- to avoid the area because I did not want to do

25  what had happened many times in 2018, get caught in

1    that smell.

2            So as I had mentioned earlier, the alternative

3    to that would be to get on the treadmill instead or --

4    or the cycle inside, the elliptical.  So we modified

5    our activities because of the uncertainty of -- of what

6    may -- we may encounter, even into 2019.

7            When it comes to something like cooking, that

8    was dictated on an immediate basis.  So if -- if we

9    open the door and it was fine, yeah, we'd cook.

10   Because we're not cooking for more than two hours or --

11   or -- it was -- it doesn't take that long to cook

12   something on the grill.

13           Whereas, if I'm on the bike, I might be on the

14   bike for an hour and a half or so.  I didn't want to

15   get stuck, so you had to curtail that because of that.

16           But -- so we were on a day-by-day,

17   case-by-case basis really for all days, even in 2018.

18   If it smelled bad, we didn't go outside.  If it was

19   fine, we jumped in the pool or -- or, you know, cooked

20   a hamburger outside.

21           But if something were to -- we were to

22   encounter it, yeah, we were very close to our home,

23   we'd just go inside.  And that certainly happened for

24   sure.

25   BY MS. CIOLINO:

PHILIP ADAMS

Page 192

```
 1      Q.   Lou --

 2      A.   Lousteau.

 3      Q.   And during the 2017 -- yeah, 2017 to the end

 4 of 2019 time period, did you ever have -- sorry if I've

 5 asked you this already, but did you ever have

 6 irritation of the eyes or throat when the odors weren't

 7 present?

 8           MR. HAMMEL:  Object to form.

 9      A.   During the 2017 period to 2020 period?

10 BY MS. CIOLINO:

11      Q.   Yes.

12      A.   I do not recall an occasion of -- of having

13 even required over-the-counter medication for any times

14 I was not specifically in -- involved in the odor

15 itself.

16      Q.   And you also mentioned headaches.  Did you

17 experience headaches before 2016?

18      A.   Certainly not on a regular basis, and

19 certainly not anything that required any type of

20 medical treatment.  But, yeah, from time to time, we

21 all, especially as lawyers, you know, get a headache.

22 I have a headache now.  You know, you just take -- you

23 pop a, you know, Tylenol or whatever.  But that's rare.

24      Q.   And then you said you noticed headache

25 symptoms that you believed were associated with the
```

1    odors.  Around what time did you start noticing that?

2        A.   I can't specify specifically.  I can only say

3    that there were absolutely times where I found myself,

4    for lack of a better word, trapped in it because I was

5    too far into a workout and had to circumnavigate back

6    to my home on -- on a particularly bad day, and I'd be

7    experiencing irritation, eyes, nose, throat, and some

8    headaches.

9            And I'd go inside, and sometimes I'd take, you

10   know, an Advil or whatever -- not Advil but a headache

11   medicine.  And most times, once I was back in the

12   house, it was fine.  It was just a minor, you know,

13   irritation.

14           Really what it served to me is just -- noticed

15   that -- just, you know, don't be in that environment.

16   If you were in a gas station and you were exposed to

17   gas for a long period of time, yeah, at some point it's

18   going to cause a headache, I'm sure.  But you try to

19   not expose yourself to those situations so you don't

20   have those symptoms or those -- experience those

21   problems.

22           But to be perfectly fair, none of those

23   physical symptoms were -- were especially -- certainly,

24   none of them were debilitating.  And it was more just

25   an annoyance, like, to have a little drip or headache

PHILIP ADAMS

Page 194

```
 1   or some watery eyes.

 2            But I'm a big guy, you know.  You could -- you

 3   deal with it and it goes away.  It's not a big deal.

 4       Q.   Between 2017 and 2019, did you ever experience

 5   headaches that were not when odors were present?

 6            MR. HAMMEL:  Object to form.

 7       A.   When odors were not present?

 8   BY MS. CIOLINO:

 9       Q.   Yes.

10       A.   Probably, but that's not something I -- I -- I

11   have a -- it's not something that dictates my life

12   because I have problems with it at all.

13            So I don't -- I don't -- I'm sure that I've

14   had headaches or itchy eyes in the past of an unknown

15   origin, but it's -- it's not -- not something that

16   is -- rare for me.  I think it's things that -- all the

17   natural things that we all experience.

18       Q.   And have you continued to have headaches from

19   time to time since the end of 2019?

20       A.   Well, I -- I think we're getting in the weeds

21   on the headaches.  The headaches, you know, like all

22   the other symptoms, were just, you know, short-lived

23   type of events.

24            You know, when you work out and you don't --

25   you're not hydrated properly, sometimes you might
```

1  develop a headache.  You know, there's all sorts of

2  reasons for that.

3          So from a causation standpoint, you know, all

4  I can say is that there were times I was in the -- in

5  the odor for too long and I would develop,

6  instantaneously or -- or shortly thereafter, you know,

7  some of those types of symptoms I described.  So I did

8  my best to avoid being in that type of exposure.

**9      Q.   And -- and if you can remember, when you say**

**10  you were -- you were in the odor for too long, do --**

**11  was there a specific length of time?**

12          MR. HAMMEL:  Object to form.

13      A.   Not always.  There are times where -- where

14  the odor was especially bad and, you know, to -- for

15  lack of a better phrase, it would just punch you in the

16  face and then you would just -- you would feel, you

17  know, your eyes water.  And that could be a short-term

18  duration.

19          There were other times where, you know, I was

20  in it because I got trapped in it and I experienced it

21  longer than I -- I would have liked to have experienced

22  it, and then it lasted longer.

23          So it really -- to me, it depended upon the

24  duration, the amount -- length of time that you were in

25  it, and it also depended on the nature and extent of

1  the -- how strong it might have been on a given day and

2  a given time.

3        So it really wasn't necessarily always length

4  of time you're in it.  Sometimes it was just how strong

5  it was.  And if it was really strong on a given day,

6  you might experience those symptoms, even if you were

7  only exposed to it for a short period of time.

8        But certainly when I was out in it for a

9  longer period, that was the norm, that you would have

10  those -- that kind of itchy, sort of uncomfortable

11  feeling, irritation-type thing.

12  BY MS. CIOLINO:

13      **Q.  So you talked about your -- we've talked about**

14  **headaches, itchy eyes, itchy, watery -- or irritation**

15  **of the eyes, let's say.  And your throat, coughing.**

16      A.   And I -- just to be clear, not any, you know,

17  coughing spells.  Just, you know, kind of a scratchy

18  cough type of thing.

19      **Q.  Are there any other -- are you making a claim**

20  **for any other physical or mental injuries from exposure**

21  **to Jefferson Parish Landfill emissions?**

22              MR. HAMMEL:  Object to form.

23      A.   I think -- I'm trying to remember back for the

24  past four hours of what we talked about, you know,

25  categorizing everything.  You know, certainly the loss

Page 218

1          MS. CIOLINO:  Yes, I'm finished.

2          MR. HAMMEL:  I object to the form.  It's

3          been asked and answered.

4      A.   Okay.  No other reason other than life gets in

5   the way and I'm busy too.  So, you know, if this were

6   a -- a different situation, you know, I'd be concerned

7   about it.

8          As far as I was concerned, they were

9   representing me, you know.  And it was just a matter of

10  me getting my butt over there to go do it and --

11  formally.

12  BY MS. CIOLINO:

13     **Q.   And you were -- you were -- I'm not sure if**

14  **you were aware.  You were designated as a class**

15  **representative in September 2023.**

16     A.   I'm aware.

17     **Q.   Is there a time where you decided to take a**

18  **more active role in the case?**

19     A.   There was a time when initially, similar to my

20  experience from 18 years ago, I had no --

21          MR. HAMMEL:  Let me object to the form

22          first.  Sorry, I interrupted.

23     A.   I had no desire or inclination to take an

24  active role in this whatsoever.  You know, I'm -- I'm

25  busy and I've got things going on.

Page 219

 1           And then at some point, I felt like, you know,

 2   perhaps this was part of my civic duty, to -- to

 3   represent people similar to me and hopefully this would

 4   not happen again in the future, which is important not

 5   only for me as an individual but me as a citizen, for

 6   my community.

 7           So, yes, at -- at some point, I agreed to take

 8   an active role, meaning allow myself to be designated

 9   as a class representative.

10   BY MS. CIOLINO:

11       **Q.   And I'll represent to you that your -- or your**

12   **counsel has represented to us that there's a**

13   **contingency fee agreement with you dated November 2,**

14   **2023.**

15       A.   Okay.

16       **Q.   Do you recall reviewing the contingency fee**

17   **agreement?**

18       A.   I'm sure I did, but those issues -- again,

19   I'm -- I'm an attorney.  I trust these fellows.  I'm

20   not -- I'm not hung up on -- on this.

21           The issue for me is I don't want it to happen

22   again.  And if there's any, you know, damage that --

23   that -- that applied to people similar to me, then

24   they're owed.

25           But -- but my -- the impetus of my involvement

1  as -- as an active role was I don't want this to happen

2  again.  I live here.  This is where I'm going to die,

3  is -- is in the city.  So I don't want to -- to move.

4  I don't want it to happen again.

5         And that's -- that's what -- what caused me to

6  reevaluate whether or not I wanted to participate in

7  this active role.

8     **Q.    So focusing on the formal retention now.**

9     A.    Okay.

10    **Q.    In the contingency fee agreement, do you**

11    **recall if you agreed to give your counsel a -- counsel**

12    **a certain percentage if you are successful in this**

13    **case?**

14              MR. HAMMEL:  Object to form.

15    A.    I am very familiar with how contingency fees

16  work.  I expect that Mr. Hammel and Mr. Betzer will be

17  compensated for the work that they're doing.  I have

18  never stated or I've never had a concern about any

19  objections to them getting compensated for work in this

20  contingency fee fashion.

21  BY MS. CIOLINO:

22    **Q.    Does the -- does the contingency fee agreement**

23    **reflect that there are multiple law firms seeking to be**

24    **appointed as class counsel in this case?**

25              MR. HAMMEL:  Object to form.

1    BY MR. BAAY:

2        Q.    Okay.

3        A.    -- to -- to make that -- that assessment on

4    behalf of my fellow constituents.

5        Q.    That's fine.  I just -- if you were going to

6    do it, I'd like to know now.

7        A.    Sure.

8        Q.    That's all -- that's the only reason I'm

9    asking.

10       A.    That's okay.

11             MR. BAAY:  That's all the questions I

12             have.  Thank you very much.

13             THE WITNESS:  All right.  Thank you.

14             MR. HAMMEL:  Briefly.

15                       EXAMINATION

16   BY MR. HAMMEL:

17       Q.    Mr. Adams, Mr. Baay just asked you a question

18   related to whether you would advise other class reps

19   related to the value of the claim.

20             Would you be willing to do that with the

21   assistance of counsel?

22       A.    Of course.

23       Q.    Okay.  And in your role as class

24   representative in this case, what -- what do you

25   understand your role to be?

Page 240

```
 1        A.    I understand my role to be akin to a -- a
 2   civic responsibility, and that is to -- to make sure
 3   that this does not happen again, to both myself and my
 4   fellow neighbors and constituents.
 5              And to also assist in explaining to everyone
 6   around this table and the judge and jury that what I
 7   experienced and what people similarly situated may have
 8   experienced, to determine what that value might be as
 9   far as compensation.
10        Q.    And are you -- is it your intention to see
11   this case through to the end?
12        A.    Of course.
13        Q.    And are you willing to -- in your obligations
14   as class rep, are you taking into account others'
15   similarly situated as well as your own interest?
16        A.    Absolutely.
17              MR. HAMMEL:  I think that's all the
18              questions I have.  That's it.
19              THE REPORTER:  Off the record?
20              THE VIDEOGRAPHER:  Anything else?
21              Going off the record, The time is
22              4:10 p.m.
23   (This proceeding was concluded at 4:10 p.m. on
24   January 11, 2024.)
25
```

Page 242

1                    REPORTER'S CERTIFICATE

2          I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that
4    PHILIP R. ADAMS, JR., after having been duly sworn by
   me upon authority of R.S. 37:2554, did testify as set
5    forth in the foregoing 241 pages.
          I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8          I further certify that the transcript has been
   prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11         I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13         I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my original signature and
   original raised seal on this page.
17
          Prairieville, Louisiana, this 15th day of January,
18   2024.

19

20

21

22   _____
     YOLANDA J. PENA, CCR, RPR
23   CCR NO. 2017002, RPR NO. 907346

24

25