UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | SECTION: "E" (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

KAYLA ANNE STEELE,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 3RD DAY OF JANUARY, 2024,

COMMENCING AT 10:01 A.M.

* * * * * * * * * * * * * * * * * * * * * * * * * *

EXHIBIT

6

tabbies

Reported by:

YOLANDA J. PENA, Certified
Court Reporter No. 2017002
in and for the State of
Louisiana

Page 9

```
 1        Q.   Do you understand we're taking your deposition
 2   because you have been named one of the class
 3   representatives in the lawsuit that's been filed?  Do
 4   you understand that?
 5        A.   Yes.
 6        Q.   Okay.  What do you understand your role to be
 7   as a class representative?
 8        A.   I am here to represent our community and
 9   holding the people responsible for what we went
10   through.
11        Q.   Okay.  And which people are you here to hold
12   responsible?
13                  MR. HAMMEL:  Object to form.
14        A.   The landfill, Jefferson Parish Landfill.
15   BY MR. BAAY:
16        Q.   Okay.  Do you know which specific defendants
17   are responsible?
18        A.   On the news, they had mentioned that it was
19   the Jefferson Parish Landfill.
20        Q.   Okay.  So your -- your focus is on Jefferson
21   Parish Landfill, is what the -- where the problem was.
22   You don't know specifically the names of the individual
23   defendants that are claimed to be responsible?
24        A.   No.
25        Q.   Okay.  Have you ever given a deposition
```

Page 16

1 communications about emissions in the Jefferson Parish

2 Landfill.  Did you see that question?

3      A.   Yes.

4      Q.   Okay.  And after the objection, there are

5 three people that you identify: your husband, Brad

6 Steele; your mother-in-law, Lisa Steele; and your

7 grandmother, Peggy LaGrange?

8      A.   Yes.

9      Q.   Okay.  Tell me about your -- the conversations

10 that you had with your husband relative to the

11 Jefferson Parish Landfill.

12      A.   We spoke quite often about it because it

13 would -- it was happening quite often --

14      Q.   Okay.

15      A.   -- in that time frame.

16      Q.   In the relevant time period, when you say

17 "quite often," was that something that you noticed once

18 a week?  Once a month?  What was the frequency?

19      A.   That was seven years ago.

20      Q.   Right.

21      A.   We bought our house in October of 2017, and

22 roughly towards the end of the year, it was -- if you

23 needed me to put a time frame on it, probably between

24 two and three times a week.  In 2018, it got a -- it

25 got a lot worse.

STEELE KAYLA

1     Q.   Okay.  I mean, in terms of how bad it smelled

2  or the frequency?

3     A.   The frequency of us smelling it.

4     Q.   Okay.

5     A.   It was happening more often, probably at

6  least -- at least three to four times a week.

7     Q.   Okay.

8     A.   Maybe five times a week.

9     Q.   And did the -- did the nature of the smell

10  change?  I mean, did it smell different, or did it

11  smell stronger, or was it just more frequent?

12     A.   It was more frequent.  It was the same smell.

13     Q.   It was the same smell?

14     A.   (Witness nods head.)

15     Q.   Okay.  What about in 2019?

16     A.   It was still strong, but towards the end of

17  the year, it was getting better --

18     Q.   Okay.

19     A.   -- less frequent.

20     Q.   Okay.  Down to -- back to two to three times a

21  week or less than that?

22     A.   About two to three times a week, if I had to

23  put a time frame on it.

24     Q.   Okay.  And was there anything about the

25  weather or the wind or the time of day that made it

STEELE KAYLA

1   more pronounced -- made the smell more pronounced on

2   the days that you smelled them?

3               MR. HAMMEL:  Object to the form.

4   BY MR. BAAY:

5        Q.   Do you understand that question?

6        A.   Could you rephrase it?

7        Q.   Sure.  I'm -- was there anything about the

8   weather -- let me do one at a time.

9               Was there anything about the weather that made

10   the smell either more pronounced or less pronounced or

11   less frequent?

12        A.   The wind.  It depended on when the wind --

13   which way the wind was blowing, is if we smelled it.

14        Q.   That sort of makes sense, right?

15        A.   Uh-huh.

16        Q.   If the wind was blowing from the landfill --

17        A.   Yeah.

18        Q.   -- you smelled it; if it was blowing the other

19   way, you didn't smell it?

20        A.   Uh-huh.

21        Q.   Yes?

22        A.   Yes.

23        Q.   Okay.

24               MR. HAMMEL:  That was one of the things

25               that -- responding with a "yes" or a "no" --

Page 19

```
 1                    THE WITNESS:  Okay.
 2                    MR. HAMMEL:  -- is more helpful for
 3             Ms. Yolanda.
 4                    Sorry, John.
 5                    MR. BAAY:  No, that's okay.
 6                    MR. HAMMEL:  Just trying to be helpful.
 7                    THE WITNESS:  Yeah.
 8                    MR. BAAY:  No problem, no problem.
 9  BY MR. BAAY:
10      Q.   What about temperature?  If it was cold or
11  warm, did that make a difference?
12      A.   Yes.
13      Q.   In which direction?
14      A.   Warm.
15      Q.   If it was warmer, it smelled worse?
16      A.   Yes.
17      Q.   Okay.  What about the time of the day?
18  Morning?  Noon?  Night?  Did it dissipate during the
19  night, or was it more during the day?
20      A.   Just came and -- came and went, sometimes more
21  frequently, stay for longer periods of time.  It just
22  depend -- just depended.
23      Q.   Okay.  Was it dependent on the time of day?
24      A.   No.
25      Q.   Okay.
```

Page 30

1    did you smell the Jefferson Parish Landfill at all, or

2    did you notice --

3         A.   No, I did not.

4         Q.   -- any other smells?

5         A.   No.

6         Q.   Okay.

7              MR. HAMMEL:  I think we're on No. 6 now.

8              THE WITNESS:  This one?

9              MR. HAMMEL:  I think so.

10             MR. BAAY:  Yep.

11   BY MR. BAAY:

12        Q.   Okay.  Question No. 6 talks about physical,

13   mental symptoms that you had that you believe were

14   caused by the Jefferson Parish Landfill.  Okay?

15        A.   Okay.

16        Q.   Can you tell me about those?  What -- how did

17   it affect you --

18        A.   I'm sorry.

19        Q.   -- physically or mentally?

20        A.   Headaches.

21        Q.   Okay.  Tell me about the headaches.

22        A.   I suffer from migraines.

23        Q.   Okay.

24        A.   And I would get at -- one or two a month when

25   the smells -- when the smell was there.

STEELE KAYLA

```
1        Q.   Okay.  Well, what -- yeah.  I --

2        A.   Okay.

3        Q.   I'm sure there's other things.  So let's talk

4   about what else besides migraines --

5        A.   I'm sorry.

6        Q.   It's all right.

7             MR. HAMMEL:  Want a water?

8             THE WITNESS:  Oh, no.  I'm good.  Thank

9        you.

10            MR. BAAY:  Let me get it.

11            THE WITNESS:  Or -- or yeah.  Thank you.

12            MR. HAMMEL:  It's a mystery.  I don't

13       think it works.

14            MR. BAAY:  Here we go.

15            THE WITNESS:  Thank you.  Thank you.

16       You tried.

17            MR. HAMMEL:  I tried.

18            MR. BAAY:  Okay.

19            THE WITNESS:  I'm back.

20   BY MR. BAAY:

21       Q.   Besides migraines, what else -- what other

22   symptoms did you have?

23       A.   From the smell?

24       Q.   Yes.

25       A.   My throat would burn.  I would get nauseous.
```

1    My nose would burn.  It woke me up from my sleep a few

2    times.  I was worried that it would come in the house.

3    I guess you would call anxiety about it.

4        Q.   What did it smell like?  How would you

5    describe it?

6        A.   It was very strong, unpleasant, chemically,

7    rotten eggs.

8        Q.   Okay.  And I think I asked you earlier whether

9    it was the same smell throughout the relevant time

10   period.  That's how you would have described it during

11   that time period?

12       A.   Yes.

13       Q.   Okay.  And tell me about the anxiety that you

14   had.  What were you worried about?

15       A.   The smell coming through the door into our

16   house.  It got so strong that my kids and I would just

17   stare at the front door because we were nervous it was

18   going to come in.  It was that strong and unpleasant.

19       Q.   Okay.  How did you know it was on the other

20   side of the door?

21       A.   Well --

22       Q.   You were just worried about it?

23       A.   -- we would open it, and we could smell it,

24   and we would also smell it inside the house.

25       Q.   Oh, okay.  Was it worse outside than inside

Page 37

1   or --

2          A.   Yes.

3          Q.   Okay.  So if it -- if the smell was present,

4   if it was one of those times where the wind was blowing

5   from that direction, if you stayed in the house, it was

6   better?

7          A.   Yes.  You would still smell it, but it was

8   much better.

9          Q.   Okay.  And would you do things like turn the

10  air-conditioning off and close the windows and things

11  like that?

12         A.   Yes.

13         Q.   Okay.  And that helped, compared to outside?

14         A.   Yes.

15         Q.   Okay.

16         A.   Compared to outside, yes.  I'm sorry.

17         Q.   That's okay.

18         A.   Oh, my gosh.

19         Q.   Did you see anything to investigate what the

20  smell was, what it was you were smelling and whether or

21  not, you know, you should be concerned or not?

22              MR. HAMMEL:  Object to form.

23         A.   We saw it on the news --

24  BY MR. BAAY:

25         Q.   Okay.

Page 38

1        A.    -- that they said that it was the Jefferson

2    Parish Landfill.

3        Q.    That the smell was coming from the Jefferson

4    Parish Landfill?

5        A.    Yes.

6        Q.    Okay.  Did they say anything on the news about

7    whether or not there were any health effects that you

8    needed to be worried about?

9        A.    Not that I can recall at this time.

10       Q.    Okay.  Do you recall ever getting any

11   information or gathering information about any health

12   effects that you should be worried about with respect

13   to the smell that you were smelling?

14       A.    Not that I can remember, no.

15       Q.    Okay.  In your discovery responses, you also

16   list nausea?

17       A.    Yes.

18       Q.    Did you experience nausea as a result of the

19   smell?

20       A.    Yes.

21       Q.    And was that every time?

22       A.    Yes.

23       Q.    Okay.  Loss of appetite?

24       A.    Yes.

25       Q.    You experienced that as well?

Page 39

1      A.   Yes.

2      Q.   Okay.  You told me about sleep disruption.

3  How often did it wake -- did the smell wake you up?

4      A.   I can't remember how often.  It was a few

5  times.

6      Q.   Okay.  It talks about dizziness.  You would

7  get dizzy?

8      A.   Yes.

9      Q.   Okay.  How often did that happen?

10      A.   I can't give you an exact time frame.

11      Q.   Every time or occasionally?

12      A.   Occasionally.

13      Q.   Okay.  Fatigue is something you list?

14      A.   Yes.

15      Q.   And was that because of the sleep disruption,

16  or did it --

17      A.   Yes.

18      Q.   Okay.  And we talked about anxiety and worry?

19      A.   Yes.

20      Q.   Decrease in the quality of life.  How did the

21  odor decrease your quality of life?

22      A.   The odors had -- I was having issues with

23  just breathing it in, migraines.  I can't function

24  with migraines, so I couldn't do anything.  I couldn't

25  enjoy my kids.  I couldn't go to work.  I couldn't do

Page 40

```
 1   anything.  I couldn't clean our house.  It would just

 2   decrease everything that I enjoy doing in life.

 3        Q.   Did you miss work as a result of these odors?

 4        A.   If I had a migraine from the odors, yes.

 5        Q.   Okay.  And if you had a migraine from the

 6   odors, would you take a sick day?

 7        A.   We didn't have sick days, but yes.

 8        Q.   Okay.  So you would call in sick?

 9        A.   Yes.

10        Q.   Okay.  And would you get docked pay, or did

11   you get -- have a certain number of -- you didn't have

12   any paid days off?

13        A.   We had vacation days, but they weren't allowed

14   to be used for sick days.

15        Q.   Okay.  So when you were sick and you had to

16   call in sick, you didn't get paid for that day?

17        A.   No.

18        Q.   Okay.  How often did that happen?

19        A.   I can't -- I can't really give you a time.  I

20   don't know how often.

21        Q.   Okay.  Did you keep a record of the days that

22   you missed and didn't get paid because of the odors

23   from the landfill?

24        A.   No.

25        Q.   Okay.  Are you making a claim for those funds?
```

```
 1      A.   No.

 2      Q.   Okay.

 3      A.   But I did try and go to work because, of

 4 course, I didn't get paid.

 5      Q.   Right.  Plus, there was no smell at work?

 6      A.   Exactly.

 7      Q.   So you could --

 8      A.   That I remember.

 9      Q.   Right.

10      A.   Uh-huh.

11      Q.   Loss of use and enjoyment of your property.  I

12 think you already have sort of mentioned that.  Tell me

13 how you -- how it affected your use of your property.

14      A.   Well, we bought the house in Harahan because

15 it's got a really big backyard for our kids.

16      Q.   Okay.

17      A.   And we have a vacant lot on the side of our

18 yard that we use, so we really enjoy that property and

19 our property, and we liked to go outside.  The kids

20 like to play in the sprinkler.  They like to play on

21 the swing set.  I drink coffee on the front porch when

22 I can.  We just really like to be outdoors.

23      Q.   Okay.  And if -- during the relevant time

24 period, were you able to be outdoors and using those --

25 using your backyard and the vacant lot?
```

1       Q.   And where does he work?  Does he do commercial

2   or residential?  Industrial?

3       A.   He is a -- oh, gosh.  If I say this wrong,

4   he's going to kill me -- project manager at All Star.

5       Q.   Okay.

6       A.   Well, it's actually ASE, I should say.  I'm

7   sorry.  ASE Services, which is a division of All Star.

8       Q.   Okay.  And did he suffer any of the same

9   symptoms that you told us about that you suffered from

10  as a result of or that he related to the Jefferson

11  Parish Landfill?

12      A.   Some of them, yes.

13      Q.   Tell me specifically what -- what did he

14  complain of?

15           MR. HAMMEL:  Object to form.

16      A.   His throat burning, his nose, his -- he would

17  get nauseous.  He was awoken by the odors as well.

18  BY MR. BAAY:

19      Q.   Okay.  And did he seek any medical treatment

20  for any of those symptoms?

21      A.   No.

22      Q.   Okay.

23           MR. HAMMEL:  John, we've been going

24           about an hour.

25           MR. BAAY:  Yeah.

Page 58

1    time period?

2                    MR. HAMMEL:  Form.

3    BY MR. BAAY:

4        Q.    Do you understand my question?

5        A.    No.  Can you repeat it --

6        Q.    Okay.

7        A.    -- or rephrase it?  I'm sorry.

8        Q.    You use various cleaning products to clean

9    your house, I'm assuming.  Correct?

10       A.    Yes.

11       Q.    Okay.  And starting from when you bought your

12   house in 2017, I guess that was -- you bought your

13   house during the relevant time period, right?

14       A.    Yes.

15       Q.    Okay.  Did you do anything that you would

16   describe as out of the ordinary in terms of cleaning

17   your house that you associate with the presence of the

18   odors from Jefferson Parish Landfill?  Does that make

19   sense?

20       A.    Like, are you asking would I do anything extra

21   because of the odors?

22       Q.    Yes.

23       A.    Yes.

24       Q.    Okay.

25       A.    Light candles.

Page 59

```
 1        Q.   Light candles?

 2        A.   Yes.

 3        Q.   So that's -- that's what I was --

 4        A.   I'm sorry.

 5        Q.   No, that's okay.  That's okay.  That's --

 6   that's what I was looking for.  I just didn't want to

 7   guess at what your answer might be.

 8        A.   And essential oils.

 9        Q.   Okay.  And would lighting candles and using

10   essential oils -- would that help with the odor in the

11   house whenever it was present?

12        A.   Yes.

13        Q.   Okay.  You talked about your backyard and

14   using your backyard for your kids to play in.

15             And did you also barbecue outside?

16        A.   Yes.

17        Q.   Okay.  If the odor was present -- if it was

18   one of those times when the odor was present, was it

19   such that you couldn't go outside and barbecue, or

20   would you still go outside and just sort of tolerate

21   it?

22        A.   No.  We stayed inside.

23        Q.   Okay.  Who is the barbecuer in the family?  Is

24   that you or your husband?

25        A.   Me.
```

```
 1        Q.    You're the barbecuer?

 2        A.    I am.

 3        Q.    Gas or charcoal?

 4        A.    I like gas.

 5        Q.    Okay.  And -- and so if you were ready to go

 6   cook outside and you detected that the smell was

 7   present, you would just not go barbecue outside; you'd

 8   cook it -- whatever the meal was, you would cook it

 9   inside?

10        A.    That's correct, yes.

11        Q.    Okay.  And same thing for going to have your

12   coffee out on the porch.  If the smell was present, you

13   wouldn't sit on the porch and just tolerate it; you'd

14   go back inside?

15        A.    Yes.

16        Q.    Okay.  Did y'all have any pets?

17        A.    Yes.

18        Q.    Tell me about your pets.

19        A.    Now or when --

20        Q.    Let's talk about during the relevant time

21   period.

22        A.    Okay.

23        Q.    '17 and '19, what did you have?

24        A.    We got a hedgehog at the end of 2019.

25        Q.    Okay.
```

Page 61

```
 1        A.   Y'all don't understand.  Hedgehogs are the
 2   best.  If y'all have kids and you want a hamster, no
 3   hamster; get a hedgehog.
 4        Q.   A hedgehog.
 5        A.   They're fantastic.  And a dog.
 6        Q.   Okay.  What kind of dog?
 7        A.   I have a golden retriever.
 8        Q.   When did you get the golden retriever?
 9        A.   The year we moved in the house, 2017.
10        Q.   Okay.
11        A.   December as a Christmas present.
12        Q.   Got it.  And golden retrievers like to be
13   walked, I'm assuming, and play outside.
14        A.   Yes.
15        Q.   Correct?  Okay.
16             And so during the relevant time period when
17   the dog needed to go outside and be walked, even if the
18   smell was present, would you go walk the dog?
19        A.   No.  We would just let him in the backyard to
20   potty and then come back in.
21        Q.   Okay.  So no walks if the smell was present?
22        A.   Not around the neighborhood, that I can
23   remember, no.
24        Q.   Would y'all go get in the car and go somewhere
25   to go play or walk?
```

Page 63

```
 1        Q.   Ever have any issues during the relevant time

 2   period of trash building up and collecting and not

 3   getting picked up on time?

 4        A.   Not that I can remember.

 5        Q.   Okay.

 6        A.   No.

 7        Q.   Do you own any other property?

 8        A.   No.

 9        Q.   During the relevant time period, how often did

10   you go to your in-laws camp on Lake Catherine?

11        A.   It's hard to remember being that long ago, but

12   we -- we went often, more often than we were going

13   before we moved in the house and more often than we do

14   now.

15        Q.   Okay.  And was part of the reason that you

16   went out to Lake Catherine was to get away from the

17   odor?

18        A.   Yes.

19        Q.   Okay.  Are you --

20             MR. HAMMEL:  I'm sorry.

21             MR. BAAY:  Go ahead.

22             MR. HAMMEL:  I know it's tempting but

23        try not to look out the window.

24             THE WITNESS:  I'm sorry.

25             MR. HAMMEL:  She's fading out the
```

```
 1        Q.   Okay.  Did you attend any meetings that were
 2   specifically held to discuss the odors and issues and
 3   things like that?
 4        A.   No.
 5        Q.   Were you aware of any meetings that were being
 6   held but then decided not to go, or you just don't know
 7   of any?
 8        A.   I'm sure some was posted on Facebook, but I --
 9   we did not go.
10        Q.   Okay.  Do either you or your husband smoke?
11        A.   No.
12        Q.   Either before or after the relevant time
13   period, had you ever experienced an odor like this
14   before?
15        A.   No.  Definitely not forgettable.
16        Q.   Okay.  As the class representative -- or as a
17   class representative -- I know there are several.  You
18   told me earlier you are -- you understand your role as
19   a representative of the community, I think you just
20   said.  Correct?
21        A.   Yes.
22                  MR. HAMMEL:  Object to the form.
23   BY MR. BAAY:
24        Q.   Okay.  And what specifically are you seeking,
25   both for yourself and for your fellow class members?
```

Page 67

```
 1      A.    To held -- hold the people that are

 2  accountable for this.  I mean, we went through two and

 3  a half years of dealing with health problems and not

 4  being able to use our home and my kids not being able

 5  to play outside as much as they would like, so.

 6      Q.    And what do you -- what specifically would

 7  that be worth to you?  What -- in terms of money, what

 8  are you seeking?

 9            MR. HAMMEL:  Form.

10      A.    I just want the people held responsible.

11  BY MR. BAAY:

12      Q.    Okay.  And how would that -- I mean, as --

13  you're the class representative, so tell me.  I'm one

14  of the defendants.  What do you want?  How would -- I

15  mean, if I say I'm sorry, would that be enough, or do

16  you need some money?

17      A.    No.  I think there's consequences for actions

18  that were not taken.

19      Q.    Okay.  And so based on what you experienced

20  during the relevant time period, how much are you

21  specifically seeking?

22      A.    I can't put a dollar amount on that, if that's

23  what you're asking.

24      Q.    That's exactly what -- exactly what I'm

25  asking.
```

Page 68

1              And what about for your class representatives?

2   How much do you want for them?

3       A.   Again, I can't put a price tag on it.  I mean,

4   it -- again, it was two and a half years of us dealing

5   with this, so I mean...

6       Q.   You don't have any idea what that's worth?  I

7   mean, you can't -- as the class representative, you --

8   you can't tell me how much you think that's worth?  Is

9   it $1,000?  Is it $100?  Is it $5?

10              MR. HAMMEL:  Form.

11   BY MR. BAAY:

12       Q.   Is it a dollar a day?

13       A.   I honestly don't know.

14       Q.   Okay.

15       A.   I don't know.

16       Q.   Fair -- fair enough.

17              MR. BAAY:  I'm sure these you-guys are

18              going to have some questions, but I appreciate

19              you answering mine.  And --

20              THE WITNESS:  Thank you.

21              MR. BAAY:  -- that's all I've got.

22              THE WITNESS:  Thank you.

23              MR. BAAY:  Thanks.

24              MR. ANDRADE:  Mind if I take a little

25              break --

Page 83

```
 1                    REPORTER'S CERTIFICATE

 2        I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
 3   Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that KAYLA
 4   ANNE STEELE, after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as set forth in
 5   the foregoing 82 pages.
          I further certify that said testimony was reported
 6   by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
 7   supervision, and is a true and correct transcript to
     the best of my ability and understanding.
 8        I further certify that the transcript has been
     prepared in compliance with transcript format
 9   guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11        I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13        I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my original signature and
     original raised seal on this page.
17
          Prairieville, Louisiana, this 5th day of January,
18   2024.

19

20

21

22                    _____
                      YOLANDA J. PENA, CCR, RPR
23                    CCR NO. 2017002, RPR NO. 907346

24

25
```