Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"             CIVIL ACTION NO.
ICTECH-BENDECK                   18-7889 c/w 18-8071,
                                 18-8218, 18-9312
VERSUS

                                 SECTION: "E" (5)
WASTE CONNECTIONS BAYOU,
INC., ET AL.


* * * * * * * * * * * * * * * * * * * * * * * * * *

        TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

                OPHELIA WALKER,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON MONDAY, THE 11TH DAY OF DECEMBER, 2023,

COMMENCING AT 10:01 A.M.

* * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT**

tabbies

7

Reported by:

    YOLANDA J. PENA, Certified
    Court Reporter No. 2017002
    in and for the State of
    Louisiana

1    year, so.

2         Q.    Okay.  Was there -- you mentioned the time of

3    year.  Was there a time of year where --

4         A.    We did it more?

5         Q.    Correct.

6         A.    Basically, in the spring and the summer.

7         Q.    Okay.  I know you can't recall exactly how

8    many but a ballpark.  Would you be -- would you grill

9    from 2017 to 2019 once a week?

10                   MR. HAMMEL:  Object to form.

11   BY MR. HADDEN:

12        Q.    You can answer.

13        A.    Okay.  Sometimes.

14        Q.    Sometimes once a week?

15        A.    Yes.

16        Q.    Okay.  And you mentioned the outdoor furniture

17   being chairs and tables.  From 2017 to 2019, how often

18   would you sit on your patio?

19        A.    Every day.

20        Q.    And how long per day would you sit out there?

21        A.    Sometimes maybe two to three hours, and then

22   sometimes I just couldn't sit out there.

23        Q.    Okay.  You mentioned sometimes you couldn't

24   sit out there.  What -- what do you mean by that?

25        A.    I mean, sometimes if the wind was the wrong

Page 46

1    way, they had a stench, so we -- we didn't just sit out

2    there.

3         Q.   All right.  And what did this stench -- what

4    did that smell like?

5         A.   Maybe like rotten garbage or stinky egg or --

6    it just was a bad smell.

7         Q.   Rotten garbage and stinky eggs, you said?

8         A.   It smelled like a -- you know, when a --

9    rotten egg.

10        Q.   Uh-huh.  Okay.  And you smelled that -- when

11   did you start smelling this -- this odor?

12        A.   Basically, around 2016 through '17.  It was a

13   constant, so basically, you just smelled it.

14        Q.   Okay.  You -- you mentioned 2016.  Is there a

15   specific month or a season that you remember first

16   smelling --

17        A.   No.  No, no, no.

18        Q.   Would you say it was early 2016 or late 2016?

19        A.   Late 2016.

20        Q.   And how often -- well, let me go back.

21             You said late 2016 through 2017?

22        A.   No.  About that time --

23        Q.   Okay.

24        A.   -- I'd say.  Him and I began to smell it.

25        Q.   Okay.  So let's talk about 2017 right now.

Page 51

1        Q.   Okay.

2        A.   -- neighborhoods.  I don't think so.

3        Q.   And the odors you smelled in Kennedy Heights

4   and Waggaman were the same odors that you smelled at

5   your house?

6        A.   Yes.

7        Q.   Okay.  How long -- or when did you stop

8   smelling the odors you just described?

9        A.   I couldn't tell you exactly when.

10       Q.   Okay.

11       A.   It just, like, eased -- like, it began less

12   and less intense.  After, I would say, the people on

13   the Eastbank started to complain, I guess they kind

14   of -- so I don't know exactly when that was.

15       Q.   Okay.  So you couldn't -- you couldn't say

16   if --

17       A.   What year?

18       Q.   What year.

19       A.   No.

20       Q.   Okay.  So for -- if we talked about your

21   experiences with the odor in 2018, would your testimony

22   regarding your experiences from 2017 -- would they be

23   the same?

24       A.   No, because I think maybe in '18, it may have

25   been a little stronger, but...

Page 52

1      Q.    Okay.  We could talk about that.

2           So from -- in 2018, how many times per week do

3   you recall smelling the odor?

4      A.    Three to four, and then sometimes it will be

5   more.  You know, it didn't have, like, "three to four

6   days, it smelled" because sometimes it didn't smell at

7   all, and then sometimes you may have smelled it the

8   whole week.

9      Q.    Okay.  I know -- and the severity, like we

10  talked about before, would depend on the wind

11  direction?

12     A.    That would be my interpretation.  I'm -- I'm

13  no expert on it, so.

14     Q.    Okay.  Was there a certain time -- and I'm

15  talking about from 2017 and 2018, was there a certain

16  time of day that you experienced the odor was more

17  severe, was stronger?

18     A.    Well, basically, I was in the house most of

19  the day, but in the evenings when I sat on my patio,

20  then I smelled it stronger than when I was in --

21  inside.

22     Q.    Okay.  Did you ever smell the odor -- and this

23  is for the entire time period.  From 2017 through 2019,

24  did you ever smell the odor while you were inside your

25  house?

Page 53

1        A.    Yes.

2        Q.    But is it fair to say that the smell was less

3   severe inside than it was outside?

4        A.    You mean strength or that the --

5        Q.    Right, strength.

6        A.    Strength?

7        Q.    Uh-huh.

8        A.    But if I had the window open, the strength, it

9   was about the same.

10       Q.    All right.  You mentioned the -- the window

11  being open.  How -- how often would you keep your

12  windows open?

13       A.    Well, basically, I'm from the country so

14  often.

15       Q.    My dad is the same way.  He doesn't believe in

16  air-conditioning.  So often.

17             In the summer -- let's take the summer.  How

18  often would you keep your windows open?

19       A.    I -- I would keep it cracked at night, but in

20  the spring, a lot, and in the fall.

21       Q.    Okay.  So spring and fall, they were --

22       A.    It -- they would open up.

23       Q.    About how many times a week, would you say?

24       A.    About -- how many days in a week?  About four.

25       Q.    Okay.  And would you keep the windows open

Page 54

1     even when you smelled the odor?

2          A.    It was -- yes.

3          Q.    Okay.  We talked about 2017, 2018.  In 2019,

4     how frequently did you notice the odors at your

5     property?

6          A.    In 2019?  Not as often as I had prior to that.

7          Q.    Okay.  Is there a specific month or season

8     where you noticed the smells start to dissipate?

9          A.    No.

10         Q.    Okay.  So just sometime in 2019, you noticed

11    it was not as often?

12         A.    It was not as often.

13         Q.    But it still smelled the same as the odors you

14    experienced --

15         A.    Yeah.

16         Q.    -- in 2017?

17         A.    It wasn't as intense.

18         Q.    And just so -- for the record, you mentioned

19    you smelled the odors in Kennedy Heights and in

20    Waggaman.  Did you also smell those odors in Kennedy

21    Heights and Waggaman in 2018 and 2019?

22         A.    Yes.

23         Q.    Okay.  You mentioned driving down Highway 90

24    from Mosca's past the landfill.  Do you remember that?

25         A.    Yeah.

1       A.   No, I did not.

2       Q.   Okay.  I know you mentioned, in 2019, you --

3   you smelled the odors not as often.  Have you continued

4   to smell the odors since 2019?

5       A.   No, I have not.

6       Q.   Okay.  Is there a certain date or -- scratch

7   that.  Is there a certain time frame when you remember

8   not smelling them?

9            MR. HAMMEL:  Object to form.

10      A.   But -- no.  It just -- no.  No, I -- no time

11  frame.

12  BY MR. HADDEN:

13      Q.   I'm just going to go back and run through some

14  features of your house real quick.

15           How many bedrooms do you have?

16      A.   Three.

17      Q.   How many bathrooms?

18      A.   Two.

19      Q.   And your home is one floor?

20      A.   Yes.

21      Q.   Do you have an attic?

22      A.   Yes.

23      Q.   What type of heating system do you have?

24      A.   Central.

25      Q.   Same with A/C?

WALKER OPHELIA

Page 74

1     Q.   And did you walk twice a week during the time

2  from 2017 through 2019?

3     A.   (Witness nods head.)

4     Q.   Would you smell the odors on these walks?

5     A.   Yes.

6     Q.   Okay.  Did it affect -- did it affect your

7  walks?  Did you stop walking because of the odors?

8     A.   Not -- I couldn't say I stopped walking

9  because of the odors, but I just didn't do it as often,

10  two -- twice a week.  I just -- just gradually just

11  stopped going out there.

12     Q.   All right.  We talked about walking.

13          So no other hobbies?

14     A.   No hobbies.  What I -- hobbies.  I do things.

15  I like to be with children.  I like to do -- but I

16  don't call that a hobby --

17     Q.   Right.

18     A.   -- you know.

19     Q.   Uh-huh.  And you -- you mentioned being with

20  children.  Your -- your grandchildren, did they play --

21  I'm trying to get who I should be talking to during the

22  relevant time period.

23     A.   They -- they weren't out playing.

24     Q.   They weren't playing?

25     A.   They weren't at -- they were trying to be

Page 75

1    grown by that time.

2         Q.   Okay.  Did you ever --

3         A.   They were teenagers.

4         Q.   Well, did you ever go -- did any of your great

5    grandchildren --

6         A.   What great grandchildren?  Oh, Racquel's

7    children?  No.  They don't -- they don't -- they don't

8    visit that often.

9         Q.   Okay.

10        A.   And they weren't born at that time.

11        Q.   Okay.  So from 2018 to 2019, you can't recall

12   going to sporting events?

13        A.   For in the neighborhood?

14        Q.   Uh-huh.

15        A.   No.

16        Q.   Okay.

17        A.   There wasn't nothing to go to.

18        Q.   Well, did you go to any sporting events around

19   the New Orleans area from 2017 to 2019?

20        A.   I go to events they had at the dome or

21   something like that, but nothing -- in the Avondale

22   area, there's nothing.

23        Q.   Okay.  So, like, you're referencing the Saints

24   games?

25        A.   Yes.

Page 76

1     Q.   Okay.  Did you ever smell the odors that you

2  smelled at your property at the Superdome or around the

3  Superdome?

4     A.   No.

5     Q.   You mentioned your walks decreasing.  Did you

6  have any physical condition that limited your walking?

7     A.   I didn't.

8     Q.   Ms. Walker, can you explain how the odors

9  impacted your life?

10     A.   Basically, I -- I'm not going to tell you

11  exactly.  Like, sometimes I would get headaches, and

12  I'd get these sinus infections, like, with the dripping

13  and -- you know, just things like that.

14     Q.   Okay.

15     A.   And I didn't do too many things outside

16  because my nephew would go, "Ew, it's" -- they didn't

17  live in Avondale, so when they came to Avondale, they

18  would refer to the stench.

19     Q.   Okay.  I don't think we've talked about your

20  nephew.

21     A.   I said my nephews.  I have a lot, so they

22  visit, and we would have, like, a barbecue and sit

23  outside.  But when they would visit, that's what they

24  would refer to, the stench.

25     Q.   Got you.  So the odor would affect your time

WALKER OPHELIA

1    spent with your nephews?

2       A.    Not affect the time but the things we would do

3    outside.

4       Q.    Okay.  So before you started smelling the

5    odors sometime in 2016, what were some of the things

6    that you and your nephews would do outside?

7       A.    Barbecue, play Spades, and basically, you

8    know, things like that.

9       Q.    Okay.  Would you play Spades on your back

10   patio?

11      A.    Yes.

12      Q.    Did you ever play -- well, when the -- when

13   you did smell the odor, did y'all ever play Spades

14   inside?

15      A.    All the time.

16      Q.    Okay.  Let's go to before the odors.  You --

17   you mentioned barbecues.  How often would you have

18   barbecues with your nephews?

19      A.    I'd have barbecue with everybody.  They called

20   my house the lemonade house.

21      Q.    The lemonade house?

22      A.    Yeah, because when they came over, I always

23   had lemonade.  And everybody came to my house, almost

24   like the Kool-Aid house.

25      Q.    And by "everybody," was that --

1      A.    Just --

2      Q.    -- your neighborhood or your family?

3      A.    In the neighborhood.  And then people who

4  didn't live in the neighborhood.

5      Q.    Okay.  Did your house -- was your house --

6  scratch that.

7      A.    You could ask it.

8      Q.    So did people stop coming to your house once

9  you started smelling the odors?

10     A.    No.  Just the outdoors activities was kind of

11  cut back.  But no, they didn't stop coming to my house

12  because I have a garage.

13     Q.    Okay.  And by "outdoor activities," you --

14  you -- you mean barbecues?

15     A.    Yeah, like cut back on how often I -- we would

16  have them.

17     Q.    Did y'all ever host any crawfish boils?

18     A.    Yes.

19     Q.    How many -- before the odors, how often would

20  y'all host crawfish boils?

21     A.    Very often in the summertime and in the

22  spring.

23     Q.    Would it be weekly?

24     A.    No, not weekly.  You know, sometimes we might

25  do it twice a week, and then sometimes we might not do

Page 79

1    it at all, you know, in a week's time.

2        Q.   So besides the outdoor activities with your

3    nephews and the outdoor activities you had with your

4    neighbors and other family and friends, were there any

5    other ways that odors impacted your outdoor lifestyle?

6        A.   Not that I can remember.

7        Q.   Okay.  And before leaving this subject -- I'm

8    sorry.  You mentioned neighbors and family were always

9    at your house.  Is that -- is it fair to say that you

10   would have visitors daily?

11       A.   It's fair to say that.

12       Q.   Okay.  But your daily visits wouldn't have

13   been affected -- the visit themselves wouldn't have

14   been affected by the odors?

15       A.   No.

16       Q.   Did you ever have to leave your house because

17   of the odors?

18       A.   No.

19       Q.   All right.  I believe we talked about the

20   Jefferson Parish Landfill and the Highway 90 C&D

21   Landfill.  Are you familiar with the River Birch

22   Landfill?

23       A.   Yes.

24       Q.   Okay.  And that's also located on Highway 90?

25       A.   Yes.

Page 92

1    it, caused it to --

2         Q.   Got you.

3         A.   -- flare up.

4         Q.   Okay.  Are you also making a claim for any

5    mental injuries from your exposure to the landfill

6    odors?

7         A.   I don't understand that question mentally.

8         Q.   Okay.  Are you claiming you developed anxiety

9    from your exposures to the --

10        A.   I have anxiety.

11        Q.   Okay.  When -- have you seen a doctor for your

12   anxiety?

13        A.   Yes.

14        Q.   What doctor?

15        A.   Gendusa.

16        Q.   And do you know what hospital Dr. Gendusa is

17   if affiliated with?

18        A.   At Ochsner Baptist.

19             MR. HAMMEL:  It's the same doctor that

20        was put in the interrogatory responses.

21             MR. HADDEN:  Okay.

22             MR. HAMMEL:  You have the information.

23             MR. HADDEN:  Got you.

24   BY MR. HADDEN:

25        Q.   Okay.  When did your anxiety -- when did that

Page 93

1    begin?

2         A.   A long time, but progressively, it got worse.

3    But I've seen a -- when -- you mean during the '17 to

4    '19 or --

5         Q.   Just in general, total --

6         A.   Always.

7         Q.   -- total time period?

8         A.   Time period?  I'll say maybe 15 years.

9         Q.   Okay.  So besides Dr. Gendusa, have you seen

10   any other doctor regarding your anxiety?

11        A.   It was -- well, Dr. Gendusa wasn't there at

12   the time, so she just came on board maybe in '16 or

13   '15.

14        Q.   Okay.

15        A.   Yeah.

16        Q.   But have you ever seen any other doctor for

17   your anxiety besides Dr. Gendusa?

18        A.   No.

19        Q.   Okay.  And for headaches, when did you first

20   begin to experience headaches?

21        A.   I always had headaches, but the headaches that

22   was -- when I would get the sinuses, maybe in '18, '19.

23        Q.   Okay.  So the sinus headaches began in 2018 or

24   '19?

25        A.   Yeah.  Yeah, I always had sinuses, but the

WALKER OPHELIA

1       A.   Like outdoor activities?

2       Q.   Outdoor stuff?

3       A.   Yes.

4       Q.   Okay.  And you talked a little bit about --

5   about burning candles and different products that you

6   used.  Do you remember that?

7       A.   (Witness nods head.)

8       Q.   During the time of 2017 to 2019 when you would

9   smell the odors, did you burn more candles --

10              MR. HADDEN:  Object to form.

11   BY MR. HAMMEL:

12       Q.   -- to cover the odors?

13       A.   I burned candles more often, yeah.

14       Q.   And during 2017 to 2019 -- I think you

15   referred to it -- your husband used to say that you

16   would gossip --

17       A.   Yes.

18       Q.   -- with -- and it was mostly with Ms. Ruby

19   Veals; is that right?

20       A.   Yes.

21       Q.   And would you talk about the odors with her?

22              MR. HADDEN:  Object to form.

23       A.   Yeah.

24              MR. HAMMEL:  What's the objection?

25              MR. HADDEN:  Leading.

1       Q.   Your eyes would run?

2       A.   Yeah.

3       Q.   Okay.  And would you experience irritation in

4    your throat?

5               MR. HADDEN:  Object to form.

6       A.   Yes.

7    BY MR. HAMMEL:

8       Q.   Okay.  When you would be exposed to the odors

9    for an hour or two, would you experience irritation in

10   your throat?

11              MR. HADDEN:  Object to form.

12      A.   Yes.

13   BY MR. HAMMEL:

14      Q.   Okay.  And did you ever smell the odors in the

15   middle of the night?

16      A.   Yes.

17      Q.   Were you ever anxious about the odors?

18              MR. HADDEN:  Object to form.

19      A.   Anxious?  I would get just -- when I would lay

20   down, the drip would come up, and I'd cough, and it

21   would keep -- keep me woke for a while, the irritation.

22   BY MR. HAMMEL:

23      Q.   Okay.  So when you would smell -- what you're

24   saying is when you would smell the odors in the middle

25   of the night, it would cause irritation in your nose

1   and throat and when you would lay down?

2        A.   When I was sleeping, when I lay down and I got

3   up to cough, it was in my throat, so you would have to

4   go (mimics sound), you know, to -- to try to move that.

5        Q.   Yes.  And did you associate that symptom with

6   the odors?

7                   MR. HADDEN:  Object to form.

8        A.   Yes.

9   BY MR. HAMMEL:

10       Q.   And the -- the visits that your family and

11  friends would come to your house, did that -- was that

12  ever impacted by the odors?

13       A.   We didn't do too much -- well, we didn't do as

14  much outside.  We would bring everything, like, inside.

15  Like, we'd play the cards in the garage, and everybody

16  else would be in the house doing what they do.

17       Q.   And when the odors started to go away, did you

18  notice a decrease in your symptoms?

19       A.   A gradual decrease, yeah.

20       Q.   So when the odors decreased, your headaches

21  decreased?

22                   MR. HADDEN:  Object to form.

23  BY MR. HAMMEL:

24       Q.   Is that right?

25       A.   Yeah.  I didn't have them as often, yes.

Page 118

1    it on this --

2         A.    Yes, it is.

3                    MR. HAMMEL:  Okay.  I'm going to

4               introduce that as -- I guess we're at

5               Walker 2?

6                    MR. HADDEN:  Walker 2.

7                    MR. HAMMEL:  Walker 2.

8          (Walker No. 2 was marked for identification.)

9    BY MR. HAMMEL:

10        Q.    And did you also answer plaintiffs'

11   interrogatories and provide supplemental responses to

12   questions that the defendants asked you?

13        A.    Yeah.

14        Q.    And you read through those with me and --

15        A.    Yes.

16        Q.    -- answered them with me?  Okay.

17                    And do you agree to be a class representative

18   in this case?

19        A.    Yes.

20        Q.    And that means that you're going to see this

21   matter through to the end?

22        A.    Yes.

23        Q.    Okay.  And you're going to serve as a

24   representative for other people in your neighborhood

25   with their experiences with these odors?

 1     A.    Yes.

 2              MR. HAMMEL:  Okay.  I don't have any

 3          further questions.

 4              MR. HADDEN:  The only thing I have

 5          is just a -- I'd like to attach this as

 6          exhibit -- we'll call it Walker 3 --

 7              MR. HAMMEL:  No problem.

 8              MR. HADDEN:  -- the aerial view of -- is

 9          that 516 South Jamie Boulevard?

10              MR. HAMMEL:  No objection.

11        (Walker No. 3 was marked for identification.)

12              THE VIDEOGRAPHER:  Okay.  We are off the

13          record at 12:47 p.m.

14    (This proceeding was concluded at 12:47 p.m. on

15    December 11, 2023.)

16

17

18

19

20

21

22

23

24

25

Page 121

1                    REPORTER'S CERTIFICATE

2        I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that
4    OPHELIA WALKER, after having been duly sworn by me
   upon authority of R.S. 37:2554, did testify as set
5    forth in the foregoing 120 pages.
        I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8        I further certify that the transcript has been
   prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15   financial interest in the outcome of this matter.
        This certificate is valid only for this
16   transcript, accompanied by my original signature and
   original raised seal on this page.

17

        Prairieville, Louisiana, this 13th day of
18   December, 2023.

19

20

21

22   _____
     YOLANDA J. PENA, CCR, RPR
23   CCR NO. 2017002, RPR NO. 907346

24

25