Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |
| Related Case: FREDERICK ADDISON, ET AL | CIVIL ACTION NO. 19-11133, c/w 19-14512 |
| VERSUS | SECTION: "E" (5) |
| LOUISIANA REGIONAL LANDFILL COMPANY, ET AL | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

ANN WILLIAMS,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON MONDAY, THE 20TH DAY OF NOVEMBER, 2023,

COMMENCING AT 10:06 A.M.

* * * * * * * * * * * * * * * *

Reported by:

   YOLANDA J. PENA, Certified
   Court Reporter No. 2017002
   in and for the State of
   Louisiana

EXHIBIT 8

Page 32

```
 1    around the neighborhood?
 2        A.   Yes.
 3        Q.   How often?
 4        A.   Maybe three days out the week.
 5        Q.   And -- and I'm sorry if I asked this, but --
 6    so you lived at the Butler address from 2016 up until
 7    the time of Hurricane Ida?
 8        A.   Yes.
 9        Q.   And I'm wracking my brain now.  Ida was in
10    2021?
11        A.   Yes.
12        Q.   From that 2016 to 2021 period, did your
13    frequency of taking those walks around the neighborhood
14    ever change?
15        A.   Yes, it did.
16        Q.   When was that?
17        A.   I want to say it changed when we had the odor
18    problem.
19        Q.   And we'll -- we'll get into more later about
20    when and how often you had odor problems.  But can you
21    tell me just a little bit about how the odor problems
22    changed your walking around the neighborhood?
23        A.   Well, it was bad.
24        Q.   And let's just focus, for now, on what you
25    were doing during that time period.  You've told me
```

Page 79

1     A.    No.
2     Q.    "No," you don't know?
3     A.    I don't know.
4     Q.    Okay.  Any other property that you owned
5  during that 2017 to 2020 time period, other than Beck
6  Street property?
7     A.    No.
8     Q.    Okay.  The odors that we're talking about in
9  this lawsuit, when did you first notice those odors?
10    A.    Well, I would say 2017.
11    Q.    Do you know what time of year?
12    A.    Summertime, spring.
13    Q.    Okay.  What do you remember about when you
14 first started noticing the odors?
15    A.    Meaning?
16    Q.    So at some point, you -- in 2017, either
17 spring or summertime, you think -- you've told me that
18 you started noticing these odors.  And so --
19    A.    Yeah.  I mean, they would, like, come and go,
20 you know.  But, I mean, it was -- I had to be at work
21 for 6:00 in the morning, so I would get up, like, 4:30
22 in the morning.  And you could smell it, like, 3:00 in
23 the morning, 3:30, something like that.
24    Q.    Okay.  And during that spring or summertime of
25 2017, how would you describe the odor that you smelled?

Page 80

```
 1      A.   It was -- you know, it was -- it was bad.  It
 2   would come and go, you know.
 3      Q.   And in terms of what it smelled like -- you
 4   know, earlier, we talked about dumpsters and bleach and
 5   gas -- you know, how would you describe that smell?
 6      A.   Like a rotten egg.
 7      Q.   Okay.
 8      A.   Rubber.
 9      Q.   I'm sorry.  What was the last --
10      A.   Rubber.
11      Q.   Rubber.  Do a rotten egg and rubber smell
12   similar to you?
13      A.   They smell bad, both of them.  Together, it's
14   bad.  Sulfur.  It's a combination of the smell, the
15   stench.
16      Q.   Okay.  So sticking to that spring and summer
17   of 2017 time period, when you smelled the smell, was it
18   always a combination of rotten egg and rubber?
19      A.   Yeah.
20      Q.   Was it sometimes just rotten egg and sometimes
21   just rubber?
22      A.   It was a combination.
23      Q.   Okay.  During the time that you lived at the
24   Butler Drive home, did your description of the smell
25   ever change from that combination of rotten egg and
```

Page 81

```
 1   rubber?
 2        A.   I mean, what you mean?
 3        Q.   Did it ever start to smell different?
 4        A.   No.
 5        Q.   What about the intensity of the smell?  How
 6   would you describe the intensity back in the spring and
 7   summer of 2017?
 8        A.   I mean, it was there.  You know, it would come
 9   and go.  You would smell it.
10        Q.   And when you say "it would come and go" --
11   let's talk about spring and summer of 2017.  How many
12   days of the week do you think you would smell it?
13        A.   I mean -- I mean, it would wake me up out of
14   my sleep.  Several times.
15        Q.   And if I were to ask you how many times a week
16   during that period did you experience the odor, could
17   you put a number on that?
18        A.   Three.
19        Q.   Okay.
20        A.   Sometimes four.
21             MR. LANDRY:  You're talking about 2017?
22             MR. MIMS:  Correct.
23   BY MR. MIMS:
24        Q.   Did there ever come a time where the odors
25   stopped being an issue at the Butler Drive address?
```

Page 82

```
 1      A.   I mean, as far as I can remember, it went on
 2   several years.
 3      Q.   So you lived at that address until 2021,
 4   right?
 5      A.   Yes.
 6      Q.   So was there ever a time at the Butler Drive
 7   address where you stopped noticing the odors?
 8           MR. LANDRY:  Object to the form.
 9      A.   Meaning, like, the years?
10   BY MR. MIMS:
11      Q.   Right.
12      A.   I would say 2020.
13      Q.   And why would you say that?
14      A.   I mean, kind of like -- I'm -- I'm not going
15   to say it totally dissipated, but after a while, I
16   presume that, you know, the -- they took care of it.
17      Q.   And what is it you remember about 2020 that
18   makes you say you think that's when it resolved?
19      A.   Because it wasn't as bad.  Like, you know,
20   '17, '18, '19, it was bad.
21      Q.   Okay.  So I think you told me that in 2017,
22   you smelled it about three to four times a week?
23      A.   Yeah.
24      Q.   Was that the same in 2018?
25      A.   2018, it got really bad.
```

Page 83

```
 1       Q.    More intense or more frequent?
 2       A.    More intense and more frequent.
 3       Q.    So about how many times a week do you think
 4   you encountered it in 2018?
 5       A.    I mean, I don't know.  It's like it was every
 6   day.
 7       Q.    Do you think in 2018, you were smelling the
 8   odor every day?
 9       A.    Uh-huh.
10       Q.    The whole year?
11       A.    I mean, I would say five days out the week.
12   The whole year, you could smell it.  I mean...
13       Q.    And sticking on 2018, you said it was about
14   five days a week for the whole year.  Were there some
15   seasons it was worse than other, or it was about
16   consistent?
17       A.    I mean, it was worse than -- I mean,
18   summertime, you know, you got that really bad smell --
19   summer and spring, you know.  Time frame would be in
20   the morning.  Like I said, it would wake me up.
21       Q.    What about 2019?  How frequent in that time
22   period?
23       A.    About the same.
24       Q.    Same as 2018?
25       A.    Yeah.
```

```
                                                              Page 84
 1        Q.   When you would smell the smell, how long would
 2   it last?
 3             MR. LANDRY:  Object to the form.
 4        A.   I mean, what you mean?
 5   BY MR. MIMS:
 6        Q.   Well, let me ask it this away.  So I think you
 7   told me that before the smell, before you started
 8   encountering it -- let's say in 2016 -- you woke up at
 9   4:30 on purpose to start getting ready for work?
10        A.   Every day.
11        Q.   Like, you set your alarm --
12        A.   Yeah.
13        Q.   -- for 4:30?
14        A.   Uh-huh.
15        Q.   Okay.  In 2017, when you started smelling the
16   smell, sometimes you would wake up earlier than 4:30?
17        A.   Yeah, 3:30.
18        Q.   Because -- because you smelled the smell --
19        A.   Uh-huh.
20        Q.   -- inside of your home?
21        A.   Uh-huh.
22        Q.   Try to -- "yes" or "no," if you can.
23        A.   Yes.
24        Q.   Okay.  So you would get ready for work.  And
25   around what time would you try to leave the Butler
```

Page 92

```
 1      Q.   Okay.  And then for some time after that, you
 2   would visit Danielle every day after work?
 3      A.   Yeah.
 4      Q.   Okay.  About how long did that last?
 5      A.   Few months.
 6      Q.   Okay.  The odor that you smelled at your home
 7   at 409 Butler Drive, do you remember -- you've told me
 8   you smelled it at some portions of your commute to
 9   work.  Other than at your home and during your commute,
10   were there ever any other locations where you smelled
11   that same smell?
12      A.   No.
13      Q.   Okay.  Have you ever had any odor issues at
14   your current home in New Orleans East?
15      A.   No.
16      Q.   During that period where you would smell the
17   odors at your Butler Drive home, how did it affect you?
18      A.   My anxiety would be through the roof, restless
19   and -- restless, just tired --
20      Q.   So sometimes --
21      A.   -- nausea.  I mean, I don't know if you've
22   ever upchucked before, but that's not a nice feeling.
23      Q.   You've told me about how often you would smell
24   the odors.  But when you smelled the odors, how often
25   would that result in nausea?
```

Page 93

```
 1        A.    How often?
 2        Q.    Uh-huh.
 3        A.    Meaning what?  Weekly, every day, or
 4   something?
 5        Q.    Like, was it the sort of thing where every
 6   time you smelled the odor, you threw up or --
 7        A.    I mean, it would wake me up out my sleep, you
 8   know.  I mean, it was bad.
 9        Q.    Okay.  So 2017, I think you told me you were
10   smelling the odor about three times a week?
11        A.    Yeah.
12        Q.    Were you throwing up three times a week?
13        A.    No.
14        Q.    Okay.  How often were you throwing up because
15   of the odor in 2017?
16        A.    I mean, in 2017, more nausea than anything --
17        Q.    Okay.
18        A.    -- you know, and the anxiety and restless, you
19   know.
20        Q.    Would that happen ever time you smelled the
21   odor or just some of the time?
22        A.    It would be when you smelled the odor.
23        Q.    Okay.  And how often were you throwing up from
24   the odor in 2017?
25        A.    That may have occurred maybe three times.
```

Page 94

```
 1        Q.    In 2017 or three times altogether?
 2        A.    Three times altogether.
 3        Q.    All right.
 4        A.    I mean, nobody wants to throw up.
 5        Q.    Right.  So I think you've told me throwing up
 6   maybe three times, more frequently having nausea,
 7   anxiety, restlessness.  Any other symptoms that you
 8   ever encountered due to the odors you smelled at your
 9   Butler Drive home?
10        A.    I mean, I'm sure it would give you a headache
11   too.
12        Q.    When you said "I'm sure it would give you a
13   headache" --
14        A.    I mean, I would get a headache.
15        Q.    Okay.
16        A.    Your anxiety and all that combination together
17   would make you feel terrible.
18        Q.    How often did you get headaches from the odors
19   in 2017?
20        A.    2017, I -- I mean, the odors would come and go
21   in 2017.  The smell wasn't as bad as '18 and '19.
22        Q.    Do you know about how often you had got
23   headaches from the odors in 2018?
24        A.    I mean, three times a week.
25        Q.    Okay.  Same for 2019?
```

```
                                                            Page 95
 1       A.   Yeah.
 2       Q.   You're not sure about 2017?
 3       A.   Right.
 4       Q.   The odors you smelled at your Butler Drive
 5  home, did they impact your social life in any way?
 6       A.   Absolutely.
 7       Q.   How?
 8       A.   I mean, it was embarrassing to have people
 9  over -- family to come over because of the smell.  I
10  mean, our social life would be canceled.  I mean, you
11  know, went to work, came home.  We didn't have no
12  activities on weekends when we were off because of it.
13  You know, it was just embarrassing.
14       Q.   All right.  So Butler Drive address, I think
15  you told me you moved there October of 26 -- 2016; is
16  that right?
17       A.   Yes.
18       Q.   And you started smelling the odors around
19  spring of 2017?
20       A.   Yes.
21       Q.   All right.  For that period, October of 2016
22  to spring of 2017, before you smelled the odors, how
23  often did you have company over at the Butler Drive
24  address?
25       A.   In 2016, you're speaking of?
```

```
                                                          Page 96
 1        Q.   2016 and 2017, before you started noticing the
 2   odors.
 3        A.   I mean, the -- the company would come more
 4   frequent --
 5        Q.   Okay.
 6        A.   -- in 2016.
 7        Q.   Like who?
 8        A.   Like who?
 9        Q.   Uh-huh.
10        A.   Family, his aunts, his cousins --
11        Q.   Your husband's --
12        A.   -- my kids, yeah.
13        Q.   -- aunts and cousins?
14        A.   Yeah.  My kids would come.
15        Q.   And how did that change, if at all, after
16   spring of 2017?
17        A.   I mean, what you mean?
18        Q.   In 2017, 2018, and 2019, did Ike's aunts and
19   cousins continue to visit the Butler Drive home?
20        A.   I mean, they would visit, but, I mean, we
21   wouldn't -- it wouldn't be as often.
22        Q.   Why not?
23        A.   2017?
24        Q.   Uh-huh.
25        A.   I mean, I don't recall.  I guess it was
```

```
                                                      Page 121
 1       Q.   Okay.  So there was a period -- there was a
 2  period there where you stopped eating out on the patio
 3  altogether?
 4       A.   Yeah.
 5       Q.   Did you ever -- during the time you were
 6  living at the Butler Drive address, did you ever go
 7  back to eating out on the patio?
 8       A.   No.
 9       Q.   Do you consider yourself someone that has a
10  good sense of smell?
11            MR. LANDRY:  Object to the form.
12       A.   Yes.
13  BY MR. MIMS:
14       Q.   Like some people consider themselves, you
15  know, sensitive to smell.  Are you -- are you one of
16  those people, or you think --
17       A.   No.  I'm not --
18            MR. LANDRY:  Object to the form.
19       A.   -- I'm not sensitive to smell.
20  BY MR. MIMS:
21       Q.   Okay.  You think you have an average sense of
22  smell?
23       A.   Yes.
24       Q.   I think you told me that when you would smell
25  the odor, symptoms you would experience would be
```

Page 122

1   headaches, nausea, occasionally vomiting, anxiety,
2   trouble sleeping?
3       A.   A little dizziness also.
4       Q.   A little dizziness.
5            Any other physical symptoms you experienced
6   when you smelled the odors that we haven't talked
7   about?
8       A.   No.
9       Q.   Has any medical provider ever prescribed you
10  any medication for any of those symptoms that you
11  encountered when smelling the odor?
12      A.   No.
13      Q.   From 2017 to 2020, never prescribed any
14  medication for headaches?
15      A.   Tylenol.  I mean, I would take Tylenol but --
16      Q.   Okay.  From 2017 to 2020, were you ever
17  prescribed any sleeping medication?
18      A.   No.
19      Q.   From 2017 to 2020, were you ever prescribed
20  any nausea medication?
21      A.   No.
22      Q.   During that time period, did you ever see any
23  providers for nausea issues?
24      A.   No.
25      Q.   During the time period, 2017 to 2020, did you

Page 135

1              MR. BAAY:  No.
2              MR. LANDRY:  Just a couple quick
3        follow-ups.
4                    EXAMINATION
5    BY MR. LANDRY:
6         Q.   Ms. Williams, you just answered a few of
7    Mr. Mims's questions about when the symptoms you -- you
8    experienced due to the odors resolved.  You said when
9    the smell resolved.  About when was that?
10        A.   I want to say the ending of -- in 2020, it
11   kind of, like, resolved.  It wasn't as frequent as --
12   as it was prior.  It wasn't, you know, every week.  It
13   would, like, come and go, you know.
14        Q.   And briefly, let's go to, I think, Exhibit 2.
15   That's that first Google Map that shows the front of
16   the home.  And I'm not criticizing Mr. Mims at all, but
17   I think he said he was going to go back to some of
18   these things.
19             But real quickly, you -- you and Mr. Mims
20   discussed the two chairs out front.  Do you recall that
21   testimony?
22        A.   Yeah.
23        Q.   And he asked you if you had a ritual of
24   drinking coffee every day or once in a blue moon.
25             Do you recall that?

Page 136

```
 1      A.   Yes.
 2      Q.   You don't drink coffee?
 3      A.   No.
 4      Q.   Okay.  Did you use those chairs --
 5      A.   Yes.
 6      Q.   -- during your time living at 409 Butler
 7   Drive?
 8      A.   Yes.
 9      Q.   Okay.  How?
10      A.   We sit out after dinner and go sit out, you
11   know, in the evening.
12      Q.   How often per week?
13      A.   Three or four times a week.
14      Q.   Did that use of, you know, enjoying the front
15   porch change during your time at 409 Butler?
16      A.   Oh, it did.
17      Q.   How so?
18      A.   It -- it changed when this odor came.  I mean,
19   we stopped going out.  It was too bad to even just sit
20   out on our porch.
21      Q.   I believe you and Mr. Mims discussed how often
22   you recall experiencing the odors during 2018, 2019.  I
23   believe you said for 2018 it could be three to four
24   times a week?
25      A.   Yes.
```

```
                                                    Page 137
 1       Q.   2019, it could have been up to three, four,
 2   five times a week?
 3       A.   Yes.
 4       Q.   Okay.  Was that every week?
 5       A.   No, it wasn't every week.
 6       Q.   Okay.  So it kind of -- it could ebb and flow?
 7       A.   Right.
 8       Q.   Okay.  And then, Ms. Williams, you understand
 9   that you've been designated as a class representative
10   in this action?
11       A.   Yes.
12       Q.   And you volunteered for that?
13       A.   Yes, I did.
14       Q.   And you understand what that means?
15       A.   Yes.
16       Q.   What is your understanding is your role as a
17   class representative?
18       A.   I mean, as a class representative, I'm here to
19   protect my family, the neighbors, thousands of people
20   in the community, you know -- you know, protection of
21   them.
22       Q.   And what do you understand your obligations to
23   be with respect to those community members and their
24   interests?
25       A.   Respect their interests.
```

Page 138

```
1        Q.   Are you okay with being a class
2   representative?
3        A.   Yes.
4        Q.   And have you stayed up to date on this case
5   over the years?
6        A.   Yes.
7        Q.   Is it your intention to see this case out to
8   completion?
9        A.   Completion, yes.
10            MR. LANDRY:  No further questions.  Oh,
11       one -- one thing real quick.
12  BY MR. LANDRY:
13       Q.   Before I forget, Ms. Williams, I believe when
14  Mr. Mims was asking you if you reviewed anything in
15  preparation for this deposition -- do you recall your
16  amended interrogatory responses?
17       A.   Yes.
18       Q.   Did you review those in preparation for
19  today's deposition?
20       A.   Yes.
21       Q.   Okay.  I'm handing you --
22            MR. LANDRY:  This is the excerpt with
23       her section.
24  BY MR. LANDRY:
25       Q.   Just thumb through that and make sure it has
```

```
                                                              Page 141
 1                      REPORTER'S CERTIFICATE

 2        I, YOLANDA J. PENA, Certified Court Reporter in
     and for the State of Louisiana, Registered
 3   Professional Reporter, and as the officer before whom
     this testimony was taken, do hereby certify that ANN
 4   WILLIAMS, after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as set forth in
 5   the foregoing 140 pages.
          I further certify that said testimony was reported
 6   by me in the Stenotype reporting method, was prepared
     and transcribed by me or under my direction and
 7   supervision, and is a true and correct transcript to
     the best of my ability and understanding.
 8        I further certify that the transcript has been
     prepared in compliance with transcript format
 9   guidelines required by statute or by rules of the
     board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
     or entity making arrangements for deposition services.
11        I further certify that I have acted in compliance
     with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
     1434, and in rules and advisory opinions of the board.
13        I further certify that I am not an attorney or
     counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
     connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my original signature and
     original raised seal on this page.
17
          Prairieville, Louisiana, this 22nd day of
18   November, 2023.

19

20

21

22   _____
     YOLANDA J. PENA, CCR, RPR
23   CCR NO. 2017002, RPR NO. 907346

24

25
```