Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"                CIVIL ACTION NO.
ICTECH-BENDECK                      18-7889 c/w 18-8071,
                                    18-8218, 18-9312

VERSUS

                                    SECTION: "E" (5)

WASTE CONNECTIONS BAYOU,
INC., ET AL.


* * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

ROBYN DIEZ CROSSMAN,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 22ND DAY OF DECEMBER, 2023,

COMMENCING AT 10:05 A.M.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBIT**

tabbies®

9

Reported by:

YOLANDA J. PENA, Certified
Court Reporter No. 2017002
in and for the State of
Louisiana

CROSSMAN ROBYN

```
 1    now but --

 2         A.   No, ma'am.

 3         Q.   Okay.  All right.  And then kind of talking

 4    currently, how do you currently use your backyard?

 5         A.   I use my pool.  It's now heated, so it's

 6    fantastic.  Corey uses the -- all the outdoor cooking

 7    very regularly.  And I sit on the patio after work.

 8         Q.   Okay.

 9              MR. LANDRY:  It's a long commute.

10              THE WITNESS:  It is really a long

11              commute, a long walk.

12    BY MS. KREBS:

13         Q.   Do you usually use the pool all year-round?

14         A.   Not during the relevant time period.

15         Q.   Okay.

16         A.   Currently we -- or in -- since then, we

17    have -- we've used it quite a lot.

18         Q.   Okay.  And when you say they -- you said not

19    during the relevant time period.

20         A.   Right.

21         Q.   What was the reason for that?

22         A.   The odor outside.

23         Q.   Okay.  Also clarifying whether it was due to

24    the pool not being heated.

25         A.   Right.
```

Page 57

1       Q.    Okay.  Essential oils?

2       A.    Yes, ma'am.

3       Q.    Okay.  Which ones?

4       A.    Lavender.  But the only time that I use those

5   is if there is an odor in the home.

6       Q.    Okay.  And so then you'll use the essential

7   oils?

8       A.    Yes, ma'am.  Other than that, I don't -- I

9   don't keep them running.

10      Q.    Okay.  How frequently do you use the essential

11  oils, just best guess during the relevant time period?

12      A.    During the time frame, probably two to three

13  times per week.

14      Q.    Okay.  Do you use any candles in your home?

15      A.    During the time frame, yes, ma'am.

16      Q.    Okay.  And then when would you use the

17  candles?

18      A.    In the evening, probably.  I -- that's

19  something my husband does.  He's the -- the candle man.

20  So -- so probably, also, two to three times per week.

21      Q.    Okay.

22      A.    It -- it was a kind of a rotation of which one

23  we would -- whether we would have oils or a candle.

24      Q.    Okay.  Got you.

25            Do you use any sort of air -- other air

1   fresheners in your home?

2        A.   No, ma'am.

3        Q.   Okay.  Have you ever smoked or vaped?

4        A.   No, ma'am.

5        Q.   Does Mr. Crossman smoke or vape?

6        A.   He does not.

7        Q.   Okay.  Did he used to?

8        A.   No, ma'am.

9        Q.   Okay.  Do you use any perfume or cologne?

10       A.   No, ma'am.

11       Q.   Okay.  Does Mr. Crossman use any sort of

12   perfume -- or not perf- -- well, cologne?

13       A.   No.

14       Q.   Or perfume?

15       A.   No, ma'am.

16       Q.   Okay.  All right.

17            Have you considered moving since you moved to

18   9534 Catalpa Loop?

19       A.   Yes, ma'am.

20       Q.   Okay.  When was that?

21       A.   An honest answer, within a month of moving in.

22       Q.   Okay.  And what was your reasoning there?

23       A.   The odor.

24       Q.   Okay.

25       A.   The -- only because of the odor.  I love -- I

Page 59

1    love the home.

2        Q.    Okay.  Did you try to sell your home at that

3    point?

4        A.    No, ma'am.

5        Q.    Okay.  Did you take any steps towards moving,

6    or was it just something you were considering?

7        A.    It was just a consideration.

8        Q.    Okay.

9        A.    But of course, we've said that it would be

10   hard to sell with that odor.

11       Q.    Okay.

12       A.    So...

13       Q.    Do you live at 9534 Catalpa Loop year-round?

14       A.    Yes, ma'am.

15       Q.    Apart from your address at 9534 Catalpa Loop

16   and your prior residence at 353 Nursery Ave, have you

17   owned, rented, or lived at any other properties since

18   2016?

19       A.    No, ma'am.

20       Q.    All right.  So we're going to switch topics

21   now.

22       A.    All right.

23            MR. LANDRY:  Good time for a quick

24            break?

25            MS. KREBS:  Oh, yeah, absolutely.

                                                         Page 84
1   and it smells like burning tires."

2           Can you explain what you meant by "burning

3   tires"?

4       A.    That is the -- that is the odor that I

5   smelled.  And I -- that -- that is something that I was

6   going to -- with -- with regard to EPA, they wanted to

7   know what the distinct odor was.  Now, my husband and

8   my daughter smelled sulfur, rotten eggs.  I have a hint

9   of that, but I smell, like, a petroleum, tire -- it's

10  like --

11              THE WITNESS:  Bless you.

12      A.    It's like an electric -- I -- I would say like

13  if you'd ever had an electrical fire, it's -- it's that

14  kind of odor.  It's more of a -- like, a petrol odor

15  than a sulfur odor to me.

16  BY MS. KREBS:

17      Q.    Okay.  Understood.

18      A.    And so it was keeping what I smelled and then

19  what they smelled.  It was a little complex.

20      Q.    Okay.

21      A.    So I -- I did have, like, rows.  This was me

22  (indicating), and this is them (indicating).

23      Q.    Okay.  So in your log, you kind of explained

24  your experience versus their experience and -- your

25  daughter's experience and --

CROSSMAN ROBYN

```
 1          A.   Yes, ma'am.

 2          Q.   Okay.  Did your daughter and Mr. Crossman

 3     typically smell odors at the same time as you, or

 4     did --

 5          A.   Yes.  Oh, sorry.  Yes, ma'am.

 6          Q.   Okay.  They would just kind of have a

 7     different characterization of that smell?

 8          A.   Yes, ma'am.

 9          Q.   Okay.

10          A.   It was at the same time but a different --

11     they smelled a different odor.

12          Q.   Okay.  Would the strength differ as well?

13          A.   I don't know how to measure that.

14          Q.   Okay.  Kind of, like, the intensity of the

15     odor.  Or, like, on a 1 to 10 scale, would they

16     typically smell it much stronger or weaker?

17                    MR. LANDRY:  Object to the form.  She --

18          A.   I don't know -- I don't know what they

19     smelled.  It was enough to drive us all inside if we

20     were outside.  I can't -- I'll be honest with you, I

21     can't tell you -- I mean, to me, it burned my nose

22     hairs.

23     BY MS. KREBS:

24          Q.   Okay.

25          A.   So I don't know if that's an 8 or a 10.  But I
```

CROSSMAN ROBYN

1       Q.    Okay.  And you say that you only had that for

2   two weeks?

3       A.    It was -- it was only a few weeks.

4       Q.    Okay.  Okay.  All right.

5             So taking a step back, you are bringing a

6   claim related to odors at your current property at

7   9534 Catalpa Loop, correct?

8       A.    Yes, ma'am.

9       Q.    Okay.  And you're not bringing a claim for

10  odors related to any other property, correct?

11      A.    No, ma'am.

12      Q.    Okay.  All right.

13            So when you moved into your house in 2018,

14  what -- when did you first start noticing odors?

15      A.    With immediacy.

16      Q.    Okay.  And by -- what do you mean by

17  "immediacy"?

18      A.    It -- I don't -- I don't know how to tell you.

19  I don't -- it wasn't the first night but maybe the

20  second night, the third night.  As -- as soon as we

21  moved in, it was -- it was very, very, very often.

22      Q.    Okay.

23      A.    But it -- you know, prior to, we were just

24  visiting to -- to check a status, so I didn't -- I

25  didn't presume that it was a long-term problem.

Page 90

1       Q.   All right.  So kind of just to drill down so I

2   understand your experience with odors a little bit

3   more -- so focusing specifically on 2018 for this next

4   set of questions.  You mentioned that you would

5   frequently notice odors.  How -- what -- what do you

6   mean by "frequently"?  Like about, roughly, how many

7   times per week?

8       A.   Probably three or four times a week.

9       Q.   Okay.

10       A.   Problematically, it permeated into my home,

11   and it stayed there because you could go back outside

12   and the -- the odor may have passed, but it was inside

13   my house.  And my house is a new build, so there's --

14   there's no reason -- you know, there wasn't anything --

15   it wasn't an older house.  There was no reason for it

16   to have -- to have that kind of problem where -- where

17   an odor would leech in and stay there.

18       Q.   Okay.  So the odors would be in your home

19   sometimes even when it was not outside your home?

20       A.   Yes, ma'am.  If -- if the -- if the odor was

21   earlier in the day, it would -- it would come in and

22   stay.

23       Q.   Okay.  So we talked about when -- for your --

24   when you were visiting your property in 2017, you would

25   most frequently notice odors at dusk.  So during the

Page 95

1       Q.   Okay.  And then for Harvey, when you went to

2   Harvey, would you smell the same odor that you noticed

3   at your home?

4       A.   No, ma'am.

5       Q.   Okay.  And I'm going to change up my question

6   just a little bit.  So when you went to Metairie in

7   2018, would you smell any other type of odor there?

8       A.   No, ma'am.

9       Q.   Okay.  Same question for Marrero.

10      A.   No, ma'am.

11      Q.   Okay.  And then same question for Harvey.

12      A.   No, ma'am.

13      Q.   All right.  All right.  So I'm going to change

14   gears now and talk about 2019.

15      A.   All right.

16      Q.   About how frequently did you notice odors at

17   your property in 2019?

18      A.   With the same -- the same consisten- --

19   same -- same time frame and consistency.

20      Q.   Okay.  So just for clarity of the record, that

21   would be about three to four times per week?

22      A.   Yes, ma'am.

23      Q.   Okay.  And in 2019, would you typically notice

24   odors at certain times of day?

25      A.   I mean, I would continue to say because I work

1    that what you're referring to or something different?

2         A.   I'm not sure what Migraine Buddy is.

3         Q.   Okay.  We'll come back to this.

4         A.   Okay.

5         Q.   Yeah.  Okay.  All right.

6              So we started to touch on this a little bit

7    more, but I just want to better understand.  Did the

8    odors impact any of your hobbies or leisure activities?

9    And for this question, I'm focused on -- really, on

10   when you started smelling the odors in 2018 and moved

11   into your house up through --

12        A.   12/31 --

13        Q.   Yeah.

14        A.   -- 2020?

15        Q.   Exactly.

16        A.   I've got it now.

17        Q.   -- up through the end of December 31st, 2020?

18        A.   Okay.  And can you repeat the question to me

19   one more time?

20        Q.   Yeah.  So during that time frame, how did the

21   odors impact your hobbies or leisure activities?

22        A.   I was -- I was not able to go outside and

23   comfortably garden.  I wasn't able to enjoy my

24   brand-new lovely pool for long periods of time because

25   we could be out, and the smell would just flush in,

1    and -- and it -- it would -- it would send us all

2    inside.

3            And I -- I thought about it, and -- and I know

4    you're from New York, so it might not apply.  But we

5    have termite swarms here, and it's -- it's a -- they

6    all come at once, and you cannot get away from it, and

7    you have to turn all your lights off.  And it's the

8    same.  It -- it -- like, you run inside, close the

9    door, make sure everything is closed.  I mean, we

10   didn't open windows for obvious reasons -- and get out

11   of it before -- before it tried to leech further into

12   the house.

13        Q.   Okay.  So would you be able to enjoy the

14   garden or pool when the odors were not present?

15        A.   Yes, ma'am.

16        Q.   Okay.  And then when the odors were present,

17   you would go inside?

18        A.   Yes, ma'am.

19        Q.   Okay.  So apart from the activities that you

20   would enjoy at your house, were there any other outdoor

21   activities that the odors would impact?

22        A.   I'd had -- I'd had a housewarming party that

23   I had to cancel.  I had thrown my friend a birthday

24   party, and it started out outside, and we got forced

25   inside.  And eating crawfish inside is not so fun.

1              But I -- I had a housewarming party, and it

2    was, you know, the whole family, friends, and the smell

3    had been persistent prior to.  And I said, you know,

4    it's embarrassing enough.  I have this beautiful new

5    house, and I can't show it to anybody because how do I

6    explain "Oh, yeah, it just -- just smells really gross

7    over here, sorry."  But -- so I -- I did cancel my own

8    housewarming party.

9         Q.   Okay.

10        A.   So that was -- that was a disappointment.  So

11   I don't -- I don't host anything anymore or even try

12   because it's -- well, I mean, during -- during the time

13   frame, I didn't try because it -- it was too hit or

14   miss.

15        Q.   Okay.  Were you able to reschedule the

16   housewarming?

17        A.   I did not.  I mean, I could do it now.  We

18   talked about doing our ten year anniversary and, like,

19   cram everything in.  But no, I wasn't -- it was -- at

20   that time, it was still too -- it still fluctuated too

21   much for me to -- to say, "Oh, I think we'll be safe on

22   this date."

23        Q.   Okay.

24        A.   Because I had planned it, and then it just --

25   the smell was -- was really bad up to.  And so I -- I

1    canceled.  I didn't want anybody to -- I didn't want a

2    bunch of -- of young kid running around inside my

3    house.

4         Q.   Okay.  Are -- do you hold many social events

5    at your house now?

6         A.   I'm sorry.  Can I or do I?

7         Q.   Do you hold many social events at your house

8    now?

9         A.   Do I?  No, ma'am.

10        Q.   Okay.  All right.  So I know we talked about

11   the outdoor activities that were impacted at your house

12   and the social events at your house and parties.  Are

13   there any other outdoor activities that were impacted

14   by the odors during the -- the relevant time period?

15        A.   Could you give me an example of what I might

16   be -- I'd -- I would say no.  I -- I can't think of any

17   other activities that --

18        Q.   Okay.

19        A.   -- that we would do outdoors --

20        Q.   Okay.  So --

21        A.   -- within -- within the confines of my

22   property.

23        Q.   Okay.  And I also mean in other areas.  So,

24   like, were you ever able to, like, for example, not go

25   boating due to odors?

Page 109

```
 1        A.   Well, the -- at Bayou Segnette, the odors were

 2   not there, so we could still go boating.  You know,

 3   prepping the boat was awful because we're outside in

 4   it, but we could go to other areas.  We could -- when

 5   we would leave the property, it was -- once we would

 6   leave the vicinity of our property, there wasn't an

 7   odor.  So --

 8        Q.   Okay.

 9        A.   -- we could still fish.  We could -- as long

10   as we were leaving, it was fine.

11        Q.   Okay.  So the area where you smelled the odor

12   was confined to the property?

13        A.   Yes, ma'am.

14        Q.   Okay.

15        A.   Or in the -- in the vicinity of the property.

16        Q.   Okay.  And by "in the vicinity" -- let's say

17   about how many blocks away?

18        A.   I know that my neighborhood, I know that the

19   neighborhood over -- I think that's called Water Oaks.

20   I know that they all experienced that same odor based

21   on the -- the civic association's statement.  But Bayou

22   Segnette is far enough away, I presume, that we didn't

23   experience that.

24        Q.   Okay.

25        A.   But -- but we were not in Waggaman, Avondale,
```

CROSSMAN ROBYN                                    12/22/2023

Page 110

1    Westwego.  Again, we were further out.

2        Q.   Okay.  And when you refer to the "civic

3    association," do you mean the Waggaman Civic

4    Association?

5        A.   Yes, ma'am.

6        Q.   Okay.

7        A.   I had to think of -- I know there's a post,

8    and I can't remember what it's called.

9        Q.   Okay.

10       A.   But I think it is.

11       Q.   So every time you smelled an odor, would you

12   go inside, or did it sometimes vary?

13       A.   I went --

14            MR. LANDRY:  Object to the form.

15       A.   I went inside every single time.

16   BY MS. KREBS:

17       Q.   Okay.  And for your daughter and Corey, as

18   well, were they also impacted the same?

19       A.   Yes, ma'am.

20            MR. LANDRY:  Object to the form.

21   BY MS. KREBS:

22       Q.   Okay.  We'll come back to the physical impacts

23   that you previewed earlier.

24            But apart from what we've already discussed,

25   are -- have the odors and -- or did the odors impact

```
 1                 THE VIDEOGRAPHER:  Do you have your mic
 2         on, Counsel?
 3                 MS. KREBS:  Okay.  Thank you.
 4      A.   When we said 2020, I'm -- like we said about
 5  dates, 20- -- I'm still thinking relevant time frame,
 6  not 2020.  2020 was minimally odorous in the beginning.
 7  When -- so when we were saying "2020," I was in the
 8  wrong time frame.
 9  BY MS. KREBS:
10      Q.   Okay.
11      A.   And also --
12                 THE WITNESS:  That's right, right?  No,
13         I mean --
14                 MR. LANDRY:  I didn't experience it.
15                 THE WITNESS:  -- the dates.  The dates.
16         I just want to make sure the dates are right
17         because I didn't -- I didn't bring my
18         written --
19      A.   And then I did tell you that my -- my smell is
20  petrol.  There is some sulfur smell.  It's just that
21  with -- everybody has it so harsh of like, "I smell
22  sulfur, I smell sulfur."  To me, my brain automatically
23  goes like, "Well, that's not what I smell."  But it is
24  there.  I don't want to say that I didn't -- I did
25  smell some sulfur but not to the extent of the petrol
```

Page 127

1    smell.

2    BY MS. KREBS:

3        Q.   Okay.  So the overwhelming smell was the

4    petrol smell?

5        A.   Yes, ma'am.

6        Q.   Okay.  Do you mind, just so I fully

7    understand --

8        A.   Of course.

9        Q.   -- talking -- telling me about any odors that

10   you experienced in 2020 and your experience with those

11   odors?

12       A.   In 2020, it -- that's when it was the

13   decomposition.  Early on in 2020, it was a little uh,

14   but -- and it was still frequent.  But throughout

15   the -- I shouldn't have said "uh."  That's not a

16   description -- it was still kind of yucky, but it was

17   definitely not in the same -- not at the same level of

18   severity, not as frequent, and it wasn't the same

19   smell.  So it's -- like, we still have a smell now, but

20   you look at it and you say, "What's the smell?  It's --

21   it's landfill.  It's garbage.  It's trash."  So it's

22   like I had the time frames -- 2020 was -- I was --

23   recall 2019.

24       Q.   Okay.

25       A.   So I'm sorry.

1        Q.   No, all good.  I appreciate the clarification.

2   And I'm just going to ask a few follow-up questions --

3        A.   Sure.

4        Q.   -- to make sure I totally understand.

5        A.   Absolutely.

6        Q.   So did you mention, in early 2020, you smelled

7   a little -- did you say that you smelled -- still

8   smelled that kind of, like, petrol smell, burning tire

9   smell?

10       A.   In early 2020.  It -- and it --

11       Q.   Okay.

12       A.   But it -- it wasn't as bad.  It just -- it was

13  still the same smell to me --

14       Q.   Okay.

15       A.   -- that dominant petrol smell.  But as the --

16  as the year progressed, it wasn't -- it was -- it was

17  decomposition.  It was -- and so obviously, that's what

18  a landfill should smell like.

19       Q.   Okay.  So how frequently would you smell the

20  odors during the period that you -- in 2020 when you

21  were smelling kind of the petrol, burning tire odors?

22       A.   Maybe -- I don't want to say -- it was a

23  little more than a couple of times a month, but maybe

24  like -- it was -- it was two to four times a month.

25       Q.   Okay.  And then were those -- would those

Page 129

1    odors be strong?  Moderate?  Weak?

2        A.    They're -- it was mid to moderate.

3        Q.    Okay.

4        A.    But it definitely wasn't the same "burn

5    your" -- "burn your nose hairs" kind of -- it -- it

6    still existed, but it -- there were other -- you could

7    tell that there was -- I don't want to say you could

8    tell.  That's not -- that's fake.  It smelled like

9    living next to a landfill.

10       Q.    Okay.  And then when you started smelling the

11   decomp odors -- decomposition odors, how frequently

12   would you smell those odors?

13       A.    That's -- that's what I'm -- the -- like, two

14   to four.

15       Q.    Okay.  Two to four --

16       A.    Times per month.

17       Q.    Okay.

18       A.    I'm sorry.

19       Q.    Per month, okay.

20             Have the decomposition odors, like that type

21   of odors that you smelled at your house, impacted your

22   outdoor activities?

23       A.    Past the time frame?  Currently?

24       Q.    Let's just say from when you started smelling

25   those decomposition odors onward.

 1       A.   So 2020 forward?  Sometimes it does push us

 2   inside, but with those, you can -- you can wait it out.

 3   It doesn't -- it doesn't permeate so hard.  I guess

 4   that's the best way to --

 5       Q.   Okay.

 6       A.   If that answers the -- does that answer --

 7       Q.   No, it does.

 8       A.   Okay.

 9       Q.   All right.  So I had just a couple other

10   clarification questions from your earlier testimony.

11            Do you recall when your dad visited your home

12   at 9534 Catalpa Lane?

13       A.   No.

14       Q.   Okay.  Do you recall, generally, whether it

15   was before or after your pool was installed?

16       A.   It was -- okay.  So he died in 2020.  I moved

17   in in 2018.  So probably roughly -- like, roughly right

18   around that same time as the pool.

19       Q.   Okay.  And then did I hear you, earlier, say

20   that you had volunteered near the landfills?

21       A.   No, ma'am.

22       Q.   Okay.  All right.  Might have misheard that.

23   All right.

24                 MR. LANDRY:  You mean landfills here?

25                 THE WITNESS:  Did she say, like,

CROSSMAN ROBYN

1           mental injuries or physical --

2                MR. LANDRY:  You keep using "physical or

3           mental injuries."  This -- this is a nuisance

4           case.

5                MS. KREBS:  Yeah.  I'm just trying to --

6                MR. LANDRY:  I know.  But it's -- this

7           has been hashed out before, and you keep using

8           these terms for a reason, but it's -- it's --

9           it's legal speak.  And --

10                MS. KREBS:  Yeah.  And --

11                MR. LANDRY:  If you can clarify without

12           saying the same exact phrase you want to say,

13           go ahead.  But otherwise, I mean...

14   BY MS. KREBS:

15       Q.   Yeah.  And when I'm asking this question, I'm

16   not asking -- I'm not trying to ask for any legal

17   conclusions.  I'm just trying to get a sense of are

18   there any, like, physical or mental -- whether you

19   characterize them as symptoms or injuries or impacts

20   that you experienced -- that you believe you

21   experienced as a result of exposure to Jefferson Parish

22   Landfill odors or gases?

23                MR. LANDRY:  Object to the form.

24                Answer to the extent you can.

25       A.   My -- I know my migraines were exacerbated.

Page 139

1    Physically, I -- nothing -- nothing that I, as a

2    nondoctor, would know.  It -- it was stressful, yes.

3    So when you say that, yes, it's stressful.  It -- it

4    impacts daily life, activities of daily living, as we

5    love to say at work.  Because I -- I wasn't sleeping

6    well, I had -- my migraines were worse.  But in terms

7    of any physicality, I -- I couldn't tell you.

8    BY MS. KREBS:

9        Q.   Okay.  So you mentioned that you weren't

10   sleeping well.  What -- can you explain, like, what the

11   reason was for that?

12       A.   Sure.  So earlier, I told you that the smell

13   leeches into the house.

14       Q.   Uh-huh.

15       A.   And it does not dissipate unless you've

16   covered it with essential oil or, you know, a candle

17   to -- to try and cover the odor.

18       Q.   Uh-huh.

19       A.   Sorry.  Can you ask me your question again?  I

20   started --

21       Q.   No.  I'm -- I'm just trying to understand what

22   you mean.  You said you were --

23       A.   My sleep.

24       Q.   -- having trouble sleeping, and I'm just

25   trying to understand the reason for that.

```
 1        A.   So the -- the odor, it's not easy to fall
 2   asleep, and it will wake you up in the middle of the
 3   night.  It's -- it would.  It's -- it was stressful.  I
 4   was missing work, which makes me more anxious.  I mean,
 5   luckily, I work in a place where that's acceptable and
 6   understood.  But it -- if I can't go to sleep because
 7   it smells bad in my house -- and I bought this house.
 8   I'm so -- so mad at myself.
 9             It's leeching into my house.  I can't get it
10   out.  And I'm going to sleep in something that smells
11   really funky.  I can't go to sleep like that.  Or if it
12   wakes me up, then I'm up at 3:00 a.m., and I'm tapping
13   toes till 6:30 when I can start work.  But -- but it
14   will wake -- it would wake me up with migraines.  It
15   would wake Corey up more often.  He's a -- he's a light
16   sleeper.
17        Q.   Okay.  So when you have -- had trouble
18   sleeping, was that only when you would smell the odors
19   inside your house?
20        A.   Dominantly, yeah.
21        Q.   Okay.
22        A.   Predominantly.  Or had been outside and --
23        Q.   Okay.
24        A.   -- already had it in my -- my nasal cavities.
25        Q.   So when you didn't smell the odors, whether
```

Page 141

1    it's inside or outside, you wouldn't have the issue

2    sleeping?

3         A.   No, ma'am.

4         Q.   Okay.  Did you ever speak to a medical care

5    provider about having issues sleeping?

6         A.   Regarding this or --

7         Q.   And we'll -- for during the period since 2010.

8    I'm going to also lay that qualification on.  Between

9    2010 and 2020, did you ever speak to a medical provider

10   about any issues that you would have sleeping?

11        A.   Yes.

12        Q.   Okay.  Do you mind telling me a little bit

13   about those?  And I don't want to --

14        A.   No, I know.  I don't want to --

15        Q.   -- go into anything to personal?

16        A.   I don't want to unfold the --

17        Q.   Okay.  And I can ask it a little bit more --

18   generalize it.

19        A.   Can you?

20        Q.   Okay.  Did you also have issues, during that

21   period, sleeping for reasons unrelated to the odors?

22        A.   On occasion, yes.

23        Q.   Okay.

24             MR. LANDRY:  We're talking about 2018 to

25             2020?

Page 145

```
 1          A.   Yes, ma'am.

 2          Q.   Okay.  Okay.  So have the migraine headaches

 3   been a reoccurring issue between 2010 and 2020?

 4          A.   Yes.

 5          Q.   Okay.  So on and off during that time frame?

 6          A.   Yes.

 7          Q.   Okay.  So not necessarily limited to just when

 8   you would smell the odors?

 9          A.   No, ma'am.

10          Q.   Okay.  What impact would the odors have on

11   your migraines?

12          A.   They would exacerbate them.  They would be

13   stronger.  They would last for a longer period.  So

14   generally, my migraines, prior to and currently, last a

15   day, if I'm lucky, sometimes two.  With these during

16   the -- the time frame -- the original time frame

17   discussed, these led on for weeks.

18          Q.   Okay.

19          A.   And I was seeing my neurologist very

20   frequently to try and discern what -- what our -- what

21   the concern -- what the issue was.

22          Q.   Okay.  When you say it would last for weeks,

23   would it be migraine headache during those entire

24   weeks, or would it be kind of stop and then start

25   again?
```

Page 146

1       A.    So the -- the way that a migraine headache --

2    I'm going to -- sorry.  I'm going to do this.

3            So the -- the way the migraine headache works

4    is it will start, and it will change in severity, but

5    it will have a stopping point.

6       Q.    Okay.

7       A.    Then you will have relief.  And so you could

8    say -- so my doctor would say, "How many migraines did

9    you have this month?"  Well, two.  But one of them

10   lasted nine days, and one of them lasted four days.  So

11   with these, the length was much greater, and the -- the

12   pain scale was much higher --

13      Q.    Okay.

14      A.    -- to where it was like make a pillow fort and

15   hide and not go to work and stay in the dark, no noise,

16   when, normally, I could take my medication and power

17   through the day till, you know -- and I -- I could work

18   during the -- during a regular period.

19      Q.    Okay.

20      A.    But -- so yeah.  They -- they -- it was

21   exacerbated.  Like, they were longer and more intense.

22      Q.    Okay.  Understood.

23      A.    Does that make -- does that make sense?

24      Q.    Yes.

25      A.    Okay.

Page 147

```
 1        Q.   I appreciate that description to walk me

 2   through it.

 3             Do you still have migraines?

 4        A.   Yes, ma'am.

 5        Q.   Okay.  During that -- the 2020 period when you

 6   started smelling the decomposition odors, would those

 7   also exacerbate the migraines?

 8        A.   I -- to be honest, I would be lying if I told

 9   you an answer to that.

10        Q.   Okay.

11        A.   I -- I'm not sure.

12        Q.   Okay.  And so you mentioned seeing a

13   neurologist.

14        A.   Uh-huh.

15        Q.   Who was that?

16        A.   Dhanpat Mohnot.

17        Q.   Okay.

18        A.   And then, like, four other ones.

19        Q.   Okay.

20        A.   But they are also -- I think we submitted --

21        Q.   Yes.

22        A.   I don't know what was in the time frame but...

23        Q.   I can make this a little easier.

24             MS. KREBS:  All right.  So I'm going to

25             introduce R. Crossman 9.  And for the record,
```

                                              Page 148

1              this is labeled "Plaintiffs' Supplemental

2              Answers to Defendants' First Set of

3              Interrogatories."

4     (R. Crossman No. 9 was marked for identification.)

5              MS. KREBS:  You're welcome to look

6              through the entire thing.  I'm going to help

7              you get to the right page first, though.

8              MR. LANDRY:  You have the full doc?

9              MS. KREBS:  Yes.

10             MR. LANDRY:  Oh, okay.

11             THE WITNESS:  Yeah.  Page 22 or...

12             MS. KREBS:  Okay, okay.  It starts on

13             the page that's facing up if you need the

14             paper clip.

15             MR. LANDRY:  Yeah.  That way, I can pass

16             this out.

17             MS. KREBS:  I'll let you find it

18             yourself.

19             MR. LANDRY:  Excerpts.

20             THE WITNESS:  He's got that memorized.

21    BY MS. KREBS:

22        Q.   All right.  So for the record, I'm flipping to

23    the section that says -- starts with "A specific Robyn

24    Crossman."  And so you're welcome to look through, but

25    I want to focus specifically on your answer to

Page 164

```
 1      A.   I think this is -- it's protection of the

 2  community and -- and acknowledging that if -- if

 3  something happened, has happened, the

 4  person/people/whomever accountable is -- is held

 5  accountable.

 6      Q.   Okay.  Okay.

 7           MS. KREBS:  So I'm going to introduce --

 8           and this will be R. Crossman 11.  And for the

 9           record, it's "Plaintiff Answers to Defendants'

10           First Set of Interrogatories."  And I'm

11           marking this R. Crossman 11.

12  (R. Crossman No. 11 was marked for identification.)

13           MS. KREBS:  Here you go.

14           And then earlier, I introduced as an

15           exhibit "Plaintiffs' Supplemental Answers to

16           Defendants' First Set of Interrogatories,"

17           which was R. Crossman 10, I believe.

18           THE WITNESS:  Nine.

19           MR. LANDRY:  Nine.

20           MS. KREBS:  Okay.  Oh, 9.

21           THE WITNESS:  It was 9.

22           MS. KREBS:  Thank you.

23  BY MS. KREBS:

24      Q.   All right.  Do you recall providing answers

25  to the interrogatories or questions asked in these
```

1   documents?

2       A.   Yes, ma'am.

3       Q.   Okay.  And feel free to take a moment to look

4   through -- I believe the supplemental answers are

5   probably the operative ones -- but just to confirm that

6   everything is correct, you have no changes or additions

7   to make.

8       A.   Okay.

9           MR. LANDRY:  Object to the form.

10  BY MS. KREBS:

11      Q.   I can ask a proper question, but I just wanted

12  to give you a chance to review.

13          MR. LANDRY:  We -- we agree the

14          supplemental are the operative, so yeah.

15      A.   That's me.

16  BY MS. KREBS:

17      Q.   Okay.  So sitting here today, the supplemental

18  answers provide a -- complete responses to all the

19  questions in there.  Is that correct?

20      A.   Yes, ma'am.

21      Q.   Okay.  Okay.  So again, for this -- for these

22  next questions, I'm not asking about the content of

23  your communications with your attorneys.  But to

24  prepare for -- or what did you do to prepare for

25  today's deposition?  I can ask -- break it down, if you

Page 171

1           Do you recall that?

2      A.   Yes.

3      Q.   Okay.  And those supplemental answers are true

4  and accurate to the best of your memory and belief?

5      A.   To the best of my knowledge.

6      Q.   To the extent you -- you recall signing a

7  verification certifying as -- as much?

8      A.   Yes, sir.

9      Q.   Okay.  And you have been designated in the

10  case as a class representative.  You know that, right?

11      A.   Yes, sir.

12      Q.   You agreed to be a class representative?

13      A.   Yes, I did.

14      Q.   Okay.  And what is your understanding as your

15  role as a class representative?

16      A.   To represent my community and to protect their

17  interests.  It's for the -- for the greater whole of --

18  of our area.

19      Q.   And are you okay with being designated as a

20  class representative?

21      A.   Absolutely.

22      Q.   And is it your intention to see this case out

23  to completion?

24      A.   Yes, sir.

25                MR. LANDRY:  Thank you.

Page 174

1                    REPORTER'S CERTIFICATE

2        I, YOLANDA J. PENA, Certified Court Reporter in
    and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
    this testimony was taken, do hereby certify that ROBYN
4    DIEZ CROSSMAN, after having been duly sworn by me upon
    authority of R.S. 37:2554, did testify as set forth in
5    the foregoing 173 pages.
         I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
    and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
    the best of my ability and understanding.
8        I further certify that the transcript has been
    prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
    board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
    or entity making arrangements for deposition services.
11       I further certify that I have acted in compliance
    with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
    1434, and in rules and advisory opinions of the board.
13       I further certify that I am not an attorney or
    counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
    connected with this action, and that I have no
15   financial interest in the outcome of this matter.
         This certificate is valid only for this
16   transcript, accompanied by my original signature and
    original raised seal on this page.
17
         Prairieville, Louisiana, this 27th day of December
18   2023.

19

20

21

22                          _____
                            YOLANDA J. PENA, CCR, RPR
23                          CCR NO. 2017002, RPR NO. 907346

24

25