UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

COREY FRANCIS CROSSMAN,

TAKEN AT THE LAW OFFICES OF LISKOW & LEWIS, APLC,

701 POYDRAS STREET, SUITE 5000, NEW ORLEANS, LOUISIANA

70139, ON THURSDAY, THE 22ND DAY OF DECEMBER, 2023,

COMMENCING AT 2:11 P.M.

* * * * * * * * * * * * * * * * * * * * * * * * * *

Reported by:

   YOLANDA J. PENA, Certified
   Court Reporter No. 2017002
   in and for the State of
   Louisiana

EXHIBIT 10

```
1      Q.   Did you review any documents?
2      A.   No.
3      Q.   Tell me, if you would, the first time -- well,
4   let me ask it this way first.  After moving into the
5   house in January 2018, did you yourself experience any
6   odors while you were at the property?
7      A.   In the beginning of 2018, we did not.
8      Q.   Okay.
9      A.   Sometimes you would smell, like, traditional
10  landfill-type smells, like just regular garbage, but
11  that really wasn't an issue to me because I had grown
12  up near a landfill, so it wasn't...
13     Q.   Okay.  When do you -- when do you recall first
14  smelling some -- or a non-garbage odor at Catalpa Loop?
15     A.   2019.  Definitely 2019.
16     Q.   Describe the odor that you smelled in 2019.
17     A.   To me, it was like -- I want to say rotten
18  egg, sulfury, but it also smelled like burning, rotten
19  eggs.  Burning, sulfury, if that makes any type of
20  sense.
21     Q.   Before you first smelled the odor -- the
22  rotten egg, sulfury, burning -- rotten egg, burning,
23  sulfury odor in 2019, had Robyn complained to you about
24  smelling any odors at Catalpa Loop?
25                MR. LANDRY:  Object to the form.
```

```
                                                        Page 18
 1   experiencing?
 2        A.   If she did, I do not remember.
 3        Q.   Okay.  And -- and just for reference, do
 4   you -- and if you don't know, you don't know.  But do
 5   you recall whether Isabella complained about odors
 6   before or after you first experienced the odors?
 7        A.   That, I do not remember either.
 8        Q.   Fair enough.  When Robyn first complained to
 9   you about the odors and you said she was experiencing a
10   burning tire -- she described it as a burning tire
11   smell?
12        A.   Uh-huh.
13        Q.   Is that right?
14        A.   Yes.
15        Q.   Okay.  Did you yourself notice if the odors
16   affected Robyn in any way?
17        A.   Yes.
18        Q.   Tell me about that.
19        A.   She said she felt sick.  She noticeably --
20   with headaches, she would lay down a lot.  I mean, I
21   felt the same things, so it was -- you know, it was
22   same time, we'd get the same type of -- of issues.
23        Q.   When Robyn said she felt sick, did she
24   describe how she was feeling sick, the symptoms?
25        A.   She would tell me she -- she felt upset or she
```

Page 22

```
 1        Q.   And you said you had been around landfills
 2   before moving to Catalpa Loop?
 3        A.   That's correct.  Yeah, I lived -- lived about
 4   the same distance away when I grew up in Vermont.  My
 5   best friend also lived right next to it, spent a lot of
 6   time there.
 7        Q.   And where in Vermont was there?
 8        A.   Rutland.
 9        Q.   Tell me -- and I want to go back to 2019.
10   Tell me how the odors affected you.  Did you have any
11   symptoms as a result of the odors in 2019?
12                MR. LANDRY:  Object to the form.
13        A.   I'm trying to remember if it was 2019 or 2020.
14   I just remember when those -- when we had those odors,
15   I got headaches, and I had nausea.  I would be woken up
16   at night, couldn't fall back asleep.
17   BY MR. FUTRELL:
18        Q.   How often would the odors wake you up at
19   night?
20        A.   At least once a week.
21        Q.   Did Robyn ever complain that the odors woke
22   her up at night?
23        A.   Yes.
24        Q.   How often would she complain that the odors
25   woke her up at night in 2019?
```

```
 1      A.   Complain?  I don't think she would complain
 2   because a lot of times, it happened at the same time,
 3   so we were both up together.  But I can't remember, you
 4   know, the amount of times she -- she complained about
 5   being up at night or whatever.
 6      Q.   Okay.  What about Isabella?  Did Isabella
 7   complain that she was --
 8      A.   No.
 9      Q.   -- awakened by the odors?
10      A.   No.  If I -- if -- if she was, I didn't know.
11      Q.   In -- when you -- at any point in time, did
12   you determine, in your own mind, where the rotten egg,
13   sulfury, burning smell that you have described -- where
14   that was coming from?
15           MR. LANDRY:  Object to the form.
16      A.   Yeah.  I mean, we used to -- we used to try to
17   figure out ourselves.  I mean, we used to drive around.
18   I mean, I used to -- you know, we lived near
19   Cornerstone, so I used to drive by Cornerstone and
20   stick my head out -- out the window just to see if it
21   smelled like that; it didn't.  And we'd, you know,
22   drive by the swamps or, you know, go like that and
23   just, you know, try to figure it out for ourselves, and
24   we couldn't.
25   BY MR. FUTRELL:
```

```
                                                                    Page 36
 1           the -- what's the objection?
 2                  MR. FUTRELL:  Leading.
 3                  MR. LANDRY:  Okay.
 4     BY MR. LANDRY:
 5         Q.   What are the chances that the first time
 6     you experienced the odor was 2019 if you canceled a
 7     party -- a housewarming party in spring of 2018?
 8         A.   If it was -- if -- I mean, our -- our
 9     housewarming party was supposed to be right after we
10     moved in, so it was definitely right around that time.
11         Q.   Okay.  And you specifically recall that you
12     canceled the housewarming party because of the odors?
13         A.   Definitely because of the odor, absolutely.
14         Q.   Okay.  So it seems you're -- well, it's not
15     "seems."  It's clear you are not clear on the years.
16     You also testified earlier that you -- you stopped
17     smelling it in 2021 -- middle of 2021.  Are you sure
18     that's the date?
19         A.   I don't -- I don't know.  If -- I'm getting my
20     years mixed up.
21         Q.   Would you defer to your wife?
22         A.   Yes.
23         Q.   Mr. Futrell asked you questions about whether
24     you know where the odors -- the odor, the one that
25     invaded your home, woke you up -- where that came from.
```

```
                                                                  Page 37
 1   Did you ever notice a pattern as -- as to wind
 2   direction when you were experiencing those odors?
 3        A.   Yeah.  It was mostly from the -- about the
 4   south.
 5        Q.   And what's to the south of you?
 6        A.   The landfill.
 7        Q.   And when you say "the landfill," which one?
 8        A.   Jefferson Parish.
 9        Q.   And I believe you testified earlier that you
10   would drive by Cornerstone, roll your windows down, and
11   poke your head out the window to try to smell.  How
12   often would you do that?
13        A.   Almost every time I drove by.
14        Q.   How often was that?
15        A.   Oh, it was probably at least once a week.  I
16   mean, we drove over to Luling because that's where all
17   our commerce was, you know, because Waggaman has
18   nothing.  So we go grocery shopping over there,
19   doctors' appointments, Walgreens, eat dinner.
20        Q.   And you testified that you would smell the
21   odor inside your home.  Was there ever a time where you
22   would not smell it outside but then walk inside and
23   smell it?
24        A.   That -- that was a lot.  Yeah, that's -- to
25   the point that I made earlier --
```

Page 41

1  REPORTER'S CERTIFICATE

2      I, YOLANDA J. PENA, Certified Court Reporter in
   and for the State of Louisiana, Registered
3  Professional Reporter, and as the officer before whom
   this testimony was taken, do hereby certify that COREY
4  FRANCIS CROSSMAN, after having been duly sworn by me
   upon authority of R.S. 37:2554, did testify as set
5  forth in the foregoing 40 pages.
       I further certify that said testimony was reported
6  by me in the Stenotype reporting method, was prepared
   and transcribed by me or under my direction and
7  supervision, and is a true and correct transcript to
   the best of my ability and understanding.
8      I further certify that the transcript has been
   prepared in compliance with transcript format
9  guidelines required by statute or by rules of the
   board and that I have been informed about the complete
10 arrangement, financial or otherwise, with the person
   or entity making arrangements for deposition services.
11     I further certify that I have acted in compliance
   with the prohibition on contractual relationships, as
12 defined by Louisiana Code of Civil Procedure Article
   1434, and in rules and advisory opinions of the board.
13     I further certify that I am not an attorney or
   counsel for any of the parties, that I am neither
14 related to nor employed by any attorney or counsel
   connected with this action, and that I have no
15 financial interest in the outcome of this matter.
       This certificate is valid only for this
16 transcript, accompanied by my original signature and
   original raised seal on this page.
17
       Prairieville, Louisiana, this 27th day of
18 December, 2023.

19

20

21

22  _____
    YOLANDA J. PENA, CCR, RPR
23  CCR NO. 2017002, RPR NO. 907346

24

25