# Expert Report of James Lape in the Matter of:

*Elias Jorge "George" Ictech-Bendeck*
*v.*
*Waste Connections Bayou, Inc., et al.*
Civ. Action No. 18-7889 (E.D.La.)

*Prepared by*



**Integral Consulting Inc.**
200 Harry S. Truman Parkway
Suite 330
Annapolis, MD  21401

_____
**James F. Lape, Jr.**
*Senior Science Advisor*

February 16, 2024

EXHIBIT
12

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    February 16, 2024

# CONTENTS

LIST OF FIGURES ............................................................................................................. iv

LIST OF TABLES ............................................................................................................... v

ACRONYMS AND ABBREVIATIONS .............................................................................. vi

1   PROFESSIONAL PROFILE ................................................................................... 1-1

    1.1   BACKGROUND ........................................................................................ 1-1

    1.2   CREDENTIALS ......................................................................................... 1-1

2   COMPENSATION .................................................................................................. 2-1

3   LIST OF PUBLICATIONS IN LAST 4 YEARS ...................................................... 3-1

4   LIST OF DEPOSITION AND TRIAL TESTIMONY  IN LAST 4 YEARS ............... 4-1

5   FACTS AND DATA CONSIDERED ....................................................................... 5-1

6   INTRODUCTION AND SUMMARY OF OPINIONS .............................................. 6-1

    6.1   THE CALPUFF SIMULATIONS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS
        PROVIDE APPROPRIATE AND RELIABLE ESTIMATES OF THE AIR
        CONCENTRATIONS AT THE PROPOSED CLASS REPRESENTATIVE
        LOCATIONS AND SURROUNDING RESIDENTIAL AREAS FOR THE EXPOSURE
        PERIOD OF INTEREST .......................................................................... 6-2

    6.2   EVALUATION OF THE CALPUFF MODEL PERFORMANCE USING SITE-
        RELATED MEASURED AND MODELED $H_2S$ AIR CONCENTRATIONS
        SUPPORTS THE RELIABILITY OF THE CALPUFF RESULTS ................... 6-3

    6.3   COMPARISON OF PROPOSED CLASS REPRESENTATIVES WITH GRID
        MODELING SUPPORTS THEIR SELECTION  ......................................... 6-3

7   SUMMARY OF METHOD ...................................................................................... 7-1

    7.1   SOURCE CHARACTERIZATION ............................................................. 7-1

    7.2   RECEPTORS EVALUATED ..................................................................... 7-2

        7.2.1  Grid Receptors ........................................................................... 7-2

        7.2.2  Proposed Class Representatives ................................................ 7-3

    7.3   METEOROLOGICAL DATA AND GEOPHYSICAL INPUTS .................... 7-3

    7.4   CALPUFF AIR MODELING ..................................................................... 7-5

        7.4.1  MODEL OPTIONS ..................................................................... 7-5

        7.4.2  MODEL RESULTS ..................................................................... 7-5



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.* February 16, 2024

**8 MODEL PERFORMANCE AND VERIFICATION** ........................................................ **8-1**

8.1 COMPARISON OF CALPUFF AIR MODELING RESULTS TO LDEQ $H_2S$ AIR SAMPLING RESULTS FROM NEIGHBORHOODS NEAR THE PROPOSED CLASS REPRESENTATIVE LOCATIONS ................................................................8-1

8.2 COMPARISON OF CALPUFF AIR MODELING RESULTS TO RAMBOLL $H_2S$ AIR SAMPLING DOWNWIND OF JPL PHASE IVA ..........................................................8-2

8.3 COMPARISON OF CALPUFF AND AERMOD MODEL RESULTS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS FROM PHASE IVA AT THE PROPOSED CLASS REPRESENTAIVE LOCATIONS ....................................................................................8-3

8.4 OTHER LINES OF EVIDENCE THAT SUPPORT THE AIR MODELING EVALUATON ................................................................................................................8-3

    8.4.1 COMMUNITY ODOR REPORTS ....................................................................8-3

    8.4.2 PIVOTAL AIR MODELING AND MONITORING REPORT ..............................8-4

    8.4.3 EXPOSURE ASSESSMENTS BY THE LOUISIANA DEPARTMENTS OF ENVIRONMENTAL QUALITY AND HEALTH....................................................8-4

**9 DISCUSSION OF OPINIONS AND BASES** ...................................................................... **9-1**

9.1 THE CALPUFF SIMULATIONS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS PROVIDE APPROPRIATE AND RELIABLE ESTIMATES OF THE AIR CONCENTRATIONS AT THE PROPOSED CLASS REPRESENTATIVE LOCATIONS AND SURROUNDING RESIDENTIAL AREAS FOR THE EXPOSURE PERIOD OF INTEREST ..............................................................................................9-1

9.2 EVALUATION OF THE CALPUFF MODEL PERFORMANCE USING SITE-RELATED MEASURED AND MODELED $H_2S$ AIR CONCENTRATIONS SUPPORTS THE RELIABILITY OF THE CALPUFF RESULTS ......................................9-1

9.3 COMPARISON OF CLASS REPRESENTATIVES WITH GRID MODELING SUPPORTS THEIR SELECTION.................................................................................9-1

**10 BIBLIOGRAPHY** ................................................................................................................ **10-1**

Appendix A. Curriculum Vitae of James F. Lape, Jr.

Appendix B. Sensitivity Analysis of the Air Modeling Inputs for the Phase IVA $H_2S$ Landfill Gas Emission Source

Appendix C. Meteorological Data Summaries and Discussion of Representativeness of Data Used in CALPUFF

Appendix D. Statistical Analysis of Wind Characteristics for Air Model Predicted Odor Events

Appendix E. Contours of CALPUFF Monthly Odor Events for July 2017 to December 2019

Appendix F. Wind Rose Plots for AERMET and CALMET from July 2017 to December 2019

Appendix G. Evaluation of Representativeness of Proposed Class Representatives to Locations within Proposed Class Boundary



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                        *February 16, 2024*

# LIST OF FIGURES

Figure 1.    Overview of Jefferson Parish Landfill and Ictech-Bendeck Proposed Class Representative Locations

Figure 2.    Jefferson Parish Landfill Phase IVA $H_2S$ Fugitive Emission Source

Figure 3.    CALPUFF Model Grid with Potential Class Boundary and Ictech-Bendeck Proposed Class Representative Locations

Figure 4.    Direction and Distance from Jefferson Parish Landfill Phase IVA to Ictech-Bendeck Proposed Class Representative Locations

Figure 5.    Typical Wind Patterns in the Area of the Jefferson Parish Landfill and Ictech-Bendeck Proposed Class Representative Locations

Figure 6.    Wind Resources Forecast Model 2017, Wind Patterns in Study Area

Figure 7.    Wind Resources Forecast Model 2018, Wind Patterns in Study Area

Figure 8.    Wind Resources Forecast Model 2019, Wind Patterns in Study Area

Figure 9.    Location of Mobile Air Monitoring Laboratory in Study Area during 2018 and 2019

Figure 10.   Comparison of MAML $H_2S$ Hourly Observation with CALPUFF Model Results for Phase IVA H2S Emissions during the 4-hour Odor Event in April 2018

Figure 11.   Comparison of Ramboll $H_2S$ Samples in Ambient Air along Highway 90 with CALPUFF Model Estimates

Figure 12.   Trends in the Number of Odor Complaints Reported to Jefferson Parish Landfill during 2018



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                   *February 16, 2024*

# LIST OF TABLES

Table 1.    Ramboll Estimates of Monthly $H_2S$ Fugitive Gas Emission Rates for Phase IVA and CALPUFF Area Source Inputs

Table 2.    Ictech-Bendeck Proposed Class Representatives Used in Air Model Analyses

Table 3.    CALPUFF 30-minute Average Maximum and Counts above Odor Event Concentrations for Ictech-Bendeck Proposed Class Representative Locations from July 2017 through December 2019

Table 4.    CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations from July to December 2017

Table 5.    CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations during 2018

Table 6.    CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations during 2019

Table 7.    CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at Ictech-Bendeck Proposed Class Representative Locations from July to December 2017

Table 8.    CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at Ictech-Bendeck Proposed Class Representative Locations during 2018

Table 9.    CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at Ictech-Bendeck Proposed Class Representative Locations during 2019

Table 10.   Mobile Air Monitoring Laboratory $H_2S$ and Meteorological Observations during April 2018 Odor Incident

Table 11.   Ramboll $H_2S$ Ambient Air Sampling along Highway 90 and Southern Portion of Jefferson Parish Landfill



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| CEC | Carlson Environmental Consultants |
| EPA | U.S. Environmental Protection Agency |
| $H_2S$ | hydrogen sulfide |
| JPL | Jefferson Parish Landfill |
| KMSY Airport | Louis Armstrong New Orleans International Airport |
| Landfill | Jefferson Parish Landfill |
| LDEQ | Louisiana Department of Environmental Quality |
| LFG | landfill gas |
| MAML | Mobile Air Monitoring Laboratory |
| NED | National Elevation Dataset |
| NWS | National Weather Service |
| Pivotal | Pivotal Engineering |
| ppb | parts per billion |
| Ramboll | Ramboll Consulting USA, Inc. |
| Site | Jefferson Parish Landfill |
| USGS | U.S. Geological Survey |
| WRF | Weather Research and Forecasting (model) |



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    February 16, 2024

# 1  PROFESSIONAL PROFILE

## 1.1   BACKGROUND

I, James F. Lape, Jr., am an atmospheric and physical scientist with more than 30 years of experience in the health risk assessment and environmental science fields, currently working as a Senior Science Advisor at Integral Consulting Inc.  My expertise is in air toxics fate and transport modeling and exposure assessment.  I have served as an expert in several cases involving atmospheric transport, dispersion, and deposition of airborne substances.  During my career, I have conducted air modeling analyses to support human and/or ecological risk assessments at more than 50 sites, including municipal solid waste landfills.

## 1.2   CREDENTIALS

I have a master of science degree in air pollution meteorology, with a minor in computer science, from North Carolina State University, awarded in 1987, and a bachelor of science degree in physics, with honors, with a minor in mathematics, from Ohio University, awarded in  1983.

Details of my qualifications, including publications, can be found on my curriculum vitae provided as Appendix A to this report.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                              *February 16, 2024*

# 2  COMPENSATION

My compensation for deposition and trial testimony is $410 per hour.  My compensation for all other time spent on this matter is $302 per hour.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

# 3   LIST OF PUBLICATIONS IN LAST 4 YEARS

I have not published in the last 4 years.  My prior publications are listed in my curriculum vitae (Appendix A).



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                      *February 16, 2024*

# 4   LIST OF DEPOSITION AND TRIAL TESTIMONY IN LAST 4 YEARS

I provided both deposition and trial testimony as an expert witness in the general causation phase of this trial.

- Deposition provided on June 6 and 7, 2022.
- Trial testimony provided on March 1 and 2, 2023.

I provided a deposition as a fact witness on December 27, 2023, in the matter of *Theresa Slusser et al. v. Solvay Specialty Polymers, USA et al.*, Civil Action No.1:20-cv-11393-NLH-AMD.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

# 5  FACTS AND DATA CONSIDERED

Throughout the course of this report, in forming my opinions, I have considered numerous documents including publicly available information on the Louisiana Department of Environmental Quality (LDEQ) website, documents produced by the parties in this litigation, and information provided by Ramboll Consulting USA, Inc. (Ramboll).  I also was present during and participated in the site investigation overseen by Ramboll personnel during the week of November 4, 2019.  My bibliography (Section 10) contains a list of the relevant documents.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                        *February 16, 2024*

# 6   INTRODUCTION AND SUMMARY OF OPINIONS

I have been retained by the Law Firm of Bruce C. Betzer on behalf of class counsel to provide my analysis and conclusions as to the fate and transport (based primarily on air dispersion modeling) of gas generated by the Jefferson Parish Landfill ("JPL," "Landfill," or "Site"), focusing on the frequency, duration, and concentrations of exposures in surrounding communities during the period from July 2017 through December 2019.  My expert report focuses on hydrogen sulfide ($H_2S$), a component of landfill gas (LFG).  Figure 1 shows the location of the JPL $H_2S$ emission source and the Ictech-Bendeck Plaintiff locations evaluated.

For my analysis, I used the CALPUFF air dispersion model (version 7.0), a widely used and reliable air dispersion model for odor evaluations approved for use by the U.S. Environmental Protection Agency (EPA).  To ensure the reliability of the results obtained, I compared the CALPUFF modeling results with other available site-related monitoring data and information and results based on the AERMOD dispersion model, which has also been approved for use by EPA.  Details of the model verification are provided below.

As inputs to the model, I relied on the analysis and calculations performed by Ramboll concerning the generation and emissions of gases from JPL.  In addition to conversations with Ramboll concerning its work, I have gained an understanding of the operations of JPL, including its gas generation, emissions, and collection system, from a number of sources: review of Ramboll reports, including its analysis of LFG emissions; participation in JPL site visit conducted during the week of November 4, 2019; review of numerous documents produced in this litigation; review of defense expert reports produced in this litigation; attendance at the general causation trial, and my own prior professional work experience.  In addition, the manner in which I used Ramboll's JPL emission calculations as inputs to CALPUFF was informed by my conversations with Ramboll to ensure that the modeling was conducted consistent with Ramboll's analyses.

The specific concentration and exposure duration criterion for this report is the $H_2S$ 30-minute average of 7 μg/m$^3$ (5 ppb).  This value was established in the general causation trial to define an odor event[1].

This report presents the results of my expert analysis and scientific opinions, which I hold to a reasonable degree of scientific certainty.  Moreover, I reserve the right to revise or amend my scientific opinions in the event that additional, relevant materials are obtained.

In support of my expert opinions and scientific analysis, I am providing summaries of documents that discuss the significant $H_2S$ fugitive emissions released from the Site during the period of interest, estimates of $H_2S$ fugitive emissions from the Site, and figures showing the

---

[1] See the Court's November 29, 2022, Findings of Fact and Conclusions of Law. 18:7889, Doc. 285 at p. 31



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

location of the Site and the residential areas of interest.  I also provide figures and tables that show the magnitude and frequency of elevated $H_2S$ concentrations in the areas of interest.

It is my scientific opinion that the results of the CALPUFF air modeling that are discussed below represent a reasonable estimate of the likely lower-bound averages concerning the frequency, duration, and concentration of exposures to $H_2S$ emanating from the Landfill that were experienced at the locations and during the time periods set forth in the modeling results. For reasons discussed in this report, I believe the results of the CALPUFF modeling effort likely understate the frequency, duration, and concentrations of $H_2S$ and odors generated and emitted from JPL at the residential areas of interest.  I provide this scientific opinion based on a three-step evaluation process.  First, I participated with Ramboll to conduct a site investigation and sampling effort in November 2019 and then developed a conceptual site model.  Second, I conducted air dispersion modeling of fugitive $H_2S$ gas emissions from the Site to estimate ambient air concentrations in the residential areas of interest.  Third, I tested the model performance using ambient air monitoring data and odor observations.  I also ran several of the CALPUFF simulations of the Phase IVA $H_2S$ fugitive gas emissions using AERMOD to provide confidence that the results from the CALPUFF modeling are reasonable.  Sections 7, 8, and 9 provide details of the analyses conducted for each of the opinions offered in this report.

I have provided a detailed bibliography in Section 10, which further supports some of my scientific opinions.  In addition, I have extensive experience with air modeling both in this case and over the course of my career that further informs my scientific opinions.

## 6.1   THE CALPUFF SIMULATIONS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS PROVIDE APPROPRIATE AND RELIABLE ESTIMATES OF THE AIR CONCENTRATIONS AT THE PROPOSED CLASS REPRESENTATIVE LOCATIONS AND SURROUNDING RESIDENTIAL AREAS FOR THE EXPOSURE PERIOD OF INTEREST

Air modeling was conducted using two air dispersion models:  CALPUFF and AERMOD.  The CALPUFF model is typically used in odor evaluations.  CALPUFF is a non-steady-state Lagrangian Gaussian puff model that can use a gridded wind field to provide more realistic transport and dispersion of emissions in the low wind speed conditions that can lead to elevated concentrations downwind of the source. AERMOD is a steady-state Gaussian dispersion model.  AERMOD can tend to overpredict ambient air concentrations during the low wind speed conditions that typically produce odor events.  Both models are considered appropriate and reliable for this evaluation; however, the AERMOD model results for this evaluation were used to verify the odor impacts predicted by the CALPUFF model for the Proposed Class Representatives and surrounding residential areas.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

## 6.2 EVALUATION OF THE CALPUFF MODEL PERFORMANCE USING SITE-RELATED MEASURED AND MODELED $H_2S$ AIR CONCENTRATIONS SUPPORTS THE RELIABILITY OF THE CALPUFF RESULTS

Multiple evaluations were conducted to assess the performance of the CALPUFF modeling of $H_2S$ fugitive gas emission from JPL Phase IVA. CALPUFF model results were compared to $H_2S$ air monitoring data collected by the LDEQ Mobile Air Monitoring Laboratory (MAML) during an odor incident when JPL Phase IVA was considered the likely source of the $H_2S$ emissions. The magnitude of the CALPUFF model predictions around the MAML location agreed well with the observations. Similarly, a comparison of CALPUFF model predictions with $H_2S$ ambient air collected by Ramboll when JPL was the likely source of $H_2S$ emissions also agreed well with observations. Finally, a comparison of CALPUFF model results with AERMOD model results for a limited set of simulations showed reasonable agreement in terms of the magnitude of $H_2S$ impacts at the Proposed Class Representative locations.

## 6.3 COMPARISON OF CLASS REPRESENTATIVES WITH GRID MODELING SUPPORTS THEIR SELECTION

Nine locations within the proposed class area boundary were selected as proposed class representatives. A statistical analysis was conducted to determine whether the nine proposed class representatives appropriately reflect potential odor impacts to the entire class. This evaluation was based on comparing CALPUFF model odor event frequencies from July 2017 to December 2019 for the proposed class representatives with the frequencies for locations within the proposed class area boundary and two smaller locations at least 5 km (3 miles) south of the JPL and the proposed class area boundary used as background. The analysis shows that the frequency of odor events for the nine proposed plaintiff locations are statistically similar to the class area as a whole and therefore representative of the receptors within the proposed class area boundary.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                                                February 16, 2024

# 7   SUMMARY OF METHOD

Discussed below are the source characterization, receptors evaluated, meteorological data, and geophysical inputs used for the CALPUFF modeling.

## 7.1   SOURCE CHARACTERIZATION

Landfills such as JPL generate gas as part of the waste degradation process that occurs within the landfill cells.  Gas collection systems are used to capture the gas generated in the landfill to keep fugitive gas emissions, and associated odors, to a minimum.  Carlson Environmental Consultants (CEC) conducted a detailed assessment of the JPL LFG system in 2018 and found that approximately 90 percent of the vertical gas extraction wells at the Site were either not working or were working at less-than-optimal capacity.  As stated by CEC (2018), the inability to collect subsurface liquids is likely contributing to gas emissions and offsite odors.

Ramboll conducted an evaluation of the operational conditions of the gas extraction system at the Site and developed estimates of $H_2S$ emissions from the biodegradation of the waste within the different areas, or phases, where waste was placed in the Landfill cells.  This information was used to develop an inventory of $H_2S$ fugitive gas emissions that could be used in air modeling to estimate odor impacts based on $H_2S$ ambient air concentrations in offsite areas.  $H_2S$ was selected as a surrogate for odors from the Landfill based on the prevalence of $H_2S$ in the sampling and in historical data collected and reported by LDEQ, CEC, and others.

Ramboll identified many potential sources of fugitive gas emissions at the Site, including leaks from the leachate system and defective LFG extraction wells.  Ramboll concluded that the most significant fugitive gas emission sources for the period ranging from late 2016 to the end of 2019 were the Landfill surface, due to the low efficiency of the existing LFG extraction system, and the spent lime deposited directly into the landfill or used in the liquid waste solidification process.  These sources were the focus of the air modeling conducted to estimate associated air concentrations in the proposed class boundary area and nine Proposed Class Representative locations.

Ramboll estimated the annual $H_2S$ fugitive gas emissions for the five phases of the Site based on modeling the gas generation rate from solid waste using the EPA LandGEM model.  For Phase IVA, the fugitive gas emission rate also included the $H_2S$ gas generation from spent lime and related wastes from the liquid waste solidification process, as calculated by Jaana Pietari, Ph.D.  The $H_2S$ fugitive emissions from Phase IVA dominate the Site-wide emissions, representing 95 percent or more of the total $H_2S$ released from all of the phases combined.  Accordingly, the air modeling evaluated the emissions and dispersion associated with Phase IVA.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

The air modeling was based on emissions of $H_2S$ from JPL.  Sampling results for the emissions from JPL indicate other malodorous compounds are released along with the $H_2S$.  Therefore, it is likely that the model estimates underestimate the odor impacts from JPL.

The $H_2S$ fugitive gas emissions from Phase IVA were modeled as an area source located at the ground surface.  The emissions were assumed to be released uniformly across the area of the phase, shown in Figure 2, based on Ramboll's estimated gas collection efficiency for Phase IVA of 10 percent.  Ramboll provided estimates of the monthly $H_2S$ fugitive gas emission rates for Phase IVA, in megagrams per month based on analysis of waste handled during the period.  These emission rates were converted to flux rates, which provides the amount of $H_2S$ LFG that is released from the landfill surface (e.g., Mg/month-$m^2$), by dividing by the area of the source.  The area of Phase IVA where LFG can be collected, as provided by Ramboll, for 2017 through 2019 was used in the calculation of the flux rate.  This area increased from 2017 through 2019 because JPL was actively placing waste in the Phase IVA cells during this period.  Table 1 shows the monthly $H_2S$ fugitive gas emission rate from Ramboll and the calculated monthly flux rate used in the air modeling.  The air models were run to predict monthly odor impacts for each year using the monthly flux rates and the average source area for the given year.  A sensitivity analysis was conducted to determine the impact of using an average emission source area for each year rather than the monthly value provided by Ramboll.  The results of the analysis indicated that the number of odor events for most Proposed Class Representatives were less than 1 percent different when using Ramboll's monthly emission area instead of the annual average.  A few locations showed slightly higher odor counts using Ramboll's monthly emission area, but all were less than 10 percent different from the assumed annual average values.

## 7.2   RECEPTORS EVALUATED

The odor impact analysis was conducted for two sets of receptors, shown in Figure 1:  the nine Proposed Class Representative locations; and a 20 km grid that spans the potential class boundaries.

### 7.2.1   Grid Receptors

Grid receptors were used to develop a uniform set of locations where the model predicts air concentrations.  I used the same CALPUFF model grid as in the general causation modeling, with receptors placed at 250 m spacing across the 20 km square grid, resulting in 6,400 locations where CALPUFF would estimate $H_2S$ ambient air concentrations. Figure 3 shows the grid receptors used in the model along with the proposed class area boundary and the nine Proposed Class Representative locations.  The grid modeling was used to draw contours of the monthly odor events across the grid.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                            *February 16, 2024*

## 7.2.2    Proposed Class Representatives

The odor impact analysis was conducted for the nine Proposed Class Representative locations shown in Figure 1.  The address for each location was used in Google Earth to identify model coordinates.  Details of the Plaintiff locations and model coordinates are provided in Table 2.  Figure 4 shows the direction of each Plaintiff location relative to the JPL Phase IVA modeled $H_2S$ emission source.  The receptors are to the north and east of JPL emission source at distances of 2.5 to 6 km.  The same locations were used in both the CALPUFF and AERMOD simulations.

## 7.3    METEOROLOGICAL DATA AND GEOPHYSICAL INPUTS

Meteorological data of various quality and duration were available from monitoring locations both on the Site and from three airports located from 5 to 15 miles from the Site.  Meteorological data have been collected at the Site since approximately 2013 but do not have the quality control needed for air modeling applications.  A more recent meteorological monitoring station was installed on top of Phase IIIA at the Site; however, it was not in operation for the majority of the months being evaluated in the air modeling.  Offsite, the nearest monitoring location is the National Weather Service (NWS) station at the Louis Armstrong New Orleans International Airport (KMSY Airport), approximately 5 miles to the north of the Site.  Two other sources of surface meteorological data, the Naval Air Station in New Orleans, approximately 15 miles to the southeast of the Site, and the Lakefront Airport, 15 miles to the northeast and along Lake Pontchartrain, were not as representative as KMSY Airport data due to distance from the Site.  An upper air monitoring station is located in Slidell, Louisiana, approximately 40 miles to the northeast and across Lake Pontchartrain.  The upper air data are used in the air model to characterize conditions above the surface layer.  All of the offsite stations have established quality assurance programs.

Because high quality onsite meteorological data were not available for the air modeling, offsite data were sought.  Two types of offsite meteorological data were obtained from Lakes Environmental for this air modeling project.  The first was 3 years of data, 2017 to 2019, from the NWS station at the KMSY Airport in AERMOD format.  This data set reflects measurements from a single station, the KMSY Airport. Figure 5 shows the typical wind patterns in the study area based on 30 years of data from the KMSY Airport, which is the time frame used to develop estimates of expected conditions for climate data such as windspeed and direction and for simulations using AERMOD.

The second source was the 3D Weather Research and Forecasting (WRF) model, which was used to develop the meteorological inputs needed for CALPUFF for the years 2017 through 2019.  The WRF model was run for a 50 km by 50 km grid, centered on the Site, with 1 km resolution.  The WRF meteorological data were input into the CALMET program, which constructs the 3-dimensional wind field over a square 20 km by 20 km air model domain, using 250-m spacing for the grid cells. Use of WRF data is endorsed by regulatory agencies, including



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

EPA, and the scientific community.  The WRF yearly wind patterns for 2017 through 2019 are shown in Figures 6 through 8.

My air modeling of Phase IVA was conducted using meteorological data from two sources: observations from the KMSY Airport and the WRF model.  An evaluation was conducted of the representativeness of the CALMET data based on a statistical comparison to the KMSY data from the same period.  The evaluation followed the recommendations in the International Handbook on the Assessment of Odour Exposure Using Dispersion Modelling (Odor Handbook) (AMIGO & Olores.org 2023).  Time series plots of wind speed and wind direction were constructed for each year (Appendix C).  The plots show good general agreement between the measured and predicted data in terms of replicating the trends and magnitudes of the variable during the period of interest.  Further analysis of the wind speed and wind direction agreement was based on evaluating the correlation of wind speed between the two stations, calculation of the gross error, and a comparison of the average wind speed and standard deviation.  Wind direction agreement was evaluated using the gross error, which measures the size of the difference between the KMSY and CALMET values.  These are the same descriptive statistics used by Mark Yocke, Ph.D., to evaluate the representativeness of his CALMET data versus the KMSY observations.  The comparison of my CALMET data with the KMSY observations showed similar agreement to what Dr. Yocke[2] considered acceptable[3] (Appendix C).

Additional statistical analysis was conducted to evaluate the representativeness of the CALMET data specifically for wind directions that place the Proposed Class Representatives downwind of JPL Phase IVA (Figure 4.)  The evaluation was consistent with guidance in the Odor Handbook for comparing prognostic data, such as the CALMET WRF data with measured values, such as the KMSY observations.  The test measured the bias, error, and index of agreement between the data sets.  The results of the tests were within the acceptable range presented in the Odor Handbook (Appendix C).

In my opinion, the WRF data are sufficiently representative of the meteorological conditions expected at JPL to provide a reliable simulation of the transport and dispersion of Phase IVA fugitive gas emissions in the Plaintiff areas.

The CALPUFF model domain was defined as a square grid, 20 km by 20 km, with JPL in the center. The size of the domain was selected to encompass all of the plaintiff locations.  Terrain elevation data used for the CALPUFF modeling system was downloaded from the U.S. Geological Survey (USGS) National Elevation Dataset (NED).  Two NEDs from USGS were used

---

[2] Dr. Mark Yocke was a defense expert in the General Causation Phase of this trial but has not been called for this phase.  The information cited is in Appendix F of his Expert Report, dated April 30, 2021.

[3] Specifically, for wind speed correlation values averaged 0.74 while Yocke averaged 0.79, the difference for the average wind speed comparison was 0.23 m/s while Yocke averaged 0.64 m/s, the standard deviation averaged 0.10 while Yocke averaged 0.55, and gross error averaged 0.99 m/s while Yocke averaged 1.05 m/s.  For wind direction, gross error averaged 32 degrees while Yocke averaged 23.  Yocke states that a gross error of ~30 degrees is the benchmark.

integral

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

to cover the model domain, published in 2018 and 2019, with a horizontal resolution of 10 m. In addition to the terrain elevation data, land use data were also sourced from USGS for the CALPUFF model domain.  These data were from the 2016 National Land Cover Database, a Landsat-based, 30-m resolution, land cover database that contains spatial reference and descriptive data for characteristics of the land surface (Homer et al. 2012).  These characteristics include urban, agricultural, forested, grasslands, etc.  These land use data are used to adjust the meteorological conditions as a result of surface roughness as well as aid the computation of anthropogenic heat flux.

## 7.4    CALPUFF AIR MODELING

Air modeling was conducted using the EPA-approved CALPUFF model, which is often used in odor evaluations.  CALPUFF is a non-steady-state Lagrangian Gaussian puff model that can use a gridded wind field to provide more realistic transport and dispersion of emissions in the low wind speed conditions that can lead to elevated concentrations downwind of the source.

### 7.4.1    MODEL OPTIONS

CALPUFF simulations were run on a monthly basis from July 2017 through December 2019. $H_2S$ ambient air concentrations for a given month were estimated for 30-minute averaging times. As discussed earlier, the JPL Phase IVA fugitive LFG emissions were treated as a ground-level area source in the model.  An average source area for a given year was used in the modeling to reflect the changing dimensions of Phase IVA with new waste deposits during that period.  A 20- by 20-km grid with 250-m spacing was used in the model for computing $H_2S$ ambient air concentrations downwind of JPL Phase IVA.  The receptors were assumed to be located 1.5 m aboveground for the model concentration estimate to simulate the breathing height of an individual.

### 7.4.2    MODEL RESULTS

Air modeling was used to estimate the potential odor impacts to the Proposed Class Representatives and surrounding residential areas during the period of exposure.  This section focuses on the number of odor events and odor days based on the 7 µg/m³ threshold set by the general causation ruling.

**Discussion of Results for Proposed Class Representatives**

CALPUFF was run to predict 30-minute average air concentrations at the nine Proposed Class Representative locations for each year.  A time series of the concentrations calculated for a receptor over the year was developed to determine various aspects of the potential inhalation exposures, including the number of times the concentration at a location was at or beyond 7 µg/m³ (5 ppb). The maximum model-predicted 30-minute average, along with counts of the



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

number of times the model estimates exceed select concentration thresholds, is presented in Table 3.  The maximum concentrations during a given year varied by a factor of 4 to 5 across all locations, with the Landry-Boudreaux location having the highest values in 2017 and 2018 and Crossman having the highest values in 2019.  For individual Plaintiff locations, the maximum concentrations showed a variability of approximately 2 across all years for all locations, except for the factor of 4 variability at the Landry-Boudreaux location.  The highest maximum values occurred in 2018 for most locations as would be expected given 2018 had the highest $H_2S$ emission rates of all the years.

The primary metric for odor impact in this assessment is the number of times the CALPUFF 30-minute average is ≥7 µg/m$^3$ (5 ppb), defined by the Court in the general causation ruling as an odor event for this evaluation.  Tables 4 through 6 provide the CALPUFF model estimates of odor events at a Plaintiff location for 2017 through 2019. The year 2018 produced the highest number of odor events for each of the Proposed Class Representative locations.  Overall, the number of odor events at a location shows a dependence on the distance to the JPL Phase IVA source, which is to be expected and is consistent with my CALPUFF results from the first trial.  For example, the highest number of odor events typically occurred at the Landry-Boudreaux or Crossman locations, which are the nearest locations to the source.  Most months resulted in odor events at the Proposed Class Representative locations, with the exception of a month or two in the winter.  Typically, the summer and fall months see the highest number of odor events for the group.  This was especially the case in 2018 when the summer months produced the highest counts for the year for most of the Proposed Class Representative locations.  The model predicted that odor events typically occur during the night or early morning, during conditions of low wind and a stable atmosphere that minimizes dispersion.  This is consistent with the observations reported by MAML during their 2018 deployments.

A second analysis of the CALPUFF 30-minute data was conducted to determine the number of days the model predicted at least one odor event to occur during the month.  Tables 7 through 9 provide an estimate of the number of days per month that CALPUFF predicts an odor event would occur. Most months from July 2017 to December 2019 were predicted to have a day with an odor event, or odor day.  The year 2018 produced the highest number of odor days for each of the Proposed Class Representative locations.  The number of odor days per month peaked at most all Proposed Class Representative locations during the spring and summer months, for all years.  The number of odor days per month also shows a dependence on the distance to the JPL Phase IVA source, with the nearest locations, such as Landry-Boudreaux and Crossman, having the highest occurrences of odor days.  However, across all Plaintiff locations, the number of predicted odor days per year varies by a factor of 2 to 7 with much of the variability being associated with individuals who lived outside the modeled area for several months of the year[4].

---

[4] The following individuals were not at the addresses evaluated in the CALPUFF modeling during the months indicated:  Crossman from July to December 2017; Steele and Thompson from July to September 2017; and Ictech-Bendeck from November to December 2019.

integral

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                              *February 16, 2024*

**Discussion of Grid Model Results**

The grid modeling was used to evaluate how odor events per month varied over time and location.  Contours of the number of odor events per month across the grid were developed to demonstrate how the impacts were distributed across the grid.  The contours reflect the wind distribution during the month, with higher numbers of odor events seen in areas with more winds from the direction of JPL Phase IVA.  The grid contours are presented in Appendix E for each month from July 2017 to December 2019.  The Proposed Class Representative locations are also plotted on the contour maps. Wind roses for each month are provided in Appendix F as a means to visualize the wind distribution during the month and how it affected the distribution of odor events over the proposed class boundary.  The odor events predicted for the Proposed Class Representatives, shown in Tables 4 through 6, is consistent with the values shown in the contour maps, indicating that the contour mapping is a reliable method to demonstrate the odor events across the grid area.

**Comparison of CALPUFF Model Results for Proposed Class Representatives and Grid**

Nine locations within the proposed class area boundary were selected as those reflecting the locations of the Proposed Class Representatives.  A statistical analysis was conducted to determine whether the nine Proposed Class Representatives appropriately reflect potential odor impacts to the entire class.  This evaluation was based on comparing CALPUFF model odor event frequencies from July 2017 to December 2019 for the Proposed Class Representatives with the frequencies for locations within the proposed class area boundary and two smaller locations at least 5 km (3 miles) south of the JPL and the proposed class area boundary used as background.  The analysis was based on the exceedances of the odor event threshold established in the general causation trial.  An overview of the evaluation is presented below. Details of the analysis are presented in Appendix G.

The proposed class boundary was used to identify grid receptors to compare to the Proposed Class Representative locations for this evaluation.  The proposed class boundary encompasses 2,361 grid cells. Each of the Proposed Class Representatives is represented by a single grid cell.  This evaluation compares the number, and frequency, of threshold exceedances in the nine Proposed Class Representative locations with the 2,361 grid cells for the entire class.  In addition, a set of background grid cells was chosen to represent conditions (i.e., $H_2S$ threshold exceedances) in areas that are not likely to be significantly impacted by JPL Phase IVA.  These background cells were represented by two 2-km by 2-km grids in the southwest and southeast corners of the modeled area.  There are 162 grid cells in the background area. The background areas are used to test whether the similarity between the Proposed Class Representative locations and the grid points in the proposed class area boundary is associated with the JPL Phase IVA emissions.

The frequency of threshold exceedances at Proposed Class Representative locations was compared to the frequency of exceedances in both the class and the background areas.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

Separate comparisons were carried out for each modeled year.  Three types of comparisons were carried out:

1. Comparison of the median frequency of threshold exceedance in the class and background areas with the frequency at each Proposed Class Representative location.

2. Graphical evaluation of the distributions in class and background areas with the values for the Proposed Class Representatives.

3. Statistical comparison of the distribution of threshold exceedances for the group of Proposed Class Representatives with the proposed class area boundary.

The analysis shows that the frequency of odor events for the nine Proposed Class Representative locations are statistically similar to the class area as a whole and therefore representative of the receptors within the proposed class area boundary.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                                                      *February 16, 2024*

# 8  MODEL PERFORMANCE AND VERIFICATION

This section provides details on the analyses conducted to evaluate the performance of the CALPUFF model for simulating the fate and transport of $H_2S$ released from JPL Phase IVA.

## 8.1  COMPARISON OF CALPUFF AIR MODELING RESULTS TO LDEQ $H_2S$ AIR SAMPLING RESULTS FROM NEIGHBORHOODS NEAR THE PROPOSED CLASS REPRESENTATIVE LOCATIONS

LDEQ conducted several ambient monitoring programs in the location of the Proposed Class Representatives and surrounding residential areas to monitor odors and numerous specific air pollutants in response to odor complaints.  LDEQ deployed the MAML to River Ridge, Harahan, and Waggaman on multiple occasions in 2018.  During some of these monitoring periods, Phase IVA of JPL was upwind of the MAML based on the meteorological conditions observed by instrumentation at the monitoring location. An analysis of the MAML hourly $H_2S$ observations as a function of wind direction indicates that when wind was not from the direction of JPL and towards the MAML, the concentrations were on the order of 3 ppb at the River Ridge location and 4 ppb at the Waggaman location.  This can be considered an estimate of the general background $H_2S$ air concentration.  Measured $H_2S$ at the MAML locations show a much higher frequency of concentrations above background when winds place JPL upwind.  Specifically, more than 70 percent of the hours when JPL was upwind of the MAML had concentration above background, compared to only 10 percent of the hours being above background when the wind was from directions that do not have JPL upwind of the MAML.  These results indicate that JPL is a source of $H_2S$ at concentrations above background at both the Waggaman and River Ridge locations.

The MAML monitoring program was not designed for the purpose of corroborating my model results (or any other model results) and therefore did not collect a sufficiently robust set of data at any specific location to reliably assess the potential correlation between an assumed emission source and downwind receptor.  However, the MAML results do provide an indication of the $H_2S$ air concentrations during periods when JPL was the likely source of emissions.  One such event was in April 2018, when LDEQ deployed the MAML to a parking lot of the Riverside Baptist Church in River Ridge for a 6-day period from April 27 to May 2, 2018.  During that period, LDEQ noted an odor incident beginning on April 28 at 10:00 p.m. and ending at 2:00 a.m. on April 29.  The wind data recorded by MAML, shown in Table 10, indicate that JPL Phase IVA was primarily upwind of the MAML during the period, as can be seen in Figure 9, taken from the LDEQ MAML April 27 report.  A comparison of the hourly MAML observations with the CALPUFF model estimates is provided in Figure 10.  Concentrations at the MAML Riverside location ranged from 5 to 12 ppb (7 to 17 µg/m³) during the 4-hour period, as shown in Table 10, with an average concentration of 10 ppb (14 µg/m³). The CALPUFF model results at or near the Riverside MAML location ranged from 7 to 11 ppb.  The CALPUFF results show a



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                                    *February 16, 2024*

more southerly direction than MAML wind observations, but within the 20- to 30-degree differences considered acceptable, especially when winds are light and variable, as was the case for this event.

## 8.2   COMPARISON OF CALPUFF AIR MODELING RESULTS TO RAMBOLL $H_2S$ AIR SAMPLING DOWNWIND OF JPL PHASE IVA

I was part of a team that collected ambient air samples on JPL and along Highway 90 near the Site boundary during my Site visit in November 2019.  These samples were collected during a 2-hour period when wind conditions placed Phase IVA emissions directly upwind. Ramboll collected $H_2S$ ambient air samples to the east, west, and in front of the Site along Highway 90 in Avondale, Louisiana, on the morning of November 5, 2019.  The sampling was conducted using a pre-calibrated Jerome 631X meter to detect $H_2S$ ambient air concentrations.  I selected the sample locations in an effort to delineate the odor plume that I smelled as we approached the Site from the east along Route 90 before dawn.  The $H_2S$ concentrations to the east of the Site along Route 90 were lower than when we were directly downwind of JPL, ranging from 2 to 6 ppb in the five samples, as shown in Table 11.  Along and downwind of the Site frontage to Route 90, the $H_2S$ concentrations rose to a range from 10 to 23 ppb.  On the west side of the Site along Route 90, the $H_2S$ concentrations dropped back to 3 ppb.  The highest concentrations were detected in areas downwind of the Site during the sampling and decreased with distance east and west from the Site entrance.  The highest concentrations were detected just inside the Site entrance along the main access road (23 ppb/33 µg/m³), and on the surface of Phase II (48 ppb/70 µg/m³).

It is clear from the data collected along Highway 90 that concentrations increase with proximity to JPL and decrease with distance east and west from the JPL entrance, indicating that JPL is the likely source of the $H_2S$ emissions being detected.  Two additional samples were collected within the JPL property and showed increasing $H_2S$ concentrations with decreasing distance from Phase IVA.  Figure 11 shows the CALPUFF predicted hourly concentrations, along with the monitoring results for the same time period.[5]  The plume shows a very narrow footprint that is consistent with the spatial trends in the observations.  I scaled the CALPUFF hourly concentrations for the period to 5-minute averages to make a more reasonable comparison to monitoring results, which were collected over a matter of minutes.  The sample results are in good agreement with the model predictions, especially for the two samples collected from within the JPL property (i.e., Odor 013 and 014).  Odor sample 013, collected approximately 1 mile from Phase IVA with a detected $H_2S$ concentration of 32 µg/m³ (23 ppb), is within a factor of 2 to 3 of the scaled model result contour, which ranges from 10 to 16 µg/m³.  Odor sample 014, located approximately 0.5 mile from Phase IVA with a detected $H_2S$ concentration of 67 µg/m³ (48 ppb), is within a factor of 2 to 4 of the scaled model result contour, which ranges from 16 to 33 µg/m³.  Both of these samples were collected near

---

[5] CALPUFF results provided in 2019_4A_MonthlyQ_60min_Cartesian directory provided with my initial Expert Report for November 5, 2019, at 0600.

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

enough to Phase IVA that contributions from adjacent landfills are likely to be negligible. In my opinion, the agreement between the CALPUFF estimates of $H_2S$ air concentrations for the November 5, 2019, Ramboll sampling event along Route 90, and the $H_2S$ air concentrations measured with the Jerome meter provides support for the reliability of the CALPUFF modeling results of the Phase IVA $H_2S$ fugitive gas emissions.

## 8.3   COMPARISON OF CALPUFF AND AERMOD MODEL RESULTS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS FROM PHASE IVA AT THE PROPOSED CLASS REPRESENTATIVE LOCATIONS

The CALPUFF simulations used to estimate the number of odor events at the Proposed Class Representative locations were evaluated using AERMOD, a steady-state Gaussian dispersion model recommended by state and federal agencies for most modeling projects. The model domain was defined as a square grid, 20 km by 20 km, with JPL in the center and divided into 100-m square grid cells. In addition to this gridded array of 100-m square grid cells, the nine Proposed Class Representative locations were also included in the modeling. The same terrain elevation data and land use data used in CALPUFF were used in this AERMOD evaluation. The AERMOD meteorological data discussed earlier were used in this evaluation. The modeling consisted of repeating the CALPUFF $H_2S$ fugitive gas area source inputs for Phase IVA for 2017, 2018, and 2019, and comparing the results for the Proposed Class Representative locations. The AERMOD results are consistently 2 to 4 times higher than CALPUFF for the maximum hourly concentrations for 2017 through 2019 for all Plaintiff locations. This clearly indicates AERMOD has difficulty with low wind speed conditions, as can be seen in the scatterplots that show the AERMOD maximums occur around 1 m/s or less. The annual averages were in better agreement with an average difference of 2, which indicates that the two models produce similar concentrations when wind speeds are higher. Both models are considered appropriate for use in this evaluation, but I relied on CALPUFF because I believe it handles the low wind conditions associated with odor events better than AERMOD.

## 8.4   OTHER EVIDENCE THAT SUPPORTS THE AIR MODELING EVALUATON

The following resources provided information regarding the $H_2S$ emissions from JPL Phase IVA that were useful for evaluating the CALPUFF performance.

### 8.4.1   COMMUNITY ODOR REPORTS

I reviewed a community odor report prepared by JPL that provided figures with numbers and locations of odor complaints for 2018. The bar chart shown in Figure 12 shows the number of complaints by month. The data clearly show a trend of odor complaint increases during the summer and into fall, which is similar to the trend seen in the CALPUFF odor events per month for the same period. The locations where odor complaints originated are consistent with the



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

locations of the Plaintiffs' locations that were evaluated in the modeling.  The similarities in the model results and odor log from both location and time of year aspects support the model's ability to simulate the likely exposures to the Plaintiffs to $H_2S$ emissions from JPL Phase IVA.

## 8.4.2    PIVOTAL AIR MODELING AND MONITORING REPORT

Jefferson Parish contracted with Pivotal Engineering (Pivotal) to establish a long-term ambient monitoring program framework to help address odor issues.  Pivotal reviewed the MAML sampling program and conducted air modeling as part of its evaluation, including the April 2018 odor event discussed in Section 8.1.  Based on a review of the odor data, Pivotal concluded that the "concentration of $H_2S$ that produced the odor event came from a southwesterly direction at or across the river from the East back MAML location." This conclusion is consistent with the LDEQ MAML report for the April 2018 incident.  Pivotal then conducted reverse trajectory air modeling to "determine the most likely path of a parcel of air over a geographic area."  The reverse trajectory modeling for the April 2018 odor event concluded that "the air quality detected at the MAML originated from or behind the Jefferson Parish Landfill." This conclusion supports my use of the April 2018 odor event to verify the performance of the CALPUFF simulation of JPL Phase IVA $H_2S$ LFG emissions.

## 8.4.3    EXPOSURE ASSESSMENTS BY THE LOUISIANA DEPARTMENTS OF ENVIRONMENTAL QUALITY AND HEALTH

The Louisiana Departments of Environmental Quality and Health were active in evaluating the odor impacts in the JPL area.  LDEQ has conducted multiple sampling programs using the MAML and grab samples in ambient air.  Based on the data, LDEQ concluded that there may be other sources of odors in the area but that JPL was the "major source" of the $H_2S$ gases being detected and experienced in the area.[6]  These conclusions support using the model results for evaluating the JPL LFG emissions.

The Department of Health in its review of the MAML data identified multiple grab sample results and longer-term averages that were above the 5 ppb threshold being used in this evaluation to identify an odor event.  It also notes that "landfills release a wide variety of other sulfide containing compounds" that may be very odiferous and could contribute to odors despite being at extremely low levels in the atmosphere.  These conclusions support my opinion that an assessment that focuses solely on $H_2S$ for an odor assessment likely underestimates the potential odor impacts by omitting the additional odiferous compounds that are also typically released as LFG.

---

[6] Comments from Dr. Chuck Brown, Secretary of LDEQ, to the Jefferson Parish Council, December 5, 2018.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

# 9   DISCUSSION OF OPINIONS AND BASES

## 9.1   THE CALPUFF SIMULATIONS OF JPL $H_2S$ FUGITIVE GAS EMISSIONS PROVIDE APPROPRIATE AND RELIABLE ESTIMATES OF THE AIR CONCENTRATIONS AT THE PROPOSED CLASS REPRESENTATIVE LOCATIONS FOR THE EXPOSURE PERIOD OF INTEREST

It is my opinion that the CALPUFF modeling results provide a reliable estimate of the lower bound for the locations and times when $H_2S$ air concentrations in the area modeled exceed the odor event threshold established by the Court in the general causation ruling.  The results likely are an underestimate because 1) my dispersion modeling did not include emissions from areas other than Phase IVA; and 2) as I understand it, the estimates of gas emissions from the Landfill developed by Ramboll likely understate emissions because, for example, they do not include point source emissions identified by Ramboll; they do not include emissions from the side slopes of Phase IVA; and the data were collected in November 2019, after the Parish had begun substantial remedial measures to reduce LFG emissions.

## 9.2   EVALUATION OF THE CALPUFF MODEL PERFORMANCE USING SITE-RELATED MEASURED AND MODELED $H_2S$ AIR CONCENTRATIONS SUPPORTS THE RELIABILITY OF THE CALPUFF RESULTS

In my opinion, the good agreement between odor incidents recorded by MAML and the offsite sampling conducted by Ramboll along Highway 90, the results of the AERMOD model, and the general agreement of the onsite and offsite meteorological data discussed previously, all support the conclusion that the CALPUFF modeling of the JPL Phase IVA $H_2S$ fugitive gas emissions during the period from 2017 through 2019 provides a reasonable estimate of the lower bound exposures to $H_2S$ at the locations modeled during the years 2017–2019.  Moreover, for the reasons discussed in this report, it is my opinion that the CALPUFF modeling results likely understate the actual exposures to $H_2S$ during those years.

## 9.3   COMPARISON OF CLASS REPRESENTATIVES WITH GRID MODELING

A statistical analysis was conducted to determine whether the nine Proposed Class Representative locations appropriately reflect potential odor impacts to the entire class.  This evaluation was based on comparing CALPUFF model odor event frequencies from July 2017 to December 2019 for the Proposed Class Representative locations with the frequencies for locations within the potential class area boundary and two smaller locations at least 5 km (3 miles) south of the JPL and the potential class area boundary used as background. The analysis, presented in Appendix G, shows that the frequency of odor events for the nine



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                    *February 16, 2024*

Proposed Class Representative locations are statistically similar to the class area as a whole and therefore representative of the 2,361 grid receptors within the proposed class area boundary.



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

# 10 BIBLIOGRAPHY

Atkinson, D., and R.F. Lee.  1992.  Procedures for substituting values for missing NWS meteorological data for use in regulatory air quality models.  Available at: www.epa.gov/sites/production/files/2020-10/missdata.txt.

Brancher, M., A. Hieden, K. Baumann-Stanzer, G. Schauberger, and M. Piringer.  2020.  Performance evaluation of approaches to predict sub-hourly peak odour concentrations.  *Atmospheric Environ. X*. 7:100076.

CEC.  2018.  Landfill gas system assessment for the Jefferson Parish Landfill.  Jefferson Parish Resolution No. 131323.  Prepared for Jefferson Parish, Jefferson, LA.  Carlson Environmental Consultants, PC, Monroe, NC.  95 pp.  August 15.

CEC.  2019.  High BTU landfill gas utilization plan for the Jefferson Parish landfill.  Prepared for Jefferson Parish, Jefferson, LA.  Carlson Environmental Consultants, PC, Monroe, NC.  May 7.

Earth Tech.  2000.  A user's guide for the CALPUFF dispersion model.  Version 5.  Earth Tech, Inc., Concord, MA.  January.  521 pp.

Homer, C.H., J.A. Fry, and C.A. Barnes.  2012.  The National land cover database.  Fact Sheet 2012-3020.  U.S. Geological Survey.  4 pp.

JPL.  2018 to 2019.  Jefferson Parish Landfill Progress/Status Reports for various months.

LDEQ.  2018.  River Ridge and Harahan – Mobile Air Monitoring Lab, February 19, 2018.LDEQ.  2018.  River Ridge and Harahan – Mobile Air Monitoring Lab, April 27, 2018.

LDEQ.  2018.  River Ridge and Harahan – Mobile Air Monitoring Lab, July 20, 2018

LDEQ.  2018.  River Ridge and Harahan – Mobile Air Monitoring Lab, October 2018.

LDH.  2019.  Health consult, River Ridge, Harahan, Waggaman, and Avondale, LA odors.  Final draft.  Louisiana Department of Health, Office of Public Health, Baton Rouge, LA.  January 14.  27 pp.

Pivotal.  2019.  Ambient air assessment.  Prepared for Jefferson Parish Environmental Affairs Department, Jefferson Parish, LA.  Pivotal Engineering, LLC, New Orleans, LA.  May.

Ramboll.  2019.  Landfill gas characterization work plan for the Jefferson Parish Landfill, Avondale, LA.  Ramboll US Corporation.  October.

River Birch.  2019.  Assessment of Jefferson Parish landfill gas field.  River Birch, LLC, Avondale, LA.  May



*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                   *February 16, 2024*

SCS.  2018.  Jefferson Parish landfill site evaluation with respect to odors.  Prepared for Beveridge and Diamond, PC, New York, NY.  SCS Engineers, Carlsbad, CA.  October.

Soler, D.  2021.  Expert report of Nestor D. Soler, Evaluation of Jefferson Parish Landfill gas emissions.  January 28.

USEPA.  1997.  Analysis of the affect [*sic*] of ASOS-derived meteorological data on refined modeling.  EPA-454/R-97-014.  Available at:  www.epa.gov/sites/production/files/2020-10/documents/asos.pdf.  U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Emissions, Monitoring, and Analysis Division, Research Triangle Park, NC. November.  95 pp.

USEPA.  1998.  A comparison of CALPUFF with ISC3.  U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC.  December.

USEPA.  2000.  Meteorological monitoring guidance for regulatory modeling applications.  EPA-454/R-99-005.  Available at:  www.epa.gov/sites/production/files/2020-10/documents/mmgrma_0.pdf.  U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC.  February.  171 pp.

USEPA.  2005.  Landfill gas emission model (LandGEM) Version 3.02 user's guide.  U.S. Environmental Protection Agency, Office of Research and Development, Research Triangle Park, NC.  May.

USEPA.  2008.  Quality assurance handbook for air pollution measurement systems. Volume IV:  Meteorological measurements version 2.0 (Final).  EPA-454/B-08-002.  Available at:  www.epa.gov/sites/production/files/2020-10/documents/volume_iv_meteorological_measurements.pdf.  U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Air Quality Analysis Division, Measurement Technology and Ambient Air Monitoring Groups, Research Triangle Park, NC. March.  191 pp.

USEPA.  2015.  Compilation of air pollutant emission factors, AP-42, fifth edition, volume 1: Stationary Point and Area Source.  Section 2.4-Municipla solid waste landfill.   U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards, Research Triangle Park, NC.  January.

Wagenecht.  2018.  Personal communication (email from D. Wagenecht to M. Algero, B. Tusa, and B. Bailey, Louisiana Department of Environmental Quality, LA, dated July 27, 2018, regarding Wags in Waggaman).

International Handbook on the Assessment of Odour Exposure Using Dispersion Modelling (Odor Handbook) (AMIGO & Olores.org 2023)



**Figures**





**Figure 1.**
Overview of Jefferson Parish Landfill and Ictech-Bendeck
Proposed Class Representative Locations





**Figure 3.**
CALPUFF Model Grid with Potential Class Boundary and
Ictech-Bendeck Proposed Class Representative Locations





**Figure 4.**
Direction and Distance from Jefferson Parish Landfill Phase IVA to Ictech-Bendeck Proposed Class Representative Locations





**Figure 2.**
Jefferson Parish Landfill Phase IVA H$_2$S Fugitive Emission Source





**Figure 5.**
Typical Wind Patterns in the Area of the Jefferson
Parish Landfill and Icteck-Bendeck Proposed
Class Representative Locations



**Figure 6.**
Wind Resources Forecast Model 2017, Wind Patterns in Study Area



**Figure 7.**
Wind Resources Forecast Model 2018, Wind Patterns in Study Area



WIND SPEED
(m/s)

- >= 11.10
- 8.80 - 11.10
- 5.70 - 8.80
- 3.60 - 5.70
- 2.10 - 3.60
- 0.50 - 2.10

Calms: 1.35%

**Figure 8.**
Wind Resources Forecast Model 2019, Wind Patterns in
Study Area





**Figure 9.**
Location of Mobile Air Monitoring Laboratory in Study Area during 2018 and 2019







**Figure 10A.**
Comparison of MAML H$_2$S Observation with CALPUFF Model Results for Phase IVA H$_2$S Emissions during the 4-hour Odor Event in April 2018. Results shown for April 28, 2018 22:00 CDST and 22:30 CDST.







**Figure 10B.**
Comparison of MAML H$_2$S Observation with CALPUFF Model Results for Phase IVA H$_2$S Emissions during the 4-hour Odor Event in April 2018.  Results shown for April 28, 2018 23:00 CDST and 23:30 CDST.







**Figure 10C.**
Comparison of MAML H$_2$S Observation with CALPUFF Model Results for Phase IVA H$_2$S Emissions during the 4-hour Odor Event in April 2018.  Results shown for April 29, 2018  00:00 CDST and 00:30 CDST.







**Figure 10D.**
Comparison of MAML $H_2S$ Observation with CALPUFF Model Results for Phase IVA $H_2S$ Emissions during the 4-hour Odor Event in April 2018.  Results shown for April 29, 2018  01:00 CDST and 01:30 CDST.



**Figure 11.**
Comparison of Ramboll H$_2$S Samples in Ambient Air along Highway 90 with CALPUFF Model Estimates

## Number of Complaints
## 2018

| January | February | March | April | May | June | July | August | September | October | November | December |
|---------|----------|-------|-------|-----|------|------|--------|-----------|---------|----------|----------|
| 2 | 4 | 12 | 7 | 6 | 37 | 371 | 191 | 324 | 92 | 183 | 164 |



**Figure 12.**
Trends in the Number of Odor Complaints Reported to
Jefferson Parish Landfill during 2018

# Tables

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*                                                    *February 2024*

Table 1.  Ramboll Estimates of Monthly $H_2S$ Fugitive Gas Emission Rates for Phase IVA and CALPUFF Area Source Inputs

| Year | Month | Day | Phase IVA $H_2S$ Fugitive Emissions ($m^3$/month) | Phase IVA $H_2S$ Fugitive Emissions (Mg/month) | Emission Aea used in CALPUFF, Based on Area LFG Can Be Collected ($m^2$) | $H_2S$ Fugitive Gas Flux Rate, Based on Area LFG Can Be Collected and $H_2S$ Monthly Mass Emission Rate ($g/m^2$-s) | Average Monthly Flux Rate for Year, Based on Area LFG Can Be Collected ($g/m^2$-s) | CALPUFF Monthly Scaliing Factor Using Average Flux Rate (Nondimensional) |
|---|---|---|---|---|---|---|---|---|
| 2017 | 7 | 31 | 8,615 | 12.21 | 59,619 | 7.647E-05 | | 1.046 |
| 2017 | 8 | 31 | 9,733 | 13.80 | 59,619 | 8.640E-05 | | 1.181 |
| 2017 | 9 | 30 | 11,028 | 15.63 | 59,619 | 1.012E-04 | | 1.383 |
| 2017 | 10 | 31 | 11,804 | 16.73 | 59,619 | 1.048E-04 | 7.313E-05 | 1.433 |
| 2017 | 11 | 30 | 12,495 | 17.71 | 59,619 | 1.146E-04 | | 1.567 |
| 2017 | 12 | 31 | 13,269 | 18.81 | 59,619 | 1.178E-04 | | 1.610 |
| 2018 | 1 | 31 | 13,681 | 19.39 | 74,926 | 9.663E-05 | | 0.9899 |
| 2018 | 2 | 28 | 13,355 | 18.93 | 74,926 | 1.044E-04 | | 1.0699 |
| 2018 | 3 | 31 | 13,604 | 19.28 | 74,926 | 9.609E-05 | | 0.9844 |
| 2018 | 4 | 30 | 14,008 | 19.86 | 74,926 | 1.022E-04 | | 1.0474 |
| 2018 | 5 | 31 | 13,834 | 19.61 | 74,926 | 9.772E-05 | | 1.0010 |
| 2018 | 6 | 30 | 14,656 | 20.77 | 74,926 | 1.070E-04 | 9.762E-05 | 1.0958 |
| 2018 | 7 | 31 | 14,594 | 20.69 | 74,926 | 1.031E-04 | | 1.0560 |
| 2018 | 8 | 31 | 14,063 | 19.93 | 74,926 | 9.933E-05 | | 1.0176 |
| 2018 | 9 | 30 | 13,495 | 19.13 | 74,926 | 9.850E-05 | | 1.0091 |
| 2018 | 10 | 31 | 12,950 | 18.36 | 74,926 | 9.147E-05 | | 0.9371 |
| 2018 | 11 | 30 | 12,426 | 17.61 | 74,926 | 9.070E-05 | | 0.9291 |
| 2018 | 12 | 31 | 11,923 | 16.90 | 74,926 | 8.422E-05 | | 0.8627 |
| 2019 | 1 | 31 | 10,735 | 15.22 | 90,878 | 6.251E-05 | | 1.223 |
| 2019 | 2 | 28 | 10,211 | 14.47 | 90,878 | 6.583E-05 | | 1.287 |
| 2019 | 3 | 31 | 9,806 | 13.90 | 90,878 | 5.711E-05 | | 1.117 |
| 2019 | 4 | 30 | 9,417 | 13.35 | 90,878 | 5.667E-05 | | 1.108 |
| 2019 | 5 | 31 | 9,042 | 12.82 | 90,878 | 5.266E-05 | | 1.030 |
| 2019 | 6 | 30 | 8,682 | 12.31 | 90,878 | 5.225E-05 | 5.113E-05 | 1.022 |
| 2019 | 7 | 31 | 8,336 | 11.82 | 90,878 | 4.855E-05 | | 0.949 |
| 2019 | 8 | 31 | 8,004 | 11.35 | 90,878 | 4.661E-05 | | 0.912 |
| 2019 | 9 | 30 | 7,684 | 10.89 | 90,878 | 4.624E-05 | | 0.904 |
| 2019 | 10 | 31 | 7,378 | 10.46 | 90,878 | 4.296E-05 | | 0.840 |
| 2019 | 11 | 30 | 7,083 | 10.04 | 90,878 | 4.262E-05 | | 0.834 |
| 2019 | 12 | 31 | 6,799 | 9.64 | 90,878 | 3.960E-05 | | 0.774 |

Notes:
   $H_2S$ = hydrogen sulfide
   LFG = landfill gas

Table 2.  Ictech-Bendeck Proposed Class Representatives Used in Air Model Analyses

| Plaintiff Name | Trial Plaintiff Address during Exposure to JPL Phase IVA | Trial Plaintiff Exposure Time to JPL Phase IVA |
|---|---|---|
| Elias Jorge Ictech-Bendeck | 241 Walter Road, River Ridge, LA | July 2017 through October 2019 |
| Mona Bernard and Larry Bernard, Sr. | 475 Gordon Avenue, Harahan, LA | July 2017 through December 2019 |
| Nicole Landry-Boudreaux | 25 Primrose Lane, Westwego, LA | July 2017 through December 2019 |
| Robyn Crossman | 9534 Catalpa Loop, Waggamn, LA | Mid-January 2018 through December 2019 |
| Kayla Anne Steele | 8439 Jefferson Highway, Harahan, LA | October 2017 to December 2019 |
| Ann Williams | 409 Butler Dr. Avondale, LA | July 2017 through December 2019 |
| Ophelia Walker | 516 South Jamie Boulevard, Avondale, LA | July 2017 through December 2019 |
| Savannah Thompson | 1344 Hickory Avenue, Apt. D, Harahan, LA | October 2017 to December 2019 |
| Phil Adams | 503 Daniels Street, Kenner, LA | July 2017 through December 2019 |

Air Model Related Variables Used to Simulate Addison Named Trial Plaintiffs

| Receptor Name | Downwind Direction and Distance from JPL Phase IVA | | Air Model Receptor Coordinates | | Description of Air Model Receptor Point |
|---|---|---|---|---|---|
| | Direction (deg) | Distance (m) | UTM X (m) | UTM Y (m) | |
| Elias Jorge Ictech-Bendeck | 54 | 5,025 | 769,130 | 3,316,940 | Center of property, between house and pool in backyard. |
| Mona Bernard and Larry Bernard, Sr. | 73 | 5,375 | 770,253 | 3,315,580 | Center of house. |
| Nicole Landry-Boudreaux | 30 | 2,375 | 766,281 | 3,315,967 | Center of house. |
| Robyn Crossman | 3 | 2,590 | 765,235 | 3,316,434 | Between front of house and rear of pool in backyard. |
| Kayla Anne Steele | 71 | 4,185 | 769,078 | 3,315,336 | Center of house. |
| Ann Williams | 106 | 3,940 | 768,964 | 3,312,860 | Center of house. |
| Ophelia Walker | 126 | 5,405 | 769,622 | 3,310,833 | Center of house. |
| Savannah Thompson | 54 | 5,865 | 769,838 | 3,317,407 | Center of apartment building. |
| Phil Adams | 5 | 5,545 | 765,503 | 3,319,410 | Between back of house and pool Between back of house and pool in backyard. |

Notes:
JPL = Jefferson Parish Landfill
UTM = Universal Transverse Mercator

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck et al. v. Waste Conncections Bayou, Inc., et al.*                              *February 2024*

Table 3.  CALPUFF 30-minute Average Maximum and Counts above Odor Event Concentration for Ictech-Bendeck Proposed Class Representative Locations from July 2017 through December 2019

### July to December 2017

| $H_2S$ Value | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| Max Conc. ($\mu g/m^3$) | -- | 63 | 239 | 93 | 57 | 123 | 86 | 134 | 86 |
| ≥ 7 $\mu g/m^3$ (5 ppb) | -- | 79 | 446 | 211 | 46 | 68 | 154 | 172 | 78 |

### January to December 2018

| $H_2S$ Value | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| Max Conc. ($\mu g/m^3$) | 267 | 68 | 319 | 93 | 88 | 124 | 113 | 142 | 91 |
| ≥ 7 $\mu g/m^3$ (5 ppb) | 724 | 190 | 970 | 362 | 264 | 529 | 348 | 290 | 232 |

### January to December 2019

| $H_2S$ Value | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| Max Conc. ($\mu g/m^3$) | 155 | 44 | 90 | 47 | 54 | 93 | 60 | 70 | 47 |
| ≥ 7 $\mu g/m^3$ (5 ppb) | 730 | 151 | 626 | 189 | 141 | 228 | 126 | 204 | 119 |

Notes:

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations ≥ 7 $\mu g/m^3$.

-- Indicates that the individual was not at address evaluated in the air modeling during this period.

$H_2S$ = hydrogen sulfide

ppb = parts per billion

Table 4.  CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations from July to December 2017

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| July | -- | 1 | 74 | 62 | -- | -- | 56 | 47 | 25 |
| August | -- | 6 | 105 | 51 | -- | -- | 17 | 21 | 10 |
| September | -- | 19 | 52 | 36 | -- | -- | 33 | 46 | 15 |
| October | -- | 10 | 75 | 23 | 13 | 19 | 13 | 10 | 7 |
| November | -- | 18 | 98 | 33 | 30 | 22 | 18 | 5 | 2 |
| December | -- | 25 | 42 | 6 | 3 | 27 | 17 | 43 | 19 |
| Total | -- | 79 | 446 | 211 | 46 | 68 | 154 | 172 | 78 |

Notes:

Based on CALPUFF 30-minute average results for July through December 2017.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations $\geq$ 5 ppb (7 $\mu g/m^3$).

-- Indicates that individual was not at the address evaluated in the air modeling during the month.

$H_2S$ = hydrogen sulfide

ppb = parts per billion

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck et al. v. Waste Conncections Bayou, Inc., et al.*                                                                          *February 2024*

Table 5.  CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations during 2018

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| January | 32 | 7 | 9 | 2 | 2 | 1 | 1 | 5 | 11 |
| February | 84 | 23 | 84 | 16 | 10 | 6 | 4 | 0 | 0 |
| March | 103 | 46 | 98 | 6 | 4 | 7 | 4 | 6 | 9 |
| April | 65 | 16 | 62 | 13 | 7 | 26 | 14 | 11 | 29 |
| May | 69 | 12 | 111 | 54 | 37 | 80 | 44 | 39 | 25 |
| June | 37 | 5 | 166 | 68 | 48 | 76 | 46 | 27 | 12 |
| July | 38 | 7 | 74 | 79 | 62 | 144 | 105 | 59 | 36 |
| August | 49 | 15 | 136 | 59 | 44 | 75 | 46 | 38 | 18 |
| September | 64 | 19 | 81 | 27 | 22 | 52 | 39 | 53 | 36 |
| October | 50 | 8 | 23 | 10 | 10 | 17 | 13 | 17 | 5 |
| November | 76 | 18 | 79 | 19 | 12 | 24 | 19 | 19 | 35 |
| December | 57 | 14 | 47 | 9 | 6 | 21 | 13 | 16 | 16 |
| Total | 724 | 190 | 970 | 362 | 264 | 529 | 348 | 290 | 232 |

Notes:

Based on CALPUFF 30-minute average results for January through December 2018.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations ≥ 5 ppb (7 µg/m$^3$).

$H_2S$ = hydrogen sulfide

ppb = parts per billion

Table 6.  CALPUFF Model Estimate of the Number of Odor Events per Month at Ictech-Bendeck Proposed Class Representative Locations during 2019

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| January | 52 | 8 | 70 | 16 | 9 | 9 | 5 | 25 | 16 |
| February | 127 | 24 | 67 | 6 | 4 | 6 | 0 | 1 | 0 |
| March | 76 | 13 | 33 | 16 | 11 | 10 | 3 | 4 | 3 |
| April | 49 | 12 | 48 | 6 | 4 | 9 | 6 | 12 | 7 |
| May | 80 | 13 | 46 | 10 | 7 | 7 | 5 | 8 | 4 |
| June | 92 | 33 | 122 | 13 | 10 | 14 | 8 | 16 | 9 |
| July | 52 | 10 | 64 | 52 | 32 | 44 | 25 | 33 | 15 |
| August | 51 | 15 | 105 | 53 | 42 | 77 | 47 | 50 | 18 |
| September | 27 | 6 | 29 | 12 | 12 | 13 | 5 | 29 | 17 |
| October | 33 | 1 | 15 | 5 | 4 | 15 | 9 | 6 | 6 |
| November | 34 | 9 | 17 | -- | 5 | 18 | 11 | 8 | 13 |
| December | 57 | 7 | 10 | -- | 1 | 6 | 2 | 12 | 11 |
| Total | 730 | 151 | 626 | 189 | 141 | 228 | 126 | 204 | 119 |

Notes:

Based on CALPUFF 30-minute average results for January through December 2019.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations $\geq$ 5 ppb (7 $\mu g/m^3$).

-- Indicates that individual was not at address evaluated in the modeling during the month.

$H_2S$ = hydrogen sulfide

ppb = parts per billion

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck et al. v. Waste Connections Bayou, Inc., et al.*                                    *February 2024*

Table 7.  CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at the Ictech-Bendeck Proposed Class Representative Locations from July to December 2017

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| July | -- | 1 | 24 | 21 | -- | -- | 21 | 17 | 8 |
| August | -- | 4 | 23 | 15 | -- | -- | 8 | 9 | 5 |
| September | -- | 8 | 16 | 12 | -- | -- | 12 | 13 | 11 |
| October | -- | 4 | 8 | 7 | 5 | 5 | 5 | 7 | 4 |
| November | -- | 7 | 12 | 7 | 6 | 6 | 5 | 3 | 2 |
| December | -- | 9 | 10 | 4 | 3 | 10 | 5 | 10 | 5 |
| Total | | 33 | 93 | 66 | 14 | 21 | 56 | 59 | 35 |

Notes:

Based on CALPUFF 30-minute average results for July through December 2017.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations $\geq$ 5 ppb (7 $\mu g/m^3$).

-- Indicates individual not at address evaluated in the air modeling during the month.

$H_2S$ = hydrogen sulfide

ppb = parts per billion

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck et al. v. Waste Conncections Bayou, Inc., et al.*                                                                                                      *February 2024*

Table 8.  CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at the Ictech-Bendeck Proposed Class Representative Locations during 2018

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| January | 7 | 3 | 5 | 1 | 1 | 1 | 1 | 4 | 3 |
| February | 12 | 7 | 12 | 7 | 3 | 3 | 1 | 0 | 0 |
| March | 14 | 11 | 18 | 4 | 3 | 3 | 2 | 3 | 4 |
| April | 12 | 7 | 11 | 6 | 4 | 7 | 7 | 8 | 9 |
| May | 22 | 7 | 23 | 17 | 13 | 20 | 17 | 14 | 10 |
| June | 15 | 4 | 24 | 20 | 19 | 20 | 18 | 12 | 6 |
| July | 15 | 5 | 23 | 22 | 22 | 27 | 25 | 18 | 11 |
| August | 16 | 8 | 22 | 19 | 16 | 21 | 18 | 13 | 9 |
| September | 20 | 9 | 19 | 10 | 9 | 13 | 12 | 14 | 11 |
| October | 12 | 5 | 8 | 4 | 4 | 6 | 4 | 5 | 5 |
| November | 15 | 7 | 17 | 7 | 6 | 8 | 7 | 12 | 11 |
| December | 12 | 5 | 9 | 3 | 3 | 8 | 6 | 8 | 8 |
| Total | 172 | 78 | 191 | 120 | 103 | 137 | 118 | 111 | 87 |

Notes:

Based on CALPUFF 30-minute average results for January through December 2018.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations $\geq$ 5 ppb (7 $\mu g/m^3$).

$H_2S$ = hydrogen sulfide

ppb = parts per billion

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck et al. v. Waste Connections Bayou, Inc., et al.*                                                                  *February 2024*

Table 9.  CALPUFF Model Estimate of the Number of Days with an Odor Event per Month at the Ictech-Bendeck Proposed Class Representative Locations during 2019

| Month | Crossman | Adams | Landry-Boudreaux | Ictech-Bendeck | Thompson | Steele | Bernard | Williams | Walker |
|---|---|---|---|---|---|---|---|---|---|
| January | 13 | 6 | 13 | 8 | 6 | 7 | 4 | 7 | 7 |
| February | 16 | 10 | 13 | 4 | 2 | 4 | 0 | 1 | 0 |
| March | 11 | 5 | 8 | 6 | 4 | 5 | 2 | 3 | 2 |
| April | 17 | 6 | 10 | 3 | 3 | 4 | 2 | 8 | 5 |
| May | 18 | 6 | 12 | 6 | 5 | 4 | 3 | 5 | 3 |
| June | 21 | 11 | 21 | 8 | 6 | 7 | 4 | 9 | 5 |
| July | 14 | 5 | 17 | 17 | 13 | 16 | 12 | 13 | 8 |
| August | 17 | 11 | 24 | 17 | 15 | 23 | 20 | 17 | 9 |
| September | 9 | 4 | 9 | 6 | 7 | 6 | 3 | 8 | 8 |
| October | 9 | 1 | 9 | 3 | 3 | 3 | 2 | 4 | 2 |
| November | 6 | 2 | 5 | -- | 2 | 3 | 2 | 5 | 4 |
| December | 9 | 3 | 5 | -- | 1 | 3 | 2 | 4 | 5 |
| Total | 160 | 70 | 146 | 78 | 67 | 85 | 56 | 84 | 58 |

Notes:

Based on CALPUFF 30-minute average results for January through December 2019.

Odor Event defined as CALPUFF 30-minute average $H_2S$ ambient air concentrations ≥ 5 ppb (7 $\mu g/m^3$).

-- Indicates individual not at address evaluated in the air modeling during the month.

$H_2S$ = hydrogen sulfide

ppb = parts per billion

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*          *February 2024*

Table 10.  Mobile Air Monitoring Laboratory $H_2S$ and Meteorological Observations during April 2018 Odor Incident

| Date | Hour (CDST) | WDIR (degrees) | $H_2S$ (ppb) | NMOC (ppmc) | Methane (ppmc) | THC (ppmc) |
|---|---|---|---|---|---|---|
| 4/28/2018 | 19 | 193 | 1 | 0.24 | 2.21 | 2.45 |
| 4/28/2018 | 20 | 197 | 2 | 0.33 | 2.27 | 2.60 |
| 4/28/2018 | 21 | 209 | 1 | 0.32 | 2.65 | 2.97 |
| 4/28/2018 | 22 | 226 | 12 | 0.36 | 5.73 | 6.09 |
| 4/28/2018 | 23 | 236 | 12 | 0.27 | 6.53 | 6.80 |
| 4/29/2018 | 0 | 228 | 5 | 0.30 | 5.00 | 5.30 |
| 4/29/2018 | 1 | 237 | 10 | 0.27 | 6.39 | 6.66 |
| 4/29/2018 | 2 | 246 | 3 | 0.26 | 7.54 | 7.80 |
| 4/29/2018 | 3 | 304 | 2 | 0.23 | 7.12 | 7.35 |
| 4/29/2018 | 4 | 308 | 1 | 0.19 | 2.37 | 2.56 |
| 4/29/2018 | 5 | 302 | 1 | 0.19 | 2.37 | 2.56 |

Notes:

    Orange highlight from LDEQ report to indicate timing of odor incident.
    CDST = Central daylight standard time
    $H_2S$ = hydrogen sulfide
    LDEQ = Louisiana Department of Environmental quality
    NMOC = non-methane organic compound
    ppb = parts per billion
    ppmc = parts per million carbon atoms
    THC = total hydrocarbons
    WDIR = wind direction

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*                    *February 2024*

Table 11.  Ramboll $H_2S$ Ambient Air Sampling along Highway 90 and Southern Portion of Jefferson Parish Landfill

| Location | Landfill System | Date and Time | Longitude | Latitude | $H_2S$ Jerome 631 (ppm) |
|----------|-----------------|---------------|-----------|----------|-------------------------|
| Odor 001 | US90 | 11/5/19 5:05 | -90.261343 | 29.913642 | 0.011 |
| Odor 002 | US90 | 11/5/19 5:55 | -90.264053 | 29.913904 | 0.014 |
| Odor 003 | US90 | 11/5/19 5:58 | -90.267998 | 29.914125 | 0.016 |
| Odor 004 | US90 | 11/5/19 6:01 | -90.271121 | 29.914288 | 0.01 |
| Odor 005 | US90 | 11/5/19 6:04 | -90.274228 | 29.914481 | 0.006 |
| Odor 006 | US90 | 11/5/19 6:08 | -90.277142 | 29.914662 | 0.017 |
| Odor 007 | US90 | 11/5/19 6:11 | -90.287014 | 29.915231 | 0.003 |
| Odor 008 | US90 | 11/5/19 6:17 | -90.230293 | 29.911719 | 0.003 |
| Odor 009 | US90 | 11/5/19 6:21 | -90.237594 | 29.912226 | 0.003 |
| Odor 010 | US90 | 11/5/19 6:24 | -90.243743 | 29.912599 | 0.002 |
| Odor 011 | US90 | 11/5/19 6:27 | -90.248911 | 29.912894 | 0.006 |
| Odor 012 | US90 | 11/5/19 6:33 | -90.251905 | 29.913375 | 0.006 |
| Odor 013 | PR | 11/5/19 6:38 | -90.263844 | 29.914708 | 0.023 |
| Odor 014 | Landfill Cap | 11/5/19 6:50 | -90.258046 | 29.919333 | 0.048 |

Source:

   Soler.  2021.  Expert report of Nestor D. Soler, Evaluation of Jefferson Parish Landfill gas emissions.  January 28.

Notes:

   $H_2S$ = hydrogen sulfide

   ppm = parts per million

## Appendix A

Curriculum Vitae of

James F. Lape, Jr.

# James F. Lape, Jr.

## Senior Science Advisor

**Education & Credentials**

M.S., Air Pollution Meteorology, minor in Computer Science, North Carolina State University, 1987

B.S., Physics, with honors, minor in Mathematics, Ohio University, 1983

(667) 225-5413

Annapolis, MD

jlape@integral-corp.com

Mr. James Lape has more than 30 years of experience in the health risk assessment and environmental science fields.  His expertise in human health risk assessment includes fate and transport modeling, exposure assessment, risk characterization, and uncertainty analysis.  Mr. Lape has served as an expert in several cases involving emissions, dispersion, and deposition of air toxics.  He serves as the technical lead in negotiations with regulatory agencies on behalf of clients and provides risk communication to scientific and layperson audiences.  During his career, he has worked in the areas of risk assessment, environmental modeling, litigation support, environmental health and safety, and product stewardship.

## Relevant Experience

### EXPERT TESTIMONY

**Expert Report and Testimony, Toxic Tort, Louisiana** — Prepared expert report and provided trial testimony on behalf of plaintiffs in suit brought against landfill owner and operators in Jeffersson Parish, Louisianna.  Conducted week-long site investigation at the landfill, including inspecting landfill cells and equipment, and sampling ambient air both on- and offsite. Conducted modeling of H2S fugitive gas emissions from landfill surface using CALPUFF and AERMOD air dispersion models.  Evaluated odor impacts at various locations in the area of interest for three years of exposure. Developed expert report that provided results of air modeling and opinions related to potential odor exposures in the class area.  Provided deposition and trial testimony.

**Superfund Site with Lead Contamination, New York** — Provided expert report for NL Industries, Inc. in cost recovery case at a Superfund site impacted by lead contamination.  Subjects for expert report included air dispersion and deposition modeling of lead from historical process emissions of various industrial sources near the Superfund site, and assessment of potential contributing sources based on spatial and temporal trends in the soils from the Superfund site.

**Incinerator Permit, Florida** — Provided expert testimony to a Florida Administrative Review Board regarding the legitimacy of a notice to permit issued by the Florida Department of Environmental Resources for a biomedical hazardous waste incinerator.  Testimony covered a critical review of the emissions and air modeling provided in support of the human health impact analysis for the incinerator emissions.

**Expert Report and Deposition for Superfund Site, Utah** — Provided expert report and litigation support for the U.S. Department of Justice and EPA at Superfund site.  Subjects for testimony included emissions modeling of fugitive dusts, air dispersion modeling in complex terrain, particle

integral

deposition modeling, and ambient air monitoring.  Provided estimates of air and soil concentrations for use in human health risk assessment.

## LITIGATION SUPPORT

**Bulk Liquid Storage Terminal, Contract Suit, Louisiana** — Provided expert opinion and litigation support on the personal protective equipment (PPE) for onsite workers during emergency response to spill at bulk liquid storage terminal.  Evaluated hazards and exposure routes to cleanup workers for products identified in discharge resulting from flooding caused by hurricane. Reviewed Health and Safety Plan to determine PPE requirements for various cleanup activities conducted at site.  Reviewed air monitoring data collected during cleanup operations to determine temporal and spatial aspects of conditions requiring respiratory protection for onsite cleanup workers.

**Toxic Tort Case, Iowa** — Provided litigation support for defendants in a worker claim arising out of air release from a storage tank of sodium bisulphite.  Tasks included modeling of potential emissions and resulting air concentrations for alleged worker exposure scenario.  Also provided support for discovery and deposition activities.

**Class Action Suit, Oil Pipeline, Colorado** — Conducted fate and transport analysis of asbestos containing material (ACM) to support a petroleum company in land damages class action suit. ACM had been used as an exterior wrap for an oil pipeline in Colorado.  Small pieces of ACM were released into the environment during excavation and removal activities after the pipeline was removed from service.  Activities included developing, executing, and analyzing soil sampling program to assess fate and transport of ACM in areas adjacent to former pipeline corridor and at staging area for scrap materials.

**DOE Rocky Flats Facility, Colorado** — Project manager and principal atmospheric scientist for Dow and Rockwell International in defense of class action suit stemming from operations at the Rocky Flats Plant in Colorado.  Activities included evaluation of effluent and ambient monitoring programs for radionuclides and hazardous air pollutants.  Conducted emissions and dispersion modeling of routine and upset conditions in complex terrain.  Developed and presented strategy and position papers for technical portion of case.  Identified and prepared expert witnesses to testify in case.  Assisted counsel in all phases of fact and expert depositions and review of expert reports.

**Cost Recovery Case, Montana** — Provided technical support to expert representing W. R. Grace in litigation with EPA regarding cost recovery for cleanup at the Libby, Montana, Superfund site. Specific roles included performing detailed review of asbestos removal activities conducted by EPA for the purpose of evaluating reasonableness for protection of human health.  Focus of effort was an exposure assessment, including fate and transport analysis, to determine the potential for human exposure had remediated material been left in place.

**Toxic Tort Cases, United States** — Provided scientific support for numerous toxic tort cases. Participated in strategic planning, database development, fate and transport modeling, human health and ecological risk assessment, determination of state-of-knowledge for chemical toxicity, witness preparation, critical reviews of opponents' allegations and expert reports, and preparation of trial exhibits.

integral

## AIR QUALITY MODELING

**Modeling to Support Litigation Involving Exposures to Biosolids, Ohio** — Conducted emissions and dispersion modeling to develop exposure point concentrations used to assess the applicability of medical monitoring as part of a toxic tort case. Used information on application of municipal biosolids to several agricultural fields to develop spatial and temporal emissions estimates. Developed the meteorological database needed to support modeling based on information from several distant observation stations. Conducted air dispersion modeling in complex terrain to determine acute air concentrations at relevant plaintiff locations based on spatial and temporal emissions estimates. Air concentrations were used as part of an odor analysis and in chemical and microbiological risk assessments.

**Model Development** — Developed and adapted various air quality models to support litigation and permit applications. Model applications ranged from indoor air models used to predict emissions and dose for volatilization of chemicals from tap water uses to global transport models used to predict air-shed concentrations from regional emission sources.

**Review and Recommendation of Modeling Techniques, Minnesota** — Provided the Minnesota Pollution Control Agency with a critical evaluation of emissions, air dispersion, and dry deposition modeling techniques available to support risk assessments of incinerators and an oil refinery complex. The evaluation included discussions of models for dispersion in both simple and complex terrain and the meteorological data to be used in the air dispersion modeling.

**Air Modeling and Human Exposure Assessment for Chemical Manufacturing Facilities, United States and Canada** — Conducted air dispersion modeling and exposure assessment of emissions from chemical manufacturing plants for a trade association. Facilities modeled were located in Canada and the United States requiring adherence to guidelines from each country. Tasks included development of methodology to model routine and intermittent sources to yield acute and chronic exposure estimates, use of AERMOD and ISC3 for simple and complex terrain receptors, comparison of modeling results to previous monitoring and modeling reports for similar chemical manufacturing facilities, and development of a generic air modeling protocol that could be employed at other facilities within the trade association.

**Modeling Landfill Emissions in Support of Permit, California** — Conducted emissions and air dispersion modeling for existing and proposed hazardous waste landfills. Emissions modeling included estimates of emission rates for wind erosion of asbestos wastes and volatilization from spills. Air dispersion modeling required estimates of short-term air concentrations at the facility and short- and long-term air concentrations at various offsite locations.

**Wood Treatment Facilities, California and North Carolina** — Provided emissions and transport modeling for a variety of wood treatment facilities in California and North Carolina. Developed emission rate estimates for controlled and uncontrolled processes, and fugitive sources of air toxics. Conducted air dispersion modeling for both simple and complex terrain using EPA-recommended air dispersion models.

**Emissions and Dispersion Modeling of Superfund Sites, Nationwide** — Developed emission rate estimates and conducted air dispersion modeling for more than 50 Superfund sites. Emission estimates were determined primarily for fugitive dust sources (e.g., vehicle transport, wind



erosion, and soil handling operations) and volatilization of organic chemicals from various sources (e.g., surface impoundments, spills, and tap water). Dispersion modeling was accomplished using a variety of state-of-the-art air models provided by EPA and air models that were modified for a particular site application. Other EPA models used for fate and transport included SESOIL and PRZM, for estimating volatilization from the unsaturated zone, and the Johnson and Ettinger model for soil vapor infiltration into indoor air.

**Air Modeling to Demonstrate Compliance with National Ambient Air Quality Standards (NAAQS), Georgia** — Lead investigator for air dispersion modeling conducted to demonstrate compliance with NAAQS for $SO_2$ emissions from kilns. Tasks included review of modeling conducted by a state agency that showed exceedances of the NAAQS, development of a refined modeling analysis using AERMOD in complex terrain, and consultation with plant engineers to identify operational parameters that would ensure compliance with NAAQS. The agency accepted the analysis as sufficient to demonstrate compliance with the NAAQS.

**Air Modeling to Support Dose Reconstruction for U.S. Department of Energy (DOE) Savannah River Facility, South Carolina** — Conducted air dispersion modeling using GENII to develop virtual sources that would reduce the number of actual sources that were required for analysis while retaining sufficient accuracy in the dose estimate. Tasks included developing protocol to combine actual sources based on physical characteristics and location relative to receptor populations; development of virtual sources to simulate emissions and dispersion of numerous actual sources; and analysis of GENII dose estimates for actual and virtual sources at various receptor populations to verify accuracy of virtual source simulation. Results of analysis allowed for reduction from 17 actual sources to 4 virtual sources resulting in significant reductions in the computational effort for the dose reconstruction.

**Modeling to Support Combustor Risk Assessments, United States** — Conducted air modeling to support multipathway risk assessments as part of permitting requirements for numerous combustor sources. Tasks included source characterization, emissions estimation, Good Engineering Practice (GEP) stack evaluation, control technology evaluation, complex terrain modeling, meteorological assessments, air modeling of gas-particle dynamics and modeling emissions and dispersion from spills and fires associated with upset/catastrophic releases. Also participated in negotiations with state and federal regulatory agencies. Air dispersion models used included ISC3, SCREEN3, AERMOD, INPUFF, CALPUFF, COMPLEX I, and CTSCREEN.

**Modeling to Support EIS for Proposed Uranium Enrichment Facility, Louisiana** — Conducted emissions and dispersion modeling to support an EIS for proposed uranium enrichment plant in Louisiana. Tasks included developing applicable meteorological database from three distant meteorological observation sites and coding, debugging, and validating a hybrid version of DOE's XOQDOQ air model, which was used to predict air concentrations and deposition rates for chemical and radionuclide releases. Conducted modeling and analysis to support a safety and analysis report regarding consequences from upset and catastrophic releases. Developed long-term monitoring program, including specification of required instrumentation and QA/QC procedures, for collecting and archiving meteorological data at the site.

**Ambient Monitoring, United States** — Designed and/or evaluated numerous air monitoring programs for indoor and outdoor environments. Targets of monitoring programs included fugitive dusts, radionuclides, and hazardous air pollutants.

integral

**Air Modeling Peer Reviews, New York and Texas** — Provided peer reviews of atmospheric dispersion and dry deposition modeling projects of proposed resource recovery facilities in New York and Texas for private industry. Reviews included analysis of state-of-the-art dry deposition and air dispersion modeling for short-term episodic releases and long-term continuous emissions.

**Landfill Gas Flaring, United States** — Evaluated the impacts of flaring of landfill gas from a municipal solid waste sanitary landfill. This project included both simple and complex terrain components and involved application of EPA's Complex-1, SHORTZ, and MPTER air quality models.

**Chemical Manufacturing Industries, United States** — Generated emission inventories and calculated resulting air concentrations to support human health risk assessments of SARA Title III compounds for chemical manufacturers. Tasks included emission inventories of process and fugitive sources, analyses of structural aerodynamic effects on subsequent transport and dispersion, and calculation of short- and long-term concentrations in flat and complex terrain.

**Inhalation Risk Assessment of Automobile Manufacturing Plant, Minnesota** — Conducted air dispersion modeling for emissions of air toxics from multiple point sources including paint spray booths. Air dispersion modeling included extensive GEP stack height analysis and building wake evaluation, along with estimation of resulting air concentrations for both ground-level and flagpole receptors.

**Indoor Air Modeling, United States** — Evaluated the health-related impacts associated with volatile organic compounds (VOCs) released into indoor air through soil gas infiltration and household use of VOC-contaminated groundwater at numerous hazardous waste sites and petroleum storage and dispensing sites. Developed estimates of emission and infiltration rates for a variety of organic compounds in the soil matrix. Applied off-the-shelf EPA models, including MCCEM and the Johnson and Ettinger model and the ASTM (RBCA) model for soil vapor to indoor air infiltration. Also generated methodology for determining VOC emission rate for a variety of residential activities using groundwater. Conducted modeling of indoor air to determine the air concentrations, then applied exposure factors and toxicological information to estimate the inhalation risks resulting from soil gas infiltration. Developed modeling methodology to include considerations of fluctuations in indoor air concentrations due to spatial and temporal differences in source characteristics and receptor locations.

**Model Development** — Developed an indoor air model for exposure to termiticides applied under various conditions to crawl spaces and basements. Model capabilities included estimation of emission from soil matrix and infiltration rates into a variety of home types along with dispersion modeling of indoor air to arrive at exposure point concentration.

**RISK ASSESSMENT**

**Risk Support for Emergency Response at Bulk Chemical Terminal, New Orleans, Louisiana** — Review and analysis of environmental monitoring and data analyses related to the emergency response and cleanup of a chemical spill caused by flooding of a bulk chemical terminal during Hurricane Isaac. Conducted analyses of air quality data and supported related regulatory negotiations to adapt the onsite and community air monitoring program as cleanup efforts progressed. Provided input to preparation of the Risk Evaluation/Corrective Action Program

integral

(RECAP) work plan to address any contamination to soils and groundwater resulting from the spill, including calculation of risk-based cleanup levels, and providing support for strategy development and regulatory negotiations related to the RECAP process.

**Inhalation Risk Assessment for Worker Exposures in Underground Tunnels, Baltimore, Maryland** — Developed a model for use in evaluating the potential impacts from inhalation exposures to workers in underground tunnels for a construction contractor. Model provided estimates of gas- and liquid-phase infiltration of chemicals into pressurized underground tunnels and the ventilation characteristics required to protect exposed workers.

**Risk Assessment and Litigation Support at Chromium-Contaminated Site, New Jersey** — Led risk assessment activities to provide support for litigation involving a hazardous waste site contaminated with chromium ore processing residue. On behalf of the client, conducted a critical review and provided comments on the site-specific human and ecological risk assessment provided by the defendant to the State of New Jersey. Conducted emissions and dispersion modeling to support inhalation pathway associated with current and future fugitive dust sources. Analyzed site data to develop exposure point concentrations for soil ingestion, dermal contact, and inhalation. Determined the potential risks for human and ecological receptors, including the potential impact from allergic contact dermatitis associated with chromium exposures. Worked with expert witness to develop testimony and trial exhibits.

**Risk Support for RI/FS, Fresno, California** — Project manager and principal investigator for human and ecological risk assessment activities related to investigation and remediation of contaminated groundwater plume. Provided input on data quality objectives for investigation, developed risk assessment work plan in consultation with the California Department of Toxic Substances Control (DTSC), conducted fate and transport modeling of volatile constituents, developed DTSC-approved risk assessment, and participated in negotiations with DTSC to establish risk-based cleanup goals.

**Risk Support for Indoor Air Exposures, Orange County, California** — Evaluated worker exposures and risks from vapor intrusion at commercial facilities. Tasks included sampling design, exposure characterization, risk assessment, and risk-based support for remedy selection.

**Risk Support for RI/FS, Portland, Oregon** — Project manager and principal investigator for human health risk assessment for RI/FS at former chlor-alkali facility conducted under a voluntary agreement with the Oregon Department of Environmental Quality (DEQ). Work included input on sampling design for soils and groundwater, fate and transport modeling, and risk characterization for worker and residential populations. Led discussions with Oregon DEQ that culminated in acceptance of the risk assessment. Provided risk analysis to support remedial design.

**Residual Risk Evaluation, Nitro, West Virginia** — Project manager and senior technical lead for risk assessment of landfill conducted under the West Virginia Voluntary Remediation and Redevelopment Program. Tasks included sampling design, fate and transport modeling for vapor intrusion and particulates, and negotiations with the West Virginia Department of Environmental Protection leading to successful transfer of subject property.

integral

**Risk Assessment, Remedial Design and Strategic Support, Arizona** — Project manager and principal investigator for risk analysis of sodium azide and perchlorate contained in a landfill in Arizona. Analysis included estimation of human health risks to workers involved in transporting and handling wastes and to nearby residents. Also evaluated the potential impact from explosive reactions of the sodium azide from contact with incompatible materials in the landfill and through remediation activities. Worked with remedial design experts to evaluate various alternatives for final disposition of the sodium azide-containing wastes. Developed sampling program to verify conceptual site model regarding levels of sodium azide in adjacent landfill cells. Represented clients in negotiations with the State of Arizona and EPA Region 9 regarding risk assessment issues.

**Site Remediation and Facility Closure, United States** — Conducted risk assessments to support site remediation, facility closures, and property transfers in various states. Tasks included development of site conceptual models and sampling protocols, assessment of potential impacts on human (worker and residential) and ecological receptors, evaluation of remediation goals and technologies, and negotiations with state and federal regulators.

**Superfund Risk Assessment, United State** — Principal investigator for numerous baseline risk assessments conducted for Superfund or other hazardous waste sites. Tasks involved all aspects of the risk assessment process including selection of sampling media and locations, quantitative prediction of fate and transport of chemicals of concern, and formal presentation of results to state and federal agencies and interested private citizens.

**Risk Assessment Support, Henderson, Nevada** — Providing risk assessment support to address human and ecological risks associated with soil and groundwater contamination at an industrial complex in Nevada. Support has included development and negotiations with the Nevada Department of Environmental Protection for site-wide risk assessment work plan, participation in development of the site conceptual model, input on sample design to fill environmental data gaps, and residual risk evaluations to support property redevelopment.

**Community Air Toxics Risk Assessment, Louisville, Kentucky** — Project manager and principal investigator for human health risk assessment based on monitoring data collected by the EPA Region 4 and the University of Louisville. Tasks included developing summary statistics for more than 90 chemicals from 12 monitoring locations, selecting chemicals of concern, developing acute and chronic exposure point concentrations and toxicity criteria, risk characterization, and uncertainty analysis. Presented findings to stakeholders at a community meeting.

**Risk Assessment for Airbag Manufacturing Facilities, Arizona** — Led risk assessment activities conducted to evaluate potential human health and ecological impacts for emissions from two airbag manufacturing facilities in Arizona. Evaluated the potential inhalation risks associated with upset conditions resulting from fires at the facilities. Conducted emissions and dispersion modeling to estimate exposure point concentration for human and ecological receptors based on routine operating conditions. Calculated exposure and risk estimates for human and domestic animals in the area surrounding the two facilities. Developed and analyzed sampling program to verify air dispersion and deposition modeling conducted for sites.

integral

## ENVIRONMENTAL MODELING

**Environmental Modeling for Surface Water Bodies, United States** — Responsible for modeling transport and fate of chemicals in surface water bodies for various projects related to Superfund sites, permit applications, and litigation support.  Tasks included estimating steady-state concentrations in solution and sediments, predicting bioaccumulation in aquatic species, and addressing volatilization and chemical transformation.  Modeling developed from general theory and off-the-shelf models including EPA's EXAMS and QUAL2E for exposure concentrations in surface water; FGETS and MMSOIL for food chain modeling; and Level 1, 2, and 3 fugacity models.

**Environmental Modeling for Groundwater, United States** — Conducted modeling of transport and fate in groundwater to support various risk assessment projects.  Analysis included application of 1- and 2-dimensional transport models, and involved consideration of adsorption, chemical transformation, retardation, and volatilization for estimating concentrations at locations downgradient from the source location.  Modeling was conducted using general theory and application of the EPA AT123D model.

**Fluid Modeling** — As a research assistant at the EPA's Fluid Modeling Facility (FMF) in Research Triangle Park, North Carolina, conducted independent research to identify important physical parameters for valid laboratory-scale models.  Also assisted FMF staff scientist and visiting scholars in modeling projects investigating the effects of building aerodynamic downwash, complex terrain, and negative buoyancy on plume dispersion and transport.

## REGULATORY COMPLIANCE

**Regulatory Review** — Provided technical review and comment on proposed regulations and guidance.  Work included technical reviews and written comments on the EPA Region 6 Multi-pathway Risk Guidance, EPA's Mercury Study Report to Congress, the Hazardous Waste Combustor MACT Standards, and EPA's reports on exposures to dioxin-like compounds.

**Review and Recommendations for Coke Oven Residual Risk Assessment Modeling** — Conducted critical review of modeling methodology used to support coke oven residual risk assessment.  Also conducted analysis of alternative schemes for modeling dispersion and exposure and for characterizing the risks to nearby populations.  Review identified errors in the original modeling methodology.  Analysis of alternatives focused on evaluating the treatment of buoyant plume rise in EPA's BLP and ISC air dispersion models.  Conducted additional analysis of the uncertainty in model results based on spatial and temporal aspects of the input meteorological data set.  Conducted modeling for four coke oven facilities and conducted refined exposure and risk characterization to compare with EPA's results.

## AIR QUALITY MONITORING

**Analysis of Potential Exposures to Asbestos in Vermiculite, Attic Insulation** — Conducted a review and analysis of studies on potential indoor air asbestos exposures associated with vermiculite attic insulation.  Review included analysis of the experimental setup, monitoring program, and exposure assessment.

integral

## PRODUCT LIABILITY

**Product Safety** — Conducted risk evaluations of product safety to address liability concerns and labeling requirements. Tasks included identifying chemicals of potential concern, design and analysis of laboratory testing for product emissions, emissions and fate modeling, estimations of dose, risk characterization and communication, and strategic planning with manufacturing representatives. Products evaluated have included medical devices and water treatment products.

**Children's Health Assessment of Styrene-Containing Consumer Products** — Conducted exposure and risk assessment for children based on materials containing styrene. Tasks included estimating emissions from volatilization and mouthing behaviors, developing exposure factors to support dose estimates for childhood exposures, and estimating potential risks.

## DATA ANALYSIS

**Program Development** — Developed and coded computer programs to provide descriptive statistics and summarize environmental sampling data for use in risk assessment activities. Programs provided a number of services including analysis and treatment of non-detects and outliers and calculation of temporal and/or spatial averages in horizontal and vertical regimes including soil-boring averages. Employed a variety of software platforms, including off-the-shelf spreadsheet and database programs using object-oriented coding, as well as FORTRAN and Basic compilers.

**Data Management and Analysis, Virginia** — Principal role in several projects requiring extensive compilation and analysis of environmental sampling data for an abandoned railroad yard in Virginia. Tasks included constructing rational database from numerous disjointed files containing almost 70,000 data points; sorting data into relevant groupings (i.e., medium sampled, investigative units, horizontal and vertical regimes). Conducted statistical analyses to identify data gaps in field sampling, recommend numbers of additional samples required, and provide cost-effective sampling strategies based on surrogates confirmed through correlations in the original sampling.

**RI/FS, Pennsylvania** — As part of a Superfund RI/FS for a landfill in York County, Pennsylvania, evaluated field sampling data collected over a 6-year period from various investigations to provide a reasonable site characterization. Analysis was complicated due to interim remedial actions conducted between sampling rounds. Tasks included review of data collection and analyses to ensure comparable quality for all data sets; analysis to identify changes in site contamination due to interim remedial actions; and use of statistical methods to justify baseline characterization that reflected reduced contamination due to interim remedial actions.

## Publications

Reiss, R., E.L. Anderson, and J.F. Lape. 2003. A framework and case study for exposure assessment in the voluntary children's chemical evaluation program. Risk Anal. 23(5):1069–1084.

Lape, J.F. 1994. Air dispersion and deposition modeling. pp. 226–240. In: Toxic air pollution handbook. D.R. Patrick (ed). Van Nostrand Reinhold, NY.



### Presentations/Posters

Lape, J.  2017.  Workshop on air emissions risk assessment.  Presented at 2017 West Coast Meeting of the National Council for Air and Stream Improvement, September 25–27, Vancouver, WA.

Chrostowski, P.C., S.A. Foster, and J.F. Lape.  1999.  Integrated multipathway exposure model for volatile organic compounds.  Presented at Society for Risk Analysis Annual Meeting, December 7, Atlanta, GA.

Chrostowski, P.C., S.A. Foster, and J.F. Lape.  1997.  The impact of EPA's dioxin reassessment on waste-to-energy risk assessment.  Proceedings of the 90th Annual Meeting and Exhibition of Air and Waste Management Association, June 8–13, Toronto, Ontario, Canada.

Foster, S.A., P.C. Chrostowski, D.C. Smegal, J.F. Lape., and D. Preziosi.  1997.  Stochastic odor impact analysis for a hazardous waste landfill.  Proceedings of the 90th Annual Meeting and Exhibition of Air and Waste Management Association, June 8–13, Toronto, Ontario, Canada.

Chrostowski, P.C., S.A. Foster, and J.F. Lape.  1994.  Screening health risk assessment of flammable materials fires.  Paper presented at 1994 International Incineration Conference, Houston, TX.

## Appendix B

Sensitivity Analysis of the Air
Modeling Inputs for the
Phase IVA $H_2S$ Landfill Gas
Emission Source

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Beckeck v. Waste Connections Bayou, Inc., et al.* *February 2024*

Table B-1.  Phase IVA Landfill Surface $H_2S$ Fugitive Emssions Data for Sensitivity Analysis

Select Ramboll Monthly Phase IVA Area Source Total $H_2S$ Fugitive Emissions (LANDGEM plus Spent Lime) [a]

| Year | Month | Number of Days in Month | Phase IVA Surface Emission Rate (Mg/month) | Ramboll Emission Area (m²) | Ramboll Original Flux Rate (g/m²-s) | CALPUFF Original Flux Rate (g/m²-s) | Revised [b] CALPUFF Flux Rate (g/m²-s) |
|---|---|---|---|---|---|---|---|
| 2017 | July | 31 | 12.21 | 58,132 | 7.84E-05 | 7.65E-05 | 7.67E-05 |
| 2017 | December | 31 | 18.81 | 64,560 | 1.09E-04 | 1.18E-04 | 1.18E-04 |
| 2018 | June | 30 | 20.77 | 62,762 | 1.28E-04 | 1.07E-04 | 1.07E-04 |
| 2018 | December | 31 | 16.9 | 69,872 | 9.03E-05 | 8.42E-05 | 8.45E-05 |
| 2019 | June | 30 | 12.31 | 71,142 | 6.68E-05 | 5.23E-05 | 5.25E-05 |
| 2019 | December | 31 | 9.64 | 77,503 | 4.64E-05 | 3.96E-05 | 3.97E-05 |

Phase IVA Area Source Dimensions used for Sensitivity Analysis

| Year | Month | East-West Length (m) | North-South Length (m) | Ramboll Emission Area (m²) | CALPUFF Original Area Source (m²) | CALPUFF Area for Sensitivity (m²) |
|---|---|---|---|---|---|---|
| 2017 | July | 453 | 128 | 58,132 | 59,619 | 59,295 |
| 2017 | December | 453 | 143 | 64,560 | 59,619 | 63,581 |
| 2018 | June | 453 | 139 | 62,762 | 74,925 | 63,581 |
| 2018 | December | 453 | 154 | 69,872 | 74,925 | 70,258 |
| 2019 | June | 453 | 157 | 71,142 | 90,878 | 70,258 |
| 2019 | December | 453 | 171 | 77,503 | 90,878 | 77,223 |

CALPUFF Model Inputs for Phase IVA $H_2S$ Area Source Locations used in Sensitivity Analysis [c]

| Year | Month | Southeast Corner UTM X (m) | Southeast Corner UTM Y (m) | Southwest Corner UTM X (m) | Southwest Corner UTM Y (m) | CALPUFF Flux Rate (g/m²-s) Sensitivity | CALPUFF Flux Rate (g/m²-s) Revised |
|---|---|---|---|---|---|---|---|
| 2017 | July | 765,240 | 3,313,676 | 764,973 | 3,314,041 | 7.69E-05 | 7.92E-05 |
| 2017 | December | 765,233 | 3,313,669 | 764,966 | 3,314,036 | 1.10E-04 | 1.14E-04 |
| 2018 | June | | | | | 1.26E-04 | 1.30E-04 |
| 2018 | December | 765,220 | 3,313,661 | 764,955 | 3,314,025 | 8.98E-05 | 9.25E-05 |
| 2019 | June | | | | | 6.76E-05 | 6.96E-05 |
| 2019 | December | 765,208 | 3,313,652 | 764,942 | 3,314,017 | 4.66E-05 | 4.80E-05 |

Notes:

$H_2S$ = hydrogen sulfide            UTM = Universal Transverse Mercator            LANDGEM = Landfill Gas Emissions Model

[a]  Ramboll emission rate data from Lape Supplemental Expert Report dated August 27, 2021.
[b]  Increased original flux rate by 0.3% to reflect updated spent lime $H_2S$ emission rate.
[c]  Northeast and Northwest corners fixed at same location used for Phase IVA in first trial.
   NE Corner in UTM (m) [765,077 E / 3,314,119 N] and NW Corner in UTM (m) [765,346E / 3,313751 N].

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*                                                   *February 2024*

Table B-2.  Phase IVA Emission Source Sensitivity Analysis. Counts of $H_2S$ Odor Events per Month based on CALPUFF 30-minute Averages using Average and Monthly Source Inputs.

| Location | July 2017 | | December 2017 | | June 2018 | | December 2018 | | June 2019 | | December 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Original | Sensitivity | Original | Sensitivity | Original | Sensitivity | Original | Sensitivity | Original | Sensitivity | Original | Sensitivity |
| Meyers | 20 | 20 | 5 | 5 | 66 | 77 | 6 | 6 | 8 | 11 | 0 | 0 |
| Green | 47 | 47 | 40 | 39 | 24 | 24 | 58 | 58 | 24 | 26 | 30 | 30 |
| Lewis | 2 | 2 | 3 | 2 | 10 | 10 | 5 | 5 | 20 | 20 | 0 | 0 |
| Richardson | 3 | 3 | 9 | 9 | 10 | 11 | 7 | 8 | 30 | 28 | 4 | 4 |
| Gremillion | 44 | 45 | 7 | 7 | 106 | 113 | 9 | 9 | 22 | 29 | 0 | 0 |
| Tate | 28 | 28 | 27 | 27 | 49 | 52 | 19 | 19 | 71 | 75 | 4 | 4 |
| Winningkoff | 69 | 68 | 34 | 35 | 48 | 48 | 17 | 17 | 28 | 29 | 9 | 9 |
| Section | 30 | 30 | 36 | 37 | 24 | 24 | 17 | 17 | 12 | 12 | 10 | 10 |

| Location | Total Odor Event Counts for All Months | | |
|---|---|---|---|
| | Original | Sensitivity | Difference |
| Meyers | 105 | 119 | -14 |
| Green | 223 | 224 | -1 |
| Lewis | 40 | 39 | 1 |
| Richardson | 63 | 63 | 0 |
| Gremillion | 188 | 203 | -15 |
| Tate | 198 | 205 | -7 |
| Winningkoff | 205 | 206 | -1 |
| Section | 129 | 130 | -1 |

Notes:

$H_2S$ = hydrogen sulfide

*Integral Consulting Inc.*                        *Page 1 of 1*

*Expert Report of James Lape in the Matter of:*

*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*                                                                     *February 2024*

Table B-3.  Phase IVA Emission Source Sensitivity Analysis.  Counts of $H_2S$ Odor Events per Month based on CALPUFF 30-minute Averages using Monthly and Updated Source Inputs.

| Location | July 2017 | | December 2017 | | June 2018 | | December 2018 | | June 2019 | | December 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Original | Increased | Original | Increased | Original | Increased | Original | Increased | Original | Increased | Original | Increased |
| Crossman | -- | -- | -- | -- | 37 | 38 | 57 | 56 | 92 | 91 | 57 | 59 |
| Adams | 1 | 1 | 25 | 25 | 5 | 5 | 14 | 13 | 33 | 31 | 7 | 5 |
| Landry_Boudreaux | 74 | 74 | 42 | 42 | 166 | 171 | 47 | 48 | 122 | 125 | 10 | 10 |
| Ictech-Bendeck | 62 | 63 | 6 | 6 | 68 | 75 | 9 | 9 | 13 | 14 | -- | -- |
| Thompson | -- | -- | 3 | 3 | 48 | 53 | 6 | 7 | 10 | 12 | 1 | 1 |
| Steele | -- | -- | 27 | 26 | 76 | 80 | 21 | 21 | 14 | 14 | 6 | 6 |
| Bernard | 56 | 56 | 17 | 17 | 46 | 51 | 13 | 13 | 8 | 9 | 2 | 2 |
| Williams | 47 | 47 | 43 | 43 | 27 | 29 | 16 | 15 | 16 | 17 | 12 | 12 |
| Walker | 25 | 25 | 19 | 19 | 12 | 13 | 16 | 16 | 9 | 9 | 11 | 11 |

| Location | Total Odor Event Counts for All Months | | |
|---|---|---|---|
| | Sensitivity | Increased | Difference |
| Crossman | 243 | 244 | -1 |
| Adams | 85 | 80 | 5 |
| Landry_Boudreaux | 461 | 470 | -9 |
| Ictech-Bendeck | 158 | 167 | -9 |
| Thompson | 68 | 76 | -8 |
| Steele | 144 | 147 | -3 |
| Bernard | 142 | 148 | -6 |
| Williams | 161 | 163 | -2 |
| Walker | 92 | 93 | -1 |

Notes:

  $H_2S$ = hydrogen sulfide

  -- Indicates that individual was not at address evaluated in the modeling during the month.

**Appendix C**

Meteorological Data Summaries
and Discussion of
Representativeness of Data
Used in CALPUFF



**Figure C-1.**
Comparison of 2017 AERMOD and CALMET Wind Data
for Jefferson Parish Landfill Modeling



**Figure** C-**2.**
Comparison of 2018 AERMOD and CALMET Wind Data
for Jefferson Parish Landfill Modeling



**Figure** C-3.
Comparison of 2019 AERMOD and CALMET Wind Data
for Jefferson Parish Landfill Modeling



**Figure C-4.**
Scatter Plot Comparison of AERMET and CALMET Wind Direction and Speed for 2017



**Figure C-5.**
Scatter Plot Comparison of AERMET and CALMET Wind Direction and Speed for 2018



**Figure C-6.**
Scatter Plot Comparison of AERMET and CALMET Wind Direction and Speed for 2019





**Figure C-7.**
Time Series Comparison of AERMET and CALMET Wind
Direction and Speed for 2017





**Figure C-8.**
Time Series Comparison of AERMET and CALMET Wind
Direction and Speed for 2018





**Figure C-9.**
Time Series Comparison of AERMET and CALMET Wind
Direction and Speed for 2019



**Figure C-10.**
Scatter Plot Comparison of AERMET and CALMET Air
Temperature for 2017



**Figure C-11.**
Scatter Plot Comparison of AERMET and CALMET Air
Temperature for 2018



**Figure C-12.**
Scatter Plot Comparison of AERMET and CALMET Air
Temperature for 2019



**Figure C-13.**
Time Series Comparison of AERMET and CALMET Air Temperature for 2017



**Figure C-14.**
Time Series Comparison of AERMET and CALMET Air
Temperature for 2018



**Figure C-15.**
Time Series Comparison of AERMET and CALMET Air Temperature for 2019

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*                    *February 2024*

Table C-1.  Comparison of CALMET and AERMET Data used in Air Dispersion Modeling

| Year | Wind Speed (m/s) | | | | | | | | Wind Direction (degrees) | |
| | Correlation | | Average | | Standard Deviation | | | | | |
| | Pearson | Spearman | CALMET | AERMET | CALMET | AERMET | GE | N | GE | N |
|---|---|---|---|---|---|---|---|---|---|---|
| Hourly | | | | | | | | | | |
| All | 0.74 | 0.72 | 3.44 | 3.67 | 1.72 | 1.83 | 0.99 | 26278 | 32.2 | 26264 |
| 2017 | 0.75 | 0.73 | 3.52 | 3.73 | 1.75 | 1.89 | 1.00 | 8759 | 31.9 | 8758 |
| 2018 | 0.71 | 0.69 | 3.34 | 3.60 | 1.63 | 1.76 | 1.00 | 8760 | 33.6 | 8753 |
| 2019 | 0.76 | 0.74 | 3.45 | 3.68 | 1.79 | 1.83 | 0.96 | 8759 | 31.1 | 8753 |

Notes:

GE = gross error (average of absolute differences between CALMET and AERMET)

*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*      *February 2024*

Table C-2.  Comparison of CALMET and AERMET Data for Wind Directions from Jefferson Parish Landfill Phase IVA to Ictech-Bendeck Proposed Class Representative Locations

| | Odor Handbook[a] Acceptable Range | Wind Rose Sector [a] | | | | |
|---|---|---|---|---|---|---|
| | | S (169-191 deg) | SSW (191-214 deg) | SW (214-236 deg) | WSW (236-259 deg) | WNW (281-304 deg) |
| **Total Hours** | | 2,417 | 3,174 | 2,587 | 1,404 | 1,974 |
| **Overall Average** | | | | | | |
| CALMET | | 3.89 | 3.45 | 2.95 | 2.74 | 2.91 |
| AERMET | | 3.96 | 3.29 | 2.92 | 2.73 | 3.13 |
| **Bias (m/s)** | | | | | | |
| Mean | ≤ ±0.5 | 0.075 | -0.160 | -0.034 | -0.012 | 0.220 |
| Relative Mean | | 0.000 | 0.002 | 0.000 | 0.000 | 0.006 |
| Mean Absolute | | 1.050 | 1.000 | 0.939 | 0.851 | 0.915 |
| **Relative Standard Deviation** | | 1.375 | 1.298 | 1.257 | 1.143 | 1.208 |
| **Root Mean Square Error** | | | | | | |
| Total | ≤2 | 1.378 | 1.308 | 1.257 | 1.144 | 1.228 |
| Systematic | | 0.530 | 0.493 | 0.505 | 0.381 | 0.283 |
| Unsystematic | | 1.272 | 1.211 | 1.151 | 1.078 | 1.195 |
| Normalized | | 35.44 | 37.87 | 42.58 | 41.78 | 42.23 |
| **Index of Agreement** | ≥0.6 | 0.837 | 0.824 | 0.816 | 0.826 | 0.870 |

**Notes:**

Wind speed values in m/s.

Summary includes hours in 2017-2019 when CALMET or AERMET indicated wind from each wind rose sector.

Jefferson Parish Landfill is upwind of the following Proposed Class Representatives for each of these wind sectors:

| | | | |
|---|---|---|---|
| S | Crossman and Adams | WSW | Steele and Bernard |
| SSW | Landry-Boudreaux | WNW | Williams and Walker |
| SW | Ictech-Bendeck and Thompson | | |

[a] AMIGO & Olores.org.  2023.  International Handbook on the Assessment of Odour Exposure using Dispersion Modelling.  Available at: https://zenodo.org/doi/10.5281/zenodo.8367723.  Asociación Medioambiental Internacional de Gestores del Olor, Bilbao, Spain.

## Appendix D

Statistical Analysis of Wind
Characteristics for Air Model
Predicted Odor Events







**Figure D-1.**
Icteck-Bendeck 2017 (July to December)
CALPUFF





**Figure D-2.**
Bernard 2017 (July to December) CALPUFF







**Figure D-3.**
Landry-Boudreaux 2017 (July to December)
CALPUFF





**Figure D-4.**
Steele 2017 (July to December) CALPUFF









**Figure D-5.**
Williams 2017 (July to December) CALPUFF









**Figure D-6.**
Walker 2017 (July to December) CALPUFF







**Figure D-7.**
Thompson 2017 (July to December)
CALPUFF





**Figure D-8.**
Adams 2017 (July to December) CALPUFF





**Figure D-9.**
Ictech-Bendeck 2018 CALPUFF









**Figure D-10.**
Bernard 2018 CALPUFF





**Figure D-11.**
Landry-Boudreaux 2018 CALPUFF





**Figure D-12.**
Crossman 2018 CALPUFF



**Figure D-13.**
Steele 2018 CALPUFF



**Figure D-14.**
Williams 2018 CALPUFF



**Figure D-15.**
Walker 2018 CALPUFF





**Figure D-16.**
Thompson 2018 CALPUFF











**Figure D-18.**
Ictech-Bendeck 2019 (January to October)
CALPUFF









**Figure D-19.**
Bernard 2019 CALPUFF





**Figure D-20.**
Landry-Boudreaux 2019 CALPUFF



**Figure D-21.**
Crossman 2019 CALPUFF





**Figure D-22.**
Steele 2019 CALPUFF







**Figure D-23.**
Williams 2019 CALPUFF







**Figure D-24.**
Walker 2019 CALPUFF









**Figure D-25.**
Thompson 2019 CALPUFF







**Figure D-26.**
Adams 2019 CALPUFF









**Figure D-27.**
Ictech-Bendeck 2017 (July to December)
AERMOD





**Figure D-28.**
Bernard 2017 (July to December) AERMOD







**Figure D-29.**
Landry-Boudreaux 2017 (July to December)
AERMOD





**Figure D-30.**
Steele 2017 (July to December) AERMOD





**Figure D-31.**
Williams 2017 (July to December) AERMOD





**Figure D-32.**
Walker 2017 (July to December) AERMOD





**Figure D-33.**
Thompson 2017 (July to December) AERMOD





**Figure D-34.**
Adams 2017 (July to December) AERMOD





**Figure D-35.**
Ictech-Bendeck 2018 AERMOD





**Figure D-36.**
Bernard 2018 AERMOD





**Figure D-37.**
Landry-Boudreaux 2018 AERMOD





**Figure D-38.**
Crossman 2018 AERMOD



**Figure D-39.**
Steele 2018 AERMOD



**Figure D-40.**
Williams 2018 AERMOD



**Figure D-41.**
Walker 2018 AERMOD





**Figure D-42.**
Thompson 2018 AERMOD





**Figure D-43.**
Adams 2018 AERMOD





**Figure D-44.**
Ictech-Bendeck 2019 AERMOD





**Figure D-45.**
Bernard 2019 AERMOD





**Figure D-46.**
Landry-Boudreaux 2019 AERMOD





**Figure D-47.**
Crossman 2019 AERMOD



**Figure D-48.**
Steele 2019 AERMOD





**Figure D-49.**
Williams 2019 AERMOD



**Figure D-50.**
Walker 2019 AERMOD





**Figure D-51.**
Thompson 2019 AERMOD



**Figure D-52.**
Adams 2019 AERMOD

## Appendix E

Contours of CALPUFF Monthly
Odor Events for July 2017 to
December 2019

**Key to Odor Event Contours**

The odor event contours provide a graphical representation of areas where the CALPUFF model has predicted a similar number of odor events for a month.  The contour is color-coded to reflect a range of values, starting with 10 odor events per month. The key below provides a guide to interpreting the number of odor events per month for the color.



| 10 Odor Events per Month | 30 Odor Events per Month | 50 Odor Events per Month | 80 Odor Events per Month | 100 Odor Events per Month | 300 Odor Events per Month | 500 Odor Events per Month | 800 Odor Events per Month |





**Figure E-1.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – July 2017





**Figure E-2.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – August 2017





**Figure E-3.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – September 2017





**Figure E-4.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – October 2017





**Figure E-5.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – November 2017





**Figure E-6.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – December 2017





**Figure E-7.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – January 2018





**Figure E-8.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill Phase IVA – February 2018





**Figure E-9.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill Phase IVA – March 2018





**Figure E-10.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – April 2018





**Figure E-11.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – May 2018





**Figure E-12.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – June 2018





**Figure E-13.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – July 2018





**Figure E-14.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – August 2018





**Figure E-15.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – September 2018





**Figure E-16.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – October 2018





**Figure E-17.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – November 2018





**Figure E-18.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill Phase IVA – December 2018





**Figure E-19.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – January 2019





**Figure E-20.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill Phase IVA – February 2019





**Figure E-21.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – March 2019





**Figure E-22.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill Phase IVA – April 2019





**Figure E-23.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – May 2019





**Figure E-24.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – June 2019





**Figure E-25.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill Phase IVA – July 2019





**Figure E-26.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – August 2019





**Figure E-27.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – September 2019





**Figure E-28.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – October 2019





**Figure E-29.**
Count of H$_2$S Odor Events for Jefferson Parish Landfill
Phase IVA – November 2019





**Figure E-30.**
Count of $H_2S$ Odor Events for Jefferson Parish Landfill
Phase IVA – December 2019

## Appendix F

Wind Rose Plots for AERMET and CALMET from July 2017 to December 2019



**Figure F-1.**
Comparison of AERMET and CALMET for July 2017







**Figure F-2.**
Comparison of AERMET and CALMET for August 2017





**Figure F-3.**
Comparison of AERMET and CALMET for September 2017



**Figure F-4.**
Comparison of AERMET and CALMET for October 2017



**Figure F-5.**
Comparison of AERMET and CALMET for November 2017



**Figure F-6.**
Comparison of AERMET and CALMET for December 2017







**Figure F-7.**
Comparison of AERMET and CALMET for January 2018



**Figure F-8.**
Comparison of AERMET and CALMET for February 2018





**Figure F-9.**
Comparison of AERMET and CALMET for March 2018



**Figure F-10.**
Comparison of AERMET and CALMET for April 2018



**Figure F-11.**
Comparison of AERMET and CALMET for May 2018



**Figure F-12.**
Comparison of AERMET and CALMET for June 2018



WIND ROSE PLOT:
**CalMet July, 2018**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND ROSE PLOT:
**Lakes AERSFC July, 2018**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**



**Figure F-13.**
Comparison of AERMET and CALMET for July 2018





**Figure F-14.**
Comparison of AERMET and CALMET for August 2018



**Figure F-15.**
Comparison of AERMET and CALMET for September 2018







**Figure F-16.**
Comparison of AERMET and CALMET for October 2018





**Figure F-17.**
Comparison of AERMET and CALMET for November 2018



WIND ROSE PLOT:
**CalMet December, 2018**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND ROSE PLOT:
**Lakes AERSFC December, 2018**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND SPEED
(m/s)

| | |
|---|---|
| | >= 11.10 |
| | 8.80 - 11.10 |
| | 5.70 - 8.80 |
| | 3.60 - 5.70 |
| | 2.10 - 3.60 |
| | 0.50 - 2.10 |

Calms: 0.27%



**Figure F-18.**
Comparison of AERMET and CALMET for December 2018



**Figure F-19.**
Comparison of AERMET and CALMET for January 2019





WIND ROSE PLOT:
**CalMet February, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND ROSE PLOT:
**Lakes AERSFC February, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**



**Figure F-20.**
Comparison of AERMET and CALMET for February 2019



**Figure F-21.**
Comparison of AERMET and CALMET for March 2019





**Figure F-22.**
Comparison of AERMET and CALMET for April 2019



**Figure F-23.**
Comparison of AERMET and CALMET for May 2019



WIND ROSE PLOT:
**CalMet June, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND ROSE PLOT:
**Lakes AERSFC June, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**



**Figure F-24.**
Comparison of AERMET and CALMET for June 2019





**Figure F-25.**
Comparison of AERMET and CALMET for July 2019



WIND ROSE PLOT:
**CalMet August, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**

WIND ROSE PLOT:
**Lakes AERSFC August, 2019**
**KMSY Tower Location. 60 min Timestep**

DISPLAY:
**Wind Speed**
**Direction (blowing from)**



**Figure F-26.**
Comparison of AERMET and CALMET for August 2019





**Figure F-27.**
Comparison of AERMET and CALMET for September 2019





**Figure F-28.**
Comparison of AERMET and CALMET for October 2019



**Figure F-29.**
Comparison of AERMET and CALMET for November 2019





**Figure F-30.**
Comparison of AERMET and CALMET for December 2019



## Appendix G

Evaluation of the Representativeness of Proposed Class Representatives to Locations within the Proposed Class Boundary

*Appendix G. Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                          *February 16, 2024*

# EVALUATON OF THE REPRESENTATIVENESS OF PROPOSED CLASS REPRESENTATIVES TO LOCATIONS WITHIN THE PROPOSED CLASS BOUNDARY

The nine Proposed Class Representatives were evaluated to determine whether they collectively are appropriate representatives of the entire class within the Proposed Class Boundary. The six surrogate locations from the general causation trial were also included to ensure continuity. The analysis was based on exceedances of the $H_2S$ ambient air threshold of 7 μg/m³ set by the judge in the general causation phase.

As discussed in Section 7.2, the CALPUFF model was run with a square 20 km grid using 250 m spacing, for a total of 6,400 grid points for calculating air concentrations. The Proposed Class Boundary is a subset of this grid, as seen in Figure 3. The CALPUFF grid has 2,361 grid points from within the Proposed Class Boundary that were used to compare to the Proposed Class Representative locations, which also occur within this boundary. Each of the Proposed Class Representatives is represented by a single grid point at the location specified in Table 2. This evaluation compares the number, and frequency, of threshold exceedances in the individual grid cells for the Proposed Class Representatives and Phase 1 Surrogates with the 2,361 grid cells for the Proposed Class Boundary.

In addition, for this evaluation, a set of background grid cells from the CALPUFF model domain was chosen to represent conditions (i.e., $H_2S$ threshold exceedances) in areas that are not directly influenced by the modeled plume from the Jefferson Parish Landfill. These background cells were represented by two 2-km by 2-km grids, one each in the southwest and southeast corners of the modeled area. There are 162 grid cells in the background area.

The frequency of threshold exceedances at class representative locations was compared to the frequency of exceedances in both the class and the background areas. Separate comparisons were carried out for each modeled year. Three types of comparisons were carried out:

- Comparison of the median frequency of threshold exceedance in the Proposed Class Boundary and background areas with the frequency at each Proposed Class Representative location.

- Graphical evaluation of the distributions in the Proposed Class Boundary and background class with the values for the Proposed Class Representatives.

- Statistical comparison of the distribution of threshold exceedances for the group of Proposed Class Representatives with the grid points in the Proposed Class Boundary.



*Appendix G.  Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

## MEDIAN THRESHOLD EXCEEDANCES

The median of a distribution is the middle point, where half of the data points are higher, and half are lower.  The distribution of threshold exceedances in the Proposed Class Boundary is asymmetrical, with a large number of grid cells that have a low frequency of exceedances, and a diminishing number of grid cells with higher frequency of exceedances.  There are some grid cells in the Proposed Class Boundary with 1,000 or more modeled exceedances in a year.  The distribution of exceedances in the background area is not as asymmetrical as in the Proposed Class Boundary.  If means were used to compare the two areas to one another (and to the class representatives), the high values in the class area would strongly affect—that is, increase—the mean.  The medians of the distributions, and the difference between them, are not so affected by the asymmetry of the distribution in the Proposed Class Boundary.  Therefore, medians are used for this comparison so as not to unwarrantedly increase the difference between the distributions.

The median threshold exceedance frequencies for the two areas, and the exceedance frequencies for each of the Proposed Class Representatives, are shown in Table G-1.

Table G-1.  Frequencies of Threshold Exceedance

| Group | Frequency of Threshold Exceedance | | |
|---|---|---|---|
| | 2017 | 2018 | 2019 |
| Class area (median) | 0.024 | 0.025 | 0.019 |
| Background area (median) | 0.002 | 0.003 | 0.002 |
| Adams | 0.009 | 0.011 | 0.009 |
| Bernard | 0.017 | 0.020 | 0.007 |
| Crossman | 0.034 | 0.041 | 0.042 |
| Ictech-Bendeck | 0.024 | 0.021 | 0.011 |
| Landry-Boudreaux | 0.050 | 0.055 | 0.036 |
| Steele | 0.028 | 0.030 | 0.013 |
| Thompson | 0.018 | 0.015 | 0.008 |
| Walker | 0.009 | 0.013 | 0.007 |
| Williams | 0.019 | 0.017 | 0.012 |
| P1-S1 | 0.013 | 0.013 | 0.011 |
| P1-S2 | 0.056 | 0.061 | 0.041 |
| P1-S3 | 0.008 | 0.011 | 0.004 |
| P1-S4 | 0.026 | 0.022 | 0.011 |
| P1-S5 | 0.024 | 0.022 | 0.013 |
| P1-S6 | 0.027 | 0.024 | 0.017 |



*Appendix G.  Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                    *February 16, 2024*

The frequency of threshold exceedance in the background area is approximately one-tenth of that in the Proposed Class Boundary.  The frequencies for the Proposed Class Representatives and Phase 1 Surrogates are generally comparable to those in the Proposed Class Boundary; some are higher (Crossman, Landry-Boudreaux, and P1-S2), and some are lower (Adams, Walker, and P1-S3).  This is consistent with the locations of the receptor with the lower numbers of exceedances occurring at locations more distant to Jefferson Parish Landfill (JPL) Phase IVA.  None of the Proposed Class Representatives have exceedance frequencies as low as the background area.

## DISTRIBUTIONS OF THRESHOLD EXCEEDANCES

The Proposed Class Representatives have a range of values for the frequency of exceedance of the $H_2S$ threshold (Table G-1).  This range of values can be compared to the distributions, not just the medians, for the class and background areas.  These comparisons are shown graphically in the following figures.

### 2017

Figure G-1 shows the distribution of threshold exceedances in 2017, with the exceedances for the nine Proposed Class Representatives and six Phase 1 Surrogates marked on the horizontal axis.



Figure G-1.  Class and Class Representative Threshold Exceedances in 2017

*Appendix G.  Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                              *February 16, 2024*

Some grid cells in the Proposed Class Boundary had almost 8,000 exceedances in 2017, though most grid cells had no more than about 500.  The Proposed Class Representatives are also in that lower range, and are representative of most of the observations within the class.

Including the distribution of exceedances in the background area, as in Figure G-2, further emphasizes that the Proposed Class Representatives are typical of the class area, and have threshold exceedance frequencies larger than the background area.



Figure G-2. Class, Background, and Class Representative Threshold Exceedances in 2017

In Figure G-2 the Proposed Class Boundary is shown in blue and the reference area is shown in yellow.  Proposed Class Representatives are marked on the horizontal axis.  The horizontal scale on Figure G-2 has been reduced to show the lower end of the distributions more clearly.

Figure G-2 shows that the frequency of threshold exceedances for the Proposed Class Representatives are all within the range of conditions in the class boundary, and not within the range of conditions in the background area.

## 2018

Figure G-3 shows the entire distribution of threshold exceedances in the Proposed Class Boundary for 2018, and Figure G-4 shows the same data, but including the reference area and with the horizontal scale reduced to better show the lower end of the distributions.



*Appendix G.  Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                          **February 16, 2024**



Figure G-3.  Class and Class Representative Threshold Exceedances in 2018



Figure G-4. Class, Background, and Class Representative Threshold Exceedances in 2018



*Appendix G. Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                                 *February 16, 2024*

These figures show that there was a higher number of exceedances in the class as a whole, and for the Proposed Class Representatives, in 2018 relative to 2017, as would be expected given the higher JPL Phase IVA $H_2S$ emission rate in 2018. The difference between the class and background areas is larger, as is the difference between the Proposed Class Representatives and the background area. The Proposed Class Representatives are all well within the range of the class overall, and outside the range of background conditions.

### 2019

Figure G-5 shows the entire distribution of threshold exceedances in the Proposed Class Boundary for 2019, and Figure G-6 shows the same data, but including the reference area and with the horizontal scale reduced to better show the lower end of the distributions.



Figure G-5. Class and Class Representative Threshold Exceedances in 2019



*Appendix G. Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                   **February 16, 2024**



Figure G-6.  Class, Background, and Class Representative Threshold Exceedances in 2019

As in 2017 and 2018, the exceedance frequencies for the Proposed Class Representatives are within the range of the site area, and outside the range of background conditions.

## STATISTICAL COMPARISONS OF CLASS AND CLASS REPRESENTATIVE DISTRIBUTIONS

The distribution of threshold exceedances among the Proposed Class Representatives can be statistically tested for equivalence to the distribution for the Proposed Class Boundary as a whole.  The hypothesis to test is that the two distributions are the same.  If the test indicates that the distributions are the same, then the class members can be considered representative of the class as a whole.

The hypothesis of distribution equivalence was tested with a Wilcoxon Two-Sample Test.  This is a non-parametric test, which means that it does not require that either distribution have any particular shape that can be described by parameters like a mean and standard deviation.  Both distributions are asymmetrical and skewed to the right.  Although some data transformations might allow parametric statistical tests to be applied, use of a non-parametric test eliminates any possible question about the appropriateness of the transformation or the parametric test that is then applied.



*Appendix G. Evaluation of Representativeness*
*Expert Report of James Lape in the Matter of:*
*Elias Jorge "George" Ictech-Bendeck v.*
*Waste Connections Bayou, Inc., et al.*                                           *February 16, 2024*

The results of the statistical tests are shown in Table G-2.

Table G-2.  Results of Wilcoxon Two-Sample Tests of Class and Class Representative Distributions

| Year | Proposed Class Representatives | | Proposed Class Representatives and Phase 1 Surrogates | |
|---|---|---|---|---|
| | *p*-value | Interpretation | *p*-value | Interpretation |
| 2017 | 0.15 | Not different | 0.052 | Not different |
| 2018 | 0.16 | Not different | 0.067 | Not different |
| 2019 | 0.24 | Not different | 0.13 | Not different |

Two different distributions were tested for the Proposed Class Representatives:  just the nine Proposed Class Representatives, and a second that included the six Surrogate locations evaluated in the general causation trial.

In all cases, the *p*-values produced by the test were higher than 0.05, the threshold for assessing statistical significance.  Consequently, the interpretation of the statistical tests is that the hypothesis of equivalence is supported in all cases.



Appendix G.  Evaluation of Representativeness
Expert Report of James Lape in the Matter of:
Elias Jorge "George" Ictech-Bendeck v.
Waste Connections Bayou, Inc., et al.                                    February 16, 2024

The results of the statistical tests are shown in Table G-2.

Table G-2.  Results of Wilcoxon Two-Sample Tests of Class and Class Representative
Distributions

| Year | Proposed Class Representatives | | Proposed Class Representatives and Phase 1 Surrogates | |
|---|---|---|---|---|
| | p-value | Interpretation | p-value | Interpretation |
| 2017 | 0.15 | Not different | 0.052 | Not different |
| 2018 | 0.16 | Not different | 0.067 | Not different |
| 2019 | 0.24 | Not different | 0.13 | Not different |

Two different distributions were tested for the Proposed Class Representatives:  just the
nine Proposed Class Representatives, and a second that included the six Surrogate locations
evaluated in the general causation trial.

In all cases, the p-values produced by the test were higher than 0.05, the threshold for
assessing statistical significance.  Consequently, the interpretation of the statistical tests is
that the hypothesis of equivalence is supported in all cases.

