Page 1

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
- - - - - - - - - - - - - - - -+
                                |
ELIAS JORGE "GEORGE"            |  CIVIL ACTION NO.
ICTECH-BENDECK,                 |
                                |  18-7889 c/w 18-8071
          Plaintiff,            |  18-8218, 18-9312
                                |
   vs.                          |
                                |  SECTION E(5)
WASTE CONNECTION BAYOU,         |
INC., et al,                    |
                                |
          Defendants.           |
                                |
- - - - - - - - - - - - - - - -+
                                |  CIVIL ACTION NO.
Related Case:                   |
                                |  19-11133, c/w
FREDERICK ADDISON, et al,       |  19-14512
                                |
     Plaintiffs,                |  SECTION E(5)
                                |
   vs.                          |
                                |
LOUISIANA REGIONAL LANDFILL     |
COMPANY, et al,                 |
                                |
     Defendants.                |
                                |
(Applies to Both Cases)         |
- - - - - - - - - - - - - - - -x
             Video Deposition or
                 JAMES LAPE
            Monday, April 22, 2024
                 10:28 a.m.




Reported by:  Laurie Donovan, RPR, CRR, CLR
```

EXHIBIT 13

Page 44

1      quick bio break?
2           MR. PAUL:  Sure.  We can break, and we'll
3      set up the next exhibit.
4           THE VIDEOGRAPHER:  The time is 11:27 a.m.
5      We are going off the record.
6              (Whereupon, a short recess was taken.)
7           THE VIDEOGRAPHER:  The time is 11:33 a.m.
8      We are going back on the record.
9           Please proceed, Counsel.
10  BY MR. PAUL:
11      Q    So I'd like to switch to another, another
12  report you submitted in this case.
13           Do we still have a pop-up on the screen
14  here?  Oh, gotcha.
15              (Exhibit 1574 was marked for
16                 identification.)
17           MR. PAUL:  Do you see that pop-up that says
18      "got it"?
19           MR. FOSTER:  I do.
20           MR. PAUL:  Can you click "got it"?
21           MR. FOSTER:  Okay.
22           MR. PAUL:  Thank you.
23  BY MR. PAUL:
24      Q    So we're introducing Exhibit 1574, titled
25  "Expert Report of James Lape in the Matter of Elias

Page 45

1   George Ichtech-Bendeck versus Waste Connections Bayou,
2   Inc., et al."  It's dated February 16, 2024.
3           Do you see that cover page?
4       A   I do.
5       Q   Does that look familiar to you?
6       A   Yes.
7       Q   Okay.  So if we can look at PDF page 50,
8   this is Table 3 in the -- I'll call it the Ictech
9   report.
10          Do you see that?
11      A   I do.
12      Q   This table presents both maximum
13  concentrations and then presents five parts per
14  billion reference level, right?
15      A   Yes.
16      Q   But it doesn't present any of the higher
17  values that were shown in the Addison report, correct?
18      A   Correct.
19      Q   Why did you not present results modeling for
20  the Ictech case above that five parts per billion
21  range?
22      A   I was informed by counsel that these were
23  the only two metrics that they needed from the
24  modeling output.
25      Q   So not specific to this table we're looking

Page 173

1    class representatives, right?
2        A    Yes.
3        Q    So at a rudimentary level for 2017, you
4    compared .024 as the class area median frequency to
5    Adams, which was .009?
6        A    Correct.
7        Q    Okay, and that was part of your analysis of
8    whether those proposed class representatives were
9    representative of the full class area, right?
10       A    Correct.
11       Q    So I think I'm repeating a question I asked
12   before, but now that we are looking at a table that
13   you can refer to, is it your opinion that each one of
14   those named proposed class representatives is
15   representative of all other points within the proposed
16   class area?
17       A    Not all.
18            ATTORNEY LANDRY:  Objection.
19            THE WITNESS:  I am not saying that each
20       individual named plaintiff is representative of
21       every location in the class area.
22            I'm saying that those named plaintiffs are
23       representative of regions within the class area.
24       No one is the same as everyone.  It would -- that
25       would defy the logic and the physics of air

1      modeling.  As we've discussed, exposure and these
2      counts are a function of distance and direction
3      from the landfill.
4           So if we had just one distance and
5      direction, that kind of assumption would work,
6      but because we have such an array of distances
7      and directions, no one single individual can be
8      that representative of everyone within the class,
9      but these named plaintiffs can be representative
10     of regions in the class.
11          They can be representative of their
12     neighbors and even people that are further away,
13     but at a similar distance.  So there is
14     similarity amongst these named plaintiffs, the
15     proposed named plaintiffs within the class area,
16     but not to every individual.
17  BY MR. PAUL:
18     Q    What is the distance around each of these
19  proposed class representatives that they are
20  representative of?
21          Let me, let me rephrase that.
22          How would you define the area around each
23  those proposed class representatives that they
24  represent?
25     A    That's why the contours are really useful,

Page 175

1  because they provide you that kind of aerial
2  interpretation of an individual.
3          So we've identified within the contours,
4  because the contours lay out, you know, areas that
5  have the same level of odor incidence, and then within
6  those contours, we've identified where the proposed
7  named plaintiffs were located.
8          So you can see then how they relate to each
9  other, and that relationship changes month to month
10 because of the dynamics of the meteorology, and so you
11 can't provide just -- to provide a single value, you
12 would have to average across all the exposures, and
13 right now we're just looking at month by month
14 exposures and showing, yes, there are reliable and --
15 changes -- or there are similarities amongst these
16 groups that are defined and make sense, based on the
17 meteorology and the dispersion that's occurring.
18     Q    On a monthly basis?
19     A    On a monthly basis, and you could expand
20 that then to figure out what it was across the entire
21 period by just doing averaging, but right now we've
22 looked at it on a monthly basis to be able to provide
23 useful resolution, in my, in my mind, because if you,
24 if you just look at the annual average, you, you don't
25 necessarily see all the month-to-month variations.

1           So month-to-month variations were useful to
2    us in being able to evaluate this representativeness.
3        Q    And the month-to-month representations are
4    themselves aggregations of daily values, right?
5        A    Yes.
6        Q    So would it be possible to show more defined
7    contours of variations from day to day?
8        A    Yes.  You could do day-to-day contours,
9    absolutely, yes, and they would be -- they would be
10   very narrow, and just because you're getting a very
11   reduced set of meteorological conditions if you look
12   at a day, it might only blow from one or two
13   directions during that daily period.
14           So your contour is just going to kind of be
15   a very narrow kind of plume, whereas if you look at it
16   on a monthly basis, they extend pretty much around the
17   whole facility and again show different increases
18   based on wind direction, but yeah, you could, you
19   could certainly do this on a daily basis.
20       Q    And in your understanding, if you were to do
21   that on a daily basis, would you show changes in
22   whether or not a proposed class representative was
23   exposed to the reference value?
24       A    If you did this on a day-by-day basis and
25   did the contours, then yes, you could, from those

```
                                                          Page 198
 1   resulting from your model?
 2        A    Yes.
 3        Q    And is that range between 10 and 30?
 4        A    Yes.
 5        Q    And that's -- between 10 and 30 is modeled
 6   exposures for the month?
 7        A    Correct.
 8        Q    Now, this is the month of September 2017,
 9   right?
10        A    Correct.
11        Q    If we look at this contour, we see -- if I
12   read it correctly -- that Walker, Thompson and Adams
13   are within the zone of exposure frequency of less than
14   30 within the month?
15        A    Yes.
16        Q    And then several people are within -- or
17   several locations are within the range between 30 and
18   50, correct?
19        A    Yes.
20        Q    Why did you select the contour boundaries
21   that you did as shown on this, this map?
22        A    We took ten events per month as a baseline,
23   if you will, or lower level, that would still give us
24   some resolution.  If we were to drop below ten, then
25   this graph would become very -- the contours would
```

Page 199

1 become very difficult to read.
2          So 10 gave us a lower bound.  It was similar
3 to what we saw as the lower bound at individual
4 locations on a monthly basis.  At times it went to
5 zero, but there were a lot of periods that 10 was at
6 the lower end of the range.
7          So we selected ten, because it gave us a
8 boundary that was still relevant to the number of
9 exposures that an individual would see, but it also
10 allowed us then to ramp up and show the distribution
11 across the overall class area.  So the, the
12 boundary -- the contours were selected in a way that
13 allowed for interpretation.
14      Q    Ten half-hour events is five total hours,
15 right?
16      A    Yes.
17      Q    Okay.  So each one of these bands is another
18 five hours within the month?
19      A    Well, they --
20          ATTORNEY LANDRY:  Object to form.
21          THE WITNESS:  Well, if we went from 10,
22      which you say, then we divide that in half, then
23      we get five hours.  The next is 30, which you can
24      divide that, and then -- so they don't vary by
25      that, and then we go to 50 and then --

Page 200

1  BY MR. PAUL:
2       Q    Right.  Sorry.  My question was mistaken.
3  Okay.
4            So now, if we could look at -- let's just
5  take Adams as a reference point.  If we look at Adams
6  here, Adams is within the 10 to 30 band.  If we look
7  at the next month, which is October 2017, Figure E-4,
8  it appears to me that Adams is just outside the
9  boundary for 10 exposures.
10           Does that seem correct?
11      A    It is right on the line.  It would be --
12 right.
13      Q    It would be at or very close to 10?
14      A    Right.  Exactly.  I mean we could go back
15 and look at the table, and you can see it might be
16 nine as opposed to 10.
17      Q    All right, and Walker to the southeast is
18 outside of the boundary, right?
19      A    Yes.
20      Q    Now, if we look at January 2018, Figure E-7,
21 Walker is back within the boundary of 10, but none of
22 the proposed class representatives on the east bank
23 are within that boundary, right?
24      A    Yes, that's correct.
25      Q    And that's, that's a function of different

1   average wind direction and velocity from month to
2   month?
3       A   Yes, that's, that's definitely -- if we were
4   to look at the wind rose for January, then we would
5   see that it's driving this kind of diagram.
6       Q   On the next month, February 2018, this is
7   Figure E-8, the trend in wind direction has changed
8   the plume again, right?
9       A   Correct.
10      Q   So then we have four proposed class
11  representatives on both the west bank and east bank
12  that are not within the boundaries of this, this
13  mapped plume, right?
14      A   Oh, I'm sorry.  You said west and east bank?
15      Q   Correct.
16      A   Okay.  Good.  I'm sorry.  I was trying to
17  count it on just the east bank, but yes, there are
18  four of those named, proposed named plaintiffs that
19  are outside of that 10-event contour.
20      Q   And I asked you about this earlier, but this
21  is a -- this contour map we're looking at is the
22  result of a monthly average, right?
23      A   Correct.
24      Q   You could produce maps like this that would
25  show daily averages, right?

Page 202

1     A     Yes.
2     Q     And just like we've seen in these three or
3  four contours we've looked at, there's variability on
4  a day-to-day basis in which certain proposed class
5  representatives would either be modeled to be exposed
6  above the reference level or not, right?
7     A     Yes.
8           ATTORNEY LANDRY:  Object to the form.
9           THE WITNESS:  And again, this is clearly
10      showing that there are similarities amongst the
11      named plaintiffs and the rest of the class area.
12      There's variability that occurs on a
13      month-by-month basis, but that variability is
14      seen across the whole class area, and, and
15      different representatives have similar exposures
16      to the broader class area around them, so . . .
17  BY MR. PAUL:
18     Q     So you and I are on the same frequency,
19  because you keep anticipating my questions.
20           If we look at -- so we're looking at Figure
21  E-8 for February 2018, and as we discussed, at least
22  four of those proposed class representatives are not
23  within the mapped contours, right?
24     A     Correct.
25     Q     Now, if we look at --

1    A    But let me just say that that means that
2    they're falling below this 10.  It doesn't mean
3    there's none.
4    Q    Right.  Understood.
5         Now, if we look at Figure E-12 for
6    June 2018, all four of those proposed class
7    representatives are back within mapped contours,
8    right?
9    A    Yes.
10   Q    And they are within three different bands of
11   exposure frequency, right?
12        ATTORNEY LANDRY:  Objection; form.
13        THE WITNESS:  If we're limiting ourselves to
14        the few that were out previously, like Bernard
15        and Thompson and Williams and Walker, then the
16        idea that they're in three different bands tends
17        to make sense, yes.
18   BY MR. PAUL:
19   Q    And I'm using them for illustration to look
20   at the difference from one contour map to the next.
21   A    Yes.
22   Q    So over the course of several months, one of
23   these class representatives might not be mapped --
24   might not be modeled to receive an exposure of at
25   least 10, or, like Steele, might be modeled to receive

Page 204

1  exposures nearly of a hundred, right?
2           ATTORNEY LANDRY:  Objection to form.
3           THE WITNESS:  They're -- yes, there's no
4      doubt that there is variability month by month to
5      the exposures that is a function of direction,
6      distance and -- yeah, so that's absolutely right.
7  BY MR. PAUL:
8      Q   So if we look back at -- let's stay on this
9  one, actually.
10          Steele is right on a boundary line there,
11 right?  Between -- right close to the 100 exposure
12 boundary, right?
13     A   Yes.
14     Q   But to repeat myself, in the previous
15 contour map we looked at, Steele was not exposed at
16 least 10 times, right?
17     A   So what we see is that, as we were talking
18 about earlier, we are now in June, and we can see
19 clearly that there's a predominance in exposures
20 radiating out of the southwest towards the north and,
21 and to the west as well, because of the winds that
22 are, that are now occurring during this month.
23     Q   But looking at Steele specifically, Steele
24 went from less than 10 exposures to at or near 100,
25 based on wind directions from month to month, right?

1    A    Wind direction --
2         ATTORNEY LANDRY:  Object to form.
3         THE WITNESS:  Yes.  Steele is changing from
4    month to month, as are pretty much all of them.
5    BY MR. PAUL:
6    Q    So I think you mentioned earlier -- and
7    don't let me misstate what you said, but I think you
8    mentioned earlier that you could use these contour
9    maps to define the sub-area for which each
10   representative would be representative.
11        Did you say that earlier?
12   A    Yes.  You could use these to demonstrate how
13   spatially the proposed named plaintiffs correspond to
14   the areas around them.
15   Q    How could you use these maps to define a
16   geographic area around say a proposed class rep
17   Steele?  That's my question.  How could you use these
18   maps to define a geographic area around Steele of
19   which Steele is representative?
20   A    By looking at the areas around him that have
21   similar kinds of, of exposures.
22   Q    But the exposures change significantly month
23   to month and even day to day, right?
24   A    Yes, but they show that there is similarity
25   between individuals, the named plaintiffs and regions

Page 206

1  around them, so that's what I'm saying.
2      Q    What I'm asking is how would you define that
3  region?
4          ATTORNEY LANDRY:  Objection to form.
5  BY MR. PAUL:
6      Q    Would it be according to wind sectors?
7  Would they be amorphous blobs on maps?  Would there be
8  a certain radius around each representative?
9          ATTORNEY LANDRY:  Object to the form.
10         THE WITNESS:  They could be as a function of
11     drawing annular regions that -- A-N-N-U-L-A-R --
12     around the various points to see where they are
13     similar.
14 BY MR. PAUL:
15     Q    Sorry.  What does "annular" mean?
16     A    Just so like -- just like what we have here
17 with, with the contours.  Regions.  So if you were to
18 say, okay, everything from a half mile to a mile, so
19 you would just draw a contour around the grid that
20 shows everything that's within that distance away from
21 the, from the landfill.
22     Q    So a concentric band around the --
23     A    Yes.
24     Q    -- around the landfill?
25     A    At different distances.

1  Q    But looking at the Figure E-12, there are
2  proposed class representatives approximately
3  equidistant from the landfill in very different
4  exposure bands, right?
5  A    Mm-hmm.
6  Q    Right?
7  A    Right.  So you can't use just one value, one
8  contour in time.  You would have to find some way to
9  average out over, over the whole exposure period,
10 perhaps.
11 Q    We've been in the region of hypothetical
12 questions here, but have you actually defined
13 geographic areas around each of these proposed class
14 representatives for which each representative is
15 representative?
16         ATTORNEY LANDRY:  Objection to form.
17         THE WITNESS:  No, not beyond what these
18     contours are telling us.
19 BY MR. PAUL:
20 Q    So if you look at Steele in the same figure,
21 E-12, Steele appears to be at or near that 100
22 exposure boundary, right?
23 A    Mm-hmm.
24         ATTORNEY LANDRY:  Object to the form.
25

```
 1
 2
 3
 4
 5           CERTIFICATE OF SHORTHAND REPORTER
 6           I, Laurie Donovan, Registered Professional
     Reporter, Certified Realtime Reporter, and notary
 7   public for the District of Columbia, the officer
     before whom the foregoing deposition was taken,
 8   do hereby certify that the foregoing transcript
     is a true and correct record of the testimony
 9   given; that said testimony was taken by me
     stenographically and thereafter reduced to
10   typewriting under my supervision; and that I am
     neither counsel for, related to, nor employed by
11   any of the parties to this case and have no
     interest, financial or otherwise, in its outcome.
12
             IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my notarial seal this 24th day
     of April 2024.
14
15
16       [signature: Laurie Donovan]
17   _____
18   LAURIE DONOVAN, Notary Public
19   for the District of Columbia
20
21
22
23
24
25
```