

# Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – Dispersion Modeling Study

## Technical Report

Prepared for
Connick and Connick, L.L.C.
https://connicklaw.com/
Gieger, Laborde & Laperouse LLC
https://www.glllaw.com/
Beveridge & Diamond PC
https://www.bdlaw.com/

Prepared by
Dr. Paolo Zannetti, QEP
EnviroComp, Inc.
https://www.envirocomp.com/

Project: EC-23-004
Report: 24-03-12
12 March 2024



April 12, 2024
This report has been amended due to a correction made to the emission rate ──────────── Landfill, as further explained in the April 4, 2024 amendment to the Addendum to Expert Report prepared by Defendants' landfill engineering expert, Matthew Stutz. Aside from making updates to address that correction, no other changes were made to my March 12 report.

# CONTENTS

CONTENTS ........................................................................................................................... II

LIST OF FIGURES ............................................................................................................. IV

LIST OF TABLES .............................................................................................................. VII

ACRONYMS AND ABBREVIATIONS ......................................................................... VIII

SUMMARY OF KEY POINTS ............................................................................................ 1

1. INTRODUCTION AND OVERVIEW ........................................................................ 4
2. SUMMARY OF OPINIONS ...................................................................................... 10
3. THE THREE LANDFILLS: JEFFERSON PARISH LANDFILL, RIVER BIRCH LANDFILL, AND HWY-90 LANDFILL ................................................................... 12
   3.1   THE JEFFERSON PARISH LANDFILL (JPLF) ................................................... 12
   3.2   RIVER BIRCH LANDFILL (RBLF) ...................................................................... 13
   3.3   HIGHWAY 90 LANDFILL (HWY90) ................................................................... 15
4. LOCAL METEOROLOGY ........................................................................................ 16
5. $H_2S$ MEASUREMENTS ............................................................................................. 24
   5.1   POLLUTION ROSES ............................................................................................. 27
   5.2   OVERLAPPING OF PLUMES ............................................................................. 34
   5.3   OTHER POLLUTION ROSES (METHANE) ...................................................... 36
   5.4   DAILY CYCLE ....................................................................................................... 36
6. THE PROPOSED CLASS AREA ............................................................................. 40
7. ENVIROCOMP MODELING APPROACH ............................................................ 43
8. $H_2S$ EMISSION RATES FROM THE LANDFILLS ............................................. 46
9. ENVIROCOMP MODELING RUNS AND VISUALIZATION OF RESULTS ... 51
   9.1   SIMULATIONS OF PREDICTED CONCENTRATIONS ABOVE REFERENCE LEVELS .......................................................................................... 52
   9.2   SIMULATIONS OF PERCENTAGE OF CASES ABOVE REFERENCE LEVELS ................................................................................................................... 59
   9.3   TRANSPORT PATTERNS FROM JPLF ............................................................. 68
10. CORROBORATION OF MODELING RESULTS ................................................. 74
11. REVIEW AND CRITIQUE OF PLAINTIFFS' EXPERT REPORTS ................... 81
    11.1   LAPE'S $H_2S$ EMISSION RATES ....................................................................... 81
    11.2   LAPE'S USE OF $H_2S$ REFERENCE LEVELS ................................................. 85
    11.3   LAPE'S UNDERESTIMATION CLAIM ............................................................. 89

11.4   LAPE'S METHODOLOGICAL APPROACH ....................................................... 91
11.5   LAPE'S "VERIFICATION" OF CALPUFF ............................................................ 91
    11.5.1   April-May 2018 MAML .................................................................. 93
    11.5.2   July 2018 MAML ............................................................................ 95
    11.5.3   November 2019 Ramboll Measurements ............................................... 99
    11.5.4   Other Lines of Evidence ...................................................................... 100
11.6   THE PROPOSED CLASS REPRESENTATIVES ............................................... 100
**12. CERTIFICATION** ............................................................................................... 107
**ATTACHMENT A** ...................................................................................................... 108
**ATTACHMENT B** ...................................................................................................... 109
**ATTACHMENT C** ...................................................................................................... 113
**ATTACHMENT D** ...................................................................................................... 114
**ATTACHMENT E** ...................................................................................................... 116
**ATTACHMENT F** ....................................................................................................... 117
**ATTACHMENT G** ...................................................................................................... 118

# LIST OF FIGURES

Figure 1.   Location of RBLF, JPLF, and HWY90 landfills.   6

Figure 2.   Location of Jefferson Parish Landfill.   13

Figure 3.   Location of River Birch Landfill.   14

Figure 4.   Location of Highway 90 Landfill.   15

Figure 5.   Location of meteorological measurements.   16

Figure 6.   Simplified explanation of wind rose plots.   17

Figure 7.   Wind rose from KMSY AERMET data for year 2015.   18

Figure 8.   Wind rose from KMSY AERMET data for year 2016.   19

Figure 9.   Wind rose from KMSY AERMET data for year 2017.   20

Figure 10.  Wind rose from KMSY AERMET data for year 2018.   21

Figure 11.  Wind rose from KMSY AERMET data for year 2019.   22

Figure 12.  Wind rose from KMSY AERMET data for year 2020.   23

Figure 13.  Locations of continuous $H_2S$ measurements.   25

Figure 14.  Time trend of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.   26

Figure 15.  Distribution of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.   26

Figure 16.  Example of pollution rose.   28

Figure 17.  Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).   29

Figure 18.  Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).   30

Figure 19.  Georeferenced pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).   31

Figure 20.  Georeferenced pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).   32

Figure 21.  Overlap of plumes from JPLF Phase 4A and River Birch when wind (from Southwest) is directed towards LDEQ Waggaman Station.   34

Figure 22.  Overlap of plumes from JPLF Phase 4A and HWY90 when wind (from south-southwest) is directed towards LDEQ Waggaman station.   35

Figure 23.  Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (1/31/2020 – 12/31/2020).   36

Figure 24.  Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (1/31/2020 – 3/31/2020).   37

Figure 25.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (4/1/2020 – 6/30/2020). 38

Figure 26.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (7/1/2020 – 9/30/2020). 38

Figure 27.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (10/1/2020 – 12/31/2020). 39

Figure 28.   Quantitative pattern of decline of ground-level concentrations with distance for an area source emission. 41

Figure 29.   Quadrangles representing the area sources of the three landfills. 49

Figure 30.   Nine Locations of ten proposed Class Representatives (Ictech litigation). 52

Figure 31.   November 2018 $H_2S$ 30-minute average simulated concentrations at the residence of proposed Class Representative Nicole M. Landry-Boudreaux (L3), from the three landfills (individual and combined). 53

Figure 32.   Seven additional locations (E1 through E7). 59

Figure 33.   Percentages of cases in which simulated $H_2S$ concentrations at Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. 61

Figure 34.   Percentages of cases in which simulated $H_2S$ concentrations at Ms. Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in) 63

Figure 35.   Percentages of cases in which simulated $H_2S$ concentrations at Williams (L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. 64

Figure 36.   Percentages of cases in which simulated $H_2S$ concentrations at Williams(L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in) 65

Figure 37.   Daily cycle of average CALPUFF simulations at location L3 - Landry-Boudreaux for the 30-month period. 67

Figure 38.   Daily cycle of average CALPUFF simulations at location L8 – Williams for the 30-month period. 68

Figure 39.   20-degrees cone of impact for location [L5 – Crossman]. 70

Figure 40.   20-degrees cone of impact for location [L6 – Steele]. 71

Figure 41.   Daily averages of measured (horizontal) and simulated (vertical) $H_2S$ concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills. 76

Figure 42.   Weekly averages of measured (horizontal) and simulated (vertical) $H_2S$ concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills. 77

Figure 43.   Daily averages of measured (horizontal) and simulated (vertical) $H_2S$ concentrations during the year 2020. Simulated concentrations from JPLF emissions only. 78

Figure 44.   Weekly averages of measured (horizontal) and simulated (vertical) H2S concentrations during the year 2020. Simulated concentrations are the sum of the contributions from JPLF emissions only. 79

Figure 45.   Estimated emission rates of $H_2S$. 82

Figure 46.   Scatter plot of simulated $H_2S$ concentrations at L5 - Crossman location originating from JPLF. Lape's simulated values are about 21 times higher than those simulated by EnviroComp. 83

Figure 47.   Comparison between Lape's and EnviroComp's $H_2S$ simulated concentrations from JPLF at L5 - Crossman during a two-week period in May 2018. 84

Figure 48.   Comparison between Lape's and EnviroComp's $H_2S$ simulated concentrations from JPLF at L6 - Steele during a two-week period in May 2018. 85

Figure 49.   Time trend of 1-hour $H_2S$ concentration at Riverside Baptist Church as measured by MAML and simulated by Lape. 95

Figure 50.   $H_2S$ concentration simulated by Lape and measured by MAML at Waggaman (Dandelion Rd and River Rd) and hourly average wind direction at KMSY, on 7/27/2018. 96

Figure 51.   1-minute measurements of wind direction and $H_2S$ concentration by LDEQ on 7/27/2018 at Dandelion Rd & River Rd, and 30-minute CALPUFF simulation by Lape. 97

Figure 52.   Hourly $H_2S$ concentration at Waggaman (Dandelion Rd and River Rd) measured by MAML and computed by Lape's CALPUFF. 98

Figure 53.   Hourly $H_2S$ concentration at Riverside Baptist Church measured by MAML and computed by Lape's CALPUFF. 98

Figure 54.  Percentages of 30-minute events in residential areas with EnviroComp's simulated $H_2S$ concentrations above 5 ppb. Emissions are from all three landfills over a 30-month period. 103

Figure 55.  Percentages of 30-minute events in residential areas with EnviroComp's simulated $H_2S$ concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period. 104

Figure 56.  Percentages of 30-minute events in residential areas with Lape's simulated $H_2S$ concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period. 105

# LIST OF TABLES

Table 1.   Annual $H_2S$ emissions from JPLF. 46

Table 2.   Annual $H_2S$ emissions from RBLF. 47

Table 3.   Annual H2S emissions from HWY90. 47

Table 4.   Annual $H_2S$ emissions (kg/yr) from the three landfills. 48

Table 5.   Annual $H_2S$ emission rates (g/s) from the three landfills. 48

Table 6.   Flux rates ($g/m^2/s$) of CALPUFF area sources. 50

Table 7.   List of nine proposed Class Representatives' addresses and coordinates (Ictech litigation). 51

Table 8.   EnviroComp's CALPUFF simulations of 30-minute average $H_2S$ concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - All three landfills. 55

Table 9.   EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - JPLF. 56

Table 10.   EnviroComp's CALPUFF simulations of 30-minute average $H_2S$ concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - RBLF. 57

Table 11.   EnviroComp's CALPUFF simulations of 30-minute average $H_2S$ concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 – HWY90. 58

Table 12.   Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Crossman (L5). 69

Table 13.   Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Steele (L6). 72

Table 14.   Summary of all percentages of 30-minute intervals P1, P2, P3, P4, and P5 calculated for the nine locations of the ten proposed Class Representatives. 73

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AEGL | Acute Exposure Guideline Levels |
| AIHA | American Industrial Hygiene Association |
| ALOHA | Areal Locations of Hazardous Atmospheres |
| ASOS | Automated Surface Observing System |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| CAAQS | California Ambient Air Quality Standard |
| CAMEO | Computer-Aided Management of Emergency Operations |
| CARB | California Air Resources Board |
| CEC | Carlson Environmental Consultants, PC |
| $CH_4$ | Methane |
| CO | Carbon Monoxide |
| $CO_2$ | Carbon Dioxide |
| C&D | Construction and Demolition |
| D/T | Dilution to Threshold |
| EPA | U.S. Environmental Protection Agency |
| ERPG | Emergency Response Planning Guidelines |
| ESRL | (NOAA) Earth System Research Laboratories |
| HWY90 | Highway 90 Construction and Demolition Landfill |
| $H_2S$ | Hydrogen Sulfide |
| ICAO | NOAA Earth System Research Laboratories |
| IDLH | Immediately Dangerous to Life or Health |
| IPEP | Institute of Professional Environmental Practice |
| ISHD | Integrated Surface Hourly Database |
| ISD | Integrated Surface Database |
| JPLF | Jefferson Parish Landfill |
| KMSY | Louis Armstrong New Orleans International Airport |
| KSIL | Slidell radar site |
| LDEQ | Louisiana Department of Environmental Quality |
| LST | Local Standard Time |
| MAML | LDEQ Mobile Air Monitoring Lab |
| MSW | Municipal Solid Waste |
| NIOSH | National Institute for Occupational Safety and Health |
| NOAA | National Oceanic and Atmospheric Administration |
| OSHA | Occupational Safety and Health Administration |
| ppb | parts per billion |
| PPM | PPM Consultants |
| QEP | Qualified Environmental Professional |
| Ramboll | Ramboll Consulting USA, Inc. |
| RBLF | River Birch Landfill |
| Trinity | Trinity Consultants |
| USAF | United States Air Force |

| | |
|---|---|
| WBAN | Weather Bureau, Air Force, and Navy |
| WHO | World Health Organization |
| WRF | Weather Research and Forecasting model |

# 9. EnviroComp Modeling Runs and Visualization of Results

**Opinion 4: Statistical analysis of my modeling results demonstrates that the numbers of 30-minute periods with simulated $H_2S$ concentrations from JPLF above 5 ppb are extremely rare. For the majority of the proposed Class Representatives, this number is zero. Moreover, HWY90 emissions are dominant, about three times higher than the emissions from JPLF and RBLF, and that each receptor location has varying degrees of impacts from each of the three landfills.**

With the CALPUFF modeling runs, I calculated 30-minute average $H_2S$ concentrations at each point of interest and, in particular, at the nine locations of the ten proposed Class Representatives. The proposed Class Representatives are listed in Table 7 and their residential locations are displayed in Figure 30.

Table 7. List of nine proposed Class Representatives' addresses and coordinates (Ictech litigation).

| REC # - Surname | Name(s) | Address | XUTM15N (m)[57] | YUTM15N (m) |
|---|---|---|---|---|
| L1 – Bernard | Larry J. Bernard, Mona S. Bernard | 475 Gordon Ave, Harahan, LA 70123 | 770253 | 3315578 |
| L2 - Ictech-Bendeck | Elias Jorge Ictech-Bendeck | 241 Walter Road, River Ridge, LA 70123 | 769118 | 3316944 |
| L3 - Landry-Boudreaux | Nicole M. Landry-Boudreaux | 25 Primrose Lane, Westwego, LA 70094 | 766285 | 3315972 |
| L4 – Thompson | Savannah Lee Thompson | 1344 Hickory Avenue, Apartment D, Harahan LA 70123 | 769840 | 3317408 |
| L5 - Crossman | Robyn Crossman | 9534 Catalpa Loop, Waggaman LA 70094 | 765238 | 3316431 |
| L6 - Steele | Kayla Anne Steele | 8439 Jefferson Highway, Harahan LA 70123 | 769078 | 3315335 |
| L7 - Adams | Phil Adams | 503 Daniel Street, Kenner LA 70062 | 765509 | 3319408 |
| L8 - Williams | Anne Williams | 409 Butler Drive, Avondale LA 70094 | 768969 | 3312861 |
| L9 - Walker | Ophelia Walker | 516 S Jamie Blvd, Avondale LA 70094 | 769628 | 3310831 |

---

[57] These coordinates, representing the residential locations of the proposed Class Representatives, are very close, but not identical, to those used by Plaintiffs' expert Lape.



**Figure 30.   Nine Locations of ten proposed Class Representatives (Ictech litigation).**

## 9.1   Simulations of Predicted Concentrations above Reference Levels

To illustrate an example of the predicted $H_2S$ concentrations produced by CALPUFF, I show in Figure 31 the November 2018 $H_2S$ 30-minute average concentrations, from the three landfills (individual and combined), that I simulated at the residence of Class Representative Nicole M. Landry-Boudreaux (labeled L3).

putative class member are necessary to determine the frequency, duration, and concentration of their potential exposures and ascertain whether such potential exposures could have caused each putative class members' alleged damages.

Similar variation is seen using Lape's CALPUFF simulations. Lape's use of CALPUFF is similar to mine, except that he simulated only the emissions from JPLF, as estimated by Mr. Sananes. We reran Lape's CALPUFF to simulate concentrations at specific points and repeated the analysis above with Lape's results, i.e., by counting the events in residential locations where 30-minute average simulated $H_2S$ concentrations are above 5 ppb over the Claim Period. The percentages using Lape's simulations are presented in Figure 56.



**Figure 56.  Percentages of 30-minute events in residential areas with Lape's simulated $H_2S$ concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period.**

In the residential areas inside the proposed Class Boundaries, Lape's percentages vary from approximately less than 0.5% to 5%, i.e., a factor of 10. At the fifteen locations—the nine addresses of the ten proposed Putative Class Representatives and the six surrogate locations—Lape's percentages[113] vary from a minimum of 0.77% (Surrogate #3) to a maximum of 5.27% (Surrogate #2), i.e., a variation factor of 7.

Lape's own analysis demonstrates this variation. In Appendix G of his report, Lape addresses median threshold exceedances and presents the frequencies of threshold exceedances in Table G-1 for groups and points inside the class area. Though Lape presents these figures as confirming that the points are representative, the variation of these frequencies is very large, thus confirming the high inhomogeneity, i.e., the high variability of alleged exposure concentrations, within the proposed class area. Lape's representation of the distribution of these exceedances is also misleading, and not representative of the wide range of impacts within the class area.[114]

Again, both Mr. Lape's CALPUFF simulations and mine show that the variation of $H_2S$ concentration impacts inside the proposed class area is enormous, and the frequencies are highly heterogeneous and not representative from one location to another. Thus, because of that wide range of variability, the proposed Class Representatives are not representative or typical of any other putative member. In fact, there are no putative class representatives who have exposures that are representative of other putative class members. Each putative class member will therefore need to be evaluated to determine the frequency, duration, and concentration of their potential exposures and ascertain whether such potential exposures could have caused each putative class member's alleged damages.

---

[113] 2024 Lape Expert Report at G-2, Table G-1.
[114] *Id.* at Appx. G, Figures G-2 to G6.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 12.  Certification

This report presents the current results of our investigation and opinions, based upon the materials reviewed and the analyses carried out to date.  We reserve the right to supplement this report in the event new information is presented.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.  Executed this 12th day of April 2024 at Reno, NV.

By_____

Dr. Paolo Zannetti, QEP
President

*EnviroComp, Inc.*  *Phone: (510) 490-3438*
*1188 Eagle Vista Ct.*  *Fax: (510) 490-3357*
*Reno, NV 89511 (USA)*  *zannetti@envirocomp.com*
  *www.envirocomp.com*