```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     * * * * * * * * * * * * * * * * * * * * * * * *

 4   ELIAS JORGE "GEORGE"           CIVIL ACTION
     ICTECH-BENDECK,
 5         Plaintiff                NO. 18-7889
                                    c/w 18-8071,
 6   v.                             18-8218, 18-9312

 7   WASTE CONNECTIONS BAYOU,       SECTION: "E"(5)
     INC., ET AL.,
 8         Defendants               CIVIL ACTION

 9   Related Case:                  NO. 19-11133,
                                    c/w 19-14512
10      FREDERICK REGIONAL
     LANDFILL COMPANY, ET AL.,      SECTION: "E"(5)
11         Defendants

12   Applies to: Both Cases

13
       * * * * * * * * * * * * * * * * * * * * * * * *
14

15                   Deposition of
                  PAOLO ZANNETTI, PhD
16
                 taken on April 25, 2024
17               commencing at 9:08 a.m.

18               in New Orleans, Louisiana

19

20

21

22    Reported by:   Evangeline A. Langston,
                     Certified Court Reporte
23                   in and for the State of
                     Federal Certified Realt
24                   Registered Professional

25
```



EXHIBIT 15

```
 1                MR. LANDRY:  Let's go off the record
 2          so I can switch spots.
 3                THE VIDEOGRAPHER:  We're going off the
 4          record at 1:29 p.m.
 5                (Off-record discussion.)
 6                THE VIDEOGRAPHER:  We're back on the
 7          record at 1:36 p.m.
 8   EXAMINATION
 9   BY MR. LANDRY:
10        Q.    Good afternoon, Dr. Zannetti.
11        A.    Good afternoon, Counsel.
12        Q.    So we meet again.
13        A.    Second time.  Maybe third.
14        Q.    Fourth.
15        A.    Fourth?  Okay.  I'm not good in math.
16        Q.    Well, just to get some housekeeping
17   matters out of the way to begin, I'm going to share
18   my screen with you.  Let's see.
19                And, Dr. Zannetti, what I'm pulling up
20   on the screen, you should see now.
21                This is your original March 3rd,
22   2024, -- I'm sorry, March 12, 2024, expert report in
23   the Ictech-Bendeck matter; correct?
24        A.    Correct.
25        Q.    Okay.  So we'll mark that as
```



1    Exhibit 1610.
2              (Exhibit Number 1610 was marked for
3              identification.)
4    BY MR. LANDRY:
5         Q.   And I will be focusing on your
6    amended -- your revised report.  But I just wanted
7    to get that out of the way.
8              And then next will be your April 12,
9    2024, revised expert report in the Ictech-Bendeck
10   matter.
11        A.   That's correct.
12             (Exhibit Number 1611 was marked for
13             identification.)
14   BY MR. LANDRY:
15        Q.   All right.  So that will be
16   Exhibit 1611, and then I'm going to try to switch
17   over.
18             I believe this is a 29-page PDF which
19   provides just the track changes showing the
20   difference between your March 2024 report and your
21   revised April 2024 report.
22             Is that correct?
23        A.   I don't see the track change -- now I
24   see the track changes.  So you're correct.
25        Q.   Okay.  So it was limited to the cover



1   page and about 28 other pages, including tables and
2   various other items?
3        A.   Yeah.  I didn't count them, but I trust
4   you.
5        Q.   All right.
6             MR. LANDRY:  So the revised report,
7        again, is 1611.
8             And then the track changes will be
9        Exhibit 1612.
10            (Exhibit Number 1612 was marked for
11            identification.)
12       A.   Okay.
13       Q.   Dr. Zannetti, in the general causation
14  phase, you opined that Mr. Lape used emission rates
15  from Ramboll that were strongly overestimated.
16            Is that right?
17       A.   I probably wrote that, yes.
18       Q.   In fact, I believe in your executive
19  summary of your 2021 report, you opined that the
20  emission rates for JPLF used by Mr. Lape were
21  enormously overestimated.
22            Is that right?
23       A.   It's possible.
24       Q.   And as you stated earlier in response to
25  Mr. Foster's questions, you noted that your 2021



1      Q.   Okay.  And here you have Figure 56, and
2  this is on Page 105 of your Ictech-Bendeck revised
3  report.
4           Is that right?
5      A.   Yeah.
6      Q.   And so this is actually a figure
7  representing Mr. Lape's models of the JPLF emissions
8  over the 30-month period; right?
9      A.   Yes.  Same figure as before but with
10 Lape's results.
11     Q.   And what points did you use here?
12     A.   Again, I plotted the iso plats.
13 Actually, I -- it was done on the computer.  So I
14 look at the ice plat, and I selected with my
15 visualization specialist the suitable locations to
16 show the variation from the maximum to the minimum.
17     Q.   And we look here, just kind of generally
18 around these three landfills.  The areas that are
19 somewhat equidistant from the Jefferson Parish
20 Landfill Phase 4A have at or about 5 percent.
21          Is that right?
22     A.   One is 5 percent.  The other is a little
23 greater than 5.
24     Q.   And then you go to the east, it gets to
25 2 percent; right?



1       A.    Two, yeah.
2       Q.    And you go over here, Avondale, you have
3   1 percent?
4       A.    Correct.
5       Q.    And if we go beyond that, greater than
6   5 percent, towards the northeast, you have a 4;
7   right?
8       A.    Yeah.
9       Q.    Then a 3, then a 2 as you get further
10  away from the landfill?
11      A.    Correct.
12      Q.    And then equidistant to that 2 percent
13  on the Westbank are these two locations in Harahan
14  that are also 2 percent; right?
15      A.    They are.
16      Q.    And, again, that shows that linear
17  relationship based on emissions, wind direction,
18  wind speed; right?
19      A.    Yeah.  And it shows also the dominant
20  behavior of Highway 90.
21      Q.    And this is still showing that if we go
22  all the way to the northeast quadrant of the
23  proposed class boundary, you have one that's about
24  .5 percent?
25      A.    .5 percent, yeah.



1       Q.    And above that to the north, probably --
2       A.    Even lower.
3       Q.    Let's call it a mile, okay?
4             That's less than .5 percent; right?
5       A.    (No verbal response.)
6                MR. PAUL:  Object to form.
7                MR. LANDRY:  Why?
8                MR. PAUL:  I don't understand the
9            mile.
10               MR. LANDRY:  You don't understand
11           what?
12               MR. PAUL:  The mile.
13               MR. LANDRY:  Oh, look at the bottom.
14           There's a scale.
15               MR. PAUL:  Same as the dots?
16               MR. LANDRY:  I'm giving him the
17           benefit of the doubt that that distance
18           is half of that scale.
19   BY MR. LANDRY:
20      Q.    Which I think it's probably a little
21   less than a mile, but about a mile north to the
22   .5 percent is the less than .5 percent; right?
23      A.    Correct.
24      Q.    And these percentages that you've used
25   here, you're talking about percentages of time of



1  the year; right?
2       A.   Percentages of 30-minute events over
3  5 ppb over the 30 months.
4       Q.   Okay.  And so can you make -- let's say
5  someone received 1 percent.
6            How many 30-minute impacts of 5 ppb did
7  that person receive over 30 months?
8       A.   There are about 43,000 half an hour
9  period over 30 months.  So 1 percent will be 400,
10 430.
11      Q.   So the individual here in Avondale
12 towards the bottom of this proposed class boundary,
13 they received about 400 impacts of 5 ppb over
14 30 minutes?
15           MR. PAUL:  Object to form.
16      A.   That's according to the model, yes --
17 Lape's model, yes.
18      Q.   Okay.  And if somebody received
19 .5 percent way up here past Elmwood, to the east,
20 that person would have received -- we'll just call
21 it 200 or so impacts over the 30-month period?
22           MR. PAUL:  Object to form.
23      A.   200 or so according to Lape's model,
24 yes.
25      Q.   And then less than .5 percent, we can



```
 1   assume that it's somewhere between 50 and 200 over
 2   the course of 30 months?
 3         A.   We may assume that according to Lape's
 4   results.
 5              MR. PAUL:  Same objection.
 6   BY MR. LANDRY:
 7         Q.   And so we can just -- you use that rough
 8   1 percent estimate.  You said you know it's about
 9   430 over the course of a year.
10              And so for these folks in Harahan
11   towards the bottom where the river bends, that
12   person would have received approximately 860
13   30-minute 5 ppb impacts over the course of
14   30 minutes?
15         A.   Are you pointing at 2 percent?
16         Q.   Yes, sir.
17              MR. PAUL:  Object to form.
18         A.   So at 2 percent, would be about 850,
19   according to Lape's results.
20         Q.   Okay.  And you would agree that,
21   according to Lape's results, what you have put --
22   created here in Figure 56 shows consistency in the
23   number of impacts over 30 months based on distance
24   and direction from the landfill?
25              MR. PAUL:  Object to form.
```



1      A.    I wouldn't call consistency a change of
2  factor -- more than a factor of ten within the class
3  area.  So I wouldn't use the word "consistency."
4      Q.    And maybe you misunderstood my question.
5            I'm not asking you to agree that someone
6  who received the 5 percent located near the landfill
7  received the same as the person who received the
8  5 percent over here near Elmwood.  Okay?
9            What I'm asking you to agree to is that,
10 based on your Figure 56, that this Figure 56 shows
11 consistency in impacts based on distance from the
12 landfill over the course of 30 months.
13           MR. PAUL:  Object to form.
14     A.    Yes, you can say that there is a
15 consistency of impact based on the distance.  And
16 impact decline quickly with the distance.
17     Q.    As you would expect?
18     A.    As I would expect.
19     Q.    Okay.  And I think Mr. Lape even
20 testified to the same, did he not?
21     A.    I don't remember if he use exactly these
22 words.
23              MR. LANDRY:  Let's take a break.  Let
24          me look over my notes.  I may be able
25          to --



```
 1                     REPORTER'S CERTIFICATE

 2
             This certification is valid only for a
 3   transcript accompanied by my original signature and
     original required seal on this page.
 4           I, EVANGELINE A. LANGSTON, Certified Court
     Reporter in and for the State of Louisiana, as the
 5   officer before whom this testimony was administered,
     do hereby certify that PAOLO ZANNETTI, PhD, after
 6   having been duly sworn by me upon authority of R.S.
     37:2554, did testify as hereinbefore set forth in
 7   the foregoing 285 pages;
             That this testimony was reported by me in the
 8   stenotype reporting method; was prepared and
     transcribed by me or under my personal direction and
 9   supervision, and is a true and correct transcript to
     the best of my ability and understanding;
10           That the foregoing transcript has been
     prepared in compliance with transcript format
11   guidelines required by statute or by the Rules of
     the Louisiana Certified Shorthand Reporter Board;
12   and that I am informed about the complete
     arrangement, financial or otherwise, with the person
13   or entity making arrangement for deposition
     services; that I have acted in compliance with the
14   prohibition on contractual relationships, as defined
     by the Louisiana Code of Civil Procedure Article
15   1434 and in rules and advisory opinions of the
     board;
16           That I have no actual knowledge of any
     prohibited employment or contractual relationship,
17   direct or indirect, between a court reporting firm
     and any party litigant in this matter, nor is there
18   any such relationship between myself and a party
     litigant in this matter;
19           That I am not of counsel, not related to
     counsel or the parties herein, nor am I otherwise
20   interested in the outcome of this matter.

21
```



```
23                  _____
                    EVANGELINE A. LANGSTON, FCRR
24                  CCR #27019, RPR #31609

25
```