

EXHIBIT 16