

# Expert Report

Re: *Elias Jorge "George" Ictech-Bendeck vs.*
*Waste Connections Bayou, Inc., et al*
EDLA 2:18-cv-07889; Section "E" (5)

BDPC, LLC was commissioned by Mr. Douglas Hammel to establish the residential population and number of housing units in "The Class Area" within Jefferson Parish as defined by the subject lawsuit.

The scope of the assignment was defined and directed by Mr. Greg Rigamer and the product was completed by Mr. Richard Poche, GISP – Geographic Information System Professional. Resumes for Messrs. Rigamer (Exhibit 1) and Poche (Exhibit 2) are attached.

Collaborative experience of Messrs. Rigamer and Poche in supporting litigation and as an expert witnesses is attached hereto as Exhibit 3.

Neither Mr. Rigamer nor Mr. Poche has authored any relevant publications in the prior ten years. Mr. Rigamer was recognized by Federal District Court, Eastern District State of Louisiana as an Expert in the fields of Demography and Urban Planning in post Hurricane Katrina litigation.

Compensation for this assignment was $4,000.00 based upon a rate of $500.00 per hour for Mr. Rigamer and $250.00 per hour for Mr. Poche. These rates apply to research, preparation for depositions or testimony at trial. Depositions and testimony at trial will be billed at a four hour minimum in addition to any related preparation and/or research time.

**Objective of Assignment**
Determine the population and number of residential housing units in the "Class Area" as defined by the plaintiffs' attorneys, as follows:
All natural persons who lived and/or resided within the following enclosed geographical boundary within the Parish of Jefferson, State of Louisiana, starting at the intersection of 18th St. and Jerome S. Glazer Airport Access Rd. then proceeding eastward along West Metairie Avenue until its intersection with North Causeway Boulevard, then proceeding south along Causeway Boulevard until its intersection with River Road, then proceeding south across the Mississippi River until the intersection of Lapalco Boulevard and Bayou Segnette, then proceeding west until the southernmost end of S. Jamie Boulevard, then proceeding west until the southernmost end of Ruth Drive, then proceeding west/northwest to the intersection of Hwy 90 and the St. Charles Parish/Jefferson Parish line, then proceeding north along the St. Charles Parish/Jefferson Parish line to River Road, then proceeding north along the St. Charles Parish/Jefferson Parish line from River Road to Airline Hwy, then proceeding east along Airline Hwy until its intersection with Jerome S. Glazer Airport Access Rd., then proceeding north until the intersection of 18th St. and Jerome S. Glazer Airport Access Rd.

**Methodology**
The 2010 and 2020 Census Demographic and Housing Characteristics Files were used to extract

**EXHIBIT 17**



data/counts of residents and housing units at the block level for the area within the "Class Area" which is wholly in Jefferson Parish, LA. Information was tabulated from the 2010 Census and the 2020 Census – attached as 1 JeffClasAreas_2010 and 2020 CensusData.pdf.  Using GIS software, the class area was created based on the description provided by Plaintiffs' Counsel. Blocks within the class area were delineated and mapped – attached as 2 JeffClasAreas_Blocks and Area Definition.pdf.  The block level data was then tabulated and presented in the attached Microsoft Excel file - JeffClassAreas TABULAR DATA by Block 2010 and 2020.xlsx.  The Excel file also includes a summary of population and housing tabulated by "Place" (community) as defined by the Census for 2010 and 2020.  A third map was then produced to illustrate the relative population density by block within the class area - attached as 3 JeffClasAreas_BlockDensity.pdf and a fourth map illustrates population by community ("Place" as defined by the Census) - 4 JeffClasAreas_Population and Housing by Place.pdf.

The methodology employed in this matter is generally accepted in the field of Demography. It should be noted Jefferson Parish relied on the 2020 US Census Data to reapportion Parish Council and School Board Districts following its release.  Messrs. Rigamer and Poche assisted both the Jefferson Parish Council and the Jefferson Parish School Board in the redistricting initiatives.

**Statement of Findings and Opinions**

According to the 2020 US Census (the most credible source of relevant information), 76,510 individuals lived in 33,249 occupied housing units within the class area in 2020.  The 2020 figures were marginally less than the number of individuals (77,559) and occupied housing units (35,620) reported in the 2010 US Census.  The total population and the number of residential housing units is a reasonably reliable estimate of the area described in the "Class Area" for the period July 2017 through December 2019.  The opinions expressed in this report are made to a reasonable degree of scientific certainty.

_____
Gregory C. Rigamer

02.01.2024
Date

Metairie Office Tower, 433 Metairie Road, Suite 102, Metairie, LA 70005
Email: gcr@BDPCLLC.com - Voice: 504.289.3434 - Web: www.BDPCLLC.com



Gregory C. Rigamer – CEO/Owner of BDPC, LLC
NUMBER OF YEARS IN CURRENT POSITION: 13
NUMBER OF YEARS IN COMPARABLE POSITION: 40
RESEARCH AND ANALYTICAL EXPERIENCE:



Greg Rigamer has been a Principal Researcher and Senior Analyst addressing economic, social, and financial trends in Louisiana since 1979 – the year he founded GCR and Associates, Inc. GCR focused on using empirical data to support critical decision-making processes in the public, institutional, and commercial environments. The skill and expertise of firm was tested in the aftermath of Hurricane Katrina when Mr. Rigamer was called upon to document and forecast the recovery of the New Orleans metropolitan area to prioritize investments in critical public and private facilities and services. Primary areas included utility and public safety services, schools, hospitals, and a host of other commercial and public facilities and services. Mr. Rigamer was recognized for his proficiency in this area by many community and business interests. He grew GCR to a resident staff of 140 with a national clientele prior to selling GCR to a private equity firm and establishing BDPC, LLC. BDPC's exclusive focus is strategic planning based upon fundamental data, observed trends, and the measurement of outcomes. Since its establishment in 2013, BDPC has conducted hundreds of surveys and analyses to document public preferences and trends, measure outcomes, and chart a course for success for multiple clients and initiatives. For his work in the post Katrina era, Mr. Rigamer was the recipient as the University of New Orleans 2007 Distinguished Alumnus Award and the Louisiana Technology Council's Technology Renaissance Award for the development of a "Decision Support System" to support recovery initiatives. He was recognized as an Expert Witness in the fields of Demography and Urban Planning by the US District Court, Eastern District, State of Louisiana. Mr. Rigamer received a Bachelor of Arts degree in Philosophy form Louisiana State University in 1971 and a Master of Science degree in Urban Studies from the University of New Orleans in 1974.