# United States District Court
## Eastern District of Louisiana
### Case No: 18-7889 c/w 18-8071, 18-8218, 18-9312

**Elias Jorge "George" Ictech-Bendeck, et al.**

*Plaintiffs*

vs.

**Waste Connections Bayou, Inc., et al.**

*Defendants*

**Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE**

**March 12, 2024**

EXHIBIT 19

Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE
*Elias Jorge "George" Ictech-Bendeck, et al., vs. Waste Connections Bayou, Inc., et al.*
United States District Court, Eastern District of Louisiana
March 12, 2024

# TABLE OF CONTENTS

I.     OVERVIEW OF ASSIGNMENT ................................................................................... 3
II.    QUALIFICATIONS ........................................................................................................ 5
III.   SUMMARY OF OPINIONS .......................................................................................... 6
IV.    SCOPE OF WORK AND DOCUMENTS CONSIDERED............................................ 7
V.     PROPOSED CLASS AND PROPOSED CLASS AREA................................................ 8
VI.    PROPOSED CLASS REPRESENTATIVES' PROPERTIES .....................................11
VII.   EVALUATION OF REAL ESTATE DAMAGE CLAIMS STEMMING FROM INTERFERENCE WITH USE AND ENJOYMENT CAUSED BY THE ALLEGED ODOR 21
VIII.  OPINIONS ..................................................................................................................... 26
IX.    CONCLUSION .............................................................................................................. 68

ATTACHMENT A:   Curriculum Vitae of Trevor E. Phillips

ATTACHMENT B:   Documents Considered

ATTACHMENT C:   USPAP Advisory Opinion 9

ATTACHMENT D:   Zoning Maps of Proposed Class Representative Neighborhoods

Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE
*Elias Jorge "George" Ictech-Bendeck, et al., vs. Waste Connections Bayou, Inc., et al.*
United States District Court, Eastern District of Louisiana
March 12, 2024

**Figure 1: Map of Proposed Class Area**



20. The Proposed Class Area covers approximately 42 square miles and includes portions of both the East Bank and West Bank of Jefferson Parish, Louisiana. It includes all or portions of the municipalities of Westwego, Kenner, and Harahan and the communities of River Ridge, Elmwood, Metairie, Waggaman, Avondale, and Bridge City.

21. As of 2020, the estimated population of the Proposed Class Area was 76,731.[7] At that time, the Proposed Class Area contained an estimated 36,375 housing units, of which 20,473 (56.3%) were owner-occupied, 12,847 (35.3%) were renter-occupied, and 3,055

---

[7] The population and housing estimates cited in this section of the report, unless otherwise specified, are reported by ESRI Business Analyst's summary of 2020 Census data.

Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE
*Elias Jorge "George" Ictech-Bendeck, et al., vs. Waste Connections Bayou, Inc., et al.*
United States District Court, Eastern District of Louisiana
March 12, 2024

(8.4%) were vacant.[8] The distribution of population and housing units among the East Bank and West Bank is shown below in Figure 2.

**Figure 2: 2020 Population and Total Housing Unit Counts in Proposed Class Area[9]**

|  | East Bank | West Bank | Total |
|---|---|---|---|
| Population | 57,753 | 18,978 | 76,731 |
| Housing Units | 28,661 | 7,714 | 36,375 |
| Owner-Occupied | 15,582 | 4,891 | 20,473 |
| Renter-Occupied | 10,890 | 1,957 | 12,847 |
| Vacant | 2,189 | 866 | 3,055 |

22. As further described in Opinion 2, the Proposed Class Area includes neighborhoods, subdivisions, and communities that vary significantly in their mix of land uses. For example, the Elmwood area—which includes some condominium and apartment housing—is primarily commercial and light industrial. By contrast, the Avondale and Waggaman communities are predominantly comprised of single-family residential properties.

23. The JPLF, which began operating in 1982,[10] is located in the southwestern corner of the Proposed Class Area. There are two additional landfills located adjacent to JPLF: the Highway 90 Construction & Demolition Debris (C&D) Landfill and the River Birch Landfill as shown below in Figure 3.

---

[8] Mr. Rigamer's report cites the 2020 population of the Proposed Class Area as 76,510 and the number of occupied housing units in the Proposed Class Area as of 2020 as 33,249. Our figures differ slightly but immaterially, as discussed in Opinion 5.
[9] The total housing units I cite in this table are the totals of owner-occupied, renter-occupied, and vacant housing units as reported by ESRI Business Analyst.
[10] Per Environmental Protection Agency data available at lmopdatala.xlsx (live.com)

10

Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE
*Elias Jorge "George" Ictech-Bendeck, et al., vs. Waste Connections Bayou, Inc., et al.*
United States District Court, Eastern District of Louisiana
March 12, 2024

the odor did not impair the use and enjoyment of their properties, or that they may have perceived odors emanating from other sources, indicates that Proposed Class Representatives' perceptions of the alleged odor and their claims of lost use and enjoyment cannot be assumed to be indicative of all putative class members' perceptions of alleged JPLF odors or any loss of use and enjoyment at all properties in the Proposed Class Area.

131. **OPINION 5: By only providing counts of population and housing units within the Proposed Class Area, the Rigamer Report does not identify the variations in land use within and among neighborhoods and submarkets throughout the Proposed Class Area and does not address the diversity of property characteristics. Because of the extent of these differences, any damages stemming from alleged interference with use and enjoyment of property cannot be credibly or reliably measured on a class-wide basis.**

132. The purpose of Mr. Rigamer's report was to "determine the population and number of residential housing units in the [Proposed Class Area]."[91] His report concludes that as of the 2020 Census, "76,510 individuals lived in 33,249 occupied housing units within the class area."[92]

133. As reported in Paragraph 21, the data on which I relied to summarize the composition of the Proposed Class Area indicated that its population as of 2020 was 76,731 and that the total number of occupied housing units was 33,320.[93] My estimates of both population and occupied housing units are within 0.3% of Mr. Rigamer's. Our respective counts are "a reasonably reliable estimate" of the population and housing units in the Proposed Class Area during the Proposed Class Period.[94]

---

[91] Rigamer Report, page 1.
[92] Rigamer Report, page 2.
[93] The data on which I relied was reported by ESRI Business Analyst Online. The number of occupied housing units is the sum of the owner-occupied and renter-occupied units reported in Paragraph 21 and Figure 2.
[94] Rigamer Report, page 2.

Report of Trevor E. Phillips, FRICS, ASA, CCIM, CRE
*Elias Jorge "George" Ictech-Bendeck, et al., vs. Waste Connections Bayou, Inc., et al.*
United States District Court, Eastern District of Louisiana
March 12, 2024

    characteristics, or the source, presence, nature, and extent of the alleged odor. As such, any alleged loss of use and enjoyment or damages at the Proposed Class Representatives' properties cannot be considered indicative of the presence or magnitude of any loss of use and enjoyment or damages at other putative class members' properties.

e) By only providing counts of population and housing units within the Proposed Class Area, the Rigamer Report does not identify the variations in land use within and among neighborhoods and submarkets throughout the Proposed Class Area and does not address the diversity of property characteristics. Because of the extent of these differences, any damages stemming from alleged interference with use and enjoyment of property cannot be credibly or reliably measured on a class-wide basis.

140. I reserve the right to amend my analyses, findings, and opinions should any new additional information be made available to me.

_____
Trevor E. Phillips, FRICS, ASA, CCIM, CRE
Louisiana Certified General Appraiser: G 1623
March 12, 2024