# Scott R. Bickford
Martzell, Bickford & Centola
**338 Lafayette St.**
**New Orleans, LA 70130**

504-581-9065 **April 2024** Srb@mbfirm.com

Managing Principal Martzell, Bickford & Centola and
Immediate Past President of the Louisiana Association for Justice

**Education**: B.A. in Political Science, Tulane University (1978)
Juris Doctorate, Tulane Law School (1982).

**Bar Admissions:**

Louisiana   01165
Texas       02295200
Colorado    021496

**Publications:**

"Restricting Lawyers' Solicitation of Victims," **ABA The Brief**, Vol. 25 No. 7, 1995.
Monthly President's Article (September 2022 to Present), **Louisiana Advocates**, Louisiana
Association for Justice.

**Teaching Appointments:**

Director and Adjunct Professor Tulane Law School, Lecturer in Law, Trial Advocacy Program
(Sept. 2014 to present), Adjunct Professor of Trial Advocacy Tulane Law School (2008-2014)

Louisiana Judicial College: Instructor, Jury Reform (2012); Evidence (2023)

Assistant Bar Examiner, Louisiana State Bar Association, Code I (1990 to Present).

Frequent lecturer on the subjects of ethics, election law, trial advocacy, privacy, NAS children.

**Litigation Appointments**

MDL Plaintiffs' Steering Committee member, *In re: McKinsey & Co., Inc. National Prescription
Opiate Consultant Litigation*, United States District Court for the Northern District of
California, Case No. 21-md-02996-CRB (2021 to present) appointed by Judge Charles Breyer;

Chair, Ad Hoc NAS Children's Committee, Purdue Bankruptcy;
Chair, Ad Hoc NAS Children's Committee, Mallinckrodt Bankruptcy;
Chair, Ad Hoc NAS Children's Committee, INSYS Bankruptcy;

1



EXHIBIT
20
tabbies®

Ad Hoc NAS Children's Committee, ENDO Bankruptcy;
NAS Children's Representative and Class Attorney for INSYS Bankruptcy Medical Surveillance Certified Class;
Committee Member, Creditors Committee, Babcock and Wilcox Bankruptcy (2001 to 2008).

Member Lawyer Disciplinary Committee, US District Court Eastern District of Louisiana (2014 to present: DWH matters) Appointment by Chief Judge Sarah Vance.

MDL Plaintiffs' Steering Committee member, *In Re: Pool Products Distribution Marketing Antitrust Litigation,* United States District Court, Eastern District of Louisiana, C.A. MDL No. 2328, Multi-District Litigation, Section R, Magistrate 2; (Consumer products/Anti-trust litigation concerning distribution of swimming pool products) (2012 to 2016) Appointed by Chief Judge Sarah Vance.

MDL – 2179 Oil Spill by the Oil Rig Deepwater Horizon - Discovery Committee, depositions, first filed complaint (Roshto), litigated transfer of Limitation proceeding, participated in Board of Inquiry.

MDL Liaison Counsel Plaintiffs' Steering Committee, *In Re: Apple iPhone 3G and 3G-S "MMS' Marketing and Sales Practices Litigation,* United States District Court, Eastern District of Louisiana, C.A. 2:09-md-02116, Multi-District Litigation, Section J, Magistrate 1; (Consumer products litigation against Apple and AT&T) (2009 - 2012).

Plaintiff Steering Committee, Co-Trial Chair in *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, United States District Court, Eastern District of Louisiana, C.A. No. 05-4206, Section L, Magistrate 2 (environmental oil spill at Murphy Refinery in St. Bernard Parish, Louisiana, following Katrina).

Court Appointed **Receiver**, for Louisiana Interests, Inc. (The OZ Bar), *John L. Chisholm, Jr. vs. Doyle G. Yeager, et al*, Civil District Court, New Orleans, LA, C.A. No. 13-6325 (2013-2014); Court Appointed **Special Master**, *Billieson, et al. v. City of New Orleans, et al.,* Civil District Court, New Orleans, LA, C.A. No. 94-19231 (class action of hundreds of lead poisoned children) (2013-2016); Court Appointed **Special Master**, *Alvendia vs. Alvendia*, (Domestic Dispute/ Distribution of Legal Fees) Civil District Court, New Orleans, LA, C.A No 2006-452; (2010-2011); Court Appointed **Liquidator**, Ardoin & Tanet (liquidation of a plaintiffs' law firm/fee distribution).

**Significant Litigation:**

Counsel MEBA members (Maritime Engineers Beneficial Association) (Marine Engineers, including chief engineers, on more than 200 vessels for personal injuries. *In Re Hannon* cases USDC Eastern District of Louisiana (1983 to 2010).

**Calcout case – counsel for multiple plaintiffs on Rig fire Gulf of Mexico**

*In Matter of P&E Boat Rentals*, 872 F.2d 642 (1989) ship collision, deaths resulting from collision of vessels on Mississippi River, limitation action.

MDL Lead Trial Counsel, *In Re: Welding Fume Products Liability Litigation*, *Ernesto G. Solis v. Lincoln Electric Company, et al,* (welding fume litigation alleging brain damage to welders) United States District Court, Northern District of Ohio, Eastern Division, C.A. No. 1:04-CV-17363, MDL Docket No. 1535;

*State of Louisiana vs Texaco, et al,* C.A. 88-998-A, Counsel for Sen. Russell Long/ Lawton Family entities, United States District Court, Middle District of Louisiana to recovery unpaid oil and gas royalties by Texaco.  Resulted in over $2 Billion Dollar settlement.

Lead Counsel, *Louise Woody Jenkins v. Secretary of State, et al,* (Counsel for Senator-elect Mary Landrieu) (1996- 19th JDC, Baton Rouge, LA).

Counsel, *In re:  United States Senate in Matter of the Senate Seat from Louisiana,* 105th Congress (1997) (Counsel for Senator-elect Mary Landrieu).

Lead Counsel, *Dennis Mullins, et al v. Treasure Chest Casino, LLC*, (Jones Act Class Action involving lung injuries about Casino Vessel), 97-31189 5th Cir, 186 F.3d 620 (5th Cir).

Mayor transition teams for New Orleans Mayors Mitch Landrieu and Ray Nagin.

**Personal:**

Immediate Past President of the Louisiana Association of Justice (September 2023 to Present)

President of the Louisiana Association of Justice (September 2022- 2023)

Member of the Tulane Law School Board/ Deans Advisory Council (2015 to Present)

Member Tulane Inns of Court

Board of Governors, Louisiana Representative American Association of Justice (July 2011 to Present)

Chairman and Board member Project Lazarus New Orleans – HIV Hospice (1994 -2000)

President Sigma Building – Kappa Sigma Fraternity

**Interests**:

Sail Racing, Skiing, Photography

## Lawrence J. Centola, III

| | |
|---|---|
| <u>Employment:</u> | Martzell, Bickford, & Centola |

<u>Education:</u>  LSU Paul M. Hebert Law Center    J.D. – May 2001
Louisiana State University    B.A. - Political Science - 1998
-    Student Body President – 1997-98

<u>Professional:</u>  Louisiana Bar Examiner – Torts – 2017 to 2021
Louisiana Center for Law and Civic Education
-    President – 2017 to 2018
Louisiana State Bar Association –Young Lawyers Section
-    Chair 2012-13
Louisiana State Bar Association –
-    Treasurer 2022-24
-    Public Information Committee 2008-present
-    Lawyers in Transition Committee 2008-present
New Orleans Bar Association
-    Young Lawyers Section - Board of Directors 2002-2008
         Chair, Law Day Committee, 2002-2005
         Chair, Approach the Bench Committee, 2005-2006
New Orleans Chapter of the Federal Bar Association
-    Young Lawyers Division Chair – 2010-2011
-    Board of Directors – 2010 to present
-    Treasurer 2022-24
John C. Boutall Inns of Court
-    Executive Committee 2007 - 2012
Louisiana Association of Justice
-    Member, 2007 – present
-    Chair, 2014-15, 2022-23 Section on Toxic Torts
American Association for Justice
-    Public Affairs Committee, 2014 - present

<u>Speeches:</u>

2011- Bridging the Gap Seminar – To be or not to be a lawyer.
2012 - LSBA Professional Development Seminar – Law Office Practice
2013 - LSBA Professional Development Seminar – Law Office Practice
2013 - Central Louisiana Bar Association – Louisiana Class Action Update Post Wal-Mart
2013 - Louisiana Association of Justice - Louisiana Class Action Update Post Wal-Mart
2013 - New Orleans Federal Bar Association – Ethics – Managing Stressed Clients
2014 - LSBA Insurance Committee – Professionalism in the Civil Litigation Context
2015 - LSBA Professional Development Seminar – Ethics Do's and Don'ts
2016 - LSBA Trial Practice Series – Closing Arguments
2016 - Louisiana Association of Justice - Louisiana Class Action Update
2017 - LSBA Summer School – Anatomy of a Trial
2022 - Louisiana Association of Justice - Louisiana Class Action Update

Awards:

> 2013 – Louisiana Association for Justice President's Award for significant class action litigation
>
> 2008 - American Inns of Court - Sandra Day O'Connor Award for Professional Service
>
> 2007 – Louisiana State Bar Association YLS – Chair's Award

Significant Litigation:

> Class Counsel - *Tinson v. Bass Enterprises Production Co*., 05-4512, Eastern District of Louisiana –oil spill class action. $1.375 million settlement.
>
> Class Counsel - *Blanchard v. Sundown Energy,* 05-4198, Eastern District of Louisiana – oil spill class action. $2 million settlement.
>
> Class Counsel - *Desselle v. Acadian Ambulance Service, Inc.,* 2012 WL 280670, 12th JDC Health Care Consumer Billing and Disclosure Protection Act class action. $5.9 million settlement.
>
> MDL 2047, *In re: Chinese Drywall* - member of the following committees as assigned by the Plaintiffs' Steering Committee: written discovery, deposition discovery, Experts Science (PI), Inspections.
>
> Class Counsel - *Vallare v. Ville Platte Medical*, 151 So.3d 984, 13th JDC 72711-A, Health Care Consumer Billing and Disclosure Protection Act class action.
>
> Class Counsel - *Baker v. Minden Medical Center*, 26th JDC 71,566, Health Care Consumer Billing and Disclosure Protection Act class action.
>
> PSC member/Class counsel - Bayou Corne Sinkhole Litigation, *Leblanc v. Texas Brine*, 12-2059, Eastern District of Louisiana, salt dome collapse complex litigation. $48 million settlement.
>
> Class counsel – *Ancar v. Sun Drilling*, 25th JDC 59,599, Class action for release of diethylbenzene.
>
> Class Counsel - *Hubbard v. Natchitoches Regional Medical Center*, 10th JDC 85,852, Health Care Consumer Billing and Disclosure Protection Act class action
>
> MDL 2740 - *In re: Taxotere*, PSC member
>
> Class Counsel - *Ulrich v. Louisiana Department of Revenue*, 19th JDC 651,300, Class action for unconstitutional taking of tax credits.
>
> Class Counsel – *Rowell et al v. Shell Chemical*, 14-2392, Eastern District of Louisiana – Sulphur gas class action. $2 million settlement.
>
> Class Counsel – *Riley et al v. Olin Corporation et al*, 18th JDC, 76483 –Chlorine gas release class action.

# Jason Z. Landry

338 Lafayette St.                                                           504-581-9065
New Orleans, LA 70130                                            jzl@mbfirm.com

---

**EMPLOYMENT**
Martzell, Bickford, & Centola
-   August 2011 – present

**EDUCATION**
LSU Paul M. Hebert Law Center
-   J.D. – May 2011
-   Order of the Coif
Louisiana State University
-   B.A. - History - 2006

**PROFESSIONAL**
Louisiana State Bar Association
Federal Bar Association (New Orleans Chapter)
New Orleans Bar Association
-   Member, 2013-present
American Association for Justice
-   Member, 2012 - present
Louisiana Association of Justice
-   Member, 2012-present
Academy of New Orleans Trial Lawyers
-   Member, 2012 – present
-   President, 2015 – 2017

**SIGNIFICANT LITIGATION**

Class Counsel - *Torregano, et al vs. Sader Power, LLC, et al*, Eastern District of Louisiana No. 2:14-cv-00293, Class action for deceptive solar panel sales practices.

Class Counsel - *Ulrich v. Louisiana Department of Revenue*, 19th JDC 651,300, Class action for unconstitutional taking of tax credits.

Associate to Class Counsel – *Rowell et al v. Shell Chemical*, 14-2392, Eastern District of Louisiana – Sulphur gas class action. $2 million settlement.

Associate to Class Counsel - *Desselle v. Acadian Ambulance Service, Inc.,* 2012 WL 280670, 12th JDC Health Care Consumer Billing and Disclosure Protection Act class action. $5.9 million settlement.

Associate to Class Counsel - *Vallare v. Ville Platte Medical*, 151 So.3d 984, 13th JDC 72711-A, Health Care Consumer Billing and Disclosure Protection Act class action.

Associate to Class Counsel - *Baker v. Minden Medical Center*, 26th JDC 71,566, Health Care Consumer Billing and Disclosure Protection Act class action.

Associate to Class Counsel - *Hubbard v. Natchitoches Regional Medical Center*, 10th JDC 85,852, Health Care Consumer Billing and Disclosure Protection Act class action



# Bruce C. Betzer, Jr.
## Attorney at Law

**CONTACT DETAILS**
3129 Bore Street
Metairie, LA 70001
Phone: (504) 832-9942
Fax: (504) 304-9964
bruce@brucebetzer.com
www.brucebetzer.com

**EDUCATION**

- **Juris Doctor**
  Loyola University
  New Orleans, Louisiana
  1997 - 2000

- **Bachelor of Arts History**
  Loyola University
  New Orleans, Louisiana
  May 1996
  GPA: 3.46; Major: 3.75

- **East Jefferson High School**
  Summa Cum Laude
  May 1991

**Honors and Activities**

- Dean's List-six semesters
  1993-1996

- Founder and President of
  Loyola College Democrats
  1992-1995

- Member of S.A.P.A.C.
  Student Affairs Advisory
  Policy Committee
  1994-1995

- Phi Alpha Theta
  History Honors Society
  1993

## C.V./BIOGRAPHY

Bruce was born in New Orleans and grew up in St. Bernard Parish.

He opened The Law Office of Bruce C. Betzer in 2006, serving clients in the Metairie and New Orleans, Louisiana, areas. Backed by more than sixteen (16) years of experience, and with a personalized, client-centered approach, his firm, consisting of four (4) attorneys, specializes in injury cases that involve Property Damage/Home Owner's claims, Employment cases, Excessive Force claims, Worker's Compensation claims, Class Actions and Bad Faith Insurance litigation.

Mr. Betzer identifies with his clients' setbacks and frustrations. As someone who lost his home to Hurricane Katrina and long ago suffered a violent attack by an overzealous police officer, he relates to their problems and issues. When he prevails in a client's case, in or out of court, he shares that victory with the deserving accident victim. He has handled thousands of cases over his career from Class Actions against FORD Motor Company and Murphy Oil, to Civil Rights claims involving the use of excessive force. He believes that each case becomes a part of his story.

He attended Loyola Law School of New Orleans from 1997-2000. Prior to opening his own Law Firm in 2006 in the wake of Katrina, he worked for Personal Injury Attorney Edward Gothard in Metairie, LA.

Bruce Betzer's career achievements have been stunning as he has won numerous significant verdicts and recovered millions of dollars for his clients. He has contributed to the betterment of Louisiana. But he has never forgotten his roots, as he continues to be proud of our state and its people.

## LEGAL EXPERIENCE
- **Law Office of Bruce C. Betzer, A.P.L.L.C.**- Metairie, Louisiana
  Attorney/Owner : October 2006-Present: Specializing in Personal Injury Civil Rights, Employment law, Consumer protection, and Hurricane Insurance Litigation, Family Medical Leave Act litigation and Whistle Blower Claims.
- **NOWALSKY, BRONSTON & GOTHARD, A.P.L.L.C.**- Metairie, Louisiana
  Attorney: 2000-2005 specializing in Plaintiff Personal Injury litigation.
- **DOUG SCHMIDT & ASSOCIATES, A.P.L.C.**- New Orleans, Louisiana
  Legal Assistant: May 1990-1997 Specializing in Class Action litigation; Prepared files for trial; Interviewed clients; Maintained client files and database (personal injury, Class Action and defense); Drafted correspondence and set depositions; Filed court documents; Conferred with opposing attorneys and paralegal; Coordinated special events and maintained a working calendar.

## ADMITTED TO PRACTICE
- State of Louisiana
- United States Court of Appeals, Fifth Circuit
- United States District Courts
- Eastern District of Louisiana
- Middle District of Louisiana
- Western District of Louisiana

## POLITICAL EXPERIENCE
- **POLITICAL CAMPAIGNS (National, State & Local)** 1989-1995
  Campaign Coordinator and/or Volunteer for various City Council, Judicial, Secretary of State, Insurance Commissioner, Gubernatorial and Presidential candidates: Organized sign distribution and placement in various locations; Conducted statistical and biographical research; Organized fund-raisers and conducted steering committee meetings with multi-media consultants; Drafted from letters and scheduled candidate speaking engagements, dinners and parades.
- **WHITE HOUSE ADVANCE AND SCHEDULING TEAM -** 1995 to 2000
  New Orleans and Baton Rouge Louisiana: Assisted in organizing Presidential Motorcades and Organizing Rallies. Worked with President Clinton's White House Staff to organize both presidential and political events locally.
- **SENATOR JOHN BREAUX**, New Orleans Office - February 1998 to1999
  Legal legislative aide: Assist in researching and solving constituent's problems.
- **DEMOCRATIC STATE CENTRAL COMMITTEE**, Elected in 1996
  D.S.C.C. Member represent the democratic constituents of District 104 in St. Bernard Parish.

## PROFESSIONAL ASSOCIATIONS AND ORGANIZATIONS
- **Louisiana Association of Justice** (Formerly Louisiana Trial Lawyers), 2000 – Present
- **American Association of Justice**-2015-2020
- **Alliance for Good Government St. Bernard/New Orleans Political Action Group**
  Vice President 1997; Executive Member 1993-1996;
- **Area Coordinator for St. Bernard Parish** 1995 - 1996; Active Member through the present
- **Board Member of the Brain Injury Association of Louisiana (B.I.A.L.A.)**
  2010 - 2014.
- **Phi Kappa Psi Fraternity, Loyola University, Charter Member** 1993
- **Krewe of Orpheus**, Charter Member 1993
- **Mystic Krewe of Louisianians**, Member 2001 Washington D.C.
- **Students for the Preservation of Constitutional Rights**, St. Bernard Parish, Louisiana, Secretary 1991
- **Young Democrats of New Orleans**, Member 1995

- **Young Democrats of Louisiana**, Member 1993-1995
- **Louisiana College Democrats of America**; Communications President 1995
- **National Parks and Conservation Association**, Member Since 1995
- **Musician, Guitarists & Songwriter** with *The Subterraneans*

## CASES

- On July 28, 1992, there was a massive explosion at the Arcadian Corporation Plant in Calcasieu Parish, Louisiana. He served as a law clerk to lead counsel in both state and federal litigation in the Arcadian Plant explosion which occurred in Lake Charles, Louisiana, involving over 12,000 clients and/or settlement of $53,000,000 Undray D. Ford, Etc., et al., Plaintiffs-appellants, v. Ernie Elsbury, et al., Defendants-appellees, 32 F.3d 931 (5th Cir. 1994).
- Mr. Betzer has also participated in a class action lawsuit entitled Evans, et al. vs. Illinois Central Railroad Company, Case No. 2002-003796, Division "C" in the Parish of Tangipahoa.
- Mr. Betzer represented over 300 claimants in the Class Action, entitled Claude Bourgeois v. Murphy Oil USA, Inc. et al, Case number 99-255, which was before the Eastern District Court.
- In 2005, Mr. Betzer was an integral part of the Class Action case, Turner v. Murphy Oil USA Inc. 2:05-cv-04206, wherein thousands of residents of St. Bernard Parish were forced to sell their homes due to oil contamination.
- On May 6, 2010, Mr. Betzer filed the Class Complaint entitled, Captain Charlie   Thomason's Bayou Charters, Inc. Et al. V. BP, Et al. 2:10-cv-01422, wherein over twenty plaintiffs were named in the complaint less than three weeks after the explosion.   Many of Mr. Betzer's clients in this lawsuit are well know Fishing guides, commercial fishermen and shrimpers, community leaders, and Gulf Coast landowners whose property has been destroyed by the April 20, 2010 oil spill. Mr. Betzer obtains millions of dollars in settlements for his clients.
- In RE: Taxotere (DOCETAXEL) MDL No. 16-2740 Products Liability Litigation Section: "H" 2:17-cv-14003

Where Mr. Betzer lacks the decades of experience that many of his colleagues have in the class action field, he brings a commitment to serving the class as only an energetic and vocal community leader can do.   He understands the issues surrounding the people of River Ridge and prays that this Honorable Court allow him to serve the people of his community.

## Douglas Hammel
### 3129 Bore Street, Metairie, LA 70001
### Phone: 504-304-9952
### Douglashammel@gmail.com

## Relevant Profile

Since 2015, I have participated in one other class action lawsuit. It was a case that I filed against a local bank, and it was settled after motion practice. Since 2015, I have participated in one other mass action case; I was part of the Taxotere trial team. Since 2018, I have participated as one of two lead attorneys in the prosecution of this Class Action lawsuit. I have the resources necessary to fund the expenses of this case and see it through trial and appeal.

## Experience

Attorney, Hammel Law Firm, LLC, Metairie, Louisiana – 2009-present
Since 2008, I have operated the Hammel Law Firm as a solo practitioner. "Helping good people in unfortunate situations."

Attorney, USA Attorney, Miami, Florida – 2005-2008
High volume, multi-lingual, immigration focused, law firm. I developed the administration of inner office workflow for thirty support staff processing citizenship applications in fifteen different languages.

Attorney, Assistant City Attorney, New Orleans, Louisiana – 2004-2005
Represented the City of New Orleans in Civil District Court.

Attorney, Assistant District Attorney, Jefferson Parish – 2000-2004
As an Assistant District Attorney, I conducted criminal jury trials, motion hearings and plea negotiations.

Law Clerk, Judge Frank A. Marullo, Criminal District Court, New Orleans – 1997-2000
Maintained this position while in law school.

Administrator, PJAX Freight System, Gibsonia, Pennsylvania – 1995-1997
Coordinate overnight delivery system of trucks over fifteen states.

## Education

American University, Washington, D.C. - Justice, 1995
Loyola University Law School, New Orleans, LA - Juris Doctorate, 2000

## Civic Engagement

President, WWOZ Radio, New Orleans, Louisiana – 2017-2020
Board Member, New Orleans Jazz and Heritage Festival and Foundation, New Orleans, Louisiana – 2003-2020

# ANTHONY D. IRPINO, ESQ.
**IRPINO, AVIN & HAWKINS LAW FIRM**
**2216 Magazine Street, New Orleans, Louisiana 70130**
**Telephone (504) 525-1500**
**Telefax (504) 525-1501**
**Email:** airpino@irpinolaw.com

*Overview*

    Anthony Irpino has been practicing law continuously since 1996 and is the founding and senior partner of Irpino Law Firm, LLC d/b/a Irpino, Avin & Hawkins Law Firm – a New Orleans firm with ten attorneys handling a range of cases on behalf of thousands of harmed individuals, businesses, and political subdivisions.   He leads, mentors, and manages attorneys and staff while actively litigating, and has spent his legal career pursuing justice for victims.

*Professional Experience*

    Mr. Irpino has represented plaintiffs in thousands of cases and has served as counsel in dozens of multi-district litigation ("MDL") cases and state class actions, including litigation involving antitrust violations, consumer protection, defective products, mass disasters, and employment violations.   He has been part of the plaintiffs' trial teams and/or served in leadership roles successfully prosecuting some of the largest civil cases in state and federal courts, including:

- MDL 2804 - *In Re: National Prescription Opiate Litigation*, USDC N.D. Ohio (Trial Team Member, Head of Privilege and Confidentiality Teams)
- MDL 2750 - *In Re: Invokana (Canagliflozin) Products Liability Litigation*, USDC D.N.J. (Court Appointed Plaintiffs' Steering Committee Member)
- MDL 2606 - *In Re: Benicar (Olmesartan) Products Liability Litigation*, USDC D.N.J. (Court Appointed Plaintiffs' Steering Committee Member)
- MDL 2327 - *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, USDC S.D.W.Va. (Head of Privilege Committee)
- MDL 2179 - *In Re: Oil spill by the Oil Rig "Deepwater Horizon*, USDC E.D. La. (Trial Team Member and Head of Privilege and Confidentiality Teams)
- MDL 2047 - *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, USDC E.D. La. (Court Appointed Plaintiffs' Steering Committee Member, Trial Team Member)
- *Darlene Husband, et al. v. Tenet Memorial Medical Center, Inc.*, State of Louisiana, Orleans Parish Case No. 2006-10210, Div. "B" (Co-Lead Counsel)
- *Eddy Oliver, et al. v. Orleans Parish School Board, et al.*, State of Louisiana, Orleans Parish Case No. 2005-12244, Div. "N" (Trial Team Member)

Page **1** of **2**

*Military Service – Louisiana Army National Guard*

- Current Rank and Role: Captain/O3, Trial Defense Services Attorney, responsible for defending Soldiers in administrative and criminal military matters, 2021-present
- Graduated Judge Advocate General's Legal Center and School, 2020
- Completed Basic Officer Leader Course, 2020
- Staff, Louisiana Army National Guard Joint Force Headquarters, 2019
- Commissioned as First Lieutenant in the Louisiana Army National Guard, 2018

*Admissions to Practice Law*

- Supreme Court of the United States of America, 2015
- Unites States District Court, Western District of Louisiana, 2000
- Unites States District Court, Middle District of Louisiana, 1998
- Unites States District Court, Eastern District of Louisiana, 1997
- Unites States Court of Appeals for the Fifth Circuit, 1999
- Supreme Court of the State of Louisiana, 1996

*Recent Recognitions*

- "Highly Qualified" Officer Evaluation Report for Louisiana Army National Guard, 2022
- Selected as a "SuperLawyer™" for Louisiana, 2020-2022
- Vice President, The A. P. Tureaud American Inn of Court, 2021-2022
- Named among "Best Lawyers®" for Louisiana, 2020-2021
- *Commandant's List* - top 20% of class at JAG Center and School, 2020

*Education*

Tulane Law School, New Orleans, LA
Juris Doctor, *cum laude*, 1996

University of Illinois, Champaign, IL
Major: Speech Communications; B.A., 1993

# KACIE F. GRAY, ESQ.
**IRPINO, AVIN & HAWKINS LAW FIRM**
**2216 Magazine Street, New Orleans, Louisiana 70130**
**Telephone (504) 525-1500**
**Telefax (504) 525-1501**
**Email: kgray@irpinolaw.com**

## PROFESSIONAL EXPERIENCE:

Ms. Gray has represented thousands of plaintiffs in both state and federal courts in the areas of personal injury, complex pharmaceutical litigation, first-party property, and shareholder actions, including Multi-District Litigations (MDL), class actions, mass torts, and single plaintiff actions. Ms. Gray has also provided litigation support when the Irpino, Avin & Hawkins Law Firm and its members have been appointed to leadership positions such as executive steering committees. Prior to practice, Ms. Gray served as Court Appointed Disbursing Agent and Special Master in a number of state and federal class action cases.

- MDL 2804 – *In Re: National Prescription Opiate Litigation*, USDC N.D. Ohio
- MDL 2592 – *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, USDC E.D. La.
- MDL 2750 – *In Re: Invokana (Canagliflozin) Products Liability Litigation*, USDC D.N.J.
- MDL 2606 – *In Re: Benicar (Olmesartan) Products Liability Litigation*, USDC D.N.J.
- MDL 2327 – *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, USDC S.D.W.Va.
- MDL 2875 – *In Re: Valsartan, Losartan, And Irbesartan. Products Liability Litigation*, USDC D.N.J.
- MDL 3026 – *In Re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*, USDC N.D. Illinois
- MDL 2179 – *In Re: Oil spill by the Oil Rig "Deepwater Horizon*, USDC E.D. La.
- *Anderson v. Bob Dean, Jr. et al.,*24[th] Judicial District Court for the Parish of Jefferson
- *In Re: Hard Rock Hotel Collapse,* Civil District Court for the Parish of Orleans
- *In Re: Cathode Ray Tube Antitrust Litigation*, USDC, N.D. California
- *Melvin Burmaster, et al. v. Plaquemines Parish Government, et al.,* 25[th] Judicial District Court for the Parish of Plaquemines

## ADMISSIONS TO PRACTICE LAW:

- United States District Court, Western District of Louisiana
- United States District Court, Middle District of Louisiana
- United States District Court, Eastern District of Louisiana
- Fourth Circuit Court of Appeal, State of Louisiana
- Supreme Court of the State of Louisiana

**EDUCATION:**

Louisiana State University, Paul M. Hebert Law Center, Baton Rouge, Louisiana
*Juris Doctor, Graduate Diploma in Comparative Law, 2015*

Louisiana State University, Flores MBA Program, Baton Rouge, Louisiana
*Master of Business Administration, 2015*

## LOUISE C. HIGGINS
IRPINO, AVIN & HAWKINS
2216 MAGAZINE STREET NEW ORLEANS, LA 70130
PH. 504-525-1500 FAX 504-525-1501
EMAIL: LHIGGINS@IRPINOLAW.COM

**IRPINO, AVIN & HAWKINS**, Partner
NEW ORLEANS, LA

**PROFESSIONAL EXPERIENCE**

Ms. Higgins has represented thousands of plaintiffs in state and federal courts in the areas of personal injury, complex pharmaceutical litigation, first-party property, including Multi-District Litigations (MDL), class actions, mass torts, and single plaintiff actions. Ms. Higgins has also provided litigation support when the Irpino, Avin & Hawkins Law Firm and its members have been appointed to leadership positions such as executive steering committees.

**RELEVANT CASE EXPERIENCE**

- MDL 2592 – *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, USDC E.D. La.
- MDL 2750 – *In Re: Invokana (Canagliflozin) Products Liability Litigation*, USDC D.N.J.
- MDL 2606 – *In Re: Benicar (Olmesartan) Products Liability Litigation*, USDC D.N.J.
- MDL 2327 – *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, USDC S.D.W.Va.
- MDL 3026 – *In Re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*, USDC N.D. Illinois
- MDL 2179 – *In Re: Oil spill by the Oil Rig "Deepwater Horizon*, USDC E.D. La.
- *Anderson v. Bob Dean, Jr. et al.,* 24th Judicial District Court for the Parish of Jefferson
- *In Re: Hard Rock Hotel Collapse,* Civil District Court for the Parish of Orleans

**ADMISSIONS TO PRACTICE LAW**

- United States District Court, Eastern District of Louisiana, 2010
- United States Court of Appeals for the Fifth Circuit, 2010
- United States Tax Court, 2011
- Supreme Court of the State of Louisiana, 2008

**EDUCATION**

Loyola University College of Law, New Orleans, LA
Juris Doctor, 2008
Our Lady of Holy Cross College, New Orleans, LA
Major: Management, B.S., 2001

PEARL A. ROBERTSON

PH. 504-432-2309 •• EMAIL: PROBERTSON@IRPINOLAW.COM

**IRPINO AVIN HAWKINS**, PARTNER
NEW ORLEANS, LA

**RELEVANT CASE EXPERIENCE**

- *In re: Abbott Labs., Preterm Infant Nutrition Prods. Liabl. Litig.*
  MDL 3026 – **Active Case**
  I was appointed to leadership as a member of the Plaintiffs' Steering Committee ("PSC").
  Responsibilities include leading privilege and confidentiality discovery committees and
  serving as a member of the deposition committee.

- *In re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Litigation*,
  MDL 3014 – **Active Case**
  I was appointed to serve as a member of the discovery committee by the Co-Leads in the
  case. Responsibilities include drafting various case management/discovery protocols
  and discovery requests, with a focus on privilege and confidentiality.

- *In re: National Prescription Opiate Litigation*, MDL 2804 – **Active Case**
  Irpino Avin Hawkins became involved in MDL 2804 in 2018. Initial case assignments
  included leading privilege and confidentiality committees across several defendant
  groups. Our role grew into assisting in various aspects of the case, including discovery
  leadership and trial team participation in both Federal and State Court actions.

- *In re: Chinese-Manufactured Drywall Litigation*, MDL 2047
  Irpino Avin Hawkins served as of counsel to the PSC, and formally made a PSC member
  in 2018. Work included law and briefing on discrete issues: personal jurisdiction,
  foreign sovereign immunity, spoliation, crime-fraud; privilege committee leadership;
  confidentiality committee; significant deposition prep and participation.

- *In re: Roundup Products Liability Litigation*, MDL 2741 (*while with Weitz & Luxenberg)
  Working under co-lead counsel, duties covered nearly all aspects of the case, including
  law and briefing, privilege, depositions, expert work (direct work with experts on
  reports and preparation; taking defense expert depositions; defending plaintiff expert
  depositions), and *Daubert* hearings.

Other Cases Worked on: *In re: Invokana (Canagliflozin) Prods. Liab. Litig.* (MDL 2750); *In re:
Xarelto (Rivarobaxin) Prods. Liab. Litig.* (MDL 2592); *In re: Benicar (Olmesartan) Prods. Liab.
Litig.* (MDL 2606); *In re: Oil Spill by the Oil Rig "Deepwater Horizon"* (MDL 2179)

**PROFESSIONAL AFFILIATIONS**
CLEF - COMPLEX LITIGATION EDISCOVERY FORUM (PRIVILEGE PANEL); SEDONA CONFERENCE WORKING
GROUP I; AMERICAN ASSOCIATION FOR JUSTICE

**Seth Holden Schaumburg**

*Favret Demarest Russo Lutkewitte & Schaumburg*

*1555 Poydras Street, Suite 1600, New Orleans, Louisiana 70112*

(P) 504-561-1006      (F)504-523-0699      Seth@favretlaw.com

## OBJECTIVE

Experienced civil litigator with a background in personal injury, medical malpractice, and workers' compensation law, seeking to contribute extensive legal, financial, and leadership expertise to the Steering Committee for Landfill Litigation.

## EDUCATION

**Loyola University, College of Law**                    **New Orleans, Louisiana**
*Juris Doctorate*                                        Graduated: May 1996
- Completion of JD and MBA program provides me a comprehensive understanding of both legal and business disciplines, crucial for effective leadership, where decisions often require both legal insight and strategic business thinking in class action litigation.

**Loyola University**                                    **New Orleans, Louisiana**
*Masters in Business Administration*                     Graduated: May 1996
- Possesses advanced knowledge in business management, strategic thinking, and financial acumen. Crucial skills for overseeing complex litigation and managing the various aspects of a class action case efficiently.

**Louisiana Tech University**                            **Ruston, Louisiana**
*Bachelor of Science in Accounting*                      Graduated: May 1989
- Honors: cum laude

## LEGAL EXPERIENCE

**Favret Demarest Russo Lutkewitte & Schaumburg** (1999-Present)
*Senior Partner – Civil Litigation,*
- Specialize in personal injury, medical malpractice, workers' compensation and Longshore and Harbor Workers' cases.
- Has successfully tried civil bench and jury trials in both state and federal jurisdictions in Louisiana.

1

## SIGNIFICANT INDIVIDUAL CASE EXPERIENCE

***Jan Dimitry vs. William J. Jackson, et al***
- Acted as lead counsel during trial in Civil District Court of for the Parish of Orleans.
- Plaintiff injured in a forklift accident.
- Obtained $4.35 million dollar verdict.

***Percy Duplessis vs. Uri Stevenson, et al***
- Acted as lead counsel during a one-week jury trial in Civil District Court for the Parish of Orleans.
- Plaintiff injured in a motor vehicle collision.
- Obtained $438,000 verdict after $5,000 offer to settle.
- Trial featured in the trial advocacy book *The Keenan Edge 2,* in article titled "Reptile Autopsy: Reptile Superstar Seth Schaumburg" by Michael Peterson.

***Joseph Johnson, et al v. Karl Mackey, et al***
- Represented a victim of a motor vehicle collision.
- Plaintiff's vehicle was disabled on I-10 after his tire blew out.  His vehicle was subsequently struck by a delivery truck causing serious injuries.
- Obtained a $20 million dollar settlement.

## CERTIFICATIONS

**Certified Public Accountant (CPA)**
- Will bring a strong foundation in financial analysis and accounting principles to effectively manage class action lawsuit.

**Keenan Trial Institute, Trial Advocacy**
- Completed undergraduate degree in 2020 after completing 192 hours of intensive, hands-on training in trial practice and strategy, focusing on areas such as jury selection, focus groups, opening statements, direct examination, cross examination, and closing arguments.
- Completed Master's Degree in 2021 after completing an additional 96 hours of advanced course work.

## COMMUNITY SERVICE AND PHILANTHROPIC ACTIVITIES

**Jefferson Parish Landfill Investigation**
- Led critical investigation into persistent odors emanating from Jefferson Parish Landfill, identifying the source and environmental impact, which led to significant environmental reforms.
- Collaborated with environmental experts, engineers, and community organizations to gather comprehensive evidence, strengthening the case and

supporting the River Ridge/Harahan Community's claims, which culminated into this Landfill Litigation.
- Communicated with affected community members and politicians at public forums regarding Landfill.

**Legion of Mars Board Member**        **2012 - Present**
New Orleans, Louisiana
- Philanthropic parading organization that honors members of the Military and First Responders in the Greater New Orleans Area.
- Previously served as Parade Chairperson for 7 years.

**President and Board Member of Paradise Community Country Club**    **2002 - 2007**
River Ridge, Louisiana
- Managed daily operations and strategic planning to enhance activities and member engagement.
- Managed budgets and financial planning, ensuring transparency and effective use of resources.
- Managed complete renovation of facilities following Hurricane Katrina.

**Teacher Assistant and Instructor of Legal Research and Writing**    **1994**
Loyola University, College of Law
New Orleans, Louisiana

3

## John D. "Jack" Sileo

Law Offices of John D. Sileo, LLC
3816 Bienville Street, New Orleans, LA 70119, (504) 486-4343, jack@johnsileolaw.com
Residence:
45 Central Square Unit CP
Santa Rosa Beach, Florida 32459

Married to Amy Reimer Sileo

Children: John (spouse - Katelyn), Caroline (spouse - Trevor), Christian (spouse - Kate), Rachel and Sarah

Grandchildren: John David and Eloise Susan

## EDUCATION
University of Scranton, Scranton, PA
**Bachelor of Science – American History and Political Science   1983**

Loyola University, New Orleans, LA
**Juris Doctorate    1986**

## PROFESSIONAL WORK HISTORY
Law Offices of Richard E. Britson
**Associate Counsel 1986 – 1989**

Blue, Williams & Buckley
**Associate    1983 – 1993**

Bernard, Cassia & Elliot
**Associate    1993 – 1994**

LeBlanc, Miranda & deLaup
**Partner     1994 – 1995**

Berger and Forstall, Law Offices of Allan Berger & Associates
**Managing Counsel       1995 – 2007**

Law Offices of John D. Sileo
**Founder and Managing Partner 2007 – present**

## ORGANIZATIONS
Louisiana Association of Trial Counsel
American Bar Association
Louisiana State Bar Association

**CLASS ACTIONS MASS TORT CASES**

A. Defense Counsel for Allstate – 1986-1993 - *Defense of several Class Action Cases Including, In Re: Hail Storm*

B. In Re: Diet Drugs (Phentermine | Fenflaurmine | Dexfenfluramine) Products Liability Litigation (MDL No. 1203)

C. In Re: Rezulin Products Liability Litigation (MDL No. 1348)

D. Class Plaintiff's Counsel – Louisiana Breast Implant

E. St. Ferdinand Chemical Spill – *Plaintiff Committee*

F. In Re: Fosamax Products Liability Litigation (MDL No. 1789). - *Plaintiff Committee/Discovery Sub-Committee Co-Chair*

G. In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation (MDL No. 2738) - *Plaintiff Committee*

H. In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation (MDL No. 2875) - *Plaintiff Committee*

I. In Re: Roundup Products Liability Litigation (MDL No. 2741) - *Plaintiff Committee*

J. In Re: Allergan Biocell Textured Breast Implant Products Liability Litigation (MDL No. 2921)- *Plaintiff Committee*

K. In Re: Zantac (Ranitidine) Products Liability Litigation (MDL No. 2924)- *Plaintiff Committee*

L. In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation (MDL No. 3014) - *Plaintiff Committee*

M. In Re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation (MDL No. 2782) - *Plaintiff Committee*

N. In Re: Davol, Inc./C.R. Bard, Inc, Polypropylene Hernia Mesh Products Liability Litigation (MDL No. 2846) - *Plaintiff Committee*

O. In Re: Paraquat Products Liability Litigation (MDL No. 3004) - *Plaintiff Committee*

P. In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II) (MDL No. 2789) - *Plaintiff Committee*

Q. In Re: Abilify (Aripiprazole) Products Liability Litigation (MDL No. 2734) - *Plaintiff Committee*

R. In Re: Ethicon Inc., Pelvic Repair Systems Products Liability Litigation - *Plaintiff Committee*

S. In Re: Covidien Hernia Mesh Products Liability Litigation (No. II) (MDL No. 3029) - *Plaintiff Committee*

T. In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation (MDL No. 2570) - *Plaintiff Committee*

U. In Re: Dupuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation (MDL No. 2244) - *Plaintiff Committee*

V. In Re: Depuy Orhopaedics, Inc. ASR Hip Implant Products Liability Litigation (MDL No. 2197) - *Plaintiff Committee*

W. In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation (MDL No. 2441) - *Plaintiff Committee*

X. In Re: Vioxx Products Liability Litigation (MDL No. 1657)

Y. In Re: Bextra and Celebrex Marketing Sales Practices (MDL No. 1699)

Z. In Re: Kugel Mesh Hernia Repair Patch Litigation MDL No. 1842)

AA. Gold Peak Tea – *Head Class Counsel*

**2**

**EXPERTISE**

Qualified as expert as Class Counsel in two cases in South Florida involving ethical obligations owed to client.