UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,  Plaintiff  VERSUS  PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,  Defendants  *Applies to: All Cases* | CIVIL ACTION  NO. 18-7889 c/w 18-8071, 18-8218, 18-9312  SECTION: "E" (5)  JUDGE: Morgan MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Support of Plaintiffs' Amended Motion to Certify in Excess of Page Limit;

**IT IS ORDERED** that the motion is **GRANTED.** Plaintiffs are hereby allowed to file a memorandum in support of their amended Motion to Certify Class not to exceed 51 pages.

**New Orleans, Louisiana, this 16th day of May, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**