UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>      Plaintiff,<br><br>VERSUS<br><br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>      Defendants.<br><br><br>*Related Case:*<br><br>FREDERICK ADDISION ET AL.,<br>      Plaintiffs,<br><br>VERSUS<br><br>LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,<br>      Defendants.<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>     c/w 18-8071,<br>     18-8218, 18-9312<br><br>SECTION: "E"(5)<br><br><br><br><br><br><br>CIVIL ACTION<br><br>NO. 19-11133<br><br>SECTION: "E"(5)<br><br><br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**WASTE CONNECTIONS DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' SUPPLEMENTAL OPPOSITION TO THE WASTE CONNECTIONS DEFENDANTS' MOTION TO <u>UPHOLD EXPERT DESIGNATION OF BISHOW SHAHA, PH. D</u>**

Defendants Waste Connections Bayou, Inc., Louisiana Regional Landfill Company and Waste Connections US, Inc. ("Waste Connections Defendants") respectfully request leave to file the attached Reply to Plaintiff's Supplemental Opposition to the Waste Connections Defendants' Motion to Uphold Expert Designation of Bishow Shaha, Ph.D ("Reply") and the attached Declaration of Michael F. Vitris. In support, the Waste Connections Defendants show the Court as follows:

1

1. On November 22, 2023, the Waste Connections Defendants filed their Motion to Uphold Expert Designation of Bishow Shaha, Ph.D.[1]

2. On November 30, 2023, Plaintiffs filed their Opposition to Motion to Uphold Expert Designations of Bishow Shaha, Ph.D.[2]

3. On December 5, 2023, the Waste Connections Defendants filed their Reply Memorandum to Uphold Expert Designation of Bishow Shaha, Ph. D.[3]

4. On June 6, 2024, Plaintiffs filed their Supplemental Opposition to the Waste Connection's Defendants Motion to Uphold Expert Designation of Bishow Shaha, Ph.D.[4]

5. The Waste Connections Defendants now request leave to file the attached Reply to correct various mischaracterizations asserted by Plaintiffs in their Supplemental Opposition regarding Dr. Shaha and Mr. Marshall's opinions and to respond to new arguments and evidence Plaintiffs raise for the first time.

6. Additionally, the Waste Connections Defendants request leave to file the attached Declaration of Michael F. Vitris and related exhibits in further support of the Reply. Dr. Shaha has been designated to rebut the opinions of Plaintiffs' expert Dr. Jaana Pietari. The declaration and exhibits demonstrate material changes to Dr. Pietari's expert disclosures since the General Causation hearing and also show the similarities between Dr. Shaha and Mr. Marshall's opinions.

7. The Waste Connections Defendants submit that the Reply and declaration will assist the Court in resolving the Motion.

---

[1] No. 18-7889, R. Doc. 388; 19-11133, R. Doc. 444.
[2] No. 18-7889, R. Doc. 390; 19-11133, R. Doc. 450.
[3] No. 18-7889, R. Doc. 392; 19-11133, R. Doc. 454.
[4] No. 18-7889, R. Doc. 441; 19-11133, R. Doc. 556.

8.  The Waste Connections Defendants assert that the filing of the Reply and declaration will not cause any undue delay and does not involve any bad faith or dilatory motive.

9.  Finally, no undue prejudice will result to Plaintiffs should this Court allow the Waste Connections Defendants to file the Reply and declaration.

WHEREFORE, the Waste Connections Defendants request that this Motion be granted and that they be allowed to file and serve the attached Reply and declaration.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:  /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alex Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108


BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

4

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed on June 13, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Michael C. Mims
                                          Michael C. Mims