# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**<br>    **Plaintiffs**<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    **Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133, c/w 19-14512**<br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion For Leave To File Reply To Plaintiffs' Supplemental Opposition To The Waste Connections Defendants' Motion To Uphold Expert Designation Of Bishow Shaha, Ph. D by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the motion is **GRANTED;** the Clerk is directed to file the Reply To Plaintiffs' Supplemental Opposition To The Waste Connections Defendants' Motion To Uphold Expert Designation Of Bishow Shaha, Ph. D and attachments thereto.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**