```
 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
 2   ***************************************************************
     ELIAS JORGE "GEORGE"
 3   ICTECH-BENDECK

 4                                         Civil Action No. 18-7889
                                           C/W 18-8071, 18-8218, 18-9312
 5                                         Section "E"
     v.                                    New Orleans, Louisiana
 6                                         Wednesday, February 23, 2022

 7   WASTE CONNECTIONS BAYOU, INC., ET AL
     ***************************************************************
 8
     Related case:
 9
     FREDERICK ADDISON, ET AL
10                                         Civil Action No. 19-11133
                                           C/W 19-CV-14512
11   V.                                    Section "E"
                                           New Orleans, Louisiana
12

13   LOUISIANA REGIONAL LANDFILL COMPANY, ET AL
     ***************************************************************
14


15       TRANSCRIPT OF GENERAL CAUSATION/DAUBERT HEARING PROCEEDINGS
                HEARD BEFORE THE HONORABLE SUSIE MORGAN
16                    UNITED STATES DISTRICT JUDGE
                         DAY 7, AFTERNOON SESSION
17


18
     APPEARANCES:
19
     FOR THE ICTECH-BENDECK
20   PLAINTIFFS:                    LAW OFFICE OF BRUCE C. BETZER
                                    BY:  BRUCE C. BETZER, ESQ.
21                                       JENNIFER S. AVALLONE, ESQ.
                                    3129 Bore St.
22                                  Metairie, LA 70001

23                                  HAMMEL LAW FIRM
                                    BY:  DOUGLAS S. HAMMEL, ESQ.
24                                  3129 Bore St.
                                    Metairie, LA 70001
25
```

16:38:59  1  A.  Oh, no.  There are certainly some H2S being generated in that
16:39:02  2  landfill, as there is in just about any municipal solid waste
16:39:05  3  landfill.
16:39:05  4  Q.  Now, when you were summarizing your opinions, you testified
16:39:09  5  that the Anderson model Dr. Pietari uses is not appropriate for
16:39:14  6  estimating H2S generation from spent lime.  Do I have that right?
16:39:19  7  A.  That's correct.
16:39:19  8  Q.  I want to explore that in just a little more detail.  So how
16:39:24  9  many published studies have tried to estimate the amount of H2S
16:39:27 10  generated by spent lime?
16:39:29 11  A.  Spent lime, zero.
16:39:31 12  Q.  Well, how many studies have tried to estimate H2S generation
16:39:36 13  from wastes that contain sulfur in a landfill?
16:39:39 14  A.  Two.
16:39:39 15  Q.  And what are those?
16:39:41 16  A.  Well, there's the Anderson paper, the original paper in 2010.
16:39:46 17  Then the Shaha paper in 2020 that kind of builds on the Anderson
16:39:51 18  paper, a modification of it, if you will.
16:39:53 19  Q.  Let's talk very briefly about the Anderson study.
16:39:56 20      MR. VITRIS:  And if we could pull up Trial Exhibit 15.
16:39:59 21  Go to paginated page 9, PDF page 9.
16:40:08 22      THE WITNESS:  Okay.
16:40:09 23  BY MR. VITRIS:
16:40:09 24  Q.  Now, Mr. Marshall, do you see at the bottom of the page the
16:40:14 25  "one, two, three"?

```
16:40:16  1   A.  Yes, I do.
16:40:17  2   Q.  And just above, it says:  "This research project has the
16:40:20  3   following objectives."
16:40:21  4   A.  Yes.
16:40:22  5   Q.  Could you translate that third bullet into plain English,
16:40:28  6   explain what the purpose of this study was?
16:40:32  7   A.  Sure.  Items 1 and 2 identify all the data.  Remember I said
16:40:39  8   earlier, you need a lot of data to run this model correctly.
16:40:43  9   Items 1 and 2 identify the types of data that are necessary.
16:40:47 10   Item 3 talks about how you take that empirical data, that's the
16:40:51 11   real-world existing data from the landfill, and use it to develop
16:40:54 12   the model to predict the amount of hydrogen sulfide that's
16:41:00 13   generated.  It also talks about how the model is intended to
16:41:04 14   predict, looking forward, how much H2S can be generated in MSW
16:41:10 15   landfills in the northeast, resulting from the disposal or use of
16:41:15 16   C&D fines in the landfill.  So that's their focus, C&D fines in the
16:41:19 17   landfill.
16:41:20 18   Q.  And in just a few sentences, could you refresh our recollection
16:41:23 19   on what C&D fines are?  F-I-N-E-S.
16:41:26 20   A.  Sure. Construction and demolition waste.  Before it goes to
16:41:32 21   the landfill, it goes to a recycling facility.  They pull out the
16:41:36 22   brick, the block, the metal, the wire, all of the recyclables, then
16:41:40 23   you have this residual material.  That material goes over to a
16:41:44 24   series of screens or shakers, and the fines are separated out.  So
16:41:51 25   those fines have in them some soil, some busted up pieces of brick
```

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

      /s/ Karen A. Ibos
      Karen A. Ibos, CCR, RPR, CRR, RMR
      Official Court Reporter