1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2       *********************************************************
        ELIAS JORGE "GEORGE"
3       ICTECH-BENDECK

4                                    Civil Action No. 18-7889
                                     C/W 18-8071, 18-8218, 18-9312
5                                    Section "E"
        v.                           New Orleans, Louisiana
6                                    Wednesday, February 23, 2022

7       WASTE CONNECTIONS BAYOU, INC., ET AL
        *********************************************************
8

        Related case:
9
        FREDERICK ADDISON, ET AL
10                                   Civil Action No. 19-11133
                                     C/W 19-CV-14512
11      V.                           Section "E"
                                     New Orleans, Louisiana
12

13      LOUISIANA REGIONAL LANDFILL COMPANY, ET AL
        *********************************************************
14

15          TRANSCRIPT OF GENERAL CAUSATION/DAUBERT HEARING PROCEEDINGS
                  HEARD BEFORE THE HONORABLE SUSIE MORGAN
16                    UNITED STATES DISTRICT JUDGE
                         DAY 7, AFTERNOON SESSION
17

18

        APPEARANCES:
19
        FOR THE ICTECH-BENDECK
20      PLAINTIFFS:                  LAW OFFICE OF BRUCE C. BETZER
                                     BY:  BRUCE C. BETZER, ESQ.
21                                        JENNIFER S. AVALLONE, ESQ.
                                     3129 Bore St.
22                                   Metairie, LA 70001

23                                   HAMMEL LAW FIRM
                                     BY:  DOUGLAS S. HAMMEL, ESQ.
24                                   3129 Bore St.
                                     Metairie, LA 70001

25

16:38:59 1  A.  Oh, no.  There are certainly some H2S being generated in that

16:39:02 2  landfill, as there is in just about any municipal solid waste

16:39:05 3  landfill.

16:39:05 4  Q.  Now, when you were summarizing your opinions, you testified

16:39:09 5  that the Anderson model Dr. Pietari uses is not appropriate for

16:39:14 6  estimating H2S generation from spent lime.  Do I have that right?

16:39:19 7  A.  That's correct.

16:39:19 8  Q.  I want to explore that in just a little more detail.  So how

16:39:24 9  many published studies have tried to estimate the amount of H2S

16:39:27 10 generated by spent lime?

16:39:29 11 A.  Spent lime, zero.

16:39:31 12 Q.  Well, how many studies have tried to estimate H2S generation

16:39:36 13 from wastes that contain sulfur in a landfill?

16:39:39 14 A.  Two.

16:39:39 15 Q.  And what are those?

16:39:41 16 A.  Well, there's the Anderson paper, the original paper in 2010.

16:39:46 17 Then the Shaha paper in 2020 that kind of builds on the Anderson

16:39:51 18 paper, a modification of it, if you will.

16:39:53 19 Q.  Let's talk very briefly about the Anderson study.

16:39:56 20      MR. VITRIS:  And if we could pull up Trial Exhibit 15.

16:39:59 21 Go to paginated page 9, PDF page 9.

16:40:08 22      THE WITNESS:  Okay.

16:40:09 23 BY MR. VITRIS:

16:40:09 24 Q.  Now, Mr. Marshall, do you see at the bottom of the page the

16:40:14 25 "one, two, three"?

16:40:16  1   A.  Yes, I do.

16:40:17  2   Q.  And just above, it says:  "This research project has the

16:40:20  3   following objectives."

16:40:21  4   A.  Yes.

16:40:22  5   Q.  Could you translate that third bullet into plain English,

16:40:28  6   explain what the purpose of this study was?

16:40:32  7   A.  Sure.  Items 1 and 2 identify all the data.  Remember I said

16:40:39  8   earlier, you need a lot of data to run this model correctly.

16:40:43  9   Items 1 and 2 identify the types of data that are necessary.

16:40:47 10   Item 3 talks about how you take that empirical data, that's the

16:40:51 11   real-world existing data from the landfill, and use it to develop

16:40:54 12   the model to predict the amount of hydrogen sulfide that's

16:41:00 13   generated.  It also talks about how the model is intended to

16:41:04 14   predict, looking forward, how much H2S can be generated in MSW

16:41:10 15   landfills in the northeast, resulting from the disposal or use of

16:41:15 16   C&D fines in the landfill.  So that's their focus, C&D fines in the

16:41:19 17   landfill.

16:41:20 18   Q.  And in just a few sentences, could you refresh our recollection

16:41:23 19   on what C&D fines are?  F-I-N-E-S.

16:41:26 20   A.  Sure.  Construction and demolition waste.  Before it goes to

16:41:32 21   the landfill, it goes to a recycling facility.  They pull out the

16:41:36 22   brick, the block, the metal, the wire, all of the recyclables, then

16:41:40 23   you have this residual material.  That material goes over to a

16:41:44 24   series of screens or shakers, and the fines are separated out.  So

16:41:51 25   those fines have in them some soil, some busted up pieces of brick

1

2

3                    REPORTER'S CERTIFICATE

4

5        I, Karen A. Ibos, CCR, Official Court Reporter, United

6   States District Court, Eastern District of Louisiana, do hereby

7   certify that the foregoing is a true and correct transcript, to the

8   best of my ability and understanding, from the record of the

9   proceedings in the above-entitled and numbered matter.

10

11

12              ___/s/ Karen A. Ibos_____

13              Karen A. Ibos, CCR, RPR, CRR, RMR

14              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25