UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>**Plaintiff**<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>**Defendants**<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br><br>**SECTION: "E" (5)**<br><br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMIT

Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively "Defendants"), pursuant to Local Rule 7.7, respectfully request leave to respond to Plaintiffs' Amended Motion to Certify Class (ECF Doc. #438) with an opposition brief ("Opposition") that will exceed the twenty-five-page limit, upon representing as follows:

1. Plaintiffs have confirmed they do not oppose Defendants' requested page limit extension.

2. Defendants' Opposition is in response to Plaintiffs' fifty-one (51) page Amended Motion to Certify Class (ECF Doc. #438).

3. This Court granted Plaintiffs' motion for leave to file a 51-page memorandum in support of the Amended Motion to Certify Class (ECF Doc. #439).

4. Defendants respectfully request reciprocal leave to exceed the page limit and file their Opposition, not to exceed fifty-one (51) pages (not including any Table of Contents,

Table of Authorities, Signature Block, or Certificate of Service), to present its arguments, which Defendants assert will assist the Court in resolving the issues before it.

5. The additional pages are necessary given the substantial evidentiary record underlying Plaintiffs' Amended Motion to Certify Class, and to allow Defendants ample opportunity to address the evidence and the arguments on which Plaintiffs rely.

6. This motion does not involve any bad faith or dilatory motive. The granting of this motion will not cause any undue delay or prejudice.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing Defendants to file a 51-page memorandum in response to Plaintiffs' Amended Motion to Certify Class.

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Michael C. Mims (#33991)
Brady M. Hadden (#37708)
J. Hunter Curtis (#39150)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor

        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701
        (512) 391-8035

        *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

CONNICK AND CONNICK, LLC

By:   /s/ Michael S. Futrell
       William P. Connick, La. Bar No. 14158
       Michael S. Futrell, La. Bar. No. 20819
       Matthew D. Moghis, La. Bar. No. 33994
       3421 N. Causeway Blvd., Suite 408
       Metairie, Louisiana 70002
       Telephone: (504) 681-6658
       Facsimile: (504) 838-9903
       E-mail: moghis@connicklaw.com

       *Counsel for Defendant Jefferson Parish*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
       Ernest P. Gieger, Jr. (6154)
       John E. W. Baay (22928)
       J. Michael DiGiglia (24378)
       Nicholas S. Bergeron (37585)
       Gieger, Laborde & Laperouse, L.L.C.
       Hancock Whitney Center
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139
       Telephone: (504) 561-0400
       Facsimile: (504) 561-1011

       *Attorneys for Defendant Aptim Corp.*

## CERTIFICATE OF SERVICE

I certify that on June 17, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF system. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

By: ___/s/ Michael C. Mims_____