UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> WASTE CONNECTIONS BAYOU, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Brief Exceeding Page Limit by Defendants Aptim Corp., Jefferson Parish, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendants are hereby allowed to file an opposition to Plaintiffs' Amended Motion to Certify Class (ECF Doc. #438) not to exceed 51 pages.

Signed in New Orleans, Louisiana, on this ___ day of June, 2024.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE