# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** | SECTION: "E" (5) JUDGE: Morgan MAGISTRATE JUDGE: North |

**DECLARATION OF DR. PAOLO ZANNETTI, QEP IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

I, Paolo Zannetti, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18 and am competent to testify as to the statements contained herein, which are based on my own personal knowledge and review of certain documents produced or otherwise identified in this matter.

2.      I am an environmental scientist with a specialization in air pollution. I am currently the President of EnviroComp, Inc. (formerly EnviroComp Consulting, Inc.), which I founded in 2001.

3.      My doctoral training was in physics, and I am a Qualified Environmental Professional ("QEP"). I have performed studies and scientific research in air quality and environmental sciences for more than 50 years and my main field of competence is air pollution.

4.      I have consulted as an expert in over one hundred cases involving air pollution claims including both short-term and long-term emissions and accidental releases related to transportation, industrial, and agricultural activities and odors—several of which involved the

1

appropriateness of class certification. Most cases involved simulating ambient air concentrations, depositions, and odor impacts that resulted from chemical emissions. I completed these simulations by using either a computer model of my own development and/or those recommended or developed by governmental agencies—including, but not limited to, the U.S. Environmental Protection Agency ("EPA").

5.      Throughout my career, I have studied and modeled air pollution affecting Venice, Italy, led and coordinated the activities and collaborations of IBM Europe's environmental sciences, and was the project manager for the first comprehensive air pollution study, which involved monitoring and modeling, in the Persian Gulf.

6.      I have also authored over three-hundred publications, which include more than forty books and chapters. Most notable is the book "Air Pollution Modeling," which was the first comprehensive book in the field and is still widely used, and the four-volume book series "Air Quality Modeling," which is still the most updated and complete series on computer methods for air pollution studies.

7.      I currently serve on the Editorial Board for the International Journal of Environmental Science and Technology and the Editorial Advisory Board of the Atmospheric Pollution Research Journal, of which I have been a member since 2013 and 2011, respectively.

8.      In addition to numerous previous memberships, I am currently a member of the International Institute for Computational Engineering Mathematics; the International Scientific Advisory Committee, AIR POLLUTION Conference Cycle, Wessex Institute of Technology, UK; the Institute of Professional Environmental Practice; and the Air & Waste Management Association ("A&WMA").

9.     In July 2007, the Institute of Professional Environmental Practice certified my professional credentials with the title of QEP. The certification recognizes professional achievement and compliance with the highest of ethical and professional standards for environmental professionals.

10.     At the 2022 trial on general causation in this matter, I was qualified by this Court as an expert in the fields of atmospheric sciences, air pollution, and computer modeling.

11.     Due to my experience and expertise as an air modeler, my company EnviroComp, Inc. and I were jointly retained by counsel for Defendants as experts in atmospheric science, air pollution, and modeling of the dispersion of compounds in air to provide opinions and conduct air modeling assessments regarding the potential impact at nearby residential areas of hydrogen sulfide ("H₂S") emissions originating from three landfills in the region: the Jefferson Parish Landfill ("JPLF"), the River Birch Landfill ("RBLF"), and the Highway 90 Landfill ("HWY90"), among other issues. I was also asked to review, assess, and respond to the opinions contained in the expert report of James F. Lape, who has been retained by the Law Firm of Bruce Betzer.

12. On March 12, 2024, I submitted the "Elias Jorge 'George' Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – Dispersion Modeling Study Technical Report" in this matter, which was revised on April 12, 2024 ("Zannetti Report"). A true and accurate copy of the Zannetti Report is attached as Exhibit C-1.

13.     On April 23, 2024, I submitted a memorandum concerning a mathematical error in Mr. Lape's statistical evaluation in Appendix G of his expert report ("Zannetti Memorandum"). A true and accurate copy of the Zannetti Memorandum is attached as Exhibit C-2.

14.     I prepared a revised version of the Zannetti Memorandum, dated June 18, 2024, to account for Plaintiffs' new proposed class area ("Zannetti Revised Memorandum"). A true and accurate copy of the Zannetti Revised Memorandum is attached hereto as Exhibit C-3.

15.     Based on my review of certain reports of Defendants' experts and my analysis of the data and documents that I and my staff received and gathered, I formed several opinions, which are stated generally in Section 2 of the Zannetti Report.

16.     The remainder of my report provides an in-depth explanation and analysis of the bases for my opinions as well as my modeling results, the character of the area surrounding the Jefferson Parish Landfill, my evaluation of Mr. Lape's modeling and opinions, and other issues.

17.     My opinions have not changed.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


EXECUTED ON THIS 18th DAY OF June, 2024.

4

# EXHIBIT C-1

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



# Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – Dispersion Modeling Study

## Technical Report

Prepared for
Connick and Connick, L.L.C.
https://connicklaw.com/
Gieger, Laborde & Laperouse LLC
https://www.glllaw.com/
Beveridge & Diamond PC
https://www.bdlaw.com/

Prepared by
Dr. Paolo Zannetti, QEP
EnviroComp, Inc.
https://www.envirocomp.com/

Project: EC-23-004
Report: 24-03-12
12 March 2024

April 12, 2024
This report has been amended due to a correction made to the emission rate estimates for Hwy 90 Landfill, as further explained in the April 4, 2024 amendment to the Addendum to Expert Report prepared by Defendants' landfill engineering expert, Matthew Stutz. Aside from making updates to address that correction, no other changes were made to my March 12 report.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# CONTENTS

CONTENTS ......................................................................................................................... II

LIST OF FIGURES ............................................................................................................. IV

LIST OF TABLES ............................................................................................................... VII

ACRONYMS AND ABBREVIATIONS ......................................................................... VIII

SUMMARY OF KEY POINTS ........................................................................................... 1

1.  INTRODUCTION AND OVERVIEW .................................................................. 4

2.  SUMMARY OF OPINIONS ................................................................................. 10

3.  THE THREE LANDFILLS: JEFFERSON PARISH LANDFILL, RIVER BIRCH
    LANDFILL, AND HWY-90 LANDFILL ............................................................ 12

    3.1  THE JEFFERSON PARISH LANDFILL (JPLF) .................................................. 12

    3.2  RIVER BIRCH LANDFILL (RBLF) .................................................................. 13

    3.3  HIGHWAY 90 LANDFILL (HWY90) .............................................................. 15

4.  LOCAL METEOROLOGY .................................................................................. 16

5.  H₂S MEASUREMENTS ........................................................................................ 24

    5.1  POLLUTION ROSES ..................................................................................... 27

    5.2  OVERLAPPING OF PLUMES ....................................................................... 34

    5.3  OTHER POLLUTION ROSES (METHANE) .................................................... 36

    5.4  DAILY CYCLE ............................................................................................. 36

6.  THE PROPOSED CLASS AREA ......................................................................... 40

7.  ENVIROCOMP MODELING APPROACH ......................................................... 43

8.  H₂S EMISSION RATES FROM THE LANDFILLS ........................................... 46

9.  ENVIROCOMP MODELING RUNS AND VISUALIZATION OF RESULTS ....... 51

    9.1  SIMULATIONS OF PREDICTED CONCENTRATIONS ABOVE
         REFERENCE LEVELS .................................................................................. 52

    9.2  SIMULATIONS OF PERCENTAGE OF CASES ABOVE REFERENCE
         LEVELS ....................................................................................................... 59

    9.3  TRANSPORT PATTERNS FROM JPLF ........................................................ 68

10. CORROBORATION OF MODELING RESULTS ............................................... 74

11. REVIEW AND CRITIQUE OF PLAINTIFFS' EXPERT REPORTS ................... 81

    11.1 LAPE'S H₂S EMISSION RATES .................................................................. 81

    11.2 LAPE'S USE OF H₂S REFERENCE LEVELS ............................................... 85

    11.3 LAPE'S UNDERESTIMATION CLAIM ........................................................ 89

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

11.4   LAPE'S METHODOLOGICAL APPROACH ...................................................... 91

11.5   LAPE'S "VERIFICATION" OF CALPUFF ..................................................... 91

    11.5.1   April-May 2018 MAML ........................................................................ 93

    11.5.2   July 2018 MAML.................................................................................. 95

    11.5.3   November 2019 Ramboll Measurements ............................................... 99

    11.5.4   Other Lines of Evidence ....................................................................... 100

11.6   THE PROPOSED CLASS REPRESENTATIVES ........................................... 100

**12. CERTIFICATION** ........................................................................................... **107**

**ATTACHMENT A** ................................................................................................. **108**

**ATTACHMENT B** ................................................................................................. **109**

**ATTACHMENT C** ................................................................................................. **113**

**ATTACHMENT D** ................................................................................................. **114**

**ATTACHMENT E** ................................................................................................. **116**

**ATTACHMENT F** ................................................................................................. **117**

**ATTACHMENT G** ................................................................................................. **118**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# LIST OF FIGURES

Figure 1.   Location of RBLF, JPLF, and HWY90 landfills.                                           6

Figure 2.   Location of Jefferson Parish Landfill.                                                13

Figure 3.   Location of River Birch Landfill.                                                     14

Figure 4.   Location of Highway 90 Landfill.                                                      15

Figure 5.   Location of meteorological measurements.                                              16

Figure 6.   Simplified explanation of wind rose plots.                                            17

Figure 7.   Wind rose from KMSY AERMET data for year 2015.                                        18

Figure 8.   Wind rose from KMSY AERMET data for year 2016.                                        19

Figure 9.   Wind rose from KMSY AERMET data for year 2017.                                        20

Figure 10.   Wind rose from KMSY AERMET data for year 2018.                                       21

Figure 11.   Wind rose from KMSY AERMET data for year 2019.                                       22

Figure 12.   Wind rose from KMSY AERMET data for year 2020.                                       23

Figure 13.   Locations of continuous $H_2S$ measurements.                                         25

Figure 14.   Time trend of 1-hour $H_2S$ air concentration measured by LDEQ at
Waggaman in 2020.                                                                                 26

Figure 15.   Distribution of 1-hour $H_2S$ air concentration measured by LDEQ at
Waggaman in 2020.                                                                                 26

Figure 16.   Example of pollution rose.                                                           28

Figure 17.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ
at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).                             29

Figure 18.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).                        30

Figure 19.   Georeferenced pollution rose (average) of 1-hour $H_2S$ air concentration
measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 –
12/31/2020).                                                                                      31

Figure 20.   Georeferenced pollution rose (98th percentile) of 1-hour $H_2S$ air concentration
measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 –
12/31/2020).                                                                                      32

Figure 21.   Overlap of plumes from JPLF Phase 4A and River Birch when wind (from
Southwest) is directed towards LDEQ Waggaman Station.                                             34

Figure 22.   Overlap of plumes from JPLF Phase 4A and HWY90 when wind (from
south-southwest) is directed towards LDEQ Waggaman station.                                       35

Figure 23.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at
Waggaman (1/31/2020 – 12/31/2020).                                                                36

Figure 24.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at
Waggaman (1/31/2020 – 3/31/2020).                                                                 37

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

Figure 25.   Daily cycle of 1-hour H$_2$S air concentration measured by LDEQ at Waggaman (4/1/2020 – 6/30/2020).   38

Figure 26.   Daily cycle of 1-hour H$_2$S air concentration measured by LDEQ at Waggaman (7/1/2020 – 9/30/2020).   38

Figure 27.   Daily cycle of 1-hour H$_2$S air concentration measured by LDEQ at Waggaman (10/1/2020 – 12/31/2020).   39

Figure 28.   Quantitative pattern of decline of ground-level concentrations with distance for an area source emission.   41

Figure 29.   Quadrangles representing the area sources of the three landfills.   49

Figure 30.   Nine Locations of ten proposed Class Representatives (Ictech litigation).   52

Figure 31.   November 2018 H$_2$S 30-minute average simulated concentrations at the residence of proposed Class Representative Nicole M. Landry-Boudreaux (L3), from the three landfills (individual and combined).   53

Figure 32.   Seven additional locations (E1 through E7).   59

Figure 33.   Percentages of cases in which simulated H$_2$S concentrations at Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.   61

Figure 34.   Percentages of cases in which simulated H$_2$S concentrations at Ms. Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in)   63

Figure 35.   Percentages of cases in which simulated H$_2$S concentrations at Williams (L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.   64

Figure 36.   Percentages of cases in which simulated H$_2$S concentrations at Williams(L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in)   65

Figure 37.   Daily cycle of average CALPUFF simulations at location L3 - Landry-Boudreaux for the 30-month period.   67

Figure 38.   Daily cycle of average CALPUFF simulations at location L8 – Williams for the 30-month period.   68

Figure 39.   20-degrees cone of impact for location [L5 – Crossman].   70

Figure 40.   20-degrees cone of impact for location [L6 – Steele].   71

Figure 41.   Daily averages of measured (horizontal) and simulated (vertical) H$_2$S concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills.   76

Figure 42.   Weekly averages of measured (horizontal) and simulated (vertical) H$_2$S concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills.   77

Figure 43.   Daily averages of measured (horizontal) and simulated (vertical) H$_2$S concentrations during the year 2020. Simulated concentrations from JPLF emissions only.   78

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

Figure 44.   Weekly averages of measured (horizontal) and simulated (vertical) H2S concentrations during the year 2020. Simulated concentrations are the sum of the contributions from JPLF emissions only.   79

Figure 45.   Estimated emission rates of H2S.   82

Figure 46.   Scatter plot of simulated H2S concentrations at L5 - Crossman location originating from JPLF. Lape's simulated values are about 21 times higher than those simulated by EnviroComp.   83

Figure 47.   Comparison between Lape's and EnviroComp's H2S simulated concentrations from JPLF at L5 - Crossman during a two-week period in May 2018.   84

Figure 48.   Comparison between Lape's and EnviroComp's H2S simulated concentrations from JPLF at L6 - Steele during a two-week period in May 2018.   85

Figure 49.   Time trend of 1-hour H2S concentration at Riverside Baptist Church as measured by MAML and simulated by Lape.   95

Figure 50.   H2S concentration simulated by Lape and measured by MAML at Waggaman (Dandelion Rd and River Rd) and hourly average wind direction at KMSY, on 7/27/2018.   96

Figure 51.   1-minute measurements of wind direction and H2S concentration by LDEQ on 7/27/2018 at Dandelion Rd & River Rd, and 30-minute CALPUFF simulation by Lape.   97

Figure 52.   Hourly H2S concentration at Waggaman (Dandelion Rd and River Rd) measured by MAML and computed by Lape's CALPUFF.   98

Figure 53.   Hourly H2S concentration at Riverside Baptist Church measured by MAML and computed by Lape's CALPUFF.   98

Figure 54.   Percentages of 30-minute events in residential areas with EnviroComp's simulated H2S concentrations above 5 ppb. Emissions are from all three landfills over a 30-month period.   103

Figure 55.   Percentages of 30-minute events in residential areas with EnviroComp's simulated H2S concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period.   104

Figure 56.  Percentages of 30-minute events in residential areas with Lape's simulated H2S concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period.   105

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# LIST OF TABLES

Table 1.   Annual H2S emissions from JPLF.   46

Table 2.   Annual H2S emissions from RBLF.   47

Table 3. Annual H2S emissions from HWY90.   47

Table 4.   Annual H2S emissions (kg/yr) from the three landfills.   48

Table 5.   Annual H2S emission rates (g/s) from the three landfills.   48

Table 6.   Flux rates (g/m²/s) of CALPUFF area sources.   50

Table 7.   List of nine proposed Class Representatives' addresses and coordinates (Ictech litigation).   51

Table 8.   EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - All three landfills.   55

Table 9.   EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - JPLF.   56

Table 10.   EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - RBLF.   57

Table 11.   EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 – HWY90.   58

Table 12.   Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Crossman (L5).   69

Table 13.   Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Steele (L6).   72

Table 14.   Summary of all percentages of 30-minute intervals P1, P2, P3, P4, and P5 calculated for the nine locations of the ten proposed Class Representatives.   73

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| AEGL | Acute Exposure Guideline Levels |
| AIHA | American Industrial Hygiene Association |
| ALOHA | Areal Locations of Hazardous Atmospheres |
| ASOS | Automated Surface Observing System |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| CAAQS | California Ambient Air Quality Standard |
| CAMEO | Computer-Aided Management of Emergency Operations |
| CARB | California Air Resources Board |
| CEC | Carlson Environmental Consultants, PC |
| $CH_4$ | Methane |
| CO | Carbon Monoxide |
| $CO_2$ | Carbon Dioxide |
| C&D | Construction and Demolition |
| D/T | Dilution to Threshold |
| EPA | U.S. Environmental Protection Agency |
| ERPG | Emergency Response Planning Guidelines |
| ESRL | (NOAA) Earth System Research Laboratories |
| HWY90 | Highway 90 Construction and Demolition Landfill |
| $H_2S$ | Hydrogen Sulfide |
| ICAO | NOAA Earth System Research Laboratories |
| IDLH | Immediately Dangerous to Life or Health |
| IPEP | Institute of Professional Environmental Practice |
| ISHD | Integrated Surface Hourly Database |
| ISD | Integrated Surface Database |
| JPLF | Jefferson Parish Landfill |
| KMSY | Louis Armstrong New Orleans International Airport |
| KSIL | Slidell radar site |
| LDEQ | Louisiana Department of Environmental Quality |
| LST | Local Standard Time |
| MAML | LDEQ Mobile Air Monitoring Lab |
| MSW | Municipal Solid Waste |
| NIOSH | National Institute for Occupational Safety and Health |
| NOAA | National Oceanic and Atmospheric Administration |
| OSHA | Occupational Safety and Health Administration |
| ppb | parts per billion |
| PPM | PPM Consultants |
| QEP | Qualified Environmental Professional |
| Ramboll | Ramboll Consulting USA, Inc. |
| RBLF | River Birch Landfill |
| Trinity | Trinity Consultants |
| USAF | United States Air Force |

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

| WBAN | Weather Bureau, Air Force, and Navy |
| WHO | World Health Organization |
| WRF | Weather Research and Forecasting model |

# Summary of Key Points

This case involves claims of frequent odor impacts presented by Plaintiffs living in Jefferson Parish, Louisiana. Plaintiffs claim that the Jefferson Parish Landfill is the cause of the odor impacts at their residences. Odors can be caused by different sources, including emissions from landfills. The Jefferson Parish Landfill is located in Avondale, Louisiana, immediately adjacent to the River Birch Landfill to the northwest and the Highway 90 Landfill to the southeast. There are also numerous other potential sources of odors throughout Jefferson Parish.

Plaintiffs have requested that a class be certified of all natural persons who between July 1, 2017 and December 31, 2019 lived and/or resided in a specified geographic region and sustained legally cognizable damages in nuisance and interference with use and enjoyment of property as a result of noxious odors from the Jefferson Parish Landfill.[1]

An understanding of the emission of airborne constituents and their dispersion within the 41.5 square mile proposed class area is critical to the determination of whether a class should be certified. In this report, we present the results of air dispersion modeling of emissions of hydrogen sulfide ($H_2S$) from the three landfills, including from the Jefferson Parish Landfill, which Plaintiffs claim is the primary cause of odor impacts at their residences. We analyzed the information on alleged emissions from the Jefferson Parish Landfill presented by Plaintiffs' air dispersion modeling expert, James Lape of Integral Consulting, including Lape's claim that the frequency and concentration of odor impacts experienced by the proposed Class Representatives are typical of other putative class Plaintiffs in the proposed class area.

For my air dispersion modeling of $H_2S$ emissions from each of the three landfills, I was provided with the emission rates of $H_2S$ for each landfill for the years 2017, 2018, 2019, and 2020. I downloaded available meteorological data for the years 2017-2020. I used emission rates and meteorological data to run computer models and simulate the $H_2S$ concentrations in the region caused by the three landfills. Concentrations were computed at each of the proposed Class Representatives' locations for every 30-minute period over a 30-month period from July 2017 to December 2019. The computer models I used are state-of-the-art simulation tools developed and recommended by US regulatory agencies, such as the US Environmental

---

[1] For the complete preliminary definition of the proposed class, *see* Memorandum in Support of *Ictech* Plaintiffs' Motion to Certify Class, *Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.*, Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.) (August 25, 2023).

Protection Agency. These computer models are the same as those used before by Plaintiffs' experts.

I then compared the $H_2S$ concentrations calculated at the proposed Class Representatives' locations with two reference levels provided to me: 5 ppb and 10 ppb. These reference levels are very conservative and much lower than typical levels of concern and air quality standards found in the literature. For example, the California nuisance standard for 1-hour average $H_2S$ ambient concentration is 30 ppb; the 8-hour Louisiana ambient air quality standard is 237 ppb. I also performed statistical analyses of the 30-minute periods above the 5 ppb and 10 ppb reference levels, and of transport patterns from the three landfills to the proposed Class Representatives' locations. In spite of the very low reference levels that I used, only on rare occasions are the $H_2S$ simulated concentrations at the proposed Class Representatives' locations above these reference levels. Moreover, the emission rates from one of the three landfills (Highway 90 Landfill) are dominant, about three times higher than those from each of the other two landfills. Therefore, for most of the rare cases when $H_2S$ concentrations are above the two reference levels, the Highway 90 Landfill is the source for such concentration impacts.

In general, the larger the distance of a proposed Class Representative from Highway 90 Landfill, the lower the simulated $H_2S$ concentrations. Even the proposed Class Representatives who are closest to the three landfills show concentration impacts that are very low and rarely above the reference levels of 5 ppb and 10 ppb. Simulated $H_2S$ concentration impacts from the Jefferson Parish Landfill are negligible. My modeling results show that there is no basis to conclude that the areas surrounding the Jefferson Parish Landfill commonly experience nuisance odors.

I also analyzed the information presented by Plaintiffs' air dispersion modeling expert, James Lape of Integral Consulting. Lape and I used a very similar modeling methodology. The major differences are: 1) Lape only simulated $H_2S$ emissions from the Jefferson Parish Landfill while I simulated emissions from each of the three landfills; and 2) Lape's $H_2S$ emission rates from the Jefferson Parish Landfill are 21 times higher than those I used. I analyzed Lape's use of low reference levels, his claim that his simulated concentrations represent a "lower bound," the impact on the reliability of his results of Lape's failure to consider the contribution from other sources, and Lape's claim that he has "verified" his model.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

I then analyzed Lape's statistical analysis of "whether the nine proposed class representatives appropriately reflect potential odor impacts to the entire class."[2] Lape's statistical analysis is an untested method and misrepresents the variability of the proposed class area. In my evaluation, I found that both Lape's CALPUFF modeling results and mine indicate that the variability of $H_2S$ simulated concentrations is enormous inside the proposed class area. There is no commonality in the number and intensity of the alleged odor impacts. Nor does the proposed class area represent a homogeneous set of locations with similar $H_2S$ impacts. Instead, results vary widely by a factor of 10, and up to more than 100.

---

[2] Expert Report of James F. Lape in the Matter of *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*, prepared by Integral Consulting at § 6.3 (Feb. 16, 2024) (including replacement pages received Feb. 28, 2024) ("2024 Lape Expert Report"); *see also id.* at Appx. G.

# 1.    Introduction and Overview

<u>Current Retention</u>

My company EnviroComp, Inc.[3] ("EnviroComp") and I were jointly retained in April 2023 by the Waste Connections Defendants,[4] represented by Beveridge & Diamond PC, Aptim Corp., represented by Gieger, Laborde & Laperouse LLC, and the Parish of Jefferson, Louisiana, represented by Connick & Connick LLC, to provide scientific assistance in relation to

> *Elias Jorge "George" Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.*
> *Civ. Action No. 18-7889 (E.D.La.)*

This case involves Plaintiffs' claims regarding noxious odors and emissions allegedly from the Jefferson Parish Landfill.

<u>Previous Work</u>

Our work on this project started in October 2018 when we were retained by the law firm Connick and Connick, L.L.C. on behalf of the Parish of Jefferson to provide scientific assistance during the general causation phase of the cases:

> *Elias Jorge Ictech-Bendeck v. Progressive Waste Solution of La., Inc., et al.* and
> *Frederick Addison et al. v. Louisiana Regional Landfill Company, et al.*

Our work included the preparation of an Expert Report[5] in April 2021, which is included as *Attachment A.* I was deposed[6] in August 2021 and provided testimony at the general causation trial[7] in February 2022.

---

[3] https://www.envirocomp.com/.

[4] The Waste Connections Defendants are Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.

[5] Jefferson Parish Landfill Litigation Expert Report, prepared by Dr. Paolo Zannetti, QEP (Apr. 30, 2021) ("2021 Zannetti Expert Report").

[6] Deposition Transcript of Dr. Paolo Zannetti (Aug. 2-3, 2021).

[7] Transcript of Trial on Causation/Daubert before the Honorable Susie Morgan, Hearing Day 5 (Feb. 4, 2022).

Scope of Work

This study addresses the claims of ten proposed Class Representatives regarding the presence of odors, including hydrogen sulfide[8] ("H2S"), in the region. The scope of work of our study was primarily to calculate the potential impact at nearby residential areas of H2S emissions originating from three landfills in the region: the Jefferson Parish Landfill ("JPLF"),[9] the River Birch Landfill ("RBLF"),[10] and the Highway 90 Landfill ("HWY90") as shown in Figure 1.[11] Plaintiffs have defined their claim period as the 30-month period from July 1, 2017, to December 31, 2019 ("Claim Period").

Our work included the evaluation of the whether the simulated impacts for the proposed Class Representatives are typical of the proposed class area for this litigation.

---

[8] Agency for Toxic Substances and Disease Registry, Hydrogen Sulfide Fact Sheet ("H2S Fact Sheet"), *available at* https://www.epa.gov/sites/default/files/2017-12/documents/appendix_e-atsdr_h2s_factsheet.pdf.

[9] https://www.jeffparish.net/departments/environmental-affairs/curbside-collection/landfill-information-and-reports.

[10] https://riverbirchlandfill.com/solid_waste.php.

[11] https://riverbirchlandfill.com/construction_waste.php.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 1.    Location of RBLF, JPLF, and HWY90 landfills.**

To calculate H$_2$S impacts we used computer modeling techniques: the Weather Research & Forecasting Model ("WRF")[12] and the CALMET/CALPUFF dispersion modeling system.[13] These models are state-of-the-art simulation tools, approved by regulatory agencies, such as the U.S. Environmental Protection Agency ("EPA"), and used by scientists throughout the world for air quality studies. The models allowed the calculation of predicted 30-minute

---

[12] Mesoscale & Microscale Meteorology, Weather Research & Forecasting Model, *available at* https://www.mmm.ucar.edu/models/wrf.

[13] EPA, Air Quality Dispersion Modeling – Alternative Models, *available at* https://www.epa.gov/scram/air-quality-dispersion-modeling-alternative-models#calpuff.

average H₂S concentrations for the 30-month Claim Period in every point of the region, including the residential locations of the proposed Class Representatives.[14]

In each point of interest, the potential H₂S impact was calculated by counting the number of 30-minute average H₂S concentrations above the reference levels of 5 ppb or 10 ppb. This calculation was performed individually, for emissions from each landfill, and cumulatively, for the combined contribution of the three landfills. After extracting spatial and temporal statistics on the number of H₂S concentration events above the reference levels, we evaluated whether the potential odor impacts for the nine proposed Class Representatives are representative of the entire proposed class area.

Finally, our work on this project included the examination of the expert report and the computer files provided by Plaintiffs' expert Lape, in order to verify his assumptions, calculations, and opinions, and provide comments and critique. Our critique included the evaluation of Lape's claims that the nine proposed Class Representatives reflect the potential odor impacts of the entire proposed class area.

<u>Professional Qualifications</u>

I, Dr. Paolo Zannetti, QEP, declare as follows:

1.  I am over eighteen years of age, have personal knowledge of the information set forth below, and if called upon, could testify about such matters.

2.  I am currently the President of EnviroComp, Inc. (formerly EnviroComp Consulting, Inc.), which I founded in 2001, and have performed studies and scientific research in air quality and environmental sciences for more than 50 years.

3.  My major field of investigation and competence is air pollution. I have studied air quality problems all over the world, often using computer models that I developed, or models recommended by EPA and other government agencies.

---

[14] The proposed Class Representatives are listed in Table 7.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

4.    A copy of my full CV is separately provided and available online,[15] where most of my publications are downloadable.

5.    A summary of my Scientific and Professional Qualifications is enclosed as *Attachment B.*

Qualification

In this study, state-of-the-art simulation models were used to assess the potential concentration and odor impacts caused by $H_2S$ emissions from the three landfills. These modeling techniques use computer software developed and recommended by various government agencies, including the EPA. This software has been developed, tested, calibrated, and successfully validated over decades. In the scientific and regulatory world, these models are considered reliable and unbiased and are used routinely in the United States and abroad for regulatory work, urban and industrial planning, and decision-making activities.

Nevertheless, a model is only as good as the input data used to run it. In particular, uncertainties in assessing emission rates affect the concentration results. For example, if emission rates are underestimated or overestimated by a factor of 2, the same overestimation or underestimation will be found in the concentration results produced by the models. In other words, emission rates and ambient concentrations are linearly related.

Moreover, while models produce concentration values, often—like in this study—the goal is to assess potential odor impacts, not just inhaled concentrations. Odors are short-term human sensations that are experienced when a person is inhaling a concentration of an odorant above the odor threshold. Odor thresholds can vary from person to person and even from time to time for the same person. Therefore, additional uncertainties are added in interpreting concentration results to assess odor impacts, in particular for characterizing the intensity of an odor, from bare *detection* above the odor threshold, to *recognition* of the type of odor, to levels that can be considered *offensive*.

---

[15] Curriculum Vitae of Dr. Paolo Zannetti, *available at*
https://www.envirocomp.com/people/cv/zannetti.pdf.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

The conclusion is that, while air pollution models are based on reliable science, they must be properly used, by experts capable of understanding their strengths and limitations and able to properly interpret the results, especially where odors are concerned.

<u>Statement</u>

Together with my company, my Senior Associates and all Staff, I am fully committed to the highest ethical standards of scientific and professional integrity. These standards are enforced through a rigorous internal peer-review of assumptions, calculations, opinions, and results.

I reserve the right to supplement this report if new information is presented and/or new scientific tasks are requested.

<u>Materials Examined – Documents and Data Received</u>: See *Attachment C.*

<u>Materials Examined – Documents and Data Collected</u>: See *Attachment D.*

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 2.    Summary of Opinions

- Opinion 1: Data from LDEQ's continuous air quality monitoring station in Waggaman ("Waggaman Station") and $H_2S$ pollution roses show $H_2S$ concentrations are relatively low and coming from practically all wind directions, with an apparent background of 1 ppb. This demonstrates that there are a multitude of $H_2S$ sources in this complex and industrialized region. The data also demonstrates that when the wind direction is from the south-southwest, the plume from JPLF Phase 4A overlaps with the plumes of the River Birch Landfill and/or Highway 90 Landfill creating a joint contribution. The overlap of the three plumes is greater with increased distance from the JPLF.

- Opinion 2: The proposed class area is strongly heterogenous, with some areas downwind of certain potential odor sources more frequently than others. Any potential odor impact strongly depends upon distance and wind direction from the potential odor sources.

- Opinion 3: All the computational methods I used — dispersion models, statistical analyses —are based upon the best available science.

- Opinion 4: Statistical analysis of my modeling results demonstrates that the numbers of 30-minute periods with simulated $H_2S$ concentrations from JPLF above 5 ppb are extremely rare. For the majority of the proposed Class Representatives, this number is zero. Moreover, HWY90 emissions are dominant, about three times higher than the emissions from JPLF and RBLF, and that each receptor location has varying degrees of impacts from each of the three landfills.

- Opinion 5: My modeling results are in full agreement with the laws of atmospheric diffusion and air quality science. I also expanded my modeling runs to 2020 to compare the results to the actual, measured concentrations at Waggaman Station. This comparison provides a partial validation of my modeling results and of the methodology used by Weaver Consultants Groups LLC to calculate $H_2S$ emission rates from each of the landfills.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

- Opinion 6: The H₂S emission rates used by Lape for the Jefferson Parish Landfill are about 20 times higher than those I used.

- Opinion 7: The reference levels Lape presented in his report are very conservative and much lower than typical levels of concern and air quality standards found in the literature. Given Lape's experience, he should have commented on their suitability for their intended use in this case.

- Opinion 8: Lape's claim that his model presents lower bound estimates is unsupported.

- Opinion 9: Lape's choice to focus only on JPLF emissions is incorrect and his concentration simulations cannot explain the complexity of the combined emissions from the three landfills. By simulating only JPLF emissions, Lape introduces a very incorrect presumptive, *a priori* scenario, i.e., the implication that all concentration impacts and reported odors can be explained solely by the contribution of JPLF. This scenario is clearly incorrect.

- Opinion 10: The modeling results produced by Lape were not verified by comparison to measured concentrations in the proposed class area. Available H₂S measurements were insufficient for a full validation. But Lape's modeling results fail to reproduce the few LDEQ MAML measurements available.

- Opinion 11: The proposed class area used by Lape covers a region that is not representative from one location to another. In fact, I extracted the frequencies of simulated concentrations above 5 ppb inside the proposed class area to evaluate the range and variety of predicted exposures. For both my CALPUFF simulations and Lape's, the putative Class Representatives potentially received a huge variety of exposures. My analysis shows that the proposed Class Representatives are not representative or typical of any other member of the putative class.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 3. The Three Landfills: Jefferson Parish Landfill, River Birch Landfill, and Hwy-90 Landfill

JPLF is located in Avondale, Louisiana, immediately adjacent to RBLF to the northwest and HWY90 to the southeast. There are also numerous other potential sources of odors throughout Jefferson Parish, including but not limited to chemical and industrial manufacturing operations, petrochemical loading and unloading facilities, and river barge operations. My modeling only includes $H_2S$ emissions from each of the three landfills. I did not model other potential sources of odors due to the limited availability of data to support a modeling effort.

## 3.1 The Jefferson Parish Landfill (JPLF)

JPLF[16] (Figure 2) was opened in 1982 to serve the residents of Jefferson Parish. JPLF is a publicly owned municipal solid waste ("MSW") landfill. JPLF is owned by the Parish of Jefferson. Louisiana Regional Landfill Company (LRLC), an affiliate of Waste Connections US, Inc., and Aptim Corp. were contractors to the Parish. Additional information is available on the JPLF's website.

It is known that "[m]ethane ($CH_4$) and [carbon dioxide ($CO_2$)] are the primary constituents of landfill gas, and are produced by microorganisms within the landfill under anaerobic conditions."[17] $H_2S$ gas can be emitted from both construction and demolition debris ("C&D") and MSW landfills. Moreover, "other sources such as sulfur-containing industrial wastes and biosolids from municipal wastewater treatment facilities can also contribute to $H_2S$ production."[18] $H_2S$ emissions may cause odor impacts with a smell like rotten eggs.[19]

---

[16] https://www.jeffparish.net/departments/environmental-affairs/curbside-collection/landfill-information-and-reports.

[17] EPA, AP-42, Compilation of Air Pollutant Emissions Factors from Stationary Sources, Chapter 2.4: Municipal Solid Waste Landfills, *available at* https://www3.epa.gov/ttn/chief/ap42/ch02/final/c02s04.pdf.

[18] EPA, Best Management Practices to Prevent and Control Hydrogen Sulfide and Reduced Sulfur Compound Emissions at Landfills That Dispose of Gypsum Drywall, *available at* https://cfpub.epa.gov/si/si_public_record_Report.cfm?Lab=NRMRL&dirEntryId=310622.

[19] H2S Fact Sheet, *available at* https://www.epa.gov/sites/production/files/2017-12/documents/appendix_e-atsdr_h2s_factsheet.pdf.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 2.   Location of Jefferson Parish Landfill.**

I inspected JPLF site on February 21, 2020, as described in Section 3 of my 2021 report, which is enclosed as *Attachment A*. I was driven around the perimeter of the landfill and also visited the Trinity meteorological station, which was then located in an elevated area near the center of the landfill. The only time during my inspection when I noticed an unpleasant odor was at a location close to the River Birch Gas Plant at the RBLF, with wind blowing from the plant.

## 3.2    River Birch Landfill (RBLF)

RBLF is located adjacent to JPLF at 2000 S Kenner Ave., Avondale, LA 70094 (Figure 3). RBLF is the largest landfill by volume in Louisiana and accepts MSW, industrial waste, and C&D

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

waste.[20] RBLF is owned and operated by River Birch LLC.[21]

RBLF property includes a landfill gas refinement plant and two leachate aeration ponds. As discussed later in this report, we will include in our analyses only $H_2S$ emissions from RBLF. By doing so, we may underestimate the total emissions from River Birch.



**Figure 3.   Location of River Birch Landfill.**

---

[20] River Birch LLC, Welcome to River Birch, LLC, https://riverbirchlandfill.com/ (last visited Feb. 22, 2024).

[21] https://riverbirchlandfill.com/solid_waste.php.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 3.3    Highway 90 Landfill (HWY90)

HWY90[22] is located adjacent to JPLF at 5301 Highway 90 West, Avondale, LA 70094 (Figure 4). This is a C&D waste landfill. C&D waste is generated from construction, renovation, repair, and demolition of houses, large building structures, roads, bridges, piers, and dams. C&D waste is made up of wood, steel, concrete, gypsum wallboard, masonry, plaster, metal, and asphalt.



**Figure 4.   Location of Highway 90 Landfill.**

---

[22] https://riverbirchlandfill.com/construction_waste.php.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 4.    Local Meteorology

Meteorological measurements in the area (see Figure 5) during the Claim Period[23] are available from the

- Trinity Onsite meteorological station

- Louisiana Department of Environmental Quality ("LDEQ") Waggaman monitoring station ("Waggaman Station")

- Exponent North and South sites

- Louis Armstrong New Orleans International Airport ("KMSY") airport

- Slidell radar site ("KSIL") airport

- Other airports (KNEW and KNBG)



**Figure 5.   Location of meteorological measurements.**

---

[23] The Claim Period for this study is defined as the 30-month period from July 1, 2017 to December 31, 2019. However, due to the availability of LDEQ $H_2S$ measurements at Waggaman Station in 2020, the only available off-site continuous monitoring data, some of our analyses were extended to the year 2020.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

A discussion on the data collected by these meteorological stations, including figures of wind roses, was presented in Section 4 of my 2021 report, which is enclosed as *Attachment A*.

Wind rose plots show the general wind direction and speed during a specified time period. To understand wind rose plots, Figure 6 provides some simplified clarification. The length of each segment (or "petal") of the wind rose gives the frequency of wind blowing <u>from</u> that direction. In the figure, the longest segment shows wind blowing from the northeast 60% of the time. Within each segment, the colors of the segment provide different frequencies for each interval of wind speed. Therefore, in the figure below, the longest segment shows that the wind blew from the northeast at speeds between 2 and 3 m/s about 10% of the time.



**Figure 6.   Simplified explanation of wind rose plots.**

In particular, we collected and processed the surface meteorological data of KMSY (United States Air Force ("USAF"): 722310; Weather Bureau, Air Force, Navy ("WBAN"): 12916; NOAA Earth System Research Laboratories ("ICAO"): KMSY[24]) for years from 2015 to 2020 in

---

[24] NOAA, Historical Observing Metadata Repository, *available at* https://www.ncdc.noaa.gov/homr/#ncdcstnid=20008704&tab=MSHR.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

Integrated Surface Hourly Database ("ISHD"),[25] Automated Surface Observing System ("ASOS") 1-min[26] and ASOS 5-min[27] formats. The six figures below present the wind roses of the KMSY AERMET wind data[28] for 2015, 2016, 2017, 2018, 2019, and 2020.



**Figure 7.   Wind rose from KMSY AERMET data for year 2015.**

---

[25] NOAA, Index of Public Data, *available at* https://www1.ncdc.noaa.gov/pub/data/noaa/.

[26] https://www.ncei.noaa.gov/pub/data/asos-onemin/.

[27] https://www.ncei.noaa.gov/pub/data/asos-fivemin/.

[28] The KMSY AERMET wind data integrate the wind measurements made at KMSY with those collected at the Trinity Onsite meteorological station (for more detailed information, see Section 4 of my 2021 report, which is enclosed as *Attachment A*).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 8.   Wind rose from KMSY AERMET data for year 2016.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 9.   Wind rose from KMSY AERMET data for year 2017.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 10.   Wind rose from KMSY AERMET data for year 2018.**



**Figure 11.   Wind rose from KMSY AERMET data for year 2019.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 12.   Wind rose from KMSY AERMET data for year 2020.**

<u>Section Summary</u>

**Meteorological parameters are collected at several stations in the region. The area is flat, and the wind patterns are relatively simple. Winds tend to blow from different directions with similar frequencies, except for winds from West that are less frequent than other directions.**

# 5.    H₂S Measurements

**Opinion 1: Data from LDEQ's continuous air quality monitoring station in Waggaman ("Waggaman Station") and H₂S pollution roses show H₂S concentrations are relatively low and coming from practically all wind directions, with an apparent background of 1 ppb. This demonstrates that there are a multitude of H₂S sources in this complex and industrialized region. The data also demonstrates that when the wind direction is from the south-southwest, the plume from JPLF Phase 4A overlaps with the plumes of the River Birch Landfill and/or Highway 90 Landfill creating a joint contribution. The overlap of the three plumes is greater with increased distance from the JPLF.**

Figure 13 shows the location of the Waggaman Station at Waggaman playground where H₂S was routinely measured near JPLF, starting from 1/31/2020. We focused our analysis below on the H₂S measurements collected at Waggaman Station because this location characterizes a residential community close to the three landfills. The Waggaman Station H₂S measurements were collected in 2020—a year not included in Plaintiffs' Claim Period (July 2017 – December 2019). However, these data are important since they provide the only continuous, off-site H₂S measurements in the region and are located in a residential area close to the three landfills.

The Waggaman Station data provides useful information concerning the source direction and concentration of H₂S detected at Waggaman Station, the daily cycle of such detections, and the behavior of H₂S emissions from the three landfills with increasing distance from the landfills. While this data is specific to 2020, it informs earlier periods because the meteorology is similar and total emissions from the three landfills are almost constant over the 4 years 2017-2020.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 13.   Locations of continuous H₂S measurements.**

Meteorological data and ambient concentrations of various substances have been measured at Waggaman Station by LDEQ with variable time frequency. In particular, H₂S has been measured with 5-min[29] and 1-hour[30] frequency, starting from 1/31/2020.

Figure 14 shows the time trend of 1-hour H₂S air concentration at Waggaman Station in 2020. As we can see, concentrations are relatively low, never above, for example, the 1-hour California air quality standard of 30 ppb. The maximum observed value was 25 ppb (2/2/2020 00:00 LST). The distribution of values (histogram) is shown in Figure 15.

---

[29] *See* meteorological data at WC_JPLF_00211443; WC_JPLF_00223289; WC_JPLF_00321118; WC_JPLF_00337941; WC_JPLF_00337965; WC_JPLF_00401468; WC_JPLF_00401891; 2020 Oct through Dec LDEQ Waggaman 5-minute Data.

[30] *See* meteorological data at WC_JPLF_00211444; WC_JPLF_00223290; WC_JPLF_00321119; WC_JPLF_00337942; WC_JPLF_00401469; WC_JPLF_00401469; WC_JPLF_00401893; 2020 Oct through Dec LDEQ Waggaman 1-hour Data.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 14.   Time trend of 1-hour H₂S air concentration measured by LDEQ at Waggaman in 2020.**



**Figure 15.   Distribution of 1-hour H₂S air concentration measured by LDEQ at Waggaman in 2020.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 5.1    Pollution Roses

We created pollution roses using the H₂S measurements at Waggaman Station and the winds calculated (in Section 4) by integrating the Trinity Onsite data with the KMSY measurements.[31] A pollution rose is a graphical technique that shows where pollution is coming from by using air quality measurements collected at a specific location. The length of each segment (or "petal") of the pollution rose is proportional to the concentration measured with winds coming <u>from</u> the direction of the segment. They can thus help identify possible emission sources of measured chemicals in the ambient air. Each segment/petal of the pollution rose has a length proportional to the average (or median) concentration measured only at times when the wind was blowing <u>from</u> the direction to which the segment points. Longer segment lengths therefore indicate higher concentrations of measured chemicals during times when the wind blows from the corresponding direction of the segment.

To plot pollution roses, we selected hourly H₂S data measured only when the wind speed was above 1 m/s. Lower winds tend to have variable, fluctuating wind direction within the hour and therefore, in order to properly correlate H₂S measurements with wind direction, we did not include hours with light, variable winds.

This is illustrated in the example of Figure 16, where one of the segments indicates that 2 ppb is the average concentration measured during the hours with winds from 170 degrees.

---

[31] For computing these pollution roses, we decided to use the winds from Trinity Onsite plus KMSY instead of those measured at the Waggaman Station. In fact, our analysis of the Waggaman wind measurements indicates that until March 26, 2020, there were quality problems in the meteorological data (anomalous spikes of wind speed, up to an upper threshold value, scatter plots of wind speed, and wind direction poorly correlated with Trinity onsite and KMSY data). After March 26, 2020, data quality of wind measurements at Waggaman Station improved.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 16.   Example of pollution rose.**

The pollution rose of hourly H2S concentrations at Waggaman Station—showing the average H2S concentration in each direction for the period from 1/31/2020 to 12/31/2020—is presented in Figure 17, showing an apparent background[32] of 1 ppb.

---

[32] The term "background" is used here to indicate a concentration that is found with winds blowing from virtually all directions and, therefore, cannot be attributable to a specific source within the study area.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 17.   Pollution rose (average) of 1-hour H2S air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).**

Figure 18 shows the pollution rose for the 98th percentile[33] of the distribution of the same H2S values in each direction. In other words, Figure 18 focuses on the wind direction for the highest measured H2S values.

---

[33] The 98th percentile of a data set is the value that is only exceeded by 2% of the data. It is often used in defining air quality standards and in statistical analyses to eliminate the effects of top 2% outliers.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 18.   Pollution rose (98th percentile) of 1-hour H₂S air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).**

Figure 19 and Figure 20 show these two pollution roses on a map, where JPLF Phase 4A and the two other landfills are shown in color (RBLF in green, HWY90 in turquoise, and Phase 4A of the JPLF in yellow). My conclusion is that, using the evidence provided by the LDEQ H₂S measurements at Waggaman Station, H₂S concentrations are relatively low, both the averages (around 2 ppb) and the 98th-percentile peaks (10-11 ppb).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 19.   Georeferenced pollution rose (average) of 1-hour H₂S air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 20.   Georeferenced pollution rose (98th percentile) of 1-hour H₂S air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).**

As we will see later in Section 11.2, these concentration values are much lower than well-established health standards, odor thresholds, and regulatory levels (e.g., the California H₂S 1-hour standard of 30 ppb and the 8-hour average Louisiana standard is 237 ppb). More importantly, even if JPLF and the other two landfills shared some responsibility at Waggaman Station for the H₂S concentrations measured with winds in the sector from south-to-southwest between 1/31/2020 to 12/31/2020, the three landfills appear to be minor contributors, causing

perhaps, on average, an extra concentration of 1 ppb or less, and episodic peak values of limited intensity (e.g., 10 ppb).[34]

It must be noted that, if JPLF (or the three landfills) were a dominant contributor, the pollution roses would look much different, with larger components in the southwest-to-south sector. $H_2S$ measurements at Waggaman Station are collected in a location that is ideal for measuring the maximum $H_2S$ impact in residential areas, since most other residential areas are located at larger distances from JPLF. Yet, $H_2S$ measurements at Waggaman Station remain relatively low and almost uncorrelated with wind direction from JPLF.

In conclusion, the pollution roses of measured $H_2S$ concentrations at Waggaman Station in 2020 show that $H_2S$ values are relatively low and come practically from all directions. This means that, in this complex and industrialized region, there is a multitude of $H_2S$ sources all around Waggaman Station whose impacts are comparable with contributions coming from South-Southwest—which is the direction of transport from Phase 4A of JPLF, RBLF, and HWY90 landfills.

The presence of many sources of odors is confirmed by our analysis of the complaints received by LDEQ (Set 2; 2015-2019, presented in Section 5.2 of our previous technical report, enclosed as *Attachment A*). There are 161 odor incidents with variable duration that could be geolocated. For each incident, LDEQ prepared a report indicating one or more possible sources. The number of incidents identifying JPLF as a possible source is 14, less than 10%.

---

[34] These conclusions are based on 2020 measurements but can be extended to previous years since total $H_2S$ emission rates from the three landfills did not change substantially (*see* Table 5).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 5.2    Overlapping of Plumes

It must be noted that, as illustrated in Figure 21, the wind direction from south-southwest, which carries JPLF Phase 4A emissions to Waggaman Station, also transports $H_2S$ emissions from the nearby River Birch Gas Plant and portions of RBLF, thus complicating the interpretation of our pollution roses.[35] In other words, what we measure at Waggaman Station, with winds from south-southwest, includes an unknown fraction of $H_2S$ not emitted by JPLF.



**Figure 21.   Overlap of plumes from JPLF Phase 4A and River Birch when wind (from Southwest) is directed towards LDEQ Waggaman Station.**

---

[35] However, with winds from south-southwest, a possible $H_2S$ plume from the third landfill—HWY90—does not interfere.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

The same overlap of plumes can also occur with winds from the south-southwest creating a possible joint contribution of the plumes from area JPLF Phase 4A and from HWY90, as shown in Figure 22. This indicates that sampling downwind of Waggaman Station would represent an overlap of plumes from the three landfills, an important factor to consider in interpreting modeling results. Lape's modeling results do not include any contribution from the RBLF or HWY90, which renders his results incomplete and unreliable.



**Figure 22.   Overlap of plumes from JPLF Phase 4A and HWY90 when wind (from south-southwest) is directed towards LDEQ Waggaman station.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 5.3    Other Pollution Roses (Methane)

Waggaman Station also measures hourly averages of methane ("CH₄"). For completeness, since methane is emitted from landfills,[36] I created pollution roses for methane in Section 6.2 of my 2021 report, enclosed as *Attachment A*. These pollution roses confirm that higher than normal methane concentrations may occur with winds from different directions and that several sources, besides the three landfills, may be the cause.

## 5.4    Daily Cycle

By averaging the measured concentrations at the same hour of the day, we can calculate and plot the daily cycle of H₂S. Figure 23 below shows the daily cycle for the entire 11-month period of 2020.



**Figure 23.   Daily cycle of 1-hour H₂S air concentration measured by LDEQ at Waggaman (1/31/2020 – 12/31/2020).**

---

[36] From Commonwealth of Massachusetts, Odorous Gas Policy Appendix A, Basics of Landfill Gas at 3, 6 (*available at* https://www.mass.gov/doc/odorous-gas-policy-appendices-a-through-h/download):
- *"The concentration of hydrogen sulfide detected in landfill gas samples at solid waste landfills that receive construction and demolition (C&D) waste is usually much higher than at landfills that do not accept C&D."* (page 3; 4th par);
- *"C&D debris landfills do not produce the large volumes of methane gas that MSW landfills generate."* (par 2.1.5, page 6; Section 2.1.5).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

As expected, measured $H_2S$ concentrations are higher at nighttime, when atmospheric conditions are frequently stable and winds are lighter, thus creating conditions in which ground-based emissions, such as those from one of the landfills, can carry higher concentrations downwind (about a factor of two in our case). Instead, in daytime conditions, with solar radiation heating the surface and creating positive vertical heat fluxes, atmospheric dispersion is more intense, and downwind concentrations are consequently lower.

We present below additional figures for the daily cycle, covering shorter periods in 2020 to show seasonal variations. As expected, the daily cycle is more pronounced in summer, due to the stronger solar radiation.



**Figure 24.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (1/31/2020 – 3/31/2020).**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 25.   Daily cycle of 1-hour H₂S air concentration measured by LDEQ at Waggaman (4/1/2020 – 6/30/2020).**



**Figure 26.   Daily cycle of 1-hour H₂S air concentration measured by LDEQ at Waggaman (7/1/2020 – 9/30/2020).**



**Figure 27.   Daily cycle of 1-hour H₂S air concentration measured by LDEQ at Waggaman (10/1/2020 – 12/31/2020).**

**Section Summary**

It is only from January 31, 2020 that we have continuous, reliable off-site measurements of H₂S in the region at Waggaman Station. These measurements show relatively low H₂S concentrations coming from practically all wind directions, with an apparent background of 1 ppb. When winds blow directly from the three landfills toward Waggaman Station, H₂S concentrations are on the average slightly higher (1 ppb higher) than those measured during the occurrence of other wind directions. There is no indication of JPLF contributing more H₂S than the other two landfills.

# 6.    The Proposed Class Area

**Opinion 2: The proposed class area is strongly heterogenous, with some areas downwind of certain potential odor sources more frequently than others. Any potential odor impact strongly depends upon distance and wind direction from the potential odor sources.**

The proposed class area is 41.5 square miles spanning both sides of the Mississippi River and contains different land cover types and varying population density.[37] The heterogeneity of this spatially diverse region is compounded by meteorological influences. The KMSY AERMET wind data for 2017, 2018, and 2019 in Section 4 show that winds can come with a significant frequency from all directions. Moreover, my pollution roses in Section 5.1 indicate the presence of $H_2S$ concentrations coming from all directions.

The proposed class area includes residential locations that are both very close and very distant from the three landfills. Any $H_2S$ impact from the landfills would vary enormously with distance and wind direction inside the proposed class area. In fact, there are well-established laws of atmospheric diffusion, as shown in Figure 28 below. If an area source, such a landfill, is emitting a chemical, the downwind concentrations of that chemical will strongly decrease with distance from the source under all wind conditions. Residents closer to a potential odor source will therefore experience a greater concentration and frequency of potential impacts than those at a greater distance. The potential impacts are also greatly influenced by wind direction, the direction of the receptor location from that putative source, and the influence of other potential odor sources. These factors apply regardless of time period.

---

[37] See Attachment A, Figure 23, <u>Supplemental Expert Report of Dr. John Kind in *Elias Jorge Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc.*, CTEH, March 12, 2024.</u>

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 28.   Quantitative pattern of decline of ground-level concentrations with distance for an area source emission.**

In my 2021 report, we analyzed the correlation between four sets of odor complaints and wind direction measured at the KMSY airport at the time of the complaints. We color-coded these records based on the degree of alignment between wind direction and the JPLF. The geographic distribution of the complaints when wind direction was aligned with the JPLF is highly variable.[38]

Plaintiffs claim in their preliminary motion for class certification that the mapping of odor complaints I presented in my 2021 report supports Plaintiffs' proposed geographic boundary for the class area. Their claim is incorrect.[39]

The map that Plaintiffs are referring to is presented in Figure 22 of my 2021 report, which is enclosed in *Attachment A*. The dots represent locations of odor complaints. Most of these

---

[38] As discussed in my 2021 report, the geographic distribution and density of the red dots do not indicate a potential culpability of JPLF, with the exception of very few cases within two miles from the JPLF. Please see my 2021 Zannetti Expert Report for a more detailed discussion of this analysis.

[39] Case 2:18-cv-07889-SM-MBN Document 366-1 Filed 08/25/23 at pages 5-7.

complaints—the green and yellow dots—occurred during hours when the wind direction was not even aligned between JPLF and the location of the complaints. The red dots are those with the wind direction aligned with the JPLF, but the density of the red dots does not support the claim of JPLF being the origin of these complaints. Moreover, every red dot is surrounded by many non-red dots, thus indicating that, at that location, odor complaints are mostly correlated with wind directions _not_ coming from JPLF.

In other words, the density of the red dots contradicts the hypothesis that JPLF is the cause of odor problems at those distances and provides no support for Plaintiffs' proposed geographic boundary of the class area.

## Section Summary

**The proposed class area includes residential locations that are both very close and very distant from the three landfills. Any $H_2S$ impact from the landfills would vary enormously with distance and wind direction inside the proposed Class Area.**

# 7.    EnviroComp Modeling Approach

**Opinion 3: All the computational methods I used — dispersion models, statistical analyses —are based upon the best available science.**

The modeling approach used by EnviroComp in this study is based on the CALPUFF modeling system.[40] CALPUFF is a multi-layer, multi-species non-steady-state puff dispersion model that simulates the effects of time- and space-varying meteorological conditions on pollution transport, transformation, and removal. CALPUFF can be applied on scales of tens to hundreds of kilometers. This model is approved by EPA and listed as an "alternative model" in the EPA Guideline on Air Quality Models, Appendix W.[41]

I examined the use of the CALPUFF modeling system in the 2021 Report[42] prepared by Plaintiffs' Expert Mr. James Lape. He was retained by the law firm of Law Firm of Bruce C. Betzer to provide analysis and conclusions as to the fate and transport of $H_2S$ generated by JPLF during 2017, 2018, and 2019. Despite some criticism[43] of Lape that I formulated in my 2021 report,[44] I consider his approach methodologically acceptable for this project. Therefore,

---

[40] EPA, Air Quality Dispersion Modeling - Alternative Models, *available at* https://www.epa.gov/scram/air-quality-dispersion-modeling-alternative-models#calpuff.
[41] 82 Fed. Reg. 5182, 5195 (Jan. 17, 2017).
[42] Expert Report of James F. Lape (Jan. 29, 2021).
[43] Section 7.2 of my 2021 report dealt with Lape's CALMET runs to prepare the meteorological input to CALPUFF. I noted that meteorological data collected at the nearby airport (KMSY) were available and should have been included in his inputs to CALMET. However, for this project, I have adopted Lape's methodology and believe that the inclusion of KMSY measurements would not have altered substantially the results. Therefore, I am using in my simulations the same CALMET outputs produced by Lape.
[44] 2021 Zannetti Expert Report at 56-80.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

I used the CALPUFF computer files[45] received from Lape in 2021 to perform my simulations.[46] The only changes I made to Lape's files were: 1) the inclusion of a new set of emission rates from each of the three landfills that were provided[47] to me by Defense expert Matthew Stutz of Weaver Consultants Group LLC (and discussed later), and 2) the addition of receptors representative of the residence locations of the Class Representatives. Later, when I examined the 2024 computer files disclosed by Lape, I was able to verify that his CALPUFF runs were identical to his previous 2021 runs (except for emissions and receptors), and therefore my initial use of his 2021 computer files was correct.

The meteorological inputs required to run CALPUFF were generated by Lape using the CALMET model version 6.5.0 with 250-meter horizontal resolution, initialized with the output of the three-dimensional Weather Research and Forecasting (WRF) model version 4.0, run with 1-kilometer resolution. In this study, I continue to use Lape's meteorological inputs in my simulations.

My CALPUFF runs covered Plaintiffs' Claim Period from July 2017 to December 2019. During this 30-month period, there are about 43,870 30-minute intervals. My CALPUFF modeling runs produced 30-minute $H_2S$ concentrations in each point of interest over the entire 30-month period. Both total concentrations, i.e., the cumulative contribution from the three landfills, and specific concentrations, i.e., due to each single landfill, were calculated.

After completing my CALPUFF runs, I performed statistical analyses of the results. In

---

[45] These files, for years 2017, 2018 and 2019, consist of the WRF prognostic model output at 1 km resolution that is used in input to CALMET, the input and output files (30-min and 60-min output frequency) of the diagnostic model CALMET, the input and output files of the dispersion model CALPUFF (that uses in input the output files of CALMET), the input and output files of the postprocessor CALPOST providing the results of the simulation at discrete receptors. The WRF and CALMET file were received in February 2021. The latest version of CALPUFF and CALPOST files were received in August 2021.

[46] Lape's 2024 modeling files were not received until February 26, 2024 due to issues with data transmission. I was able to verify that Lape's CALPUFF runs were identical to his previous 2021 runs except with respect to the differences I identify. I reserve the right to supplement this report if additional differences between Lape's 2021 and 2024 runs are identified.

[47] Weaver Consultants Group LLC emissions estimates for Jefferson Parish Landfill, River Birch Landfill, and Highway 90 Landfill (2017-2020) ("Weaver Emissions Estimates 2017-2020").

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

particular, I compared $H_2S$ 30-minute average concentrations with two reference levels[48] that were provided to me: 5 ppb and 10 ppb. Using these two reference levels, I was able to calculate the number of events above these reference levels at any point of interest.

<u>Section Summary</u>

**We have adopted the same computer modeling approach as Plaintiffs' expert Lape. We are using modeling tools recommended by the EPA. We are using two very low reference levels for $H_2S$ concentrations: 5 ppb and 10 ppb, even though in my opinion higher, less conservative values should be used, as discussed in the scientific literature and in government guidelines. For example, the 1-hour average California standard[49] is 30 ppb and the 8-hour average Louisiana standard[50] is 237 ppb.**

---

[48] In the Court's November 29, 2022 Findings of Fact and Conclusions of Law (Doc. 385), it was determined  that "exposure to an average of 5 ppb of hydrogen sulfide over thirty minutes is sufficient by itself for individuals generally to be able to smell hydrogen sulfide and for the exposure to cause a reaction." Moreover, it is my understanding that this choice of 5 ppb was based, in part, on a World Health Organization document that states "… hydrogen sulfide concentrations should not be allowed to exceed 7 μg/m³ [i.e., 5 ppb], with a 30-minute averaging period." Air Quality Guidelines for Europe, 2nd Edition at 147 (2000). My conclusion is that the two $H_2S$ reference levels of 5 ppb and 10 ppb provided to me refer to 30-minute average levels.

[49] California Air Resources Board, Hydrogen Sulfide and Health, *available at* https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-healthhttps://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health.

[50] Louisiana Department of Environmental Quality, Louisiana Toxic Air Pollutant Ambient Air Standards, *available at* https://internet.deq.louisiana.gov/portal/portals/0/Air/Louisiana_Toxic_Air_Pollutant_Ambient_Air_Standards.pdf.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 8.   $H_2S$ Emission Rates from the Landfills

We received $H_2S$ emission data for the three landfills for 2017, 2018, and 2019[51] (Table 1, Table 2, and Table 3) expressed in terms of cubic meters per year (m³/yr), that we converted to grams per square meter per second (g/m²/s) for input to our CALPUFF modeling runs. We also received $H_2S$ emission data for the three landfills for 2020, for the purposes of corroborating the modeling results (Table 1, Table 2, and Table 3).[52]

**Table 1.   Annual $H_2S$ emissions from JPLF.**

| Sitewide JPLF | | | | |
|---|---|---|---|---|
| **Phase** | **2017** | **2018** | **2019** | **2020** |
| | Modeled $H_2S$ Generation (m³/yr) | | | |
| **1** | 588 | 560 | 532 | 506 |
| **2** | 155 | 147 | 140 | 133 |
| **3A** | 263 | 251 | 238 | 227 |
| **3B** | 1,000 | 952 | 905 | 861 |
| **Total $H_2S$ Generation (1-3B)** | 2,007 | 1,909 | 1,816 | 1,727 |
| **1-3B Collection Efficiency** | 93% | | | |
| **Soil Oxidation** | 50% | | | |
| **1-3B $H_2S$ Emissions** | 70.2 | 66.8 | 63.6 | 60.5 |
| | | | | |
| **4A - Total $H_2S$ Generation** | 14,398 | 25,237 | 34,645 | 42,473 |
| **4A Collection Efficiency** | 0.0% | 39.0% | 42.0% | 74.8% |
| **Soil Oxidation** | 50% | | | |
| **4A $H_2S$ Emissions** | 7,198.8 | 7,697.2 | 10,047.1 | 5,351.6 |
| | $H_2S$ Fugitive Emissions (m³/yr) | | | |
| **Total JPLF Site H2S Emissions** | **7,269** | **7,764** | **10,111** | **5,412** |

---

[51] Data prepared by Weaver Consultants Group, LLC.
[52] Data prepared by Weaver Consultants Group, LLC.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 2.   Annual H2S emissions from RBLF.**

| Sitewide RBLF | | | | |
|---|---|---|---|---|
| **Phase** | **2017** | **2018** | **2019** | **2020** |
| | Modeled H$_2$S Generation (m$^3$/yr) | | | |
| **RBLF** | 38,742 | 40,185 | 41,592 | 43,253 |
| **Collection Efficiency** | 70.0% | 67.0% | 70.0% | 70.0% |
| **H$_2$S Oxidation** | 50% | | | |
| | H$_2$S Fugitive Emissions (m$^3$/yr) | | | |
| **Total** | 5,811 | 6,630 | 6,239 | 6,488 |

**Table 3. Annual H2S emissions from HWY90.**

| Sitewide Hwy 90 | | | | |
|---|---|---|---|---|
| **Phase** | **2017** | **2018** | **2019** | **2020** |
| | Modeled H$_2$S Generation (m$^3$/yr) | | | |
| **Hwy 90** | 26,674 | 26,964 | 27,258 | 27,619 |
| **Collection Efficiency** | 0% | | | |
| **H$_2$S Oxidation** | 3.3% | | | |
| | H$_2$S Fugitive Emissions (m$^3$/yr) | | | |
| **Total** | 25,794 | 26,074 | 26,358 | 26,707 |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

By assuming[53] an absolute density of 1.42 kg/m$^3$ for H$_2$S, we calculated[54] the emission rates of H$_2$S from each landfill, in kilograms per year (kg/yr), as shown in Table 4. Table 5 shows the emission rates from each landfill, in grams per second (g/s).

---

[53] H$_2$S absolute density at 101.325 kPa at 20 °C.

[54] H$_2$S emission (g/s) = Modeled H$_2$S generation (m³/yr) * ((100 – collection efficiency) / 100) * ((100 – soil oxidation) / 100) * H$_2$S density (kg/m³) * 1000 (g/kg) * 8760 *3600 (s/yr).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 4.   Annual H$_2$S emissions (kg/yr) from the three landfills.**

|  | Modeled H$_2$S Generation [kg/yr] | | | |
|---|---|---|---|---|
| **JEFFERSON PARISH LANDFILL** | 2017 | 2018 | 2019 | 2020 |
| Phase 1 | 29.2 | 27.8 | 26.5 | 25.2 |
| Phase 2 | 7.7 | 7.3 | 7.0 | 6.6 |
| Phase 3A | 13.1 | 12.5 | 11.8 | 11.3 |
| Phase 3B | 49.7 | 33.3 | 31.7 | 30.1 |
| Phase 4A | 10,222.3 | 10,930.0 | 14,266.8 | 7,599.3 |
| **RIVER BIRCH LANDFILL** | | | | |
| RBLF | 8,252.1 | 9,415.2 | 8,859.2 | 9,212.9 |
| **HWY 90 LANDFILL** | | | | |
| HWY90 | 36,627.4 | 37,025.2 | 37,428.4 | 37,924.5 |

*This table was revised from the original March 8 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz. In the March 8 report, the numbers here for Hwy 90 were inadvertently reported in units of m3/yr instead of the kg/yr that was used for all other values in this table. The revised values shown here reflect both the conversion to kg/yr and the revised emission rates received from Mr. Stutz.

**Table 5.   Annual H$_2$S emission rates (g/s) from the three landfills.**

|  | H$_2$S Emission rates [g/s] | | | |
|---|---|---|---|---|
| **JEFFERSON PARISH LANDFILL** | 2017 | 2018 | 2019 | 2020 |
| Phase 1 | 9.27E-04 | 8.82E-04 | 8.39E-04 | 7.98E-04 |
| Phase 2 | 2.44E-04 | 2.32E-04 | 2.21E-04 | 2.10E-04 |
| Phase 3A | 4.15E-04 | 3.95E-04 | 3.76E-04 | 3.57E-04 |
| Phase 3B | 1.58E-03 | 1.06E-03 | 1.00E-03 | 9.56E-04 |
| Phase 4A | 3.24E-01 | 3.47E-01 | 4.52E-01 | 2.41E-01 |
| **RIVER BIRCH LANDFILL** | | | | |
| RBLF | 2.62E-01 | 2.99E-01 | 2.81E-01 | 2.92E-01 |
| **HWY 90 LANDFILL** | | | | 1.19E+00 |
| HWY90 | 1.16E+00 | 1.17E+00 | 1.19E+00 | |
| **THREE LANDFILLS** | | | | |
| TOTAL | **1.75** | **1.82** | **1.92** | **1.74** |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

As shown in the tables above, the H$_2$S emission rates from HWY90 are much higher (a factor of about three) than the emission rates of the other two landfills.

CALPUFF requires that emission from area sources (as the landfill Phases are) are specified in input as flux rates of grams per square meter per second (g/m$^2$/s). Such values are calculated

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

by dividing the emission rates in g/s reported above with the extent (m²) of the area sources (quadrangles[55]) simulating the Phases of the landfills (Figure 29).

Table 6 reports the flux rates of $H_2S$ from all the CALPUFF sources we used. The size of Phases 1, 2, 3A, and 3B of JPLF did not vary during the relevant time period. The size of area Phase 4A of JPLF varied every year. I used the same source area sizes estimated by Lape for Phase 4A in his 2021 CALPUFF runs. For the year 2020, we used Lape's 2019 source area estimate for Phase 4A.



**Figure 29.   Quadrangles representing the area sources of the three landfills.**

---

[55] We chose the sizes of the quadrangles in order to cover the landfills' areas and maintain a low aspect ratio.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

Table 6.  Flux rates (g/m²/s) of CALPUFF area sources.

| Area sources | Area (m²) | Emission flux rate (g/m²/s) | | | |
|---|---|---|---|---|---|
| | | 2017 | 2018 | 2019 | 2020 |
| P1_A polygon area | 165187.7 | 2.96E-09 | 2.82E-09 | 2.68E-09 | 2.55E-09 |
| P1_B polyugon area | 147874.0 | 2.96E-09 | 2.82E-09 | 2.68E-09 | 2.55E-09 |
| P2 polygon area | 277086.3 | 8.80E-10 | 8.37E-10 | 7.96E-10 | 7.57E-10 |
| P3A polygon area | 347970.8 | 1.19E-09 | 1.13E-09 | 1.08E-09 | 1.03E-09 |
| P3B polygon area | 242908.3 | 6.49E-09 | 4.35E-09 | 4.14E-09 | 3.93E-09 |
| LAPE_4A_2017 polygon area | 59619.8 | 5.44E-06 | 0.00E+00 | 0.00E+00 | 0.00E+00 |
| LAPE_4A_2018 polygon area | 74925.7 | 0.00E+00 | 4.63E-06 | 0.00E+00 | 0.00E+00 |
| LAPE_4A_2019 polygon area | 90877.6 | 0.00E+00 | 0.00E+00 | 4.98E-06 | 0.00E+00 |
| LAPE_4A  2020 polygon area[56] | 90877.6 | 0.00E+00 | 0.00E+00 | 0.00E+00 | 2.65E-06 |
| RBLF_A polygon area | 131991.8 | 2.52E-07 | 2.87E-07 | 2.70E-07 | 2.81E-07 |
| RBLF_B polygon area | 305168.5 | 2.52E-07 | 2.87E-07 | 2.70E-07 | 2.81E-07 |
| RBLF_C polygon area | 442419.4 | 2.52E-07 | 2.87E-07 | 2.70E-07 | 2.81E-07 |
| RBLF_D polygon area | 159315.3 | 2.52E-07 | 2.87E-07 | 2.70E-07 | 2.81E-07 |
| HWY90_A polygon area | 28654.2 | 6.47E-06 | 6.54E-06 | 6.61E-06 | 6.70E-06 |
| HWY90_B polygon area | 150905.1 | 6.47E-06 | 6.54E-06 | 6.61E-06 | 6.70E-06 |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

**Section Summary**

**We were provided with H₂S emission rates from the three landfills for 2017, 2018, 2019, and 2020. We organized emission data in the proper format and units for input to our CALPUFF modeling runs. The H₂S emissions from HWY90 are dominant, about three times higher than the emissions from JPLF and RBLF.**

---

[56] For the year 2020, we used Lape's 2019 estimate for the size of Phase 4A.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 9.    EnviroComp Modeling Runs and Visualization of Results

**Opinion 4: Statistical analysis of my modeling results demonstrates that the numbers of 30-minute periods with simulated H₂S concentrations from JPLF above 5 ppb are extremely rare. For the majority of the proposed Class Representatives, this number is zero. Moreover, HWY90 emissions are dominant, about three times higher than the emissions from JPLF and RBLF, and that each receptor location has varying degrees of impacts from each of the three landfills.**

With the CALPUFF modeling runs, I calculated 30-minute average H₂S concentrations at each point of interest and, in particular, at the nine locations of the ten proposed Class Representatives. The proposed Class Representatives are listed in Table 7 and their residential locations are displayed in Figure 30.

**Table 7.   List of nine proposed Class Representatives' addresses and coordinates (Ictech litigation).**

| REC # - Surname | Name(s) | Address | XUTM15N (m)[57] | YUTM15N (m) |
|---|---|---|---|---|
| L1 – Bernard | Larry J. Bernard, Mona S. Bernard | 475 Gordon Ave, Harahan, LA 70123 | 770253 | 3315578 |
| L2 - Ictech-Bendeck | Elias Jorge Ictech-Bendeck | 241 Walter Road, River Ridge, LA 70123 | 769118 | 3316944 |
| L3 - Landry-Boudreaux | Nicole M. Landry-Boudreaux | 25 Primrose Lane, Westwego, LA 70094 | 766285 | 3315972 |
| L4 – Thompson | Savannah Lee Thompson | 1344 Hickory Avenue, Apartment D, Harahan LA 70123 | 769840 | 3317408 |
| L5 - Crossman | Robyn Crossman | 9534 Catalpa Loop, Waggaman LA 70094 | 765238 | 3316431 |
| L6 - Steele | Kayla Anne Steele | 8439 Jefferson Highway, Harahan LA 70123 | 769078 | 3315335 |
| L7 - Adams | Phil Adams | 503 Daniel Street, Kenner LA 70062 | 765509 | 3319408 |
| L8 - Williams | Anne Williams | 409 Butler Drive, Avondale LA 70094 | 768969 | 3312861 |
| L9 - Walker | Ophelia Walker | 516 S Jamie Blvd, Avondale LA 70094 | 769628 | 3310831 |

---

[57] These coordinates, representing the residential locations of the proposed Class Representatives, are very close, but not identical, to those used by Plaintiffs' expert Lape.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 30.   Nine Locations of ten proposed Class Representatives (Ictech litigation).**

## 9.1   Simulations of Predicted Concentrations above Reference Levels

To illustrate an example of the predicted $H_2S$ concentrations produced by CALPUFF, I show in Figure 31 the November 2018 $H_2S$ 30-minute average concentrations, from the three landfills (individual and combined), that I simulated at the residence of Class Representative Nicole M. Landry-Boudreaux (labeled L3).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 31.   November 2018 H2S 30-minute average simulated concentrations at the residence of proposed Class Representative Nicole M. Landry-Boudreaux (L3), from the three landfills (individual and combined).**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

Proposed Class Representative Landry-Boudreaux is located in the Waggaman residential area and is one of the closest Class Representative to the three landfills. In the figure, most of the 1,440 30-minute average concentrations are zero because most of the time the wind is not blowing from the landfills toward the Landry-Boudreaux (L3) residence. In very few cases during the 30-month period, $H_2S$ concentrations were above the chosen reference values of 5 ppb and 10 ppb.[58] These typically occurred at nighttime with light winds blowing directly from the landfills toward Landry-Boudreaux's residence. The figure also shows the dominant role of emissions from HWY90, as expected.

All similar figures, for each of the nine proposed Class Representatives' locations and each month of the 30-month period, are presented in *Attachment E* (270 figures, which have been revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz).

I also presented my results in tabular format in the four tables below (Tables 8, 9, 10, 11). These are similar to the format of results presented by Lape in his Table 3 but contain my CALPUFF results for all three landfills with 30-minute average maximum and counts above 5 ppb, 10 ppb, and 30 ppb and the maximum concentrations per year predicted at each proposed Class Representative location.

---

[58] CALPUFF provides concentration results in units of $\mu g/m^3$. In all our presentations of EnviroComp's simulated concentrations of $H_2S$, we used a conversion rate of 1.42. Therefore 5 ppb corresponds to 7.1 $\mu g/m^3$. This conversion rate assumes a temperature of 20°C.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 8.   EnviroComp's CALPUFF simulations of 30-minute average H₂S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - <u>All three landfills</u>.**

| July to December 2017 - All three landfills | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 20.5 | 15.0 | 21.5 | 14.7 | 21.0 | 28.6 | 5.2 | 27.3 | 11.5 |
| > 5 ppb | 27 | 17 | 52 | 16 | 57 | 100 | 1 | 105 | 23 |
| > 10 ppb | 6 | 3 | 10 | 4 | 13 | 20 | 0 | 24 | 1 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2018 - All three landfills | | | | | | | | | |
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 22.6 | 29.4 | 23.0 | 11.0 | 23.9 | 23.6 | 9.8 | 18.5 | 12.6 |
| > 5 ppb | 33 | 18 | 61 | 17 | 120 | 116 | 2 | 154 | 53 |
| > 10 ppb | 5 | 3 | 11 | 2 | 20 | 21 | 0 | 24 | 6 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2019 - All three landfills | | | | | | | | | |
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 17.2 | 17.5 | 29.5 | 18.8 | 23.5 | 23.2 | 10.5 | 26.7 | 20.2 |
| > 5 ppb | 35 | 32 | 100 | 20 | 212 | 110 | 13 | 143 | 45 |
| > 10 ppb | 6 | 8 | 17 | 6 | 35 | 12 | 1 | 28 | 5 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 9.  EnviroComp's CALPUFF simulations of 30-minute average H2S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - <u>JPLF</u>.**

| July to December 2017 - JPLF | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $H_2S$ value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 2.9 | 4.2 | 8.0 | 1.9 | 10.9 | 7.4 | 2.4 | 4.3 | 2.8 |
| > 5 ppb | 0 | 0 | 4 | 0 | 13 | 1 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2018 - JPLF | | | | | | | | | |
| $H_2S$ value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 3.6 | 3.2 | 10.5 | 2.9 | 8.5 | 4.1 | 2.3 | 4.7 | 2.9 |
| > 5 ppb | 0 | 0 | 6 | 0 | 9 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2019 - JPLF | | | | | | | | | |
| $H_2S$ value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 3.4 | 3.0 | 6.5 | 3.0 | 12.7 | 7.6 | 2.7 | 4.7 | 3.2 |
| > 5 ppb | 0 | 0 | 11 | 0 | 26 | 1 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 10.  EnviroComp's CALPUFF simulations of 30-minute average H₂S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 - <u>RBLF</u>.**

| July to December 2017 - RBLF | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 1.0 | 1.2 | 3.6 | 1.0 | 5.0 | 1.8 | 1.5 | 2.0 | 1.0 |
| > 5 ppb | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2018 - RBLF | | | | | | | | | |
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 2.1 | 1.7 | 5.4 | 1.3 | 6.0 | 2.8 | 2.1 | 2.0 | 1.1 |
| > 5 ppb | 0 | 0 | 1 | 0 | 4 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2019 - RBLF | | | | | | | | | |
| H₂S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 1.6 | 1.8 | 3.5 | 1.5 | 9.3 | 1.7 | 1.8 | 3.0 | 1.4 |
| > 5 ppb | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 |
| > 10 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Table 11.  EnviroComp's CALPUFF simulations of 30-minute average H$_2$S concentrations - maximum and counts above three reference levels at the proposed Class Representatives' locations for 2017, 2018, and 2019 – <u>HWY90</u>.**

| July to December 2017 – HWY90 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| H$_2$S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 20.5 | 15.0 | 15.1 | 14.7 | 20.8 | 26.2 | 4.7 | 27.3 | 8.2 |
| > 5 ppb | 24 | 15 | 35 | 15 | 26 | 98 | 0 | 84 | 14 |
| > 10 ppb | 5 | 3 | 7 | 4 | 5 | 20 | 0 | 13 | 0 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2018 – HWY90 | | | | | | | | | |
| H$_2$S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 21.8 | 25.8 | 18.5 | 10.5 | 23.7 | 22.8 | 6.3 | 18.3 | 12.4 |
| > 5 ppb | 27 | 16 | 30 | 17 | 47 | 109 | 2 | 114 | 26 |
| > 10 ppb | 5 | 3 | 5 | 2 | 10 | 19 | 0 | 15 | 1 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| January to December 2019 – HWY90 | | | | | | | | | |
| H$_2$S value (ppb) | L1 Bernard | L2 Ictech-Bendeck | L3 Landry-Boudreaux | L4 Thompson | L5 Crossman | L6 Steele | L7 Adams | L8 Williams | L9 Walker |
| Max conc (ppb) | 14.7 | 17.5 | 29.3 | 18.8 | 21.6 | 22.4 | 7.9 | 25.9 | 18.5 |
| > 5 ppb | 33 | 29 | 63 | 19 | 120 | 104 | 7 | 97 | 22 |
| > 10 ppb | 6 | 7 | 8 | 6 | 22 | 11 | 0 | 19 | 3 |
| > 30 ppb | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

From Table 9 above showing the results for JPLF, it is clear that the numbers of my 30-minute simulated concentrations from JPLF above 5 ppb are extremely low. For the majority of the proposed Class Representatives, this number is zero.

My modeling results contain simulated impacts at any location within the modeling domain, allowing me to specify H$_2$S concentrations and frequencies for any witness location, including but not limited to the additional locations shown in Figure 32.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 32.   Seven additional locations (E1 through E7).**

## 9.2    Simulations of Percentage of Cases above Reference levels

For each Class Representative, we performed a series of statistical calculations to determine the number of predicted 30-minute $H_2S$ values that are above our reference levels of 5 ppb and 10 ppb. For completeness, we created plots in which results are presented for reference levels varying from 1 ppb to 30 ppb (the California nuisance standard). We present below the plots for two proposed Class Representative: Nicole M. Landry-Boudreaux (L3), located approximately 1.5 miles north-northeast from JPLF, and Anne Williams (L8), located approximately 2.5 miles east-southeast from JPLF. They are among the closest proposed Class Representatives to Phase 4A at JPLF. Similar plots for the remaining proposed Class

Representatives are presented in *Attachment F* (the figures have been revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz).

Figure 33 shows the percentages of cases, i.e., 30-minute periods over 30 months, in which simulated $H_2S$ concentrations at Landry-Boudreaux's (L3) residence are above a reference level. Percentages are shown in the vertical, while the reference levels, from 1 ppb to 30 ppb, are displayed in the horizontal.

- The blue curve represents percentages related to the cumulative impact of the three landfills.

- The green curve represents percentages related to the impact only from JPLF emissions.

- The yellow curve represents percentages related to the impact only from RBLF emissions.

- The brown curve represents percentages related to the impact only from HWY90 emissions.

These plots also demonstrate the varying contributions of emissions from each of the three landfills, if any, to individual Plaintiff impacts.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 33.   Percentages of cases in which simulated H₂S concentrations at Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.*

To fully understand the figure above, Figure 34 shows a zoom-in for reference levels between 4 and 11 ppb, which allows a better visualization of the extraction of the percentages. In terms of the percentage of 30-minute periods over 30 months with average concentrations above 5 ppb for Landry-Boudreaux (L3), we obtain:

- Three Landfills (blue curve): <u>0.486%</u> of the cases for the combined impact of the three landfills (i.e., <u>213</u> 30-minute periods over 43,870[59] total 30-minute periods)

- HWY90 (brown curve): <u>0.292 %</u> of the cases for the impact of just HWY90 (i.e., <u>128</u> 30-

---

[59] CALMET run for year 2017 starts at 00:00 on July 1, 2017, and ends at 00:00 on January 1, 2018 (8,832 30-minute intervals). CALMET run for year 2018 starts at 00:00 on January 1, 2018, and ends at 00:00 on January 1, 2019 (17,520 30-minute intervals). CALMET run for year 2019 starts at 00:00 on January 1, 2019, and ends at 23:00 on December 31, 2019 (17,518 30-minute intervals). Therefore: 8,832 + 17,520 + 17,518 = 43,870 30-minute intervals.

minute periods over 43,870 total 30-minute periods)

- RBLF (orange curve): <u>0.002%</u> of the cases for the impact of just RBLF (i.e., <u>one</u> 30-minute periods over 43,870 total 30-minute periods)

- JPLF (green curve): <u>0.048%</u> of the cases for the impact of just JPLF (i.e., <u>21</u> 30-minute period over 43,870 total 30-minute periods)

In terms of concentrations above 10 ppb, percentages are, of course, much lower. They are:

- Three Landfills (blue curve): <u>0.087%</u> of the cases for the combined impact of the three landfills (i.e., <u>38</u> 30-minute periods over 43,870 total 30-minute periods)

- HWY90 (brown curve): <u>0.046%</u> of the cases for the impact of just HWY90 (i.e., <u>20</u> 30-minute periods over 43,870 total 30-minute periods)

- RBLF (orange curve): <u>0%</u> of the cases for the impact of just RBLF (i.e., <u>zero</u> 30-minute periods over 43,870 total 30-minute periods)

- JPLF (green curve): <u>0.002%</u> of the cases for the impact of just JPLF (i.e., <u>one</u> 30-minute period over 43,870 total 30-minute periods)

It must be remembered that these percentages would be even lower if more appropriate (i.e., higher) reference levels had been selected, as discussed at the end of Section 11.2.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 34.   Percentages of cases in which simulated H₂S concentrations at Ms. Landry-Boudreaux (L3) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in)**
*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

The same analysis done above for Landry Boudreaux (L3) is repeated below for Anne Williams (L8) and shown in Figure 35 and Figure 36.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 35.   Percentages of cases in which simulated H₂S concentrations at Williams (L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 36.  Percentages of cases in which simulated H₂S concentrations at Williams(L8) residence are above a reference level (RL). Period: July 1, 2017 – December 31, 2019. (Zoom-in)**
*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

We can extract—again—the percentages. In terms of simulations above 5 ppb, for Williams (L8) we obtain:

- Three Landfills (blue curve): <u>0.916%</u> of the cases for the combined impact of the three landfills (i.e., <u>402</u> 30-minute periods over 43,870 total 30-minute periods)

- HWY90 (brown curve): <u>0.672 %</u> of the cases for the impact of just HWY90 (i.e., <u>295</u> 30-minute periods over 43,870 total 30-minute periods)

- RBLF (orange curve): <u>0%</u> of the cases for the impact of just RBLF (i.e., <u>zero</u> 30-minute periods over 43,870 total 30-minute periods)

- JPLF (green curve): <u>0%</u> of the cases for the impact of just JPLF (i.e., <u>zero</u> 30-minute period over 43,870 total 30-minute periods)

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

In terms of concentrations above 10 ppb, percentages are, of course, much lower. They are:

- Three Landfills (blue curve): <u>0.173%</u> of the cases for the combined impact of the three landfills (i.e., <u>76</u> 30-minute periods over 43,870 total 30-minute periods)

- HWY90 (brown curve): <u>0.107%</u> of the cases for the impact of just HWY90 (i.e., <u>47</u> 30-minute periods over 43,870 total 30-minute periods)

- RBLF (orange curve): <u>0%</u> of the cases for the impact of just RBLF (i.e., <u>zero</u> 30-minute periods over 43,870 total 30-minute periods)

- JPLF (green curve): <u>0%</u> of the cases for the impact of just JPLF (i.e., <u>zero</u> 30-minute period over 43,870 total 30-minute periods)

The figures above refer to the entire 30-month period, which consists of 43,870 30-minute intervals. I have examined the same results, but computed separately for each year (2017, 2018, and 2019), and concluded that the differences from one year to another are not significant.

Finally, Figure 37 and Figure 38 show the daily cycle of CALPUFF simulations at the same locations of Landry-Boudreaux (L3) and Williams (L8) for the 30-month period. Each vertical bar in the figures represents the average of the nonzero[60] $H_2S$ simulation values plotted by the hour of the day (i.e., over 48 30-minute periods). As expected, the higher $H_2S$ values are found at nighttime, approximately between 20:00 and 05:00 local time, when meteorological conditions tend to keep concentrations trapped above the ground, with limited vertical diffusion.

---

[60] The large majority of the simulated concentrations (e.g., more than 90%) tend to be zero because in those hours the wind direction is not aligned between the landfills and the Plaintiff's locations. Therefore, to provide meaningful results, in this type of plot only nonzero values are selected.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 37.   Daily cycle of average CALPUFF simulations at location L3 - Landry-Boudreaux for the 30-month period.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 38.   Daily cycle of average CALPUFF simulations at location L8 – Williams for the 30-month period.**
*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

## 9.3     Transport Patterns from JPLF

I performed a statistical analysis of transport patterns from the three landfills to the proposed Class Representatives' locations, with particular consideration of transport patterns from JPLF. I selected two proposed Class Representatives: (i) Crossman (L5), who is one of the closest proposed Class Representatives to the landfills; and (ii) Steele (L6) on the east bank of the Mississippi River.

For Crossman (L5), I calculated (Table 12) the following frequencies and probabilities for the entire 30-month period.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 12.   Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Crossman (L5).**

| Description | Number of 30-minute intervals (out of 43,870 total intervals) | Probability of Occurrence |
|---|---|---|
| Frequency of 30-minute intervals having wind blowing from JPLF toward receptor (N1)[61] | 3,078 | P1 = 7.02% |
| Frequency of 30-minute intervals having wind blowing from JPLF toward receptor <u>with</u> light winds and stable (nighttime) conditions (N2)[62] | 321 | P2 = 0.73% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave a cumulative (three landfills) $H_2S$ concentration at receptor above 5 ppb or 10 ppb (N3) | 389 (5 ppb) | P3 (5 ppb) = 0.89% |
| | 68 (10 ppb) | P3 (10 ppb) = 0.16% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave a cumulative (three landfills) $H_2S$ concentration at receptor above 5 ppb or 10 ppb <u>and</u> the emissions from JPLF were needed, in addition to the other two landfills, for causing concentrations above 5 ppb or 10 ppb (N4) | 158 (5 ppb) | P4 (5 ppb) = 0.36% |
| | 22 (10 ppb) | P4 (10 ppb) = 0.05% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave $H_2S$ concentrations at L5 above 5 ppb or 10 ppb due <u>solely</u> to JPLF emissions (N5) | 48 (5 ppb) | P5 (5 ppb) = 0.109% |
| | 3 (10 ppb) | P5 (10 ppb) = 0.007% |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

---

[61] For Crossman (L5), a potential cone of impact of 20 degrees was used to select those intervals, as shown in Figure 39.

[62] Wind speed is less than 3 m/s and Pasquill-Gifford stability class is E or F (i.e., nighttime stable conditions). These meteorological conditions are more likely to cause higher ground-level concentration impacts.



**Figure 39.   20-degrees cone of impact for location [L5 – Crossman].**

The numbers below show the same frequencies and probabilities for the Class Representative

Steele (L6). The cone of impact for Steele (L6) is shown in Figure 40.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 40.   20-degrees cone of impact for location [L6 – Steele].**

For Steele (L6), located on the east bank, I calculated the frequencies and probabilities for the entire 30-month period that are shown in Table 13.

**Table 13.  Frequencies of occurrences of selected events (wind direction sectors and probabilities of concentrations above 5 ppb) for proposed Class Representative Steele (L6).**

| Description | Number of 30-minute intervals (out of 43,870 total intervals) | Probability of Occurrence |
|---|---|---|
| Frequency of 30-minute intervals having wind blowing from JPLF toward receptor (N1)[63] | 2,121 | P1 = 4.83% |
| Frequency of 30-minute intervals having wind blowing from JPLF toward receptor <u>with</u> light winds and stable (nighttime) conditions (N2)[64] | 1,156 | P2 = 2.64% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave a cumulative (three landfills) $H_2S$ concentration at receptor above 5 ppb or 10 ppb (N3) | 326 (5 ppb) | P3 (5 ppb) = 0.74% |
| | 53 (10 ppb) | P3 (10 ppb) = 0.12% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave a cumulative (three landfills) $H_2S$ concentration at receptor above 5 ppb or 10 ppb <u>and</u> the emissions from JPLF were needed, in addition to the other two landfills, for causing concentrations above 5 ppb or 10 ppb (N4) | 13 (5 ppb) | P4 (5 ppb) = 0.03% |
| | 3 (10 ppb) | P4 (10 ppb) = 0.007% |
| Frequency of 30-minute intervals when EnviroComp CALPUFF simulations gave $H_2S$ concentrations at L6 above 5 ppb or 10 ppb due <u>solely</u> to JPLF emissions (N5) | 2 (5 ppb) | P5 (5 ppb) = 0.005% |
| | 0 (10 ppb) | P5 (10 ppb) = 0% |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

Table 14 below presents all the numbers above (percentages only) for all the proposed Class Representatives.

---

[63] For Steele (L5), a potential cone of impact of 20 degrees was used to select those intervals, as shown in Figure 39.

[64] Wind speed is less than 3 m/s and Pasquill-Gifford stability class is E or F (i.e., nighttime stable conditions). These meteorological conditions are more likely to cause higher ground-level concentration impacts.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**Table 14.   Summary of all percentages of 30-minute intervals P1, P2, P3, P4, and P5 calculated for the nine locations of the ten proposed Class Representatives.**

| Receptor | P1 (%) | P2 (%) | P3 (%) | | P4 (%) | | P5 (%) | |
|---|---|---|---|---|---|---|---|---|
| | Percentage of intervals with winds from JPLF | Same as P1 with nighttime low winds | Percentage of predicted concentrations above reference levels | | Same as P3 but with needed contribution from JPLF | | Percentage of predicted concentrations above reference levels only from JPLF emissions | |
| | | | *5 ppb* | *10 ppb* | *5 ppb* | *10 ppb* | *5 ppb* | *10 ppb* |
| L1 – Bernard | 4.789 | 2.599 | 0.217 | 0.039 | 0.021 | 0.000 | 0.000 | 0.000 |
| L2 - Ictech-Bendeck | 5.382 | 2.548 | 0.153 | 0.032 | 0.014 | 0.002 | 0.000 | 0.000 |
| L3 - Landry-Boudreaux | 5.963 | 1.577 | 0.486 | 0.087 | 0.155 | 0.036 | 0.048 | 0.002 |
| L4 – Thompson | 5.350 | 2.555 | 0.121 | 0.027 | 0.005 | 0.000 | 0.000 | 0.000 |
| L5 - Crossman | 7.016 | 0.732 | 0.887 | 0.155 | 0.360 | 0.050 | 0.109 | 0.007 |
| L6 - Steele | 4.835 | 2.635 | 0.743 | 0.121 | 0.030 | 0.007 | 0.005 | 0.000 |
| L7 - Adams | 6.907 | 0.752 | 0.036 | 0.002 | 0.016 | 0.002 | 0.000 | 0.000 |
| L8 - Williams | 3.456 | 1.199 | 0.916 | 0.173 | 0.212 | 0.059 | 0.000 | 0.000 |
| L9 - Walker | 3.456 | 1.199 | 0.276 | 0.027 | 0.103 | 0.014 | 0.000 | 0.000 |

*This table was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

All probabilities calculated above are very low. Of course, the probabilities of $H_2S$ concentrations above reference levels (P3, P4, and P5) would be even lower if more reasonable reference levels had been selected instead of 5 ppb and 10 ppb.

**Section Summary**

**Our CALPUFF modeling results show low $H_2S$ concentration impacts at the proposed Class Representatives' residences. Even with the use of very low reference levels of 5 ppb and 10 ppb, the number of simulated concentrations above these levels is low. None of the proposed Class Representatives show a probability greater than 1% of experiencing concentrations greater than 5 ppb.  Moreover, these low concentration impacts are dominated by emissions from HWY90 and not JPLF.**

# 10.   Corroboration of Modeling Results

**Opinion 5: My modeling results are in full agreement with the laws of atmospheric diffusion and air quality science. I also expanded my modeling runs to 2020 to compare the results to the actual, measured concentrations at Waggaman Station. This comparison provides a partial validation of my modeling results and of the methodology used by Weaver Consultants Groups LLC to calculate H2S emission rates from each of the landfills.**

Several quantitative results were presented in the previous sections. They covered in particular: 1) H2S simulated concentrations; 2) statistical differences among H2S impacts at different Class Representatives; and 3) frequencies and probabilities of concentrations being above H2S reference values. All my results are in full agreement with the laws of atmospheric diffusion and air quality science. In fact, the larger the distance of a Class Representative from the landfills, the lower the H2S concentrations. More precisely, the larger the distance of a Class Representative from HWY90, the lower the concentrations, because HWY90 H2S emissions are dominant with respect to the other two landfills.

Simulated H2S concentrations are relatively low, especially during daytime, as expected when the emissions are located at ground level. Moreover, as expected, the higher the H2S reference level we use, the lower are the frequencies and probabilities of concentrations being above that reference level.

Further corroboration of our CALPUFF simulations was obtained by running CALPUFF for the year 2020. This year is not included in Class Representatives' 30-month Claim Period, from July 2017 to December 2019. However, we expanded our modeling runs to 2020 to utilize the actual H2S concentration measurements collected at Waggaman Station and previously discussed in Section 5. These measurements allowed us to perform a comparison between simulated and measured H2S concentrations that was not available in previous years, because

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

no continuous, offsite H₂S concentration measurements near the Plaintiffs' locations were available[65] for the entire period from July 2017 to December 2019.

We were provided the emission rates of the three landfills for 2020.[66] We ran the meteorological simulations using WRF[67] and then ran CALMET in the same manner as performed by Plaintiffs' expert Lape in his 2021 report,[68] where he simulated JPLF emissions for 2017, 2018, and 2019. Therefore, our 2020 simulations were consistent with the general modeling methodology applied by both Lape and me.

The results of the comparison of simulated and measured H₂S concentrations at Waggaman Station in 2020 is illustrated in the scatter plots in Figure 41 for daily averages and Figure 42 for weekly averages.

---

[65] Continuous H₂S data collected near the residences of the proposed Class Representatives during the Claim Period would be ideal for this study since these data are the preferred ones for validating a model. These data were not available for this study.

[66] See Section 8.

[67] We ran WRF (Weather Research & Forecasting Model version 4.1, ARW core, https://www.mmm.ucar.edu/models/wrf). The model was initialized with the NCEP FNL (Final) Operational Global Analysis data (https://rda.ucar.edu/datasets/ds083.2/), operationally prepared every 6 hours on a 1x1 degrees grid. WRF ran at 45 vertical levels, up to 50 mb, and a 3-level domain nesting was used, with four nested domains resolution of 27 km, 9 km, 3 km, and 1 km, respectively. Terrain Elevation: Global 30-arc second, USGS GMTED2010 terrain elevation dataset. Land Use: Global 30-arc second, 21-category IGBP-Modified MODIS land use classification with lakes. Vegetation Fraction: Global 30-arc second monthly Greenness Vegetation Fraction based on 10 years MODIS (FPAR). Leaf Area Index: Global 10-arc minute monthly Leaf Area Index (LAI) data based on 10 years MODIS. Planetary boundary layer scheme: Yonsei University scheme (Skamarock et al.). Microphysics scheme: Lin et al. Longwave radiation scheme: Rapid Radiative Transfer Model (Mlawer et al.). Shortwave radiation scheme: Dudhia. Soil Type: Global 10-arc minute 16-category soil type dataset.

[68] We verified that the same approach and data were used by Lape in his 2024 report.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 41.   Daily averages of measured (horizontal) and simulated (vertical) H₂S concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 42.   Weekly averages of measured (horizontal) and simulated (vertical) H₂S concentrations during the year 2020. Simulated concentrations are the sum of the contributions of the three landfills.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

The correct interpretation of these plots is important. In fact, most of the times during 2020 the wind does not blow from the landfills to the Waggaman Station. Consequently, the large majority of simulated H₂S concentrations are zero, as shown by the high density of the points at the bottom of the scatter plots. But measured concentrations are not zero, because of the presence of a general background, which was previously estimated at about 1 ppb, and the contribution of other, non-landfill sources, as shown in the pollution rose previously presented in Figure 17. Because of these factors, measured concentrations are higher than simulated concentrations, as expected.

Figure 41 and Figure 42 are redrawn below, in Figure 43 and Figure 44 using only the CALPUFF simulated H₂S concentrations from JPLF, instead of the combined emissions from

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

the three landfills. The results are similar, but with much lower values in the vertical, since simulated concentration are dominated by the emissions from HWY90.



**Figure 43.   Daily averages of measured (horizontal) and simulated (vertical) H₂S concentrations during the year 2020. Simulated concentrations from JPLF emissions only.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 44.   Weekly averages of measured (horizontal) and simulated (vertical) H2S concentrations during the year 2020. Simulated concentrations are the sum of the contributions from JPLF emissions only.**

I conclude that the comparison between measured and simulated 2020 concentrations is a further corroboration of our methodological CALPUFF simulation approach and a partial[69] validation of the landfills emission estimates for 2020 provided to us, and consequently a partial validation of the methodology used by Weaver Consultants Group LLC to calculate H2S emission rates from each of the three landfills.

<u>Section Summary</u>

**The analysis of our H2S concentration results indicates that our simulation modeling approach is methodologically correct. Our numbers are in agreement with well-established laws of atmospheric diffusion. Moreover, a comparison with H2S measurements collected at the LDEQ Waggaman Station in 2020 provide additional corroboration and a partial,**

---

[69] I call this a "partial" validation because a full validation would require the availability of continuous H2S measurements in residential areas during the Claim Period (July 2017 – December 2019).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

independent validation of our simulations and estimates of emission rates from the three landfills.

_

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# 11.  Review and Critique of Plaintiffs' Expert Reports

I have read the Ictech report[70] of Plaintiffs' expert Lape. My comments and critiques are presented below and cover Lape's approach with respect to the following:

1.  Choice of $H_2S$ emission rates from JPLF

2.  Use of reference levels for $H_2S$ concentrations

3.  Claim that his simulated concentrations are underestimated

4.  Methodological approach of simulating only $H_2S$ emissions from JPLF without regard to the adjacent landfills or other potential $H_2S$ sources

5.  Claim that LDEQ Mobile Air Monitoring Laboratory ("MAML") measurements and other data support the reliability of his modeling results

6.  Choice of proposed Class Area and representativeness of proposed class representatives

## 11.1  Lape's $H_2S$ Emission Rates

**Opinion 6: The $H_2S$ emission rates used by Lape for the Jefferson Parish Landfill are about 20 times higher than those I used.**

Lape used $H_2S$ emission rates and parameters that were calculated by Ramboll using the LandGEM[71] model. For comparison, I plot in Figure 45 below all the emission rates calculated by Ramboll (for JPLF) and by Defense expert Matt Stutz (for the three landfills) during the 30-month Claim Period.

---

[70] 2024 Lape Expert Report.
[71] EPA, Landfill Gas Emissions Model (LandGEM), *available at* https://www.epa.gov/land-research/landfill-gas-emissions-model-landgem.

  
*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 45.   Estimated emission rates of H₂S.**

*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

From the figure above, we see that JPLF emission rates used by Lape are between 4 and 8 g/s, while those calculated by Stutz are between 0.2 and 0.3 g/s, i.e., approximately over 20 times lower. This is the only major difference between my modeling simulations and those performed by Lape, in addition to the fact that I used emission rates from the three landfills and not only from JPLF.

Since emissions and concentrations are linearly related, Lape's simulated concentrations will be much higher than those I simulated for JPLF. As expected, Lape's simulated concentrations are approximately three times higher than my combined simulated concentrations from the three landfills.

To compare the H₂S emission rates from JPLF alone from Lape with those I used, some plots are presented below. These are examples of simulated H₂S concentrations at residential locations close to JPLF. Figure 46 shows the almost perfect relationship between Lape's

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

simulated concentration for JPLF and mine at the Crossman (L5) location in 2018.[72] The slope of the line in the figure is equal to 21.1 indicating, as expected, that Lape's simulated concentration from JPLF are systematically higher (about 21 times in this case) than those I simulated. Similar figures for all proposed Class Representatives are presented in *Attachment G*.



**Figure 46.   Scatter plot of simulated H₂S concentrations at L5 - Crossman location originating from JPLF. Lape's simulated values are about 21 times higher than those simulated by EnviroComp.**

Figure 47 and 48 show a selected 14-day period with time series of concentrations showing, again, the difference between Lape's simulated concentrations and mine—a difference caused by Lape's choice of very high emission rates from JPLF.

---

[72] Lape did not model emissions from RBLF or HWY90, so I could not compare my simulations in this regard.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 47.   Comparison between Lape's and EnviroComp's H₂S simulated concentrations from JPLF at L5 - Crossman during a two-week period in May 2018.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 48.   Comparison between Lape's and EnviroComp's H₂S simulated concentrations from JPLF at L6 - Steele during a two-week period in May 2018.**

My opinion is that Lape used H₂S emission rates for JPLF that strongly overestimate the actual values and are not scientifically credible.

## 11.2   Lape's Use of H₂S Reference Levels

**Opinion 7: The reference levels Lape presented in his report are very conservative and much lower than typical levels of concern and air quality standards found in the literature. Given Lape's experience, he should have commented on their suitability for their intended use in this case.**

In providing his model results, Lape used the reference level of 5 ppb in Section 6 of his report[73]. More importantly, Lape did not comment on the suitability of these reference values

---

[73] 2024 Lape Expert Report § 6.

for the purpose of this project. On the contrary, I reviewed the relevant scientific and regulatory literature, as discussed below.

In terms of toxicity, the reference levels in the literature are much higher than the 5 ppb and 10 ppb values I used. For example, the U.S. Agency for Toxic Substances and Disease Registry (ATSDR) lists under "Standards and Guidelines" for $H_2S$[74]:

- "OSHA ceiling = 20 ppm" (20,000 ppb)

- "OSHA maximum peak = 50 ppm (10 minutes, once, no other exposure)" (50,000 ppb)

- "NIOSH IDLH (immediately dangerous to life or health) = 100 ppm" (100,000 ppb)

- "AIHA ERPC-2 (emergency response planning guideline) (maximum airborne concentration below which it is believed that nearly all individuals could be exposed for up to 1 hour without experiencing or developing irreversible or other serious health effects or symptoms which could impair an individual's ability to take protective action) = 30 ppm" (30,000 ppb)

While reference levels for odor (a nuisance) are lower, they are still above the 5 ppb and 10 ppb reference levels used in this case. For clarification, I will summarize below a few basic concepts in odor science.[75]

The human nose and brain are capable of distinguishing roughly 1 trillion scents.[76] Many chemical substances, at concentrations sufficiently large, can be detected by the human nose. Odors are not necessarily related to toxicity; for example, carbon monoxide ("CO") is colorless and odorless but can be deadly at concentrations above 150 to 200 ppm.

For many chemicals (or odorants), there are available estimates of odor thresholds, i.e.,

---

[74] ATSDR, Medical Management Guidelines for Hydrogen Sulfide, *available at* https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67.

[75] Diosey, P.G. and M. Buono. 2008. Odor Modeling. Chapter 15B of AIR QUALITY MODELING - Theories, Methodologies, Computational Techniques, and Available Databases and Software. Vol. III – Special Issues.

[76] Sarah C. P. Williams, *Human Nose Can Detect a Trillion Smells*, Science, Mar. 20, 2014, *available at* https://www.sciencemag.org/news/2014/03/human-nose-can-detect-trillion-smells.

concentration values for either detection or recognition of an odor. The detection threshold is the lowest concentration of odorant that will elicit a sensory response in a human subject without necessarily identification or recognition of the odorant. The recognition threshold is the minimum concentration that is identified or recognized as having a characteristic odor quality.

The most widely accepted method to determine odor detection thresholds is the Dilution to Threshold Method ("D/T"), in which a panel (typically at least 6 people) is presented with a series of samples increasing in odor concentration, starting below the detection threshold.[77] Typically, an odor threshold is identified when 50% of the panel detects the odor.[78] The bare detection of an odor is generally not considered an annoyance. For example, in many cases odors are considered unpleasant/offensive only when a concentration of five to ten times[79] the odor threshold is exceeded.

The odor literature for $H_2S$ presents varying results for detection thresholds. I consulted the most recent version[80] of the American Industrial Hygiene Association report (2019); the range of odor detection threshold cited for $H_2S$ is 0.04 – 1,400 ppb (with a large variation of 5 orders of magnitude).[81]

The Acute Exposure Guideline Levels ("AEGLs")[82] are often considered reliable exposure guidelines. In particular, the lowest level ("AEGL-1") is defined as "the airborne concentration

---

[77] American Industrial Hygiene Association (AIHA): Odor Thresholds for Chemicals with Established Occupational Health Standards. Second Edition, 2013.

[78] D. M. Benforado, W. J. Rotella & D. L. Horton (1969) Development of an Odor Panel for Evaluation of Odor Control Equipment, Journal of the Air Pollution Control Association at 101-105 (1969), *available at* https://www.tandfonline.com/doi/pdf/10.1080/00022470.1969.10466459.

[79] *See* e.g. T. Mahin, Measurement and Regulation of Odors in the USA, *available at* http://www.env.go.jp/en/air/odor/measure/02_1_4.pdf.

[80] AIHA, Odor Thresholds for Chemicals with Established Occupational Health Standards, Third Edition (2019).

[81] A similar variation of $H_2S$ odor thresholds is also found in L.J. van Gemert:,Odour Thresholds – Compilation of Odour Threshold Values in Air, Water and Other Media, Second Edition (2011).

[82] NOAA, Acute Exposure Guideline Levels (AEGLs), *available at* https://response.restoration.noaa.gov/oil-and-chemical-spills/chemical-spills/resources/acute-exposure-guideline-levels-aegls.html.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

(expressed as ppm or mg/m$^3$) of a substance above which it is predicted that the general population, including susceptible individuals, could experience notable discomfort, irritation, or certain asymptomatic nonsensory effects. However, the effects are not disabling and are transient and reversible upon cessation of exposure."

The AEGL-1 for H$_2$S (30-minute) is 600 ppb.[83] The same reference cites an EPA "level of awareness" of 10 ppb.

While the AEGL levels are defined as concentrations <u>above which</u> adverse effects can occur, the Emergency Response Planning Guidelines (ERPG)[84] are defined as maximum concentrations <u>below which</u> adverse effects should not occur. For example, the most conservative ERPG is the ERPG-1, defined as "the maximum airborne concentration below which nearly all individuals could be exposed for up to 1 hour without experiencing more than mild, transient adverse health effects or without perceiving a clearly defined objectionable odor." For H$_2$S, the ERPG-1 value[85] is 100 ppb, which "indicates that odor should be detectable near ERPG-1."

In my opinion, a more suitable reference level than the 5 ppb selected by Lape is the H$_2$S air quality standard[86] of the State of California. This is because California has an excellent reputation in environmental protection and assertive legislation. The current California Ambient Air Quality Standard ("CAAQS") for H$_2$S is 0.03 ppm (30 ppb, 42 µg/m$^3$) for one hour. The standard was adopted in 1969[87] and was based on the geometric mean odor threshold

---

[83] EPA, Hydrogen Sulfide Results - AEGL Program, *available at* https://www.epa.gov/aegl/hydrogen-sulfide-results-aegl-program.

[84] NOAA, Emergency Response Planning Guidelines (ERPGs), *available at* https://response.restoration.noaa.gov/oil-and-chemical-spills/chemical-spills/resources/emergency-response-planning-guidelines-erpgs.html/

[85] CAMEO Chemicals, Chemical Datasheet for Hydrogen Sulfide, *available at* https://cameochemicals.noaa.gov/chemical/3625.

[86] California Air Resources Board, Hydrogen Sulfide and Health, *available at* https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health.

[87] *Id*. The California Department of Public Health reviewed the scientific literature in 1981 and concluded that the existing H$_2$S standard was adequate for the purpose of odor control. https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

measured in adults. The declared purpose of the standard was to decrease odor annoyance. In Louisiana, the 8-hour average ambient air quality standard is 237 ppb.[88]

As an atmospheric and physical scientist with over 50 years of experience, I believe that Lape should have addressed the issue of the suitability of the $H_2S$ reference levels he was provided.

## 11.3   Lape's Underestimation Claim

**Opinion 8: Lape's claim that his model presents lower bound estimates is unsupported.**

There is no support for Lape's claim that his concentration results "likely are an underestimate."[89] Lape claims he underestimated the concentrations because his "dispersion modeling did not include emissions from areas other than Phase IVA" and Ramboll's emissions estimate did not include a number of potential sources.[90] Lape did not provide any quantification of emission from these alleged omitted sources; nor does he specify if these underestimations are large (e.g., 50%) or small (e.g., 5%).

Unlike Lape's unsupported claims, I included in my modeling runs for JPLF emissions from all Phases of JPLF. My results show that the non-Phase 4A emissions from JPLF are practically negligible, about 100 times lower than the emissions from Phase 4A. And as Matt Stutz explains in the Weaver Consultants report, Ramboll double counted the $H_2S$ generated by MSW in their emission estimate, which further inflated, rather than underestimated, their $H_2S$ emission figures.

It could also be argued that Lape's simulations overestimate $H_2S$ concentrations because he did not account for the effect of wet deposition on $H_2S$ concentrations – i.e., the effect of rainfall during $H_2S$ dispersion. For example, both Lape's and my CALPUFF simulations do not include removal of $H_2S$ for dry and wet deposition. In fact, the atmosphere has a way to clean itself by

---

[88] Louisiana Department of Environmental Quality, Louisiana Toxic Air Pollutant Ambient Air Standards, *available at*
https://internet.deq.louisiana.gov/portal/portals/0/Air/Louisiana_Toxic_Air_Pollutant_Ambient_Air_Standards.pdf.
[89] 2024 Lape Expert Report § 9.1.
[90] *Id.*

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

removing substances like H2S through dilution, chemical transformations, and ground deposition. On short scales, like a few miles, chemical transformations and dry deposition are typically negligible. But wet deposition, caused mostly by rain, may remove substantial quantities of H2S.

Neither Lape nor I have included wet deposition[91] in our CALPUFF simulations because it is difficult to estimate the parameters (e.g., scavenging ratio) that affect this process. Nevertheless, it is clear that, by ignoring wet deposition, our CALPUFF simulations overestimate concentration impacts.

Lape's claim that his concentration results are "lower bound" because of other chemicals not included is also unsupported. No chemical other than H2S has been established as a potential cause of residential odors or modeled for potential impacts to nearby areas.

Finally, Lape ran simulations using AERMOD and stated in his report that "[t]he AERMOD results are consistently 2 to 4 times higher than CALPUFF for the maximum hourly concentrations for 2017 through 2019."[92] Lape admits that AERMOD tends to "overpredict ambient air concentrations during the low wind speed conditions that typically produce odor events."[93] And while it is common to compare simulations from different models, the comparison must be properly conducted, which is not the case here for two reasons. First, the meteorology Lape used to run AERMOD is based upon KMSY measurements and is therefore different than the meteorology created by WRF + CALMET that he used to run CALPUFF. Second, he claimed that his CALPUFF simulations compare well with MAML measurements; if this were true, the higher AERMOD simulations clearly could not equally compare well.

---

[91] We performed a numerical test of wet deposition of H2S, using data showing that wet deposition of H2S is between 2 and 10 times lower than SO2. A mid value of 6 was used to scale this parameter from SO2 to H2S, as previously done by the UK Met Office in their model NAME.(*available at* https://library.metoffice.gov.uk/Portal/Default/en-GB/RecordView/Index/197129). In our test at the R6 – Green location, wet deposition during precipitation hours caused a decrease of concentration in the range of 0 - 0.26 ppb.

[92] 2024 Lape Expert Report § 8.3.

[93] *Id*. § 6.1

In conclusion, Lape's claim that with CALPUFF he underestimated concentrations is not supported and his introduction of a second model (AERMOD) in his discussions is confusing.

## 11.4   Lape's Methodological Approach

**Opinion 9: Lape's choice to focus only on JPLF emissions is incorrect and his concentration simulations cannot explain the complexity of the combined emissions from the three landfills. By simulating only JPLF emissions, Lape introduces a very incorrect presumptive, *a priori* scenario, i.e., the implication that all concentration impacts and reported odors can be explained solely by the contribution of JPLF. This scenario is clearly incorrect.**

While Lape's use of CALPUFF is methodologically acceptable, his selection of the $H_2S$ emission scenario is not. In addition to his use of JPLF emission rates that are unreasonably high, Lape ignored the emissions from sources other than the JPLF. This includes the other two landfills immediately adjacent to the JPLF—with emissions that are even larger than those from JPLF. Moreover, Lape ignored the evidence provided by the pollution roses I created with the $H_2S$ Waggaman Station measurements, showing pollution coming from all directions. It is my understanding that Lape examined my pollution roses in 2021. By ignoring such an important issue—the emissions from two nearby landfills and other $H_2S$ sources—Lape introduces a systematic error in his simulations.

My conclusion is that the choice of Lape to focus only on JPLF emissions is incorrect and his concentration simulations cannot explain the complexity of the combined emissions from the three landfills. By simulating only JPLF emissions, Lape introduces a very incorrect presumptive, *a priori* scenario, i.e., the implication that all concentration impacts can be explained solely by the contribution of JPLF. This scenario is clearly incorrect.

## 11.5   Lape's "Verification" of CALPUFF

**Opinion 10: The modeling results produced by Lape were not verified by comparison to measured concentrations in the proposed class area. Available $H_2S$ measurements were insufficient for a full validation. But Lape's modeling results fail to reproduce the few LDEQ MAML measurements available.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

In Section 8.1 of his report, Lape claims a successful comparison between his $H_2S$ simulated concentrations and the LDEQ MAML measurements collected in River Ridge, Harahan, and Waggaman on multiple occasions in 2018. In Section 8.2, Lape also presents a comparison to certain Ramboll samples taken along HWY90 and to other lines of evidence.

The process of comparing model results with measurements is called "model evaluation," which is a process well defined and discussed in the scientific literature.[94] When the evaluation is successful, we can claim that the model has been "validated." A correct model evaluation requires a proper comparison between model results and measurements. This requires a comparison of data that are homogeneous, i.e., model simulations performed at the same time as the measurements and at the same locations. A correct evaluation also requires a sufficient number of available data points, to assure that the agreement between model results and measurements is real and not a coincidence. Finally, a model run must simulate the contribution of a specific set of sources. Therefore, a model evaluation is correct only if the measurements are mostly affected by that particular set of sources and not by other unaccounted emissions.

After examining the CALPUFF simulations of Lape's report, my conclusion is that no real evaluation was performed and no validation or "verification" was achieved. His claims that his model results are in "good agreement" with the odor incidents recorded by MAML and Ramboll's off-site measurements on Highway 90 are misleading and incorrect.

To further explore the actual performance of Lape's CALPUFF simulations, I used three sets of $H_2S$ measurements:

1. The 6-day period of April 27 to May 2, 2018 when the LDEQ deployed the MAML to a parking lot of the Riverside Baptist Church in River Ridge. Lape's analysis only focused on a single, 4-hour period, from this deployment.

---

[94] *See e.g.* Canepa, E. and J. Irwin 2005. Evaluation of Air Pollution Models. Chapter 17 of AIR QUALITY MODELING - Theories, Methodologies, Computational Techniques, and Available Databases and Software. Vol. II – Advanced Topics.

2. The July 2018 MAML deployment to River Ridge and Waggaman Station, and in particular the measurements taken on July 27, 2018. Lape's analysis only considered an approximately 30-minute period from all of the July 27 measurements.

3. The ambient, instantaneous samples collected[95] to the east, west, and in front of JPLF along Highway 90 in Avondale, Louisiana, on the morning of November 5, 2019.

All these measurements may be affected by $H_2S$ emissions from 1) the three nearby landfills, and 2) other potential $H_2S$ sources present in the region and previously identified in my pollution roses. Therefore, Lape's approach of "verifying" a model using only the emission from JPLF is conceptually flawed.

## 11.5.1   April-May 2018 MAML

As stated in the MAML report,[96]

> The highest eight hour average was 5.9 ppb and below Louisiana Ambient Air Standards (LAAS).
>
> * * *
>
> The MAML was stationed in the parking lot of Riverside Church located at 9220 Jefferson Hwy, River Ridge, LA Jefferson Parish over a six-day period from April 27th to May 2nd 2018. There was one odor incident during this period late the night of April 28th and into the early morning of April 29th. The wind direction was from the landfills during this event. Some local residents showed up at MAML for discussion and some collected their own samples. MAML staff collected three canisters during this event. Elevated levels of both hydrogen sulfide and methane, two principal constituents of landfill gas, were detected during this event along with foul odors. The highest hourly average of hydrogen sulfide (H2S) detected was 12 ppb.

Based on my experience in odor cases and $H_2S$ concentrations, I find it strange that the "odor incidents" LDEQ mentioned had only the relatively low level of 12 ppb $H_2S$ recorded as

---

[95] Hydrogen Sulfide (H2S) Sampling in the Jefferson Parish Region (November 4 through 8, 2019), SCS Engineers (April 13, 2020) (WC_JPLF_00203231).
[96] LDEQ MAML Report at 1, 3 (Apr. 27, 2018) (WC_JPLF_00158132).

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

maximum. Moreover, I find it strange that the MAML report suggests a correlation between "one odor incident during this period late the night of April 28th and into the early morning of April 29th" and "wind direction … from the landfills." The three landfills (JPLF, RBLF and HWY90) are at about 3 miles from Riverside Baptist Church and, if one of them were the source of the odor at Riverside Baptist Church, much higher concentrations should have occurred in residential areas along the trajectory of the plume, with consequent odor complaints (see Figure 28). Based upon my scientific experience and my extensive air pollution modeling work, without the evidence of stronger complaints along the trajectory of a hypothetical plume from a landfill, a correlation between odor and landfill emissions cannot be advocated 3 miles downwind.

At any rate, we used Lape's CALPUFF model outputs to compare his simulated $H_2S$ concentrations with the MAML measurements at the location of the Riverside Baptist Church. Figure 49 shows the time trend of $H_2S$ concentration values measured by MAML at Riverside Baptist Church (blue dots) and the corresponding 1-hour concentration simulated by Lape with CALPUFF (red crosses). The period is April 27 – May 2, 2018. It is clear that Lape's CALPUFF simulations fail to represent the concentrations measured by MAML with Lape's model predicting concentrations of 0 ppb $H_2S$ for the majority of the time the MAML was stationed at Riverside Baptist Church. <u>Contrary to Lape's claim these measurements do not support the reliability of the CALPUFF results; they support the opposite.</u>

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 49.   Time trend of 1-hour H₂S concentration at Riverside Baptist Church as measured by MAML and simulated by Lape.**

## 11.5.2   July 2018 MAML

Higher than average values of H₂S were measured by MAML in July 2018. For example, Figure 50 shows the comparison between MAML H₂S measurements and Lape's CALPUFF simulations on July 27, 2018 at Waggaman Station (Dandelion Rd and River Rd). Lape's CALPUFF H₂S values (red crosses) are all close to 0 ppb; the reason is that his CALPUFF plume from JPLF is not aligned with the MAML measurement location due to wind direction. Contrary to Lape's claim, H₂S measurements do not support the reliability of the CALPUFF results—they support the opposite.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 50.  H₂S concentration simulated by Lape and measured by MAML at Waggaman (Dandelion Rd and River Rd) and hourly average wind direction at KMSY, on 7/27/2018.**

The MAML measurements also show a special time interval with higher concentrations from 7:34 am to 8 am on July 27, 2018, which Lape discusses in Section 8.1 of his report. I compared these 1-minute measurements with the 30-minute simulations performed by Lape with CALPUFF at the same location. The comparison is shown in Figure 51. There is no correlation between CALPUFF simulated concentrations and the measurements, because Lape's CALPUFF value is 0 ppb for that time interval. <u>Contrary to Lape's claim, H₂S measurements on this special 30-minute interval do not support the reliability of his CALPUFF results—they support the opposite.</u>

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 51.   1-minute measurements of wind direction and H2S concentration by LDEQ on 7/27/2018 at Dandelion Rd & River Rd, and 30-minute CALPUFF simulation by Lape.**

Other MAML measurements were collected in July 2018. The comparison, between MAML H$_2$S measurements and Lape's CALPUFF results, again shows a complete disagreement, as illustrated in Figure 52 and Figure 53.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 52.   Hourly H₂S concentration at Waggaman (Dandelion Rd and River Rd) measured by MAML and computed by Lape's CALPUFF.**



**Figure 53.   Hourly H₂S concentration at Riverside Baptist Church measured by MAML and computed by Lape's CALPUFF.[97]**

---

[97] The nonzero simulation values of Lape indicate some alignment of wind direction from JPLF to the MAML location. Lape's zero values indicate nonalignment of wind direction. At any rate, there is no match in time between MAML measurements and Lape's simulated concentrations.

### 11.5.3    November 2019 Ramboll Measurements

In Section 8.2 of his report, Lape mentions a set of $H_2S$ samples collected during a 2-hour period by Ramboll on the morning of November 5, 2019; he concludes that "[i]t is clear from the data collected along Highway 90 that concentrations increase with proximity to JPL and decrease with distance east and west from the JPL entrance, indicating that JPL is the likely source of the H2S emissions being detected." He also claims that the sample results are in good agreement with his CALPUFF model predictions. In other words, he claims that, at a very close distance downwind from JPLF, there is an agreement between measurements and CALPUFF results in the range of 8 to 23 ppb over a period of about 2 hours. However, in addition to the 2-hour measurements made by Ramboll, extensive $H_2S$ sampling was conducted by SCS in the Jefferson Parish Region, from November 4 through 8, 2019, as presented in the SCS report.[98] SCS measurements covered the area sampled by Ramboll and additional downwind areas from JPLF.

I have examined the 46 figures in Appendix B of the SCS report, illustrating hundreds of $H_2S$ measurements with arrows describing the wind speed and direction. The overwhelming majority of these measurements, on Route 90 (South of JPLF) and Live Oak Blvd (East and North of JPLF) show 0 ppb or just a few ppb of $H_2S$, in spite of the proximity to JPLF and the alignment of wind direction. Even the very few cases with noticeable concentration values[99] cannot be definitely attributed to JPLF Phase 4A since River Birch emissions are also aligned with the wind.

My conclusion is that we cannot ignore the evidence of the SCS measurements and Lape cannot use an isolated 2-hour outlier to claim a validation of CALPUFF.

---

[98] WC_JPLF_00203231.
[99] *E.g., id.* at Figure A1, Figure A11.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

### 11.5.4    Other Lines of Evidence

In Section 8.4 of his report, Lape claims that community odors reports, the Pivotal Air Monitoring Report, and statements made by the LDEQ and LDH support his findings. These evaluations are circumstantial and/or unsupported, and do not provide any "verification" of the accuracy of his results.

In Section 8.4.2 of his report, Lape mentioned the Pivotal air modeling report[100] and stated that the results of the report support his April 2018 CALPUFF simulations. As shown in Figures 49, 50, 51, 52, and 53, Lape's CALPUFF model failed to reproduce the April 2018 MAML impact. The Pivotal Report's findings are similarly unsupportive of Lape's CALPUFF model. The reverse trajectory model used by Pivotal is not a model accepted or recommended by the US EPA and is not a model used in the scientific community. Pivotal does not even cite a scientific reference or a software name for this "reverse trajectory" model. Even if we accept some validity in the results of Pivotal's reverse trajectory runs, the examination of their plots (pp 41-45) shows large evidence of emissions of $H_2S$ <u>not</u> originating from Phase 4A of JPLF. Even the claim of JPLF impact for hour 22 of April 28, 2018 is questionable. In fact, if we examine Figure 18, p 41, of the Pivotal Report, the reverse trajectory plume is located at the border of JPLF and not over Phase 4A. Lape also ignores statements in the Pivotal Report that identify other potential sources of odor events in the region.[101]

### 11.6    The Proposed Class Representatives

**Opinion 11**: **The proposed class area used by Lape covers a region that is not representative from one location to another. In fact, I extracted the frequencies of simulated concentrations above 5 ppb inside the proposed class area to evaluate the range and variety of predicted exposures. For both my CALPUFF simulations and Lape's, the putative Class Representatives potentially received a huge variety of exposures. My analysis shows that the proposed Class Representatives are not representative or typical of any other member**

---

[100] Ambient Air Assessment, Pivotal Engineering, LLC (May 2019) (JP_JPLF_0019254).
[101] *Id*. at 46.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

**of the putative class.**

Lape also evaluated "whether the nine proposed class representatives appropriately reflect potential odor impacts to the entire class."[102] The proposed class area is displayed in Figure 3 of his report.[103] Lape uses an untested method for his representativeness analysis and ignores the wide variation among residential locations within the proposed class area as shown by both his modeling results and my own.

Lape performed a statistical analysis "to determine whether the nine proposed class representatives appropriately reflect potential odor impacts to the entire class."[104] He compared the class representatives to the 2,361 grid points within the class boundary and 162 grid cells in a "background area"[105] he defined. He provides Figures G-1 to G-6 to show his results.[106] Lape concluded that "the frequency of odor events for the nine proposed plaintiff locations are statistically similar to the class area as a whole and therefore representative of the receptors within the proposed class area boundary."[107] Lape also looked at the variation in maximum concentrations across the proposed class representative locations, finding that "[t]he maximum concentrations during a given year varied by a factor of 4 to 5 across all locations, with the Landry-Boudreaux location having the highest values in 2017 and 2018 and Crossman having the highest values in 2019."[108]

I disagree with the methodology and the conclusions of Lape. Lape provides no references for this methodology. In my over 50 years of professional experience in the study and scientific research in air quality and environmental sciences, I have never seen statistical books or scientific articles that recommend this type of analysis. What Lape has done is create a

---

[102] 2024 Lape Expert Report § 6.3.

[103] *Id*. at Figure 3.

[104] *Id*. § 6.3; *see also id.* at Appx. G.

[105] Lape's use of a "background area" is extremely subjective and his selection of "background" grid cells appears arbitrary. In the context of validating the representativeness of a class area, the use of background seems misleading.

[106] *Id.* at Section 7, Section 9, and Appx. G.

[107] *Id.* §§ 7, 9, and Appx. G.

[108] *Id.* § 7.4.2.

statistical methodology that gives an appearance of scientific rigor, but in reality creates confusion on an issue that is neither complicated nor unclear.[109]

The key parameter to evaluating this variability is the frequency of events in which $H_2S$ concentrations from the landfills were above the reference level of 5 ppb. Both Lape and I calculated this parameter using the CALPUFF dispersion model. This parameter should be calculated for all Class Representatives and a sufficient number of points around the proposed class area.

In my calculations, described below, I found that both Lape's CALPUFF modeling results and mine indicate that the variability of $H_2S$ simulated concentrations is enormous inside the proposed class area[110]. There is no commonality in the number and intensity of the alleged odor impacts. Nor does the proposed class area represent a homogeneous set of locations with similar $H_2S$ impacts. Instead, results vary widely by a factor of 10 up to as high as 100.

For example, using my CALPUFF simulations of $H_2S$ emitted from the three landfills combined,[111] I extracted the 30-minute concentrations simulated inside the proposed class area over the 30-month period. Therefore, at any location, I can calculate the percentage of 30-minute concentrations above 5 ppb during that 30-month period. The percentages of such 30-minute concentrations within the 30-month period are presented, at selected locations inside the proposed class area, in Figure 54. The percentages vary from approximately 0.03% to 5%, i.e., by a factor of greater than 160.

---

[109] For example, Lape did not explain his reasoning for selecting 162 grid cells to represent the background area, or why he focuses on maximum concentrations instead 30-minute average concentrations.

[110] For example, the contour lines shown in Appendix E of Lape's report (Figures E-1 through E-30) further illustrate the large variability of impacts inside the proposed class area with potential impacts sharply decreasing with distance from the Landfill.

[111] It is important to examine the combined concentrations from the three landfills. To view potential JPLF emissions in a vacuum and completely ignore these sources, immediately adjacent to the JPLF with emissions greater than or equal to that of the JPLF, is misrepresentative and provides an incomplete picture of the simulated impacts at the receptor locations.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*



**Figure 54.  Percentages of 30-minute events in residential areas with EnviroComp's simulated H₂S concentrations above 5 ppb. Emissions are from all three landfills over a 30-month period.**
*This figure was revised from the original March 12 report to incorporate the corrected Hwy 90 emissions information from Defendants' landfill engineering expert Matthew Stutz.

If we examine the variation only at the locations of the nine proposed Class Representatives and the six surrogate locations from the general causation trial[112], the percentages from my CALPUFF simulations vary from a minimum of 0. 0.023% (Surrogate #3) to a maximum of 2.377 % (Surrogate #6), i.e., by a factor of104.3.

If we examine the same variation using frequencies extracted from my CALPUFF simulations only for H₂S emissions from JPLF, the results are presented in Figure 55. The percentages vary from 0% to 0.5%. These concentrations simulated from JPLF are low and rarely exceeding 5

---

[112] 2024 Lape Expert Report at G-1.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

ppb. In fact, in most of the proposed class area, a probability of zero is found for JPLF emissions causing $H_2S$ concentrations above 5 ppb.



**Figure 55.  Percentages of 30-minute events in residential areas with EnviroComp's simulated $H_2S$ concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period.**

My analysis demonstrates that the locations—within the proposed class area where the frequencies of 30-minute concentrations above 5 ppb were calculated—are highly heterogeneous—and not representative from one location to another. The putative class members potentially received a huge variety of exposure encounters, as demonstrated by my modeling results. Due to this huge variety, the proposed class representatives *are not* representative of any other putative class members. The individualized circumstances of each

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

putative class member are necessary to determine the frequency, duration, and concentration of their potential exposures and ascertain whether such potential exposures could have caused each putative class members' alleged damages.

Similar variation is seen using Lape's CALPUFF simulations. Lape's use of CALPUFF is similar to mine, except that he simulated only the emissions from JPLF, as estimated by Mr. Sananes. We reran Lape's CALPUFF to simulate concentrations at specific points and repeated the analysis above with Lape's results, i.e., by counting the events in residential locations where 30-minute average simulated $H_2S$ concentrations are above 5 ppb over the Claim Period. The percentages using Lape's simulations are presented in Figure 56.



**Figure 56. Percentages of 30-minute events in residential areas with Lape's simulated $H_2S$ concentrations above 5 ppb. Emissions are from JPLF only, over a 30-month period.**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

In the residential areas inside the proposed Class Boundaries, Lape's percentages vary from approximately less than 0.5% to 5%, i.e., a factor of 10. At the fifteen locations—the nine addresses of the ten proposed Putative Class Representatives and the six surrogate locations—Lape's percentages[113] vary from a minimum of 0.77% (Surrogate #3) to a maximum of 5.27% (Surrogate #2), i.e., a variation factor of 7.

Lape's own analysis demonstrates this variation. In Appendix G of his report, Lape addresses median threshold exceedances and presents the frequencies of threshold exceedances in Table G-1 for groups and points inside the class area. Though Lape presents these figures as confirming that the points are representative, the variation of these frequencies is very large, thus confirming the high inhomogeneity, i.e., the high variability of alleged exposure concentrations, within the proposed class area. Lape's representation of the distribution of these exceedances is also misleading, and not representative of the wide range of impacts within the class area.[114]

Again, both Mr. Lape's CALPUFF simulations and mine show that the variation of $H_2S$ concentration impacts inside the proposed class area is enormous, and the frequencies are highly heterogeneous and not representative from one location to another. Thus, because of that wide range of variability, the proposed Class Representatives are not representative or typical of any other putative member. In fact, there are no putative class representatives who have exposures that are representative of other putative class members. Each putative class member will therefore need to be evaluated to determine the frequency, duration, and concentration of their potential exposures and ascertain whether such potential exposures could have caused each putative class member's alleged damages.

---

[113] 2024 Lape Expert Report at G-2, Table G-1.
[114] *Id.* at Appx. G, Figures G-2 to G6.

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

## 12.  Certification

This report presents the current results of our investigation and opinions, based upon the materials reviewed and the analyses carried out to date.  We reserve the right to supplement this report in the event new information is presented.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.  Executed this 12th day of April 2024 at Reno, NV.





By_____

Dr. Paolo Zannetti, QEP
President

*EnviroComp, Inc.*                                            *Phone: (510) 490-3438*
*1188 Eagle Vista Ct.*                                        *Fax: (510) 490-3357*
*Reno, NV 89511 (USA)*                                     *zannetti@envirocomp.com*
                                                                          *www.envirocomp.com*

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# Attachment A

**Jefferson Parish Landfill Litigation Expert Report
prepared by Dr. Paolo Zannetti, QEP
(Apr. 30, 2021) ("2021 Zannetti Expert Report").**



# Jefferson Parish Landfill Litigation

# Expert Report

**Prepared by**

**Dr. Paolo Zannetti, QEP**
**EnviroComp Consulting, Inc.**
**500 Stone Pine Road, #3038**
**Half Moon Bay, CA 94019**
**http://www.envirocomp.com**

**Prepared for**

**Connick and Connick, L.L.C.**
**http://connicklaw.com/**

**30 April 2021**

**Project: EC-18-014**
**Report: 21-04-30**

# Index

ACRONYMS AND ABBREVIATIONS ............................................................................. 1

Executive Summary ........................................................................................................ 2

1    Introduction and Overview ...................................................................................... 4

2    Summary of Opinions ............................................................................................. 5

3    The Jefferson Parish Landfill (JPL) ........................................................................ 6

4    Local Meteorology ................................................................................................ 13

    4.1    Trinity Onsite Station .................................................................................. 14

    4.2    KMSY ......................................................................................................... 15

    4.3    Trinity Onsite station and KMSY ................................................................ 23

    4.4    Waggaman LDEQ ....................................................................................... 25

    4.5    Exponent Onsite ......................................................................................... 27

5    Residential Complaints ......................................................................................... 29

    5.1    Set 1 ........................................................................................................... 29

    5.2    Set 2 ........................................................................................................... 34

    5.3    Set 3 ........................................................................................................... 35

6    Measurements of Hydrogen Sulfide (H$_2$S) ......................................................... 37

    6.1    H$_2$S Pollution Roses ................................................................................. 40

    6.2    Other Pollution Roses ................................................................................ 50

    6.3    Daily Cycle ................................................................................................. 53

7    Review and Critique of Plaintiffs' Expert Report Mr. Lape ................................... 56

    7.1    H$_2$S Emission Rates ................................................................................. 58

    7.2    CALMET Simulations .................................................................................. 59

    7.3    Modeling Results ........................................................................................ 61

    7.4    CALPUFF "Validation" ................................................................................ 66

        7.4.1    April 27 to May 2, 2018 .................................................................. 67

        7.4.2    July 2018 and July 27, 2018 ........................................................... 71

      7.4.3   November 5, 2019 ................................................................. 76

   7.5   AERMOD Runs ................................................................. 77

   7.6   AERMOD vs. CALPUFF – Additional Considerations ............................. 77

   7.7   Summary of Critique................................................................. 80

8    EnviroComp H$_2$S Dispersion Modeling for 2017, 2018, 2019 ........................... 81

9    Conclusions ................................................................. 82

Attachment A ................................................................. 83

Attachment B ................................................................. 87

Attachment C ................................................................. 88

Attachment D ................................................................. 119

# List of Figures

Figure 1.   Location of Jefferson Parish Landfill. ......................................................... 7

Figure 2.   Entrance of Jefferson Parish Landfill. ........................................................ 8

Figure 3.   Northern part of JPL near River Birch Gas Plant......................................... 9

Figure 4.   Trinity station on the top of the landfill..................................................... 10

Figure 5.   Details of Trinity station........................................................................... 11

Figure 6.   Exponent monitoring station (South site)................................................... 12

Figure 7.   Location of meteorological measurements................................................. 13

Figure 8.   Wind rose from Trinity Onsite 5-min data for the period 11/10/2019 – 12/31/2020.. 15

Figure 9.   Wind rose from KMSY AERMET data for year 2015.................................... 17

Figure 10.   Wind rose from KMSY AERMET data for year 2016................................... 18

Figure 11.   Wind rose from KMSY AERMET data for year 2017................................... 19

Figure 12.   Wind rose from KMSY AERMET data for year 2018................................... 20

Figure 13.   Wind rose from KMSY AERMET data for year 2019................................... 21

Figure 14.   Wind rose from KMSY AERMET data for year 2020................................... 22

Figure 15.   Scheme of AERMET processing steps...................................................... 23

Figure 16.   Wind rose from Trinity Onsite + KMSY AERMET data (10/11/2019-12/31/2020). .......................................................................................24

Figure 17.   Waggaman LDEQ monitoring station. Southeasterly View with Meteorological Tower Extended. ...................................................................................... 25

Figure 18.   Wind rose from LDEQ Waggaman 1-hour data (3/27/2020-12/31/2020). ............... 27

Figure 19.   Location of Exponent monitoring stations. Phase 4A (in yellow) is the dominant $H_2S$ emission area at JPL........................................................................... 28

Figure 20.   Conceptual scheme of colors to indicate deviation of source-receptor direction from wind direction: Red: 0°-10°; yellow: 10°-20°; green > 20°.................................... 30

Figure 21.   Complaints (Set 1) and estimate of wind direction compatibility with JPL as source (color indicates deviation of source-receptor direction from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°). ....................................................................................................... 31

Figure 22.   Location of complaints (Set 1) and estimate of wind direction compatibility with JPL as source. Color indicates deviation of source-receptor direction from wind direction (red: 0°-10°; yellow: 10°-20°; green > 20°). ....................................................................................... 32

Figure 23.   Density of population in the area ............................................................................. 33

Figure 24.   Complaints (Set 2) and estimate of wind direction compatibility with JPL as source (color indicates deviation of source-receptor direction from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°). ....................................................................................................... 34

Figure 25.   Location of complaints (Set 2) and estimate of wind direction compatibility with JPL as source (color indicates deviation of source-receptor direction from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°). ...................................................................................... 35

Figure 26.   Location of complaints received by JPL (Set 3) and geolocated by PPM. .............. 36

Figure 27.   Locations of continuous $H_2S$ measurements. ........................................................... 37

Figure 28.   Time trend of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.           ....................................................................................................................... 38

Figure 29.   Distribution of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.           ....................................................................................................................... 39

Figure 30.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020). ................................. 40

Figure 31.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020) .............................. 41

Figure 32.   Georeferenced pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020). .................... 42

Figure 33.   Georeferenced pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020). ....................................................................................................................... 43

Figure 34.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 3/31/2020). ................................... 45

Figure 35.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 3/31/2020) ................................. 45

Figure 36.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (4/1/2020 – 6/30/2020). ...................................... 46

Figure 37.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (4/1/2020 – 6/30/2020)..................................... 46

Figure 38.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (7/1/2020 – 9/30/2020). ...................................... 47

Figure 39.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (7/1/2020 – 9/30/2020)..................................... 47

Figure 40.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020). .................................. 48

Figure 41.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020)................................ 48

Figure 42.   Overlap of plumes from JPL Phase 4A and River Birch when wind from South-Southwest is directed towards LDEQ Waggaman station. ........................................................... 49

Figure 43.   Pollution rose (average) of 1-hour $CH_4$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020). .................................. 51

Figure 44.   Pollution rose (98th percentile) of 1-hour $CH_4$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020)................................ 52

Figure 45.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (1/31/2020 – 12/31/2020). ........................................................................................................ 53

Figure 46.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (1/31/2020 – 3/31/2020). .......................................................................................................... 54

Figure 47.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (4/1/2020 – 6/30/2020). ............................................................................................................ 54

Figure 48.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (7/1/2020 – 9/30/2020). ............................................................................................................ 55

Figure 49.   Daily cycle of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman (10/1/2020 – 12/31/2020). ...................................................................................................... 55

Figure 50.   CALPUFF area source used by Mr. Lape to simulate emissions from Phase 4A (changing every year), compared to his AERMOD area source (constant). ................................ 56

Figure 51.   Estimates of $H_2S$ emission rates from JPL Phase 4 (with logarithmic vertical scale). ..................................................................................................................................... 59

Figure 52.   Modeling domains and discrete receptors used by Mr. Lape. Red dots are his six "surrogate" receptors. ................................................................................................. 62

Figure 53.   Riverside Baptist Church (MAML location, yellow dot) and closest CALPUFF Surrogate receptor used by Mr. Lape (R4, green dot). ................................................... 68

Figure 54. Time trend of 1-hour H2S concentration at Riverside Church and Surrogate receptor 4, as measured by MAML and simulated by Mr. Lape. ............................................ 69

Figure 55.   Quantitative pattern of decline of ground-level concentrations with distance for an area source emission. ..................................................................................................... 70

Figure 56.   Intersection of Dandelion Rd and River Rd in Waggaman (yellow dot) where MAML was located on July 27, 2018. R2 (green dot) is Surrogate receptor 2. ......................... 72

Figure 57.  $H_2S$ concentration measured by MAML at Waggaman (Dandelion Rd and River Rd) and hourly average wind direction at KMSY, on 7/27/2018. ...................................... 73

Figure 58.   1-minute measurements of wind direction and $H_2S$ concentration by LDEQ on 7/27/2018 at Dandelion Rd & River Rd and 30-minute CALPUFF prediction by Mr. Lape. ....... 74

Figure 59.   Hourly $H_2S$ concentration at Waggaman (Dandelion Rd and River Rd) measured by MAML and computed by Mr. Lape's CALPUFF. .................................................... 75

Figure 60.   Hourly $H_2S$ concentration at Riverside Church measured by MAML and computed by Mr.Lape's CALPUFF. ...................................................................................... 75

# List of Tables

Table 1.  Image reproduction of Table 4-2 of Mr. Lape's report: Exceedances of 30-minute average $H_2S$ concentration thresholds. ....................................................................... 63

# ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| CAAQS | California Ambient Air Quality Standard |
| EPA | U.S. Environmental Protection Agency |
| $H_2S$ | Hydrogen Sulfide |
| JPL | Jefferson Parish Landfill |
| KMSY | Louis Armstrong New Orleans International Airport |
| KSIL | Slidell radar site |
| LDEQ | Louisiana Department of Environmental Quality |
| LST | Local Standard Time |
| MAML | LDEQ Mobile Air Monitoring Lab |
| ppb | parts per billion |
| PPM | PPM Consultants |
| Ramboll | Ramboll Consulting USA, Inc. |
| Trinity | Trinity Consultants |
| WRF | Weather Research and Forecasting model |

# Executive Summary

The Jefferson Parish Landfill (JPL), surrounded by two other landfills, has been faulted for causing odor problems in nearby residential communities. Most odor complaints have been collected in residential areas 1.5-to-4 miles from JPL.

To assess and evaluate these claims, I have (1) examined meteorological data and especially wind data in the region; (2) analyzed the correlation (or the lack of it) between odor complaints and wind direction; (3) studied the available measurements of $H_2S$ concentrations in the region, since $H_2S$ is the typical substance that can cause odor complaints from a landfill; (4) created pollution rose plots, which establish a correlation (or the lack of it) between chemical concentration measurements and wind direction, thus potentially identifying the sources of pollution; (5) examined the reports prepared by the plaintiffs' experts, and in particular the modeling work performed by Mr. Lape and his computer files; and (6) developed a critique of methods and results obtained by the plaintiffs' experts and in particular Mr. Lape's modeling work and his interpretation of his results.

I have been working on air pollution and computer modeling for my entire career of five decades. I have published hundreds of peer-reviewed publications and books, including the first comprehensive book on Air Pollution Modeling (1990). My conclusion is that the modeling work performed by Mr. Lape is incorrect and his conclusions unsupported by science.

In fact, (1) Mr. Lape $H_2S$ emission rates from JPL are enormously overestimated; (2) his running of meteorological simulations is incorrect; (3) his use of extremely low concentrations as levels of concerns for $H_2S$ is not supported by the literature; and – above all – (4) his claim that his modeling runs were validated by $H_2S$ ambient measurements is incorrect; it is actually the opposite; in fact almost all his simulations give 0 ppb of $H_2S$ in locations where non-zero measurements were collected - the wind was not even blowing from JPL toward the monitoring locations.

In summary, my analysis of Mr. Lape's modeling work demonstrates that $H_2S$ measurements have little or no contribution from JPL.

In addition to my critique of Mr. Lape, I found that most of the odor complaints are not aligned with winds coming from JPL. Moreover, my pollution roses show that, using the 2020 measurements of $H_2S$ collected by the LDEQ District at Waggaman, about 1.6 miles from JPL, the contribution of the three landfills is relatively small and $H_2S$ appears also to originate from other non-landfill directions.

# 1   Introduction and Overview

On October 2018, the law firm Connick and Connick, L.L.C.[1] retained the services of Dr. Paolo Zannetti, QEP, and his company EnviroComp Consulting, Inc.[2] ("EnviroComp") to provide scientific assistance in relation to the case:

> Elias Jorge Ictech-Bendeck versus Progressive Waste Solution of La., Inc., et al.
> AND Frederick Addison et al. versus Louisiana Regional Landfill Company, et al.

As part of this assignment, Dr. Zannetti and his Senior Associates have so far reviewed related documents, collected and analyzed existing data, selected suitable air quality models for simulating transport and diffusion of chemical substances, and reviewed technical reports, including reports prepared by Plaintiffs' experts. A summary of qualifications and experience of Dr. Zannetti is enclosed in Attachment A; his full CV is in Attachment B. A list of the documents received from our client is provided in Attachment C, and Attachment D contains a list of document and data we collected.

I, Dr. Paolo Zannetti, QEP, declare as follows:

- This report presents the current results of my investigation and opinions, based on the materials I reviewed, and the analyses performed to date. I reserve the right to supplement this document in the event new information is presented.

- This report presents initial opinions on the scientific issues of the case and, in particular, a review and critique of the Expert Report[3] of Plaintiffs' expert, Mr. James F. Lape, Jr.

- My company, my Senior Associates, all Staff, and I are fully committed to the highest ethical standards of scientific and professional integrity - these standards are enforced through a rigorous internal and/or external peer-review of assumptions, calculations, opinions, and results.

---

[1] http://connicklaw.com/
[2] https://www.envirocomp.com/
[3] EXPERT REPORT OF JAMES LAPE IN THE MATTER OF: Frederick Addison et al. v. Louisiana Regional Landfill Company, et al. Civ. Action Nos. 191113 and 19-14512 (E.D.La.) and Elias Jorge "George" Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc., et al., Civ. Action No. 18 7889 (E.D.La.). Prepared by James F. Lape, Jr., Senior Science Advisor, Integral Consulting, Inc., Annapolis, MD on January 29, 2021.

# 2   Summary of Opinions

<u>Opinion 1 – Odor Complaints</u>

I examined sets of odor complaints, most of which originated in residential areas 1.5-to-4 miles from the Jefferson Parish Landfill (JPL). I found little correlation between wind direction and locations of complaints. Moreover, the majority of complaints occur on the other side of the Mississippi river, at distances larger than 2 miles, where an odor impact from JPL is very unlikely, based on elementary laws of atmospheric diffusion.

<u>Opinion 2 – Pollution Roses</u>

I have created plots with pollution roses using $H_2S$ measurements collected by the LDEQ District at Waggaman, 1.6 miles North-Northeast from JPL. These plots show a very limited $H_2S$ impact from the West-to-South sector, which is the direction from where emissions from the three nearby landfills (JPL, River Birch, and Hwy 90) may impact Waggaman. The contribution of other non-landfill sources is also visible in my pollution roses.

<u>Opinion 3 – Mr. Lape's modeling work</u>

I examined the reports prepared by the plaintiffs' experts, and in particular the modeling work performed by Mr. Lape and his computer files. My opinion on Mr. Lape's work is presented below

1. Mr. Lape's  $H_2S$ emission rates from JPL are enormously overestimated;

2. His running of meteorological simulations is incorrect;

3. His use of extremely low concentrations as levels of concerns for $H_2S$ is not supported by the literature; and – above all –

4. His claim that his modeling runs were validated by $H_2S$ ambient measurements is incorrect; it is actually the opposite; in fact, almost all his simulations give 0 ppb of $H_2S$ in locations where non-zero measurements were collected - the wind was not even blowing from JPL toward the monitoring locations;

5. Mr. Lape's modeling work actually demonstrates that $H_2S$ measurements have little or no contribution from JPL.

# 3   The Jefferson Parish Landfill (JPL)

The Jefferson Parish Landfill[4] (Figure 1) was opened in 1982 to serve the residents of Jefferson Parish. The landfill consists of approximately 357 acres separated into 4 phases. Currently, 3 of the 4 phases, encompassing 302 acres, are closed and no longer accepting waste. The active phase consists of 55 acres. The landfill receives about 1000 tons per day of residential, commercial and construction debris waste generated from within Jefferson Parish. There are an additional 110 acres available for future expansion. The Jefferson Parish Landfill is publicly owned, and landfill operation was contracted[5] to Louisiana Regional Landfill Company, a subsidiary of Waste Connections[6] (from January 1, 2021 the Jefferson Parish has contracted with Renewable Energy of Jefferson for the operation of JPL). Additional information[7] is available on JPL's operations.

Methane ($CH_4$) and $CO_2$ are the primary constituents of landfill gas and are produced by microorganisms within the landfill under anaerobic conditions.[8] Hydrogen sulfide ($H_2S$) gas can be emitted from both construction and demolition (C&D) debris and municipal solid waste (MSW) landfills. Other sources such as sulfur-containing industrial wastes and biosolids from municipal wastewater treatment facilities can also contribute to $H_2S$ production.[9] $H_2S$ emissions may cause odor impacts with a smell like rotten eggs.[10]

---

[4] https://www.jeffersonparishlandfill.com/
[5] https://www.jeffersonparishlandfill.com/about-us/
[6] https://www.wasteconnections.com/
[7] E.g.:
- Landfill gas System Assessment for the Jefferson Parish landfill. Prepared by Carlson Environmental Consultants, PC (CEC), August 15, 2018.
- Louisiana Department of Health. Office of Public Health. October 25, 2018- Final Draft.
- Mobile Air Monitoring Lab, Louisiana Department of Environmental Quality. River Ridge and Harahan, LA. July 20, 2018.

[8] https://www3.epa.gov/ttn/chief/ap42/ch02/final/c02s04.pdf
[9] https://cfpub.epa.gov/si/si_public_record_Report.cfm?Lab=NRMRL&dirEntryId=310622
[10] https://www.epa.gov/sites/production/files/2017-12/documents/appendix_e-atsdr_h2s_factsheet.pdf



Figure 1.   Location of Jefferson Parish Landfill.

I inspected the JPL site on February 21, 2020. I was driven around the perimeter of the landfill and also visited the Trinity meteorological station in an elevated area near the center of the landfill. Figure 2 (entrance), Figure 3 (Northern part of JPL), Figure 4 (Trinity station location) Figure 5 (details of Trinity station) and Figure 6 (Exponent monitoring station – South site) present some of the pictures I took during my inspection.



Figure 2.   Entrance of Jefferson Parish Landfill.



Figure 3.   Northern part of JPL near River Birch Gas Plant.



Figure 4.   Trinity station on the top of the landfill.



Figure 5.   Details of Trinity station.



Figure 6.   Exponent monitoring station (South site).

# 4   Local Meteorology

Meteorological measurements in the area (see Figure 7) are available at

- Trinity Onsite meteorological station

- LDEQ Waggaman monitoring station

- Exponent North and South sites

- KMSY airport

- KSIL airport

- Other airports (KNEW and KNBG)



Figure 7.   Location of meteorological measurements.

## 4.1  Trinity Onsite Station

Meteorological Solutions Inc.[11] (MSI) was contracted by Beveridge & Diamond PC[12] to install a 10-foot tripod and instrumentation[13] to measure wind speed (12 feet), wind direction (12 feet), temperature (12 feet), relative humidity (12 feet), barometric pressure (3 feet), and precipitation (4 feet). We call this the Trinity Onsite station.

The meteorological equipment was installed at the Jefferson Parish Landfill on October 11, 2019. Trinity Onsite station coordinates are 29.922622°N, 90.260750°W, where terrain elevation above sea level is 14 m. The selected monitoring site[14] met the site US-EPA selection criteria[15]. Meteorological data are sampled every second and recorded as five-minute averages on the data logger.

We processed the original data[16] to create a single file of 5-min data for subsequent analyses. Figure 8 shows the wind rose obtained from the 5-min data collected by the Trinity onsite monitoring station in the period 11/10/2019 – 12/31/2020. Calm conditions are identified by wind speed less than 0.5 m/s, in agreement with US-EPA[17] treatment for calms for site-specific monitoring. The legends of the wind rose plot report the number of data processed and the percentage of valid data that are attributed to the calms and the wind speed classes. Such percentages sum up to 100% (i.e., they describe the subset of valid data within the input data).

---

[11] https://www.campbellsci.com/msi
[12] https://www.bdlaw.com/
[13] WC_JPLF_00203206.pdf
[14] WC_JPLF_00203208
[15] EPA-454/R-99-005, Meteorological Monitoring Guidance for Regulatory Modeling Applications.
[16] From 10/11/2019 to 12/31/2020: WC JPLF_00203221.xlsx, WC_JPLF_00203230.xlsx,
WC_JPLF_00211465.xlsx, WC_JPLF_00295801.xlsx, WC_JPLF_00337938.xlsx, WC_JPLF_00337954.xlsx,
WC_JPLF_00337963.xlsx, WC_JPLF_00401481.xlsx, WC_JPLF_00402141.xlsx, WC_JPLF_00402142.xlsx,
WC_JPLF_00402167.xlsx, WC_JPLF_00402178.xlsx
[17] https://www.epa.gov/sites/production/files/2020-10/documents/mmgrma_0.pdf



Figure 8.   Wind rose from Trinity Onsite 5-min data for the period
11/10/2019 – 12/31/2020.

## 4.2  KMSY

We collected the surface meteorological data of the Louis Armstrong New Orleans International Airport (USAF: 722310, WBAN: 12916, ICAO: KMSY[18]) for years from 2015 to 2020 in ISHD[19],

---

[18] https://www.ncdc.noaa.gov/homr/#ncdcstnid=20008704&tab=MSHR
[19] https://www1.ncdc.noaa.gov/pub/data/noaa/

ASOS 1-min[20] and ASOS 5-min[21] formats. Other airports are present in the area (Alvin Callender Field, KNBG and Lakefront Airport, KNEW, both 15 miles away from JPL), but more distant than KMSY from Jefferson Parish Landfill. We also collected[22] the vertical profiles of meteorological variables from the KSIL radar site (WBAN: 53813), about 35 miles NE of KMSY.

We used the EPA processor AERSURFACE[23] version 20060 for the determination of surface characteristics starting from most recent National Land Cover Database (NLCD2016[24]). We prepared a set of annual files of hourly meteorological variables from these data using the AERMET[25] version 19191, where AERMET is the meteorological preprocessor of AERMOD[26], one of the EPA-preferred air dispersion models[27].

The six figures below present the wind roses of the KMSY AERMET wind data for 2015, 2016, 2017, 2018, and 2019.

---

[20] ftp://ftp.ncdc.noaa.gov/pub/data/asos-onemin/
[21] ftp://ftp.ncdc.noaa.gov/pub/data/asos-fivemin/
[22] https://www.esrl.noaa.gov/raobs/
[23] https://www.epa.gov/scram/air-quality-dispersion-modeling-related-model-support-programs#aersurface
[24] https://www.mrlc.gov/
[25] https://www.epa.gov/scram/meteorological-processors-and-accessory-programs#aermet
[26] https://www.epa.gov/scram/air-quality-dispersion-modeling-preferred-and-recommended-models#aermod
[27] https://www.epa.gov/scram/air-quality-dispersion-modeling-preferred-and-recommended-models



Figure 9.   Wind rose from KMSY AERMET data for year 2015.



Figure 10.   Wind rose from KMSY AERMET data for year 2016.



Figure 11.   Wind rose from KMSY AERMET data for year 2017.



Figure 12.   Wind rose from KMSY AERMET data for year 2018.



Figure 13.   Wind rose from KMSY AERMET data for year 2019.



Figure 14.   Wind rose from KMSY AERMET data for year 2020.

## 4.3   Trinity Onsite station and KMSY

For the period October 11, 2019 – December 31, 2020, we prepared a set of hourly meteorological data using AERMET[28] to integrate the Trinity Onsite data with the KMSY data[29]. The details of this integration are illustrated in Figure 15 and the results presented in Figure 16.



Figure 15.   Scheme of AERMET processing steps.

---

[28] AERMOD, through its processor AERMET, allows the use three types of data: 1) hourly surface observations that are typically, but not exclusively, collected at airports by the National Weather Service (NWS) and/or the Federal Aviation Administration (FAA); 2) twice-daily upper air soundings collected by the NWS; and 3) data collected from an on-site or site-specific measurement program or prognostic meteorological data processed through a processor such as the Mesoscale Model Interface (MMIF).
https://www3.epa.gov/ttn/scram/7thconf/aermod/aermet_userguide.pdf
[29] https://www.epa.gov/sites/production/files/2020-09/documents/appw_17.pdf, par 8.4.4, page 5223: "Spatial or geographical representativeness is best achieved by collection of all of the needed model input data in close proximity to the actual site of the source(s). Site-specific measured data are, therefore, preferred as model input, provided that appropriate instrumentation and quality assurance procedures are followed, and that the data collected are adequately representative (free from inappropriate local or microscale influences) and compatible with the input requirements of the model to be used."



Figure 16.   Wind rose from Trinity Onsite + KMSY AERMET data
(10/11/2019-12/31/2020).

## 4.4  Waggaman LDEQ

Starting from January 24, 2020, a mobile monitoring station (Figure 17) has been measuring meteorological variables and air concentration of chemicals at Waggaman. Station coordinates are[30] 29.946986°N, 90.241166°W, where terrain elevation above sea level is 14 m.



Figure 17.   Waggaman LDEQ monitoring station. Southeasterly View
with Meteorological Tower Extended[31].

---

[30] Email communication from LDEQ, June 2020.
[31] From WC JPLF 00211448

Unlike the KMSY airport and the Trinity Onsite monitor, the Waggaman meteorological station is not located in an open area. The presence of structures influences the vertical profile of horizontal wind speed, and measured values of wind speed at Waggaman are expected to be lower than those recorded at the two other sites.

Meteorological measurements at Waggaman include wind speed and wind direction with 5-minute[32] and 1-hour[33] frequency. Our analysis of the wind measurements indicates that until March 26, 2020 there were quality problems in the data[34] (anomalous spikes of wind speed, up to an upper threshold value, scatter plots of wind speed, and wind direction poorly correlated with Trinity onsite and KMSY data). After March 26, 2020 data quality improved. Therefore, we show in Figure 18 the 2020 wind rose for the period after March 26.

Since other reliable meteorological stations are available (for example the Trinity Station and KMSY), it is my opinion that, in view of the problems with the Waggaman station discussed above, there is no need at the present time to use the Waggaman meteorological measurements in our analyses below.

---

[32] WC_JPLF_00211443.xls, WC_JPLF_00223289.xls, WC_JPLF_00321118.xls, WC_JPLF_00337941.xlsx, WC_JPLF_00337965.xlsx, WC_JPLF_00401468.xlsx, WC_JPLF_00401891.xlsx, 2020 Oct through Dec LDEQ Waggaman 5-minute Data.xlsx
[33] WC_JPLF_00211444.xls, WC_JPLF_00223290.xls, WC_JPLF_00321119.xls, WC_JPLF_00337942.xlsx, WC_JPLF_00337967.xlsx, WC_JPLF_00401469.xlsx, WC_JPLF_00401893.xlsx, 2020 Oct through Dec LDEQ Waggaman 1-hour Data.xlsx
[34] WC_JPLF_00211444.xls



Figure 18.   Wind rose from LDEQ Waggaman 1-hour data (3/27/2020-12/31/2020).

## 4.5  Exponent Onsite

Exponent[35] has been conducting a monitoring campaign at JPL since October 2019, measuring meteorological variables including wind speed and wind direction, as well as $H_2S$ ambient

---

[35] https://www.exponent.com/

concentrations[36]. Measurements are reported with 5-min resolution[37] at two monitoring sites ("North" and "South") very close to JPL Phase 4A, which is the dominant $H_2S$ emission area at JPL. The location of the two monitoring stations is shown in Figure 19.



Figure 19.   Location of Exponent monitoring stations. Phase 4A (in yellow) is the dominant $H_2S$ emission area at JPL.

In our subsequent analysis below, we will not use the meteorological measurements collected at Exponent North and South stations since reliable meteorological information is already provided at the Trinity Station and KMSY.

---

[36] WC_JPLF_00402145.pdf
[37] WC_JPLF_00402157.xlsx, WC_JPLF_00402158.xlsx

# 5   Residential Complaints

We received the following four sets of odor complaints:

- Set 1 - This set of odor complaints was collected by the LDEQ and provided to us as an Excel file. The complaints refer to the period April 25 – July 20, 2018. We found several inconsistencies, typos, and missing information in the records (e.g., missing dates, missing times, different formats for the locations' coordinates). Among the 2,141 records provided, we were able to extract 1,997 without errors.

- Set 2 - We received a second set of complaints collected by LDEQ for the period 2015-2019 with 327 events covering a total of 713 hours.

- Set 3 - We received a third set of complaints collected by JPL for the period 2011-2019 in form of multipage PDFs. A subset of 1,082 complaints within this set was geolocated by PPM[38] and provided in a spreadsheet file.

- Set 4 - A fourth set of complaints, received by LDEQ between April and August 2019, is available as PDF files. These complaints are attributed to various sources in the area, and only a small number (7 out of 127) are allegedly attributed to JPL or Cornerstone Chemicals.

We performed statistical analysis of Set 1, Set 2, and Set 3, as discussed below.

## 5.1  Set 1

We analyzed the correlation between the 1,997 odor complaints and the wind direction measured, at the same time of the complaints, at the KMSY Airport. We color-coded the 1,997 records based upon the degree of alignment of the wind direction with the trajectory from JPL Phase 4A to the location of the complaint: a deviation up to 10 degrees was coded red; a deviation between 10 and 20 degrees was coded yellow; and a deviation greater than 20 degrees was coded green. An example of color-coding of three complaints is illustrated in Figure 20.

---

[38] PPM Consultants (https://ppmco.com/).



Figure 20.   Conceptual scheme of colors to indicate deviation of source-
receptor direction from wind direction: Red: 0°-10°; yellow: 10°-20°;
green > 20°.

Results are shown in Figure 21, where in the horizontal we simply list the complaints, from 1 to 1,997, and in the vertical we have the absolute value of the deviation in degrees. Red dots are 33.4% of the total; yellow dots 23.8%; and green dots 42.8%.



Figure 21.   Complaints (Set 1) and estimate of wind direction compatibility
with JPL as source (color indicates deviation of source-receptor direction
from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°).

These results should be interpreted with care. While the lack of alignment most probably shows that JPL was not responsible for that complaint, an alignment (red dot) does not mean that JPL was the cause of the odor complaint, especially for location at a distance greater than 2 miles, on the other side of the Mississippi river. In fact, considering the strong dilution properties of the atmosphere, an odor complaint at 3 or 4 miles, to be correctly attributed JPL, should be associated to even more intense residential complaints in between, along the trajectory of the JPL plume. Without this additional evidence, a red dot cannot be attributed to JPL. (We will revisit this issue later, as illustrated in Figure 55.)

Figure 22 presents the colored dots on a map. I possess significant experience in odor cases and the analysis of odor complaints. The density of credible odor complaints tends to decrease with the distance from the dominant source of odor in the area. Figure 22 does not show this behavior; actually, it shows the opposite. It is true that population density affects the results; and for this

reason, we plot the georeferenced[39] population distribution[40] in Figure 23. Nevertheless, it is clear that the geographic distribution and density of the red dots do not indicate a potential culpability of JPL, with the exception of very few cases within two miles from the JPL, as further discussed below.



Figure 22.   Location of complaints (Set 1) and estimate of wind direction compatibility with JPL as source. Color indicates deviation of source-receptor direction from wind direction (red: 0°-10°; yellow: 10°-20°; green > 20°).

---

[39] https://www.census.gov/geographies/mapping-files/time-series/geo/tiger-line-file.2010.html
[40] https://factfinder.census.gov/faces/nav/jsf/pages/searchresults.xhtml?refresh=t



Figure 23.   Density of population in the area.

In summary, Set 1 contains 1,997 odor complaints. A majority of them (1,140 green and yellow dots) occurs during hours when the wind is not even blowing from Phase 4A of JPL to the location of the complaint. For the rest (854 red dots) the large majority of them are on the other side of the Mississippi river, at more than 2 miles from JPL, at locations where an odor impact from a distant source is virtually impossible, due to the laws of atmospheric diffusion. In fact, at these distant locations, an odor impact caused by JPL could only be proven if higher concentrations (and consequent complaints) had also contemporarily occurred at intermediate distances between JPL and the red dot. There are only 13 red dots within two miles from Phase 4A (mostly near Waggaman). Even for these 13 red dots, the source attribution remains uncertain. In fact, as we

will see in the next sections, $H_2S$ measurements at Waggaman show relatively low concentrations coming from all directions.

## 5.2  Set 2

Upon the analysis of a second set of complaints collected by LDEQ for the period 2015-2019, 327 additional events were identified as odor complaints, with date and time of occurrence as well as duration, if any, and location. The same analysis made for Set 1 was applied to this Set 2 on a total of 713 hours. The plot showing the compatibility of wind and source-receptor directions is shown in Figure 24 and the geolocated representation of the same data is shown in Figure 25. Red dots are 20.8% of the total; yellow dots 14.0%; and green dots 65.2%.

The same conclusions presented for Set 1 also apply to Set 2. It is even more evident, with Set 2, that JPL is not the cause of the complaints.



Figure 24.   Complaints (Set 2) and estimate of wind direction compatibility with JPL as source (color indicates deviation of source-receptor direction from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°).



Figure 25.   Location of complaints (Set 2) and estimate of wind direction compatibility with JPL as source (color indicates deviation of source-receptor direction from wind direction. Red: 0°-10°; yellow: 10°-20°; green > 20°).

## 5.3  Set 3

A third set of complaints received by JPL and spanning the period between February 16, 2011 and December 4, 2019 is available in PDF files, each containing the documentation of one or more complaints. A subset of these complaints - about 1,000 dated between July 28, 2018 and September 7, 2019 - has been analyzed and geolocated by PPM, as shown in Figure 26.



Figure 26.   Location of complaints received by JPL (Set 3) and
geolocated by PPM.

# 6   Measurements of Hydrogen Sulfide (H₂S)

Figure 27 shows the locations where $H_2S$ is routinely measured near JPL. We focused our analysis below on the $H_2S$ measurements collected at Waggaman because this location characterizes a residential community close to JPL, while Exponent's locations are not residential.



Figure 27.   Locations of continuous $H_2S$ measurements.

Beside meteorological data, air concentrations of various substances have been measured at Waggaman by LDEQ with variable time frequency. In particular, $H_2S$ has been measured with 5-min[41] and 1-hour[42] frequency, starting from 1/31/2020.[43]

Figure 28 shows the time trend of 1-hour $H_2S$ air concentration at Waggaman in 2020. As we can see, concentrations are relatively low, never exceeding, for example, the California air quality standard of 30 ppb. The maximum observed value was 25 ppb (2/2/2020 00:00 LST). The distribution of values (histogram) is shown in Figure 29.



Figure 28.   Time trend of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.

---

[41] WC_JPLF_00211443.xls, WC_JPLF_00223289.xls, WC_JPLF_00321118.xls, WC_JPLF_00337941.xlsx, WC_JPLF_00337965.xlsx, WC_JPLF_00401468.xlsx, WC_JPLF_00401891.xlsx, 2020 Oct through Dec LDEQ Waggaman 5-minute Data.xlsx

[42] WC_JPLF_00211444.xls, WC_JPLF_00223290.xls, WC_JPLF_00321119.xls, WC_JPLF_00337942.xlsx, WC_JPLF_00401469.xlsx, WC_JPLF_00401469.xlsx, WC_JPLF_00401893.xlsx, 2020 Oct through Dec LDEQ Waggaman 1-hour Data.xlsx

[43] For completeness, we have calculated the relationship between 5-minute and 1-hour averages, also called "peak-to-average" factor. We found a factor of 1.6, i.e.: the highest $H_2S$ 5-minute concentration in an hour is typically 1.6 times the hourly average. Our calculation using actual measurements at Waggaman is in agreement with the results of the well-known Smith (1973) equation: $C_p/C_m = (t_m/t_p)^n$ where $C_p$ is the short time average, $C_m$ is the 1-hour average, $t_m$ is 60 minutes, and $t_p$ is the short time period (5 minutes in this case). The exponent $n$ depends upon atmospheric stability and the value of $n = 0.18$ can be chosen in this case, since odors events are more likely during stable conditions. Therefore, we can estimate a peak-to-average value of 1.6. (Smith, M.E. Recommended Guide for the Prediction of the Dispersion of Airborne Effluents; American Society of Mechanical Engineers: New York, NY, 1973; and Trinity Consultants, 1976. Atmospheric diffusion notes, Texas. Both references are discussed and cited at https://arxiv.org/ftp/arxiv/papers/1201/1201.0914.pdf).



Figure 29.   Distribution of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman in 2020.

We created pollution roses using the $H_2S$ measurements at Waggaman and the winds calculated (in Section 4.3) by integrating the Trinity Onsite data with the KMSY measurements[44]. Pollution roses are a graphical tool to help identify the directions from where air species measured at a monitoring site come from. They can thus help identify possible emission sources of monitored chemicals. Each segment/petal of the pollution rose has a length proportional to the average (or median) concentration measured only at times when the wind was blowing <u>from</u> the direction to which the segment points. Longer segment lengths therefore indicate higher concentrations of species during times when the wind blows from the corresponding direction of the segment.

To plot pollution roses, we selected hourly $H_2S$ data measured only when the wind speed was above 1 m/s. Lower winds tend to have variable, fluctuating wind direction within the hour and

---

[44] For computing these pollution roses, we decided to use the winds from Trinity Onsite plus KMSY instead of those measured at the Waggaman LDEQ station because of the data quality problems we discussed before.

therefore, in order to properly correlate $H_2S$ measurements with wind direction, we did not include hours with light, variable winds.

In addition to pollution roses, it is also useful to plot daily cycles of measured concentrations. Pollution roses and daily cycles of $H_2S$ concentrations measured at Waggaman are presented in the sections below.

## 6.1  $H_2S$ Pollution Roses

The pollution rose of hourly $H_2S$ concentrations at Waggaman - showing the average concentration in each direction for the whole period 31/1/2020 – 31/12/2020 - is presented in Figure 30.  Figure 31 shows the pollution rose for the 98th percentile[45] of the distribution of the same $H_2S$ values in each direction.



Figure 30.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).

---

[45] The 98th percentile of a data set is the value that is only exceeded by 2% of the data.



Figure 31.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 12/31/2020).

Figure 32 and Figure 33 show these two pollution roses on a map, where JPL Phase 4A and two other landfills are shown in color (River Birch in green and C&D in turquoise). My conclusion is that, using the evidence provided by the LDEQ $H_2S$ measurements at Waggaman, concentrations are relatively low, both the averages (around 2 ppb) and the 98th-percentile peaks (10-11 ppb).



Figure 32.   Georeferenced pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 − 12/31/2020).



Figure 33.   Georeferenced pollution rose (98th percentile) of 1-hour $H_2S$
air concentration measured by LDEQ at Waggaman, when wind speed
is above 1 m/s (1/31/2020 – 12/31/2020).

As we will see later in Section 7.3, these concentration values are much lower than well-established health standards, odor thresholds, and regulatory levels (e.g., the California $H_2S$ standard of 30 ppb). More importantly, even assuming that JPL and the other two landfills could share some responsibility at Waggaman for the $H_2S$ concentrations measured with winds in the sector from

South to Southwest[46], the landfills appear to be minor contributors, causing perhaps 1 ppb or less extra concentration in the average and episodic peak values of limited intensity (e.g., 10 ppb).

We present below similar 2020 pollution roses for Waggaman $H_2S$ measurements, but for shorter periods, in order to show seasonal variations.

In conclusion, the pollution roses of measured $H_2S$ concentrations at Waggaman show that $H_2S$ comes practically from all directions. This means that, in the region, there is a multitude of $H_2S$ sources of odor all around Waggaman whose impact is comparable with contributions coming from South-Southwest – the direction of transport from Phase 4A of JPL. The presence of many sources of odors is confirmed by our analysis of the complaints received by LDEQ (Set 2; 2015-2019, presented in Section 5.2). There are 161 odor incidents with variable duration that could be geolocated. For each incident, LDEQ prepared a report indicating one or more possible sources. The number of incidents identifying JPL as possible source is 14, less than 10%.

---

[46] We will discuss later the possible contribution of River Birch emissions at Waggaman, with winds from South-Southwest.



Figure 34.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 3/31/2020).



Figure 35.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (1/31/2020 – 3/31/2020).



Figure 36.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (4/1/2020 – 6/30/2020).



Figure 37.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (4/1/2020 – 6/30/2020).



Figure 38.   Pollution rose (average) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (7/1/2020 – 9/30/2020).



Figure 39.   Pollution rose (98th percentile) of 1-hour $H_2S$ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (7/1/2020 – 9/30/2020).



Figure 40.   Pollution rose (average) of 1-hour $H_2S$ air concentration
measured by LDEQ at Waggaman, when wind speed is above 1 m/s
(10/1/2020 – 12/31/2020).



Figure 41.   Pollution rose (98th percentile) of 1-hour $H_2S$ air
concentration measured by LDEQ at Waggaman, when wind speed is
above 1 m/s (10/1/2020 – 12/31/2020).

It must be noted that, as illustrated in Figure 42, the wind direction from South-Southwest, which carries JPL Phase 4A emissions to Waggaman, also transports $H_2S$ emissions from the nearby River Birch Gas Plant and portions of the River Birch landfill, thus complicating the interpretation of our pollution roses[47]. In other words, what we measure at Waggaman, with winds from South-Southwest, includes an unknown fraction of $H_2S$ not emitted by JPL.



Figure 42.   Overlap of plumes from JPL Phase 4A and River Birch when wind from South-Southwest is directed towards LDEQ Waggaman station.

---

[47] However, with winds from South-Southwest, a possible $H_2S$ plume from the third landfill - Highway 90 C&D Landfill – does not interfere.

Additionally, it must be noted that, if JPL (or the three landfills) were a dominant contributor, the pollution roses would look different, with larger components in the Southwest-to-South sector. $H_2S$ measurements at Waggaman are collected in a location that is ideal for measuring the maximum $H_2S$ impact in residential areas, since most other residential areas are located at larger distances from JPL. Yet, $H_2S$ measurements at Waggaman remain relatively low and almost uncorrelated with wind direction from JPL.

## 6.2  Other Pollution Roses

The Waggaman station also measures hourly averages of methane ($CH_4$). For completeness, since methane is emitted from landfills[48], I added below the pollution rose (average) of 1-hour $CH_4$ air concentrations (Figure 43) and the pollution rose of the $CH_4$ 98th percentile (Figure 44).[49]

---

[48] From https://www.mass.gov/doc/odorous-gas-policy-appendices-a-through-h/download:
- *"The concentration of hydrogen sulfide detected in landfill gas samples at solid waste landfills that receive construction and demolition (C&D) waste is usually much higher than at landfills that do not accept C&D."* (page 3; 4th par)
- *"C&D debris landfills do not produce the large volumes of methane gas that MSW landfills generate."* (par 2.1.5, page 6; Section 2.1.5)

[49] $CH_4$ measurements below 1.8 were filtered from our calculations.



Figure 43.   Pollution rose (average) of 1-hour CH₄ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020).



Figure 44.   Pollution rose (98th percentile) of 1-hour CH₄ air concentration measured by LDEQ at Waggaman, when wind speed is above 1 m/s (10/1/2020 – 12/31/2020).

The average CH₄ pollution rose shows typical background values[50] (about 2 ppm) coming from most directions, with higher values from Southwest (apparently from River Birch and not JPL). A contribution from East is also noticeable. The 98th percentile pollution rose shows two major directions causing the highest values: from Southwest and from East. The Southwest values could be attributed to River Birch; the East values cannot be explained at the present time.

---

[50] https://www.epa.gov/climate-indicators/climate-change-indicators-atmospheric-concentrations-greenhouse-gases

## 6.3  Daily Cycle

By averaging the measured concentrations at the same hour of the day, we can calculate and plot the daily cycle of $H_2S$. Figure 45 below shows the daily cycle for the entire 11-month period of 2020.



Figure 45.   Daily cycle of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman (1/31/2020 – 12/31/2020).

As expected, measured $H_2S$ concentrations are higher at nighttime, when atmospheric conditions are frequently stable and winds are lighter, thus creating conditions in which ground-based emissions, such as those from a landfill, can carry higher concentrations downwind (about a factor of two in our case). Instead, in daytime conditions, with solar radiation heating the surface and creating positive vertical heat fluxes, atmospheric dispersion is more intense, and downwind concentrations are consequently lower.

We present below additional figures for the daily cycle, covering shorter periods in 2020 to show seasonal variations.



Figure 46.   Daily cycle of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman (1/31/2020 – 3/31/2020).



Figure 47.   Daily cycle of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman (4/1/2020 – 6/30/2020).



Figure 48.   Daily cycle of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman (7/1/2020 – 9/30/2020).



Figure 49.   Daily cycle of 1-hour $H_2S$ air concentration measured by
LDEQ at Waggaman (10/1/2020 – 12/31/2020).

# 7   Review and Critique of Plaintiffs' Expert Report Mr. Lape

I have examined the Report[51] of Plaintiffs' Expert Mr. James Lape. He was retained by the law firm of Whiteford, Taylor, Preston LLP[52] to provide analysis and conclusions as to the fate and transport of $H_2S$ generated by the JPL during 2017, 2018, and 2019.

Mr. Lape used the $H_2S$ emission rates from JPL calculated by Ramboll[53] using the EPA LandGEM model[54]. Emissions were estimated each month from JPL Phase 4A, which was considered the dominant contributor of $H_2S$ from JPL. Every year, he changed the location and the size of the emission area within 4A, as shown in Figure 50, which we reconstructed from his modeling input data files. The sizes of the area source used by Mr. Lape to run CALPUFF differ from the area source he used to run AERMOD (see Section 7.5).



Figure 50.   CALPUFF area source used by Mr. Lape to simulate emissions from Phase 4A (changing every year), compared to his AERMOD area source (constant).

Mr. Lape's main results and opinions were obtained by running the EPA CALPUFF model[55] version 7.2.1 to simulate $H_2S$ concentrations at six "surrogate" receptors representing different

[51] EXPERT REPORT OF JAMES LAPE IN THE MATTER OF: Frederick Addison et al. v. Louisiana Regional Landfill Company, et al. Civ. Action Nos. 191113 and 19-14512 (E.D.La.) and Elias Jorge "George" Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc., et al., Civ. Action No. 18 7889 (E.D.La.). Prepared by James F. Lape, Jr., Senior Science Advisor, Integral Consulting, Inc., Annapolis, MD on January 29, 2021.
[52] https://www.wtplaw.com/
[53] Ramboll. 2019. Landfill gas characterization work plan for the Jefferson Parish Landfill, Avondale, LA. Ramboll US Corporation. October.
[54] https://www3.epa.gov/ttncatc1/dir1/landgem-v302-guide.pdf
[55] https://www.epa.gov/scram/air-quality-dispersion-modeling-alternative-models#calpuff

residential areas in a range of 1.5 to 4 miles[56] from the JPL. The meteorological inputs required to run CALPUFF were generated using the CALMET[57] model version 6.5.0 with 250-meter horizontal resolution, initialized with the output of the three-dimensional Weather Research and Forecasting (WRF) model[58] version 4.0, run with 1-kilometer resolution.

I have no methodological objections to Mr. Lape's WRF + CALMET + CALPUFF approach. While I have selected AERMOD, listed as one of EPA's preferred models, evaluation studies[59] have not demonstrated the superior performance of one model versus the other. My opinion agrees with the summary statement below[60]:

> *"For most modeling applications, AERMOD is preferred over CALPUFF due to its relative ease of use, widespread regulatory acceptance, speed, and accuracy in the near-field. However, for some specific applications, especially those involving long distances (>50 km), complex chemistry, and certain complex terrain/coastal environment situations, the increased complexity of CALPUFF will yield more accurate results and is well worth the additional time and effort."*

Additional considerations related to AERMOD and CALPUFF are presented at the end of this Section. However - again – I have no methodological objections to the use of a more complex[61] modeling system (WRF + CALMET + CALPUFF) by Mr. Lape in this project. Still, serious objections can be raised on 1) the input data (emission rates) used by Mr. Lape; 2) his runs of CALMET; 3) his interpretation of $H_2S$ modeling results; and 4) his CALPUFF "validation" claims. These four issues are discussed in the subsections below.

---

[56] 1.5 to 4 miles is the approximate range of distances of the residential complaints I have examined in this project.
[57] http://www.src.com/
[58] https://www.mmm.ucar.edu/weather-research-and-forecasting-model. Mr. Lape used the services of Lakes Environmental (https://www.weblakes.com/services/met_order.html) to purchase WRF outputs to use with CALMET.
[59] https://bioone.org/journals/air-soil-and-water-research/volume-8/issue-1/ASWR.S32781/Performance-Evaluation-of-AERMOD-and-CALPUFF-Air-Dispersion-Models-in/10.1177/ASWR.S32781.full
https://www.sciencedirect.com/science/article/pii/S1352231014001502
https://www.tandfonline.com/doi/abs/10.1080/10807039.2018.1451745?journalCode=bher20
[60] https://www.trinityconsultants.com/news/the-differences-between-aermod-and-calpuff
[61] In air pollution studies, we found that the more complex models, containing better theoretical descriptions of physical parameters, do not always perform better than simpler models.

## 7.1  H$_2$S Emission Rates

Emission rates are a critical input parameter in running an air pollution model. The relationship between emission rates – expressed in mass over time, e.g., grams of H$_2$S per hour (g/h) - and ambient concentrations – expressed in mass over volume, e.g., micrograms per cubic meter ($\mu$g/m$^3$) – is linear. Therefore, if an error is made in computing emission rates, the same proportional error will propagate to the simulated concentration values.

Mr. Lape used monthly H$_2$S emission rates calculated by Ramboll over a 3-year period. These rates are plotted in Figure 51. Other experts are expected to discuss and critique 1) these emission calculations; 2) the model that was used (LandGEM) to generate them; and 3) the input parameters and assumptions that were selected by Ramboll. As an atmospheric scientist and modeler, my purpose here is to point out the enormous discrepancy between Ramboll's estimates and other experts' estimates. Figure 51, with a vertical logarithmic scale, illustrates these discrepancies for the 3-year period 2017-2019, showing 1) Ramboll's monthly values used by Mr. Lape (blue line); 2) a re-run of the Ramboll's model by Dr. Abichou correcting some overestimations of emission rates made by Ramboll[62] (blue dots); and 3) the best estimates ("likely"; in green) and maximum estimates ("upper limit"; in yellow) calculated by Dr. Abichou using all available landfill measurements. The figure also included dotted lines for 2020; these are extrapolations of Ramboll estimates done by Dr. Abichou with the same assumption and the same model used by Ramboll in estimating 2017-2019 emission rates.

---

[62] My understanding is that the re-run of Ramboll's model by Dr. Abichou is only correcting the terms for LandGEM decay and the assumed collection efficiency for Phase 4A. Other Ramboll's overestimations are discussed in Dr. Abichou's report.



Figure 51.   Estimates of $H_2S$ emission rates from JPL Phase 4 (with logarithmic vertical scale).

The different estimates of JPL Phase 4A emission rates of $H_2S$ vary by orders of magnitude, even though these large variations appear compacted in the logarithmic scale of Figure 51. In particular, the difference between the Ramboll-Lape values and Dr. Abichou's best estimates are four orders of magnitude (i.e., Ramboll-Lape emission rates are more than 10,000 times higher). These differences are critical for any subsequent interpretation of model results. In fact, if we reran Mr. Lape's CALPUFF modeling simulations with Dr. Abichou's best estimates of emission rates, all concentration results would be more than 10,000 times lower than the numbers presented in Mr. Lape's report. Clearly, all other modeling differences among experts become negligible in comparison with the effects of emission rates.

## 7.2  CALMET Simulations

Mr. Lape used CALMET, the meteorological pre-processor of CALPUFF, to generate the meteorological input required for his modeling runs. We verified his computer files and discovered

that his CALMET runs are only based upon the outputs produced by WRF without adding additional measurements. Meteorological data are available at the nearby airport (KMSY) and, at the end of 2019, at the Trinity station. These measurements should have been included in his CALMET simulations. In fact, US EPA guidelines (Appendix W)[63] specifically state:

> *"Spatial or geographical representativeness is best achieved by collection of all of the needed model input data in close proximity to the actual site of the source(s). Site-specific measured data are, therefore, preferred as model input, provided that appropriate instrumentation and quality assurance procedures are followed, and that the data collected are adequately representative (free from inappropriate local or microscale influences) and compatible with the input requirements of the model to be used."*

KMSY and Trinity station measurements are essential, site-specific data that must be included in CALMET simulations. They are necessary data for achieving accurate CALMET simulations. In particular, Appendix W, paragraph 8.4.5.1.a reports:

> *"For some modeling applications, there may not be a representative NWS or comparable meteorological station available (e.g., complex terrain), and it may be cost prohibitive or infeasible to collect adequately representative site-specific data. For these cases, it may be appropriate to use prognostic meteorological data[64], if deemed adequately representative, in a regulatory modeling application. However, if prognostic meteorological data are not representative of transport and dispersion conditions in the area of concern, the collection of site-specific data is necessary."*

In this case, representative meteorological stations were available, and their data were not cost prohibitive, actually, they are available at no cost. Therefore, Mr. Lape should have used the observed data in place of, or together with, the WRF output.

Again, Appendix W, paragraph 8.4.5.2.a recommends:

> *Appropriate effort by the applicant should be devoted to the process of evaluating the prognostic meteorological data. The modeling data should be compared to NWS observational data or other comparable data in an effort to show that the data are adequately replicating the observed meteorological conditions of the time periods modeled. An operational evaluation of the modeling data for all model years (i.e., statistical, graphical) should be completed. The use of output from*

---

[63] https://www.epa.gov/sites/production/files/2020-09/documents/appw_17.pdf Section 8.4.4.1 a.  (p 5223).
[64] I.e., the output of WRF

> *prognostic mesoscale meteorological models*[65] *is contingent upon the concurrence with the appropriate reviewing authority (...) that the data are of acceptable quality, which can be demonstrated through statistical comparisons with meteorological observations aloft and at the surface at several appropriate locations.*

It does not seem that Mr. Lape did any effort to evaluate the quality of the WRF output data by evaluating them against observed data.

## 7.3  Modeling Results

Another important critique of Mr. Lape's report is his presentation of the results, i.e., the simulated ambient concentrations of $H_2S$. Instead of using a grid of receptors, as typically done by air modeling scientists, he chose 6 "surrogate" receptors[66] (see his Figure 4-1), representing different residential areas: two located West of the Mississippi river (surrogates 2 and 6) and four located East (surrogates 1, 3, 4, and 5). The use of receptors by Mr. Lape is summarized in Figure 52.

---

[65] Such as WRF.

[66] We examined Mr. Lape's CALPUFF and AERMOD simulations. His CALPUFF runs for the 3-year period 2017-2019 calculated 1-hour and 30-minute average concentrations at 57 receptors, including the 6 surrogate receptors. For 2018, in addition to the 57 receptors, a rectangular grid (11 km × 11 km with horizontal resolution of 250 m) was also added for the calculation of 1-hour concentrations. With AERMOD, he simulated the three years using the 6 surrogate receptors plus a grid (20 km × 20 km with horizontal resolution of 100 m).



Figure 52.   Modeling domains and discrete receptors used by Mr. Lape.
Red dots are his six "surrogate" receptors.

Later, after running his modeling simulations for three years (2017-2019), he summarized the ambient $H_2S$ concentration results in three tables, for 2017, 2018, and 2019. Each table presents the number of exceedances of pre-defined $H_2S$ concentration levels. For example, in his Table 4-2 for year 2018 (reproduced below in Table 1), at the location of his surrogate receptor 2 (located in Waggaman), his model simulated that the 30-minute average $H_2S$ concentration of 15 μg/m³ (about 10 ppb[67]) was exceeded 223 times, i.e., with a frequency[68] of 223 over 17,520 (i.e., 1.3% of the times).

---

[67] Concentrations of gaseous pollutants are measured in parts per billion (ppb) or parts per million (ppm). Measurements can be converted into metric units under certain assumptions, e.g., for $H_2S$, 1 ppb = 1.42 μg/m³, calculated for an ambient temperature of 20°C. In some publications, the relationship is simplified into 1 ppb ≈ 1.5 μg/m³.
[68] There are 17,520 30-minute intervals in a 365-day year.

*Jefferson Parish Landfill Litigation*  EC-18-014 - 21-04-30

Table 1.  Image reproduction of Table 4-2 of Mr. Lape's report:
Exceedances of 30-minute average $H_2S$ concentration thresholds.

| Table 4-2.  CALPUFF 30-minute Average Model Results for Phase IVA Monthly $H_2S$ Fugitive Gas Emissions for 2018 | | | | | | |
|---|---|---|---|---|---|---|
| Maximum 30-minute Average for Year and Count of Hours Above Concentration Ranges | | | | | | |
| Concentration | Surrogate Discrete Receptors | | | | | |
| Max, µg/m$^3$ | 31 | 99 | 23 | 24 | 109 | 101 |
| ≥1 µg/m$^3$ | 423 | 1,403 | 416 | 550 | 511 | 621 |
| ≥5 µg/m$^3$ | 45 | 663 | 38 | 136 | 213 | 269 |
| ≥7 µg/m$^3$ | 22 | 544 | 21 | 68 | 153 | 233 |
| ≥10 µg/m$^3$ | 11 | 400 | 10 | 31 | 88 | 173 |
| ≥15 µg/m$^3$ | 2 | 223 | 3 | 8 | 33 | 118 |
| ≥20 µg/m$^3$ | 1 | 137 | 2 | 3 | 19 | 85 |
| ≥25 µg/m$^3$ | 1 | 91 | 0 | 0 | 11 | 58 |
| ≥30 µg/m$^3$ | 1 | 48 | 0 | 0 | 4 | 33 |
| ≥35 µg/m$^3$ | 0 | 30 | 0 | 0 | 2 | 18 |
| Receptor | 1 | 2 | 3 | 4 | 5 | 6 |

Notes:
$H_2S$ = hydrogen sulfide

The first column in Mr. Lape's table above shows the reference levels, or levels of concern, he used for $H_2S$. They vary from a minimum of 1 µg/m$^3$ (about 0.7 ppb) to a maximum of 35 µg/m$^3$ (about 23 ppb). As discussed below, these $H_2S$ reference values are very low and do not represent levels of concern, based upon scientific literature and government regulations.

In term of toxicity, the reference levels used by Mr. Lape are several orders of magnitude lower than the reference levels in the literature. For example, the US government Agency for Toxic Substances and Disease Registry (ATSDR) lists under "Standards and Guidelines"[69]:

- OSHA ceiling = 20 ppm (20,000 ppb)
- OSHA maximum peak = 50 ppm (10 minutes, once, no other exposure) (50,000 ppb)
- NIOSH IDLH (immediately dangerous to life or health) = 100 ppm (100,000 ppb)
- AIHA ERPC-2 (emergency response planning guideline) (maximum airborne concentration below which it is believed that nearly all individuals could be exposed for up to 1 hour without experiencing or developing irreversible or other serious health effects or symptoms which could impair an individual's ability to take protective action) = 30 ppm (30,000 ppb)

[69] https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=385&toxid=67

Therefore, the only $H_2S$ concern in this case is the potential odor impact in residential areas. For clarification, I will summarize below a few basic concepts in odor science[70].

The human nose and brain are capable of distinguishing roughly 1 trillion scents.[71] Many chemical substances, at concentrations sufficiently large, can be detected by the human nose. Odors are not necessarily related to toxicity; for example, carbon monoxide (CO) is colorless and odorless but can be deadly at concentrations above 150 to 200 ppm.[72]

For many chemicals (or odorants), there are available estimates of odor thresholds, i.e., concentration values for either detection or recognition of an odor. The detection threshold is the lowest concentration of odorant that will elicit a sensory response in a human subject without necessarily identification or recognition of the odorant. The recognition threshold is the minimum concentration that is identified or recognized as having a characteristic odor quality.

The most widely accepted method to determine odor thresholds is the Dilution to Threshold Method (D/T), in which a panel (typically at least 6 people) is presented with a series of samples increasing in odor concentration, starting below the detection threshold.[73] Typically, an odor threshold is identified when 50% of the panel detects the odor.[74] The bare detection of an odor is generally not considered an annoyance. For example, in many cases odors are considered unpleasant/offensive only when a concentration of five to ten times[75] the odor threshold is exceeded.

---

[70] Diosey, P.G. and M. Buono. 2008. Odor Modeling. Chapter 15B of AIR QUALITY MODELING - Theories, Methodologies, Computational Techniques, and Available Databases and Software. Vol. III – Special Issues (P. Zannetti, Editor). Published by The EnviroComp Institute (http://www.envirocomp.org/) and the Air & Waste Management Association (http://www.awma.org/).

[71] https://www.sciencemag.org/news/2014/03/human-nose-can-detect-trillion-smells

[72] https://www.cpsc.gov/Safety-Education/Safety-Education-Centers/Carbon-Monoxide-Information-Center/Carbon-Monoxide-Questions-and-Answers/

[73] American Industrial Hygiene Association (AIHA): Odor Thresholds for Chemicals with Established Occupational Health Standards. Second Edition, 2013. http://cae365.cn/wp-content/uploads/2018/11/Odor-Thresholds-for-Chemicals-with-Established-Occupational-Health-Standards.pdf

[74] D. M. Benforado, W. J. Rotella & D. L. Horton (1969) Development of an Odor Panel for Evaluation of Odor Control Equipment, Journal of the Air Pollution Control Association, 19:2, 101-105, DOI: 10.1080/00022470.1969.10466459. https://www.tandfonline.com/doi/pdf/10.1080/00022470.1969.10466459

[75] E.g.: https://www.sanjoseca.gov/home/showdocument?id=476
https://www.pca.state.mn.us/sites/default/files/p-gen2-02.pdf,  p 41
https://www.elaw.org/system/files/rg0700.pdf
http://www.env.go.jp/en/air/odor/measure/02_1_4.pdf
http://www.nj.gov/dep/aqpp/downloads/techman/1002.PDF

The odor literature for $H_2S$ presents very different results. I consulted the most recent version[76] of the American Industrial Hygiene Association report (2019); the range of odor threshold cited for $H_2S$ is 0.04 – 1,400 ppb (with a variation of 5 orders of magnitude!). A similar variation of odor thresholds is also found in another reputable reference[77].

The Acute Exposure Guideline Levels (AEGLs)[78] are often considered reliable exposure guidelines. In particular, the lowest level (AEGL-1) is defined as *"the airborne concentration (expressed as ppm or $mg/m^3$) of a substance above which it is predicted that the general population, including susceptible individuals, could experience notable discomfort, irritation, or certain asymptomatic nonsensory effects. However, the effects are not disabling and are transient and reversible upon cessation of exposure"*.

The AEGL-1 for $H_2S$ (30-minute) is 600 ppb[79]. The same reference cites an EPA "level of awareness" of 10 ppb (with does not seem to represent a "level of concern" or a noticeable/offensive odor).

While the AEGL levels are defined as concentrations <u>above which</u> adverse effects can occur, the Emergency Response Planning Guidelines (ERPG)[80] are defined as maximum concentrations <u>below which</u> adverse effects should not occur. For example, the most conservative ERPG is the ERPG-1, defined as *"the maximum airborne concentration below which nearly all individuals could be exposed for up to 1 hour without experiencing more than mild, transient adverse health effects or without perceiving a clearly defined objectionable odor"*. For $H_2S$, the ERPG-1 value[81] is 100 ppb, which *"indicates that odor should be detectable near ERPG-1"*.

In my opinion, the most suitable reference is the $H_2S$ air quality standard[82] of the State of California. The CA state has a solid, excellent reputation in environmental protection and assertive

---

[76] https://online-ams.aiha.org/amssa/ecssashop.show_product_detail?p_mode=detail&p_product_serno=1858&p_cust_id=&p_order_serno=&p_promo_cd=&p_price_cd=&p_category_id=&p_session_serno=34517561&p_trans_ty=

[77] L.J. van Gemert: Odour Thresholds – Compilation of Odour Threshold Values in Air, Water and Other Media (second enlarged and revised edition). Published by Oliemans Punter & Partners BV, The Netherlands, 2011. http://www.thresholdcompilation.com/

[78] https://response.restoration.noaa.gov/oil-and-chemical-spills/chemical-spills/resources/acute-exposure-guideline-levels-aegls.html

[79] https://www.epa.gov/aegl/hydrogen-sulfide-results-aegl-program

[80] https://response.restoration.noaa.gov/oil-and-chemical-spills/chemical-spills/resources/emergency-response-planning-guidelines-erpgs.html/

[81] https://cameochemicals.noaa.gov/chemical/3625/

[82] https://ww3.arb.ca.gov/ch/ceh/001207/h2s_oehha.pdf

legislation. The current California Ambient Air Quality Standard (CAAQS) for $H_2S$ is 0.03 ppm (30 ppb, 42 $\mu g/m^3$) for one hour. The standard was adopted in 1969[83] and was based on the geometric mean odor threshold measured in adults. The declared purpose of the standard was to decrease odor annoyance.

It is easy to see that, using the California 1-hour standard of 30 ppb (42 $\mu g/m^3$), all the "exceedances" presented by Mr. Lape in his Tables 4-1, 4-2, and 4-3 either disappear or are reduced to a minuscule frequency of occurrence. This is in spite of the fact that, as discussed before, landfill emission experts have challenged the $H_2S$ emission rates used by Mr. Lape as extremely overestimated by orders of magnitude. Even with these overestimations, the $H_2S$ concentration impacts simulated by Mr. Lape at the six surrogate receptors are below well-established levels of concern.

## 7.4  CALPUFF "Validation"

Section 4.2 of Mr. Lape's report is titled "Opinion 2: COMPARISONS OF THE CALPUFF AIR MODEL PREDICTIONS OF $H_2S$ AIR CONCENTRATIONS TO OTHER DATA SUPPORT THE RELIABILITY OF THE CALPUFF RESULTS". This title is actually a statement claiming that his CALPUFF model compares well with $H_2S$ ambient measurements and, therefore, the model is reliable and model results can be trusted.

The process of comparing model results with measurements is called "model evaluation", which is a process well defined and discussed in the scientific literature[84]. When the evaluation is successful, we can claim that the model has been "validated".  A correct model evaluation requires (1) a proper comparison between model results and measurements; of course, we must compare data that are homogeneous, i.e., model simulations performed at the same time of the measurements and at the same locations. Also, (2) a correct evaluation requires a sufficient number of available data points, to assure that the agreement between model results and measurements is

---

[83] The California Department of Public Health reviewed the scientific literature in 1981 and concluded that the existing $H_2S$ standard was adequate for the purpose of odor control.
https://ww2.arb.ca.gov/resources/hydrogen-sulfide-and-health
[84] E.g.: Canepa, E. and J. Irwin 2005. Evaluation of Air Pollution Models. Chapter 17 of AIR QUALITY MODELING - Theories, Methodologies, Computational Techniques, and Available Databases and Software. Vol. II – Advanced Topics (P. Zannetti, Editor). Published by The EnviroComp Institute (http://www.envirocomp.org/) and the Air & Waste Management Association (http://www.awma.org/).

real and not a coincidence. Finally, (3) a model run simulates the contribution of a specific set of sources; therefore, a model validation is correct only if the measurements are mostly affected by that particular set of sources and not by other unaccounted emissions.

After examining in detail the text and data presented in Section 4.2 of Mr. Lape's report, my conclusion is that no evaluation was performed or no validation was achieved - his validation claims are misleading and incorrect.  More precisely, he used three sets of $H_2S$ measurements in his validation effort:

1. The 6-day period of April 27 to May 2, 2018 when the LDEQ deployed the Mobile Air Monitoring Laboratory (MAML) to a parking lot of the Riverside Baptist Church in River Ridge.

2. The July 2018 MAML deployment to River Ridge and Waggaman, and in particular the measurements of July 27.

3. The ambient samples collected[85] to the east, west, and in front of JPL along Highway 90 in Avondale, Louisiana, on the morning of November 5, 2019.

All these measurements may be affected by $H_2S$ emissions from the three nearby landfills and, therefore, Mr. Lape's approach of validating a model using only the emission from JPL is conceptually flawed.

My analysis of the three sets is presented below.

## 7.4.1  April 27 to May 2, 2018

As stated in the MAML report[86],

> "*the MAML was stationed in the parking lot of Riverside Church located at 9220 Jefferson Hwy, River Ridge, LA Jefferson Parish over a six-day period from April 27th to May 2nd 2018. There was one odor incident during this period late the night of April 28th and into the early morning of April 29th. The wind direction was from the landfills during this event. Some local residents showed up at MAML for discussion and some collected their own samples. MAML staff collected three canisters during this event. Elevated levels of both hydrogen sulfide and methane, two principal constituents of landfill gas, were detected during this event along with foul odors. The highest hourly average of hydrogen*

---

[85] Hydrogen Sulfide ($H_2S$) Sampling in the Jefferson Parish Region (November 4 through 8, 2019). Prepared for: Beveridge and Diamond, PC and Louisiana Regional Landfill Company. SCS Engineers, April 13, 2020.
[86] 2018-04-27 MAML Report.pdf

*sulfide (H2S) detected was 12 ppb. The highest eight-hour average was 5.9 ppb*
*and below Louisiana Ambient Air Standards (LAAS)."*

Based on my experience in odor cases and H2S concentrations, I find strange that "odor incidents" were mentioned with only 12 ppb H2S recorded as maximum. However, the main issue here is whether or not these measurements can be used to validate the CALPUFF model used by Mr. Lape. As illustrated in Figure 53, the MAML measurements at Riverside Church can be compared with the CALPUFF simulations at a close by receptor (Lape's Surrogate receptor 4).



Figure 53.   Riverside Baptist Church (MAML location, yellow dot) and
closest CALPUFF Surrogate receptor used by Mr. Lape (R4, green dot).

To be precise, we re-ran Mr. Lape's CALPUFF model to calculate his simulated $H_2S$ concentrations at the exact location of the Riverside Church and, in fact, we present our comparison below using both Surrogate receptor R4 and Riverside Church. Figure 54 shows the time trend of $H_2S$ concentration values measured by MAML at Riverside Church (blue dots) and the 1-hour concentration computed by Mr. Lape with CALPUFF at Surrogate receptor 4 (orange dots) and Riverside Church (red crosses). It is clear that Mr. Lape's CALPUFF simulations are failing to represent the concentrations measured by MAML.  <u>Contrary to Mr. Lape's claim in Section 4.2 of his report, these measurements do not support the reliability of the CALPUFF results; they support the opposite.</u>



Figure 54. Time trend of 1-hour H2S concentration at Riverside Church and Surrogate receptor 4, as measured by MAML and simulated by Mr. Lape.

Incidentally, I find strange that the MAML report suggests a correlation between "one odor incident during this period late the night of April 28th and into the early morning of April 29th" and "wind direction … from the landfills". The landfills (JPL, River Birch and C&D) are at a distance

of about 3 miles from Riverside Church and, if one of them were the source of the odor at Riverside Church, much higher concentrations should have occurred in residential areas along the trajectory of the plume, with consequent odor complaints. Based upon my scientific experience and my extensive air pollution modeling work, without the evidence of stronger complaints along the trajectory of a hypothetical plume from a landfill, a correlation between odor and landfill emissions cannot be advocated 3 miles downwind.

To illustrate this issue – i.e., concentrations strongly decreasing with distance from the source along the trajectory of a plume from an area source – I have created[87] the plot in Figure 55. The plot shows normalized[88] concentrations as a function of downwind distance from the area source under three typical atmospheric diffusion conditions: stable (grey), neutral (orange), and unstable (blue).



Figure 55.   Quantitative pattern of decline of ground-level concentrations with distance for an area source emission.

---

[87] The plot was created by running the software SCREEN View 4.0.1 (https://www.weblakes.com/products/screen/index.html), a user-friendly version of the US EPA SCREEN3 model (https://www.epa.gov/scram/air-quality-dispersion-modeling-screening-models#screen3).
[88] The normalized concentrations have a maximum value of 1.

## 7.4.2  July 2018 and July 27, 2018

In his report (p 4-2), Mr. Lape writes "The July 2018 MAML deployment to River Ridge and Waggaman also provided opportunities to verify the CALPUFF modeling results." (The River Ridge location was, as before, at Riverside Church; the Waggaman location is at the corner of Dandelion Road and River Road). His conclusions are:

1. *"The range of concentrations measured at the River Ridge site agree well with the 2018 hourly H2S concentrations for CALPUFF receptor Surrogate 4, located near the MAML deployment."*

2. *"Similarly, the results for the July sampling at the Waggaman location agree well with the CALPUFF 2018 maximum hourly concentration at Surrogate 2."*

He does not provide any figure, table, of comment that allows us to verify these two statements. In his computer files, we did not find materials (e.g., Excel spreadsheets) related to these statements. These statements are unsupported and highly suspect.

He then focuses his discussion on July 27, 2018 and, since he chose this day, I decided to examine the performance of his CALPUFF model during that special day. At that time, the MAML was located at the corner of Dandelion Road and River Road, as illustrated in Figure 56. The figure also shows the CALPUFF receptor we selected for comparison (Surrogate receptor 2, used by Lape), even though we also re-ran Mr. Lape's CALPUFF to extract the exact $H_2S$ values simulated at the corner of Dandelion Road and River Road.



Figure 56.   Intersection of Dandelion Rd and River Rd in Waggaman
(yellow dot) where MAML was located on July 27, 2018. R2 (green dot)
is Surrogate receptor 2.

Figure 57 shows the comparison between the MAML $H_2S$ measurements and Mr. Lape's CALPUFF simulations on July 27, 2018. CALPUFF $H_2S$ values (orange dots and red crosses) are all equal to 0 ppb. Contrary to Mr. Lape's claim in Section 4.2 of his report, $H_2S$ measurements on the day he selected do not support the reliability of the CALPUFF results; they support the opposite.



Figure 57.  H$_2$S concentration measured by MAML at Waggaman
(Dandelion Rd and River Rd) and hourly average wind direction at
KMSY, on 7/27/2018.

At the end of Section 4.2.1 of his report, Mr. Lape also mentions a special time interval from 7:34 am to 8 am on July 27, 2018. Again, I compared these 1-minute measurements with the 30-minute simulations performed by Mr. Lape with CALPUFF at both Surrogate receptor 2 and the exact location. The comparison is shown in Figure 58; there is no correlation between CALPUFF simulated concentrations and the measurements, because the CALPUFF value is 0 ppb for that time interval. Contrary to Mr. Lape's claim in Section 4.2 of his report, H$_2$S measurements on this special 30-minute interval he selected do not support the reliability of the CALPUFF results; they support the opposite.



Figure 58.  1-minute measurements of wind direction and H₂S
concentration by LDEQ on 7/27/2018 at Dandelion Rd & River Rd and
30-minute CALPUFF prediction by Mr. Lape.

For completeness, we extended our comparison to the other days in July 2018 when measurements were collected (but were not investigated by Mr. Lape). The comparison, between MAML H₂S measurements and Mr. Lape's CALPUFF results, shows – again – a complete disagreement, as illustrated in Figure 59 and Figure 60.



Figure 59.   Hourly $H_2S$ concentration at Waggaman (Dandelion Rd and River Rd) measured by MAML and computed by Mr. Lape's CALPUFF.



Figure 60.   Hourly $H_2S$ concentration at Riverside Church measured by MAML and computed by Mr.Lape's CALPUFF.

### 7.4.3  November 5, 2019

Mr. Lape used $H_2S$ measurements collected by Ramboll[89] on November 5, 2019, from 5:05 to 6:50 AM, and stated (p 4-3):

> *"The Ramboll sampling on November 5, 2019, was compared to the CALPUFF modeling results for the same period as a means to verify the model estimates. The model results show a narrow plume flowing from the Phase IVA area source to the south and crossing Route 90. The 60-minute average $H_2S$ air concentrations along the Site entrance range from 8 to 20 ppb and agree with the 10 to 23 ppb range detected with the Jerome meter in the same area."*

In other words, he claims that, at a very close distance downwind from JPL, there is an agreement between measurements and CALPUFF results in the range of 8 to 23 ppb over a period of about 2 hours. However, in addition to the 2-hour measurements made by Ramboll, extensive $H_2S$ sampling was conducted by SCS in the Jefferson Parish Region, from November 4 through 8, 2019, as presented in the SCS report[90]. SCS measurements covered the area sampled by Ramboll and additional downwind areas from JPL.

I have examined the 46 figures in Appendix B of the SCS report, illustrating hundreds of $H_2S$ measurements with arrows describing the wind speed and direction. The overwhelming majority of these measurements, on Route 90 (South of JPL) and Live Oak Blvd (East and North of JPL) show 0 ppb or just a few ppb of $H_2S$, in spite of the proximity to JPL and the alignment of wind direction. Even the very few cases with noticeable concentration values[91] cannot be definitely attributed to JPL Phase IV since River Birch emissions are also aligned with the wind.

---

[89] "In the early morning of November 5, 2019, ambient air was also monitored using a pre-calibrated Jerome 631X along the Route 90 in the vicinity of the Site. As presented in Table 2-3 and
Figure 2-4C, ambient air concentrations of H2S exceeded 0.001 ppm at all 12 locations monitored along route 90, with a peak concentration of 0.017 ppm." From "EXPERT REPORT OF NESTOR D. SOLER - EVALUATION OF JEFFERSON PARISH LANDFILL GAS EMISSIONS - AVONDALE, LOUISIANA – JEFFERSON PARISH, Ramboll, January 28, 2021 - (2021.01.29) Expert Report of Nestor Soler (Emissions).pdf, p 5.
[90] Hydrogen Sulfide (H2S) Sampling in the Jefferson Parish Region (November 4 through 8, 2019). WC_JPLF_00203231
[91] E.g., figure A1 and figure A11 of the SCS report.

My conclusion is that we cannot ignore the evidence of the SCS measurements and Mr. Lape cannot use an isolated 2-hour outlier to claim a validation of CALPUFF.

## 7.5  AERMOD Runs

In addition to CALPUFF, Mr. Lape also repeated the 2017, 2018, and 2019 simulations running AERMOD. In his report (Section 4.2.3) he stated that "The AERMOD results are consistently 1.5 to 3 times higher than for CALPUFF" and concluded that "The AERMOD results provide further corroboration that the results obtained using the CALPUFF model provide not just a reasonable lower bound estimate of exposure levels, but in all likelihood understate actual exposure levels."

I disagree with Mr. Lape's conclusion. First, the meteorology he used to run AERMOD is based upon KMSY measurement and, consequently, is different from the meteorology, created by WRF + CALMET, that he used to run CALPUFF. Second, the area sources he used for the two models are not identical, as shown in Figure 50. Third, he claimed that the "Comparisons of the CALPUFF air model predictions of $H_2S$ air concentrations to other data support the reliability of the CALPUFF results" (his Section 4.2); but if his CALPUFF simulations compare well, as he claimed, the higher AERMOD simulations clearly cannot. Forth, in view of his use of much overestimated emission rates, in contradiction with the evidence as discuss before of actual flux measurements at JPL, his CALPUFF results cannot be labeled "reasonable lower bound estimate of exposure levels".

## 7.6  AERMOD vs. CALPUFF – Additional Considerations

Both AERMOD and CALPUFF are air quality dispersion models widely used worldwide. Currently, AERMOD is the main dispersion model in the list of the preferred and recommended models by the US-EPA[92]. CALPUFF was part of that list from 2003 to 2017, but now is listed as "alternative model"[93], i.e., a software that can be used in regulatory applications with case-by-case

---

[92] https://www.epa.gov/scram/air-quality-dispersion-modeling-preferred-and-recommended-models
It should be noted that US EPA recommendations are made in the context of the regulatory use of models, e.g., for emission permit applications. These recommendations do not necessarily extend to other, non-regulatory uses of models.
[93] https://www.epa.gov/scram/air-quality-dispersion-modeling-alternative-models

justification to be approved by the Reviewing Authority, as explained in section 3.2 of Appendix W[94].

AERMOD is a steady-state Gaussian plume model which assumes horizontal homogeneous meteorology over the whole domain, while CALPUFF is a Lagrangian puff model which uses a non-stationary 3D meteorological field. They can be considered modeling systems because, in addition to the dispersion module, they have pre- and post-processors that help the user in preparing input data and analyzing modeling results.

Since AERMOD is a Gaussian stationary model, the concentrations predicted by AERMOD at a specific hour depend only on the emissions of that hour, and not from those of the previous hours. On the contrary, the concentrations predicted by CALPUFF at hour N may depend also on the emissions at hours N-M, with M positive integer. Of course, it is expected that, as M increases, the effect of past emissions on current concentrations decreases.

My opinion is that both models are generally acceptable. The focus of my critique here is not on Mr. Lape's choice of CALPUFF but on the inputs he used, his interpretation of results, and his claims of model validation.

Many intercomparisons have been carried out between the two models. Some of them are summarized below.

- Jittra et al. (2020)[95] evaluated the performance of the two models in predicting the nitrogen dioxide and sulfur dioxide concentrations at ten monitoring stations in Thailand. They considered the emissions of about 300 point-sources located within the domain. According to this study, AERMOD provided more accurate results than CALPUFF for both pollutants. Moreover, the ability to predict extreme high-end concentrations, evaluated through the statistical index RHC (robust highest concentration), again indicated better performances for AERMOD.

---

[94] https://www.epa.gov/sites/production/files/2020-09/documents/appw_17.pdf
[95] Nattawut Jittra, Nattaporn Pinthong, and Sarawut Thepanondh "Performance Evaluation of AERMOD and CALPUFF Air Dispersion Models in Industrial Complex Area," Air, Soil and Water Research 8(1), (1 January 2020).

- Rood (2014)[96] evaluated the performance of AERMOD and CALPUFF (and of other two models) using the Winter Validation Tracer Study (WVTS)[97] dataset, carried out in February 1991 near Denver, Colorado. The WVTS dataset comprises twelve 11-hour releases of sulfur hexafluoride ($SF_6$) – a tracer that was measured at 140 receptors located in concentric rings at two different distances from the source (a 10 m high stack). According to this study, CALPUFF tended to exhibit the smallest variance, highest correlation, and highest number of predictions within a factor of two compared to AERMOD. On the contrary, maximum concentrations were less likely to be under-predicted by AERMOD compared to CALPUFF. Due to these two different abilities, the author concluded that AERMOD is well suited for regulatory compliance demonstration, whereas CALPUFF models is better suited for dose reconstruction and long-range transport.

- Amoatey et al. (2019)[98] compared AERMOD and CALPUFF to estimate the $NO_2$ and $SO_2$ concentrations due to the emissions of the Tema Oil Refinery (Ghana) in different seasons of the year characterized by different precipitation levels. They found that AERMOD predictions are better than the CALPUFF ones.

- Atabi et al. (2016)[99] compared AERMOD and CALPUFF in predicting the $SO_2$ concentrations due to the emissions from 16 stacks of a gas refinery located in complex terrain. Sulfur dioxide concentrations were measured at nine monitoring stations. After conducting a statistical comparison over the four seasons, the authors concluded that the performance of both models can be considered acceptable, but in complex terrain conditions CALPUFF offers better agreement with the observed concentrations.

- Tartakovsky et al. (2013)[100] simulated the particulate matter emissions from a quarry located in hilly terrain. Total suspended particle (TSP) concentrations were simulated with AERMOD and CALPUFF, then compared against measured values. The authors simulated several scenarios due to the uncertainties in input parameters when simulating emissions from quarries. They found that for a wide range of meteorological conditions, AERMOD predictions were in a better agreement with the measurements than those obtained by CALPUFF.

---

[96] Rood A.S. (2014) Performance evaluation of AERMOD, CALPUFF, and legacy air dispersion models using the Winter Validation Tracer Study dataset. Atmospheric Environment, Vol. 89, pp. 707-720.

[97] Brown K.J. (1991) Rocky Flats 1990–91 Winter Validation Tracer Study. North American Weather Consultants, Salt Lake City, Utah (1991). Report AG91-19

[98] Amoatey P., Omidvarborna H., Affum H.A. Baawain M. (2019) Performance of AERMOD and CALPUFF models on SO2 and NO2 emissions for future health risk assessment in Tema Metropolis. Human and Ecological Risk Assessment: An International Journal. Vol. 25, n. 3, pp.

[99] Atabi F, Jafarigol F, Moattar F, Nouri J. (2016) Comparison of AERMOD and CALPUFF models for simulating SO2 concentrations in a gas refinery. Environ Monit Assess. 188(9):516.

[100] Tartakovsky D., Broday D.M., Stern E. (2013) Evaluation of AERMOD and CALPUFF for predicting ambient concentrations of total suspended particulate matter (TSP) emissions from a quarry in complex terrain. Environ Pollut.179:138-45.

- Gulia et al. (2015)[101] used AERMOD and CALPUFF for predicting $NO_X$ concentrations in the near field of a steel plant in India and compared their results with monitored data. According to the authors, both models performed satisfactorily in predicting $NO_X$ concentrations. However, they used different dispersion options for CALPUFF, and found that with some of them CALPUFF performs better than AERMOD. Their conclusion is that the better performances of CALPUFF could be due to the calm wind conditions characterizing the area of study.

## 7.7  Summary of Critique

My critique of Mr. Lape's modeling work has focuses on four points: 1) his $H_2S$ emission rates from JPL Phase 4A, which appear to be enormously overestimated (I understand that other experts will address this issue); 2) his incorrect runs of CALMET; 3) his use of extremely low concentrations as levels of concerns for $H_2S$; and (above all) 4) his claims that there are $H_2S$ measurements that support the reliability of his CALPUFF results.

The fourth point is the most controversial. First of all, in the years he modeled (2017, 2018, 2019) there are very few $H_2S$ measurements – a number insufficient for an evaluation/validation effort of CALPUFF. Second, once we visualize, as I did, the comparison between $H_2S$ measurements and CALPUFF simulations, the conclusion is that CALPUFF completely fails to reproduce the measurements. Almost all CALPUFF simulations are 0 ppb because the wind is not even blowing from Phase 4A toward the locations where the measurements were collected.

Mr. Lape claimed that CALPUFF is reliable, thus implying that the $H_2S$ measurements he used, at Waggaman and even on the other side of the Mississippi river, are caused by the emissions from JPL Phase 4A; on the contrary, his results show exactly the opposite, i.e., that $H_2S$ measurements have no contribution from JPL.

---

[101] Gulia S., Kumar A., Khare M. (2015) Performance evaluation of CALPUFF and AERMOD dispersion models for air quality assessment of an industrial complex. Journal of Scientific and Industrial Research 74(5):302-307

# 8   EnviroComp H2S Dispersion Modeling for 2017, 2018, 2019

We repeated Mr. Lape's three-year dispersion modeling simulations of $H_2S$ emitted from JPL with the following assumptions: 1) use of the EPA preferred dispersion model AERMOD[102] (instead of WRF + CALMET + CALPUFF); 2) use of the $H_2S$ emission rates (best and maximum estimates) calculated by Dr. Tarek Abichou using actual measurements at the landfill (instead of the LandGEM model); 3) surface meteorological data from the KMSY airport; and 4) vertical meteorological profiles from the KSIL airport. Our modeling approach followed current EPA guidelines and recommendations.

With AERMOD, we calculated $H_2S$ hourly averages at each hour in each receptor. We created a grid of $111 \times 111$ receptors, 100-meter spaced, at 1.5 m above ground. As expected, using Dr. Abichou's emission rates, that are 3 to 4 orders of magnitude lower that those used by Mr. Lape, our concentrations results are extremely low (e.g., the 98[th] percentile of the $H_2S$ hourly concentrations at Waggaman in 2018 is less than 0.001 ppb). Concentrations are so low that any visualization on a map would be inappropriate. If we re-run Mr. Lape's CALPUFF simulations with Dr. Abichou emission rates, we find similar, negligible concentration impacts, and all the numbers in Mr. Lape's Tables (4-1, 4-2, and 4-3) with the "Count of Hours Above Concentration Ranges) become zero.

---

[102] https://www.epa.gov/scram/air-quality-dispersion-modeling-preferred-and-recommended-models

# 9   Conclusions

This report presents the current results of my investigation and opinions, based upon the materials reviewed and the analyses performed to date.  I reserve the right to supplement this report in the event new information is presented.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30th day of April, 2021 at Half Moon Bay, California.

 

By_____

*Dr. Paolo Zannetti, QEP*
*President, EnviroComp Consulting, Inc.*
*500 Stone Pine Road, #3038*
*Half Moon Bay, CA 94019*

*Phone: (510) 490-3438*
*Email: zannetti@envirocomp.com*
*Web site: http://www.envirocomp.com*

# Attachment A

## Qualifications and experience of

## Dr. Paolo Zannetti, QEP

I have performed studies and scientific research in environmental sciences for 50 years. My major field of investigation and competence is air pollution. I have studied air quality problems all over the world, often using computer models that I developed, or models recommended by the U.S. Environmental Protection Agency ("EPA") and other government agencies. My full CV is attached as Attachment B and available online[103], where most of my publications are downloadable.

I started my scientific career in the early 1970s at the IBM Research Center in Venice, Italy, at a time when IBM was sponsoring advanced computer simulation activities in environmental sciences and air pollution at several of its Research Centers throughout the world. Since then, I have focused my scientific research toward the development of advanced computer simulation techniques with practical applications to air quality problems in the international arena. In particular, I performed pioneering work for the development of new Lagrangian modeling techniques in which air pollution is simulated by computer methods using a series of independent segments[104], puffs[105], or particles[106].

I have worked for IBM Research (IBM Scientific Centers of Venice, Italy; Palo Alto, California; and Bergen, Norway), consulting companies (AeroVironment, Inc. and Failure Analysis/Exponent, Inc.), and government organizations (Kuwait Institute for Scientific Research, Kuwait, and CRTN-ENEL, Milan, Italy).

---

[103]   https://www.envirocomp.com/people/cv/zannetti.pdf
[104]   Zannetti P, 1986b, "A new mixed segment-puff approach for dispersion modeling," Atmospheric Environment, 20(6):1121-1130. (http://www.envirocomp.com/zcv/JA.17.PDF)
[105]   Zannetti P, 1981a, "An improved puff algorithm for plume dispersion simulation," J Applied Meteorology, 20(10):1203-1211. (http://www.envirocomp.com/zcv/JA.10.PDF)
[106]   Zannetti P, 1984, "New Monte Carlo scheme for simulating Lagrangian particle diffusion with wind shear effects," Applied Mathematical Modeling, 8:188-192. (http://www.envirocomp.com/zcv/JA.14.PDF)

I am the President of EnviroComp Consulting, Inc.[107], a company I founded in 2001, and The EnviroComp Institute[108], a non-profit research organization I founded in 1996. I am the Founder and Director of the Air Pollution Scientific Initiative (APSI)[109].

I have written over 300 publications, including over 40 books and book chapters. Particularly important are: 1) the book "Air Pollution Modeling"[110] completed in 1990, which was the first comprehensive book in the field and is still a widely used textbook today; and 2) the 4-volume book series "Air Quality Modeling"[111], completed in 2010, which is the most updated and complete publication series on computer methods for air pollution studies.

I have studied many air pollution cases throughout the world. In particular, in my early scientific endeavors, I studied and modeled the air pollution problems affecting the city of Venice, Italy[112], and was the project manager for the first comprehensive air pollution study (monitoring and modeling) in the Persian Gulf.[113] Moreover, in 1990, I led and coordinated the activities and collaborations of IBM Europe in environmental sciences[114].

In parallel with my research studies, in the last 25 years I have investigated, as a consulting expert, more than one hundred complex legal disputes and air pollution claims related to industrial, transportation, agricultural activities, and odor problems in the US and abroad, including short-term and long-term emissions and accidental releases. Several of these legal disputes involved class actions. In most of these cases, I simulated ambient concentrations, depositions, and odor

---

[107] www.envirocomp.com
[108] www.envirocomp.org
[109] www.apsi.tech
[110] https://link.springer.com/book/10.1007%2F978-1-4757-4465-1
[111] http://envirocomp.org/books/aqm.html
[112] Zannetti P, Melli P, Runca E, 1977, "Meteorological factors affecting SO2-pollution level in Venice," Atmospheric Environment, 11:605-616. (http://www.envirocomp.com/zcv/JA.5.PDF)
[113] Zannetti P, Sudairawi M, Al-Madani N, El-Karmi N, 1983, "Air Pollution Dispersion and Prediction Model for Shuaiba Industrial Area," prepared for the Shuaiba Area Authority, Kuwait, Kuwait Institute for Scientific Research, Document KISR 1090A, 5 volumes. (https://www.envirocomp.com/zcv/T.6b.pdf).
[114] https://www.envirocomp.com/zcv/IBM_Europe_1990.pdf

impacts caused by chemical emissions using computer models that I developed and/or those developed and recommended by government agencies, such as the EPA.

I am often asked to present talks at conferences and seminars throughout the world. In particular, I have taught air pollution courses in Italy (University of Bari), California (Berkeley Extension), Kuwait (Kuwait Institute for Scientific Research), and England (Wessex Institute of Technology) where I am a Professor of Environmental Sciences[115]. In the last 3 years, I have been invited to present seminars at the United States Military Academy of West Point, NY, and the universities of St. Petersburg (Russia), Amman (Jordan), and Roskilde (Denmark).

My professional credentials have been certified with the title of Qualified Environmental Professional[116] (QEP), given by the Institute of Professional Environmental Practice[117] (IPEP). The QEP certification recognizes professional achievements for environmental professionals and their compliance with the highest of ethical and professional standards. Since 1997, I have been the Regional Coordinator for IPEP in the San Francisco Bay Area.

---

[115] https://www.wessex.ac.uk/research/wit-staff/dr-paolo-zannetti
[116] https://ipep.org/credentials/qep/
[117] http://www.ipep.org

# Attachment B

## Curriculum Vitae of

## Dr. Paolo Zannetti, QEP

# CURRICULUM VITAE

## OF

# DR. PAOLO ZANNETTI, QEP

### PRESIDENT

**ENVIROCOMP CONSULTING, INC.**



---

Email:    zannetti@envirocomp.com

Phone:  (510) 490-3438

Fax:       (510) 490-3357

Cell:      (510) 220-8014

Skype:  paolo.zannetti


Postal Address:

EnviroComp Consulting, Inc.

500 Stone Pine Rd., #3038

Half Moon Bay, CA 94019  (USA)


Personal Web page:  https://www.envirocomp.com/people/zannetti.html

JurisPro Web page:  http://www.jurispro.com/PaoloZannetti

## EDUCATION AND TITLES

- *Qualified Environmental Professional (QEP),* Institute of Professional Environmental Practice (IPEP) (www.ipep.org) (http://ipep.org/applications/qep-certification/) Certificate #029440029 (2/1994) – Recertified on 7/2007

- *Doctoral Degree in Physics*, University of Padua, Italy (12/1970) (www.unipd.it)

- *Diploma of Maturita' Scientifica* (Science Degree), Scientific Lyceum Ippolito Nievo, Padova, Italy (7/1965)
  (http://www.liceonievo.it/)

## PROFESSIONAL EXPERIENCE

- **President, EnviroComp Consulting, Inc. (4/2001 – present)** (http://www.envirocomp.com)

  - *President and Founder*, EnviroComp Institute (10/1996 – present)
    (http://www.envirocomp.org)

  - *Project Leader,* Comprehensive Air Modeling/Optimization System (CAMOS) (Since 2013) (http://camos.co/)

  - *Regional Coordinator* for the Institute of Professional Environmental Practice (IPEP) in the San Francisco Bay Area (9/1997 – present) (http://www.ipep.org)

  - *Visiting Teacher,* Computational Mechanics and Wessex Institute of Technology, Southampton, UK (1980 – present) (http://www.wessex.ac.uk). Currently:

  - *Professor of Environmental Sciences* at Wessex Institute of Technology (WIT), Ashurst, UK (https://www.wessex.ac.uk/research/wit-staff/862-dr-paolo-zannetti)

  - *Visiting Professor*, Polytechnic University of Bari-Taranto, Italy (1999 – 2008)
    (http://www.uniba.it/ateneo/sede-di-taranto)

  - *Peer-Reviewer,* Kuwait Institute of Scientific Research, Kuwait, Wessex Institute of Technology, Southampton, UK (2002-2012) (http://www.kisr.edu.kw/)

- **Principal Scientist, Exponent, Inc., Menlo Park, CA (11/1991 – 4/2001)**
  (http://www.exponent.com)

  - *Instructor,* University Extension, University of California, Berkeley (10/1992 – 7/1997)
    (http://extension.berkeley.edu/)

- **Department Manager**, AeroVironment, Inc., Pasadena/Monrovia, CA (10/1979 – 11/1991) (http://www.aerovironment.com)

  - *Consultant*, IBM Semea, Milan, Italy (1/1991 – 10/1991; on leave of absence from AeroVironment) (http://www.ibm.com/planetwide/it/)

  - *Head, Environmental Sciences*, IBM Scientific Center, Bergen, Norway, and *Leader, Environmental Sciences Activities of IBM Europe* (3/1990 – 12/1990; on leave of absence from AeroVironment). **DL**

  - *Consultant*, Research Center of the Italian National Electric Power Company (CRTN/ENEL), Milan, Italy (3/1984 – 10/1984; on leave of absence from AeroVironment) (http://www.enel.com/en-GB/)

  - *Project Manager*, Kuwait Institute for Scientific Research (KISR), Kuwait (2/1982 – 2/1984; on leave of absence from AeroVironment) (www.kisr.edu.kw)

- **Researcher,  IBM Scientific Center, Venice, Italy (8/1971 – 10/1979)**
  (http://www.ibm.com/planetwide/it/)

  - *Visiting Scientist,* Department of Statistics, Stanford University, California (1/1978 – 3/1979; on assignment from IBM Italy) (http://www-stat.stanford.edu/)

  - *Visiting Scientist,* IBM Scientific Center, Palo Alto, CA (1/1978 – 3/1979; on assignment from IBM Italy) (http://www.ibm.com/contact/us/en/)

  - *Assistant Professor,* Department of Civil Engineering, University of Padua, Italy (1974 – 1977) (http://www.unipd.it/)

- **Systems Analyst, UNIVAC/Sperry Rand, Milano, Italy (3/1971 – 7/1971)**
  (http://en.wikipedia.org/wiki/UNIVAC)

---

## EDITORIAL RESPONSIBILITY

- Member, Editorial Board, International Journal of Environmental Science and Technology. Springer International Publisher. 2013-present
  http://www.springer.com/environment/journal/13762?detailsPage=editorialBoard

- Member, Editorial Advisory Board (EAB) of Atmospheric Pollution Research (APR) Journal. 2011-present. http://www.atmospolres.com/editorial.html

- Editor, Book Series, "Environmental Sciences and Environmental Computing". Three published volumes. http://www.envirocomp.org/esec

- Editor and Co-Author, Book Series, "Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software". Four published volumes, 2003-2010 http://www.envirocomp.org/aqm

- Editor, Book Series, "Environmental Modeling". Computational Mechanics Publications. Three published volumes. http://www.witpress.com/978-1-85312-281-1.html

- Founder and President, The EnviroComp Institute – The International Institute of Environmental Sciences and Environmental Computing (since 1996). http://www.envirocomp.org

- Founder and Editor-in-Chief (1986 – 1993), quarterly journal *Environmental Software*, Computational Mechanics Publications and (since September 1991) Elsevier Applied Science; currently Founding Editor (journal was renamed *Environmental Modelling and Software*) http://www.journals.elsevier.com/environmental-modelling-and-software/

- Founder and Co-Director (until 1998), biennial ENVIROSOFT Conference – Computer Techniques in Environmental Studies (conferences held every two years since 1986) http://www.wessex.ac.uk/

- Founder and Co-Director, first two AIR POLLUTION Conferences – Computer Techniques in Environmental Studies (1993 – 1994); currently Member, Advisory Committee http://www.wessex.ac.uk/15-conferences/air-pollution-2015.html

- Associate Editor/Member, Editorial Board, *Atmospheric Environment*, Pergamon Press (1987 – 1999), now Elsevier. http://www.journals.elsevier.com/atmospheric-environment/

- Member, Editorial Board, *Ecological Modeling*, Elsevier Applied Science (1992 – 2007) http://www.journals.elsevier.com/ecological-modelling/

- Member, Editorial Board, *ENVIRONews*, FiatLux Publications (1993 – 1998)

## MEMBERSHIPS

- Faculty Member, International Institute for Computational Engineering Mathematics (since 2016) http://computationalengineeringmathematics.com/cem/

- Member, International Scientific Advisory Committee, AIR POLLUTION Conference Cycle, Wessex Institute of Technology, UK (since 2000) http://www.wessex.ac.uk/15-conferences/air-pollution-2015.html

- Member, "SATURN Specialist Group", subproject of EUROTRAC-2 dealing with urban air pollution (1998-2000). http://www.gsf.de/eurotrac

- San Francisco Bay Area Regional Coordinator for the Institute of Professional Environmental Practice (IPEP) (since 1997). http://www.ipep.org

- Athens 2004 Committee (1997 – 2000). http://www.olympic.org/athens-2004-summer-olympics

- Reviewer Group, Center for Indoor Air Research (CIAR) (1995 – 1999)

- International Scientific Advisory Committee, Environmental Engineering and Management Conference, Barcelona, Spain (October 1998)

- International Scientific Advisory Committee, Environmental Engineering, Education and Training Conference (EEET96), Southampton, UK (April 1996)

- Scientific Advisory Board, International Congress on Modeling and Simulation (MODSIM 93 and MODSIM 95), Modeling and Simulation Society of Australia, Inc. http://www.modsimworldconference.com/

- International Federation for Information Processing (IFIP), Working Group WG 5.11 (Computers and Environment) (1992 – 1997). http://www.ifip.org/homeintro.html

- ISATA Programme Committee (1992 – 1994)

- Scientific Committee of the Technological Consortium THETIS (Venice, Italy) (1991) http://www.thetis.it/thetis/environmental-engineering.html

- Board of Directors, MONDOMETANO, RES Editrice srl (1989 – 1992)

- European Association for the Science of Air Pollution (EURASAP) (1987 – 1994) http://www.eurasap.org/AboutEURASAP.html

- EPA-ASRL pool for the review of U.S. Environmental Protection Agency publications (1987 – 1996) http://www.epa.gov/

- American Meteorological Society (AMS) (1978 – 1985) http://www.ametsoc.org/

- Air & Waste Management Association (A&WMA) (originally Air Pollution Control Association, APCA) (since 1978). Emeritus Member since 2013. http://www.awma.org/Public

## MISCELLANEA

- Member, Accademia Italiana della Cucina (since 2015) http://www.accademiaitalianacucina.it/

- Italian Citizen by birth; U.S. Citizen since 1989

- Languages: English, Italian, French (reading), plus understanding of Spanish

## HONORS

- Award from the Royal Scientific Society of Jordan (1/2019)



- Medal Awards "Awarded for Excellence", Department of Mathematical Sciences, The United States Military Academy, West Point, New York



(10/2016)



(4/2018)

- Medal award from Computational Mechanics, Ashurst, UK, in recognition of contribution to the development of Environmental Modeling (11/1994)

 

- Plaque award from the South Coast Air Quality Management District, in recognition of contribution to the Toxic Symposium at Caltech, Pasadena, CA (7/1986)



---

## PUBLICATIONS  (DL indicates downloadable publications[1])

### Books

B.26   Zannetti, P. (ed) (2010) Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. IV – Advances and Updates, Book Series, The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm)

B.25   Zannetti, P. (ed) (2008) Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. III – Special Issues, Book Series, The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm)

B.24   Zannetti, P., S. Elliott, and D. Rouson (eds) (2007) Environmental Sciences and Environmental Computing, Vol. III, Electronic book (on CD-ROM), The EnviroComp Institute (http://envirocomp.org/books/esec.html)

B.23   Zannetti, P., D. Al-Ajmi, and S. Al-Rashied (eds) (2007) Ambient Air Pollution, The Arab School for Science and Technology (ASST) and The EnviroComp Institute (http://envirocomp.org/asst)

B.22   Zannetti, P. (ed) (2005) Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. II – Advanced Topics, Book Series, The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm)

---

[1]   Downloadable online at http://www.envirocomp.com/zcv/zannetti.pdf

B.21    Zannetti, P. (ed) (2004) Environmental Sciences and Environmental Computing, Vol. II, Electronic book (on CD-ROM), The EnviroComp Institute (http://envirocomp.org/books/esec.html)

B.20    Zannetti, P. (ed) (2003) Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. I – Fundamentals, Book Series The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm)

B.19    Brebbia, C.A. and P. Zannetti (eds) (2002) Development and Application of Computer Techniques to Environmental Studies IX, WIT Press (http://www.witpress.com/)

B.18    Ibarra-Berastegi, G., C.A. Brebbia, and P. Zannetti (eds) (2000) Development and Application of Computer Techniques to Environmental Studies VIII, WIT Press (http://www.witpress.com/)

B.17    Zannetti, P. and Y.Q. Zhang (eds) (1998) Environmental Sciences and Environmental Computing, Vol. I, Electronic book (on CD-ROM), FiatLux Publications and EnviroComp Institute (http://envirocomp.org/books/esec.html)

B.16    Pepper, D.W., C.A. Brebbia, and P. Zannetti (eds) (1998) Development and Application of Computer Techniques to Environmental Studies, Proceedings, ENVIROSOFT 98 Conference, Las Vegas, NV, November, WIT Press – Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.15    Zannetti, P. (ed) (1996) Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. III, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.14    Zannetti, P. and C. Brebbia (eds) (1996) Development and Application of Computer Techniques to Environmental Studies VI, Proceedings, ENVIROSOFT 96 Conference, Como, Italy, September, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.13    Zannetti, P. (ed) (1994) Pollution Modeling, Vol. I, Proceedings, ENVIROSOFT 94 Conference, San Francisco, CA, November, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.12    Zannetti, P. (ed) (1994) Environmental Systems, Vol. II, Proceedings, ENVIROSOFT 94 Conference, San Francisco, CA, November, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.11    Baldasano, J.M., C.A. Brebbia, H. Power, and P. Zannetti (eds) (1994) Computer Simulation, Vol. I, Proceedings, Second International AIR POLLUTION Conference, Barcelona, Spain, September 1994, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.10    Baldasano, J.M., C.A. Brebbia, H. Power, and P. Zannetti (eds) (1994) Pollution Control and Monitoring, Vol. II, Proceedings, Second International AIR POLLUTION Conference, Barcelona, Spain, September 1994, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.9    Zannetti, P. (ed) (1994) Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. II, Computational Mechanics Publications, Southampton (http://www.witpress.com/)

B.8    Zannetti, P., C.A. Brebbia, J.E. Garcia Gardea, and G. Ayala Milian (eds) (1993) Air Pollution, First International Conference on Air Pollution, Monterrey, Mexico, February, Computational Mechanics Publications, Southampton, and Elsevier Science Publishers, London (http://www.witpress.com/)

B.7    Zannetti, P. (ed) (1993) Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. I, Computational Mechanics Publications, Southampton, and Elsevier Science Publishers, London (http://www.witpress.com/)

B.6    Zannetti, P. (ed) (1992) Computer Techniques in Environmental Studies IV, Proceedings, Fourth International Conference ENVIROSOFT 92, Computational Mechanics Publications, Southampton, and Elsevier Applied Science, London (http://www.witpress.com/)

B.5    Melli, P. and P. Zannetti (eds) (1992) Environmental Modeling, Computational Mechanics Publications, Southampton, and Elsevier Applied Science, London (http://www.witpress.com/)

B.4    Zannetti, P. (1990) Air Pollution Modeling – Theories, Computational Methods and Available Software, Computational Mechanics Publications, Southampton, and Van Nostrand Reinhold, New York, 450 pp (http://link.springer.com/book/10.1007%2F978-1-4757-4465-1) **DL**

B.3    Zannetti, P. (ed) (1990) Computer Techniques in Environmental Studies III, Proceedings, Third International Conference ENVIROSOFT 90, Computational Mechanics Publications, Southampton, UK (http://www.witpress.com/)

B.2    Zannetti, P. (ed) (1988) Computer Techniques in Environmental Studies, ENVIROSOFT 88, Second International Conference, Porto Carras, Greece, September, Ashurst, UK, Computational Mechanics Publications (http://www.witpress.com/)

B.1    Zannetti, P. (ed) (1986) ENVIROSOFT 86, Proceedings, International Conference on Development and Application of Computer Techniques to Environmental Studies, Los Angeles, CA, USA, November 1986, Ashurst, UK, Computational Mechanics Publications (http://www.witpress.com/)

**Book Chapters**

BC.16  Zannetti, P. (2010) Air Quality Modeling Resources on the Web – An Update, Chapter 27, Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. IV – Advances and Updates, P. Zannetti (ed), The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm) **DL**

BC.15  Zannetti, P. (2008) Air Quality Modeling Resources on the Web, Chapter 27, Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. III – Special Issues, P. Zannetti (ed), The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm) **DL**

BC.14  Freedman, F. and P. Zannetti (2007) Global Warming and Climate Change: State of the Science, Chapter 5, Ambient Air Pollution, P. Zannetti, D. Al-Ajmi, and S. Al-Rashied (eds), The Arab School for Science and Technology (ASST) and The EnviroComp Institute (http://www.envirocomp.org/); also Chapter 10, Environmental Sciences and Environmental Computing, Vol. III, P. Zannetti, S. Elliot, and D. Rouson (eds), The EnviroComp Institute (http://www.envirocomp.org/) **DL**

BC.13  Daly, A. and P. Zannetti (2007) Air Pollution Modeling – An Overview, Chapter 2, Ambient Air Pollution, P. Zannetti, D. Al-Ajmi, and S. Al-Rashied (eds), The Arab School for Science and Technology (ASST) and The EnviroComp Institute (http://www.envirocomp.org/asst) **DL**

BC.12  Daly, A. and P. Zannetti (2007) An Introduction to Air Pollution – Definitions, Classifications, and History, Chapter 1, Ambient Air Pollution, P. Zannetti, D. Al-Ajmi, and S. Al-Rashied (eds), The Arab School for Science and Technology (ASST) and The EnviroComp Institute (http://www.envirocomp.org/asst) **DL**

BC.11  Byun, D.W., A. Lacser, R. Yamartino, and P. Zannetti (2005) Eulerian Dispersion Models, Chapter 10, Air Quality Modeling – Theories, Methodologies, Computational Techniques, and Available Databases and Software, Vol. I – Fundamentals, P. Zannetti (ed) The EnviroComp Institute and the Air & Waste Management Association (http://www.envirocomp.org/aqm) **DL**

BC.10  Zannetti, P. (2004) Air Pollution Dispersion Modeling, Section 16.6, The CRC Handbook of Mechanical Engineering, Second Edition, F. Kreith and D.Y. Goswami (eds), CRC Press (http://www.crcpress.com/product/isbn/9780849308666) **DL**

BC.9   Calamari, D., K. Jones, K Kannan, A. Lecloux, M. Olsson, M. Thurman, and P. Zannetti (2000) Monitoring as an Indicator of Persistence and Long-Range Transport, Chapter 6, Evaluation of Persistence and Long-Range Transport of Organic Chemicals in the Environment, G. Klecka, et al. (eds), SETAC Press (http://www.setac.org/) **DL**

BC.8A  Zannetti, P. (1998) Today's Debate on Global Climate Change:  Searching for the Scientific Truth. Chapter 5 of Environmental Sciences and Environmental Computing,

Vol I, Edited by P. Zannetti and Y. Q. Zhang, EnviroComp Institute (http://www.envirocomp.org/) **DL**

BC.8    Zannetti, P. (1998) Air Pollution Dispersion Modeling, Section 16.6, The CRC Handbook of Mechanical Engineering, F. Kreith (ed), CRC Press (http://www.crcpress.com/) **DL**

BC.7    Zannetti, P. (1996) Environmental Modeling: Today and Tomorrow, Chapter 1, Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. III, P. Zannetti (ed), Computational Mechanics Publications, Southampton (http://www.witpress.com/) **DL**

BC.6    Zannetti, P. (1994) Introduction to Environmental Modeling, Chapter 1, Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. II, P. Zannetti (ed), Computational Mechanics Publications, Southampton (http://www.witpress.com/) **DL**

BC.5    Zannetti, P. (1993) Introduction and Overview, Chapter 1, Environmental Modeling – Computer Methods and Software for Simulating Environmental Pollution and its Adverse Effects – Vol. I, P. Zannetti (ed), Computational Mechanics Publications, Southampton, and Elsevier Science Publishers, London (http://www.witpress.com/) **DL**

BC.4    Zannetti, P. (1993) Numerical Simulation Modeling of Air Pollution: An Overview, Section of Ecological Physical Chemistry, L. Bonati, U. Cosentino, M. Lasagni, G. Moro, D. Pitea, and A. Schiraldi (eds), Elsevier Science Publishers, London; also Air Pollution, P. Zannetti, C.A. Brebbia, J.E. Garcia Gardea, and G. Ayala Milian (eds), First International Conference on Air Pollution, Monterrey, Mexico, February, Computational Mechanics Publications, Southampton, and Elsevier Science Publishers, London (http://www.witpress.com/) **DL**

BC.3    Zannetti, P. (1992) Particle Modeling and its Application for Simulating Air Pollution Phenomena, Chapter 11, Environmental Modeling, P. Melli and P. Zannetti (eds) Computational Mechanics Publications, Southampton, and Elsevier Applied Science, London (http://www.witpress.com/) **DL**

BC.2    Zannetti, P. (1989) Simulating Short-Term, Short-Range Air Quality Dispersion Phenomena, Chapter V, Library of Environmental Control Technology, Vol. 2, Air Pollution Control, P.N. Cheremisinoff (ed), Gulf Publishing, Houston, TX **DL**

BC.1    Zannetti, P., G. Carboni, and A. Ceriani (1986) AVACTA II model simulations of worst-case air pollution scenarios in Northern Italy, Section of Air Pollution Modeling and Its Application, C. De Wispelaere, F.A. Schiermeider, and N.V. Gillani (eds), Plenum Press, New York, NY **DL**

**Journal Articles**

JA.28   Bellasio, R., R. Bianconi, S. Mosca, and P. Zannetti (2018) Incorporation of Numerical Plume Rise Algorithms in the Lagrangian Particle Model LAPMOD and Validation against the Indianapolis and Kincaid Datasets. Atmosphere **9**(10), 404. doi:10.3390/atmos9100404. **DL**

JA.27   Bellasio, R., R. Bianconi, S. Mosca, and P. Zannetti (2017) Formulation of the Lagrangian particle model LAPMOD and its evaluation against Kincaid $SF_6$ and $SO_2$ datasets. Atmospheric Environment **163** (2017) 87-98, Elsevier Ltd. **DL**

JA.26   Zannetti, P., A. D. Daly, and F. R. Freedman (2015) Dispersion Modeling of Particulate Matter Containing Hexavalent Chromium during High Winds in Southern Iraq. Journal of the Air & Waste Management Association, **65**(2):171–185. **DL**

JA.25   Daly, A., P. Zannetti, and T. Echekki (2013) A Combination of Fire and Dispersion Modeling Techniques for Simulating A Warehouse Fire. Int. J. of Safety and Security Eng., Vol. 2, No. 4 (2012) 368–380. **DL**

JA.24   Liberti, L., M. Notarnicola, R. Primerano, and P. Zannetti (2006) Air Pollution from a Large Steel Factory: Polycyclic Aromatic Hydrocarbon Emissions from Coke-Oven Batteries, ISSN 1047-3289, Journal of the Air & Waste Management Association, **56**:255–260 **DL**

JA.23   Zannetti, P. (1996) Modeling Danger – Computer Simulations Analyze Pollution Effects, Forecast Problems, Contingency Magazine, (March/April):73-75 **DL**

JA.22   Boybeyi Z., S. Raman, and P. Zannetti (1995) Numerical Investigation of Possible Role of Local Meteorology in Bhopal Gas Accident, Atmospheric Environment (Urban Atmosphere), **29**(4):479-496 **DL**

JA.21   Zannetti, P., I. Tombach, S. Cvencek, and W. Balson (1993) Calculation of visual range improvements from $SO_2$ emission controls – II: An application to the Eastern United States, Atmospheric Environment, **27A**:1479-1490 **DL**

JA.20   Zannetti, P., I. Tombach, and W. Balson (1990) Calculation of visual range improvements from $SO_2$ emission controls – I: Semi-empirical methodology, Atmospheric Environment, **24A**:2361-2368 **DL**

JA.19   Zannetti, P., I.H. Tombach, and S. Cvencek (1989) An analysis of visual range in the Eastern United States under different meteorological regimes, Journal of the Air & Waste Management Association, **39**:200-203 **DL**

JA.18   Brusasca, G., G. Tinarelli, D. Anfossi, and P. Zannetti (1987) Particle modeling simulation of atmospheric dispersion using the MC-LAGPAR package, Environmental Software, **2**(3):15l-158 **DL**

JA.17   Zannetti, P. (1986b) A new mixed segment-puff approach for dispersion modeling, Atmospheric Environment, **20**(6):1121-1130 **DL**

JA.16   Zannetti, P. (1986a) Monte-Carlo simulation of auto- and cross-correlated turbulent velocity fluctuations (MC-LAGPAR II model), Environmental Software, **1**(1):26-30 **DL**

JA.15   Tirabassi, T., M. Tagliazucca, and P. Zannetti (1986) KAPPA-G, a non-Gaussian plume dispersion model: description and evaluation against tracer measurements, Journal of the Air Pollution Control Association, **36**:592-596 **DL**

JA.14   Zannetti, P. (1984) New Monte Carlo scheme for simulating Lagrangian particle diffusion with wind shear effects, Applied Mathematical Modeling, **8**:188-192 **DL**

JA.13   Zannetti, P. (1982b) Il "Controlled Trading" negli Stati Uniti [Controlled Trading of pollution emissions in the US], Note di Inforrnatica, **1**:71-83, IBM Italia; also in Inquinamento, **25**(7/8):61-64, Etas Kompass, 1983 **DL**

JA.12   Zannetti, P. (1981b) Scommessa con il sole [Solar Challenger], Scienza e Vita Nuova, **3**(7):16-21, Rusconi Editore **DL**

JA.11   Zannetti, P. (1982a) E' la anidride carbonica nella atmosfera uno dei futuri maggiori pericoli per l' umanita'? [Is the increase of atmospheric $CO_2$ one of the most serious future problems for the human beings?], Inquinamento, **24**(3):59-62, Etas Kompass **DL**

JA.10   Zannetti, P. (1981a) An improved puff algorithm for plume dispersion simulation, J Applied Meteorology, **20**(10):1203-1211. **DL**

JA.9    Zannetti, P. (1980-81) Problemi energetici ed ambientali negli USA [Energy and environmental problems in the US], Inquinamento, **22**(12):65-69 and **23**(1):63-66, Etas Kompass **DL**

JA.8    Finzi, G., P. Zannetti, G. Fronza, and S. Rinaldi (1979) Real time prediction of $SO_2$ concentration in the Venetian Lagoon area, Atmospheric Environment, **13**:1249-1255 **DL**

JA.7    Runca, E., P. Zannetti, and P. Melli (1978) A computer-oriented emissions inventory procedure for urban and industrial sources, Journal of the Air Pollution Control Association, **28**(6):584-588 **DL**

JA.6    Zannetti, P. (1977) Metodiche adottate nell'analisi dei dati misurati nelle reti di monitoraggio dell'area veneziana [Analysis of atmospheric monitored data in the Venitian region], Tavola Rotonda su "La gestione operativa di una rete di monitoraggio dell'inquinamento atmosferico," Venice, Italy, June 1976; Annex to Inquinamento, **19**(6), Etas Kompass **DL**

JA.5    Zannetti, P., P. Melli, and E. Runca (1977) Meteorological factors affecting $SO_2$-pollution level in Venice, Atmospheric Environment, **11**:605-616 **DL**

JA.4    Zannetti, P. (1977) Stabilita' atmosferica e livelli di $SO_2$ in Venezia: limiti del modello gaussiano [Atmospheric stability and $SO_2$ levels in Venice: the limitations of the Gaussian model], Inquinamento, **19**(3):49-53, Etas Kompass **DL**

JA.3    Runca, E. and P. Zannetti (1976) Applicazione di un metodo per il censimento degli scarichi gassosi di origine industriale nell'area Veneziana [A method based on optical reading for the inventory of air pollution emissions in the Venetian area], Inquinamento, **18**(11):13-17, Etas Kompass **DL**

JA.2    Runca, E., P. Melli, and P. Zannetti (1976) Computation of long-term average $SO_2$ concentration in the Venetian area, Applied Mathematical Modeling, **1**:9-15 **DL**

JA.1    Zannetti, P. and E. Runca (1975) Validita' della applicazione di un modello gaussiano di tipo climatologico nell'area veneziana [Validity of the climatological Gaussian model in the Venetian area], Inquinamento, **17**(5):9-13, Etas Kompass **DL**

## **Proceedings (with underlined presenting author)**

P.51    Daly, A., P. <u>Zannetti</u>, and M. Jennings (2013) Accident Reconstruction and Plume Modeling of an Unplanned Ammonia Release. AIR POLLUTION XXI, Siena, Italy. WIT Transactions on Ecology and The Environment, Vol 174, WIT Press. **DL**

P.50    <u>Mongia</u>, R., W. Qin, J. Belanger, A. Reza, and P. Zannetti (2002) Effect of exhaust stack geometry on the amount of liquid condensate during plant start-up, Paper 453000, Proceedings, Air & Waste Management Association, (A&WMA), 95th Annual Conference, Baltimore, MD, June 23-27, 2002 **DL**

P.49    <u>Zannetti</u>, P. (2001) Environmental litigation - air pollution models and modelers in court, AIR POLLUTION IX, Ancona, Italy, September, WIT Press, Ashurst, UK **DL**

P.48    <u>Zannetti</u>, P. (2000) Environmental data, software, information, and resources on the Internet – a review, Keynote address, Proceedings, ENVIROSOFT 2000, June, Bilbao, Spain [published as: Ibarra-Berastegi, G., C.A. Brebbia, and P. Zannetti (2000) Development and Application of Computer Techniques to Environmental Studies VIII, WIT Press] **DL**

P.47    <u>Zannetti</u>, P. and R. Sire (1999) MONTECARLO – A New, Fully-Integrated PC Software for the 3D Simulation and Visualization of Air Pollution Dispersion Using Monte Carlo Lagrangian Particle (MCLP) Techniques, AIR POLLUTION 99, Stanford, CA, July, WIT Publications, Ashurst, UK **DL**

P.46    <u>Canepa</u>, E., C.F. Ratto, and P. Zannetti (1999) Calibration of the dispersion code SAFE_AIR using a release in nocturnal low wind conditions, AIR POLLUTION 99, Stanford, CA, July, WIT Publications, Ashurst, UK **DL**

P.45   Canepa, E., C.F. Ratto, and P. Zannetti (1998) Calibration of the dispersion code SAFE_AIR against measurements in a complex coastal area, AIR POLLUTION 98, Genova, Italy, September, Computational Mechanics Publications, Ashurst, UK

P.44   Jackson, J. and P. Zannetti (1997) Design and Implementation of a Supplemental Control Program for $SO_2$ Episodes in the Region of Ilo, Peru, Proceedings, AIR POLLUTION 97, Bologna, Italy, September, Computational Mechanics Publications, Southampton, UK **DL**

P.43   Fox, D., K. McDonald, P. Zannetti, and Z. Nejedley (1997) Impact of north-western emission changes on visibility in the Rocky Mountains parks, Air & Waste Management Association, 90th Annual Meeting & Exhibition, Toronto, Canada, June

P.42   Zannetti, P. (1996) Environmental Modeling – The Next Generation, Keynote Address, Proceedings, ENVIROSOFT 96 – Development and Application of Computer Techniques to Environmental Studies VI, Como, Italy, September **DL**

P.41   Zannetti, P. (1995) Environmental Modeling – Past, Present and Future, Keynote Address, Proceedings, MODSIM 95 – International Congress on Modelling and Simulation 1995, University of Newcastle, Newcastle, New South Wales, Australia, November

P.40   Hansen, D.A., P. Zannetti, and J.M. Hales (1995) Design of a Framework for the Next Generation of Air Quality Modeling System, Proceedings, AIR POLLUTION 95, Porto Carras, Greece, Computational Mechanics Publications, Southampton, UK, September

P.39   Zannetti, P. (1995) Is Virtual Reality the Future of Air Pollution Modeling?, Keynote Address, Proceedings, AIR POLLUTION 95, Porto Carras, Greece, Computational Mechanics Publications, Southampton, UK, September

P.38   Zannetti, P. (1994) Computer Modeling of Air Pollution: Science, Art, or Fiction?, Special keynote address, Computer Simulation, Vol. 1, Proceedings, Second International AIR POLLUTION Conference, Barcelona, Spain, September 1994, J.M. Baldasano, C.A. Brebbia, H. Power, and P. Zannetti (eds), Computational Mechanics Publications, Southampton **DL**

P.37   Boybeyi, Z., S. Raman, and P. Zannetti (1993) A coupled model applied to the Bhopal gas accident, International Conference on Sustainable Development Strategies and Global/Regional/Local Impacts on Atmospheric Composition and Climate, Indian Institute of Technology, New Delhi, India, January **DL**

P.36   Zannetti, P., and I. Tombach (1989) Intercomparison of numerical techniques for the simulation of visibility improvements from $SO_2$ emission controls in the eastern United States, A&WMA/EPA International Specialty Conference on Visibility and Fine Particles, Estes Park, CO, October **DL**

P.35   Zannetti, P. (1989) Can we continue to apply dispersion models without a proper linkage with meteorological models?, Paper 89-43.1, 82nd Annual A&WMA Meeting, Anaheim, CA, June **DL**

P.34   Brusasca, G., G. Tinarelli, J. Moussafir, P. Biscay, P. Zannetti, and D. Anfossi (1988) Development of a portable FORTRAN 77 code for Monte Carlo particle modeling of atmospheric diffusion (MC-LAGPAR II) – Validation against analytical solutions and tracer experiments, ENVIROSOFT 88 – Computer techniques in environmental studies, 2nd International Conference Porto Carras, Greece, September, Computational Mechanics Publications, Southampton **DL**

P.33   Zannetti, P., I. Tombach, and S. Cvencek (1988) Semi-empirical analysis of the potential visibility improvements from $SO_2$ emission controls in the eastern United States, Proceedings, 81st Annual Air Pollution Control Association Meeting, Dallas, TX, June 19-24, 1988 **DL**

P.32   Brusasca, G., G. Tinarelli, P. Zannetti, and D. Anfossi (1986) Monte-Carlo simulation of plume dispersion in homogeneous and non-homogeneous turbulence, ENVIROSOFT 86, Newport Beach, CA, November **DL**

P.31   Tirabassi, T., M. Tagliazucca, and P. Zannetti (1986b) A non-Gaussian climatological model for air quality simulations, ENVIROSOFT 86, Newport Beach, CA, November **DL**

P.30   Tirabassi, T., M. Tagliazucca, and P. Zannetti (1986a) Evaluation and sensitivity of a model of dispersion in turbulent shear flow, WMO Conference on Air Pollution Modeling and its Application, Leningrad, USSR, May

P.29   Zannetti, P. (1985) Air pollution modeling R&D in Italy and Kuwait, Air Pollution Control Association 78th Annual Meeting and Exhibition, Detroit, MI, June **DL**

P.28   Zannetti, P., G. Carboni, and A. Ceriani (1985) AVACTA II model simulations of worst-case air pollution scenarios in Northern Italy, 15th International Technical Meeting on Air Pollution Modeling and Its Application, NATO/CCMS, St. Louis, MO, April **DL**

P.27   Tirabassi, T., M. Tagliazucca, and P. Zannetti (1984) Evaluation of a dispersion model based on a non-Gaussian analytical solution in turbulent shear flow, DOE/AMS Model Evaluation Workshop, Kiawah Island, SC, October **DL**

P.26   Zannetti, P. and N. Al-Madani (1983b) Simulation of transformation, buoyancy and removal processes by Lagrangian particle methods, 14th International Technical Meeting on Air Pollution Modeling and Its Application, NATO/CCMS, Copenhagen, Denmark, September **DL**

P.25   Zannetti, P. and N. Al-Madani (1983a) Numerical simulations of Lagrangian particle diffusion by Monte-Carlo techniques, Sixth World Congress on Air Quality (IUAPPA), Paris, May **DL**

P.24   Wilbur, D.W. and P. Zannetti (1983) Field measurements and model validation of dispersion over water and at land/sea interface, Sixth Symposium on turbulence and Diffusion, Boston, MA, March **DL**

P.23   Zannetti, P. (1982) A new Monte-Carlo scheme for simulating Lagrangian particle diffusion with wind shear effects, 13th International Technical meeting on Air Pollution Modeling and Its Application, NATO/CCMS, Ile Des Embiez, France, September **DL**

P.22   Zannetti, P., D. Wilbur, and G. Schacher (1982) Coastal atmospheric diffusion characterization from three-dimensional monitoring of $SF_6$ releases, First International Conference on Meteorology and Air/Sea Interaction in the Coastal Zone, The Hague, The Netherlands, May **DL**

P.21   Schacher, G., C. Fairall, and P. Zannetti (1982) Comparison of stability classification methods for parameterizing coastal over-water dispersion, First International Conference on Meteorology and Air/Sea Interaction in the Coastal Zone, The Hague, The Netherlands, May **DL**

P.20   Zannetti, P. (1981) Some aspects of Monte Carlo type modeling of atmospheric turbulent diffusion, 7th Conference on Probability and Statistics in Atmospheric Sciences, American Meteorological Society, Monterey, CA, November **DL**

P.19   Zannetti, P. (1980c) A new puff algorithm for non-stationary dispersion on complex terrain, 5th Symposium on Turbulence, Diffusion and Air Pollution, American Meteorological Society, Atlanta, GA, March **DL**

P.18   Zannetti, P. (1980b) A new Gaussian puff algorithm for nonhomogeneous nonstationary dispersion in complex terrain, 11th International Technical Meeting on Air Pollution Modeling and Its Application, NATO/CCMS, Amsterdam, The Netherlands, November **DL**

P.17   Zannetti, P. (1980a) A new puff model for an accurate nonstationary plume description in both transport and calm conditions, Symposium on Intermediate Range Atmospheric Transport Processes and Technology Assessment, Gatlinburg, TN, October **DL**

P.16   Zannetti, P. and P. Switzer (1979b) The Kalman filtering method and its application to air pollution episode forecasting, Air Pollution Control Association Specialty Conference "Quality Assurance in Air Pollution Measurement," New Orleans, LA, March; also IBM Palo Alto Technical Report G320-3381 and Department of Statistics, Stanford University, Technical Report 22 **DL**

P.15   Zannetti, P. and P. Switzer (1979a) Some problems of validation and testing of numerical air pollution models, 4th Symposium on Turbulence, Diffusion and Air Pollution, American Meteorological Society, Reno, NV, January; also Department of Statistics, Stanford University, Technical Report 21 **DL**

P.14   <u>Zannetti</u>, P. (1978) Short-term, real-lime control of air pollution episodes in Venice, 71st Air Pollution Control Association Annual Meeting, Houston, TX, June; also Technical Report G320-3371, IBM Scientific Center, Palo Alto, CA **DL**

P.13   Runca, E., P. Zannetti, and P. <u>Melli</u> (1978) Air quality management: Proposal for a computer oriented approach, International Symposium "Simulation '77," Montreux, Switzerland, June 1977 **DL**

P.12   Finzi, G., G. Fronza, S. <u>Rinaldi,</u> and P. Zannetti (1978) Modeling and forecast of the Dosage Population Product in Venice, IFAC Symposium on Environmental System Planning, Design and Control, Kyoto, Japan, August 1977 **DL**

P.11   Zannetti, P., G. Finzi, G. Fronza, and S. <u>Rinaldi</u> (1978) Time series analysis of Venice air quality data, IFAC Symposium on Environmental System Planning, Design and Control, Kyoto, Japan, August 1977 **DL**

P.10   Zannetti, P. (1977b) Modeling and forecasting $SO_2$ air pollution levels: a statistical approach, Applied Numerical Modeling, International Conference, Southampton, England, July (presented by P. <u>Melli</u>) **DL**

P.9    <u>Zannetti,</u> P. (1977a) Modelli statistici e loro possibilita' applicative per lo studio delle serie di misure meteorologiche e di $SO_2$ nell'area veneziana [Statistical models and their application to meteorological and air quality time series in the Venetian area], Ambiente e Risorse, 4th Meeting, Bressanone, Italy, September 1976

P.8    <u>Gambolati</u>, G., P. Zannetti, and P. Gatto (1977) A mixed finite difference-finite element approach to simulate unconfined flow in the Crescentino area, Regional Groundwater Hydrology and Modeling Seminar, IBM Scientific Center, Venice, Italy, May 1976 **DL**

P.7    <u>Runca</u>, E., P. Melli, and P. Zannetti (1976) Computation of $SO_2$-1ong term concentration in the Venetian area, Mathematical Models for Environmental Problems, International Conference, Southampton, England, September 1975 **DL**

P.6    <u>Zannetti,</u> P., P. Melli, and E. Runca (1976) $SO_2$ in Venezia: analisi e prospettive [$SO_2$ in Venice: analyses and future perspectives], Ambiente e Risorse, 3rd Meeting, Bressanone, Italy, September 1975

P.5    <u>Zannetti</u>, P. (1976) Analisi delle serie temporali di misure della qualita dell'aria in Venezia: uno studio preliminare [A preliminary study of meteorological and air quality time series in Venice], XIV Convegno Internazionale di Automazione e Strumentazione, Automazione e Utilizzazione delle Risorse, FAST, Milano, Italy, November **DL**

P.4    <u>Runca</u>, E., P. Melli, and P. Zannetti (1976b) An application of air pollution models to the Venetian area, Air Pollution Modeling Seminar, IBM Scientific Center, Venice, Italy, November 1975 **DL**

P.3     <u>Runca</u>, E., P. Melli, and P. Zannetti (1976a) Simulation of $SO_2$ dispersion in the Venetian area, 6th International Technical Meeting, NATO/CCMS Expert Panel on Air Pollution Modeling, Frankfurt, West Germany, September 1975 **DL**

P.2     <u>Zannetti</u>, P. and E. Runca (1975) Studio dell'inquinamento atmosferico nell'area veneziana mediante l'uso di un modello di diffusione gaussiano [Study of air quality in Venice using a Gaussian model], Ambiente e Risorse, 2nd Meeting, Bressanone, Italy, September 1974 **DL**

P.1     <u>Zannetti</u>, P. and E. Runca (1974) Meteorologia ed inquinamento nell'area veneziana. [Meteorology and air pollution in Venice], Sep/Pollution 74, Padova, Italy, June **DL**


## <u>Technical Reports</u>

Dr. Zannetti has authored and co-authored hundreds of internally peer-reviewed technical reports while working for IBM Scientific Centers, AeroVironment, Inc., the Kuwait Institute of Scientific Research, CRTN/ENEL, Exponent, Inc., and EnviroComp Consulting, Inc. Most of these reports have remained confidential or were prepared for litigation cases and have not been published. A few selected reports are listed below:

- Zannetti P. (2019): Niemi et al. v. Northwest Cascade, Inc., et al. - Expert Report. Analyses related to SAMANTHA NIEMI; CHRIS SCHNEIDER; STACEY JACKSON SR.; GANNA SHTOGRYN, individuals, Plaintiffs, V. NORTHWEST CASCADE, INC., a Washington corporation, dba HONEY BUCKET and FLOHAWKS; NWC #5 Partnership LLP, a Washington limited liability partnership, Defendants. Superior Court State of WA for Pierce County No. 16-2-11216-7. **DL**

- Zannetti, P. (2011): Atmospheric Deposition Modeling of Oust®-Contaminated Dust in Southern Idaho during 1999-2001. Analyses Related to: Adams, et al., v the United States of America, Case No.: CIV 03-0049-E-BLW, United States District Court, District of Idaho. Project: EC-11-001, Report: 11-03-25. **DL**

- EnviroComp Consulting, Inc (2006) Air Quality Issues in the Beverly Hills High School Area, Beverly Hills, CA. Project: EC-04-004, Report: 06-03-10. **DL**

- Zannetti, P., B. Bruegge, D.A. Hansen, N. Lincoln, W.A. Lyons, D.A. Moon, R.E. Morris, A.G. Russell (1996) Framework Design - Design and Development of a Comprehensive Modeling System (CMS) for Air Pollution. FaAA Report SF-R-96-02-21 prepared for the Electric Power Research Institute. [Also published as Zannetti et al. (1996): Design of a Framework for the Development of a Comprehensive Modeling System for Air Pollution. EPRI TR-106852, WO4311-02, Final Report, September 1996]. **DL**

- Zannetti, P. (1987): Diffusion and transport model enhancement. AeroVironment Report AV-R-87/714 prepared for the U.S. Army. **DL**

- Zannetti, P., and L. Matamala (1986): Lagrangian modeling of tracer experiments in the Los Angeles basin. Prepared for the Southern California Edison Company. AeroVironment Report AV-R-86/533. **DL**

- Zannetti, P., G. Carboni, R. Lewis and L. Matamala (1986): AVACTA II - User's guide, Release 3.1. AeroVironment Report AV-R-86/530. **DL**

- Zannetti, P., M. Sudairawi, N. Al-Madani and N. El-Karmi (1983): Air Pollution Dispersion and Prediction Model for Shuaiba Industrial Area. Prepared for the Shuaiba Area Authority, Kuwait. Kuwait Institute for Scientific Research, Document KISR 1090A, 5 Volumes:

  - Volume I – Executive Summary **DL**
  - Volume II – Technical Report **DL**
  - Volume III – Special Studies and Appendices **DL**
  - Volume IV – Software User's Manuals **DL**
  - Volume V – Data and Program Listings **DL**

## Short Communications

Dr. Zannetti has published dozens of short communications including:

- Zannetti, P. (2012) Preface to "Venice Shall Rise Again" by G. Gambolati and P. Teatini, The EnviroComp Institute (http://www.envirocomp.org/Venice) **DL**

- Zannetti, P. (2007) Preface to "Environmental Modeling Using MATLAB" by E. Holzbecher, Springer, 2007 **DL**

## Other Publishing/Editorial Activities

- Since the mid-1990s, most of Dr. Zannetti's editorial/publishing work has been performed as part of the activities of his non-profit EnviroComp Institute (http://envirocomp.org/activities.html). In particular, he promoted and directed the publication a unique, new-generation series of environmental book in electronic format:

  - Venice Shall Rise Again - Engineered Uplift of Venice through Seawater Injection

  - Air Quality Modeling book series

  - Environmental Sciences and Environmental Computing book series

  - Ambient Air Pollution

  - Groundwater Modeling: Computer Simulation of Groundwater Flow and Pollution

- Urban Air Pollution: Athens 2004 Air Quality

- EnviroNews, a bimonthly environmental newsletter, FiatLux Publications (1993 – 2000)

---

## UNPUBLISHED WORKS

### Doctoral Degree Thesis

- Zannetti, P. (1970) Riconoscimento a mezzo di elaboratore elettronico di caratteri numerici manoscritti [Computer pattern recognition of handwritten digits], Relatori: Profs. L. Mezzetti and D. Toniolo, University of Padua, Faculty of Science (Physics)

### Poster Paper

- Zannetti, P. (1986) AVACTA II: a new Gaussian dynamic model for the simulation of atmospheric dispersion, transformation and deposition phenomena, Poster paper, WMO Conference on Air Pollution Modeling and Its Application, Leningrad, USSR, May 1986

### Course Materials

C.37   Zannetti, P. (2013) Fundamentals of Air Quality Modeling. 1-Day Course given at A&WMA Annual Meeting, Chicago, IL, 23 June 2013. Outline **DL**

C.36   Zannetti, P. and L. Delle Monache (2012) AIR QUALITY - Management, Modeling, and Forecast. September 25-27, 2012, Wessex Institute of Technology, Ashurst, UK

C.35   Zannetti, P. (2011) Air Quality Management - Goals, Regulations, Implementations, and Available Software Tools, May 4-5, 2011, Wessex Institute of Technology, Ashurst, UK. Lessons: Introduction to Air Pollution Issues, Scientific Understanding of Air Pollution Phenomena, Air Quality Management in the US, Air Quality Management in Europe, Health Risks and Other Adverse Effects of Air Pollution, Emergency Preparedness and Response - Case Studies, Air Quality Modeling and Software, Air Quality Management Tools and Software

C.34   Zannetti (2006) Introduction to Air Pollution Modeling, Organized by Wessex Institute of Technology, Ashurst Lodge, Ashurst, Southampton, UK, Topics: Air Pollution Problems and Phenomena, Air Pollution Meteorology, The Gaussian Plume Model, Segmented

and Puff Model, Eulerian Models, Lagrangian Particle Models, Atmospheric Chemistry and Deposition, Long-range and Global Modeling, 25-26 May 2006

C.33    Zannetti (2005) Workshops on Ambient Air Pollution: 1) Introduction to Air Pollution, 2) Introduction to Air Pollution Modeling, 3A) Air Pollution Case Studies, and 3B) Global Issues, The Kuwait Foundation for the Advancement of Science (KFAS), Kuwait, 5-9 February 2005

C.32    Zannetti, P. (2004) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, October 2004

C.31    Zannetti, P. (2003) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, May 2003

C.30    Zannetti, P. (2002) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, September 2002

C.29    Zannetti, P. (2001) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, September 2001

C.28    Zannetti, P. (2001) Accidental Chemical Releases – Accident Reconstruction, Air Dispersion Modeling, Source Identification, and Allocation of Responsibility, Environmental Litigation: Advanced Forensics and Legal Strategies, San Francisco, CA, April 4-5, 2001

C.27    Zannetti, P. (2000) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, October 9-12, 2000

C.26    Zannetti, P. (1999) Fluid Pollution Modeling, Engineering Faculty, Taranto, Italy, June 2-5, 1999

C.25    Zannetti, P. (1998) Air Pollution Modeling, Wessex Institute of Technology, Southampton, UK, April 1998

C.24    Zannetti, P. (1997) Air Dispersion Modeling and Meteorology, University of California, Berkeley Extension, July 1997

C.23    Zannetti, P. (1997) Air Pollution Modeling, Wessex Institute of Technology, Southampton, UK, May 1997

C.22    Zannetti, P. (1997) Air Pollution, Wessex Institute of Technology, Southampton, UK, May 1997

C.21    Zannetti, P. (1996) Air Dispersion Modeling and Meteorology, University of California, Berkeley Extension, April/May 1996

C.20    Zannetti, P. (1995) Air Dispersion Modeling and Meteorology, University of California, Berkeley Extension, March/April 1995

C.19   Zannetti, P. (1994) Air Dispersion Modeling and Meteorology, University of California, Berkeley Extension, March 1994

C.18   Zannetti, P. (1993) Air Dispersion Modeling and Meteorology, University of California, Berkeley Extension, March 1993

C.17   Zannetti, P. (1993) Introduction to Air Pollution Modeling, Instituto Tecnologico y de Estudios Superiores de Monterrey, Mexico, 15 February 1993

C.16   Zannetti, P. (1992) Air Pollution Modeling and Software, Computational Mechanics Institute, Ashurst, Southampton, UK, September 1992

C.15   Zannetti, P. (1990) Air Pollution Modeling and Software, Computational Mechanics Institute, Ashurst, Southampton, UK, November 1990

C.14   Zannetti, P. (1990) Computer Simulation using Particle Modeling, Computational Mechanics Institute, Ashurst, Southampton, UK, November 1990

C.13   Zannetti, P. (1990) Air Pollution Modeling, Department of Meteorology, University of Bergen, Norway, Fall 1990

C.12   Zannetti, P. (1989) Air Quality Modeling and Software, Computational Mechanics Institute, Ashurst, Southampton, UK, April 1989

C.11   Zannetti, P. (1989) Computer Simulation Using Particle Modeling, Computational Mechanics Institute, Ashurst, Southampton, UK, April 1989

C.10   Pielke, R., J. Seinfeld, I. Tombach, and P. Zannetti (1988) A Short Course on Air Pollution: Simulation Modeling and Measurement Strategies, Monrovia, CA, March 1988

C.9    Pielke, R., J. Seinfeld, I. Tombach, and P. Zannetti (1987) Air Pollution – Simulation Modeling and Measurement Strategies, AeroVironment, February 1987

C.8    Zannetti, P. (1986) Air quality modeling and software, Computational Mechanics Institute, Ashurst, Southampton, UK, June 1986

C.7    Zannetti, P., J.C.R. Hunt, and A.G. Robins (1985) Air Pollution Modeling Course, Computational Mechanics Centre, Ashurst, Southampton, UK, September 1985

C.6    Gopalakrishnan, T.C. and P. Zannetti (1983) Numerical Modeling Course, Kuwait Institute for Scientific Research, Kuwait, December 1983

C.5    Zannetti, P. and J.C.R. Hunt (1983) Air Pollution Modeling Course, Computational Mechanics Centre, Ashurst, Southampton, UK, May 1983

C.4    Zannetti, P. and I. Tombach (1983) Air Pollution Course, Kuwait Institute for Scientific Research, Kuwait, January 1983; also Tombach, I. and P. Zannetti (1984) Air Pollution – Part 1: Introduction to Air Pollution and Dispersion Modeling, prepared for Kuwait

Institute of Scientific Research, Kuwait, May 1984, AeroVironment Memorandum AV-M-84/533

C.3     Zannetti, P., G.I. Jenkins, and D.J. Moore (1982) Air pollution modeling course, Computational Mechanics Centre, Southampton, UK, May 1982

C.2     Zannetti, P. (1980) A short course on air pollution modeling, Computational Mechanics Centre, Southampton, UK, December 1980

C.1     Zannetti, P. (1977) EURATOM CCM Courses, Modeling and Simulation of Ecological Processes: 1) Statistical models and their application to data collected in Venice, and 2) Statistical programs application to meteorological and air quality data (Computer practical exercise), Ispra, Italy, October 1977

**Invited Lectures/Seminars**

Dr. Zannetti has presented more than a hundred invited lectures and seminars throughout the world, including the most recent ones listed below:

- From A to B – Simulation of Atmospheric Pathway. Keynote Speaker, Virtual Workshop on COVID-19: Challenges in Research and Education (https://www.astfe.org/courses/covid-19/). Organized by the American Society of Thermal and Fluids Engineers (ASTFE). August 31, 2020 **DL**
  Video presentation (start at 1:56:50):
  https://www.astfe.org/virtual_workshop_on_covid19/?access_key=ASTFE2020COVID-19

- Computational Mathematics in Environmental Sciences, Invited Lecture at the ARL/USMA Technical Symposium (AUTS), West Point, NY, 17 October 2019 **DL**

- Advances in Air Pollution Science: Meteorological Modeling, Cost Benefit Optimization, Litigation Support. Aarhus University, Denmark, June 24, 2019 **DL**

- Recent Air Quality Developments: Management, Assessment, and Modeling. Water and Environment Center (WEC) of the Royal Scientific Society (RSS) and UN ESCWA Technology Centre (ETC), Amman, Jordan, January 6, 2019 **DL**

- Air Pollution Litigation in the US and the Role of Computer Modeling, The Voeikov Main Geophysical Observatory, St. Petersburg, Russia, 22 June 2018 **DL**

- Dynamic Simulations Using Particle Models, 2nd Annual Distinguished Symposium in Computational Engineering Mathematics, United States Military Academy, West Point, April 3rd, 2018 **DL**

Page 25

- Mathematical Methods in Air Pollution Studies, Distinguished Colloquia in Computational Engineering Mathematics, U.S. Army Department of Mathematical Sciences, West Point, NY, 4 October 2016 **DL**

- Air Pollution. Hazardous Materials Class, San Jose State University, California, 28 April 2015

- Cost-Benefit Optimization Approach to Air Pollution Management. Keynote Address, UPWIND-DOWNWIND CONFERENCE 2014: Built Environment – Foundation for Cleaner Air Sheraton Hotel, HAMILTON, Ontario, CANADA, 24 February 2014 **DL**

- Air Quality Modeling and Cost-Benefit Optimization - Design of a Software Prototype for Managing Urban and Industrial Development, Keynote Address, AIR POLLUTION XXI, Siena, Italy, 4 June 2013 **DL**

- Computer Simulation of Air Pollution - Methodologies and Case Studies, San Jose State University, California, 23 April 2013

- Environmental Crises: Accident Reconstruction and Plume Modeling, 2012 International Student Conference on Environment and Sustainability, Tongji University, Shanghai, China, 6 June 2012 **DL**

- Atmospheric Issues - Chemical Releases, 2012 Asia-Pacific Leadership Programme on Environment for Sustainable Development, Tongji University, Shanghai, China, 5 June 2012 **DL**

- Computer Modeling of Air Pollution Phenomena, San Jose State University, California, 22 March 2011

- Applications of Dispersion Modeling in the Atmosphere, San Jose State University, California, Chemical Engineering Department, 27 April 2009

- Modellistica di Rilasci Accidentali di Inquinanti in Atmosfera. ARPA Puglia, Bari, Italy, 18 April 2009

- Guest Lecturer, 1) Introduction to Air Pollution; 2) Introduction to Air Pollution Modeling; 3) Litigation case studies for accidental releases of chemicals in the atmosphere, 22 October 2008, Environmental Science for Lawyers, Tulane Law School, Louisiana

- Business-Oriented Environmental Applications – Case Studies and ICT Tools, April 20, 2008, University of Damascus, Syria; April 21, 2008, University of Homs, Syria; April 22, 2008, University of Lattakia, Syria; April 23, 2008, University of Aleppo, Syria **DL**

- Computer Modeling of Accidental Releases of Air Pollutants – University of PADOVA, Department of Mathematical Methods and Models for Applied Sciences (DMMMSA), 26 March 2008; and University of VENEZIA, Italy, Faculty of Science, 27 March 2008

- 1) Introduction to Air Pollution Modeling; and 2) Accidental Releases in the Atmosphere. Presentations at Yunnan Environmental Science Society (YESS), Kunming Region, China. October, 2007. Member of the A&WMA Delegation to China under the banner of the People-to-People Citizen Ambassador programs. Full report of the Mission.

- Air Pollution Modeling of Accidental Releases – Science and Litigation, Universidade Federal de Santa Maria, Brazil, 15 September 2005

- Workshop on Ambient Air Pollution, February 5 - 9, 2005, Kuwait Foundation for the Advancement of Sciences, Kuwait. Seminars: Introduction to Air Pollution, Introduction to Air Pollution Modeling, Air Pollution Case Studies

# Attachment C

## List of Documents Received from Client

We list below all the documents that were made available to us in this project. In the body of our report, we inserted footnotes making explicit references to specific sets of materials that were used to develop our opinions and perform our technical tasks.

WC_JPLF_00203231.pdf
WC_JPLF_00203510.xlsx

WC_JPLF_00295783.xlsx
WC_JPLF_00295784.pdf
WC_JPLF_00295787.pdf

WC_JPLF_00402145.pdf
WC_JPLF_00402157.xlsx
WC_JPLF_00402158.xlsx

WC_JPLF_00402168.pdf
WC_JPLF_00402169.xlsx

2018-02-19 MAML Report.pdf
2018-04-27 MAML Report.pdf
2018-07-20 MAML Report.pdf
2019-12-16 MAML Report.pdf

WC_JPLF_00402179.xlsx
WC_JPLF_00402180.xlsx
WC_JPLF_00402181.xlsx
WC_JPLF_00402182.xlsx
WC_JPLF_00402183.xlsx
WC_JPLF_00402184.pdf
WC_JPLF_00402228.pdf
WC_JPLF_00402256.pdf

WC_JPLF_00402258.pdf

WC_JPLF_00402298.xlsx

WC_JPLF_00402299.xlsx

WC_JPLF_00211442.xlsx

WC_JPLF_00211443.xls

WC_JPLF_00211444.xls

WC_JPLF_00211445.xls

WC_JPLF_00211446.xlsx

WC_JPLF_00211447.pdf

WC_JPLF_00211449.xlsx

WC_JPLF_00211450.pdf

WC_JPLF_00211453.pdf

WC_JPLF_00211456.pdf

WC_JPLF_00337964.xlsx

WC_JPLF_00337965.xlsx

WC_JPLF_00337966.xlsx

WC_JPLF_00337967.xlsx

WC_JPLF_00337968.xlsx

2021 February LDEQ Waggaman 10-minute Data.xlsx

2021 February LDEQ Waggaman 1-hour Data.xlsx

2021 February LDEQ Waggaman 5-minute Data.xlsx

2021 January LDEQ Waggaman 10-minute Data.xlsx

2021 January LDEQ Waggaman 1-hour Data.xlsx

2021 January LDEQ Waggaman 5-minute Data.xlsx

WC_JPLF_00337941.xlsx

WC_JPLF_00337942.xlsx

WC_JPLF_00337943.xlsx

WC_JPLF_00321118.xls

WC_JPLF_00321119.xls

WC_JPLF_00321120.xls

WC_JPLF_00321121.xlsx

WC_JPLF_00337938.xlsx

WC_JPLF_00295789.xlsx

WC_JPLF_00295790.xls

WC_JPLF_00295791.xls

WC_JPLF_00295792.xls

2020 Oct through Dec LDEQ Waggaman 10-minute Data.xlsx

2020 Oct through Dec LDEQ Waggaman 1-hour Data.xlsx

2020 Oct through Dec LDEQ Waggaman 5-minute Data.xlsx

WC_JPLF_00401888.txt

WC_JPLF_00401889.txt

WC_JPLF_00401890.xlsx

WC_JPLF_00401891.xlsx

WC_JPLF_00401892.xlsx

WC_JPLF_00401893.xlsx

WC_JPLF_00401468.xlsx

WC_JPLF_00401469.xlsx

WC_JPLF_00401470.xlsx

WC_JPLF_00223288.xlsx

WC_JPLF_00223289.xls

WC_JPLF_00223290.xls

WC_JPLF_00223291.xls

WC_JPLF_00223292.xls

WC_JPLF_00223293.xls

WC_JPLF_00223294.pdf

WC_JPLF_00223297.pdf

WC_JPLF_00223300.pdf

WC_JPLF_00223303.pdf

WC_JPLF_00223306.pdf

WC_JPLF_00223309.pdf


WC_JPLF_00211442.xlsx

WC_JPLF_00211443.xls

WC_JPLF_00211444.xls

WC_JPLF_00211445.xls

WC_JPLF_00211446.xlsx

WC_JPLF_00211447.pdf

WC_JPLF_00211449.xlsx

WC_JPLF_00211450.pdf

WC_JPLF_00211453.pdf

WC_JPLF_00211456.pdf


WC_JPLF_00223288.xlsx

WC_JPLF_00223289.xls

WC_JPLF_00223290.xls

WC_JPLF_00223291.xls

WC_JPLF_00223292.xls

WC_JPLF_00223293.xls

WC_JPLF_00223294.pdf

WC_JPLF_00223297.pdf

WC_JPLF_00223300.pdf

WC_JPLF_00223303.pdf

WC_JPLF_00223306.pdf

WC_JPLF_00223309.pdf


2019-07-10+Surface+Pollutant+Concentration+Measurements+at+JPLF+-+Supplemental+Data+Report.pdf


2019-05-31+Surface+Pollutant+Concentration+Measurements+at+JPLF+Report.pdf

Appendix+A.pdf

Appendix+B.pdf

Appendix+C.pdf

Appendix+D.pdf

Appendix+E.pdf


2019-12-03 Final TRC Report on Plaintiffs' Nov 4-8 Sampling Even.pdf

Field Data Sheets.pdf

Lat, Long to Site Specific Conversion Calculator Equations and Givens Explained.docx

Lat, Long to Site Specific Conversion Calculator.xlsx

Lat, Long to Site Specific Formulas and Givens Exploded View 2.PNG

Lat, Long to Site Specific Formulas and Givens Exploded View.PNG

State Plane Example Point 1.PNG

State Plane Example Point 2.PNG

State Plane Example Point 3.PNG

TRC 191688 ASTM.pdf

TRC 191688 TO-15.pdf

TRC 191704 ASTM.pdf

TRC 191704 TO-15.pdf


WC_JPLF_00211457.pdf

WC_JPLF_00211465.xlsx


WC_JPLF_00337955.pdf

WC_JPLF_00337963.xlsx

WC_JPLF_00402159.pdf
WC_JPLF_00402167.xlsx

WC_JPLF_00402170.pdf
WC_JPLF_00402178.xlsx

WC_JPLF_00337946.pdf
WC_JPLF_00337954.xlsx

WC_JPLF_00337930.pdf
WC_JPLF_00337938.xlsx

WC_JPLF_00203222.pdf
WC_JPLF_00203230.xlsx

WC_JPLF_00295793.pdf
WC_JPLF_00295801.xlsx

WC_JPLF_00402133.pdf
WC_JPLF_00402141.xlsx
WC_JPLF_00402142.xlsx

WC_JPLF_00203206.pdf
WC_JPLF_00203221.xlsx

WC_JPLF_00401896.pdf
WC_JPLF_00401904.xlsx

WC_JPLF_00401473.pdf

WC_JPLF_00401481.xlsx


2020-06-11+RB+production.zip


(HIGHWAY_90_000001).pdf

(HIGHWAY_90_000002).pdf

(HIGHWAY_90_000003-000201).pdf

(HIGHWAY_90_000202-000213).pdf

(HIGHWAY_90_000214-000251).pdf

(HIGHWAY_90_000252-000304).pdf

(HIGHWAY_90_000305-000325).pdf

(HIGHWAY_90_000326-000350).pdf

(HIGHWAY_90_000351-000363).pdf

(HIGHWAY_90_000364-000384).pdf

(HIGHWAY_90_000385-000426).pdf

(HIGHWAY_90_000427-000452).pdf

(HIGHWAY_90_000453) PLACEHOLDER.pdf

(HIGHWAY_90_000453).xls

(HIGHWAY_90_000454) PLACEHOLDER.pdf

(HIGHWAY_90_000454).xlsx

(HIGHWAY_90_000455) PLACEHOLDER.pdf

(HIGHWAY_90_000455).xlsx

(HIGHWAY_90_000456-000466).pdf

(HIGHWAY_90_000467-000477).pdf

(HIGHWAY_90_000478-000522).pdf

(HIGHWAY_90_000523) PLACEHOLDER.pdf

(HIGHWAY_90_000523).xlsx

(HIGHWAY_90_000524-000533).pdf

(HIGHWAY_90_000534-000580).pdf

(HIGHWAY_90_000581-000668).pdf

(HIGHWAY_90_000669-000670).pdf

WC_JPLF_00295802.dwg

WC_JPLF_00295803.pdf

WC_JPLF_00295804.dwg

WC_JPLF_00295805.dwg

WC_JPLF_00295806.dwg

WC_JPLF_00295807.dwg


2021-01-29 Lape_Expert_Report_JPLF.pdf

2021-01-29 Pietari Expert Report.pdf

2021-01-29 Schiffman _Final_Report.pdf

H2S Evaluation_goal_seek_1598_k_CD.xlsx

H2S Evaluation_goal_seek_1598_S0_CD.xlsx

H2S Evaluation_goal_seek_Upper Bound_CD.xlsx

NSoler Expert Report 28Jan2021.pdf

Phase IV H2S concentrations.xlsx

Spent Lime.xlsx

Summary of H2S evaluations 05Jan2021.xlsx


AllClientsSymptoms.xls

Breakdown of Complaints Provided by 626 Plaintiffs.pdf

First200PFS.Symptoms.xls

NOLA chart of symptoms and smells #11601730 v1.DOCX

NOLA -- symptoms reported by plaintiffs smelling rotten eggs #11599607 v1.DOCX

WTP-#11605049-v1-NOLA_--_symptom_spreadsheet_and_odor_spreadsheet_--_symptom_or_odor_reported.XLSX

WTP-#11605462-v1-NOLA_--_narrative_responses_re_effect_of_odors.XLSX


2021-03-15 Second Memorandum to Defense Counsel re Supplemental Expert Report Information (Schiffman).PDF

ADD_P_LDEQ00004326.pdf

Nola.com Article Capture.pdf

Nola.com Facebook Post Capture.pdf

Waggaman Community Foundation Facebook Post Capture.pdf

WC_JPLF_00223312.pdf

WC_JPLF_00223326.pdf

WC_JPLF_00223335.pdf

WC_JPLF_00224046.pdf

WC_JPLF_00269801.pdf

WC_JPLF_00270540.pdf


JeffersonParish_2018_JPLF_OrderControl_00224046_Searchable_Reduced.pdf


Beeghly 1993 Use of FGD by-products in stabilization solidification.pdf

Bigham 1993 FDG by-product use.pdf

Fairweather 1998 H2S generation landfill inputs.pdf

Hao 1996 Sulfate reducing bacteria.pdf

Liu 2018 A novel aerobic sulfate reduction process in landfill mineralized refuse_published.pdf

Sun 2016 Characterization of biotransformation of sulfur containing wastes.pdf

Sun 2018 H2S potential Final-Report-EREF_H2S-Methods.pdf

Tolaymat 2013 H2S generation.pdf

Tolaymat 2013 H2S generation supplemental.pdf

Xu 2011 inhibition of hydrogen sulfide.pdf


Berland 2003 FGDHandlingRpt-20111227.pdf

Geosyntec 2014 Fenimore-landfill-report.pdf

Gypsum Industry 1992 Treatment and disposal of gypsum board wastes.pdf

Sun 2015 chem leaching potential of sulfate containing wastes.pdf

USEPA 2005 First order landfill kinetics.pdf


JPLF - LDEQ Doc 10143097 - Sewage Sludge Annual 2015.pdf

JPLF - LDEQ Doc 10512164 - Sewage Sludge Annual 2016.pdf

JPLF - LDEQ Doc 11333474 - Sewage Sludge Annual 2017.pdf

JPLF - LDEQ Doc 11889058 - Sewage Sludge Annual 2018.pdf

JPLF - LDEQ Doc 12188660 - Sewage Sludge Annual 2019.pdf

July 2002 June 2003 ObDocPDFHandler_ashx (2).pdf

July 2002 June 2003 ObDocPDFHandler_ashx.pdf

July 2003 June 2004 ObDocPDFHandler_ashx.pdf

July 2004 June 2005 ObDocPDFHandler_ashx.pdf

July 2005 June 2006 ObDocPDFHandler_ashx.pdf

July 2006 June 2007 ObDocPDFHandler_ashx.pdf

July 2007 June 2008 ObDocPDFHandler_ashx.pdf

July 2008 June 2009 ObDocPDFHandler_ashx.pdf

July 2009 June 2010 ObDocPDFHandler_ashx.pdf

July 2010 June 2011 ObDocPDFHandler_ashx.pdf

July 2011 June 2012 ObDocPDFHandler_ashx.pdf

July 2012 June 2013 ObDocPDFHandler_ashx.pdf

July 2013 June 2014 ObDocPDFHandler_ashx (2).pdf

July 2013 June 2014 ObDocPDFHandler_ashx.pdf

July 2014 June 2015 9964771.pdf

July 2014 June 2015 ObDocPDFHandler_ashx.pdf

July 2015 June 2016 WC_JPLA_00251785_image.pdf

July 2016 June 2017 ObDocPDFHandler_ashx.pdf

July 2017 June 2018 ObDocPDFHandler_ashx.pdf

July 2018 June 2019 ObDocPDFHandler_ashx.pdf

July 2019 June 2020 ObDocPDFHandler_ashx.pdf


1981_1012_ New Landfill Permit_9000719.pdf

1992_0401_ Vol. 1 of 4 Application_952561.pdf

1993_0201_ Modification2_Permit_950441.pdf

1994_1212_ Constr. Mod_951775.pdf

1997_0225_ Phase III Expansion_Request_981753.pdf

1997_0301_ Phase III Expansion_Alt. Design_982608.pdf

1997_0701_ Modification_Permit_949921.pdf

1997_1101_Vol. Liner Eval_951881.pdf

1998_0301_ Vol. 1 Liner Eval_950443.pdf

1998_0309_ Vol. 2 Liner Eval_952237.pdf

1998_1001_ Constr. QA Doc_Phase I Expansion_951620.pdf

1999_0201_ Constr. QA Doc Rpt_951622.pdf

1999_0601_ Constr. QA Doc _952602.pdf

2000_1001_Const.Qual.Assur._2316711.pdf

2003_1219_Cell Cert. Cell 11&12_2243076 Figs.pdf

2003_1219_Cell Cert. Cell 11&12_2243076.pdf

2005_0902_ CQA for Cells 13-14_2917355.pdf

2005_0930_Certification for Cells 13&14_5108240.pdf

2006_0901_Cert.for Cells 15&16_2968977.pdf

2006_0913_ Cell Cert. Cells 15&16_2979369.pdf

2009_0504_ ConstCertAppr._Cell 18_6436983.pdf

2011_0428_ Cell 19 S QCQC_7935975.pdf

2011_0517_ Cell 19 S QAQC_7960379.pdf

2011_0718_Cell 19 N CQA_8039153.pdf

2012_1213_Cell 20 N CQA Rpt_8639454.pdf

2012_1219_ Cell 20 N StartUp-Inspect_8650494.pdf

2012_1221_ Cell 20 N Cert_208654640.pdf

2013_0613_Cell 21 N StartUp-Inspect_8879240.pdf

2013_1106_ Cell 21 S QAQC_9090791.pdf

2013_1219_ Cell 20 S StartUp-Inspect_9186809.pdf

2013_1220_Const. QAQC for Cell 20 S_9138047.pdf

2015_1006_ Cert. of Compliance_ Parts I & II_9964771.pdf

2016_0226_Cell 22 Const. QAQC_10099957.pdf

2018_0925_ Cell 23 N Start-Up Inspect._11325689.pdf

2018_1002_ Cell 23 N QAQC_11330322.pdf

2018_1003_ Cell 23 N Approv._11331912.pdf

2019_1213_ Cell 24 S Constr. CQC_CQA11981788.pdf

2020_0731_CQC and CQA For Cell 24N Conc_12291457.pdf

2020_1006_ Cell 24 N Const. Approv._12395032.pdf


LandfillProgressReport-2018-08-06.pdf

LandfillProgressReport-2018-08-13.pdf

LandfillProgressReport-2018-08-20.pdf

LandfillProgressReport-2018-08-27.pdf

LandfillProgressReport-2018-09-04.pdf

LandfillProgressReport-2018-09-10.pdf

LandfillProgressReport-2018-09-17.pdf

LandfillProgressReport-2018-09-24.pdf

LandfillProgressReport-2018-10-01.pdf

LandfillProgressReport-2018-10-08.pdf

LandfillProgressReport-2018-10-15.pdf

LandfillProgressReport-2018-10-22.pdf

LandfillProgressReport-2018-10-29.pdf

LandfillProgressReport-2018-11-05.pdf

LandfillProgressReport-2018-11-13.pdf

LandfillProgressReport-2018-11-19.pdf

LandfillProgressReport-2018-11-26.pdf

LandfillProgressReport-2018-12-03.pdf

LandfillProgressReport-2018-12-10.pdf

LandfillProgressReport-2018-12-17.pdf

LandfillProgressReport-2018-12-26.pdf

LandfillProgressReport-2019-01-03.pdf

LandfillProgressReport-2019-01-07.pdf

LandfillProgressReport-2019-01-14.pdf

LandfillProgressReport-2019-01-22.pdf

LandfillProgressReport-2019-01-28.pdf

LandfillProgressReport-2019-02-04.pdf

LandfillProgressReport-2019-02-11.pdf

LandfillProgressReport-2019-02-19.pdf

LandfillProgressReport-2019-02-25.pdf

LandfillProgressReport-2019-03-06.pdf

LandfillProgressReport-2019-03-11.pdf

LandfillProgressReport-2019-03-18.pdf

LandfillProgressReport-2019-03-25.pdf

LandfillProgressReport-2019-04-01.pdf

LandfillProgressReport-2019-04-08.pdf

LandfillProgressReport-2019-04-15.pdf

LandfillProgressReport-2019-04-22.pdf

LandfillProgressReport-2019-04-29.pdf

LandfillProgressReport-2019-05-06.pdf

LandfillProgressReport-2019-05-13.pdf

LandfillProgressReport-2019-05-20.pdf

LandfillProgressReport-2019-05-28.pdf

LandfillProgressReport-2019-06-03.pdf

LandfillProgressReport-2019-06-10.pdf

LandfillProgressReport-2019-06-17.pdf

LandfillProgressReport-2020-05-11.pdf

Progress Report -February 10,  2020.docx


APTIM-0019756.xlsx

APTIM-0019757.xlsx

APTIM-0130544 .xlsx

APTIM-0130902.xlsx

APTIM-0168049 .xls


1213853_2019_11_27_02_33_PM.pdf

JP LF Monthly Report_Summary.xlsx

October Tuning Data.xlsx

APTIM-0022911.xlsx

APTIM-0001209_image.pdf

APTIM-0021571_image.pdf

APTIM-0021621_image.pdf

APTIM-0021735_image.pdf

APTIM-0021933_image.pdf

APTIM-0130932_image.pdf

APTIM-0132375_image.pdf

APTIM-0132669_image.pdf

APTIM-0132721_image.pdf

APTIM-0132776_image.pdf

APTIM-0138323_image.pdf

APTIM-0138544_image.pdf

APTIM-0000100_image.pdf

APTIM-0000168_image.pdf

APTIM-0000511_image.pdf

APTIM-0000560_image.pdf

APTIM-0000604_image.pdf

APTIM-0000672_image.pdf

APTIM-0000822_image.pdf

APTIM-0001274_image.pdf

APTIM-0001397_image.pdf

APTIM-0003032_image.pdf

APTIM-0004044_image.pdf

Jefferson Parish Monthly Report - 2017-03.pdf

APTIM-0000227_image.pdf

APTIM-0000734_image.pdf

APTIM-0000961_image.pdf

APTIM-0001078_image.pdf

APTIM-0001566_image.pdf

APTIM-0001683_image.pdf

APTIM-0003788_image.pdf

APTIM-0003887_image.pdf

APTIM-0004112_image.pdf

APTIM-0004260_image.pdf

APTIM-0004385_image.pdf

APTIM-0007735_image.pdf

APTIM-0019028_image.pdf


APTIM-0007469_image.pdf

APTIM-0007554_image.pdf

APTIM-0007635_image.pdf

APTIM-0007857_image.pdf

APTIM-0180378_image.pdf


APTIM-0001473_image.pdf

APTIM-0002140_image.pdf

APTIM-0003178_image.pdf

APTIM-0004511_image (1).pdf


SAWNA PUBLFG1998CM.pdf


2019.12.18 operating permit and renewal application.pdf


6_Dimishkovska_i in._Estimation of Methane_JEE_2019_5.pdf


Abraham, 1998.pdf

Alaoui-Ismaili, 1997.pdf

Alarie, 1973.pdf

American Lung Association, 2020.pdf

ATSDR, 2016.pdf

ATSDR, 2020a.pdf

Avery, 2004.pdf

Baldwin, 2004.pdf

Bell, 1996.pdf

Bensafi, 2002.pdf

Blanes-Vidal, 2012.pdf

Bokowa, 2020.pdf

Both, 2004.pdf

Brancher, 2020.pdf

Bruning, 2014.pdf

Bruvold, 1983.pdf

Cain, 1986.pdf

Cain, 2010.pdf

Campagna, 2004.pdf

Cavazzana, 2018.pdf

CDC, 2020.pdf

Cometto-Muniz, 1997.pdf

Cometto-Muniz, 2003.pdf

Cometto-Muniz, 2004.pdf

Cometto-Muniz, 2010.pdf

Cone, 1994.pdf

Consedine, 2007.pdf

Di Gilio, 2018.pdf

Edvinsson, 2002.pdf

Finnerty, 2017.pdf

Gomes, 2014.pdf

Gonzalez-Sanchez, 2019.pdf

Grigoleit, 2012.pdf

Harkema, 2006.pdf

Heaney, 2011.pdf

Hertzman, 1987.pdf

Hodges, 2013.pdf

Horton, 2009.pdf

Hudak, 2016.pdf

Jensen, 2019.pdf

Kilburn, 1995.pdf

Kontaris, 2020.pdf

Kourtidis, 2008.pdf

Kubzansky, 2000.pdf

Kwon, 2018.pdf

Lambert, 2006.pdf

LDEQ, 2018.pdf

LDH, 2019.pdf

Lewis, 2002.pdf

Li, 2008.pdf

Li, 2014.pdf

Logue, 1986.pdf

Luskin, 2011.pdf

Mataloni, 2016.pdf

Matuszewich, 2007.pdf

McQueen 2020.pdf

Merchant, 2005.pdf

Mirabelli, 2006.pdf

Miyazawa, 2008.pdf

Moessnang, 2013.pdf

Nicolas, 2006.pdf

Nigam, 2009.pdf

Nimmermark, 2004.pdf

OSHA, 2005.pdf

Peacock, 2011.pdf

Pietrabissa, 2020.pdf

Porreca, 2009.pdf

Pressman, 2013.pdf

Radon, 2004.pdf

Ragoobar, 2016.pdf

Roberts, 2019.pdf

Romain, 2008.pdf

Ross, 2019.pdf

Sapolsky, 1999.pdf

Sarkar, 2003.pdf

Schiffman, 1995.pdf

Schiffman, 1998.pdf

Schiffman, 2000.pdf

Schiffman, 2005.pdf

Shusterman, 1991.pdf

Shusterman, 1992.pdf

Sneath, 2018.pdf

Sucker, 2008.PDF

Thu, 1997.pdf

Thu, 2002.pdf

USEPA, 2020.pdf

Villemure, 2003.pdf

Vrijheid, 2000.pdf

WHO, 2000.pdf

WHO, 2020.pdf

Wing, 2000.pdf

Wing, 2008.pdf

Wing, 2013.pdf

Wolkoff, 2003.pdf

Wolkoff, 2005.pdf

Wolkoff, 2006.pdf

WWLTV, 2019.pdf

Ying, 2012.pdf

Zald, 1997.pdf


ADD_P_LDEQ00004326.pdf

Nola.com Article Capture.pdf

Nola.com Facebook Post Capture.pdf

Waggaman Community Foundation Facebook Post Capture.pdf

WC_JPLF_00223312.pdf

WC_JPLF_00223326.pdf

WC_JPLF_00223335.pdf

WC_JPLF_00224046.pdf

WC_JPLF_00269801.pdf

WC_JPLF_00270540.pdf


2021-01-28 Odor Complaints.zip


2020-12-15 Additional Odor Complaints to LDEQ.zip


thumb drive/Citizen Complaints

thumb drive/Consultant Reports (defendants)

thumb drive/Expert Report Schedule.docx

thumb drive/JPLF Weekly Progress Reports

thumb drive/Ramboll (plaintiffs expert)


AERMAP_NAD83_NED.REC

ERRORS.OUT

jplf_elev_phas4a_2017.AD

jplf_elev_phas4a_2017.ADI

jplf_elev_phas4a_2017.ADO

jplf_elev_phas4a_2017_AERMOD.log

jplf_elev_phas4a_2017.dat

jplf_elev_phas4a_2017.isc

MET2017483_2017.PFL

MET2017483_2017.SFC

PHS4A_2017.SUM


01H1GALL.PLT

01H2GALL.PLT

01H3GALL.PLT

24H1GALL.PLT

24H2GALL.PLT

24H3GALL.PLT


AERMAP_NAD83_NED.REC

ERRORS.OUT

jplf_elev_phase4a_2018.AD

jplf_elev_phase4a_2018.ADI

jplf_elev_phase4a_2018.ADO

jplf_elev_phase4a_2018_AERMOD.log

jplf_elev_phase4a_2018.dat

jplf_elev_phase4a_2018.isc

MET2017483_2018.PFL

MET2017483_2018.SFC

PHS4A_2018.SUM


01H1GALL.PLT

01H2GALL.PLT

01H3GALL.PLT

24H1GALL.PLT

24H2GALL.PLT

24H3GALL.PLT

AERMAP_NAD83_NED.REC

ERRORS.OUT

jplf_elev_phase4a_2019.AD

jplf_elev_phase4a_2019.ADI

jplf_elev_phase4a_2019.ADO

jplf_elev_phase4a_2019_AERMOD.log

jplf_elev_phase4a_2019.dat

jplf_elev_phase4a_2019.isc

MET2017483_2019.PFL

MET2017483_2019.SFC

PHS4A_2019.SUM

01H1GALL.PLT

01H2GALL.PLT

01H3GALL.PLT

24H1GALL.PLT

24H2GALL.PLT

24H3GALL.PLT

CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2017_30min_4A_MoQ.cpv

JPL_WRF_2017_30min_4A_MoQ.dat

JPL_WRF_2017_30min_4A_MoQ_post

JPL_WRF_2018_JAS_250_geo

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_525600MIN_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

RANK(ALL)_H2S_30MIN_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT

TSERIES_H2S_30MIN_CONC_C.DAT


GEO.DAT


CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2017_Phase_4A_Baseline_H2S.cpv

JPL_WRF_2017_Phase_4A_Baseline_H2S.dat

JPL_WRF_2017_Phase_4A_Baseline_H2S_post

JPL_WRF_2018_JAS_250_geo

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8759HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


GEO.DAT


2018_30min_Discrete.cpv

2018_30min_Discrete.dat

2018_30min_Discrete_geo

2018_30min_Discrete_post

CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


CTGPROC.DAT

CTGPROC.INP

CTGPROC.LST

GEO.DAT

luse.clr

MAKEGEO.INP

MAKEGEO.LST

numpts.dat

QALUSE.GRD

QATERR.GRD

TERREL.GRD

TERREL.INP

TERREL.LST

TERREL.OUT

TERREL.SAV


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_525600MIN_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

RANK(ALL)_H2S_30MIN_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT

TSERIES_H2S_30MIN_CONC_C.DAT


2018_60min_Cartesian.cpv

2018_60min_Cartesian.dat

2018_60min_Cartesian_post

CALMET.DAT.aux

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2018_post

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8760HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8760HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2018.cpv

JPL_WRF_2018.dat

JPL_WRF_2018_geo

JPL_WRF_2018_Phase_4A_Baseline_H2S_Discrete-Receptors.xls

JPL_WRF_2018_post

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


CTGPROC.DAT

CTGPROC.INP

CTGPROC.LST

GEO.DAT

luse.clr

MAKEGEO.INP

MAKEGEO.LST

numpts.dat

QALUSE.GRD

QATERR.GRD

TERREL.GRD

TERREL.INP

TERREL.LST

TERREL.OUT

TERREL.SAV


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8760HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2018_JAS_250_geo

JPL_WRF_2019_30min_4A_MoQ_Disc.cpv

JPL_WRF_2019_30min_4A_MoQ_Disc.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_post

JPL_WRF_2019_30min_4A_MoQ_Disc_X765.142_Y3313.877_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X766.22_Y3315.876_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X766.355_Y3319.043_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X768.286_Y3313.052_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X768.415_Y3319.427_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X769.126_Y3316.433_Z10m.dat

JPL_WRF_2019_30min_4A_MoQ_Disc_X769.9_Y3314.303_Z10m.dat

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


GEO.DAT


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_525540MIN_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

RANK(ALL)_H2S_30MIN_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT

TSERIES_H2S_30MIN_CONC_C.DAT


2019_60min_Cartesian.cpv

2019_60min_Cartesian.dat

2019_60min_Cartesian_post

CALMET.DAT.aux

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2019_60min_4A_MoQ_post

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd

H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8759HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8759HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT


CALMET.DAT

CALMET.DAT.aux

CALMET.INP

CALMET.LST

CALPUFF.INP

CALPUFF.LST

CONC.DAT

JPL_WRF_2018_JAS_250_geo

JPL_WRF_2019_60min_4A_MoQ.cpv

JPL_WRF_2019_60min_4A_MoQ.dat

JPL_WRF_2019_60min_4A_MoQ_post

JPL_WRF_2019_60min_4A_MoQ_X765.13_Y3313.876_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X766.244_Y3315.877_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X766.355_Y3319.047_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X768.284_Y3313.066_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X768.401_Y3319.417_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X769.124_Y3316.431_Z10m.dat

JPL_WRF_2019_60min_4A_MoQ_X769.915_Y3314.304_Z10m.dat

luse.clr

QA3D.DAT

qaarea.bna

qagrid.bna

qaluse.grd

QAMETG.bna

qarecd.dat

qaterr.grd


GEO.DAT


H2S_C.INP

H2S_C.LST

RANK(0)_H2S_8759HR_CONC_C.DAT

RANK(ALL)_H2S_1HR_CONC_C.DAT

TSERIES_H2S_1HR_CONC_C.DAT



usgs_ned_13_n30w091_gridfloat.tif

usgs_ned_13_n31w091_gridfloat.tif


nlcd_2016.tif


archive.zip

# Attachment D

## Additional Data and Publications Acquired and Examined by EnviroComp

We list below all the additional data and documents we collected in the course of our work in this project. In the body of our report, we inserted footnotes making explicit references to specific sets of materials that were used to develop our opinions and perform our technical tasks.

Meteorology:
  Meteorological data KMSY
  ISD: https://www1.ncdc.noaa.gov/pub/data/noaa
  ASOS-1min: ftp://ftp.ncdc.noaa.gov/pub/data/asos-onemin/
  ASOS-5min: ftp://ftp.ncdc.noaa.gov/pub/data/asos-fivemin/
  Meteorological data Slidell
  ESRL Radiosonde Database: https://www.esrl.noaa.gov/raobs

Terrain elevation:
  USGS: ftp://rockyftp.cr.usgs.gov/vdelivery/Datasets/Staged/NED/13/IMG/

# Attachment B

**Scientific and Professional Qualifications of
Dr. Paolo Zannetti, QEP**

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

I have dedicated my entire professional career to the study of air pollution and atmospheric sciences. A copy of my full CV is separately provided and available online,[115] where most of my publications are downloadable.

I started my scientific career in the early 1970s at the IBM Research Center in Venice, Italy, at a time when IBM was sponsoring advanced computer simulation activities in environmental sciences and air pollution at several of its Research Centers throughout the world. Since then, I have focused my scientific research toward the development of advanced computer simulation techniques with practical applications to air quality issues in the international arena. In particular, I performed pioneering work for the development of new Lagrangian modeling techniques in which air pollution is simulated by computer methods using a series of independent segments,[116] puffs,[117] or particles.[118]

I have worked for IBM Research (at the IBM Scientific Centers of Venice, Italy; Palo Alto, California; and Bergen, Norway), consulting companies (AeroVironment, Inc., Pasadena, CA; and Failure Analysis/Exponent, Inc., Menlo Park, CA), and government organizations (Kuwait Institute for Scientific Research, Kuwait; and CRTN-ENEL, Milan, Italy).

I am the President of EnviroComp, Inc. (formerly EnviroComp Consulting, Inc.), a company I founded in 2001, and The EnviroComp Institute, a non-profit research organization I founded in 1996. I am also the Founding Director of APSI, the Air Pollution Scientific Initiative.[119]

I have written over 300 publications, including over 40 books and book chapters. Particularly important are: 1) the book "Air Pollution Modeling"[120] completed in 1990, which was the first comprehensive book in the field and is still a widely used textbook today; and 2) the 4-volume book series "Air Quality Modeling,"[121] completed in 2010, which is the most updated and complete publication series on computer methods for air pollution studies.

I have studied many air quality impact cases throughout the world, both for litigation and non-litigation projects. In particular, in my early scientific endeavors, I studied and modeled

---

[115] Curriculum Vitae of Dr. Paolo Zannetti, *available at* https://www.envirocomp.com/people/cv/zannetti.pdf
[116] P. Zannetti, A New Mixed Segment-Puff Approach for Dispersion Modeling, Atmospheric Environment, 20(6):1121-1130 (1986), *available at* https://www.envirocomp.com/zcv/JA.17.PDF
[117] P. Zannetti, An Improved Puff Algorithm for Plume Dispersion Simulation, Journal of Applied Meteorology, 20(10):1203-1211 (1981), *available at* https://www.envirocomp.com/zcv/JA.10.PDF
[118] P. Zannetti, New Monte Carlo Scheme for Simulating Lagrangian Particle Diffusion with Wind Shear Effects, Applied Mathematical Modeling, 8:188-192( 1984), *available at* https://www.envirocomp.com/zcv/JA.14.PDF
[119] https://www.apsi.tech/
[120] P. Zannetti, Air Pollution Modeling: Theories, Computational Methods and Available Software (1990), *available at* https://link.springer.com/book/10.1007%2F978-1-4757-4465-1
[121] https://envirocomp.org/books/aqm.html

the air quality issues affecting the city of Venice, Italy,[122] and I was the project manager for the first comprehensive air quality study (monitoring and modeling) in the Persian Gulf.[123] In 1990, I led and coordinated the activities and collaborations of IBM Europe in environmental sciences.[124]

In parallel with my research studies, in the last 30 years I have investigated, as a consulting or testifying expert, more than one hundred complex legal disputes and air quality impact claims related to industrial, transportation, and agricultural activities, in the United States and abroad, including short-term and long-term emissions and accidental releases. Several of these legal disputes involved class actions. In most of these cases, I simulated ambient concentrations and depositions caused by chemical emissions using computer models that I developed and/or those developed and recommended by government agencies, such as the US EPA.

I am often invited to present my studies at conferences and seminars throughout the world. In particular, I have taught air quality courses in Italy (University of Bari), California (Berkeley Extension), Kuwait (Kuwait Institute for Scientific Research), and England (Wessex Institute of Technology) where I am a Professor of Environmental Sciences.[125] In the last few years, I have been invited to present seminars at the United States Military Academy of West Point, NY, and the universities of St. Petersburg (Russia), Amman (Jordan), Roskilde (Denmark), Lugano (Switzerland), and Milan, Trento, Padova, and Ancona (Italy). Recently, I was nominated Adjunct Professor[126] at the Desert Research Institute (DRI) in Reno, NV.

My professional credentials have been certified in 1994 with the title of Qualified Environmental Professional (QEP).[127] The QEP certification recognizes professional

---

[122] P. Zannetti, P. Melli, E. Runca, , "Meteorological Factors Affecting SO2-Pollution Level in Venice," Atmospheric Environment, 11:605-616 (1977),*available at* https://www.envirocomp.com/zcv/JA.5.PDF

[123] P. Zannetti, M. Sudairawi, N. Al-Madani, N. El-Karmi, "Air Pollution Dispersion and Prediction Model for Shuaiba Industrial Area," prepared for the Shuaiba Area Authority, Kuwait, Kuwait Institute for Scientific Research (1983), *available at* https://www.envirocomp.com/zcv/T.6b.pdf

[124] IBM, Environmental Sciences, Bergen Scientific Centre (May 1990), *available at* https://www.envirocomp.com/zcv/IBM_Europe_1990.pdf

[125] https://www.wessex.ac.uk/research/wit-staff/dr-paolo-zannetti. My next courses at Wessex are planned for October 2024 (https://www.wessex.ac.uk/courses/short-course-on-computer-simulation) and November 2024 (https://www.wessex.ac.uk/courses/short-course-on-introduction-to-air-pollution-modelling)

[126] https://www.dri.edu/directory/paolo-zannetti/

[127] The QEP Title was originally established by the Institute of Professional Environmental Practice (IPEP) and is currently managed by the Board for Global EHS Credentialing (https://gobgc.org/). My membership is in good standing (https://gobgc.org/qep_roster/).

achievements for environmental professionals and their compliance with the highest of ethical and professional standards.

# Attachment C

## Documents and Data Received

**Documents and Data Received**

- 2017 Reporting (April 11, 2018) (GEOSYNTEC_00014948)

- Addendum to Expert Report of Matthew Stutz, Weaver Consultants Group, March 8, 2024.

- Addendum to Expert Report of Matthew Stutz, Weaver Consultants Group, March 8, 2024 *(rev. April 4, 2024)*

- Agency for Toxic Substances and Disease Registry, Hydrogen Sulfide Fact Sheet (July 2006)

- Amending and Superceding Master Class Action Complaint for Damages*, Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.,* Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.) (Apr. 10, 2019)

- Coordinates for boundaries of Jefferson Parish Landfill, River Birch Landfill and Highway 90 Landfill, prepared by Weaver Consultants Group LLC

- CY 2018 RBL EI Reporting (April 18, 2019) (GEOSYNTEC_00004148)

- CY 2019 RBL EI Calcs (October 30, 2020) (GEOSYNTEC_00001974)

- Emissions estimates for the Jefferson Parish Landfill, River Birch Landfill, and Highway 90 Landfill for 2017–2020 prepared by Weaver Consultants Group LLC

- Expert report of Michael R. Corn on the Non-Landfill Alternative Emissions Sources In and Around Jefferson Parish, Louisiana for both *Ictech* and *Addison* matters (March 8, 2024)

- Expert report of James Lape for both *Ictech* and *Addison* matters (*including all data transmitted with reports, cited reliance documents, and subsequent revisions*) (February 16, 2024)

- Expert report of Dr. Susan S. Schiffman in the Matter of Odor Complaints in Jefferson Parish, New Orleans, LA (January 28, 2024)Supplemental Expert Report of Dr. John Kind in *Elias Jorge Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc.*, CTEH, March 8, 2024, and the documents and information referenced therein

- Expert report of Nestor Soler, Supplemental report to the January 28, 2021 Soler Report – Evaluation of Jefferson Parish Landfill Gas Emissions (August 27, 2021)

- Findings of Fact and Conclusions of Law (ECF No. 285) (Nov., 29 2022)

- GCCS Jefferson Parish Site Plans - Attachment 2 to Matt Stutz expert report (April 30, 2021)

- Jefferson Parish Landfill odor control report (2018) (WC_JPLF_00224046)

- LDEQ Consolidated Compliance Order & Notice of Potential Penalty (March 25, 2019) (WC_JPLF_00214617)

- LDEQ Incident Report (February 5, 2018) (APTIM-0010622)

- LDEQ MAML Report (April 27, 2018) (WC_JPLF_00158132)

- LDEQ MAML Report (July 20, 2018) (WC_JPLF_00163056)

- List of trial Plaintiff, class representative addresses, and proposed class boundary

- LSP Incident Report (June 30, 2016) (WC_JPLF_00001288)

- LSP Incident Report (October 19, 2017) (WC_JPLF_00172158)

- Memorandum in Support of *Ictech* Plaintiffs' Motion to Certify Class*, Elias Jorge "George" Ictech-Bendeck, et al. v. Waste Connections Bayou, Inc. et al.,* Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.) (August 25, 2023)

- Occupational Safety and Health Administration, Hydrogen Sulfide Fact Sheet (Oct. 2005)

- Plaintiffs' Second Amended Omnibus Complaint for Damages and Injunctive Relief, *Frederick Addison, et al. v. Louisiana Regional Landfill Co., et al.,* Civ. Action No. 19-1113 c/w 19-14512 (E.D. La.) (November 10, 2023)

- River Birch Calculations – ERIC (March 6, 2017) (GEOSYNTEC_00015942)

- River Birch email re VOC Calculation Methodology Update (April 24, 2018) (GEOSYNTEC_00007565)

- River Birch Landfill Part 70 Permit Significant Modification and Renewal Application (June 2018) (WC_JPLF_00077081)

- River Birch Landfill Part 70 Permit Significant Modification and Renewal Application (August 2019) (WC_JPLF_00311239)

- Text message from trial Plaintiff Wendy Gremillion to trial Plaintiff Scott Gremillion (Dec. 12, 2018) (PLAINTIFFS_001973)

- Virginia Department of Health, Hydrogen Sulfide (2023)

- World Health Organization, Air Quality  Guidelines for Europe, Second Edition (2000)

***Additional Publicly Available Documents***

**Air Permits**

- 2020-01-06 Cornerstone Chemical Title V
- 2020-03-09 Cornerstone Chemical Title V (Hydrogen Cyanide Plant)

**Cornerstone Permit Applications**

- 1996-10-01 Cornerstone Kellogg Ammonia Plant Title V
- 1996-10-01 Cornerstone Methanol Plant Title V
- 1996-10-01 Cornerstone MMA Plant Title V
- 1996-10-01 Cornerstone Sulfuric Acid Regen Plant Title V
- 1996-10-01 Cornerstone Utilities Plant Title V
- 1996-10-08 Cornerstone Acrylonitrile Plant Title V
- 2001-07-06 Cornerstone Acrylonitrile Plant Title V
- 2002-01-13 Cornerstone Title V Acrylonitrile Permit
- 2004-04-29 Cornerstone Utilities Plant Additional Info
- 2004-12-20 Cornerstone Sulfuric Acid Regen Plant Additional Info
- 2005-03-02 Cornerstone MMA Plant Additional Info
- 2006-06-23 Cornerstone Acrylonitrile Plant Renewal
- 2006-08-17 Cornerstone Acid Plant Additional Info
- 2006-12-21 Cornerstone Urea Melamine Plant Permit Mod
- 2007-07-25 Cornerstone Acrylonitrile Plant Additional Info
- 2007-08-15 Cornerstone Acrylonitrile Plant Additional Info
- 2007-09-13 Cornerstone Acrylonitrile Plant Additional Info
- 2008-08-19 Cornerstone Urea Melamine Plant Title V Renewal
- 2008-10-27 Cornerstone Urea Melamine Plant Additional Info
- 2008-10-27 Cornerstone Urea Melamine Plant Additional Info 2
- 2008-11-21 Cornerstone Melamine Plant Additional Info

3

- 2008-12-17 Cornerstone Acrylonitrile Plant Additional Info

- 2009-03-16 Cornerstone Utilities Plant Title V Renewal

- 2009-09-14 Cornerstone Utilities Plant Additional Info

- 2009-10-27 Cornerstone Sulfuric Acid Regen Plant Title V

- 2010-05-14 Cornerstone Urea Melamine Plant Additional Info

- 2010-11-04 Cornerstone Sulfuric Acid Regen Plant Additional Info

- 2010-12-07 Cornerstone Utilities Plant Title V Permit Mod

- 2011-04-06 Cornerstone Acrylonitrile Plant Minor Source Permit Mod

- 2012-10-18 Cornerstone Acrylonitrile Plant Additional Info

- 2012-10-18 Cornerstone Acrylonitrile Plant Title V Permit Renewal

- 2014-02-27 Cornerstone Sulfuric Acid Regen Plant Title V Permit Mod

- 2014-12-10 Cornerstone Urea Melamine Plant Title V Renewal

- 2014-12-18 Cornerstone Utilities Plant Site Services Title V

- 2015-02-19 Cornerstone Urea Melamine Plant Additional Info

- 2015-10-30 Cornerstone Acrylonitrile Plant Title V Minor Mod

- 2016-02-05 Cornerstone Sulfuric Acid Regen Plant Title V

- 2016-12-19 Cornerstone Urea Melamine Plant Title V

- 2017-03-20 Cornerstone Acrylonitrile Plant Title V Minor Mod

- 2017-06-22 Cornerstone Sulfuric Acid Regen Plant Additional Info

- 2017-12-20 Cornerstone Acrylonitrile Plant Title V Renewal

- 2018-04-30 Cornerstone Urea Melamine Plant Title V Minor Mod

- 2018-10-26 Cornerstone Utilities Plant Site Services Title V

- 2019-01-11 Cornerstone Utilities Plant Site Services Addl Info

- 2020-05-01 Cornerstone Utilities Plant Site Services Title V

- 2020-10-09 Cornerstone Urea Melamine Plant Title V Renewal

- 2022-06-24 Cornerstone Sulfuric Acid Regen Plant Title V

- 2023-03-02 Cornerstone Acrylonitrile Plant Title V Permit Renewal

**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Urea Melamine Plant)**

- 2016 Annual Report (Apr 11 to Dec 31)

- 2016 Annual Report (Jan 1 to Apr 10)

- 2016 Semiannual Report (Apr 11 to June 30)

- 2016 Semiannual Report (Jan 1 to Apr 11)

- 2016 Semiannual Report (July 1 to Dec 31)

- 2017 Semiannual Report (Feb 17 to Dec 31)

- 2017 Semiannual Report (Feb 17 to June 30)

- 2017 Semiannual Report (Jan 1 to Feb 16)

- 2017 Semiannual Report (Jan 1 to Feb 16) (initial)

- 2017 Semiannual Report (July 1 to Dec 31)

- 2018 Annual Report (Jan 1 to June 10)

- 2018 Annual Report (June 11 to Dec 31)

- 2018 Semiannual Report (Jan 1 to June 10)

- 2018 Semiannual Report (July 1 to Dec 31)

- 2018 Semiannual Report (June 11 to June 30)

- 2019 Annual Report (Jan 1 to Dec 31)

- 2019 Semiannual Report (Jan 1 to June 30)

- 2019 Semiannual Report (July 1 to Dec 31)

- 2020 Annual Report (Jan 1 to Dec 31)

- 2020 Semiannual Report (Jan 1 to June 30)

- 2020 Semiannual Report (July 1 to Dec 31)

- 2021 Annual Report (Jan 1 to Sept 8)

- 2021 Semiannual Report (Jan 1 to June 30)

- 2021 Semiannual Report (July 1 to Sept 8)

- 2021 Semiannual Report (Sept 9 to Dec 31)

- 2022 Annual Report (Jan 1 to Dec 31)

- 2022 Semiannual Report (Jan 1 to June 30)

- 2022 Semiannual Report (July 1 to Dec 31)

**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Acrylonitrile Plant)**

- 2023 Semiannual Report (Jan 1 to June 30)

- 2015 Semiannual Report (Jan 1 to June 30)

- 2015 Semiannual Report (July 1 to Dec 31)

- 2016 Semiannual Report (Jan 1 to June 30)

- 2016 Semiannual Report (July 1 to Dec 31)

- 2017 Semiannual Report (Jan 1 to June 30)

- 2017 Semiannual Report (July 1 to Dec 31)

- 2018 Semiannual Report (Jan 1 to June 30)

- 2018 Semiannual Report (July 1 to Sept 4)

- 2018 Semiannual Report (Sept 5 - Dec 31)

- 2019 Semiannual Report (Jan 1 to June 30)

- 2019 Semiannual Report (July 1 to Dec 31)

- 2020 Semiannual Report (Jan 1 to June 30)

- 2020 Semiannual Report (July 1 to Dec 31)

- 2021 Semiannual Report (Jan 1 to June 30)

- 2021 Semiannual Report (July 1 to Dec 31)

- 2022 Semiannual Report (Jan 1 to June 30)

- 2022 Semiannual Report (July 1 to Dec 31)

**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Sulfuric Acid Plant)**

- 2015 Semiannual Report (Jan 1 to June 30)

- 2015 Semiannual Report (July 1 to Dec 31)

- 2016 Semiannual Report (Jan 1 to June 30)

- 2016 Semiannual Report (July 1 to Dec 31)

- 2017 Semiannual Report (Dec 28 - Dec 31)

- 2017 Semiannual Report (Jan 1 to June 30)

- 2017 Semiannual Report (July 1 to Dec 27)

- 2018 Semiannual Report (Jan 1 to June 30)

- 2018 Semiannual Report (July 1 to Dec 31)

- 2019 Semiannual Report (Jan 1 to June 30)

- 2019 Semiannual Report (July 1 to Dec 31)

- 2020 Semiannual Report (Jan 1 to June 30)

- 2020 Semiannual Report (July 1 to Dec 31)

- 2021 Semiannual Report (Jan 1 to June 30)

- 2021 Semiannual Report (July 1 to Dec 31)

- 2022 Semiannual Report (Jan 1 to June 30)

- 2022 Semiannual Report (July 1 to Dec 31)

**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Utilities Plant)**

- 2022 Semiannual Report (July 1 to Dec 31)

- 2015 Semiannual Report (Jan 1 to June 30)

- 2015 Semiannual Report (July 1 to Dec 31)

- 2016 Revised Semiannual Report (July 1 to Dec 31)

- 2016 Semiannual Report (Jan 1 to June 30)

- 2016 Semiannual Report (July 1 to Dec 31)

- 2017 Revised Semiannual Report (Jan 1 to June 30)

- 2017 Semiannual Report (Jan 1 to June 30)

- 2017 Semiannual Report (July 1 to Dec 31)

- 2018 Semiannual Report (Jan 1 to June 30)

- 2018 Semiannual Report (July 1 to Dec 31)

- 2019 Semiannual Report (Jan 1 to June 30)

- 2019 Semiannual Report (July 1 to Dec 31)

- 2020 Semiannual Report (Jan 1 to June 30)

- 2021 Semiannual Report (Jan 1 to June 30)

- 2021 Semiannual Report (July 1 to Sept 8)

- 2022 Semiannual Report (Jan 1 to June 30)

*Ictech-Bendeck v. Waste Connections Bayou, Inc., et al. – March 2024 (Rev. April 12, 2024)*

# Attachment D

## Documents and Data Collected

We list below all the additional data and documents we collected in the course of our work on this project. In the body of our report, we inserted footnotes making explicit references to specific sets of materials that were used to develop our opinions and perform our technical tasks.

Meteorological data KMSY:
- ISD: https://www1.ncdc.noaa.gov/pub/data/noaa
- ASOS-1min: https://www.ncei.noaa.gov/pub/data/asos-onemin/
- ASOS-5min: https://www.ncei.noaa.gov/pub/data/asos-fivemin/

Meteorological data Slidell
- ESRL Radiosonde Database: https://www.esrl.noaa.gov/raobs

# Attachment E

**Timeseries of CALPUFF Simulated H2S Concentrations
at All Plaintiffs' Locations**

# L1 – Bernard

Larry J. Bernard, Mona S. Bernard
475 Gordon Ave, Harahan, LA 70123
UTM metric coordinates Zone 15 North: 770253,3315578







[L1 - Bernard]
30-minute average simulated H2S concentrations (2017-09)







[L1 - Bernard]
30-minute average simulated H2S concentrations (2017-12)





[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-02)



[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-03)



[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-04)







[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-07)



[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-08)







[L1 - Bernard]
30-minute average simulated H2S concentrations (2018-11)





[L1 - Bernard]
30-minute average simulated H2S concentrations (2019-01)











[L1 - Bernard]
30-minute average simulated H2S concentrations (2019-06)





[L1 - Bernard]
30-minute average simulated H2S concentrations (2019-08)







[L1 - Bernard]
30-minute average simulated H2S concentrations (2019-11)



[L1 - Bernard]
30-minute average simulated H2S concentrations (2019-12)

## L2 – Ictech-Bendeck

Elias Jorge Ictech-Bendeck
241 Walter Road, River Ridge, LA 70123
UTM metric coordinates Zone 15 North: 769118,3316944



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2017-07)









[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2017-11)







[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-02)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-03)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-04)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-05)





[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-07)





[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-09)





[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-11)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2018-12)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-01)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-02)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-03)





[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-05)



[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-06)









[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-10)





[L2 - Ictech-Bendeck]
30-minute average simulated H2S concentrations (2019-12)

## L3 – Landry-Boudreaux

Nicole M. Landry-Boudreaux
25 Primrose Lane, Westwego, LA 70094
UTM metric coordinates Zone 15 North: 766285,3315972









[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2017-10)







[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2018-01)







[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2018-04)



[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2018-05)





[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2018-07)







[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2018-10)













[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2019-04)













[L3 - Landry-Boudreaux]
30-minute average simulated H2S concentrations (2019-10)





## L4 – Thompson

Savannah Lee Thompson
1344 Hickory Avenue, Apartment D, Harahan LA 70123
UTM metric coordinates Zone 15 North: 769840,3317408





[L4 - Thompson]
30-minute average simulated H2S concentrations (2017-08)



[L4 - Thompson]
30-minute average simulated H2S concentrations (2017-09)







[L4 - Thompson]
30-minute average simulated H2S concentrations (2017-12)





















[L4 - Thompson]
30-minute average simulated H2S concentrations (2018-10)







[L4 - Thompson]
30-minute average simulated H2S concentrations (2019-01)



[L4 - Thompson]
30-minute average simulated H2S concentrations (2019-02)





[L4 - Thompson]
30-minute average simulated H2S concentrations (2019-04)



[L4 - Thompson]
30-minute average simulated H2S concentrations (2019-05)









[L4 - Thompson]
30-minute average simulated H2S concentrations (2019-09)







## L5 – Crossman

Robyn Crossman
9534 Catalpa Loop, Waggaman LA 70094
UTM metric coordinates Zone 15 North: 765238,3316431



[L5 - Crossman]
30-minute average simulated H2S concentrations (2017-07)



[L5 - Crossman]
30-minute average simulated H2S concentrations (2017-08)





[L5 - Crossman]
30-minute average simulated H2S concentrations (2017-10)





[L5 - Crossman]
30-minute average simulated H2S concentrations (2017-12)



[L5 - Crossman]
30-minute average simulated H2S concentrations (2018-01)



[L5 - Crossman]
30-minute average simulated H2S concentrations (2018-02)











[L5 - Crossman]
30-minute average simulated H2S concentrations (2018-07)







[L5 - Crossman]
30-minute average simulated H2S concentrations (2018-10)



[L5 - Crossman]
30-minute average simulated H2S concentrations (2018-11)















[L5 - Crossman]
30-minute average simulated H2S concentrations (2019-06)







[L5 - Crossman]
30-minute average simulated H2S concentrations (2019-09)



[L5 - Crossman]
30-minute average simulated H2S concentrations (2019-10)





## L6 – Steele

Kayla Anne Steele
8439 Jefferson Highway, Harahan LA 70123
UTM metric coordinates Zone 15 North: 769078, 3315335



[L6 - Steele]
30-minute average simulated H2S concentrations (2017-07)





[L6 - Steele]
30-minute average simulated H2S concentrations (2017-09)



[L6 - Steele]
30-minute average simulated H2S concentrations (2017-10)



[L6 - Steele]
30-minute average simulated H2S concentrations (2017-11)





[L6 - Steele]
30-minute average simulated H2S concentrations (2018-01)



[L6 - Steele]
30-minute average simulated H2S concentrations (2018-02)





[L6 - Steele]
30-minute average simulated H2S concentrations (2018-04)



[L6 - Steele]
30-minute average simulated H2S concentrations (2018-05)









[L6 - Steele]
30-minute average simulated H2S concentrations (2018-09)



[L6 - Steele]
30-minute average simulated H2S concentrations (2018-10)



[L6 - Steele]
30-minute average simulated H2S concentrations (2018-11)



[L6 - Steele]
30-minute average simulated H2S concentrations (2018-12)



[L6 - Steele]
30-minute average simulated H2S concentrations (2019-01)



[L6 - Steele]
30-minute average simulated H2S concentrations (2019-02)





[L6 - Steele]
30-minute average simulated H2S concentrations (2019-04)



[L6 - Steele]
30-minute average simulated H2S concentrations (2019-05)



[L6 - Steele]
30-minute average simulated H2S concentrations (2019-06)



[L6 - Steele]
30-minute average simulated H2S concentrations (2019-07)











[L6 - Steele]
30-minute average simulated H2S concentrations (2019-12)

## L7 – Adams

Phil Adams
503 Daniel Street, Kenner LA 70062
UTM metric coordinates Zone 15 North: 765509, 3319408







[L7 - Adams]
30-minute average simulated H2S concentrations (2017-09)





[L7 - Adams]
30-minute average simulated H2S concentrations (2017-11)



[L7 - Adams]
30-minute average simulated H2S concentrations (2017-12)









[L7 - Adams]
30-minute average simulated H2S concentrations (2018-04)





[L7 - Adams]
30-minute average simulated H2S concentrations (2018-06)











[L7 - Adams]
30-minute average simulated H2S concentrations (2018-11)



[L7 - Adams]
30-minute average simulated H2S concentrations (2018-12)





[L7 - Adams]
30-minute average simulated H2S concentrations (2019-02)







[L7 - Adams]
30-minute average simulated H2S concentrations (2019-05)





[L7 - Adams]
30-minute average simulated H2S concentrations (2019-07)



[L7 - Adams]
30-minute average simulated H2S concentrations (2019-08)







[L7 - Adams]
30-minute average simulated H2S concentrations (2019-11)



[L7 - Adams]
30-minute average simulated H2S concentrations (2019-12)

## L8 – Williams

Anne Williams
409 Butler Drive, Avondale LA 70094
UTM metric coordinates Zone 15 North: 768969, 3312861



[L8 - Williams]
30-minute average simulated H2S concentrations (2017-07)



[L8 - Williams]
30-minute average simulated H2S concentrations (2017-08)



[L8 - Williams]
30-minute average simulated H2S concentrations (2017-09)





[L8 - Williams]
30-minute average simulated H2S concentrations (2017-11)





[L8 - Williams]
30-minute average simulated H2S concentrations (2018-01)



[L8 - Williams]
30-minute average simulated H2S concentrations (2018-02)



[L8 - Williams]
30-minute average simulated H2S concentrations (2018-03)



[L8 - Williams]
30-minute average simulated H2S concentrations (2018-04)



[L8 - Williams]
30-minute average simulated H2S concentrations (2018-05)







[L8 - Williams]
30-minute average simulated H2S concentrations (2018-08)





[L8 - Williams]
30-minute average simulated H2S concentrations (2018-10)



[L8 - Williams]
30-minute average simulated H2S concentrations (2018-11)





[L8 - Williams]
30-minute average simulated H2S concentrations (2019-01)



[L8 - Williams]
30-minute average simulated H2S concentrations (2019-02)





[L8 - Williams]
30-minute average simulated H2S concentrations (2019-04)





[L8 - Williams]
30-minute average simulated H2S concentrations (2019-06)



[L8 - Williams]
30-minute average simulated H2S concentrations (2019-07)



[L8 - Williams]
30-minute average simulated H2S concentrations (2019-08)



[L8 - Williams]
30-minute average simulated H2S concentrations (2019-09)





[L8 - Williams]
30-minute average simulated H2S concentrations (2019-11)



## L9 – Walker

Ophelia Walker
516 S Jamie Blvd, Avondale LA 70094
UTM metric coordinates Zone 15 North: 769628, 3310831









[L9 - Walker]
30-minute average simulated H2S concentrations (2017-10)







[L9 - Walker]
30-minute average simulated H2S concentrations (2018-01)



[L9 - Walker]
30-minute average simulated H2S concentrations (2018-02)



[L9 - Walker]
30-minute average simulated H2S concentrations (2018-03)





[L9 - Walker]
30-minute average simulated H2S concentrations (2018-05)









[L9 - Walker]
30-minute average simulated H2S concentrations (2018-09)



[L9 - Walker]
30-minute average simulated H2S concentrations (2018-10)



[L9 - Walker]
30-minute average simulated H2S concentrations (2018-11)







[L9 - Walker]
30-minute average simulated H2S concentrations (2019-02)





[L9 - Walker]
30-minute average simulated H2S concentrations (2019-04)













[L9 - Walker]
30-minute average simulated H2S concentrations (2019-10)



[L9 - Walker]
30-minute average simulated H2S concentrations (2019-11)



[L9 - Walker]
30-minute average simulated H2S concentrations (2019-12)

# Attachment F

**Statistical Analysis of CALPUFF Simulated $H_2S$ Concentrations at All Class Representatives' Locations**

# L1 – Bernard

Larry J. Bernard, Mona S. Bernard
475 Gordon Ave, Harahan, LA 70123
UTM metric coordinates Zone 15 North: 770253,3315578



**Figure 1. Percentage of cases in which simulated H₂S concentrations at [L1 - Bernard] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L2 – Ictech-Bendeck

Elias Jorge Ictech-Bendeck
241 Walter Road, River Ridge, LA 70123
UTM metric coordinates Zone 15 North: 769118,3316944



**Figure 2. Percentage of cases in which simulated H₂S concentrations at [L2- Ictech-Bendeck] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L3 – Landry-Boudreaux

Nicole M. Landry-Boudreaux
25 Primrose Lane, Westwego, LA 70094
UTM metric coordinates Zone 15 North: 766285,3315972



**Figure 3. Percentage of cases in which simulated H₂S concentrations at [L3 - Landry-Boudreaux] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L4 – Thompson

Savannah Lee Thompson
1344 Hickory Avenue, Apartment D, Harahan LA 70123
UTM metric coordinates Zone 15 North: 769840,3317408



**Figure 4. Percentage of cases in which simulated H₂S concentrations at [L4 - Thompson] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L5 – Crossman

Robyn Crossman
9534 Catalpa Loop, Waggaman LA 70094
UTM metric coordinates Zone 15 North: 765238,3316431



**Figure 5. Percentage of cases in which simulated H₂S concentrations at [L5 - Crossman] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L6 – Steele

Kayla Anne Steele
8439 Jefferson Highway, Harahan LA 70123
UTM metric coordinates Zone 15 North: 769078, 3315335



**Figure 6. Percentage of cases in which simulated H₂S concentrations at [L6 - Steele] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

# L7 – Adams

Phil Adams
503 Daniel Street, Kenner LA 70062
UTM metric coordinates Zone 15 North: 765509, 3319408



**Figure 7. Percentage of cases in which simulated H₂S concentrations at [L7 - Adams] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

## L8 – Williams

Anne Williams
409 Butler Drive, Avondale LA 70094
UTM metric coordinates Zone 15 North: 768969, 3312861



**Figure 8. Percentage of cases in which simulated H2S concentrations at [L8 - Williams] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

## L9 – Walker

Ophelia Walker
516 S Jamie Blvd, Avondale LA 70094
UTM metric coordinates Zone 15 North: 769628, 3310831



**Figure 9. Percentage of cases in which simulated H₂S concentrations at [L9 - Walker] are above a reference level (RL). Period: July 1, 2017 – December 31, 2019.**

9

# Attachment G

**Scatterplots of predictions at Class Representatives' locations
(EnviroComp vs Lape)**























































# EXHIBIT C-2



**Prepared by EnviroComp, Inc.**
**23 April 2024**

Lape's CALPUFF output domain border is depicted in Figure 1. The domain is a square grid of 80 points spaced 250 m in both directions. CALPUFF extent is thus 20 x 20 km$^2$ and there are 6,400 grid points.



**Figure 1.  Lape's CALPUFF output domain (yellow box), proposed Class boundary (pink perimeter) and landfills.**

Lape reported that his CALPUFF grid has 2,361 grid points from within the Proposed Class Boundary. However, The Proposed Class Boundary contains 1,740 grid points (Figure 2). Since each point represents a square of 250 x 20 m2, the area corresponding to such grid points is 1740 x 250 x 250 m² = 108.75 km² (42 sq miles).



**Figure 2.   Proposed Class Boundary and centers of Lape's CALPUFF output grid.**

### 1.1. Year 2017

The median of the frequency of exceedances of 5 ppb within the Proposed Class Boundary (1,740 grid points) is **0.013** (111 exceedances out of 8,832 30-minute periods). Lape reported a frequency of threshold exceedance value of 0.024 (Lape Table G-1).

### 1.1. Year 2018

The median of the frequency of exceedances of 5 ppb within the Proposed Class Boundary (1,740 grid points) is **0.014** (245.5 exceedances out of 17,520 30-minute periods). Lape reported a frequency of threshold exceedance value of 0.025 (Lape Table G-1).

### 1.1. Year 2019

The median of the frequency of exceedances of 5 ppb within the Proposed Class Boundary (1,740 grid points) is **0.008** (137.5 exceedances out of 17,518 30-minute periods). Lape reported a frequency of threshold exceedance value of 0.019 (Lape Table G-1).

The error made by Lape affects all the figures in his Appendix G.

# EXHIBIT C-3



**Prepared by EnviroComp, Inc.**
**18 June 2024**

This memorandum revises my April 23, 2024 Memorandum to account for Plaintiffs' revised proposed class boundaries.

Mr. Lape's CALPUFF output domain border is depicted in Figure 1. The domain is a square grid of 80 points spaced 250 m in both directions. CALPUFF extent is thus 20 x 20 km$^2$ and there are 6,400 grid points.



**Figure 1.  Lape's CALPUFF output domain (yellow box), Revised Class Boundary (pink perimeter) and landfills.**

Lape reported that his CALPUFF grid has 2,361 grid points from within the Proposed Class Boundary. However, the Revised Class Boundary contains 1,899 grid points[1] (Figure 2). Since each point represents a square of 250 x 250 m², the area corresponding to such grid points is 1,899 x 250 x 250 m² = 118.69 km² (46 sq miles).



**Figure 2.   Revised Class Boundary and centers of Lape's CALPUFF output grid.**

## Year 2017

The median of the frequency of exceedances of 5 ppb within the Revised Class Boundary (1,899 grid points) is **0.011** (100 exceedances out of 8,832 30-minute periods). Lape reported a median frequency of threshold exceedance value of 0.024 (Lape Table G-1).

---

[1] The formerly Proposed Class Boundary contained fewer grid points (1,740).

## Year 2018

The median of the frequency of exceedances of 5 ppb within the Revised Class Boundary (1,899 grid points) is **0.013** (220 exceedances out of 17,520 30-minute periods). Lape reported a median frequency of threshold exceedance value of 0.025 (Lape Table G-1).

## Year 2019

The median of the frequency of exceedances of 5 ppb within the Revised Class Boundary (1,899 grid points) is **0.007** (119 exceedances out of 17,518 30-minute periods). Lape reported a median frequency of threshold exceedance value of 0.019 (Lape Table G-1).

The error made by Lape affected all the tables and figures in his Appendix G. Now that Lape has expanded the class area, this error is further increasing. For example, as shown above for 2017, the median calculated by Lape was 0.024. The corrected value for the median was 0.013 with the original proposed class area and the median now is 0.011 for the revised class area.