# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| | **NO. 18-7889** |
| | **c/w 18-8071,** |
| **VERSUS** | **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

**DECLARATION OF MICHAEL R. CORN, P.E.,**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION**

I, Michael R. Corn, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18 and am competent to testify as to the statements contained herein, which are based on my own personal knowledge and review of certain documents produced or otherwise identified in this matter.

2.      I am the founder of and currently a Technical Consultant at AquAeTer, Inc., an environmental consulting company.

3.      I have a Bachelor of Science in Nuclear Engineering from the University of Tennessee and a Master of Science in Environmental and Water Resources Engineering from Vanderbilt University. I am an active Professional Engineer in Louisiana, as well as in 10 other states or commonwealths, and am either inactive or retired in an additional 19 states.

4.      I have worked in environmental consulting for 50 years in the areas of air permitting, monitoring and modeling, water quality studies including dispersion and wasteload allocation modeling, wastewater treatment and design, contaminant transport, fate and effects, risk

assessments and analyses, National Pollution Discharge Elimination System (NPDES) permitting, and solid, hazardous and nuclear waste disposal, monitoring, and remediation.

5.  I have worked at industrial and/or government-operated facilities in almost all industrial categories, including all the facilities discussed in my expert report. I have conducted or supervised other engineers/scientists in developing emissions estimates, Title V Permits and Toxics Release Inventory ("TRI") reporting on facilities. I have completed air permitting, including Title V permitting, Prevention of Significant Deterioration analyses, New Source Performance reviews, Best Available Control Technology/Lowest Achievable Emissions Reduction, Minor Source Permitting, and TRI reporting and emissions estimates.

6.  I am a co-holder of one U.S. patent for a hazardous waste land treatment unit for oily sludges, and I am a co-inventor of a patent for in-situ aerobic biostimulation for remediating double-bonded carbon molecules in groundwater and the vadose zone. I was the technical director for the development of the Title V Permitting and Superfund Amendments and Reauthorization Act emissions model for the creosote wood-treating industry.

7.  I am currently a member of the American Nuclear Society and the American Academy of Environmental Engineers and Scientists.

8.  I have served for the Technical Association of the Pulp and Paper Industry as the Committee Chair for the Environmental Subcommittee for the annual Engineering, Pulping and Environmental conference. I received the Weston Award for outstanding Technical Contributions to the Pulp and Paper Industry in 2008, including my work in water quality, wastewater, and air. I and my company, AquAeTer, along with our collaborating design firm, Horner and Shifrin, were recognized with an Honors Award from the Illinois Consulting Engineering Council for work on an effluent diffuser for the Rock River Water Reclamation Authority located in Rockford, Illinois.

9.     I am also a Technical Advisor for the Harpeth Conservancy in Tennessee on water quality and wastewater treatment issues at Publicly Owned Treatment Works (POTWs) in the Harpeth River basin in Tennessee.

10.    I served as an Adjunct Instructor or Adjunct Professor for the Civil and Environmental Engineering Department of Vanderbilt University in Nashville for 13 years from 2007 to 2019, where I taught graduate level classes in environmental sampling in air, water, and solid/hazardous/nuclear wastes, and environmental regulations

11.    I was retained by defense counsel to evaluate the transport of air emissions from various sources along the east and west banks of the Mississippi River in and near Jefferson Parish, Louisiana, including the numerous non-landfill air emission sources in the area that may affect residents in the proposed class area.

12.    On March 8, 2024, I submitted the "Expert Report of Michael R. Corn on the Non-Landfill Alternative Emission Sources in and Near Jefferson Parish, Louisiana" in this matter. A true and accurate copy of my report is attached hereto as Exhibit D-1.

13.    Based on my review of the various industrial and municipal facilities located across and near the proposed class area, and analysis of the relevant data and documents that I received and gathered, I reached several opinions in this case, which are summarized in Section 2.0 of my expert report.

14.    The remainder of my report further explains and lays out the bases for my opinions, and provides background information on relevant issues.

15.    My opinions have not changed.

June 17, 2024

Michael R. Corn

# EXHIBIT D-1

March 8, 2024

**EXPERT REPORT OF MICHAEL R. CORN**

**ON THE NON-LANDFILL ALTERNATIVE EMISSION SOURCES IN AND NEAR JEFFERSON PARISH, LOUISIANA**

**CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 Section: "E" (5) JUDGE: Morgan; MAGISTRATE JUDGE: North**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

**ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff VERSUS WASTE CONNECTIONS BAYOU, INC., ET. AL., Defendants**

Testifying Expert Report

# TABLE OF CONTENTS

TABLE OF CONTENTS     ii

List of Tables     iv

List of Figures     v

List of Attachments     v

SECTION 1.0 QUALIFICATIONS     1

SECTION 2.0 SCOPE OF REPORT AND SUMMARY OF OPINIONS     3

SECTION 3.0 BACKGROUND     9

3.1    Air Quality Regulations ................................................................ 9
3.1.1    Federal.................................................................................. 9
3.1.2    State..................................................................................... 11
3.2    Emission Sources .................................................................... 12
3.2.1    Point Sources ...................................................................... 13
3.2.2    Fugitive Sources.................................................................. 13
3.2.3    Startup, Shutdown, and Malfunction .................................. 13
3.2.4    Emissions from Equipment Failure ..................................... 13
3.3    Reported Emissions Data........................................................ 13
3.4    Locations of Alternative Odor Sources and Proposed Class Representatives .. 14
3.5    Potential Emissions................................................................ 20
3.6    Unpermitted Releases from Permitted Facilities ............................. 22
3.7    Information about selected Chemicals........................................ 23
3.7.1    Hydrogen Sulfide ................................................................ 23
3.7.2    Sulfur.................................................................................. 24
3.7.3    Ammonia.............................................................................. 24
3.7.4    Methyl Mercaptan ............................................................... 26

SECTION 4.0 ANALYSIS AND OPINIONS     27

4.1    Opinion #1: Weather Data Demonstrate Variable Wind Conditions Throughout the Proposed Class Area, Indicating A Need for an Individualized Analysis. ............. 27

Testifying Expert Report

4.2     Opinion #2: Numerous Non-Landfill Odor Sources Likely Contributed to Odors in the Proposed Class Area. ................................................................... 30

4.2.1     Permitted Sources Likely Contributed to Emissions in the Proposed Class Area.     31

4.2.2     Large Potential Area or Network Sources Also Likely Contributed Emissions to the Proposed Class Area.................................................................... 100

4.3     Opinion #3: The Proposed Class Representatives Reside at Varying Distances from the Table 1 Sources, Indicating Differing Impacts from the Alternative Odor Sources................................................................................................................ 103

4.3.1     Larry J. and Mona S. Bernard ................................................. 107

4.3.2     Elias Jorge Ictech-Bendeck..................................................... 107

4.3.3     Nicole M. Landry-Bordreaux.................................................. 108

4.3.4     Savannah Lynn Thompson ...................................................... 109

4.3.5     Robyn Crossman ...................................................................... 110

4.3.6     Kayla Anne Steele.................................................................... 110

4.3.7     Phil Adams................................................................................ 111

4.3.8     Ann Williams ........................................................................... 112

4.3.9     Ophelia Walker ........................................................................ 112

SECTION 5.0 SUMMARY AND CONCLUSIONS                                    115

SECTION 6.0 FINAL STATEMENT                                                         120

# List of Tables

Table 1. Industrial and Municipal Pollutant Sources Potentially Impacting the Proposed Class Area* ........................................................................................................ 14
Table 2. Names and Addresses of the Proposed Class Representatives ........................... 18
Table 3. Chemicals Used or Produced at the Table 1 Sources* ...................................... 20
Table 4. Air Permits for the Table 1 Facilities................................................................ 31
Table 5. Chemicals and Criteria Pollutants Listed in the Title V Permits for the Cornerstone Chemical Complex ...................................................................... 32
Table 6. Pollutants Listed in the Title V Permits for the Utilities Plant / Site Services ... 34
Table 7. Utilities Plant/Site Services Title V Permitted Annual Air Emissions for 2017– 2019................................................................................................................... 35
Table 8. Pollutants Listed in the Title V Permits for the Acrylonitrile Plant .................. 37
Table 9. Acrylonitrile Plant Title V Permitted Annual Air Emissions for 2017–2019 .... 38
Table 10. Pollutants Listed in the Title V Permits for the Urea and Melamine Plant ...... 41
Table 11. Urea and Melamine Plant Title V Permitted Annual Air Emissions for 2017– 2019................................................................................................................... 41
Table 12. Pollutants Listed in the Title V Permits for the Sulfuric Acid Regeneration Plant .................................................................................................................. 46
Table 13. Sulfuric Acid Regeneration Plant Title V Permitted Annual Air Emissions for 2017–2019........................................................................................................ 47
Table 14. Pollutants Listed in the Title V Permits for the Roehm America Plant............ 54
Table 15. Roehm America Plant Title V Permitted Annual Air Emissions for 2017–2019 ........................................................................................................................... 54
Table 16. Pollutants Listed in the Title V Permit for Dyno Nobel Ammonia .................. 59
Table 17. Dyno Nobel Ammonia Title V Permitted Annual Air Emissions for 2017–2019 ........................................................................................................................... 60
Table 18. Pollutants Listed in the Title V Permits for Kemira Chemicals ....................... 62
Table 19. Kemira Chemicals Title V Permitted Annual Air Emissions for 2017–2019 .. 63
Table 20. Pollutants Listed in the Minor Source Permits for ARTCO Fleeting Services 65
Table 21. ARTCO Title V Permitted Annual Air Emissions for 2017–2019.................. 66
Table 22. LDEQ Toxic Air Pollutants Ground Level Concentrations.............................. 68
Table 23. Pollutants Listed in the Minor Source Permits for the IMTT Avondale Terminal ........................................................................................................................... 69
Table 24. IMTT Avondale Minor Source Permitted Annual Air Emissions for 2017–2019 ........................................................................................................................... 70
Table 25. Pollutants Listed in the Minor Source Permits for the Cargill Westwego Marine Terminal............................................................................................................ 73
Table 26. Cargill Westwego Marine Terminal Permitted Annual Air Emissions for 2017– 2019................................................................................................................... 73
Table 27. ADM Grain Permitted Annual Air Emissions for 2017 – 2019 ...................... 75
Table 28. Volatile Organics that May Be Emitted from the Harahan WTP .................... 78
Table 29.  Chemicals Released by Kirby Inland.............................................................. 86
Table 30.  Pollutants Listed in the Title V Permit for River Birch .................................. 96
Table 31. River Birch Title V Permit Emissions ............................................................ 97
Table 32. Odors Documented in the Proposed Class Area ............................................. 103
Table 33. Distance from the Bernards to Alternative Odor Sources .............................. 107

Testifying Expert Report

Table 34. Distance from Elias Jorge Ictech-Bendeck to Alternative Odor Sources ....... 108
Table 35. Distance from Nicole M. Landry-Bordreaux to Alternative Odor Sources.... 108
Table 36. Distance from Savannah Lynn Thompson to Alternative Odor Sources........ 109
Table 37. Distance from Robyn Crossman to Alternative Odor Sources ...................... 110
Table 38. Distance from Kayla Anne Steele to Alternative Odor Sources.................... 110
Table 39. Distance from Phil Adams to Alternative Odor Sources.............................. 111
Table 40. Distance from Ann Williams to Alternative Odor Sources .......................... 112
Table 41. Distance from Ophelia Walker to Alternative Odor Sources ....................... 113

# List of Figures

Figure 1. Table 1 Sources Potentially Impacting the Proposed Class Area*.................. 16
Figure 2. Approximate Locations of Table 1 Sources within the Cornerstone Chemical
      Complex............................................................................................................ 17
Figure 3. Locations of the Proposed Class Representatives in Relation to the Table 1
      Sources .............................................................................................................. 19
Figure 5. Ionic State of Ammonia based on pH and Temperature ................................. 25
Figure 6. Wind Rose for July 2017 for Jefferson Parish............................................... 28
Figure 7. Wind Rose for the Period July 1, 2017 through December 31, 2019............... 29
Figure 8. Sulfuric Acid Regeneration Plant at Cornerstone Chemical Company............ 46
Figure 9. Leak at Sulfuric Acid Regeneration Plant ..................................................... 49
Figure 10. ARTCO Facilities on the Mississippi River ................................................. 65
Figure 11. The IMTT Avondale Terminal ..................................................................... 69
Figure 12. Complaint ~1.5 miles away from Air Emissions from the IMTT Avondale
      Terminal............................................................................................................ 72
Figure 13. ADM Grain located on the West Bank of the Mississippi River ................... 75
Figure 14 Harahan WTP ................................................................................................ 77
Figure 15. Soniat Canal in relation to the Harahan WTP .............................................. 79
Figure 16. Stormwater Canal to Lake Pontchartrain from Harahan WTP...................... 79
Figure 17. Canal entering Lake Pontchartrain ............................................................... 80
Figure 18. Harahan WTP Location ................................................................................ 81
Figure 19. Aerobic Digester in the First Stage of the Harahan WTP ............................. 83
Figure 20. Clogged Secondary Clarifier at the Harahan WTP ....................................... 84
Figure 21. Location of Kirby Inland Marine on the East Bank of the Mississippi River. 85
Figure 22. Kirby Inland Marine Operations .................................................................. 86
Figure 23. Wood Materials Composting Operations ...................................................... 89
Figure 24. Location of Wood Materials on the East Bank of the Mississippi River ........ 90
Figure 25.  River Birch: Gas Treating and Distribution, and Wastewater Treatment ...... 91
Figure 26. Natural Gas Production Facility at River Birch ............................................ 92
Figure 27. Non-hazardous Wastewater Treatment System.............................................. 93
Figure 28. Wetlands and Forested Wetlands in the Area................................................. 102
Figure 29. Ms. Walker's Residence Surrounded by Wetlands ....................................... 114

# List of Attachments

Attachment 1. CV for Michael R. Corn ........................................................................ 126

Testifying Expert Report

Attachment 2. Documentation from LDEQ .................................................................. 156
Attachment 3. Emissions Reports ............................................................................... 248
Attachment 4. Documents Received and Considered .................................................... 253

# SECTION 1.0

# QUALIFICATIONS

My name is Michael R. Corn, and I am the founder of AquAeTer, Inc., located in Brentwood, Tennessee. I am currently a Technical Consultant to AquAeTer. AquAeTer also has an office in Centennial, Colorado. We also have Technical Expert associates in Atlanta, Georgia; Junction City, Kentucky; Charlotte, North Carolina; and Helena, Montana.

I have a Bachelor of Science in Nuclear Engineering from the University of Tennessee in Knoxville, Tennessee and a Master of Science in Environmental and Water Resources Engineering from Vanderbilt University in Nashville, Tennessee. I have been working in environmental consulting for 50 years. In that time, I have worked in the areas of air permitting, monitoring and modeling, water quality studies including dispersion and wasteload allocation modeling, wastewater treatment and design, contaminant transport, fate and effects, risk assessments and analyses, National Pollution Discharge Elimination System (NPDES) permitting, and solid, hazardous and nuclear waste disposal, monitoring, and remediation.

I am a co-holder of one U.S. patent for a hazardous waste land treatment unit for oily sludges, and I am a co-inventor of a patent for in-situ aerobic biostimulation for remediating double-bonded carbon molecules in groundwater and the vadose zone. I was the technical director for the development of the Title V Permitting and Superfund Amendments and Reauthorization Act emissions model for the creosote wood-treating industry. I am currently a Professional Engineer in 11 states or commonwealths, and I am either inactive or retired in an additional 19 states. I am currently an active Professional Engineer in Louisiana.

I have served for the Technical Association of the Pulp and Paper Industry as the Committee Chair for the Environmental Subcommittee for the annual Engineering, Pulping and Environmental conference. I received the Weston Award for outstanding Technical Contributions to the Pulp and Paper Industry in 2008, including my work in water quality, wastewater, and air. I and my company, AquAeTer, along with our collaborating design firm, Horner and Shifrin, were recognized with an Honors Award from the Illinois Consulting Engineering Council for work on an effluent diffuser to the Rock River Water Reclamation Authority located in Rockford, Illinois.

I am also a Technical Advisor for the Harpeth River Conservancy in Tennessee on water quality and wastewater treatment issues at Publicly Owned Treatment Works (POTWs) in the Harpeth River basin in Tennessee.

1

Testifying Expert Report

I have worked at industrial and/or government-operated facilities in almost all industrial categories, including all the facilities discussed in this Expert Report. I have conducted or supervised other engineers/scientists in developing emissions estimates, Title V Permits and Toxics Release Inventory (TRI) reporting on facilities as partially presented in my Curriculum Vitae (CV) presented in Attachment 1. I have completed air permitting including Title V permitting, Prevention of Significant Deterioration analyses, New Source Performance reviews, Best Available Control Technology/Lowest Achievable Emissions Reduction, Minor Source Permitting, and TRI reporting and emissions estimates. I am currently a member of the American Nuclear Society and the American Academy of Environmental Engineers and Scientists.

I have conducted environmental projects in 40 U.S. states and territories, and approximately 20 offshore countries.

I served as an Adjunct Instructor or Adjunct Professor for the Civil and Environmental Engineering Department of Vanderbilt University in Nashville for 13 years from 2007 to 2019 where I taught graduate level classes in environmental sampling in air, water, and solid/hazardous/nuclear wastes, and environmental regulations.

AquAeTer charges $355/hour for my time on all work I do for the company. My CV is presented in Attachment 1, as well as a list of my Expert Testimony/Depositions Litigation History for the last ten years.

Testifying Expert Report

## SECTION 2.0

## SCOPE OF REPORT AND SUMMARY OF OPINIONS

This expert report evaluates the transport of air emissions from various sources along the east and west banks of the Mississippi River in and near Jefferson Parish, Louisiana, and the numerous non-landfill air emission sources in this area that may affect residents in the proposed class area. I also discuss the individual residents who have been independently impacted by these emissions as recorded by state inspectors. I am explicitly not considering emissions from the other landfills near the Jefferson Parish Landfill, although I have reviewed the potential non-landfill-related emissions from operations located at the River Birch Landfill site.

As part of my work, I reviewed the Louisiana Department of Environmental Quality (LDEQ) permits for fifteen different industrial and municipal facilities in this area that release air pollutants to the environment, LDEQ Incident Reports for these same sources for air releases of air contaminants that are not permitted, wind roses for the weather station at the Louis Armstrong New Orleans International Airport (MSY), wetland inventories from the U.S. Fish and Wildlife Service (USFWS), and relevant literature as described in further detail below.

Air emissions that I have reviewed include:

- Point sources emission(s), e.g., from a defined source that can be a stack, area source or other defined geometric shape, like a stack of creosote treated wood or a pile of compost that has a defined geometric shape which allows emissions from the outside surface;

- Fugitive emission(s) that come from sources within a facility that are not point sources, such as leaks from pumps and valves, and emissions from open tanks, manholes, open ditches, and area-wide sources; and

- Incident Reports of air emissions from non-permitted releases.

Footnotes throughout this report provide citations to materials used to develop my opinions. Additional documentation I have relied on and considered for this report are presented in the bibliography and in the Attachments to this report.

John Michael Corn, P.E., Chemical Engineer and President of AquAeTer assisted me in preparing this report, as well as Tony Tomalewski and Alexis Carpenter, Environmental Scientists, also assisted in preparation of data tables and research on this report.

3

Testifying Expert Report

Based on my reviews and analyses, I have reached the following conclusions and formed the following opinions:

- There is not any one source that could more likely than not affect the entire proposed class area or any specific point within the proposed class area. Rather, it is more likely than not that there are multiple potential odor sources that affect individual locations within the proposed class area. The impacts of each potential odor source on each individual location within the proposed class area change depending on the wind speed and direction over each source independently, the odor strength which varies source to source, and the odor source location in relationship to each of the fifteen sources and the area sources, including the wetlands and sewer system.

  - **Opinion #1:** In my opinion, given that the weather data collected do not show a preferential wind direction, an individualized inquiry would be needed to determine which source(s) are more likely than not a substantial cause of any alleged impacts to a putative class member. Any specific location/receptor within the proposed class area would have to be independently analyzed as to the impacts from all sources at the receptor's specific location in relationship to the multitude of sources and the wind direction and speed that would transport the pollutant to that unique location at a concentration high enough to be a nuisance.

    - It is my opinion that the impacts of wind on each individual location in the proposed class area depend on the wind speed and direction. Wind direction and speed are highly variable.

    - The weather data reviewed with respect to potential impacts from the alternative odor sources includes both wind speed and direction.

    - Weather data are collected by the United States Weather Service, a division of the National Oceanic and Atmospheric Administration (NOAA) at the Louis Armstrong New Orleans International Airport. This weather station, located in Jefferson Parish, represents the wind conditions for Jefferson Parish as well as the surrounding areas.

    - Sources at or near ground level are more likely to impact nearby receptors than emissions from a stack that is operating correctly. The ground level emissions have a lower potential for dispersion due to less interaction with winds, obstacles, and ground friction.

4

This means that the ground level emission normally has a greater potential to arrive at a receptor location at a greater concentration than a chemical released through the stack.

- It is my opinion that individual residents and properties across a proposed class area of this size (approximately 41.5 square miles or 26,560 acres) cannot all be downwind from a single source and then be impacted in any wide-ranging, uniform and identical way.

o **Opinion #2:** In my opinion, it is more likely than not that numerous known and potential non-landfill alternative odor sources contributed to odors and other impacts in the proposed class area, undermining any commonality in odor impacts across the proposed class.

- Unpermitted air emissions represent highly concentrated emission sources that have been documented by LDEQ to have specific impacts to individual residents in the proposed class area that are downwind from the different sources at different times, in different wind conditions, and by different release mechanisms from the fifteen sources.

- There are large potential area sources of odors that more likely than not impact individual locations within the proposed class area. Examples include the sewer and stormwater collection systems in Harahan which transfer individual wastewaters from within the proposed class area in Harahan to the wastewater treatment plant (WTP)1, overflows from the wastewater collection system which the stormwater system has transported through the proposed class area in Harahan to Lake Pontchartrain, and the wetlands and forested wetlands that are throughout the proposed class area. The effects of the unpermitted releases from the Cornerstone Chemical Complex, the sewer collection system, and the wetland sources will be dependent upon the weather, meaning that a single analysis of impacts from these sources is not appropriate for all receptors in the proposed class area and specifically all weather conditions.

---

[1] The sewer collection system in Harahan is less likely to affect receptors outside of Harahan general area primarily due to the dilutional effects of distance and wind direction, but it has a direct effect on individual residents' homes in the Harahan portion of the proposed class area. River Ridge is also adjacent to and in the Harahan area.

- To illustrate this point, one of the facilities at the Cornerstone Chemical Complex had a documented, continuous release (leak) that lasted eight months that the allowed for continuous emissions of a chemical with a pungent odor. The eight-month leak overlapped with the time period relevant to the proposed class.

- As another illustration of this point, during the relevant time period, the Harahan WTP, which is proximate to residential areas, had numerous documented incidents of odorous emissions. In many instances, the odors had identifiable causes associated with the WTP or its operations.

▪ It is my opinion that the concentration of the air pollutant that reaches an individual location is also different for each individual location and for each pollutant due to the dispersion and transformation of different chemicals, such as, sulfur trioxide released at the Cornerstone Chemical Complex mixing in the atmosphere with water vapor to form sulfuric acid. Given the high number of air emission sources in this area and the high number of odor incidents reported to the LDEQ for different chemical sources, this highly suggests more than one source for the complaints.

▪ It is my opinion that determining the non-landfill source(s) of odors and emissions experienced by the proposed class members—at their homes and/or during their travel to other locations in the approximately 41.5-square mile (26,560 acres) proposed class area during the relevant time period—would require case-by-case, individual analyses in order to assess which source(s) are more like than not a substantial cause of a putative class member's alleged injuries. I do not believe that these impacts of the odor sources could be assessed on a class-wide basis, due to the many industrial sources in the area, the diverse locations of the putative class members, the differences in individual complaints documented by the LDEQ, and the highly variable weather conditions (wind speed and direction).

▪ It is my opinion that assessing whether a particular location within the proposed class area has been impacted by nuisance emissions over a particular time period would need to encompass multiple

Testifying Expert Report

factors, such as wind direction and speed, upwind sources and potential sources of odors and air emissions, the strength or concentration of the air pollutant(s) in each source's emissions as it decreases in concentration over distance due to atmospheric mixing, the time periods of the necessary meteorological conditions for ground level (approximately from ground level to about 10 feet [3 meters] above the ground or breathing height) transport of odors and emissions, and the relative proximity of the source to the receptor location. This becomes more critical for a larger geographic area that includes an array of land uses and operations that can produce odors and emissions, such as the proposed class area.

▪ For these same reasons, it is my opinion that the source and strength of any odors experienced by a putative class member at one location within the proposed class area would likely not be the same as or typical of another putative class member at another location. Based on a review of the documentation of odor complaints from LDEQ, it is my opinion that multiple sources have more likely than not caused or contributed to the odor complaints.

o **Opinion #3:** It is my opinion that the varying distances between each proposed class representative's residential location and each Table 1 alternative odor source is yet another indication that the potential impacts to one particular individual within the proposed class area will not be common or typical. As such, in order to determine which source(s) is more likely than not a substantial cause of any putative class member's alleged injuries, it is my opinion that individual assessments of odor and emission impacts must be conducted for each putative class member.

▪ It is my opinion that sources closest to the individual plaintiffs have a much greater chance of impacting the individual plaintiff's location. This includes both the industrial. Municipal, and area wide emissions, such as the Harahan sewer system and the extensive wetlands in the Jefferson Parish area.

• An objective analysis of a proposed class area approximately 41.5 square miles in size (26,560 acres) and on both sides of the Mississippi River cannot ignore these numerous other non-landfill sources of emissions and odors, especially when many

7

Testifying Expert Report

of these other sources have significant emissions events documented by LDEQ and are proximate to residential areas within the proposed class area.

Testifying Expert Report

## SECTION 3.0

## BACKGROUND

### 3.1    AIR QUALITY REGULATIONS

#### 3.1.1    **Federal**

The U.S. Congress passed "The Clean Air Act of 1970" (CAA), which led to the U.S. Environmental Protection Agency (USEPA) promulgating regulations for air emission sources. (42 United States Code [U.S.C.] §7401 et seq. (1970).)

The CAA is the comprehensive federal law that regulates air emissions from stationary and mobile sources. Among other things, the CAA authorizes the USEPA to establish National Ambient Air Quality Standards (NAAQS) to protect public health and welfare and to regulate emissions of hazardous air pollutants.

Both industrial and governmental facilities can be subject to these regulations. A brief overview of air regulations and updates to the program are described below:

- The Clean Air Act of 1970 regulated the following Criteria Pollutants:

    o   Ground level ozone;

    o   Particulate Matter (PM), including PM10 and PM2.5;

    o   Carbon Monoxide (CO);

    o   Lead (Pb);

    o   Sulfur dioxide (SO2), usually discussed as sulfur oxides (SOx) for all forms of atmospheric sulfur; and

    o   Nitrogen dioxide (NO2), usually discussed as nitrogen oxides (NOx) for all forms of nitrogen oxides.

- The Clean Air Act Amendments of 1990 added 189 Hazardous Air Pollutants (HAPs). The HAPs can cause injury to human health and/or welfare. The list of HAPs has been modified since its original promulgation.

The Title V program was designed to achieve NAAQS. Nationally, air emission sources are regulated if they exceed any of the following conditions:

Testifying Expert Report

- 100 tons per year (tpy) of any Criteria Pollutant;

- 25 tons of total HAPs; or

- 10 tons of any single HAP.

If an area does not meet the NAAQS for any pollutant, the permitted emission limits can be more stringent.

Ultimately, the permitted values are not supposed to cause a violation of the NAAQS. There are no ambient air quality concentrations for the HAPs. The concentrations of individual HAPs in the area must be evaluated by independently modeling or measuring and comparing the concentrations to health-based screening values. This means that permitted emissions are not expected to have major impacts in the proposed class area.[2] For this reason, none of the permitted emissions are evaluated, for NAAQS purposes, for potential odor impacts. Thus, certain permitted emissions can result in odiferous impacts while being within legal emissions limits, particularly those substances known to be odiferous at levels far below those known to cause any health effects.

The USEPA maintains the Permit Compliance System (PCS) and Integrated Compliance Information System (ICIS) databases which provide information on companies which have been issued air permits. Title V permit information is available from the EPA ICIS-Air Search tool. Title V submittals are required to be certified by an officer of the company. Submitting inaccurate information in the Title V submittals can be punishable by fines and/or jailtime.

Of the fifteen sources listed in Table 1 in Section 3.4 below, there are seven individual Title V Permits for the seven chemical plants or support facilities on the Cornerstone Chemical Complex. River Birch, including its onsite gas plant, wastewater treatment system, and leachate ponds, also operates under a Title V permit. No other facility within the Cornerstone Chemical Complex is considered a major source for either Criteria Pollutants or HAPs, and thus they either have minor air permits issued by LDEQ or they do not have an air permit. Outside of the Cornerstone Chemical Complex and River Birch, there are four additional industrial sources that have Minor Source Air Permits from LDEQ, and there are two industrial sources and one municipal source that do not have air permits.

---

[2] Note that it is possible that the permitted emissions were not fully evaluated by LDEQ to determine potential effects.

Testifying Expert Report

I have reviewed the available air permits for selected major and minor sources that have been permitted in the proposed class area. Not all sources that I have reviewed are permitted. The permits extend before, during and after the relevant time period.

The Comprehensive Environmental, Response, Compensation and Liability Act (CERCLA), authorized by Title III of the Superfund Amendments and Reauthorization Act (SARA), was passed in 1986. Section 313 of this Act requires facilities that release Reportable Quantities (RQ) of Criteria Pollutants and HAPs from their facilities to provide a yearly inventory of actual releases from air, water, and solid wastes. This inventory is collected by the USEPA/LDEQ and published in TRI reports.

TRI reports total actual emissions for each year.[3] TRI reports are required for major air emission sources. Mobile sources, such as truck traffic and barge traffic on the River, are not required to report emissions, although loading operations based on shore to ship transfers may have to be permitted. Minor sources may also have to report to the TRI program if they have a different regulatory requirement, such as wastewater discharges. TRI reports are required to be certified by an officer of the company. Submitting inaccurate information in the TRI report can be punishable by fines and/or jailtime.

TRI reports have been obtained for the years 2017 through 2019 from the EPA Envirofacts TRI Search, TRI Factsheets, and TRI Explorer. Each database pulls from the same dataset, but provides a different context. Data are available for the time period from July 1, 2017 through December 31, 2019, or as long as the facility has been reporting. The 2017 year had TRI emissions reported for the whole year, the emissions just for half of the year were estimated by dividing the total year's emissions by half. The TRI reports give the _total actual combined emissions_ (either measured or calculated) that the Cornerstone Chemical Complex with its seven separately permitted sources have released during the 2017 through 2019 period. The TRI reports for River Birch include emissions from the landfill and non-landfill operations. None of the other seven industrial or public businesses listed in Table 1 have self-reported emissions that require submittals of TRI reports.

### 3.1.2   **State**

LDEQ administers the air emissions program in Louisiana for the USEPA. LDEQ can also require additional emissions limits that are more stringent than the Federal regulations. LDEQ has added additional HAPs to their Louisiana Toxic Air Pollutants (TAPs) list that are in addition to the Federal list.[4] This list includes fourteen additional chemicals that are

---

[3] Total actual emissions are usually calculated based on production and pounds of pollutant per 1,000 pounds of product.
[4] The TAPs are given under Louisiana Administrative Code (LAC) – LAC Title 33, Pt. III § 5112, Tables 51.1–51.3.

not on the Federal list, including three that are specifically released in the Jefferson Parish area: ammonia, hydrogen sulfide, and sulfuric acid. If a facility generates less than one ton per year of emissions, LDEQ does not require the facility to have an air permit.

LDEQ has a separate system for identifying air emission sources that are either exempt or unpermitted. Exempt emissions include startup, shutdown, and malfunction conditions from normally permitted sources. These emissions tend to be at greater emissions rates than the normal permitted releases. During startup, shutdown, and malfunction events, control devices may not be fully operational, leading to greater emissions rates than normally allowed by the permit. Exempt emissions are expected to impact the same areas as the normal permitted emission, but may impact additional areas as well, since they can be more concentrated, i.e., not as diluted or treatment systems not as effective. Exempt emissions can also include sources that are not required to be permitted by the USEPA.

Unpermitted emission sources can include point and fugitive sources, as well as spills/accidental releases. Accidental releases can involve pure chemicals or combinations of chemicals, so concentrations from spills/accidental releases can be much greater than from permitted air emissions that may or may not be treated prior to discharge and then are discharged through a stack. For instance, an accidental air release from a process line through a valve or flange can be in the 0.1 to 1 percent of chemical range. An air release containing 0.1 to 1 percent of pure chemical has a concentration of between 100,000 or 100-thousand parts per billion (ppb) and 1,000,000 or 1 million ppb. A pure chemical at 100% concentration is at 1 million ppm or 1 billion ppb. Normally, air pollutants that have been released from a stack are in the low ppb or low parts per trillion (ppt) (e.g., <10 ppb or <10 ppt) range for HAPs or low parts per million (ppm) range for criteria pollutants (<10 ppm or <10,000 ppb). One source of odors that will be discussed later in this report is the molten sulfur tank at the Cornerstone Sulfuric Acid Regeneration Plant. The Cornerstone Sulfuric Acid Regeneration Plant's Title V permit does not require emission controls on the molten sulfur tank.

LDEQ also requires Incident Reports to be filed by facilities for unpermitted, unauthorized air emissions. The Incident Reports are also filed by LDEQ inspectors who are investigating citizen complaints or are conducting other routine inspections of permitted or unpermitted facilities in Louisiana. The inspections and Incident Reports normally require information on the following topics: weather conditions, time and duration of the event/emissions, and potential sources of emissions.

## 3.2   EMISSION SOURCES

LDEQ issues air emissions permits for point sources and sources of fugitive emissions.

Testifying Expert Report

### 3.2.1   <u>Point Sources</u>

Point sources are defined by the USEPA in the Code of Federal Regulations (CFR) as "large, stationary (non-mobile), identifiable sources of emissions that release pollutants into the atmosphere." (40 CFR § 51.50.) Basically, this means "any single identifiable source of pollution from which pollutants are discharged, such as, a pipe, ditch, ship or factory smokestack."[5] In general, point sources are geometric sources where emission rates (e.g., grams per second) can be defined from a known exit velocity (e.g., in meters per second), concentration (e.g., grams per cubic meter) and a cross-sectional area (e.g., square meters).

### 3.2.2   <u>Fugitive Sources</u>

Fugitive emissions are generally defined by the USEPA as "those emissions that could not reasonably pass through a stack, chimney, vent or other functionally equivalent opening." (40 CFR § 51.165(a)(1)(ix).) Fugitive emissions are defined for each industrial sector in the CFR. A permittee must identify fugitive emission sources in their air permit application. In general, fugitive emissions are normally determined by measured emissions from connections, such as at valves, pump connections, and flanges.

### 3.2.3   <u>Startup, Shutdown, and Malfunction</u>

The permits may include allowable exceedance of permit limits from listed sources during times of startup, shutdown, or malfunction (SSM). These are intended to be short-term conditions.

### 3.2.4   <u>Emissions from Equipment Failure</u>

Emissions from long-term equipment failures, such as a ruptured weld that is not repaired and similar lack of maintenance, are not intended to be included as fugitive emissions, or as an SSM. Emissions from equipment failures are outside of the permit, since they aren't supposed to occur when proper maintenance and inspection schedules are followed.

### 3.3   **REPORTED EMISSIONS DATA**

As mentioned in Section 3.1 above, LDEQ has issued Title V air permits or Minor Source Air Permits for multiple facilities that I reviewed. The data contained in these permits are considered the official record accepted by LDEQ for each facility. Air emissions data were

---

[5] NOAA, National Ocean Service, Point Source: Pollution Tutorial, *available at* https://oceanservice.noaa.gov/education/tutorial_pollution/03pointsource.html.

obtained from the Emissions Reporting and Inventory Center (ERIC) tool on the LDEQ website. There were separate data sets for 1991–2014 and 2015–present.

LDEQ also maintains Incident Reports for unpermitted air releases that have occurred from malfunctions, equipment failures, etc. These incidents are reported herein and are also summarized in Appendix 2. These unpermitted events can be of very concentrated chemicals and can be greater than the RQ amounts listed in section 304 of the Emergency Planning and Community Right-to-Know Act (EPCRA) and section 103 of the CERCLA, commonly known as Superfund. For example, the RQ for sulfuric acid is 500 pounds. If a release occurs that exceeds this amount, the facility has to report it. To illustrate, an incident occurred at the Cornerstone Utilities Plant where an estimated 76,060 pounds of sulfuric acid were released to the ambient air over a period lasting 8 hours and 50 minutes.[6]

## 3.4   LOCATIONS OF ALTERNATIVE ODOR SOURCES AND PROPOSED CLASS REPRESENTATIVES

The Mississippi River generally flows south from Minnesota to Louisiana. The River has numerous curves and bends, and the description of east and west banks is in relation to the general north to south direction of the River. The individual facilities and locations discussed in this report are generally on the east bank or west bank of the River. A list of the industrial and municipal sources discussed in this report is presented in Table 1 and shown in Figures 1 and 2. The fifteen sources identified in Table 1 were chosen based upon their location within or near the proposed class area, whether the facilities had permitted air emissions, and/or identification by LDEQ in incident reports.[7]

**Table 1. Industrial and Municipal Pollutant Sources Potentially Impacting the Proposed Class Area\***

| IDENTIFIER | FACILITY | ADDRESS |
|---|---|---|
|  | Cornerstone Chemical Complex | 10800  River  Road,  Westwego, LA |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |

[6] Letter from Cornerstone Chemical Company to Department of Public Safety and Corrections, June 18, 2019 (WC _JPLF_00214862 at WC _JPLF_00214863–65).
[7] Given its geographic scope (41.5 square miles), the proposed class area would be expected to include other localized odor sources that are not assessed in this report.

Testifying Expert Report

| 8 | ARTCO Fleeting Services | 8400 River Road Westwego, LA |
| 9 | International Matex Tank Terminal – Avondale | 5450 River Road Avondale, LA |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 1000 Dickory Ave Harahan, LA |
| 11 | ADM Grain River System | 11079 River Road, Ama, LA |
| 12 | Cargill – Westwego Marine Terminal | 933 River Rd, Westwego, LA |
| 13 | Kirby Inland Marine | 7224–7698 Mississippi River Trail, Harahan, LA |
| 14 | Wood Materials | 6148 River Road, Harahan, LA |
| 15 | River Birch | 2000 S. Kenner Ave, Avondale, LA |

* Table is not inclusive of all sources in the area.

15

Testifying Expert Report

**Figure 1. Table 1 Sources Potentially Impacting the Proposed Class Area\***



\* Figure is not inclusive of all potential sources in the area. The yellow line signifies the stormwater canal that goes from the Harahan area (called the Soniat Canal) to Lake Ponchartrain that carried raw wastewater from the Harahan WTP to the Lake.

**Figure 2. Approximate Locations of Table 1 Sources within the Cornerstone Chemical Complex**



Testifying Expert Report

The proposed class representatives in this matter are located on both the east and west sides of the Mississippi River. The locations of the proposed class representatives in relationship to the facilities listed above are listed in Table 2 and shown in Figure 3.

**Table 2. Names and Addresses of the Proposed Class Representatives**

| IDENTIFIER | NAME | ADDRESS |
|---|---|---|
| C1 | Bernard, Larry J. | 475 Gordon Ave, Harahan, LA |
| C2 | Bernard, Mona S. | 475 Gordon Ave, Harahan, LA |
| C3 | Ictech-Bendeck, Elias Jorge | 241 Walter Road, River Ridge, LA |
| C4 | Landry-Boudreaux, Nicole M. | 25 Primrose Lane, Westwego, LA |
| C5 | Thompson, Savannah Lynn | 1344 Hickory Avenue, Apartment D, Harahan, LA |
| C6 | Crossman, Robyn | 9534 Catalpa Loop, Waggaman, LA |
| C7 | Steele, Kayla Anne | 8439 Jefferson Highway, Harahan, LA |
| C8 | Adams, Phil | 503 Daniel Street, Kenner, LA |
| C9 | Williams, Ann | 409 Butler Drive, Avondale, LA |
| C10 | Walker, Ophelia | 516 S Jamie Blvd, Avondale, LA |

**Figure 3. Locations of the Proposed Class Representatives in Relation to the Table 1 Sources**



Note: the pink outline is the 41.5 square mile area for the class.

Testifying Expert Report

## 3.5     POTENTIAL EMISSIONS

These emission sources release a variety of over sixty-seven different documented air pollutants. Some are individual compounds, while others are mixtures of chemicals, such as petroleum products, including crude oil, diesel, and gasoline,[8] which each can have hundreds of individual chemicals making up the mixture, and a general category called volatile organic compounds (VOCs), which would include most compounds on the list plus others.

These pollutants have varying degrees of documented odors. The chemical odor thresholds range from detectable at very low concentrations, such as mercaptans and hydrogen sulfide, to more elevated detectable concentrations, such as ammonia and hydrogen cyanide[9].

The list of chemicals and/or products used, produced, or released by the Table 1 sources are presented in Table 3.[10] The sources of these data are described in further detail for each individual facility.

**Table 3. Chemicals Used or Produced at the Table 1 Sources\***

| CHEMICAL | CHEMICAL | CHEMICAL |
|---|---|---|
| Acetaldehyde *(pungent, fruity, choking)[11]* | Dodecene, 1- (Alpha Olefin C12) *(mild, pleasant)[12]* | Naptha *(gasoline or kerosene)[13]* |
| Acetone cyanohydrin *(bitter almond[14])* | Ethylbenzene *(oily solvent)* | Natural gas *(odorless naturally, mercaptan, added)* |
| Acetonitrile *(etherish)* | Ethylene dichloride *(sweet)* | Nickel (and compounds)[15] *(odorless)* |
| Acrolein *(pungent)* | Ethylenediamine *(ammonia)* | Propane *(mercaptan)* |

---

[8] Potter and Simmons, Total Petroleum Hydrocarbon Criteria Working Group Series, Volume 2, Composition of Petroleum Mixtures, 1998, at 10, 19–20.

[9] American Industrial Hygiene Association (AIHA), Odor Thresholds for Chemicals with Established Occupational Health Standards, 1997, Table 5.1; AIHA 2013, Table 6.1.

[10] Note that there may be additional chemicals handled or used at the Table 1 sources as I do not have a complete inventory of all the products each source uses, produces, or has on-site. I also do not have the Safety Data Sheet (SDS) manual for any of the facilities. A facility's SDS manual is supposed to contain a sheet for each chemical used on-site.

[11] NIH PubChem, Compound Summary for Acetaldehyde, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/177.

[12] NIH PubChem, Compound Summary for 1-Dodecene, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/8183.

[13] National Institute for Occupation Safety and Health (NIOSH), Table of Immediately Dangerous to Life of Health (IDLH) Values: Petroleum distillates (naphtha), *available at* https://www.cdc.gov/niosh/idlh/8002059.html

[14] NIH PubChem, Compound Summary for Acetone Cyanohydrin, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6406.

[15] Metals at natural temperatures are odorless.

Testifying Expert Report

| | | |
|---|---|---|
| Acrylamide *(odorless)*[16] | Formaldehyde *(pungent)* | Propionitrile *(ether-like odor)*[17] |
| Acrylic acid *(rancid, plastic, sweet)* | Gasoline *(strong, characteristic aromatic hydrocarbon odor, sweet-ether like)*[18] | Propylene *(grassy, aromatic)* |
| Acrylonitrile *(onion, garlic)* | Glycol ethers *(slight odor)*[19] | Pygas *(pungent, unpleasant)*[20] |
| Ammonia *(pungent, irritating)* | Olefin C12 *(sweet and musty to unpleasant)*[21] | Pyridine *(burnt, pungent, nauseating)* |
| Barium (and compounds) *(odorless)* | Hexane, n- *(gasoline)* | Sodium sulfide *(rotten eggs)*[22] |
| Benzene *(aromatic, sweet, solvent, empyreumatic)* | Hydrochloric acid *(sharp, irritating)*[23] | Styrene vapor *(sharp, sweet)* |
| Biodiesel *(mild oily or animal fat odor)*[24] | Hydrogen cyanide *(almonds)* | Sulfuric acid *(odorless)* |
| C-5 cutter oil (OW 20) | Hydrogen sulfide *(rotten eggs)* | Tetrachloroethane, 1,1,2,2- *(sweet)*[25] |
| Chlorine *(suffocating, sharp, bleach)* | Isobutyl alcohol *(sweet, musty)* | Tetrachloroethylene *(ether-like)*[26] |
| Chloroethane *(sharp pungent)* | Lead (and compounds) *(odorless)* | Toluene *(sour, burnt)* |
| Chromium VI (and compounds) *(odorless)* | Mercaptans *(rotten cabbage)* | Trichloroethane, 1,1,1- *(solvent)* |
| Carbon monoxide (CO) *(odorless)* | Methanol *(sour, sweet, alcohol)* | Trichloroethylene *(ether, solvent)* |

---

[16] NIH PubChem, Compound Summary for Acrylamide, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6579.
[17] NIH PubChem, Compound Summary for Propionitrile, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/propionitrile.
[18] Hess, Safety Data Sheet No. 9950, Gasoline All Grades, at 7, *available at* https://www.hess.com/docs/us-safety-data-sheets/gasoline-all-grades.pdf?sfvrsn=2.
[19] USEPA, Glycol Ethers, at 3, *available at* https://www.epa.gov/sites/default/files/2016-09/documents/glycol-ethers.pdf.
[20] Sabic, Product Stewardship Summary, at 1, *available at* https://www.sabic.com/en/products/documents/sabic-pygas-pss-global-en-2022-04-15/en.
[21] Wikipedia, Alkene, *available at* https://en.wikipedia.org/wiki/Alkene.
[22] NIH PubChem, Compound Summary for Disodium Sulfide, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/237873.
[23] NIH PubChem, Compound Summary for Hydrochloric Acid, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/313.
[24] Chevron, Biodiesel SDS, at 4, *available at* https://www.regi.com/filesimages/SDS%20Sheets/2024_b99_infinid.pdf.
[25] NIH PubChem, Compound Summary for 1,1,2,2-Tetrachloroethane, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6591.
[26] NIH PubChem, Compound Summary for Tetrachloroethylene, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/31373.

| | | |
|---|---|---|
| Cobalt compounds *(odorless)* | Methyl chloride *(sweet, etherish)* | Trimethylpentane, 2,2,4- *(petroleum)*[27] |
| Copper and compounds *(odorless)* | Methyl ethyl ketone *(sweet, sharp)* | Urea *(faint ammonia odor)*[28] |
| Crude oil *(variable, petroleum hydrocarbon, rotten egg from $H_2S$ content)*[29] | Methyl isobulyl ketone *(sweet, sharp)* | Vinyl chloride *(sweet)* |
| Dichlorobenzene, 1,4- *(camphor, mothballs)* | Methyl methacrylate *(sharp, fruity)*[30] | VOCs *(variable)* |
| Dichloromethane *(mild, sweet odor)*[31] | Diethanolamine *(slight rotten fish or ammonia)*[32] | Xylene (mixed isomers) *(sweet, empyreumatic)* |
| Diesel *(pungent, earthy smell, rubber, asphalt)*[33] | Naphthalene *(tar, creosote, mothballs, empyreumatic)* | Zinc (and compounds) *(odorless)* |
| Dimethyl sulfate *(faint onion-like)*[34] | | |

\* Odors in this table are from AIHA[35] unless otherwise noted.

## 3.6    UNPERMITTED RELEASES FROM PERMITTED FACILITIES

The facilities report many unauthorized spills and unpermitted air releases as fugitive emissions. The releases can be the result of poor maintenance. Although not explicitly laid out in the regulations, fugitive emissions are normally included in permit operations based on equipment and piping connections that exist in good working order. For example, a flanged pipe connection may not be welded, so that there is the potential for leakage at that connection. With equipment, such as a pump, the working mechanism of the pump may allow for some leakage. Fugitive emissions are typically estimated from USEPA emission factors. When determining the fugitive emissions for a site, I would tally the number of piping connections, valves, and other identifiable potential release locations that are not

---

[27] NIH PubChem, Compound Summary for 2,2,4-Trimethylpentane, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/2_2_4-Trimethylpentane.
[28] Urea SDS, at 1, *available at* https://www.davey.com/media/3v0jonhg/46-0-0-urea_sds.pdf.
[29] Tesoro, Crude Oil SDS, at 2, *available at* https://www.marathonpetroleum.com/content/documents/Operations/Tesoro_SDS/Crude_Oil_SDS_Tesoro .pdf; Crude Oil MSDS, at 5, *available at* https://oilspill.fsu.edu/images/pdfs/msds-crude-oil.pdf.
[30] NIH PubChem, Compound Summary for Methyl Methacrylate, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6658.
[31] NIH PubChem, Compound Summary for Methylene Chloride, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6344.
[32] NIH PubChem, Compound Summary for Diethanolamine, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/diethanolamine.
[33] Kern Campbell, Diesel Color, Smell, Risks: Here's How To ID Diesel Fuel vs. Gasoline!, Driven Wheels, *available at* drivenwheels.com/diesel-color-smell-risks-how-to-id-diesel-fuel-vs-gasoline/.
[34] National Institutes of Health (NIH), PubChem, Compound Summary for Dimethyl Sulfate, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/6497.
[35] AIHA, 1997, Table 5.1; AIHA, 2013, Table 6.1.

explicitly point sources. The USEPA emission factors would then be used to estimate emissions from the identified fugitive emissions.

Based on my experience in preparing air permits, including Title V and minor permits, failures in equipment or pipes are not intended to be classified as fugitive emissions, but they can and do occur. A pipe that has an active fracture or hole is not representative of the normal condition of the pipe. There is no way in advance to estimate a leak in a production pipe that develops a structural failure. For the purposes of this report, I discuss these types of emissions as simply "unpermitted releases."

## 3.7    INFORMATION ABOUT SELECTED CHEMICALS

The paragraphs in this section give some information about specific chemicals known to be emitted and/or used at the Table 1 sources. I have chosen these chemicals due to their unique odor and/or commonality between multiple emissions sources and LDEQ Incident Reports. As listed in Table 3, there are many other chemicals used at or produced by the Table 1 sources that are potentially odorous.

### 3.7.1   <u>Hydrogen Sulfide</u>

Hydrogen sulfide has a wide range of odor detection thresholds from 1 to 130 ppb. The USEPA lists $H_2S$ as an offensive odor irritant at 3,000 to 10,000 ppb. Eye irritation begins at exposures in the range of 10,000 to 50,000 ppb.[36]

Hydrogen sulfide has a rotten egg smell.[37] This chemical is naturally produced from the decay of organic matter, and is found naturally in wetlands and forested wetlands, molten sulfur (Cornerstone Sulfuric Acid Regeneration Plant), sewer gas and raw sewage (Harahan WTP, wastewater and sewer collection systems, and stormwater collection canals, including the Soniat Canal), mulch (Wood Materials), and rotting grain (ADM Grain River System, Cargill, and Kirby Inland Marine). During the relevant time period of this putative class action, there were numerous sources that released hydrogen sulfide that would have likely impacted individuals in the proposed class area. That is, a description of an odor in a complaint in Harahan would not necessarily be different than a description in a complaint recorded near the Cornerstone Chemical Complex, but the source of that odor could be different.

---

[36] AIHA, 1997, at 25.
[37] *Id*.

### 3.7.2   Sulfur

Sulfur is a pale yellow, crystalline (sand-like) solid that is odorless when pure or may have a faint "rotten egg" odor.[38] Sulfur is often transported in a molten state that is an amber-colored liquid.[39] It is used in making sulfuric acid, rubbers, detergents, fungicides and fertilizers, and it is a contaminant in crude oil.[40]

### 3.7.3   Ammonia

Ammonia is used in fertilizers and cleaning products. There were several facilities in the proposed class area that released ammonia to the atmosphere during the relevant time period.

Ammonia can exist as a liquid or a gas depending upon the physical/chemical conditions in which it is contained.[41] Its odor is described as irritating or pungent.[42] As a liquid, it is clear and colorless. It is used in household cleaners, fertilizers, and smelling salts.[43] In gas form, ammonia is lighter than air. This means that it will tend to rise when released into the air as a gas. However, ammonia will react with moisture in the air, after which it becomes heavier than air and falls.[44]

As a gas, the odor threshold for ammonia is 17 ppm.[45] In water, the detectable odor threshold is 1.5 ppm.[46]

In water, ammonia exists in different ionic forms depending upon the pH and temperature of the water. As the pH rises above 10 Standard Units (S.U.), ammonia is converted primarily to a gas and is stripped from the water as $NH_3$.[47] At lesser pH values, ammonia exists as the ion, ammonium ($NH_4^+$), and is primarily absorbed into the water. At a pH of 10.8 S.U. or higher, there is not expected to be any ammonium left in the water. To

---

[38] NOAA, Cameo Chemicals, Chemical Datasheet for Molten Sulfur, *available at* https://cameochemicals.noaa.gov/chemical/4562.
[39] *Id.*
[40] Tesoro, Crude Oil SDS; Crude Oil MSDS.
[41] NIOSH, Emergency Response Safety and Health Database, Ammonia Solution, Ammonia, Anhydrous: Lung Damaging Agent, *available at* https://www.cdc.gov/niosh/ershdb/EmergencyResponseCard_29750013.html.
[42] AIHA, 2013, at 3.
[43] Agency for Toxic Substances and Disease Registry (ATSDR), Toxicological Profile for Ammonia, 2004, at 22, *available at* https://www.atsdr.cdc.gov/toxprofiles/tp126.pdf.
[44] NIOSH, Ammonia Solution, Ammonia, Anhydrous: Lung Damaging Agent.
[45] AIHA, 1997, at 13.
[46] World Health Organization (WHO), Ammonia in Drinking Water, 2003, at 6, *available at* https://cdn.who.int/media/docs/default-source/wash-documents/wash-chemicals/ammonia.pdf?sfvrsn=3080badd.
[47] USEPA, Aqueous Ammonia Equilibrium—Tabulation of Percent Un-Ionized Ammonia, EPA-600/3-79-091, 1979, at Table A1, *available at*

Testifying Expert Report

illustrate, aeration in the first cell digester at the Harahan WTP increases the rate at which ammonium is emitted to the atmosphere. At a pH of 5.5 or lower, the ammonia will remain in the water.

The ionic state of ammonia based on water pH and water temperature is presented in Figure 5. With respect to the potential odor impacts from ammonia, this graph shows which state the ammonia will be in, giving an indication of the potential transport mechanism. As ammonia is off gassed to the atmosphere, the potential to smell it over a greater distance will increase since it can be transported further by wind as a gas.

**Figure 4. Ionic State of Ammonia based on pH and Temperature[48]**



There were several facilities in and near Jefferson Parish that released ammonia into the atmosphere, with the Dyno Nobel ammonia plant on the Cornerstone Chemical Complex being the largest source for ammonia emissions, both permitted and unpermitted.

---

[48] *See* data in *id.*

Testifying Expert Report

### 3.7.4   **Methyl Mercaptan**

Methyl mercaptan is a colorless gas with a smell like rotten cabbage.[49] It has a very low reported odor threshold of 0.54 ppb.[50] It is added to natural gas (e.g., methane) and liquified propane (LP) to give them a detectable odor.[51] Natural gas and LP do not naturally have a detectable odor. Adding methyl mercaptan is a safety protocol.[52]

Methyl mercaptan is soluble in water, but it is also very volatile.[53] It has a vapor pressure that is equivalent to approximately two atmospheres.[54] This means that it will want to come out of the water and disperse in the surrounding air, which is normally at a pressure of 1 atmosphere.[55] The vapor pressure of methyl mercaptan is a driving force for the dispersal from a source to the air in the surrounding area.

Methyl mercaptan was emitted at the Harahan WTP, and it is added into the methane stream at the River Birch gas plant.

---

[49] AIHA, 1997, at 13.
[50] *Id*.
[51] GDS Corp., Mercaptan: The Chemical Behind Natural Gas Additives, *available at* https://www.gdscorp.com/blog/natural-gas-monitoring/mercaptan-the-chemical-behind-natural-gas-additives/.
[52] *See* 49 CFR § 192.625.
[53] NIH PubChem, Compound Summary for Methanethiol, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/878.
[54] *Id*.
[55] NOAA, Air Pressure, *available at* https://www.noaa.gov/jetstream/atmosphere/air-pressure.

Testifying Expert Report

## SECTION 4.0

## ANALYSIS AND OPINIONS

It is my opinion that there are numerous permitted and unpermitted emissions sources within the proposed class area that must be individually considered when evaluating potential odor impacts on the putative class representatives and other individuals within the proposed class area. I have reviewed fifteen different sources within the proposed class area. Based on my review, in my opinion, each source has a different impact in the proposed class area due to the nature of the release, the distance to individual putative class members, the air pollutant being emitted, and the wind direction and speed.

The weather affects where air pollutants are transported. Given the variable wind direction in the proposed class area, it is my opinion that the putative class members may be subjected to any pollutant released from the Table 1 sources and the area and network sources discussed in Section 4.2.2 below.

There are normal, permitted emissions within the proposed class area that typically contribute low concentrations of air pollutants. There are also unpermitted releases of air pollutants, which can be much greater in concentration. The specific chemicals released also affect the individual impacts to unique receptors downwind from the release. A large number of the Table 1 sources have had LDEQ Incident Reports that listed spills of chemicals and/or other releases. Incident Reports per facility are summarized in Attachment 2. Although not specifically continuous air emissions, it is my opinion that these incidents do represent ongoing, repeated air emissions that can impact individuals within the proposed class area.

## 4.1    OPINION #1: WEATHER DATA DEMONSTRATE VARIABLE WIND CONDITIONS THROUGHOUT THE PROPOSED CLASS AREA, INDICATING A NEED FOR AN INDIVIDUALIZED ANALYSIS.

It is my opinion that wind direction and speed are highly variable and affect the impacts of the alternative odor sources on each individual location in the proposed class area. Weather is therefore, in my opinion, a major factor in the distribution of air pollutants in the proposed class area from the fifteen Table 1 sources. The weather has a significant impact on the location(s) of a released pollutant's effects and the concentration(s) at which the pollutant can be detected downwind of the source. Wind speed and direction dictate what air pollutant and at what concentration gets to any specific location within the proposed

class area. Weather data are collected by NOAA at the MSY.[56] This weather station, located in Jefferson Parish, represents the wind conditions for the proposed class area.

Wind roses have been prepared based on data collected by the NOAA Automated Surface Observing Station (ASOS) located at MSY. The ASOS records data on 5-minute intervals. These data are presented in graphical forms by wind roses. A wind rose shows the percentage of measurements from the direction the wind is blowing from and the wind speed. When the wind speed is less than 3 knots (3.45 miles per hour [mph]), NOAA considers the winds to be calm. Air pollutants can still be transported and dispersed even by calm winds, but the effects are normally close to the source (see, for example, the Harahan WTP incidents described in Attachment 2, which show complaints from residents complaining of odors during stagnant or no air flow conditions).

The wind speed and direction measurements from July 2017 are presented in Figure 6. This month is shown so it can be compared to the whole period of interest from July 1, 2017 through December 31, 2019, which is presented in Figure 7. The wind rose for the month of July 2017 is generally consistent with the wind rose for the entire time period.

**Figure 5. Wind Rose for July 2017 for Jefferson Parish[57]**



---

[56] NOAA, ASOS Station KMSY, 12916, 2017–2019.
[57] NOAA, ASOS Station KMSY, 12916, July 1–31, 2017.

Testifying Expert Report

**Figure 6. Wind Rose for the Period July 1, 2017 through December 31, 2019[58]**



The predominant wind direction in the proposed class area blows from the south to the north, but only about 11% of the time, as shown in Figure 6. There were calm conditions occurring approximately 24% of the time. This wind rose demonstrates the variability in the wind direction. This means that there is not one source that is upwind of the putative class representatives and members at all times.

The wind measurements collected for the total time period of interest, July 1, 2017 through December 31, 2019, are shown in Figure 7. This time period corresponds with the alleged time period when odors within the proposed class area reached nuisance levels. These data show that the predominant wind direction is from the south to the north, but only about 11% of the time, approximately the same percentage as for July 2017. Calm conditions were recorded approximately 13% of the time, as opposed to 24% during July 2017. Still, the weather conditions are variable and do not show a consistent, dominant, wind direction or speed. The variability in wind speed and direction demonstrates that one source is not capable of affecting every unique location in the proposed class area uniformly. The multitude of Incident Reports noting unique odors across the proposed class area bear this out. (*See* Attachment 2.)

Based on these weather data, in order for a source to impact a specific location at all times, the source would have to surround that specific location so that <u>*when the wind direction changes, the source is always upwind.*</u> In my opinion, there are only two sources that

---

[58] NOAA, ASOS Station KMSY, 12916, July 1, 2017–December 31, 2019.

partially fit into this category for specific individuals in the proposed class area: (1) the Harahan sewer collection system; and (2) the extensive wetlands and forested wetlands that exist on almost all sides of several communities in the proposed class area.

During calm conditions, it is my opinion that locations directly adjacent to air pollution sources are more likely to be impacted than those locations that are farther away. During calm conditions, air pollutants released from a source can result in higher concentrations in the impacted area due to a reduction in the overall volume of air moving through the area and less turbulence (mixing with the available air). For example, it is my opinion that a putative class member who lives directly adjacent to the Harahan WTP is more likely to be exposed to odors from the open treatment tanks at the plant than someone living across the River, which is a couple of miles away from this source. During calm conditions, the odors from the Harahan WTP are expected to be strong in the immediate area. Air pollutants released through stacks can travel farther under calm conditions, depending on their exit velocity and temperature.

Properties across a proposed class area of this size (approximately 41.5 square miles or 26,560 acres) cannot all be downwind of a source and impacted in any uniform or identical circumstance. It is my opinion that weather plays a major role in the transport of air pollutants from sources in this area, as well as the concentrations of the air pollutants that arrive at any one location. I believe that each specific receptor location must be evaluated independently to account for the potential impacts from each potential pollutant source. In my expert opinion, odor impacts at any one location will not be the same throughout the proposed class area due to the multitude of sources and variability in wind speed and direction.

## 4.2   OPINION #2: NUMEROUS NON-LANDFILL ODOR SOURCES LIKELY CONTRIBUTED TO ODORS IN THE PROPOSED CLASS AREA.

It is my opinion that numerous known and potential non-landfill alternative sources more likely than not contributed to odors throughout the proposed class area, undermining any commonality in odor impacts across the entire proposed class area. The fifteen sources identified in Table 1 were chosen based upon their location within or near the broad proposed class area and the description and/or the identification of the source(s) and pollutant effects described by either the impacted residents or by LDEQ in the LDEQ Incident Reports.

The LDEQ Incident Reports demonstrate that all the facilities listed in Table 1 have had unauthorized releases of a variety of the chemicals listed in Table 3. These chemicals have been released through permitted discharge points, as permitted fugitive emissions from various locations, and during unplanned or operational upsets that resulted in unpermitted

emissions released to the atmosphere from in-plant processes, malfunctioning or damaged equipment, barges, loading docks, sewer manholes, and area sources.

A list of the permits for the Table 1 facilities is presented in Table 4.

**Table 4. Air Permits for the Table 1 Facilities**

| EMISSION SOURCES | AIR PERMITS |
|---|---|
| Cornerstone Chemical Complex | |
| Acrylonitrile Plant | Title V Permit |
| Urea and Melamine Plant | Title V Permit |
| Sulfuric Acid Regeneration Plant | Title V Permit |
| Utilities Plant/Site Services | Title V Permit |
| Dyno Nobel Ammonia | Title V Permit |
| Roehm America (formerly Evonik) | Title V Permit |
| Kemira Chemicals | Title V Permit |
| ARTCO Fleeting Services | Minor Source Air Permit |
| International Matex Tank Terminal – Avondale | Minor Source Air Permit |
| Harahan WTP | No Air Permit |
| ADM Grain River System | Minor Source Air Permit |
| Cargill – Westwego Marine Terminal | Minor Source Air Permit |
| Kirby Inland Marine | No Air Permit |
| Wood Materials | No Air Permit |
| River Birch | Title V Permit[59] |

### 4.2.1   Permitted Sources Likely Contributed to Emissions in the Proposed Class Area.

The permitted emissions sources evaluated in this report are known to have affected areas on both sides of the River based on the LDEQ Incident Reports. Most Incident Reports attributed odor complaints to sources close to the complaint location.

#### 4.2.1.1   Cornerstone Chemical Complex

4.2.1.1.1   Facility Information

The Cornerstone Chemical Complex was at one time known as the Fortier Facility.[60] The Complex has seven separate operating facilities under four different chemical companies.

---

[59] This report only analyzes the emissions from the wastewater treatment operations, leachate ponds, and landfill gas processing plant.
[60] June 24, 1997, Modification of Part 70 Operating Permit Application (WC_JPLF_00173060 at WC_JPLF_00173078).

Testifying Expert Report

The Complex is located on about 800 acres on the western side of the Mississippi River at about Mississippi River mile (MRM) 114.6 and adjacent to MSY on the eastern side of the River.[61] The facility was previously shown in Figure 2.

Of the facilities I reviewed, the Cornerstone Chemical Complex is the largest source for chemical releases in the proposed class area based upon reported air emissions.[62] The Complex's emissions include continuous releases of unpermitted chemicals, including hydrogen sulfide. The Complex also has had unpermitted releases of chemicals, including about 995 pounds of ammonia released into the atmosphere during 2017 from just one plant at the Complex.[63]

A list of the fifty chemicals used across the whole Cornerstone Chemical Complex are presented in Table 5. These chemicals are included in the TRI reports for 2017 through 2019 as a combined total from the entire Complex. The total permitted emissions are broken out by individual emissions points in the Title V Permits for the seven different facilities permitted on the Complex. *See* Tables 7–19.

**Table 5. Chemicals and Criteria Pollutants Listed in the Title V Permits for the Cornerstone Chemical Complex**

| | |
|---|---|
| Acetaldehyde | Hydrogen sulfide |
| Acetonitrile | Lead (and compounds) |
| Acrolein | Methanol |
| Acrylamide | Methyl chloride |
| Acrylic Acid | Methyl ethyl ketone |
| Acrylonitrile | Methyl isobulyl ketone |
| Ammonia | Methyl methacrylate |
| Barium (and compounds) | Naphthalene |
| Benzene | Nickel (and compounds) |
| Cadmium (and compounds) | $NO_x$ |
| Chlorine | $PM_{10}$ |
| Chloroethane | $PM_{2.5}$ |
| Chromium VI (and compounds) | Pyridine |
| Cobalt compounds | $SO_x$ |
| Copper (and compounds) | Sulfur, Molten |
| $CO_2/CO_{2e}$ | Sulfuric acid |
| Dichlorobenzene, 1,4- | Tetrachloroethane, 1,1,2,2- |
| Dichloromethane | Tetrachloroethylene |
| Diethyl sulfate | Toluene |
| Ethylbenzene | Trichloroethane, 1,1,1- |

---

[61] Jefferson Parish Parcel Map, *available at* https://geoportal.jeffparish.net/public.
[62] TRI Reported Data, included in Attachment 3.
[63] April 27, 2017, LDEQ Incident Report 177090 (WC_JPLF_00175878 at WC_JPLF_00175879).

Testifying Expert Report

| | |
|---|---|
| Formaldehyde | Trichloroethylene |
| Glycol ethers | Trimethylpentane, 2,2,4- |
| Hexane, n- | Vinyl chloride |
| Hydrochloric Acid | Xylene (mixed Isomers) |
| Hydrogen Cyanide | Zinc (and compounds) |

A number of the chemicals listed above are odorous at certain concentrations, as previously presented in Table 3.

4.2.1.1.2    Emissions Data

The Cornerstone facilities and River Birch are the only permitted major sources from the list of sources in Table 4. Therefore, these facilities are the only facilities from Table 4 that have submitted annual TRI reports between 2017 and 2019. For the Cornerstone Chemical Complex, there are three TRI reports for the prescribed time period. The reports do not provide a breakdown between the seven individual facilities on the site.

The emissions inventories for air pollutants reported at the Cornerstone Chemical Complex and River Birch are provided in Attachment 3.[64] The major air pollutants released through the permitted sources include ammonia and propylene. The fugitive emissions of ammonia ranged from 1.6 to 3.3 tpy from 2017 and 2019.[65] The point source emissions of ammonia ranged from 27 to 82 tpy over the same period.[66] The fugitive emissions of propylene ranged from 0.9 to 4.3 tpy. The point source emissions of propylene ranged from 18.7 to 95 tpy.[67]

**4.2.1.2    Utilities Plant / Site Services**

4.2.1.2.1    Facility Information

The Utilities Plant/Site Services operated under Title V Permit Number 2306-V5, issued in 2019 and under Permit Number 2306-V4, issued in 2015.[68] The Utilities Plant provides

---

[64] TRI data are publicly available at https://www.epa.gov/toxics-release-inventory-tri-program/tri-data-and-tools.

[65] TRI Reported Data for Cornerstone Chemical Complex, provided in Attachment 3.

[66] *Id.*

[67] *Id.*

[68] November 3, 2015, Title V Permit, 2306-V4, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=9985479; April 2, 2019, Title V Permit 2306-V5 (WC_JPLF_00214636).

Testifying Expert Report

steam, refrigeration, compressed air, cooling and process water, wastewater treatment, electricity, and natural gas for the entire Cornerstone Chemicals Complex.[69]

The twenty-three criteria and toxic air pollutants included in the Title V permit for the Utilities Plant/Site Services are listed in Table 6.

**Table 6. Pollutants Listed in the Title V Permits for the Utilities Plant / Site Services**[70]

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{2.5}$ | 1,4-Dichlorobenzene |
| $PM_{10}$ | Acetaldehyde |
| $SO_2$ | Acetonitrile |
| $NO_x$ | Acrylamide |
| CO | Acrylic Acid |
| VOC | Acrylonitrile |
| | Ammonia |
| | Benzene |
| | Chlorine |
| | Formaldehyde |
| | Hydrogen Cyanide |
| | Methanol |
| | Methyl methacrylate |
| | Naphthalene |
| | n-Hexane |
| | Pyridine |
| | Toluene |

4.2.1.2.2    Emissions Data

The Cornerstone Utilities Plant/Site Services total yearly Title V Permit emission limits are presented in Table 7. Of the air pollutants released from this facility, ammonia makes up a large fraction of the total permitted emissions.

---

[69] WC_JPLF_00214636 at WC_JPLF_00214638.
[70] *Id*.

Testifying Expert Report

**Table 7. Utilities Plant/Site Services Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 2306-V4[71] | | 2306-V5[72] | |
|---|---|---|---|---|
| | 11/3/2015 – 4/1/2019 | | 4/2/2019 – 11/3/2020 | |
| | (tpy) | (lbs/hr) | (tpy) | (lbs/hr) |
| PM$_{10}$ | 16.90 | 3.858 | 21.32 | 4.868 |
| PM$_{2.5}$ | 16.83 | 3.842 | 21.25 | 4.852 |
| SO$_2$ | 1.45 | 0.331 | 1.96 | 0.447 |
| NO$_x$ | 457.60 | 104.475 | 490.78 | 112.050 |
| CO | 193.72 | 44.228 | 234.05 | 53.436 |
| VOC | 27.35 | 6.244 | 34.92 | 7.973 |
| 1, 4-Dichlorobenzene | 0.02 | 0.005 | 0.02 | 0.005 |
| Acetaldehyde | 0.01 | 0.002 | 0.01 | 0.002 |
| Acetonitrile | 0.50 | 0.114 | 0.50 | 0.114 |
| Acrylamide | 0.02 | 0.005 | 0.02 | 0.005 |
| Acrylic Acid | 0.02 | 0.005 | 0.02 | 0.005 |
| Acrylonitrile | 0.03 | 0.007 | 0.03 | 0.007 |
| Ammonia | 95.39 | 21.779 | 95.39 | 21.902 |
| Benzene | 0.04 | 0.009 | 0.04 | 0.009 |
| Chlorine | 0.02 | 0.005 | 0.02 | 0.005 |
| Formaldehyde | 0.17 | 0.039 | 0.23 | 0.053 |
| Hydrogen Cyanide | 0.21 | 0.048 | 0.21 | 0.048 |
| Methanol | 6.22 | 1.420 | 8.69 | 1.984 |
| Methyl methacrylate | 0.04 | 0.009 | 0.04 | 0.009 |
| Naphthalene | 0.20 | 0.046 | 0.02 | 0.005 |
| n-Hexane | 3.99 | 0.911 | 5.56 | 1.269 |
| Pyridine | 0.01 | 0.002 | 0.01 | 0.002 |
| Toluene | 0.04 | 0.009 | 0.04 | 0.009 |

Emissions from this facility are not reported separately in a TRI report, but they may be included in the TRI report for the Cornerstone Chemical Complex. The exact impact of these permitted emissions is dependent upon the source within the site and the distance to the individual first impacted receptor(s).

### 4.2.1.2.3     Emissions Events

The Utilities Plant/Site Services reported two incidents during the time period from July 1, 2017 through December 31, 2019. On August 27, 2017, the plant had unpermitted releases of 43 pounds of ammonia.[73] On April 11, 2019, the plant had a leaking valve that released 76,060 pounds of a sulfuric acid mists that resulted in an injury to a responding employee.[74] There was also one odor complaint recorded during an LDEQ inspection on December 12,

---

[71] 2306-V4, at 3–4.
[72] WC_JPLF_00214636 at WC_JPLF_00214639–40.
[73] October 3, 2017, Cornerstone Second Written Follow Up to Verbal Notification (WC_JPLF_00172118).
[74] June 18, 2019, Cornerstone Written Follow Up to Verbal Notification (WC_JPLF_00214862).

2018.[75] The inspector reported that the only potential source was a methanol barge that was being unloaded along the River.[76] No quantities of methanol were reported to have been released. In my opinion, these emissions events illustrate the impacts that the Utilities Plant/Site Services might have on individual receptors within the proposed class area.

### 4.2.1.3  Acrylonitrile Plant

#### 4.2.1.3.1   Facility Information

The Cornerstone Acrylonitrile Plant operates under Title V Permit Number 2195-V6.[77] Acrylonitrile is used principally as a monomer to prepare polyacrylonitrile, a homopolymer, or several important copolymers, such as styrene-acrylonitrile, acrylonitrile butadiene styrene, acrylonitrile styrene acrylate, and other synthetic rubbers such as acrylonitrile butadiene.[78] Acrylonitrile is used in many industries.[79] It is used to make certain plastics, rubbers, and chemicals, and in the past, as a pesticide.[80]

The Acrylonitrile Plant processes are described in the Title V operating permit as follows:[81]

> *Acrylonitrile (AN) is produced by the Sohio process, involving the exothermic catalytic reaction (reaction generates heat) of propylene and ammonia vapors with oxygen from air. The reaction is carried out in six parallel fluidized catalytic bed reactors. High pressure saturated steam is generated in cooling coils located in the reactors.*
>
> *Reactor effluent gases are cooled with water and neutralized with sulfuric acid in the quench column. Water removed from the effluent gases is purged to the wastewater column for the recovery of organics. The bottoms from the wastewater column go to deep well disposal.*
>
> *Quenched gases from the quench column enter the absorber where soluble products are absorbed in water. The bottoms stream from the absorber, a dilute aqueous solution of acrylonitrile and soluble by-products is fed to the acrylonitrile recovery column. In the recovery column, extractive distillation separates the acrylonitrile from the acetonitrile.*

---

[75] December 12, 2018, LDEQ Field Interview Form (WC_JPLF_00003214).
[76] *Id.*
[77] December 18, 2015, Title V Permit 2195-V6 (WC_JPLF_00000114).
[78] NIH PubChem, Compound Summary for Acrylonitrile, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/7855.
[79] *Id.*
[80] *Id.*
[81] WC_JPLF_00000114 at WC_JPLF_00000114–115.

*Recovery column organics overhead, containing the product AN is sent to the heads distillation column where hydrogen cyanide (HCN) is recovered overhead. Recovered HCN is fed directly to the on-site methyl methacrylate manufacturing process. The bottoms crude AN stream from the heads column is pumped to the drying column. The drying column removes water from the acrylonitrile product by azeotropic distillation. The bottoms stream from the drying column containing the dried AN is fed to the product column where purified product acrylonitrile is removed as a side stream. The product column bottoms stream, acrylonitrile and polymers, is recycled to the quench column.*

*Cyanide and AN bearing waste streams are disposed via deep wells. Byproduct acetonitrile is captured and sold when market conditions allow, rather than being sent to on-site offgas incinerators and deep wells. Incinerators were installed to burn hydrocarbon and nitrile emissions from the absorber vent gas while generating steam with the waste heat.*

The twenty-seven criteria and toxic air pollutants included in the Title V permit for the Acrylonitrile Plant are listed in Table 8.

**Table 8. Pollutants Listed in the Title V Permits for the Acrylonitrile Plant[82]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Acetonitrile |
| $PM_{2.5}$ | Acrolein |
| $SO_2$ | Acrylic Acid |
| $NO_x$ | Acrylonitrile |
| CO | Ammonia |
| VOC | Chlorine |
|  | Cobalt compounds |
|  | Copper and compounds |
|  | Glycol ethers |
|  | Hydrochloric Acid |
|  | Hydrogen Cyanide |
|  | Methyl methacrylate |
|  | Lead (and compounds) |
|  | Nickel (and compounds) |
|  | Toluene |
|  | Barium (and compounds) |
|  | Benzene |
|  | Formaldehyde |

---

[82] *Id*. at WC_JPLF_00000115–116.

Testifying Expert Report

| | Methanol |
|---|---|
| | n-Hexane |
| | Zinc |

#### 4.2.1.3.2    Emissions Data

The Cornerstone Acrylonitrile Plant total yearly Title V Permit emission limits are presented in Table 9.

**Table 9. Acrylonitrile Plant Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 2195-V7[83] | | 2195-V8[84] | |
|---|---|---|---|---|
| | 5/18/2017 – 9/4/2018 | | 9/5/2018 – 9/5/2023 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 19.74 | 4.507 | 19.77 | 4.514 |
| $PM_{2.5}$ | 19.74 | 4.507 | 19.77 | 4.514 |
| $SO_2$ | 59.44 | 13.571 | 59.44 | 13.571 |
| $NO_x$ | 935.81 | 213.655 | 936.13 | 213.728 |
| CO | 590.06 | 134.717 | 589.60 | 134.612 |
| VOC | 544.18 | 124.242 | 538.16 | 122.868 |
| Acetonitrile | 9.23 | 2.107 | 9.25 | 2.112 |
| Acrolein | 0.250 | 0.057 | 0.25 | 0.057 |
| Acrylic Acid | <0.01 | <0.002 | 0.02 | 0.005 |
| Acrylonitrile | 15.06 | 3.438 | 15.07 | 3.441 |
| Ammonia | 81.65 | 18.642 | 80.65 | 18.413 |
| Chlorine | 0.17 | 0.039 | 0.01 | 0.002 |
| Cobalt compounds | 0.17 | 0.039 | 0.17 | 0.039 |
| Copper and compounds | 0.02 | 0.005 | 0.02 | 0.005 |
| Glycol ethers | 0.01 | 0.002 | 0.01 | 0.002 |
| Hydrochloric Acid | 9.06 | 2.068 | 9.09 | 2.075 |
| Hydrogen Cyanide | 11.92 | 2.721 | 13.30 | 3.037 |
| Methyl methacrylate | 0.10 | 0.023 | 0.04 | 0.009 |
| Lead (and compounds) | 0.02 | 0.005 | 0.11 | 0.025 |
| Nickel (and compounds) | 0.25 | 0.057 | 0.25 | 0.057 |
| Toluene | 1.21 | 0.276 | 0.01 | 0.002 |
| Barium (and compounds) | | | 0.01 | 0.002 |
| Benzene | | | 0.02 | 0.005 |
| Formaldehyde | | | 0.14 | 0.032 |
| Methanol | | | 0.02 | 0.005 |
| n-Hexane | | | 2.87 | 0.655 |
| Zinc | | | 0.04 | 0.009 |

---

[83] May 18, 2017, Title V Permit 2195-V7 (WC_JPLF_00171533 at WC_JPLF_00171534–35).
[84] September 5, 2018, Title V Permit 2195-V8 (WC_JPLF_00173572 at WC_JPLF_00173573–74).

Testifying Expert Report

### 4.2.1.3.3      Emissions Events

The Acrylonitrile Plant has had numerous unpermitted air emissions both before and during the relevant time period. There was one incident in which a process upset resulted in diverting the leaking chemicals through the stack over the course of 8.25 hours.[85] During the release, the incinerator was not operating, resulting in untreated chemicals being released.[86] A resident complained about the odor from this incident, and LDEQ prepared an Incident Report for this odor complaint.[87] The resident was located across the River in Harahan and about 1.6 miles from the stack.[88] Although this incident occurred in August 2016, this demonstrates the distance at which air emissions from this facility can impact the proposed class area. An uncontrolled release due to equipment malfunction is not covered by the air permit for this facility.

Other emissions events occurring before July 1, 2017 included a leak of hydrogen cyanide and acrylonitrile on May 15, 2015.[89] A leak of acetonitrile solution containing acetonitrile, hydrogen cyanide, propionitrile, methanol and acetone led to an employee of Cornerstone being hospitalized on March 28, 2017.[90] In my opinion, these emissions events illustrate the impacts that the Acrylonitrile Plant might have on individual receptors within the proposed class area.

### 4.2.1.4      **Urea and Melamine Plant**

### 4.2.1.4.1      Facility Information

The Cornerstone Urea and Melamine Plant operated under Title V Permit Number 1981-V6 during the relevant time period.[91]

*Urea Process*. Urea is an organic compound with the chemical formula $CO(NH_2)_2$. Urea is widely used in fertilizers as a source of nitrogen (N) and is an important raw material for the chemical industry. Urea is the organic nitrogen in urine. The production process is described in the Title V Permit.[92] The source of ammonia is not provided.

> *Urea is produced from ammonia and carbon dioxide. The carbon dioxide is purchased and is delivered to the Fortier site by trucks and/or intra-complex pipeline distribution system. The ammonia and carbon dioxide are*

---

[85] August 15–16, 2016, LDEQ Incident Report (WC_JPLF_00001358 at WC_JPLF_00001365).
[86] *Id.*
[87] *See generally* WC_JPLF_00001358.
[88] *Id.* at WC_JPLF_00001365.
[89] January 20, 2015, LDEQ Incident Report (WC_JPLF_00003889).
[90] March 28, 2017, LDEQ Incident Report (WC_JPLF_00172100 at WC_JPLF_00172103–04).
[91] June 11, 2018, LDEQ Permit 1981-V6 (WC_JPLF00173342).
[92] *Id.* at WC_JPLF00173344.

Testifying Expert Report

> *fed to an autoclave at 2900 psig where they react to form ammonium carbamate. Additional ammonium carbamate solution is recycled from the Melamine Plant. The mixture of urea, ammonium carbamate (unreacted carbon dioxide, ammonia, and water) leave the autoclave and are fed to separation vessels. Here the urea is separated from the ammonia carbamate solution and purified for recovery. Urea solution is then fed to melamine production, while additional urea solution is sent to storage tanks and is sold as product at various concentrations, as market conditions allow. The current permitted production rate of 570 MM lbs/yr of urea utilized for melamine production will remain the same. Total permitted urea production will also remain at 720 MM lbs/yr.*

*Melamine Process.*[93] Melamine is an organic compound.[94] An alternative name for melamine is cyanuramide.

> *Melamine is produced by low-pressure trimerization of urea using the DSM process. Urea solution is concentrated to 99.7% in a two-stage vacuum concentrator and fed to an alumina silica catalyst fluidized bed reactor. The molten urea is atomized with hot ammonia and sprayed into the ammonia-fluidized catalyst. The urea decomposes and trimerizes to melamine, which is carried forward and sublimed in the wet catch system with water. Carrier ammonia is scrubbed and recycled to the reactor. By-product carbon dioxide and ammonia are recovered, concentrated, and recycled as ammonium carbamate to the urea autoclave.*

> *Melamine leaves the wet catch as slurry and is scrubbed free of ammonia, redissolved, and filtered. Melamine crystals are formed in a single stage crystallization step, centrifuged, dried in a heated drier, and sent to product storage and loading. The current permitted melamine production rate will remain at 180 MMlbs/yr. The additional urea production will be sold off site.*

The fifteen criteria and toxic air pollutants included in the Title V permit for the Urea and Melamine Plant are presented in Table 10.

---

[93] *Id.* at WC_JPLF00173344–45.
[94] NIH PubChem, Melamine, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/7955; Wikipedia, Melamine, *available at* https://en.wikipedia.org/wiki/Melamine.

**Table 10. Pollutants Listed in the Title V Permits for the Urea and Melamine Plant[95]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Acrylonitrile |
| $PM_{2.5}$ | Ammonia |
| $SO_2$ | Benzene |
| $NO_x$ | Chlorine |
| CO | Chloroethane |
| VOC | $CO_{2e}$ |
| | Ethyl benzene |
| | Formaldehyde |
| | Hydrochloric Acid |
| | Methanol |
| | Methyl ethyl ketone |
| | Methyl isobutyl ketone |
| | n-Hexane |
| | Toluene |
| | 1,1,2,2-Tetrachloroethane |
| | 1,1,1-Trichloroethane |
| | Trichloroethylene |
| | Vinyl chloride |
| | Xylene (mixed isomers) |

4.2.1.4.2      Emissions Data

The Cornerstone Urea and Melamine Plant total yearly Title V Permit emission limits are presented in Table 11. The major toxic air emissions from urea and melamine production are ammonia at 264,280 lb/yr and hydrochloric acid at 21,700 lb/yr.

**Table 11. Urea and Melamine Plant Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 1981-V5[96] | | 1981-V6[97] | |
|---|---|---|---|---|
| | 2/17/2017 – 6/10/2018 | | 6/11/2018 – 4/11/2021 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 59.25 | 13.527 | 59.25 | 13.527 |
| $PM_{2.5}$ | 59.26 | 13.530 | 59.26 | 13.530 |
| $SO_2$ | 0.57 | 0.130 | 0.57 | 0.130 |
| $NO_x$ | 31.73 | 7.244 | 30.40 | 6.941 |
| CO | 77.61 | 17.719 | 67.15 | 15.331 |
| VOC | 3.75 | 0.856 | 3.90 | 0.890 |
| Acrylonitrile | <0.01 | <0.002 | <0.01 | <0.002 |

---

[95] WC_JPLF00173342 at WC_JPLF00173346.
[96] *Id*. at WC_JPLF00173344–45.
[97] *Id*.

Testifying Expert Report

| Ammonia | 132.14 | 30.169 | 40.05 | 9.144 |
|---|---|---|---|---|
| Benzene | <0.01 | <0.002 | <0.01 | <0.002 |
| Chlorine | 0.12 | 0.027 | 0.02 | 0.005 |
| Chloroethane | <0.01 | <0.002 | <0.01 | <0.002 |
| $CO_{2e}$ | | | | |
| Ethyl benzene | <0.01 | <0.002 | <0.01 | <0.002 |
| Formaldehyde | 0.03 | 0.007 | 0.030 | 0.007 |
| Hydrochloric Acid | 10.85 | 2.477 | 10.850 | 2.477 |
| Methanol | | | 0.18 | 0.041 |
| Methyl ethyl ketone | <0.01 | <0.002 | <0.01 | <0.002 |
| Methyl isobutyl ketone | <0.01 | <0.002 | <0.01 | <0.002 |
| n-Hexane | 0.77 | 0.176 | 0.77 | 0.176 |
| Toluene | 0.17 | 0.039 | 0.17 | 0.039 |
| 1,1,2,2-Tetrachloroethane | <0.01 | <0.002 | <0.01 | <0.002 |
| 1,1,1-Trichloroethane | <0.01 | <0.002 | <0.01 | <0.002 |
| Trichloroethylene | <0.01 | <0.002 | <0.01 | <0.002 |
| Vinyl chloride | 0.01 | 0.002 | 0.01 | 0.002 |
| Xylene (mixed isomers) | 0.01 | 0.002 | 0.01 | 0.002 |

### 4.2.1.4.3    Emissions Events

The Urea and Melamine Plant has had numerous unpermitted emissions events both before and during the relevant time period. Ammonia releases have ranged from 30 to 320 pounds.

The Urea and Melamine Plant reported unpermitted releases of ammonia from its operations for 62 and 30 pounds of ammonia during two separate incidents in January 2017,[98] 375 pounds of anhydrous ammonia on October 12, 2017,[99] and 149 pounds of ammonia on January 18, 2018[100].

On December 17, 2018, a local resident of Waggaman, LA took a video of the Cornerstone Chemical Complex.[101] The resident identified a steam plume from the facility as being emissions from the ammonia production facility.[102] Steam would combine from fugitive emissions or leaks from the process and be carried into the air and offsite as the steam rises. This is a common occurrence at many plants where I have worked because steam, due to its rapid rise into the atmosphere, is a common transport mechanism for air pollutants to be entrained and carried offsite by wind.

---

[98] September 20, 2017, Cornerstone Title V Semiannual Monitoring & Deviations Report (WC_JPLF_00172078 at WC_JPLF_00172082).
[99] October 19, 2017, Cornerstone Written Follow-Up to Verbal Notification (WC_JPLF_00172158 at WC_JPLF_00172161). Anhydrous ammonia is either under pressure or chilled when at atmospheric pressure.
[100] January 18, 2018, LDEQ Inspection Report (WC_JPLF_00173029 at WC_JPLF_00173030).
[101] *See* December 17, 2018, Video of Cornerstone Chemical plant during an "odor event", *available at* https://www.facebook.com/jeffersonparishairquality/videos/12172018-video-of-cornerstone-chemical-plant-during-an-odor-event/328388257756694.
[102] *Id*.

These ammonia releases have been ongoing since before 2017. In 2015, there were five separate incidents involving unpermitted releases of up to 320 pounds of ammonia.[103] In my opinion, these emissions events illustrate the impacts that the Urea and Melamine Plant might have on individual receptors within the proposed class area.

#### 4.2.1.5   Sulfuric Acid Regeneration Plant

4.2.1.5.1      Facility Information

The Cornerstone Sulfuric Acid Regeneration Plant operated under Title V Permit Number 594-V4 during the relevant time period.[104] Hydrogen sulfide emissions were not listed in this permit. The permit lists the following process for the production of sulfuric acid.[105]

> *Sulfuric acid is produced by the double absorption and double contact process from sulfur, air and water. The process includes the burning of sulfur in air, oxidation of sulfur dioxide in a catalytic converter and absorption of sulfur trioxide in sulfuric acid. Natural gas is used to control the temperature of the process. High pressure steam is exported as a by-product.*

> *Sulfur and spent sulfuric acid is burned in dry air to form sulfur dioxide which is converted to sulfur trioxide by contact with a vanadium pentoxide and a cesium based catalyst. Sulfur trioxide is then absorbed in 98% sulfuric acid where it reacts with free water to produce sulfuric acid. A portion of the sulfur trioxide produced is absorbed in 20% oleum for oleum production.*

> *The Sulfuric Acid Regeneration Plant maximum product on rate is approximately 876,000 tons per year.*

Sulfur is melted in a molten sulfur tank. Hydrogen sulfide and sulfur dioxide are produced as byproducts during the heating of the raw sulfur.[106] Sulfur dioxide and sulfur trioxide

---

[103] January 20, 2015, Cornerstone Written Follow-Up to Verbal Notification (WC_JPLF_00003891); June 23, 2015, Written Follow-Up to Verbal Notification (WC_JPLF_00004512); July 28, 2015, Cornerstone 2nd Written Follow-Up to Verbal Notification (WC_JPLF_00004523); September 11, 2015, Written Follow-Up to Verbal Notification (WC_JPLF_00004975); October 22, 2015, LDEQ Intra-Agency Routing Form (WC_JPLF_00005098).
[104] December 28, 2017, LDEQ Permit No. 594-V4, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=10912214.
[105] *Id*. at 3.
[106] Tessenderlo Kerley, Inc. Molten Sulfur SDS, at 3;

Testifying Expert Report

form sulfuric acid in the atmosphere with exposure to water vapor.[107] When sulfur trioxide is exposed to air, it rapidly takes up water and gives off white fumes and heat.[108] This means that leaks of sulfur trioxide will appear as white fumes, which could be confused for steam plumes.

Oleum is fuming sulfuric acid, which reacts as a strong acid, as an oxidizing agent and as a dehydrating agent.[109]

Sulfuric acid is used in the Cornerstone Acrylonitrile Plant's production of acrylonitrile.

According to the Iodometric Back Titration (IBT) analysis, final molten sulfur contained 500 to 1100 parts per million by weight (ppmw) of soluble hydrogen sulfide and polysulfide components based on the initial gas pressure.[110] MSDSs for molten sulfur note the potential hazards, which include:

> *The amount of H2S present was usually noted as a small amount; descriptions included "trace", "< 0.1%", "< 1%", "< 500 ppm", and "< 1% (variable)".[111]*

> *The headspace concentration of H2S that can be achieved with molten sulfur in a transportation or storage container is influenced by four primary factors: the dissolved H2S concentration, the liquid temperature, agitation of the liquid, and the presence of any organic contaminants. To maintain an H2S concentration below its lower flammable limit (LFL), typical specifications for the dissolved H2S concentration range from 5 to 15 ppm. At the temperature range at which molten sulfur is typically handled, the LFL corresponds to a headspace concentration of 3.4%, or 34,000 ppm (at room temperature, the LFL for H2S is 4.3%).[112]*

Based on the USEPA graph presented previously in Figure 4, this is potentially a lethal dose.

---

[107] University Corporation for Atmospheric Research (UCAR) Center for Science Education, Sulfur Oxides, *available at* https://scied.ucar.edu/learning-zone/air-quality/sulfur-oxides.

[108] ATSDR, Toxic Substances Portal, Toxicological Profile for Sulfur Trioxide, at 1, *available at* https://wwwn.cdc.gov/TSP/ToxProfiles/ToxProfiles.aspx?id=256&tid=47.

[109] NOAA, Cameo Chemicals, Chemical Datasheet for Sulfuric Acid, Fuming, *available at* https://cameochemicals.noaa.gov/chemical/4115.

[110] Tari, et al., Investigation on Solubility of Hydrogen Sulfide in Molten Sulfur Using Iodometric Back Titration Method, 2017, at 1, *available at* https://www.jgt.irangi.org/article_251617_85b380a57167f320e3df174cee623a61.pdf.

[111] Viz, et al., Hydrogen Sulfide Exposure from Molten Sulfur-A Forgotten Hazard, AIChE, 9th global Congress on Process Safety, San Antonio, TX, May 2013, at 8.

[112] *Id*. at 7–8.

Testifying Expert Report

There are no controls on the vented molten sulfur tank to prevent emissions to the atmosphere. Hydrogen sulfide concentrations in the molten sulfur process are around 300 ppmw.[113] However, other sources list hydrogen sulfide as less than 1% or less than 10,000 ppm in the air, while another source lists the concentration as 3.4% or 34,000 ppm.[114] While there are technologies to capture hydrogen sulfide,[115] these technologies are not used at the Sulfuric Acid Regeneration Plant. This means that the hydrogen sulfide that exists as a byproduct in the molten sulfur process itself is released untreated to the atmosphere from the heated tank. As mentioned previously, the sulfur product can have up to 1% hydrogen sulfide entrained in the sulfur itself as a byproduct in the raw sulfur. Because hydrogen sulfide is volatile, it will want to go into the air. The molten sulfur, as it is being heated to greater than 290°F, will release this byproduct to the air in the interior of the tank. Since the tank is open to the atmosphere to prevent overpressurization (explosion), the hydrogen sulfide will exit the tank to the atmosphere.[116] This source is a continuous emissions source.

The permit application from 1996 claimed that the process of heating elemental sulfur in an onsite tank, emission point ID No. EQT052, did not need to be included in the air permit.[117] Multiple LDEQ inspectors have reported odors near the front gate of the Cornerstone Chemical Complex.[118] These inspection reports identify the source of the odors as the Sulfuric Acid Regeneration Plant. In one instance, the inspector noted that the Cornerstone official had stated that "the odor was likely related to the molten sulfur tank."[119]

The Sulfuric Acid Regeneration Plant is shown on Figure 8.

---

[113] McIntush, et.al., Molten Sulfur Storage Tank, Loading, and Vapor Ejection Systems Review, 2015, at 5, *available at* https://trimeric.com/assets/15v07-mcintush-molten-sulfur-storage-tank-loading-and-vapor-ejection-systems-review.pdf.

[114] Tessenderlo Kerley, Inc. Molten Sulfur SDS, at 2; Viz, 2013, at 7–8.

[115] For example, refineries use a Claus unit that can achieve sulfur recovery levels as high as 99.98% to convert hydrogen sulfide into elemental sulfur. *See* Shell, Claus Off-Gas Treating (SCOT) Process, *available at* www.shell.com/business-customers/catalysts-technologies/licensed-technologies/emissions-standards/tail-gas-treatment-unit/scot-process.html.

[116] November 30, 2018, LDEQ Incident Report (WC_JPLF_00003232 at WC_JPLF_00003243).

[117] October 8, 1996, Initial Part 70 Operating Permit Application (WC_JPLF_00173060 at WC_JPLF_00173291).

[118] *See, e.g.*, May 29, 2018, LDEQ Incident Report 183968 (WC_JPLF_00173060 at WC_JPLF_00173061); WC_JPLF_00003232 at WC_JPLF_00003232–34.

[119] WC_JPLF_00003232 at WC_JPLF_00003233.

**Figure 7. Sulfuric Acid Regeneration Plant at Cornerstone Chemical Company**



The thirty-nine criteria and toxic air pollutants included in the Title V permit for the Sulfuric Acid Regeneration Plant are presented in Table 12.

**Table 12. Pollutants Listed in the Title V Permits for the Sulfuric Acid Regeneration Plant[120]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
| --- | --- |
| $PM_{10}$ | 1, 1, 1-Trichloroethane |
| $PM_{2.5}$ | 1, 1, 2, 2-Tetrachloroethane |
| $SO_2$ | 1,4-Dichlorobenzene |
| $NO_X$ | 2,2,4-Trimethylpentane |
| CO | Acrylonitrile |
| VOC | Barium (and compounds) |
| | Benzene |
| | Cadmium (and compounds) |
| | Chloroethane |
| | Chromium VI (and compounds) |
| | Dichloromethane |

---

[120] 594-V4 at 2–3.

Testifying Expert Report

| | |
|---|---|
| | Diethyl sulfate |
| | Dimethyl sulfate |
| | Ethylbenzene |
| | Formaldehyde |
| | Methanol |
| | Methyl chloride |
| | Methyl ethyl ketone |
| | Methyl isobutyl ketone |
| | Methyl methacrylate |
| | Naphthalene |
| | Nickel (and compounds) |
| | Tetrachloroethylene |
| | Toluene |
| | Trichloroethylene |
| | Vinyl chloride |
| | Xylene |
| | Zinc (and compounds) |
| | N-hexane |
| | Chlorine |
| | Hydrochloric acid |
| | Hydrogen sulfide |
| | Sulfuric acid |

### 4.2.1.5.2    Emissions Data

The Cornerstone Sulfuric Acid Regeneration Plant total yearly Title V Permit emission limits are presented in Table 13.

**Table 13. Sulfuric Acid Regeneration Plant Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 594-V4[121] | | 594-V5[122] | |
|---|---|---|---|---|
| | 3/20/2014 − 12/27/2017 | | 12/28/2017 – 12/28/2023 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| PM$_{10}$ | 5.04 | 1.151 | 54.59 | 12.463 |
| PM$_{2.5}$ | 5.04 | 1.151 | 53.86 | 12.297 |
| SO$_2$ | 1131.57 | 258.349 | 1151.62 | 262.927 |
| NO$_x$ | 145.09 | 33.126 | 146.39 | 33.422 |
| CO | 86.93 | 19.847 | 86.97 | 19.856 |
| VOC | 5.95 | 1.358 | 16.02 | 3.658 |
| 1, 1, 1-Trichloroethane | | | 0.010 | 0.002 |
| 1, 1, 2, 2-tetrachloroethane | <0.01 | <0.002 | <0.01 | <0.002 |
| 1,4-Dichlorobenzene | <0.01 | <0.002 | <0.01 | <0.002 |
| 2,2,4-Trimethylpentane | | | 1.38 | 0.315 |

---

[121] 594-V4, at 2–3.
[122] December 28, 2017, LDEQ Permit 594-V5 (WC_JPLF_00172249 at WC_JPLF_00172252–53).

Testifying Expert Report

| Acrylonitrile | <0.01 | <0.002 | <0.01 | <0.002 |
|---|---|---|---|---|
| Barium (and compounds) | 0.02 | 0.005 | 0.02 | 0.005 |
| Benzene | 0.03 | 0.007 | 0.02 | 0.005 |
| Cadmium (and compounds) | 0.02 | 0.005 | 0.01 | 0.002 |
| Chloroethane | <0.01 | <0.002 | <0.01 | <0.002 |
| Chromium VI (and compounds) | 0.01 | 0.002 | 0.01 | 0.002 |
| Dichloromethane | 0.01 | 0.002 | 0.01 | 0.002 |
| Diethyl sulfate | | | 0.02 | 0.005 |
| Dimethyl sulfate | | | 0.02 | 0.005 |
| Ethylbenzene | 0.01 | 0.002 | 0.01 | 0.002 |
| Formaldehyde | 0.09 | 0.021 | 0.09 | 0.021 |
| Methanol | 0.04 | 0.009 | 0.04 | 0.009 |
| Methyl chloride | | | 0.01 | 0.002 |
| Methyl ethyl ketone | <0.01 | <0.002 | <0.01 | <0.002 |
| Methyl isobulyl ketone | <0.01 | <0.002 | <0.01 | <0.002 |
| Methyl methacrylate | 0.20 | 0.046 | 0.20 | 0.046 |
| Naphthalene | 0.03 | 0.007 | 0.03 | 0.007 |
| Nickel (and compounds) | 0.02 | 0.005 | 0.01 | 0.002 |
| Tetrachloroethylene | <0.01 | <0.002 | <0.01 | <0.002 |
| Toluene | 0.03 | 0.007 | 0.02 | 0.005 |
| Trichloroethylene | | | <0.01 | <0.002 |
| Vinyl chloride | <0.01 | <0.002 | <0.01 | <0.002 |
| Xylene | 0.01 | 0.002 | 0.01 | 0.002 |
| Zinc (and compounds) | 0.03 | 0.007 | 0.02 | 0.005 |
| N-hexane | 1.86 | 0.425 | 1.86 | 0.425 |
| Chlorine | 0.04 | 0.009 | 0.04 | 0.009 |
| Hydrochloric acid | 3.94 | 0.900 | 3.94 | 0.900 |
| Hydrogen sulfide | 0.02 | 0.005 | 0.02 | 0.005 |
| Sulfuric acid | 42.06 | 9.603 | 49.56 | 11.315 |

### 4.2.1.5.3    Emissions Events

The Sulfuric Acid Regeneration Plant has had numerous unpermitted air emissions both before and during the relevant time period. Unpermitted emissions events have included leaking sulfuric acid along the roadways outside the property boundary and in the production plant itself. The molten sulfur tank is open to the atmosphere without controls and, in my opinion, represents a continuous emission source for hydrogen sulfides as well as other sulfur compounds.

An LDEQ Incident Report dated May 23, 2018 describes hot sulfuric acid leaking onto the ground and sulfur dioxide and sulfur trioxide leaking into the air from seven to eight known leaks from ductwork around the site, a pass converter outlet, and the molten sulfur tank.[123] The Incident Report found that the facility had an ongoing leak for more than eight (8) months.[124] In my opinion, an 8-month leak would be a continuous emission of an odiferous compound with a pungent odor.

---

[123] WC_JPLF_00173060 at WC_JPLF_00173061.
[124] *Id*. Leak started 9/5/2017 and was not planned to be fixed until 5/19/2018.

Testifying Expert Report

Concentrated sulfuric acid in the air will cause your nose to become irritated, and it may seem like sulfuric acid has a pungent odor.[125] Sulfur dioxide is a colorless gas with a pungent odor that smells like burnt matches.[126] Both are converted to sulfuric acid from moisture in the air. Sulfur trioxide is often a colorless or white solid that creates white fumes in the air and has strong reactions with water.[127]

The leak depicted in Figure 9 and the rust-colored corrosion on the stainless steel covering of the piping/equipment is an indication that there were numerous leaks in the production of the sulfuric acid.

**Figure 8. Leak at Sulfuric Acid Regeneration Plant[128]**



Photo #:  1  of  7
Description: Photo of leak on the 3rd Pass Converter Outlet – 3rd Pass Exit to X-04 taken looking west;  Shroud is covering leak in red square;  Red arrow points to vacuum hose manifold

On May 31, 2018, Cornerstone reported a release of less than 100 pounds of sulfur trioxide from a tank receiving oleum from a railcar.[129]

---

[125] ATSDR, Public Health Statement for Sulfur Trioxide and Sulfuric Acid, *available at* https://wwwn.cdc.gov/TSP/PHS/PHS.aspx?phsid=254&toxid=47#:~:text=Breathing%20sulfuric%20acid%20droplets%20may,those%20of%20sulfuric%20acid%20inhalation.
[126] UCAR Center for Science Education, Sulfur Oxides.
[127] *Id.*; ATSDR, Public Health Statement for Sulfur Trioxide and Sulfuric Acid.
[128] WC_JPLF_00173060 at WC_JPLF_00173070.
[129] May 31, 2018, Cornerstone Written Follow-Up to Verbal Notification (WC_JPLF_00173392).

Testifying Expert Report

On November 17, 2018, a leak occurred at the plant from a 72-inch (6 feet) duct between the converter and the X-03 heat exchanger for approximately 24 hours.[130] The major release occurred for about 10 minutes.[131] The leak occurred from a ¾ inch crack that was 135 inches long (just over 11 feet long).[132] The plant estimated that approximately 934 pounds of sulfur trioxide and 456 pounds of sulfur dioxide were estimated to be released to the atmosphere in 10 minutes.[133] River Road (LA Highway 18) was closed to prevent exposure to the public.[134]

On November 29, 2018, a sulfur odor was noted on River Road by a local resident who was trying to find the source of the odor.[135] The plant representative stated that the odor was probably related to the molten sulfur tank which vents to the atmosphere.[136]

LDEQ conducted an odor patrol on November 30, 2018. The inspector observed "a strong hydrogen gas odor and a large amount of something blasting out from" the sulfur plant.[137] The inspector likely smelled hydrogen sulfide.

LDEQ inspectors conducted odor patrols around the Sulfuric Acid Regeneration Plant on October 15, 16, and 30 and November 5, 28 and 30, 2018.[138] The inspectors recorded the following olfactory observations on the dates listed (in order): slight chemical odor, chemical, vague chemical odor, chemical, chemical/gas, chemical.[139] The plant representative stated the molten sulfur tank "is a known source of sulfur odors when in close proximity to the tank."[140]

On December 5, 2018, the LDEQ inspectors shared their Jerome measurements of the odors they had detected during their prior odor patrols. Four of the six measurements were detected by the Jerome meter as shown below:[141]

---

[130] January 14, 2019, Cornerstone Second Written Follow-Up to Verbal Notification (WC_JPLF_00214611 at WC_JPLF_00214613).
[131] *Id*.
[132] *Id*.
[133] *Id*.
[134] *Id*.
[135] WC_JPLF_00003232 at WC_JPLF_00003232.
[136] *Id.* at WC_JPLF_00003233.
[137] *Id.* at WC_JPLF_00003232.
[138] December 5, 2018, LDEQ Field Interview Form (WC_JPLF_00174264 at WC_JPLF_00174264).
[139] *Id.* at WC_JPLF_00174265.
[140] WC_JPLF_00003232 at WC_JPLF_00003233.
[141] WC_JPLF_00174264 at WC_JPLF_00174265.

Testifying Expert Report

| Cornerstone Facility | | | | | | |
|---|---|---|---|---|---|---|
| Date | Location | Time | Wind | Description | Jerome Meter reading (ppm) | Downwind of: |
| 10/15/18 | Across River Rd. from Cornerstone gate | 1:55pm | S/SW | Slight chemical odor | .0 | Cornerstone |
| 10/16/18 | OP 10 | 9:41am | SE | chemical | .0 | Cornerstone |
| 10/30/18 | OP 10 | 9:04am | S | Vague Chemical odor | .009 | Cornerstone |
| 11/05/18 | OP 10 | 9:21am | SE | Chemical | .034 | Cornerstone |
| 11/28/18 | OP 10 | 12:01pm | S | Chemical/gas | .052 | Cornerstone |
| 11/30/18 | OP 10 | 11:33am | SSE | Chemical | .082 | Cornerstone |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

On December 12, 2018, LDEQ inspectors investigated an odor complaint.[142] The plant representatives stated that a methanol barge was being unloaded when the complaint was initiated.[143] Methanol is used at six of the seven plants on the Cornerstone Chemical Complex.

On April 11, 2019, a leak of sulfuric acid occurred from the sulfuric acid production area, and the sulfuric acid reached an onsite drainage ditch.[144] The leak was contained and neutralized.[145] During the investigation to find the leak, one worker inhaled the mist from the leak and was taken to the hospital for treatment.[146] Approximately 76,060 pounds of sulfuric acid were released.[147]

On July 15, 2020, as much as 657 gallons of sulfuric acid spilled to the ground during a transfer from a railcar to an onsite tank.[148] There has also been at least one fire in the molten sulfur tank with visible venting of air emissions from an atmospheric vent on top of the tank.[149] These events occurred outside of the relevant time period, but it is my opinion that they show that these events are recurring.

---

[142] WC_JPLF_00003214 at WC_JPLF_00003214.

[143] *Id.*

[144] WC_JPLF_00214862 at WC_JPLF_00214863–64.

[145] *Id.* at WC_JPLF_00214864.

[146] *Id.* at WC_JPLF_00214863.

[147] *Id.* at WC_JPLF_00214865.

[148] July 22, 2020, Cornerstone Written Follow-Up to Verbal Notification (WC_JPLF_00429769 at WC_JPLF_00429770).

[149] September 20, 2021, LDEQ Incident Report (WC_JPLF_00433502 at WC_JPLF_00433503).

Testifying Expert Report

In my opinion, these emissions events illustrate the impacts that the Sulfuric Acid Regeneration Plant might have on individual receptors within the proposed class area.

#### 4.2.1.6    Roehm America Plant (formerly Evonik)

4.2.1.6.1    Facility Information

The Roehm America Plant (formerly Evonik) is located on the Cornerstone Chemical Complex site. It is serviced by the Cornerstone Utilities Plant/Site Services. The Roehm America Plant operates under Title V Permit 1982-V10.[150]

This plant produces methyl methacrylate and methacrylic acid. Methyl methacrylate is a colorless liquid with a sharp, fruity odor.[151] It is used to make resins, plastics, and plastic dental prostheses.[152] Methacrylic acid is a colorless liquid with a sharp, acrid unpleasant odor.[153] It is used in making plastic sheets, moldings, fibers, resins, and other organic chemicals.[154]

Methyl methacrylate is produced at the Methyl Methacrylate Plant by the acetone cyanohydrin process, as described below:[155]

> Methyl methacrylate (MMA) is produced at the MMA Plant by the acetone cyanohydrin (ACH) process. Acetone and hydrogen cyanide (HCN) are combined to make acetone cyanohydrin in an exothermic reaction carried out in a series of delay vessels and coolers. Unreacted HC and acetone are removed under vacuum in a stripping column, condensed and returned to the reactor. Bottoms from the stripping column are cooled and sent to storage as ACH product.
>
> ACH is converted to crude MMA in a two step process. First, the ACH is reacted with sulfuric acid to form methacrylamide. This reaction is exothermic. The heat is removed by exchange with cooling tower water. The mixture continues to react to form methacrylamide sulfate. This reaction is endothermic and is carried out in a banked series of steam-jacketed

---

[150] September 8, 2017, Title V Permit 1982-V10 (WC_JPLF_00175319).
[151] Department of Health Services, Methyl Methacrylate Fact Sheet, 1990, at 1, *available at* https://www.cdph.ca.gov/Programs/CCDPHP/DEODC/OHB/HESIS/CDPH%20Document%20Library/mma.pdf.
[152] *Id.*
[153] Centers for Disease Control and Prevention (CDC), NIOSH, Methacrylic Acid, *available at* https://www.cdc.gov/niosh/npg/npgd0386.html.
[154] NIH PubMed, Methacrylic Acid, *available at* https://pubchem.ncbi.nlm.nih.gov/compound/79-41-4.
[155] WC_JPLF_00175319 at WC_JPLF_00175321–22.

*reactors. Methacrylamide sulfate exiting these reactors is cooled and fed to the esterifier system.*

*In the second step, methanol and water are fed with methacrylamide sulfate into the first of three heated esterifiers in series. Liquid then flows by gravity to the second and third esterifiers, where live steam is injected to vaporize crude MMA to overhead. Crude methyl methacrylate is produced along with a heavy liquor (co-product acid) containing sulfuric acid, ammonium bisulfate, and small quantities of organics. The crude MMA is continuously fed to vacuum distillation columns for purification. Impurities are separated and recycled to the crude MMA process or disposed of in deep wells. Stabilizers are added at various points throughout the process to minimize polymerization. The finished MMA is pumped to the MMA tank farm for storage and shipping.*

*Methacrylic Acid (MAS) is produced by saponification of methacylamide sulfate. A slip stream of feed to the MMA esterifier is fed along with water to a cooled plug reactor. The reactor overflows to the decanter where crude MAS is separated from the co-product acid which is recycled to the MMA esterifiers. The crude MAS is continuously fed to vacuum distillation for purification. Impurities are separated and recycled to the MMA esterifies along with the coproduct acid. Stabilizers are added at various points throughout the process to minimize polymerization. The finished MAS is pumped to the MAS storage tank for storage and shipping.*

*Approximately 95% of the co-product acid is sent to Cornerstone's Sulfuric Acid Regeneration Plant to be recycled. The other 5% is disposed of in deep wells, permitted separately. This portion of the co-product acid is used to neutralize excess ammonia in the acrylonitrile plant prior to disposal.*

The thirteen criteria and toxic air pollutants included in the Title V Permit for the Roehm America Plant are presented in Table 14.

**Table 14. Pollutants Listed in the Title V Permits for the Roehm America Plant[156]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Ammonia |
| $PM_{2.5}$ | Chlorine |
| $SO_2$ | Ethylene glycol |
| CO | Hydrogen cyanide |
| VOC | Methanol |
| | Methyl methacrylate |
| | Sulfuric acid |

4.2.1.6.2      Emissions Data

The Roehm America Plant total yearly Title V Permit emission limits are presented in Table 15.

**Table 15. Roehm America Plant Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 1982-V9[157] | | 1982-V10[158] | |
|---|---|---|---|---|
| | 2/17/2017 – 9/05/2017 | | 9/6/2017 – 2/22/2022 | |
| | (tpy) | (lbs/hr) | (tpy) | (lbs/hr) |
| $PM_{2.5}$ | 5.73 | 1.308 | 5.73 | 1.308 |
| $PM_{10}$ | 9.53 | 2.176 | 9.53 | 2.176 |
| $SO_2$ | 1.05 | 0.240 | 1.05 | 0.240 |
| CO | 24.43 | 5.578 | 24.43 | 5.578 |
| VOC Total | 56.57 | 12.916 | 79.36 | 18.119 |
| Ammonia | 0.52 | 0.119 | 0.41 | 0.094 |
| Chlorine | 0.03 | 0.007 | 0.03 | 0.007 |
| Ethylene Glycol | 0.04 | 0.009 | 0.29 | 0.066 |
| Hydrogen Cyanide | 0.03 | 0.007 | 0.03 | 0.007 |
| Methanol | 2.61 | 0.596 | 5.81 | 1.326 |
| Methyl Methacrylate | 22.23 | 5.075 | 39.67 | 9.057 |
| Sulfuric Acid | 0.05 | 0.011 | 0.05 | 0.011 |

4.2.1.6.3      Emissions Events

The Roehm America Plant has had numerous unpermitted air emissions both before and during the relevant time period. Unpermitted air releases have included methacrylic acid, sulfuric acid, methyl methacrylate, ammonia, hydrogen cyanide, and acetone cyanohydrin. Roehm America reported a leak of 9.3 pounds of hydrogen cyanide that was released to

---

[156] *Id*. at WC_JPLF_00175322–23.

[157] *Id*.

[158] *Id*.

Testifying Expert Report

the atmosphere on October 15, 2018.[159] On July 13, 2016, the plant had an ammonia release of an unknown quantity, but the RQ (100 pounds for ammonia) was reported as not being exceeded.[160] In my opinion, these emissions events illustrate the impacts that the Roehm America Plant might have on individual receptors within the proposed class area.

### 4.2.1.7    Dyno Nobel Ammonia

4.2.1.7.1    <u>Facility Information</u>

Dyno Nobel Ammonia operated under LDEQ Title V Permit 1340-00352-V5 issued March 31, 2016, LDEQ Title V Permit 1340-00352-V6 issued November 28, 2018 and LDEQ Title V Permit 1340-00352-V7 issued January 25, 2019.[161]

The Ammonia Production Facility operates a single-train ammonia process based on a low-energy natural-gas reforming process. The designed production rate is 2,780 tons per day (or 4,160,000 pounds per day) and has the following process steps:[162]

> *Feed Gas Compression and Desulfurization*
>
> *Natural gas is used as feed for the process. Part of the natural gas is sent to Primary Reformer Furnace (EPN 101 -B) as fuel. The rest of the natural gas is compressed through the feed gas compressor and sent to the desulfurization unit as feed. The feed gas must be desulfurized because sulfur compounds are poisonous to the ammonia catalyst.*
>
> *After compression, the feed natural gas is mixed with a recycle stream of hydrogen rich synthesis gas and is then heated to approximately 700°F in the convection section of the primary reformer. Desulfurization is a two-step process: first, sulfur compounds are converted with the hydrogen recycled to hydrogen sulfide; second, the hydrogen sulfide is absorbed into a bed of zinc oxide.*
>
> *Primary Reforming*
>
> *The desulfurized feed is mixed with process steam and preheated prior to reforming. The process steam is added to achieve an approximate 3:1 steam*

---

[159] October 22, 2018, Letter from Evonik Industries to LA Department of Public Safety and Corrections, (WC_JPLF_00175660).
[160] July 20, 2016, Evonik Initial Written Follow-Up to Verbal Notification, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=10304395.
[161] September 6, 2019, LDEQ Title V Permit 1340-00352-V8 (WC_JPLF_00216354 at WC_JPLF_00216356.)
[162] *Id.* at WC_JPLF_00216356–59.

*to carbon molar ratio in the feed gas. The hot mixed feed is distributed to the primary reformer catalyst tubes, which are suspended in the radiant section of the furnace. The feed gas passes down through the reforming catalyst and is reacted to form hydrogen (H2), carbon monoxide (CO), and carbon dioxide (CO2).*

*Overall the combination of reactions is endothermic, with supplemental heat supplied by fuel gas burners. The primary effluent gas still contains greater than 10 mole % dry unreacted methane. The reforming furnace is designed to attain maximum thermal efficiency by recovering heat in the convection section from the flue gases for the following services:*

- *Steam/gas mixed feed preheat*

- *Process air preheat*

- *Steam superheating*

- *Natural gas feed preheat for desulfurization*

- *Combustion air preheating*

<u>*Secondary Reforming*</u>

*During secondary reforming, process air is added. The oxygen in the process air reacts with part of the process gas from the primary reformer leading to a high temperature (> 2000°F) above the catalyst bed. The hot gas from this reaction passes down through the reforming catalyst where it reacts to produce more hydrogen in a similar manner to the primary reformer, but without outside heat transfer.*

*The secondary reformer effluent passes directly to the secondary reformer waste heat boiler where high pressure steam is generated. The partially cooled gas then passes through a high-pressure steam superheater, cooling it to the high temperature shift inlet temperature of approximately 700°F.*

<u>*Carbon Monoxide Shift Conversion*</u>

*In the shift conversion step, CO reacts with steam to form H2 and CO2. The shift reaction is exothermic. There are two shift reaction stages in this unit, the High Temperature Shift (HTS) and Low Temperature Shift (LTS) Converters. In the two stages of shift conversion provided, the HTS operates with approximately 700°F inlet temperature and the LTS with*

Testifying Expert Report

*approximately 400°F inlet temperature. Each stage of shift utilizes a different catalyst.*

*As a means to moderate the gas temperature between the high and low temperature shift, steam is generated in the HTS effluent boiler feed water (BFW) preheater/steam generator. Heat recovered from the LTS effluent gas provides reboiling heat for the CO2 removal section in the CO2 stripper reboiler. The LTS effluent gas then enters the CO2 absorber.*

<u>*Carbon Dioxide Removal*</u>

*The $CO_2$ in the shifted process gas is next reduced to approximately 500 ppmv by washing in a two-stage activated amine-based system that utilizes the activated methyldiethanolamine (aMDEA) process licensed by BASF.*

<u>*Methanation*</u>

*The overhead gas from the CO2 absorber then flows though the methanator where the remaining carbon oxides, which are poisonous to the ammonia synthesis catalyst, combine with hydrogen over a nickel catalyst to form methane and water. The gas is now called synthesis gas (syngas). The purified syngas is compressed with recycle gas and fed to the synthesis converter.*

<u>*Ammonia Synthesis*</u>

*Ammonia is produced in a fixed-bed, converter reactor filled with iron catalyst. Make-up and recycle gases from the syngas compressor are preheated by exchange with the converter effluent in the feed/effluent exchanger. It then flows to the converter.*

*Final ammonia concentration leaving the converter is 15% - 20%.*

*The ammonia synthesis reaction is exothermic and proceeds with a significant temperature rise across the catalyst. Most of the heat of reaction from the ammonia synthesis is recovered by the steam system.*

*The converter effluent gas is further cooled by a condensing ammonia chiller at several different temperature levels. Cold ammonia product is removed at the lowest temperature level. Warm ammonia product is removed from the process at the highest temperature level.*

Testifying Expert Report

> *Unreacted synthesis gas from the ammonia separator is recycled back by the synthesis gas compressor, mixed with make-up synthesis gas, and then reused as feed to the converter.*
>
> *The purge gas stream from the ammonia separator flows to the ammonia scrubber for recovery and removal of all but a trace of the ammonia it contains. The essentially ammonia-free gas is recycled to the purge gas recovery.*
>
> *Liquid ammonia from the ammonia separator is depressurized and flashed to a lower pressure in the ammonia letdown drum. The flashed vapor, primarily dissolved synthesis gas, is mixed with the refrigeration system purge gas and sent to the ammonia scrubber. The remaining liquid ammonia product is then split into streams leading to the ammonia refrigeration system or the ammonia product receiver.*
>
> *<u>Purge Recovery</u>*
>
> *Small amounts of argon and methane introduced to the ammonia synthesis loop as impurities in the make-up gas are inert to the ammonia synthesis reaction, and consequently accumulate in the synthesis gas loop. These "inerts" must be removed by purging a small stream from the ammonia separator.*
>
> *The purge gas stream (from loop) is fed to the high-pressure ammonia scrubber where ammonia is recovered to the process. The remaining gases are either recycled back to the process or used as fuel.*

Instead of low parts per million being found in a normal emission from this facility, a leak of the final product (15–20% ammonia) can be 150,000 to 200,000 ppm. The National Institute for Occupational Safety and Health (NIOSH) gives an Immediately Dangerous to Life and Health (IDLH) concentration for workers at 300 ppm ammonia.[163] Concentrations of 2,500 to 6,000 ppm can be fatal in approximately 30 minutes, and concentrations above 5,000 ppm are reported to be fatal.[164]

The fifteen criteria and toxic air pollutants included in the Title V permit for Dyno Nobel Ammonia are presented in Table 16.

---

[163] CDC, Ammonia, *available at* https://www.cdc.gov/niosh/idlh/7664417.html.
[164] *Id.*

Testifying Expert Report

**Table 16. Pollutants Listed in the Title V Permit for Dyno Nobel Ammonia[165]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Ammonia |
| $PM_{2.5}$ | Benzene |
| $SO_2$ | Chlorine |
| $NO_x$ | Formaldehyde |
| CO | Lead compounds |
| VOC | Methanol |
| | n-Hexane |
| | Sulfuric acid |
| | Zinc (and compounds) |

4.2.1.7.2    Emissions Data

Dyno Nobel Ammonia total yearly Title V emission limits are presented in Table 17.

---

[165] March 31, 2016, Title V Permit 1340-00352-V5, at 6, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=10148049.

**Table 17. Dyno Nobel Ammonia Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 1340-00352-V5[166] | | 1340-00352-V6[167] | | 1340-00352-V7[168] | | 1340-00352-V8[169] | |
|---|---|---|---|---|---|---|---|---|
| | 3/31/2016 – 11/27/2018 | | 11/28/2018 – 1/25/2019 | | 1/26/2019 – 9/5/2019 | | 9/6/2019 – 11/28/2023 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 46.39 | 10.59 | 39.29 | 8.97 | 39.50 | 9.018 | 39.73 | 9.071 |
| $PM_{2.5}$ | 45.16 | 10.31 | 38.06 | 8.69 | 38.27 | 8.737 | 38.50 | 8.790 |
| $SO_2$ | 4.84 | 1.11 | 4.66 | 1.06 | 4.64 | 1.059 | 4.71 | 1.075 |
| $NO_x$ | 163.43 | 37.31 | 124.12 | 28.34 | 130.86 | 29.877 | 135.18 | 30.863 |
| CO | 417.86 | 95.40 | 376.58 | 85.98 | 407.30 | 92.991 | 408.61 | 93.290 |
| VOC | 151.27 | 34.54 | 146.18 | 33.37 | 146.89 | 33.537 | 147.06 | 33.575 |
| Ammonia | 62.90 | 14.36 | 62.90 | 14.36 | 62.90 | 14.361 | 62.90 | 14.361 |
| Benzene | 0.01 | 0.002 | 0.01 | 0.002 | 0.01 | 0.002 | 0.01 | 0.002 |
| Chlorine | <0.01 | <0.002 | <0.01 | <0.002 | <0.01 | <0.002 | <0.01 | <0.002 |
| Formaldehyde | 0.31 | 0.071 | 0.44 | 0.10 | 0.44 | 0.10 | 0.44 | 0.10 |
| Lead compounds | 0.002 | 0.005 | 0.002 | 0.005 | <0.01 | <0.002 | <0.01 | <0.002 |
| Methanol | 91.60 | 20.91 | 91.60 | 20.91 | 91.60 | 20.91 | 91.60 | 20.91 |
| n-Hexane | 7.44 | 1.70 | 10.51 | 2.40 | 10.51 | 2.40 | 10.51 | 2.40 |
| Sulfuric Acid | 0.42 | 0.096 | 0.42 | 0.096 | 0.42 | 0.096 | 0.42 | 0.096 |
| Zinc (and compounds) | 0.12 | 0.027 | 0.17 | 0.040 | 0.17 | 0.039 | 0.17 | 0.039 |

4.2.1.7.3     Emissions Events

Dyno Nobel Ammonia has had numerous unpermitted air emissions both before and during the relevant time period. Incidents have included releases of anhydrous ammonia or ammonia ranging from 32 pounds to 995 pounds.

[166] *Id.*
[167] November 28, 2018, Title V Permit 1340-00352-V6, at 6-7, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=11416130.
[168] January 25, 2019, Title V Permit 1340-00352-V7, at 6-7, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=11500928.
[169] September 6, 2019, Title V Permit 1340-00352-V8, at 6-7, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=11855510.

Testifying Expert Report

Dyno Nobel Ammonia has had 4 instances of leaks or releases to the atmosphere on January 10, 2017, April 14, 2017, March 7, 2019 and September 20, 2019 from their operations that ranged from 7 to 995 pounds of anhydrous ammonia.[170]

A local citizen posted a video on Facebook of odors coming from the Cornerstone Chemical Complex.[171] The odors appear to be associated with ammonia production or use. Although the citizen identifies a visible plume as being a totally ammonia stream, in my opinion, the probable mix is steam. Fugitive ammonia emissions or leaked ammonia (from the overhead pipe going across the road) that is caught in the rising steam can be transported with the steam plume. As mentioned above, ammonia gas that is sorbed by moisture becomes heavier than air, which can lead to the emissions falling towards the ground where they could impact area residents.

In my opinion, these emissions events illustrate the impacts that Dyno Nobel Ammonia might have on individual receptors within the proposed class area.

### 4.2.1.8    Kemira Chemicals

#### 4.2.1.8.1    Facility Information

Kemira Chemicals operates under Title V Permit 2107-V3.[172] The plant produces acrylamide, which is produced by the liquid phase hydration of acrylonitrile in the presence of a pelletized, reduced copper catalyst at a reaction temperature of 85–120°C and a pressure of 60 to 120 psig.[173] Under normal operating conditions, more than 99.5% of the acrylonitrile is converted to acrylamide.[174] The process is described as follows:[175]

> *The AMD Plant consists of 5 sections: Reactors, Stripper-Concentration, Recovery, Post Treatment, and Storage.*
>
> *The Reactor section consists of eight (8) fixed bed reactors operated in series. The reactor feeds are comprised of two streams. A stream containing recycle and fresh deionized water is exchanged and deaerated with nitrogen before being pumped to the reactors. A separate stream containing recycle*

---

[170] January 10, 2017, LDEQ Incident Report 175168 (WC_JPLF_00175851) (32 pounds); WC_JPLF_00175879 (995 pounds); March 13, 2019, Dyno Nobel Initial Written Follow-Up to Verbal Notification (WC_JPLF_00216232) (80.2 pounds); September 20, 2019, Dyno Nobel Initial Written Follow-Up to Verbal Notification (WC_JPLF_00216460) (7 pounds).
[171] December 17, 2018, Video of Cornerstone Chemical plant during an "odor event".
[172] January 24, 2020, Title V Operating Permit Number 2107-V3, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=12044380.
[173] *Id.* at 3.
[174] *Id.*
[175] *Id.* at 3–4.

*and fresh AN is also exchanged and deaerated with nitrogen before being pumped to the reactors. The dissolved oxygen content of both deaerated streams must be extremely low, since higher concentrations of dissolved oxygen are known to oxidize the catalyst and inhibit the catalytic reaction.*

*The reactor product is routed to the three stage Stripper-Concentrator section, where essentially all of the unreacted AN is vaporized and enough water is evaporated to concentrate the AMO solution to the desired product concentration of 52 to 54%.*

*The Recovery section condenses and collects water and AN removed from the process in the Stripper-Concentration section. These materials are recycled to the deaerator.*

*Post treatment of the product is performed in a continuous process before being ion exchanged and sent to storage.*

*AMD is stored in eight (8) stainless steel tanks. From these tanks, AMO is shipped by returnable tote bins. drums. and 5 gallon pails.*

The eleven criteria and toxic air pollutants included in the Title V permit for Kemira Chemicals are presented in Table 18.

**Table 18. Pollutants Listed in the Title V Permits for Kemira Chemicals[176]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Acrylamide |
| $PM_{2.5}$ | Acrylonitrile |
| $SO_2$ | Ammonia |
| $NO_x$ | Copper (and compounds) |
| CO | Ethylene glycol |
| VOC | |

4.2.1.8.2   Emissions Data

Kemira Chemicals total yearly Title V emission limits are presented in Table 19.

---

[176] *Id.* at 4.

**Table 19. Kemira Chemicals Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 2107-V2[177] | |
|---|---|---|
| | 11/12/2014 – 1/23/2020 | |
| | (tpy) | (lb/hr) |
| $PM_{10}$ | 0.02 | 0.005 |
| $PM_{2.5}$ | 0.02 | 0.005 |
| $SO_2$ | 0.01 | 0.002 |
| $NO_x$ | 0.04 | 0.009 |
| CO | 0.04 | 0.009 |
| VOC | 3.95 | 0.902 |
| Acrylamide | 1.57 | 0.358 |
| Acrylonitrile | 1.74 | 0.397 |
| Ammonia | 0.93 | 0.212 |
| Copper (and compounds) | 0.01 | 0.002 |
| Ethylene glycol | 0.66 | 0.151 |

#### 4.2.1.9    American River Transportation Company (ARTCO) Fleeting Services

##### 4.2.1.9.1    Facility Information

ARTCO Fleeting Services is located at 8400 River Road in Westwego. ARTCO has a Minor Source Air Permit with LDEQ for the American River Transportation Co. – New Orleans Shipyard, Waggaman, Louisiana.[178] The latest permit was issued on June 2, 2021.[179]

ARTCO is an integrated inland river system that owns covered-hopper and tank barge fleets.[180] The full line of operations includes: covered hopper barges, tank barges, line-haul boats, harbor and fleeting services, harbor boats, a full-service shipyard, cleaning services, and Stevedoring[181] cranes.[182] ARTCO services include transloading, terminaling, warehousing, and a full array of logistical functions. ARTCO is a wholly owned subsidiary of Archer Daniels Midland (ADM).[183] ARTCO Stevedoring (the overall operations of the Stevedore) operates within an 11-mile footprint, from river mile 110 to 121 on the Lower Mississippi River.[184] With seven floating cranes and seven discharge locations—including

---

[177] *Id.*

[178] June 2, 2021, LDEQ Minor Source Permit 1340-00378-00 (WC_JPLF_00454650).

[179] *Id.* at WC_JPLF_00454651.

[180] ADM, ARTCo Barge & Stevedoring, *available at* https://www.adm.com/en-us/products-services/services/transportation-logistics/barge-stevedoring/.

[181] A stevedore at the port is in charge of the movement of cargo within and from port to port. The stevedore loads, unloads, drives, and stores different types of cargo.

[182] ADM, ARTCo Barge & Stevedoring.

[183] ADM, ARTCo Barge & Stevedoring.

[184] *Id.*

Testifying Expert Report

midstream and hard docks—ARTCO operates the largest fleeting operation in New Orleans that supports the barge line and stevedoring.[185]

Barges are either open, such as the barges at ADM Grain and Cargill (these may be covered with removable hatches for transport), or they can have closed covers with only an openable hatch where liquids, such as gasoline, creosote, or other liquid products, can be pumped into the barge.[186] A closed barge can hold 453,600 gallons of a product, such as crude oil, or a volume of 61,039 cubic feet of air space, in the case of grain, sand, or other bulk materials.[187]

When a closed barge is loaded with product, the air-space volume is forced out of the barge.[188] The displaced air can be either captured or discharged directly to the atmosphere.[189] Capture systems can include vapor balancing lines, where the vapor is transferred between the tank and barge.[190] As liquid is transferred from a barge, vapors would be pushed from the tank and into the barge.[191] This system would also work in reverse.

When unloading a barge, residual material, including vapors, can be left behind.[192] These vapors can leave on their own over time or they can be forced out when a new product is loaded.[193] The loading of bulk product into the barge can cause dust or particulate emissions to be released to the air between the drop zone of the bucket and the entry point into the barge.[194]

Barge emissions can also occur due to changing ambient conditions.[195] The daily change in temperature as well as solar temperature gain can lead to the heating of the material in the barge, resulting in increasing vapor loss if the barge is not sealed.[196]

The ARTCO facilities are shown in Figure 10.

---

[185] *Id.*
[186] *Id.*
[187] Calculated based on dimensions in Study Chapter Inserts.indd (usda.gov)/sites/default/files/media/RTIReportChapter12.pdf – Barge Transportation.
[188] User's Guide to Tanks: Storage Tank Emissions Calculation Software, 1999, *available at* https://www.epa.gov/sites/default/files/2020-11/documents/tank4man.pdf.
[189] *Id.*
[190] *Id.*
[191] *Id.*
[192] *Id.*
[193] July 4, 2018, LDEQ Incident Report (WC_JPLF_00176655).
[194] *Id.*
[195] User's Guide to Tanks: Storage Tank Emissions Calculation Software.
[196] *Id.*

**Figure 9. ARTCO Facilities on the Mississippi River**



The nineteen criteria and toxic air pollutants included in the Minor Source Permit for ARTCO Fleeting Services are presented in Table 20.

**Table 20. Pollutants Listed in the Minor Source Permits for ARTCO Fleeting Services[197]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Acetaldehyde |
| $PM_{2.5}$ | Acrolein |
| $SO_2$ | Barium |
| $NO_x$ | Benzene |
| CO | Chromium VI (and compounds) |
| VOC | Cobalt compounds |
| | Copper (and compounds) |
| | Diethanolamine |
| | Formaldehyde |
| | Manganese (and compounds) |
| | Naphthalene |
| | Nickel compounds |
| | Polynuclear Aromatic Hydrocarbons |
| | Toluene |

---

[197] WC_JPLF_00454650 at WC_JPLF_00454652–53.

Testifying Expert Report

| | Xylene (mixed isomers) |
|---|---|
| | Zinc compounds |

### 4.2.1.9.2    Emissions Data

ARTCO total yearly Title V emission limits are presented in Table 21.

**Table 21. ARTCO Title V Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 2107-V2[198] | |
|---|---|---|
| | 11/12/2014 – 1/23/2020 | |
| | (tpy) | (lb/hr) |
| $PM_{10}$ | 5.29 | 1.21 |
| $PM_{2.5}$ | 5.15 | 1.18 |
| $SO_2$ | 0.04 | 0.01 |
| $NO_x$ | 10.84 | 2.47 |
| CO | 5.76 | 1.32 |
| VOC | 1.66 | 0.38 |
| Acetaldehyde | 0.01 | 0.002 |
| Acrolein | 0.001 | 0.0002 |
| Barium (and compounds) | 0.001 | 0.0002 |
| Benzene | 0.002 | 0.0005 |
| Chromium VI (and compounds) | 0.004 | 0.0009 |
| Cobalt compounds | 0.002 | 0.0005 |
| Copper (and compounds) | 0.008 | 0.002 |
| Diethanolamine | 0.007 | 0.002 |
| Formaldehyde | 0.01 | 0.002 |
| Manganese (and compounds) | 0.05 | 0.01 |
| Naphthalene | 0.01 | 0.002 |
| Nickel (and compounds) | 0.002 | 0.0005 |
| Polynuclear Aromatic Hydrocarbons | 0.001 | 0.0002 |
| Toluene | 0.01 | 0.002 |
| Xylene (mixed isomers) | 0.01 | 0.002 |
| Zinc (and compounds) | 0.02 | 0.005 |

### 4.2.1.9.3    Emissions Event

ARTCO has had at least one unpermitted air emissions event during the relevant time period. On July 4, 2018, soybean meal being loaded onto a barge on the loading area on the west side of the River caused a "stench" on the east side of the River in Harahan. [199] Soybean meal can generate hydrogen sulfide in storage.[200] Hydrogen sulfide can also be

---

[198] *Id.*
[199] July 4, 2018, LDEQ Incident Report (WC_JPLF_00176655 at WC_JPLF_00176656).
[200] Veolia "Plug and Play Odor (H2S) Control for Municipal and Industrial Facilities," Webinar (August 23, 2023), *available at* https://info.veoliawatertech.com/on-demand-webinar-plug-and-play-odor-control.

generated if the dust settles out in local ditches or streams where it has a chance to decay.[201] Ammonia gas may also be generated from this process.[202] The resident who filed the complaint was located about 0.6 miles across the River on the east side in Harahan. It is my opinion that this emissions event illustrates the impacts that the ARTCO facilities might have on individual receptors within the proposed class area.

### 4.2.1.10    International Matex Tank Terminals, Avondale Terminal

#### 4.2.1.10.1    Facility Information

International Matex Tank Terminals (IMTT) operates a tank farm along the Mississippi River. Their street address is 5450 River Road, Avondale. They have a Minor Source Air Permit from LDEQ.[203] The tanks in the tank farm appear to be fixed roof based on aerial imagery.

The IMTT Avondale Terminal operations along the western side of the Mississippi River use air sparging to mix up the contents of their tanks.[204] Air sparging involves the use of air injected into the tank to mix the contents of the tank.[205] Air sparging can strip volatile organics out of the materials being mixed, thereby stripping them to the atmosphere.[206] For instance, air sparging creosote could lead to increased naphthalene (mothballs) emissions. Crude oil, No. 6 fuel oil, and other heavy petroleum products that are air sparged will release petroleum and sulfur smelling chemicals.

In my opinion, air emissions from the IMTT Avondale Terminal likely come from pressure relief valves or other tank vents as well as fugitive emissions from transfer piping and equipment. Air emissions can also occur during the loading and unloading of barges. Air emissions from loading or unloading product from barges were previously described in Section 4.2.1.9.1.

---

[201] Wikipedia, Hydrogen Sulfide, *available at* https://en.wikipedia.org/wiki/Hydrogen_sulfide; Healthline, All You Need to Know About Sulfur-Rich Foods, *available at* https://www.healthline.com/nutrition/foods-with-sulfur.

[202] Fulhage, Gases and Odors from Swine Wastes, U. of MO Extension, 2018, *available at* https://extension.missouri.edu/publications/g1880#:~:text=Gases%20produced%20in%20greatest%20volume,and%20sulfides%20in%20trace%20amounts; Powers, The Impact of ammonia and hydrogen sulfide emissions from animal agriculture, Michigan State U., 2011, *available at* https://www.canr.msu.edu/news/the_impact_of_ammonia_and_hydrogen_sulfide_emissions_from_animal_agricultur.

[203] September 21, 2017, Minor Source Permit 1340-00174-05 (WC_JPLF_00174854).

[204] February 9, 2015, LDEQ Incident Report (WC_JPLF_00223116 at WC_JPLF_0022319).

[205] Koppers North Little Rock AR, Creosote Wood Treating Facility, Personal Observations, 1999-2000.

[206] USEPA, How to Evaluate Alternative Cleanup Technologies for Underground Storage Tank Sites: A Guide for Corrective Action Plan Reviewers, Chapter VII: Air Sparging, EPA 510-B-16-005, 2016, pVII-1 *available at* https://19january2017snapshot.epa.gov/sites/production/files/2014-03/documents/tum_ch7.pdf.

IMTT conducted air quality modeling for TAPs for their August 3, 2017 LDEQ Minor Source Air Permit Application.[207] The results calculated a maximum ground level concentration of three pollutants (no location given), including hydrogen sulfide, naphthalene, and polycyclic aromatic hydrocarbons (PAHs), as summarized below in Table 22.

**Table 22. LDEQ Toxic Air Pollutants Ground Level Concentrations[208]**

| POLLUTANT | TIME PERIOD | CALCULATED MAXIMUM GROUND-LEVEL CONCENTRATION ($\mu g/m^3$) | LDEQ TOXIC AIR POLLUTANT AMBIENT AIR STANDARD ($\mu g/m^3$) |
|---|---|---|---|
| H2S | 8-hr | 315.93 | 330 |
| Naphthalene | 8-hr | 1,078.09 | 1,190 |
| PAH | Annual | 0.12 | 0.6 |

Note: It is unclear if naphthalene is included in the PAH annual emissions calculation.

The IMTT Avondale Terminal is shown in Figure 11.

---

[207] August 3, 2017, LDEQ Minor Source Air Permit Application for Revision to Permit No. 1340-00174-04 (WC_JPLF_00048811 at WC_JPLF_00048819).
[208] *Id*.

**Figure 10. The IMTT Avondale Terminal**



The twenty-seven criteria and toxic air pollutants included in the Minor Source Permit for the IMTT Avondale Terminal are presented in Table 23.

**Table 23. Pollutants Listed in the Minor Source Permits for the IMTT Avondale Terminal[209]**

| CRITERIA AIR POLLUTANTS | TOXIC AIR POLLUTANTS |
|---|---|
| $PM_{10}$ | Benzene |
| $PM_{2.5}$ | Biphenyl |
| $SO_2$ | $CO_2$ |
| $NO_x$ | Cumene |
| CO | Ethyl benzene |
| VOC | Formaldehyde |
| | n-Hexane |
| | Hydrogen Sulfide |
| | Methanol |
| | MTBE |
| | 1-Methylnaphthalene |
| | 2-Methylnaphthalene |
| | Naphthalene |

---

[209] WC_JPLF_00174854 at WC_JPLF_00174856–57.

Testifying Expert Report

|  | Phenol |
|---|---|
|  | PAHs |
|  | Quinoline |
|  | Styrene |
|  | Toluene |
|  | 2,2,4-Trimethylpentane |
|  | Xylene |

### 4.2.1.10.2    Emissions Data

The IMTT Avondale Terminal total yearly Minor Source Permit emission limits are presented in Table 24. The IMTT Avondale Terminal reported major emissions of almost 90 tpy for VOCs, which were released to the atmosphere.

**Table 24. IMTT Avondale Minor Source Permitted Annual Air Emissions for 2017–2019**

| POLLUTANT | 1340-00174-04[210] | | 1340-00174-05[211] | |
|---|---|---|---|---|
|  | 8/20/2013 − 9/20/2017 | | 9/21/2017 − 2027 | |
|  | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 7 | 1.598 | 7 | 1.598 |
| $PM_{2.5}$ | 7 | 1.598 | 7 | 1.598 |
| $SO_2$ | 34.69 | 7.920 | 34.69 | 7.920 |
| $NO_x$ | 95.45 | 21.792 | 95.67 | 21.842 |
| CO | 48.34 | 11.037 | 48.57 | 11.089 |
| VOC | 88.75 | 20.263 | 88.78 | 20.269 |
| Benzene | 4.5 | 1.027 | 4.52 | 1.032 |
| Biphenyl | 0.08 | 0.018 | 0.09 | 0.021 |
| Cumene | 0.25 | 0.057 | 0.25 | 0.057 |
| Ethyl benzene | 0.9 | 0.205 | 0.9 | 0.205 |
| Formaldehyde | 0.82 | 0.187 | 0.83 | 0.189 |
| n-Hexane | 1.56 | 0.356 | 1.56 | 0.356 |
| Hydrogen sulfide | 1.06 | 0.242 | 1.05 | 0.240 |
| Methanol | 3.09 | 0.705 | 3.09 | 0.705 |
| MTBE | <0.01 | <0.002 | <0.01 | <0.002 |
| 1-Methylnaphthalene | 0.12 | 0.027 | 0.12 | 0.027 |
| 2-Methylnaphthalene | 0.35 | 0.080 | 0.35 | 0.080 |
| Naphthalene | 3.56 | 0.813 | 3.58 | 0.817 |
| Phenol | 0.02 | 0.005 | 0.02 | 0.005 |
| PAH | 0.29 | 0.066 | 0.3 | 0.068 |
| Quinoline | 0.08 | 0.018 | 0.08 | 0.018 |
| Styrene | 0.17 | 0.039 | 0.17 | 0.039 |
| Toluene | 3.64 | 0.831 | 3.64 | 0.831 |
| 2,2,4-Trimethylnaphthalene | <0.01 | <0.002 | <0.01 | <0.002 |
| Xylene | 4.1 | 0.936 | 4.1 | 0.936 |

[210] *Id.*
[211] *Id.*

Testifying Expert Report

4.2.1.10.3     Emissions Events

The IMTT Avondale Terminal has had several unpermitted air emissions events before the relevant time period. Nevertheless, in my opinion, these emissions events show that this site has the capacity to impact locations some distance from the facility and within the range of at least two proposed class representatives, as shown in Figure 12, during the relevant time period.

One LDEQ Incident Report described air emissions that occurred when the facility was air sparging a tank containing #6 fuel oil in order to mix its contents.[212] After this incident, the facility added a deodorant to the tank, but it does not appear that they stopped the practice of air sparging tanks.[213]

The IMTT Avondale Terminal also had one reported incident from a resident located about 1.5 miles upriver on the western shore.[214] The residence that filed the complaint is shown in Figure 12.

---

[212] WC_JPLF_00223116 at WC_JPLF_00223119.
[213] *Id.*
[214] October 28, 2016, LDEQ Incident Report (WC_JPLF_00222866 at WC_JPLF_00222867).

Testifying Expert Report

**Figure 11. Complaint ~1.5 miles away from Air Emissions from the IMTT Avondale Terminal**



As can be seen in Figure 12, there are many residences that can be impacted by the operations of the IMTT Avondale Terminal within that same approximate 1.5-mile distance. In my opinion, this emissions event illustrates the impacts that the IMTT Avondale Terminal might have on individual receptors within the proposed class area during the relevant time period.

### 4.2.1.11    Cargill – Westwego Marine Terminal

#### 4.2.1.11.1    Facility Information

Cargill, Inc. operates a grain loading system on the western side of the Mississippi River and is located at 933 River Road in Westwego. The Cargill Westwego Marine Terminal has a Minor Source Air Permit for silos and loading/unloading of barges at a loading barge/dock on the River.[215] This permit was amended by application on August 9, 2019.[216]

---

[215] August 13, 2015, Minor Source Permit 1340-00030-10 (WC_JPLF_00050980).
[216] *Id*.

Testifying Expert Report

On-site emissions can come from grain transfer operations to and from barges, ships, and railcars.

The six criteria air pollutants included in the Minor Source Permit for the Cargill Westwego Marine Terminal are presented in Table 25. Most of the permitted emissions from this location are particulates from grain loading.

**Table 25. Pollutants Listed in the Minor Source Permits for the Cargill Westwego Marine Terminal[217]**

| CRITERIA AIR POLLUTANTS | July 1, 2017 through September 17, 2019 | September 17 through December 31, 2019 |
|---|---|---|
| | (tpy) | (tpy) |
| $PM_{10}$ | 33.15 | 31.58 |
| $PM_{2.5}$ | 33.15 | 31.58 |
| $SO_2$ | 0.03 | 0.03 |
| $NO_X$ | 4.45 | 4.45 |
| CO | 3.74 | 3.74 |
| VOC | 0.33 | 0.33 |

4.2.1.11.2    Emissions Data

The Cargill Westwego Marine Terminal total yearly Minor Source Permit emission limits are presented in Table 26. The primary air emissions from this facility are dust, which has led to complaints.

**Table 26. Cargill Westwego Marine Terminal Permitted Annual Air Emissions for 2017–2019[218]**

| POLLUTANT | 1340-0030-10 | | 1340-0030-11 | |
|---|---|---|---|---|
| | 2017 – 9/16/2019 | | 9/17/2019 – 2029 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 33.15 | 7.568 | 31.58 | 7.210 |
| $PM_{2.5}$ | 33.15 | 7.568 | 31.58 | 7.210 |
| $SO_2$ | 0.03 | 0.007 | 0.03 | 0.007 |
| $NO_X$ | 4.45 | 1.016 | 4.45 | 1.016 |
| CO | 3.74 | 0.854 | 3.74 | 0.854 |
| VOC | 0.33 | 0.075 | 0.33 | 0.075 |

---

[217] *Id*.; September 17, 2019, Minor Source Permit 1340-0030-11 (WC_JPLF_00215978).
[218] WC_JPLF_00050980 at WC_JPLF_00050982-83; WC_JPLF_00215978 at WC_JPLF_00215980.

Testifying Expert Report

### 4.2.1.11.3   Emissions Events

The Cargill Westwego Marine Terminal has had numerous unpermitted air emissions during the relevant time period. Dust from the facility has traveled from the barge loading operations and has impacted surrounding areas.

There have been nine LDEQ Incident Reports filed over the period from July 1, 2017 through December 31, 2019 for the Cargill grain loading facility.[219] Grains can have a musky smell. Grain can also attract wildlife. Some complaints have been about bird droppings causing odors. If not cleaned up, the grain will rot in the bayou. The rotting grain can generate emissions. The rotting grain can also lead to anaerobic activity in the bayou, which can generate hydrogen sulfide and other odorous compounds.[220] In my opinion, these emissions events illustrate the impacts that the Cargill Westwego Marine Terminal might have on individual receptors within the proposed class area.

## 4.2.1.12   Archer Daniel Midland Grain River System

### 4.2.1.12.1   Facility Information

The Archer Daniel Midland (ADM) Grain River System (ADM Grain) is located at 11079 River Road in Ama. It has a Minor Source Air Permit.[221] The facility is located outside the proposed class area but is upwind of the area under certain wind conditions.

ADM Grain operates a grain loading and unloading site at MRM 117.6 on the western side of the Mississippi River and is shown in Figure 13. Emissions are generated during the transfer of grain to and from barges, ships, and storage and transfer devices on land. Emissions from barges were previously described in section 4.2.1.9.1.

---

[219] *See* LDEQ Incident Reports 194293 (WC_JPLF_00299711), 194350 (WC_JPLF_00299711 at WC_JPLF_00299713), 189339 (WC_JPLF_00215802), 164482 (WC_JPLF_00113450), 188655 (WC_JPLF_00050817), 187356 (WC_JPLF_00050794), 181352 (WC_JPLF_00050657), 181354 (WC_JPLF_00050657 at WC_JPLF_00050659), and 160662.

[220] *See* June 19, 2019, LDEQ Incident Report (WC_JPLF_00113450 at WC_JPLF_00113451).

[221] October 20, 2016, Minor Source Permit 2520-00023-11 (WC_JPLF_00050197).

Testifying Expert Report

**Figure 12. ADM Grain located on the West Bank of the Mississippi River**



4.2.1.12.2      Emissions Data

The ADM Grain total yearly Minor Source Permit emission limits are presented in Table 27.

**Table 27. ADM Grain Permitted Annual Air Emissions for 2017 – 2019[222]**

| POLLUTANT | 2520-00023-11 | | 2520-00023-12 | |
|---|---|---|---|---|
| | 10/20/2016 – 4/4/2017 | | 4/5/2017 – 2/4/2020 | |
| | (tpy) | (lb/hr) | (tpy) | (lb/hr) |
| $PM_{10}$ | 47.29 | 10.80 | 40.59 | 9.27 |
| $PM_{2.5}$ | 8.61 | 1.97 | 7.49 | 1.71 |
| $SO_2$ | 0.05 | 0.01 | 0.05 | 0.01 |
| NOx | 8.06 | 1.84 | 8.06 | 1.84 |
| CO | 6.69 | 1.53 | 6.69 | 1.53 |
| VOC | 0.91 | 0.21 | 0.91 | 0.21 |
| n-Hexane | 0.14 | 0.032 | 0.14 | 0.32 |

4.2.1.12.3      Emissions Events

ADM Grain has had at least one unpermitted air emissions event before the relevant time period. Nevertheless, in my opinion, this emissions event shows that this site has the capacity to impact locations some distance from the facility during the relevant time period. Grain from the ADM Grain loading operations reached a complaint location about 0.7 to

---

[222] April 5, 2017, Minor Source Permit 2520-00023-11 (WC_JPLF_00050287 at WC_JPLF_00050289).

Testifying Expert Report

0.9 miles away from the facility towards the northwest.[223] The complaint was specifically about grain being on the ground and other structures on the complainant's property.[224] Both the complainant and ADM Grain are on the west side of the Mississippi River. In my opinion, this emissions event illustrates the impacts that ADM Grain might have on individual receptors within the proposed class area.

### 4.2.1.13    Harahan Wastewater Treatment Plant

#### 4.2.1.13.1    <u>Facility Information</u>

The Harahan WTP is a domestic wastewater treatment facility that services the Harahan community and is proximate to residential areas, with one apartment building located approximately 165 feet from the tanks. It is located at 1000 Dicky Avenue in Harahan. There does not appear to be an LDEQ air permit for this facility.

The WTP has a hydraulic loading of 1.6 million gallons per day (mgd).[225] As shown in Figure 14 and the LPDES Permit, the WTP has a secondary treatment system that has four primary treatment steps: (1) digester that has two cells, one of which is aerated for digestion of sludges and one for primary clarification; (2) activated sludge for biological treatment of organic wastes that is accomplished in two separate parallel aeration tanks; (3) final clarification that is also done in two parallel tanks; and (4) chlorination of the treated wastewater prior to discharge to the Mississippi River. The WTP and its four wastewater treatment units are shown in Figure 14. No air emission capture devices are listed in the description of the facility operations. Based on Google Earth views, there were no covers or air emission collection devices over the open tops of the individual wastewater treatment tanks. The wastewater digester, activated sludge tanks, and final clarifier are open to the atmosphere.

---

[223] February 28, 2020, LDEQ Incident Report (WC_JPLF_00299366 at WC_JPLF_00299366).
[224] *Id.*
[225] September 30, 2020, Harahan WTP LPDES Permit LA0043940 AI 1600, PER20190003 (WC_JPLF_00438948 at WC_JPLF_00438954).

Testifying Expert Report

**Figure 13 Harahan WTP**



1. Aerobic digester and Primary Clarifier (2-cells)
2. Activated Sludge – 2 tanks
3. Final Clarifiers – 2 tanks

In addition to the wastewater generated within the Harahan sewer network, the WTP has received wastewater from other sources, including from the Veolia wastewater treatment plant and an industrial chemical manufacturing plant, both located in Chalmette.[226] The Veolia Chalmette WTP has, in the past, sent 5,000-gallon tanker trucks containing wastewaters from a Chalmette refinery that contained ammonia and mercaptans, both odorous chemicals.[227]

The Harahan WTP's Louisiana Pollutant Discharge Elimination System Permit for discharging treated effluents to the Mississippi River includes volatile organics which are listed in Table 28 as potential air pollutants that can enter the atmosphere from the various

---

[226] December 7, 2016, LDEQ Incident Report 174310 (WC_JPLF_00174327). Condensate water from Veolia Plant in Chalmette. *Id*. at WC_JPLF_00174328.
[227] *Id*.

Testifying Expert Report

open-top concrete basins of the treatment system, and especially from the aerated digester and the two aeration basins.

**Table 28. Volatile Organics that May Be Emitted from the Harahan WTP[228]**

| | |
|---|---|
| Acrolein | 1,3-Dichlropropylene |
| Acrylonitrile | 1,2-trans-Dichloroethylene |
| Ammonia | Ethylbenzene |
| Benzene | Methyl Bromide |
| Dichlorobromomethane | Methyl Chloride |
| Bromoform | Methylene Chloride |
| Carbon Tetrachloride | 1,1,2,2-Tetrachloroethane |
| Chlorobenzene | Tetrachloroethylene |
| Chlorodibromomethane | Toluene |
| Chloroethane | 1,1,1-Trichloroethane |
| Chloroform | 1,1,2-Trichloroethane |
| 2-Chloroethyl Vinyl Ethers | Trichloroethylene |
| 1,1-Dichloroethane | Vinyl Chloride |
| 1,1-Dichloroethylene | Phenols |
| 1,2-Dichloroethane | Naphthalene |
| 1,2-Dichloropropane | Mercaptans |

The collection system does not segregate stormwater from wastewater. During storm events, the WTP can become hydraulicly overloaded when the combined wastewater and stormwater flows are higher than the sewer system can handle.[229] The LDEQ Incident Reports have documented several instances of raw sewage overflow coming into the WTP, sewer collection system overflows in the Harahan community, and treated effluent flowing into a different discharge point other than the required Mississippi permitted discharge point.[230] One of the main discharge pathway for these unpermitted discharges is the Soniat Canal.

This Canal is used to transport stormwater to Lake Pontchartrain as well as other laterals to the overall stormwater collection system in this area. This Canal has also received untreated raw sewage and treated overflows from the Harahan WTP or its sewer system as mentioned above. The Soniat Canal runs close to the Harahan WTP and eventually discharges through a control structure, as shown in Figures 15–17.

---

[228] WC_JPLF_00438948 at WC_JPLF_00438993–94.
[229] July 14, 2015, Intra-Agency Routing Form (WC_JPLF_00118403 at WC_JPLF_00118406).
[230] *Id*. at WC_JPLF_00118408-11.

**Figure 14. Soniat Canal in relation to the Harahan WTP**



**Figure 15. Stormwater Canal to Lake Pontchartrain from Harahan WTP**



Testifying Expert Report

**Figure 16. Canal entering Lake Pontchartrain**



There are numerous stormwater collection canals throughout Jefferson Parish. The Soniat Canal has been documented to have received overflows from the Harahan WTP, and it is assumed that sewer overflows will also end up in the stormwater collection canals throughout Harahan and other communities.

The WTP is situated in approximately the middle southern part of Harahan as shown in Figure 18. It is surrounded by residential neighborhoods, apartment complexes, and commercial buildings.

**Figure 17. Harahan WTP Location**



As shown in Figure 14, the closest residences are immediately adjacent to the WTP. There are five proposed class representatives in the vicinity of the Harahan WTP. Of these five proposed representatives, one resident, Mr. Ictech-Bendeck, is about 0.6 miles west of the WTP; two proposed representatives, the Bernards, are in one residence about 0.9 miles

81

south of the WTP; one proposed representative, Ms. Thompson, is about 0.3 miles north of the WTP; and one proposed representative, Ms. Steele, is about 1.2 miles southeast of the WTP. There have been at least two LDEQ Incident Reports of complaints located 0.2 miles southeast[231] and 0.7 miles south of the WTP.[232]

### 4.2.1.13.2   Emissions Events

The Harahan WTP has had numerous unpermitted air emissions both before and during the relevant time period. A total of thirty-two LDEQ Incident Reports related to the Harahan WTP have been filed between 2015 and 2022. Of these thirty-two reports, nine were filed within the relevant time period.

Between at least December 23, 2016 and June 27, 2017, condensate water produced at the Chalmette Veolia Plant was brought to the Harahan WTP for disposal.[233] The Veolia wastewater was pumped beneath the surface of the digesters.[234] The pH of the condensate, containing ammonia and mercaptans, was usually between pH 10 and 11 S.U.[235] At this pH, the ammonia would be close to all being in gaseous form (ammonia at pH 10.8 would be all in gaseous form). The aerobic digester (see Figure 19) is aerated, which tends to strip volatile organics out of the water and into the atmosphere.[236] Since the wastewater contained ammonia and mercaptans, both of which are very volatile, these two odiferous chemicals would be emitted to the atmosphere and would be a source for odors. As the LDEQ Incident Reports indicate, these two gases, along with other stripped volatile compounds, had a negative impact on Harahan residents.

---

[231] LDEQ Incident Reports 176642 (WC_JPLF_00174371), 176685 (WC_JPLF_00174367) (WC_JPLF_00174367), 176952 (WC_JPLF_00174384), and 178314 (WC_JPLF_00174398).
[232] December 23, 2016, LDEQ Incident Report 174739 (WC_JPLF_00174381 at WC_JPLF_00174382).
[233] LDEQ Incident Reports 174739 (WC_JPLF_00174381), 176642 (WC_JPLF_00174371), 176685 (WC_JPLF_00174367), 176769 (WC_JPLF_00174363), 176952 (WC_JPLF_00174384), 178314 (WC_JPLF_00174398), and 178046 (WC_JPLF_00174394).
[234] LDEQ Incident Reports 174739 (WC_JPLF_00174381), 176642 (WC_JPLF_00174371), 176685 (WC_JPLF_00174367), 176769 (WC_JPLF_00174363), 176952 (WC_JPLF_00174384), 178314 (WC_JPLF_00174398), and 178046 (WC_JPLF_00174394).
[235] LDEQ Incident Reports 174739 (WC_JPLF_00174381), 176642 (WC_JPLF_00174371), 176685 (WC_JPLF_00174367), 176769 (WC_JPLF_00174363), 176952 (WC_JPLF_00174384), 178314 (WC_JPLF_00174398), and 178046 (WC_JPLF_00174394).
[236] LDEQ Incident Reports 174739 (WC_JPLF_00174381), 176642 (WC_JPLF_00174371), 176685 (WC_JPLF_00174367), 176769 (WC_JPLF_00174363), 176952 (WC_JPLF_00174384), 178314 (WC_JPLF_00174398), and 178046 (WC_JPLF_00174394).

**Figure 18. Aerobic Digester in the First Stage of the Harahan WTP[237]**



Photo #:   1   of   6

Description: Harahan WWTP/Digester # 1/ The industrial discharge from  Veolia North America enters this area

The numerous overflows and releases from the Harahan WTP indicate that both the collection system and the facility are hydraulically overloaded. In one incident on September 16, 2016, 1,310,340 gallons of raw sewage was released to the community and flowed into the Soniat Canal and then to Lake Pontchartrain.[238] From June 22, 2015 through October 26, 2016, a total of 4,869,675 gallons overflowed from the collection system.[239] The largest overflow was 655,000 gallons in one day.[240] Since this is raw sewage, it is my expert opinion that this would be quite odiferous. From June 21, 2017 through June 1, 2018, there were 53,180 gallons of combined raw sewage/rainwater that overflowed from the WTP collection system to the streets, with the biggest single overflow being 18,000 gallons.[241]

On May 30, 2018, a Harahan resident reported sewage coming up five to six feet above the toilet in her house.[242] Having had toilets back up (but never 5 feet above the toilet seat), in my opinion, this also is quite an odiferous and messy situation.

On June 20, 2022, an LDEQ inspector noted that clarifier #2 was down and clarifier #1 had sludge partially covering the surface.[243] Biological solids will go anaerobic (no oxygen) if

[237] May 23, 2017, LDEQ Intra-Agency Routing Form (WC_JPLF_00116513 at WC_JPLF_00116527).
[238] September 16, 2016, LDEQ Enforcement Division Memo (WC_JPLF_00115641).
[239] WC_JPLF_00116513 at WC_JPLF_00116518.
[240] Id.
[241] August 27, 2018, LDEQ Intra-Agency Routing Form (WC_JPLF_00117071 at WC_JPLF_00117076).
[242] May 30, 2018, LDEQ Incident Report 185091 (WC_JPLF_00117030 at WC_JPLF_00117032).
[243] June 20, 2022, LDEQ Field Interview Form (WC_JPLF_00440239 at WC_JPLF_00440239).

left in this state and will produce gases, such as hydrogen sulfide, and other volatile gases that offgas from the sludges. As can be seen from the small growing plants shown in Figure 20 below, the clarifiers appear to have been disable long enough for plants to grow in the sludge.

**Figure 19. Clogged Secondary Clarifier at the Harahan WTP[244]**



Photo #: _7_ of _12_

Description: Harahan WWTP/Clarifier # 2partially covered with solids/vegetation growing in clarifier

On May 25, 2018, a petition for injunctive relief was filed by two individuals living 0.78 miles away from the Harahan WTP in River Ridge.[245] The relief sought was for "the repeated intrusion of this fetid and vile effluent running onto plaintiffs' property."[246] According to the petition, there have been numerous events in which a nearby sewer manhole overflowed onto the plaintiffs' property, including two events which occurred on May 19 and May 24, 2018.[247] The situation that the plaintiffs found themselves in was the

---

[244] WC_JPLF_00117071 at WC_JPLF_00117098.
[245] Petition for Injunctive Relief and Damages, *Michael L. Mullin and wife Betty F. Mullin v. the Parish of Jefferson*, Case No. 784209, 24th Judicial Court for the Parish of Jefferson (May 25, 2018).
[246] *Id*. at 4.
[247] *Id*.

Testifying Expert Report

result of the sewer collection system being undersized to handle both raw sewage and rainwater.

In summary, LDEQ has documented numerous instances in which odors have been attributed to the Harahan WTP.[248] In my opinion, these emissions events illustrate the impacts that the Harahan WTP might have on individual receptors within the proposed class area.

### 4.2.1.14   Kirby Inland Marine

#### 4.2.1.14.1   Facility Information

Kirby Inland Marine is located at 7224-7698 Mississippi River Trail, Harahan. Kirby Inland Marine does not have an air permit. The Kirby Inland Marine office is on the eastern side of the River as shown in Figure 21.

**Figure 20. Location of Kirby Inland Marine on the East Bank of the Mississippi River**



Kirby Inland Marine does not operate terminal operations. This means they do not transfer materials from barges to shore. Rather, they pick up, store, and move barges containing chemicals, petroleum products, or other liquids from other established terminal operations

---

[248] *See, e.g.*, WC_JPLF_00116513 at WC_JPLF_00116516; WC_JPLF_00117071 at WC_JPLF_00117074-75.

Testifying Expert Report

along the River. An example of Kirby's operations is presented in Figure 22. This picture illustrates potential fugitive sources for releases from normal operations as well as the potential locations for releases due to equipment malfunctions. They have a barge capacity of approximately 23.7 million barrels as of December 31, 2023.[249]

**Figure 21. Kirby Inland Marine Operations[250]**



The following chemicals/products were reported as releases in the LDEQ Incident Reports. (*See* Attachment 2.)

**Table 29.  Chemicals Released by Kirby Inland[251]**

| Pygas |
|---|
| Propylene |
| Hydrochloric acid |
| C5 cutter oil |
| Olefin C12 |
| Naphthalene |
| Ethylene dichloride |
| Diesel |
| Gasoline |
| Ethylenediamine |
| Sodium sulfide |

---

[249] Kirby, Inland Marine, *available at* https://kirbycorp.com/marine-transportation/inland-marine/.
[250] *Id.*
[251] *See* LDEQ Incident Reports included in Attachment 2.

Testifying Expert Report

| |
|---|
| Styrene; |
| ethanol; |
| Biodiesel |
| Octane (unspecified) |
| Paraffin wax |

### 4.2.1.14.2    Emissions Events

Kirby Inland Marine has had at least seven unpermitted air emissions events during the relevant time period, and thirty-two additional Incident Reports before and after this time period. Emissions would have come from the barges and would have occurred at the locations of those barges. The emissions would have included normal losses associated with storage losses from the barge, as well as failures or damage to the individual barges. Kirby Inland Maine has had varying chemicals released from their barges, with incidents occurring over several miles in the River.

On March 25, 2018, a damaged barge released 202 barrels (approximately 8,484 gallons[252] of biodiesel that spilled into an adjacent canal.[253] One occurred in Jefferson Parish in 2016[254] and involved a release of sodium sulfide, which smells like hydrogen sulfide or rotten eggs.[255] In my opinion, these emission events illustrate the impacts that Kirby Inland Marine might have on individual receptors within the proposed class area.

### 4.2.1.15   Composting Facility at Wood Materials

#### 4.2.1.15.1    Facility Information

Wood Materials, LLC's operations are located at 6148 River Road in Harahan. This includes a composting facility along the eastern shore of the Mississippi River. Wood Materials primarily produces compost from timber residuals, but they also add other waste materials, such as animal manure and coffee chaff.[256] Wood Materials also sells and ships building materials, such as sand and mulch, by barge.[257]

---

[252] Assumed 1 barrel = 42 U.S. gallons.
[253] March 25, 2018, LDEQ Incident Report (WC_JPLF_00125649).
[254] August 25, 2016, LDEQ Incident Report (WC_JPLF_00073565 at WC_JPLF_0007356).
[255] Vedantu, Sodium Sulfide, *available at* www.vedantu.com/chemistry/sodium-sulfide.
[256] *See* May 27, 2016, LDEQ Field Interview Form (APTIM-0017342 at APTIM-0017347).
[257] Wood Resources, LLC describing Wood Materials, LLC's operations,
https://woodresources.com/materials/.

Testifying Expert Report

Composting can release a variety of odorous air pollutants including vinegar, ammonia, sulfur or silage.[258] Greenhouse gases (methane and nitrous oxide) and odor emissions (ammonia, hydrogen sulfide, etc.) during composting are practically unavoidable.[259] As long as composting materials are present on-site, emissions from the composting facility will be ongoing. Air emissions from the facility occur during transfer of materials, preparation of mulch, and continuous releases from storage piles.[260]

Emissions from the composting facility include organic and inorganic nitrogen sources, and organic and inorganic sulfur compounds, such as inorganic ammonia nitrogen, hydrogen sulfide, methyl mercaptan, dimethyl disulfide, dimethyl sulfide, and carbon disulfide, all of which are odiferous (see Table 3). These compounds may be responsible for the numerous resident complaints to the LDEQ. The distance across the levee to the closest residents is around 0.5 mile.

The Wood Materials composting operations are shown on Figure 23. The location of the facility along the Mississippi River is presented in Figure 24.

---

[258] UMass Amherst, Hort Notes: Beware of Sour Mulch, *available at* https://ag.umass.edu/landscape/news/hort-notes-beware-of-sour-mulch.
[259] Li, et al., Measures for Controlling Gaseous Emissions during Composting: A Review, Int J Environ Res Public Health, 2023, *available at* https://pubmed.ncbi.nlm.nih.gov/36834281/.
[260] AquAeTer and AWPI, Calculated Emissions from Creosote Treated Wood Products (Cross-Ties and Poles), 1994, at 3-12.

Testifying Expert Report

**Figure 22. Wood Materials Composting Operations[261]**

| Facility Name: | Wood Materials | | | | AI: | 43996 |
|---|---|---|---|---|---|---|
| City: | Harahan | Parish: | Jefferson | Photographer: | Scheuer | |
| Date: | 5/27/2016 | Reason: | Complaints | Other ID #: | | |



Photo #: 3  of  7  .
Description: Soil mixing operation area. Pit #5



Photo #: 4  of  7
Description: Soil mixing operation looking from the east. Pit #5

---

[261] APTIM-0017342 at APTIM-0017350.

89

Testifying Expert Report

**Figure 23. Location of Wood Materials on the East Bank of the Mississippi River**



4.2.1.15.2   <u>Emissions Events</u>

The Wood Materials composting facility has had numerous unpermitted air emissions events before the relevant time period. [262] Nevertheless, in my opinion, these emissions events illustrate the impacts that the facility might have on individual receptors within the proposed class area during the relevant time period.

### 4.2.1.16   River Birch

4.2.1.16.1   <u>Facility Information</u>

River Birch, LLC operates a 399-acre municipal solid waste landfill located at 2000 South Kenner Road in Waggaman, Louisiana. During the relevant time period, River Birch operated under two Title V permits. [263] The landfill was opened in 1999 and has a capacity of 45.8 megagrams or about 2.3 billion tons of garbage. The landfill's primary business is

---

[262] *See, e.g.*, APTIM-0017381 at APTIM-0017381–99; APTIM-0017342 at APTIM-0017354–66.
[263] February 18, 2015, LDEQ Title V Permit 1320-00223-V7, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=9644045; May 1, 2017, LDEQ Title V Permit 1320-00223-V8, *available at* https://edms.deq.louisiana.gov/app/doc/view?doc=10596952.

Testifying Expert Report

the collection and disposal of residential, commercial, municipal and industrial wastes (nonhazardous) solid wastes. River Birch's operations are presented in Figures 25 – 27.

**Figure 24.  River Birch: Gas Treating and Distribution, and Wastewater Treatment**

Testifying Expert Report

**Figure 25. Natural Gas Production Facility at River Birch**



Testifying Expert Report

**Figure 26. Non-hazardous Wastewater Treatment System**



The permit lists the following operational information.[264] In addition to the landfill operations, River Birch operates a wastewater treatment system and a methane production facility on-site. I will not be discussing the landfill operations in this report.

> *River Birch currently operates two leachate ponds (North Leachate Pond and South Leachate Pond) that are permitted under an emission cap with a maximum throughput of 239,250 gallons per day.*
>
> *RIVER BIRCH TANK FARM*
>
> *River Birch operates eight aboveground non-hazardous wastewater storage tanks (seven 400 bbl tanks and one 500 bbl tank) to support their Class I Non-Hazardous Injection Wells. The River Birch Tank Farm also consists*

---

[264] LDEQ Title V Permit 1320-00223-V8 at 4-6.

*of an EP Skim Tank, an IW Surge/Hold Tank, DAF Unit, and an Oil Salvage Tank. It is located south of the landfill cells near the Maintenance Shop.*

*Wastewater is transported to the tanks via pipeline (from leachate collection system) and trucks. The maximum potential throughput is 200,000 barrels per day. This consists primarily of landfill leachate (a measure to help reduce odors), industrial, and/or Exploration and Production (E&P) wastewaters from oil fields and other operations (including, but not limited to, hydrocarbon-impacted wastewaters, wastewater from storm impacted USTs, etc.)*

*The operation of the River Birch Tank Farm is intended to achieve three primary environmental benefits. First, the injection of leachate is intended to reduce potential odors in the area and is part of an overall odor reduction strategy being implemented by RBL. Second, the injection of leachate is intended to reduce surface water impacts since treated leachate is currently discharged under a Louisiana Pollutant Discharge Elimination System (LPDES) permit. Third, the facility provides the ability to accept wastewaters from various oilfields and related operations.*

<u>*E&P Wastewater Train*</u>

*E&P wastewater is first offloaded by trucks into the De-Sanding Tank [Emission Point Number (EPN) 2-14]. The wastewater is then routed to the EP Skim Tank [EPN 1-12] where the oil is skimmed and sent to an Oil Salvage Tank [EPN 7-06]. The remaining water is routed to either one or both of the EP Holding Tanks [EPNs 4-06 and 5-06] and then to one of the Injection Tanks [EPN 6-06 or 1-14], or directly to one of the Injection Tanks for storage prior to injection.*

*Although this pathway is primarily for E&P wastewater, it is designed as an alternative route for industrial wastewater and leachate as well in the event of an unforeseen circumstance. When used for the leachate produced from the landfill, however, the Oil Salvage Tank will be bypassed.*

<u>*Industrial Wastewater (IW) Train*</u>

*This pathway is primarily for·IW that is first offloaded by trucks into the IW Holding Tank [EPN 1-06] before being sent to either one or both of the IW Holding Tank [EPN 2-06] and the IW Settling Tank [EPN 3-06]. From the IW Holding Tank, the IW is either routed to the IW Setting Tank or the DAF unit [EPN 3-12]. From the IW Settling Tank, the IW is either routed to the*

Testifying Expert Report

*DAF Unit or one of the Injection Tanks. All IW routed to the DAF Unit is then routed to the IW Surge/Hold Tank [EPN 2-12] and then to one of the Injection Tanks [EPN 6-06 or 1-14] for storage prior to injection.*

*In the event of an unforeseen circumstance, the IW Train provides an alternative route for E&P wastewater offloaded by trucks and leachate produced from the landfill. When used for leachate, however, the DAF Unit will not be utilized.*

*Leachate Train*

*Leachate produced from the landfill is normally routed to the IW Settling Tank and then to one of the Injection Tanks for storage prior to injection.*

*LANDFILL GAS TREATMENT PLANT*

*The LFG treatment plant is located on RBL's property directly south of the leachate pond's current location. Raw LFG can be collected and routed to the LFGCCS Flare System for combustion or collected and routed to the LFG treatment plant to be converted into salable methane gas. The NMOCs, VOCs, and Toxic Air Pollutants (TAPs) are removed using scrubbers, pressure swing absorbers, and various other technologies. The saleable methane is compressed and then fed to the sales pipeline. The NMOCs, VOCs, and TAPs removed from the raw LFG cannot be emitted directly to the atmosphere and are therefore routed through scrubbers and carbon beds and then to the thermal oxidizer [EPN 1-09] for combustion.*

*The treated LFG (landfill that meets the Environmental Protection Agency definition of treatment) is also used as supplemental fuel for the thermal oxidizer to maintain 98 percent control efficiency in order to maintain compliance with NSPS Subpart WWW 40 CFR 60. 752(b )(2)(iii)( c) since the LFGCCS Flare System will not be in operation when the LFG treatment plant is operating. Since the LFGCCS Flare System and the LFG treatment plant/thermal oxidizer will not operate simultaneously, the current air permit includes the emissions cap for the LFGCCS Flare System and the thermal oxidizer based on the worst case emissions of the two emission sources.*

Atmos Energy has a mercaptan injection tank at the methane gas facility at River Birch where they inject mercaptans from the collected methane gas from River Birch

operations.[265] Methane has no odor, so mercaptan, a strong odorant, is added as an odorant for the detection of leaks.[266] During Mr. DeJean's deposition on behalf of River Birch, he stated that the mercaptan tank was 5 to 7 feet in diameter and 15 feet long (or so).[267] According to Mr. DeJean, the mercaptan is added in-line in the methane delivery pipe.[268] This process is done remotely.[269] Mercaptans from this source would likely be from fugitive emissions from fittings, valves, and pumping apparatus when refilling the tank.

The permit provides calculated emissions for the wastewater treatment system, including the ponds and the landfill gas processing. The constituents reported in the permit are presented in Table 30.[270]

**Table 30.  Pollutants Listed in the Title V Permit for River Birch**

| | | |
|---|---|---|
| PM$_{10}$ | Acrylonitrile | Hexachloroethane |
| PM$_{2.5}$ | Antimony (and compounds) | n-Hexane |
| SO$_2$ | Arsenic (and compounds) | Hydrogen sulfide |
| NO$_X$ | Benzene | Isophorone |
| CO | Benzidine | Lead |
| VOC | Beryllium | Mercury (and compounds) |
| 1,1,1-Trichloroethane | Bromoform | Methyl bromide |
| 1,1,2,2-Tetrachloroethane | Cadmium (and compounds) | Methyl ethyl ketone |
| 1,1,2-Trichloroethane | Carbon disulfide | Methyl isobutyl ketone |
| 1,1-Dichloroethane | Carbon tetrachloride | N-Nitrosodimethylamine |
| 1,1-Dichloroethylene | Carbonyl sulfide | Naphthalene (and Methyl naphthalenes) |
| 1,2,4-Trichlorobenzene | Chlorobenzene | Nickel (and compounds) |
| 1,2-Dibromomethane | Chloroethane | Nitrobenzene |
| 1,2-Dichloroethane | Chloroform | Pentachlorophenol |
| 1,2-Dichloropropane | Chloromethane | Phenol |
| 1,2-Diphenylhydrazine | Chromium(III) | Polycyclic aromatic hydrocarbons |
| 1,3-Dichloropropene | Chromium(VI) (and compounds) | Propylene |
| 1,4-Dichlorobenzene | Copper (and compounds) | Selenium (and compounds) |
| 2,2'-Dichlorodiethyl ether | Cyanide compounds | Styrene |
| 2,2,4-Trimethylpentane | Dichloromethane | Tetrachloroethylene |
| 2,4,6-Trichlorophenol | Di(2-ethylhexyl) phthalate | Toluene |
| 2,4-Dinitrophenol | Dimethyl phthalate | Trichloroethylene |
| 2,4-Dinitrotoluene | Ethylbenzene | Vinyl chloride |
| 2,6-Dinitrotoluene | Ethylene dibromide | Vinylidene chloride |

[265] Transcript of DeJean, Jr. Addison, et. Al. v. Louisiana Regional Landfill Co., et.al., January 15, 2024, at 150:18-151:7.
[266] GDS Corp., Mercaptan: The Chemical Behind Natural Gas Additives, *available at* https://www.gdscorp.com/blog/natural-gas-monitoring/mercaptan-the-chemical-behind-natural-gas-additives/.
[267] DeJean Tr. at 151:8-10.
[268] *Id*. at 150:8-13.
[269] *Id*. at 151:4.
[270] LDEQ Title V Permit 1340-00223-V7 at 3–5.

Testifying Expert Report

| 3,3'-Dichlorobenzidine | Formaldehyde | Xylene (and mixed isomers) |
|---|---|---|
| 4-Nitrophenol | Hexachlorobenzene | Zinc (and compounds) |
| Acetaldehyde | Hexachlorobutadiene | |
| Acrolein | Hexachlorocyclopentadiene | |

### 4.2.1.16.2    Emissions Data

The River Birch Title V permit emission limits for the wastewater and landfill gas processing facilities are presented in Table 31.

**Table 31. River Birch Title V Permit Emissions**

| POLLUTANT | 1340-0023-V8[271] | |
|---|---|---|
| | 5/1/2017 – 12/11/2018 | |
| | (tpy) | (lb/hr) |
| $PM_{10}$ | 34.12 | 7.790 |
| $PM_{2.5}$ | 6.02 | 1.37 |
| $SO_2$ | 140.1 | 31.99 |
| $NO_X$ | 122.64 | 28.00 |
| CO | 40.9 | 9.34 |
| VOC | 26.75 | 6.11 |
| 1,1,1-Trichloroethane | 0.030 | 0.007 |
| 1,1,2,2-Tetrachloroethane | 0.060 | 0.014 |
| 1,1,2-Trichloroethane | <0.01 | <0.002 |
| 1,1-Dichloroethane | 0.070 | 0.016 |
| 1,1-Dichloroethylene | | |
| 1,2,4-Trichlorobenzene | <0.01 | <0.002 |
| 1,2-Dibromomethane | 0.002 | 0.0005 |
| 1,2-Dichloroethane | 0.013 | 0.0030 |
| 1,2-Dichloropropane | 0.03 | 0.007 |
| 1,2-Diphenylhydrazine | <0.01 | <0.002 |
| 1,3-Dichloropropene | <0.01 | <0.002 |
| 1,4-Dichlorobenzene | 0.070 | 0.016 |
| 2,2'-Dichlorodiethyl ether | <0.01 | <0.002 |
| 2,2,4-Trimethylpentane | <0.01 | <0.002 |
| 2,4,6-Trichlorophenol | <0.01 | <0.002 |
| 2,4-Dinitrophenol | 0.02 | 0.005 |
| 2,4-Dinitrotoluene | <0.01 | <0.002 |
| 2,6-Dinitrotoluene | <0.01 | <0.002 |
| 3,3'-Dichlorobenzidine | <0.01 | <0.002 |
| 4-Nitrophenol | 0.02 | 0.005 |
| Acetaldehyde | <0.01 | <0.002 |
| Acrolein | 0.019 | 0.0043 |
| Acrylonitrile | 0.083 | 0.01895 |
| Antimony (and compounds) | 0.015 | 0.0034 |
| Arsenic (and compounds) | 0.003 | 0.0007 |
| Benzene | 0.74 | 0.17 |

---

[271] *Id.*

Testifying Expert Report

| | | |
|---|---|---|
| Benzidine | 0.02 | 0.005 |
| Beryllium | 0.002 | 0.0005 |
| Bromoform | <0.01 | <0.002 |
| Cadmium (and compounds) | <0.001 | <0.0002 |
| Carbon disulfide | 0.02 | 0.0046 |
| Carbon tetrachloride | 0.04 | 0.009 |
| Carbonyl sulfide | 0.11 | 0.025 |
| Chlorobenzene | 0.01 | 0.0023 |
| Chloroethane | 0.05 | 0.011 |
| Chloroform | 0.03 | 0.007 |
| Chloromethane | 0.040 | 0.0091 |
| Chromium(VI) (and compounds) | 0.003 | 0.001 |
| Copper (and compounds) | 0.003 | 0.001 |
| Cyanide compounds | <0.01 | <0.002 |
| Dichloromethane | 0.250 | 0.0571 |
| Di(2-ethylhexyl) phthalate | <0.01 | <0.002 |
| Dimethyl phthalate | <0.01 | <0.002 |
| Ethylbenzene | 0.500 | 0.114 |
| Formaldehyde | <0.01 | <0.002 |
| Hexachlorobenzene | <0.01 | <0.002 |
| Hexachlorobutadiene | 0.004 | 0.001 |
| Hexachlorocyclopentadiene | <0.01 | <0.002 |
| Hexachloroethane | 0.01 | 0.002 |
| n-Hexane | 0.340 | 0.0776 |
| Hydrogen sulfide | 1.4900 | 0.3402 |
| Isophorone | <0.01 | <0.002 |
| Lead | <0.01 | <0.002 |
| Mercury (and compounds) | 0.004 | 0.001 |
| Methyl bromide | 0.02 | 0.005 |
| Methyl ethyl ketone | 0.28 | 0.0639 |
| Methyl isobutyl ketone | 0.08 | 0.0183 |
| N-Nitrosodimethylamine | 0.02 | 0.005 |
| Naphthalene (and Methyl naphthalenes) | <0.01 | <0.002 |
| Nickel (and compounds) | 0.002 | 0.0005 |
| Nitrobenzene | <0.01 | <0.002 |
| Pentachlorophenol | 0.02 | 0.005 |
| Phenol | <0.01 | <0.002 |
| Polycyclic aromatic hydrocarbons | <0.001 | <0.0002 |
| Propylene | <0.01 | <0.002 |
| Selenium (and compounds) | 0.001 | 0.0002 |
| Styrene | 0.34 | 0.0776 |
| Tetrachloroethylene | 0.13 | 0.0297 |
| Toluene | 1.95 | 0.445 |
| Trichloroethylene | 0.0800 | 0.0183 |
| Vinyl chloride | 0.11 | 0.0251 |
| Vinylidene chloride | 0.02 | 0.005 |
| Xylene (and mixed isomers) | 3.1 | 0.7078 |
| Zinc (and compounds) | 0.01 | 0.002 |

Emissions from the River Birch wastewater and gas processing facilities would be from point and fugitive sources.

Testifying Expert Report

Volatile compounds will naturally be emitted from the surface of the leachate pond. The leachate ponds also have aerators, which increase the potential emissions from the pond due to the turbulence. The volatiles have a greater potential to be emitted. Metals and semi-volatiles could be emitted with aerosolized mists.[272]

The wastewaters brought from off-site are transferred into on-site tanks. These transfers would result in air emissions due to the headspace displacement as the liquid is transferred into the tank(s).[273] On-site tankage would have standing storage losses and working losses as material(s) are moved through the system.[274]

Emissions from the landfill gas processing plant would primarily be fugitive emissions. Due to the explosive nature of these gases, point source emissions would not be expected.

The facility accepts wastewaters from exploration and production operations. These wastewaters could contain crude oil, solids, and fracking solutions. Sulfur compounds are expected to be present in the crude oil.[275]

### 4.2.1.16.3    Emissions Events

An LDEQ Inspector noted odors from the River Birch leachate pond(s) when he/she was downwind from River Birch on at least 2 occasions.[276] Additional inspections noted thermal oxidizer or chemical odors from the River Birch gas plant.[277] In my opinion, these

---

[272] Upadhyay, Nabin, Characterization of aerosol emissions from wastewater aeration basins, *available at* https://pubmed.ncbi.nlm.nih.gov/23447861/; United States EPA, Industrial Wastewater Volatile Organic Compound Emissions - Background Information for BACT/LAER Determinations (EPA-450/3-90-004), *available at* https://nepis.epa.gov/Exe/ZyNET.exe/2000MMXU.TXT?ZyActionD=ZyDocument&Client=EPA&Index= 1986+Thru+1990&Docs=&Query=&Time=&EndTime=&SearchMethod=1&TocRestrict=n&Toc=&TocE ntry=&QField=&QFieldYear=&QFieldMonth=&QFieldDay=&IntQFieldOp=0&ExtQFieldOp=0&XmlQu ery=&File=D%3A%5Czyfiles%5CIndex%20Data%5C86thru90%5CTxt%5C00000008%5C2000MMXU.t xt&User=ANONYMOUS&Password=anonymous&SortMethod=h%7C- &MaximumDocuments=1&FuzzyDegree=0&ImageQuality=r75g8/r75g8/x150y150g16/i425&Display=hpf r&DefSeekPage=x&SearchBack=ZyActionL&Back=ZyActionS&BackDesc=Results%20page&Maximum Pages=1&ZyEntry=1&SeekPage=x&ZyPURL.
[273] *See* User's Guide to Tanks: Storage Tank Emissions Calculation Software.
[274] *Id.*
[275] Luek and Gonsior, Organic compounds in hydraulic fracturing fluids and wastewaters: A review, Water Research, Vol. 123, 2017, at 536-48, *available at* https://doi.org/10.1016/j.watres.2017.07.012; Jin, et al., Data-driven insights into treatment of sulfur-containing organic wastewater, Journal of Cleaner Production, Vol. 433, 139878, 2023, *available at* https://www.sciencedirect.com/science/article/abs/pii/S0959652623040362.
[276] January 8, 2019, LDEQ Field Interview Form (WC_JPLF_00227237); March 21, 2019, LDEQ Field Interview Form (WC-JPLF_00229159).
[277] River_Birch_0003897; WC_JPLF_00287413; WC_JPLF_00223437.

incidents illustrate the impacts that River Birch might have on individual receptors within the proposed class area.

### 4.2.2    Large Potential Area or Network Sources Also Likely Contributed Emissions to the Proposed Class Area.

Although not specifically on the Table 1 list, there are two large area or network sources that also impact odors and emissions in the proposed class area. These include the sanitary sewer system and the Soniat Canal in Harahan, and the large expanse of wetlands and forested wetlands that surround the local areas. These sources are known to generate odors including hydrogen sulfide. Sewer systems commonly produce hydrogen sulfide odors. The Soniat canal has received numerous overflows following rain events when the Harahan sewer system does not have the hydraulic capacity to accept increased flows from the combined domestic wastewater and rainfall collection system in Harahan.

#### 4.2.2.1    Harahan Sewer Collection System

The Harahan sewer collection system is designed to handle 1.6 mgd of incoming sewage.[278] Based on incident reports from the Harahan WTP, discussed in section 4.2.1.13.1 above, the sewer collection system has had numerous overflows of sewage into the neighboring communities and into residents' homes from backups in toilets and other drains.

As described in more detail in section 4.2.1.13.1 above, there was at least one overflow that resulted in approximately 1,310,340 gallons of raw sewage flowing out of the sewer system.[279] These overflows do not go away in one day. Odors would be generated on a semi-continuous to continuous basis until the waste materials decay or are washed away through local stormwater conveyances or streams. The LDEQ Incident Reports describe the odors as strong, horrible, and foul.[280]

However, in my opinion, the sewer collection system is less likely to affect receptors outside of Harahan because the release points are localized at each individual sewer manhole, and hydrogen sulfide, the primary air emission, is heavier than air and would tend to move along the surface, thereby avoiding being transported in winds nearer to ground surface. It is my opinion that its impacts will also be dependent upon the weather because the winds are highly variable and near surface winds are also impacted by interactions with structures and terrain thereby decreasing wind velocities. As such, in my opinion, this

---

[278] WC_JPLF_00438948.
[279] WC_JPLF_00115641.
[280] June 28, 2018, LDEQ Incident Report (WC_JPLF_00049367); WC_JPLF_00174371; APTIM-0017381 at APTIM-0017394–99.

Testifying Expert Report

source will not impact all residents in the proposed class area in a representative or typical manner.

### 4.2.2.2    Wetlands and Forested Wetlands

The wetlands and forested wetlands on both sides of the Mississippi River primarily produce methane, but they also produce other air contaminants, including ammonia and hydrogen sulfide. Nitrogen cycling occurs in the wetlands and can produce ammonia.[281] Hydrogen sulfide can be produced at rates that can result in atmospheric concentrations of up to 5,200 ppb or more.[282] The wetlands thus represent a potentially significant source of releases of potentially odorous air pollutants in the proposed class area. These widespread wetlands and forested wetlands are shown in Figure 28.

---

[281] DeBusk, Nitrogen Cycling in Wetlands, University of Florida, 1999, at 1, *available at* https://ufdcimages.uflib.ufl.edu/IR/00/00/31/21/00001/SS30300.pdf.
[282] Hines 1996. Emissions of Sulfur Gases from Wetlands, *available at* https://www.tandfonline.com/doi/abs/10.1080/05384680.1996.11904076; Paing, Emission of H2S and mass balance of sulfur in anaerobic ponds, 2003, *available at* https://pubmed.ncbi.nlm.nih.gov/14510215/.

Testifying Expert Report

**Figure 27. Wetlands and Forested Wetlands in the Area**



Almost all areas in Jefferson Parish have wetlands and forested wetlands. It is my opinion that this represents a constant background of potential odors in the proposed class area, which most people who live in the area may grow accustomed to and not think about on a daily basis. Higher hydrogen sulfide emissions that come from the industrial sources located in and around the proposed class area may stand out since they also contain other odiferous components, such as ammonia and mercaptans.

It is my opinion that the impacts of the wetlands and forested wetlands on each individual putative class member would be dependent upon the individual's specific locations relative to the wetlands and forested wetlands. Wind direction and speed would affect the impacts of these emissions variably for each putative class member. As such, in my opinion, this source would also not impact all residents in the proposed class area in a representative or typical manner.

### 4.3    OPINION #3: THE PROPOSED CLASS REPRESENTATIVES RESIDE AT VARYING DISTANCES FROM THE TABLE 1 SOURCES, INDICATING DIFFERING IMPACTS FROM THE ALTERNATIVE ODOR SOURCES.

There are 10 proposed class representatives located at 9 residences within the 41.5 square mile proposed class area, as presented in Table 2. The following paragraphs, in my opinion, give the impacts on individual putative class members at their residences. Their residences are depicted on Figure 3. Each of these residential locations have one or more alternative air emission source(s) within close range, with LDEQ Incident Reports documenting odiferous smells near these residences.

The major smells have been sulfur or sewer gas (most likely hydrogen sulfide or rotten egg smell), ammonia (pungent, irritating), almonds or roasted nuts (hydrogen cyanide), chlorine (suffocating, bleach), gas such as butane, natural gas, and propane (these gases do not have an odor except for the mercaptans that are added to be able to distinguish a gas leak—mercaptans have a rotten cabbage smell), and acrylonitrile (onion, garlic smell). The odors have been detected from 0.1 miles to ~4 miles away from the source, with 1 to 2 miles being a very common detection distance. The area sources, such as the sewer system in Harahan, the Soniat Canal in Harahan that received over 1 million gallons of raw and treated sewage from overflows from the Harahan WTP, and the wetlands surrounding much of this area are sources for odors, as well. The odors documented by LDEQ in Incident Reports are listed in Table 32 and the previous discussions of each of the 15 alternative sources have discussed odor incidents recorded by LDEQ. Dr. Susan Schiffman also prepared a list of odiferous smells noted by the residences in the proposed class area.[283] Her list is also presented in Table 32 with potential sources for the odors based on the chemicals used at the previous facilities.

**Table 32. Odors Documented in the Proposed Class Area**

| ODOR | SOURCE[284] |
|---|---|
| Sulfur or sewer gas | *Acrylonitrile Plant,* *Urea and Melamine Plant,* *Sulfuric Acid Regeneration Plant,* *Utilities Plant/Site Services,* *Dyno Nobel Ammonia,* *Roehm America (formerly Evonik),* *IMTT – Avondale,* *Harahan WTP,* *ADM Grain River System* *Cargill – Westwego Marine Terminal,* *Wood Materials,* *River Birch,* |

---

[283] Schiffman, Expert Report in the Matter of Odor Complaints in Jefferson Parish, New Orleans, 2024, at 9-10.
[284] *See* Sections 4.2.1 and 4.2.2

Testifying Expert Report

| | |
|---|---|
| | *Wetlands,*<br>*Harahan sewer collection system* |
| Ammonia | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*Kemira Chemicals,*<br>*ARTCO Fleeting Services,*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Wood Materials,*<br>*River Birch,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Almonds, roasted nuts *(hydrogen cyanide—source Cornerstone Chemical Complex)*[285] | *Acrylonitrile Plant,*<br>*Utilities Plant/Site Services,*<br>*Roehm America (formerly Evonik)* |
| Chlorine | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik)* |
| Gas *(natural gas has no odor—smell is from mercaptans)*<br>Butane & Propane *(these don't have an odor -smell is from mercaptans)* | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*Kemira Chemicals,*<br>*ARTCO Fleeting Services,*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Kirby Inland Marine,*<br>*Wood Materials,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Mercaptans | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*Kemira Chemicals,*<br>*ARTCO Fleeting Services,*<br>*IMTT – Avondale,*<br>*Harahan WTP,* |

---

[285] April 16, 2020, Complaint Investigation Email (CCC-001081).

Testifying Expert Report

| | |
|---|---|
| | *ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Kirby Inland Marine,*<br>*Wood Materials,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Sulfur | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Wood Materials,*<br>*River Birch,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Sewage | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Wood Materials,*<br>*River Birch,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Petroleum sulfur | *Sulfuric Acid Regeneration Plant,*<br>*ARTCO Fleeting Services,*<br>*IMTT – Avondale,*<br>*Kirby Inland Marine* |
| Sour/rotten egg *(hydrogen sulfide)* | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Wood Materials,*<br>*River Birch,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Dirty smell, mixed nasty smell, dead body | |

Testifying Expert Report

| Acrylonitrile | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Roehm America (formerly Evonik),*<br>*Kemira Chemicals,*<br>*Harahan WTP* |
|---|---|
| Chemical[286] | *Acrylonitrile Plant,*<br>*Urea and Melamine Plant,*<br>*Sulfuric Acid Regeneration Plant,*<br>*Utilities Plant/Site Services,*<br>*Dyno Nobel Ammonia,*<br>*Roehm America (formerly Evonik),*<br>*Kemira Chemicals,*<br>*ARTCO Fleeting Services,*<br>*IMTT – Avondale,*<br>*Harahan WTP,*<br>*ADM Grain River System,*<br>*Cargill – Westwego Marine Terminal,*<br>*Kirby Inland Marine,*<br>*Wood Materials,*<br>*River Birch,*<br>*Wetlands,*<br>*Harahan sewer collection system* |
| Trash/Garbage/Waste | *River Birch* |

One odor not specifically listed by Dr. Schiffman is a burnt smell. Sulfur dioxide and, by association, sulfur trioxide (which are normally used together at the Sulfuric Acid Regeneration Plant at Cornerstone) have a burnt odor. This odor has been cited in some of the complaints.[287]

These odors and smells have all been documented by LDEQ Incident Reports except for the dead body smell, which is not associated with any of the sources listed in Table 1 nor from landfills. The dirty smell, the mixed nasty smell, and the garbage smell are not scientifically specific enough to assign a source in my opinion. I have not reviewed the landfills except for the River Birch leachate treatment ponds, and the collection of petroleum exploration and production wells wastewaters in storage tanks and then the transfer of these oily wastes to deep wells. The trash/garbage/waste smells have numerous potential sources in any community, including roll-off trash bins, trash collection trucks and normal trash cans.

---

[286] *See* Descriptions and Chemical Lists for Cornerstone Chemical Complex (Section 4.2.1.1), Kirby Inland Barge Incident Reports Chemical List (Section 4.2.1.14), ARTCO Fleeting Services Chemical List (Section 4.2.1.9, IMTT Incident Reports (Section 4.2.1.10), and Harahan WTP Emissions (Section 4.2.1.13).

[287] October 10, 2019, Cornerstone Environmental Incident (CCC-000964) (noting burnt odor and ammonia odor).

Testifying Expert Report

Each of the proposed class representatives will be discussed individually, with potential alternative sources introduced as probable causes for odors at their residences.

### 4.3.1   Larry J. and Mona S. Bernard

The Bernards' residence is located at 475 Gordon Avenue, Harahan. On Figure 26, it is labeled C1 and C2. The distances from their address to each of the 15 sources described in Table 1 are presented in Table 33.

**Table 33. Distance from the Bernards to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 4.3 to 4.5 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 1.5 |
| 9 | International Matex Tank Terminal – Avondale | 1.3 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 0.85 |
| 11 | ADM Grain River System | 6.75 |
| 12 | Cargill – Westwego Marine Terminal | 3.4 |
| 13 | Kirby Inland Marine | 1 |
| 14 | Wood Materials | 0.9 |
| 15 | River Birch Leachate Pond | 3.2 |
| | Sewer Lift Station(s) | <0.5 |
| | Soniat Canal | 0.6 |

### 4.3.2   Elias Jorge Ictech-Bendeck

Mr. Jorge Ictech-Bendeck's residence is located at 241 Walter River Road, River Ridge, LA. On Figure 3, it is labeled C3. The distances from his address to each of the 15 sources described in Table 1 are presented in Table 34.

There were several LDEQ Incident Reports that reported odors that were 1 to 2 miles from the source as well as the sewer system in Harahan being a source for odors.

Testifying Expert Report

**Table 34. Distance from Elias Jorge Ictech-Bendeck to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 4.3 to 4.5 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 1.5 |
| 9 | International Matex Tank Terminal – Avondale | 1.3 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 0.6 |
| 11 | ADM Grain River System | 6.75 |
| 12 | Cargill – Westwego Marine Terminal | 3.4 |
| 13 | Kirby Inland Marine | 1 |
| 14 | Wood Materials | 0.9 |
| 15 | River Birch Leachate Pond | 3.2 |
| | Sewer Lift Station(s) | <0.01 |
| | Soniat Canal | 0.6 |

### 4.3.3   Nicole M. Landry-Bordreaux

Ms. Nicole M. Landry-Bordreaux's residence is located at 25 Primrose Lane, Westwego, on the west side of the Mississippi River. Her residence is identified as C4 on Figure 3. The distance from her address to each of the 15 sources described in Table 1 are presented in Table 35.

**Table 35. Distance from Nicole M. Landry-Bordreaux to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 1.7 – 2.3 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 0.8 |
| 9 | International Matex Tank Terminal – Avondale | 3.2 |

Testifying Expert Report

| 10 | Harahan Wastewater Treatment Plant (WTP) | 2.5 |
|----|------------------------------------------|-----|
| 11 | ADM Grain River System | 4.0 |
| 12 | Cargill – Westwego Marine Terminal | 5.6 |
| 13 | Kirby Inland Marine | 2.7 |
| 14 | Wood Materials | 3.3 |
| 15 | River Birch Leachate Pond | 1.1 |
|    | Sewer Lift Station(s) | 0.16 |
|    | Soniat Canal | 2.3 |

### 4.3.4   Savannah Lynn Thompson

Ms. Savannah Lynn Thompson's residence is located at 1344 Hickory Avenue Apartment D, Harahan. This residence is on the east side of the River. Her residence is shown as C5 on Figure 3. The distance from her address to each of the 15 sources described in Table 1 are presented in Table 36.

**Table 36. Distance from Savannah Lynn Thompson to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|------------|----------|---------------------------|
| | Cornerstone Chemical Complex | 3.8 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 1.5 |
| 9 | International Matex Tank Terminal – Avondale | 2.5 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 0.3 |
| 11 | ADM Grain River System | 6.5 |
| 12 | Cargill – Westwego Marine Terminal | 3.9 |
| 13 | Kirby Inland Marine | 2.15 |
| 14 | Wood Materials | 1.8 |
| 15 | River Birch Leachate Pond | 3.3 |
| | Sewer Lift Station(s) | 0.1 |
| | Soniat Canal | 0.3 |

Testifying Expert Report

### 4.3.5   **Robyn Crossman**

Ms. Robyn Crossman's residence is located at 9534 Catalapa Loop, Waggaman. This location is on the west side of the River, about 1.1 miles from the River. Her residence is shown as C6 on Figure 3. The distance from her address to each of the 15 sources discussed in Table 1 are presented in Table 37.

**Table 37. Distance from Robyn Crossman to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 1.2 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 1.5 |
| 9 | International Matex Tank Terminal – Avondale | 3.1 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 3.1 |
| 11 | ADM Grain River System | 6.5 |
| 12 | Cargill – Westwego Marine Terminal | 6.6 |
| 13 | Kirby Inland Marine | 2.15 |
| 14 | Wood Materials | 4.4 |
| 15 | River Birch Leachate Pond | 1.2 |
| | Sewer Lift Station(s) | 0.15 |
| | Soniat Canal | >2.5 |

### 4.3.6   **Kayla Anne Steele**

Ms. Kayla Anne Williams lives at 9534 Catalapa Loop, Waggaman, about 0.2 miles from the River. Her residence is on the east side of the River. Her residence is shown as C7 on Figure 3. The distance from her address to each of the 15 sources described in Table 1 are presented in Table 38.

**Table 38. Distance from Kayla Anne Steele to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 3.6 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |

| | | |
|---|---|---|
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 0.9 |
| 9 | International Matex Tank Terminal – Avondale | 1.7 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 1.25 |
| 11 | ADM Grain River System | 6 |
| 12 | Cargill – Westwego Marine Terminal | 4.1 |
| 13 | Kirby Inland Marine | 1 |
| 14 | Wood Materials | 1.7 |
| 15 | River Birch Leachate Pond | 3.1 |
| | Sewer Lift Station(s) | 0.5 |
| | Soniat Canal | <0.5 |

### 4.3.7   Phil Adams

Mr. Phil Adams lives at 503 Daniel Street, Kenner, about 0.3 miles from the River. This residence is on the east side of the River. His residence is shown as C8 on Figure 3. The distance from this address to each of the 15 sources are presented in Table 39.

**Table 39. Distance from Phil Adams to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 1.7 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 2.6 |
| 9 | International Matex Tank Terminal – Avondale | 4.8 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 2.25 |
| 11 | ADM Grain River System | 4.6 |
| 12 | Cargill – Westwego Marine Terminal | 6.8 |
| 13 | Kirby Inland Marine | 4.4 |
| 14 | Wood Materials | 4.5 |

Testifying Expert Report

| 15 | River Birch Leachate Pond | 3 |
| | Sewer Lift Station(s) | 0.99 |
| | Soniat Canal | 2.1 |

### 4.3.8   Ann Williams

Ms. Ann Williams lives at 409 Butler Street, Avondale, about 0.35 miles from the River. This residence is on the west side of the River. Her residence is shown as C9 on Figure 3. The distance from this address to each of the 15 sources are presented in Table 40.

**Table 40. Distance from Ann Williams to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 1.7 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 2.6 |
| 9 | International Matex Tank Terminal – Avondale | 4.8 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 2.25 |
| 11 | ADM Grain River System | 4.6 |
| 12 | Cargill – Westwego Marine Terminal | 6.8 |
| 13 | Kirby Inland Marine | 4.4 |
| 14 | Wood Materials | 4.5 |
| 15 | River Birch Leachate Pond | 3 |
| | Sewer Lift Station(s) | 0.25 |
| | Soniat Canal | >2 |

### 4.3.9   Ophelia Walker

Ms. Ophelia Walker lives at 516 Jamie Blvd, Avondale. Her residence is surrounded on three sides by wetlands, which are as close as 0.1 and 0.2 miles from her location. This residence is on the west side of the River. Her residence is shown as C10 on Figure 3. The distance from her address to each of the 15 sources are presented in Table 41.

Testifying Expert Report

**Table 41. Distance from Ophelia Walker to Alternative Odor Sources**

| IDENTIFIER | FACILITY | APPROXIMATE DISTANCE (mi) |
|---|---|---|
| | Cornerstone Chemical Complex | 5.4 |
| 1 | Acrylonitrile Plant | |
| 2 | Urea and Melamine Plant | |
| 3 | Sulfuric Acid Regeneration Plant | |
| 4 | Utilities Plant/Site Services | |
| 5 | Dyno Nobel Ammonia | |
| 6 | Roehm America (formerly Evonik) | |
| 7 | Kemira Chemicals | |
| 8 | ARTCO Fleeting Services | 3.5 |
| 9 | International Matex Tank Terminal – Avondale | 1.8 |
| 10 | Harahan Wastewater Treatment Plant (WTP) | 3.85 |
| 11 | ADM Grain River System | 6.9 |
| 12 | Cargill – Westwego Marine Terminal | 4.8 |
| 13 | Kirby Inland Marine | 2 |
| 14 | Wood Materials | 2.9 |
| 15 | River Birch Leachate Pond | 3.5 |
| | Sewer Lift Station(s) | 0.04 |
| | Soniat Canal | >2.8 |

Testifying Expert Report

**Figure 28. Ms. Walker's Residence Surrounded by Wetlands**



Green polygons are forested wetlands.

It is my opinion that the varying distances between each proposed class representative's residential location and each Table 1 alternative odor source is yet another indication that the potential impacts to one particular individual within the proposed class area will not be common or typical. As such, in order to determine which source(s) is/are more likely than not a substantial cause of any putative class member's alleged injuries, it is my opinion that individual assessments of odor and emission impacts must be conducted for each putative class member.

Testifying Expert Report

## SECTION 5.0

## SUMMARY AND CONCLUSIONS

The proposed class area is spread out over approximately 41.5 square miles or about 26,560 acres. Plaintiffs speculate that every member of the proposed class has been uniformly and typically affected by one specific facility within this large area, the Jefferson Parish Landfill. To understand why this statement is false, one must consider how air contaminants move in the environment and specifically which factors affect the transport mechanisms. By evaluating the transport mechanisms, it becomes clear, in my opinion, that no single source can impact every member within the proposed class area in the same way, if at all.

My opinions and their supporting bases can be summarized as follows:

1. Given that the weather data collected do not show a preferential wind direction, an individualized inquiry would be needed to determine which source(s) are more likely than not a substantial cause of any alleged impacts to a putative class member.

2. It is more likely than not that numerous known and potential non-landfill alternative odor sources contributed to odors and other impacts in the proposed class area, undermining any commonality in odor impacts across the proposed class.

3. The varying distances between each proposed class representative's residential location and each alternative odor source is yet another indication that the potential impacts to one particular individual within the proposed class area will not be common or typical. In order to determine which source(s) are more likely than not a substantial cause of any putative class member's alleged injuries, individual assessments of odor and emission impacts must be conducted for each putative class member.

I have evaluated fifteen specific facilities within the proposed class area. LDEQ Incident Reports document that air contaminants can cause different odors in different areas. It is my opinion that none of the Incident Reports indicate that the entire proposed class area was impacted at any one time by any one source. The LDEQ investigations took into account wind conditions at the time of the complaint, inspection, or survey. In my opinion, multiple sources have released air contaminants with varying impacts over the 26,560-acre proposed class area.

Testifying Expert Report

It is my opinion that there are multiple continuous or near continuous sources of air pollution in the proposed class area. The main drivers in the transport and the dispersion of an odiferous pollutant include:

- The transport mechanism or the wind direction and speed;

- The pollutant concentration and duration of release from the source; and

- The chemical released physical/chemical characteristics.

The major transport mechanism is the wind. In my opinion, the documented wind direction and speed demonstrate that there is not a single dominant wind direction or speed that would result in one source location being directly upwind from every member of the proposed class at all times. In my opinion, over the 26,560 acres of the proposed class area, it is physically and scientifically impossible for one source to be downwind of every putative class member at all times. This again points to multiple sources of air pollution being a more viable cause of the impacts to each individual putative class member on a uniquely definable basis. Thus, it is my opinion that the impacts of the various odor sources on the individual putative class members must be evaluated independently.

The weather data collected by NOAA do not show a preferential wind direction. It is thus my opinion that any specific location/receptor would have to be independently analyzed as to the impacts from all sources and under each wind condition, which varies over a year's time from all directions. When the class representative is upwind from the emission source, he or she cannot be impacted by the emission source. Since the wind blows from all directions over the year, the residence would be required to be downwind from a single source for the entire year.

It is my opinion that the impacts from one source of air emissions cannot impact the entire proposed class area, much less impact it in the same way and to the same extent. Emissions sources will tend to impact close receptors the most. Two putative class members, located at different distances from a source, would be expected to be impacted differently than other putative class members located further away from the same source. This is another reason why it is my opinion that individual evaluations are required for each putative class member.

Unpermitted air emissions represent highly concentrated emission sources that have documented impacts to the residents. These sources can be in the percent range of chemical(s). These have a greater capacity to impact proposed class representatives due to lower dilution rates in the short travel times by air to the receptor. This means the odor reaching the proposed class representative may be at a higher concentration.

Testifying Expert Report

There are several continuous sources of air pollutants that exist in the proposed class area. These include both permitted and unpermitted sources. The permitted sources should not affect the air quality based on the requirements imposed by the Federal and state air regulations and laws. There may be short-term effects from exempt conditions at the permitted facility, such as startup, shutdown and malfunctions. If there is an effect from the short-term condition, it is not expected to impact the entire proposed class area. The unpermitted sources have been documented by LDEQ to have affected different areas of the proposed class area. In my opinion, the effects from an identified source did not affect the entire proposed class area at any one time.

Specific examples of unpermitted continuous releases that I have discussed include the Molten Sulfur Tank at the Sulfuric Acid Regeneration Plant on the Cornerstone Chemical Complex, the Harahan WTP, and the composting operations at Wood Materials. These unpermitted sources are located in three distinct, separated locations within the proposed class area. It is my opinion that emissions from these sources would not impact the entire proposed class area because of the transport mechanism and dilution as the pollutant moves further from its source. The effects from these sources would therefore need to be evaluated independently.

There are large potential area/network sources of odors that can impact the larger area, such as the sewer collection system in Harahan. However, it is my opinion that the sewer collection system in Harahan is less likely to affect receptors outside of Harahan since these sources (sewer manholes and pumping stations) are ground-level releases and do not have the same dispersion potential as a higher level release.

Unpermitted sources are not typically controlled. Some of these releases would be concentrated amounts of chemicals. These are normally much greater in concentration than permitted emissions. These concentrated doses require greater distances to dilute the concentration to the odor threshold or to a concentration that would not affect a resident. As discussed previously, the highway next to the Cornerstone Chemical Complex had to be shutdown due to a sulfuric acid leak from a truck in order to protect the members of the community (from acute effects—either death or severe injury).

There are also natural sources, such as wetlands, that could continuously release odiferous compounds. Wetlands and forested wetlands are part of the terrain in South Louisiana including Jefferson Parish. These wetland areas generate odors due to the constant decay of organic material in the wetlands. The natural sources generate odors, such as hydrogen sulfide, ammonia, and others. The natural decay processes are normal. In my opinion, the impacts from the wetlands would not be expected to affect the individual residents equally. Therefore, it is my opinion that the impacts from wetlands would need to be evaluated independently.

117

Testifying Expert Report

An unscheduled, but frequent source of odors, is the overflows from the sewer collection system. The Harahan sewer collection system is well documented by both LDEQ and local residents to have numerous overflows into the streets and into people's homes of raw sewage. Raw sewage is an odor that surrounding individual homes in Harahan were routinely exposed to at their individual residence(s) and inside their residence(s). The WTP collection system also has released raw sewage into the local stormwater canal, Soniat Canal, which flows to Lake Pontchartrain. The canal system would spread the odiferous sewage. Until the canal system was flushed, the sewage would degrade overtime, releasing additional odors over the entire area through which it had dispersed. The Harahan sewer collection system would not be expected to affect the proposed entire class area, however. Therefore, it is my opinion that the effects of this alternative odor source would need to be evaluated independently.

The Harahan WTP has accepted industrial waste containing mercaptans and ammonia that were documented to cause odors in the Harahan community. From 2015 into 2022, Harahan WTP was linked to 30 LDEQ Incident Reports, 10 from July 1 through December 31, 2019. Several of these incidents concerned the mercaptans and ammonia that were released at the Harahan WTP. Several were related to the sewer overflows and the bypass of treated and untreated sewage to the Soniat Canal, including one incident in which a resident complained that her toilet was spouting a 5-ft water column above her toilet.

In my opinion, the proximity of the receptor to sources released at or near ground level is more likely to impact a receptor. There were several residences that were within 0.1 to 0.5 miles from the source(s) (such as, sewer pumping stations, the Soniat Canal) and these have a much greater chance of being detected by the resident than a source 2 to 4 miles away.

Some of the documented air pollutants that are released regularly and irregularly are heavier than air, such as, hydrogen sulfide and chlorine. These pollutants are not likely able to travel great distances so, in my opinion, the impacts from one source of these pollutants cannot affect the entire class area. The River is a natural barrier for the transport of these pollutants since they would travel close to the ground. Therefore, the source of heavier than air pollutants which impacts residents is most likely close to the resident. One exception to this is when a heavier than air pollutant is forced through a stack. As discussed in the Acrylonitrile Plant section, a leak was directed through the 180-foot tall incinerator stack without active thermal destruction of the gases. This leak affected a resident approximately 1.6 miles away and across the River. The gases were initially pushed out at a higher elevation, but then fell because they were heavier than air. If the incinerator would have been operating, the chemicals should have been destroyed and the resulting emissions would have been dispersed over a large area.

Testifying Expert Report

Some gases, such as, ammonia are lighter than air. However, when dissolved in water, the resulting mixture becomes heavier than air. Releases of ammonia that cross steam clouds, cooling tower drift, humidity in the air, and rain will fall faster to the ground due to their density increasing with the interaction with water. For this reason, sources of ammonia are more likely to impact close receptors. Two of the class representatives are close to the Cornerstone Chemical Complex, which has multiple emissions from both fugitive and point sources, as well as, unpermitted releases. These two class members, located at different distances from these sources, would be expected to be impacted differently than class representatives further away. This is another reason why individual evaluations are required for each receptor.

In summary, it is my opinion that the alternative sources described in this report have impacted residences in each community where the proposed class representatives reside. Although the impacts are different for each location in both concentration, type of chemical(s) and odor(s) based on the representative's location and wind direction, this opinion is consistent with the fact that no source is always upwind from a representative's residence.

It is my opinion that there is no single source of an odiferous chemical coming from a single location in and around the proposed class area that could impact each individual putative class member in the same way and to the same extent. In my opinion, in order to understand the impacts of odors on an individual putative class member, an independent evaluation of that individual must be conducted.

Testifying Expert Report

## SECTION 6.0

## FINAL STATEMENT

I reserve the right to update my opinions and the information presented in this Expert Report based on any new data or opinions offered by the Plaintiffs or others.

March 8, 2024

Michael R. Corn, P.E. (LA)

Testifying Expert Report

# REFERENCES/BIBILIOGRAPHY

Barreca, R. A.-P. (August 26, 2022). *Semi-Annual VOC Leaking Component Report Streamlined Program - 40 CFR 63, Subpart H Period Covering: 1st Half of 2022 (January 1, 2022 - June 30, 2022).* 10800 River Rd Waggaman, LA 70094: LDEQ.

Brown, E. I.-P. (September 3, 2015). *Reportable Incident Notification Follow-up Report Written Follow-up to Verbal Notification for Incident Number 15-03596.* 10800 River Road Westwego, LA 70094: Dept. of Public Safety and Corrections.

Calhoun, P. E.-K. (October 18, 2012). *Request for Title V Air Permit Renewal - Acrylonitirle Plant.* LDEQ.

Cornerstone Chemical Company - Director, H. S. (November 2, 2021). *Unauthorized Discharge Notification Report Number 21-04678 60-Day Follow-up to Written Report.* 10800 River Road Waggaman, LA 70094: Dept. of Public Safety and Corrections.

Cornerstone Chemical Company - Director, S. S. (October 9, 2020). *Request for Title V Air Permit Renewal Cornerstone Chemical Company Ure/Melamine Plant - Permit Number 1981-V6.* LDEQ.

Cornerstone Chemical Company- Safety, H. &. (October 15, 2015). *Unauthorized Discharge Notification Report Number 15-04216 Written Follow-up to Verbal Notification.* Dept. of Public Safety and Corrections.

Cytec Industires, I. F. (October 27, 2008). *Revision to permit application and Emission Inventory Questionnaire for Renewal of Part 70 Operating Permit 1981-V1 Urea/Melamine Plant.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industires, I. M. (Septmeber 13, 2007). *Part 70 Operating Permit Renewal Application Additional Changes - Landfill Gas Utilization Acrylonitrile Plant Permit Number: 2195-V0.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (August 17, 2006). *Supplemental Information Submittal Acid Plant Permit Number 594-V0.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (August 19, 2008). *Renewal of Part 70 Operating Permit 1981-V1 Urea/Melamine Plant Permit Application Emission Inventory Questionnaire.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (December 21, 2006). *Administrative Amendment Urea/Melamine Plant - Permit Number 1981-V0.* 10800 RIver Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (December 7, 2010). *Application for Approval of Emissions of Air Pollutants from Part 70 Sources Minor Modification Request Utilities Plant - Permit Number: 2306-V2.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (July 25, 2007). *Part 70 Operating Permit Renewal Application Landfill Gas Utilization Acrylonitrile Plant Permit Number: 2195-V0.* 10800 River Road Westwego, LA 70094: LDEQ.

Testifying Expert Report

Cytec Industries, I. F. (March 16, 2009). *Application for Approval of Emissions and emission Inventory Questionnaire Part 70 Operating Permit Renewal Application Utilties Plant Permit Number: 2306-V1.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (May 14, 2010). *Draft Permit Review - Revised/Additional Information Part 70 Operating Permit 1981-V1 - Urea/Melamine Plant.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (November 21, 2008). *Permit Application and Emission Inventory Questionnaire for Renewal of Part 70 Operating Permit 1981-V1 Melamine Plant.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (October 27, 2009). *Application for Approval of Emissions and Emission Inventory Questionnaire Part 70 Operating Permit Renewal Application Sulfuric Acod Regeneration Plant Permit Number: 594-V1.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F. (September 14, 2009). *Draft Permit Review - Revised/Additional Information Part 70 Operating Permit 2306-V1 - Utilites Plant.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F.-A. (December 17, 2008). *PER20080014 Minor Permit Modification - Acetonitrile Recovery and Sales operation.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F.-E. (June 19, 1998). *Meeting Concerning Title V Acrylonitrile Permit.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F.-S. (November 4, 2010). *Addendum - Permit application and Emission Inventory Questionnaire for Renewal of Part 70 Operating Permit Number: 594-V2.* 10800 River Road Westwego, LA 70094: LDEQ.

Cytec Industries, I. F.-V. (July 6, 2001). *Acrylonitrile Plant Title V Permit Application.* 10800 River Road Westwego, LA 70094: LDEQ.

Division, L. S. (October 1, 2018). *Intra-agency Routing Form.* 10800 River Road Waggaman, LA 70094: LDEQ Enforcement Division.

Duhon, P. E.-D. (October 30, 2015). *Title V Minor Modification Acrylonitrile Plant, Cornerstone Chemical Company .* Waggaman, Jefferson Parish, LA: LDEQ.

Duhon, P. E.-S. (June 22, 2017). *Additional Information Submittal - Permit Number 594-V4.* Waggaman, Jefferson Parish, LA: LDEQ.

Dyno Nobel Americas - Health Safety, E. a. (March 1, 2016). *Unauthorized Discharge Notification Report Number 16-00281 Written Follow-up to Verbal Notification.* Dept. of Public Safety and Corrections.

Faubion, M. (February 6, 2013). *Cornerstone Chemical/Acrylonitrile Plant/AI Number 1357.* Fritz Hurst.

Testifying Expert Report

Faubion, P. E.-M. (May 1, 2020). *Request for Titile V Air Permit Renewal Cornerstone Chemical Company - Fortier Manufacturing Complex Utilities Plant/Site Services.* Waggaman, Jefferson Parish, LA: LDEQ.

Gill, C. I.-P. (June 23, 2006). *Application for Approval of Emissions and Emission Inventory Questionnaire Part 70 Operating Permit Renewal Application - Acrylonitrole Plant Permit Number 2195-V0.* 10800 River Road Westwego, LA 70094: LDEQ.

Inc., C. I.-F. (June 24, 1997). *Modification of Part 70 Operating Permit Application.* 10800 River Road Westwego, LA 70094: LDEQ.

LDEQ. (April 14, 2017). *Incident Report Number 177090.* 10800 River Road Waggaman, LA: Dyno Nobel LA Ammonia LLC - Ammonia Plant at Cornerstone Fortier Facility.

LDEQ. (April 18, 2016). *Incident Report Number 169990.* 10800 River Road Westwego, LA: Evonik Cyro LLC - MMA Plant.

LDEQ. (April 18, 2020). *Air Permit Routing/Approval Slip - Permits Number 1340-002260-11.*

LDEQ. (April 22, 2019). *Criteria & Toxic Air Pollutant Emissions Certification Statement for 2018.* Dyno Nobel LA Ammonia LLC - Ammonia Production Facility.

LDEQ. (April 25, 2020). *Air Permit Routing/Approval Slip - Permits Number 2912-V9.*

LDEQ. (April 30, 2019). *Criteria & Toxic Pollutant Emissions Certification Statement for 2018.* 3838 N Causeway Blvd Ste 3110, Metairie, LA 70002: Cornerstone Chemical Co.

LDEQ. (August 31, 2015). *Incident Report Number 165861.* 10800 Rier Road Westwego, LA: Evonik Cyro LLC - MMA Plant.

LDEQ. (December 17, 2019). *Air Permit Routing/Approval Slip - Permits Number 2913-V8.*

LDEQ. (February 26, 2019). *Air Permit Routing/Approval Slip - Permits Number 1340-00078-06.*

LDEQ. (February 6, 2020). *Air Permit Routing/Approval Slip - Permits Number 2520-00023-13.*

LDEQ. (February 9, 2023). *Cornerstone Chemical Company Enforcement Tracking Number AE-CN-19-00038.* 628 N Blvd. baton Rouge, LA 70802: Attorney at Law - Kyle Beall.

LDEQ. (January 10, 2017). *Incident Report Number 175168.* 10800 River Road Waggaman, LA: Dyno Nobel LA Ammonia LLC - Ammonia Plant at Cornerstone Fortier Facility.

LDEQ. (January 2, 2019). *Warning Letter Enforcement Tracking Number AE-L-19-00005.* 10800 River Road Waggaman, LA 70094: Dyno Nobel Ammonia - Barbara Cabot.

LDEQ. (January 25, 2016). *Incident Report Number 168439.* 10800 River Road Waggaman, LA: Dyno Nobel LA Ammonia LLC - Ammonia Plant at Cornerstone Fortier Facility.

LDEQ. (January 30, 2020). *Air Permit Routing/Approval Slip - Permits Number 2107-V3.*

LDEQ. (January 9, 2020). *Air Permit Routing/Approval Slip- Permits Number 2306-V5.*

LDEQ. (January 9. 2020). *Air Permit Routing/Approval Slip- Permits Number 2306- V5.*

Testifying Expert Report

LDEQ. (July 13, 2016). *Incident Number 171656.* 10800 River Riad Westwego, LA: Evonik Cyro LLC - MMA Plant.

LDEQ. (July 21, 2016). *Incident Report 171819.* 10800 River Road Waggaman, LA: Dyno Nobel Ammonia LLC - Ammonia Plant at Cornerstone Fortier Facility.

LDEQ. (July 27, 2016). *Incident Report Number 171885.* 10800 River Road Waggaman, LA: Dyno Nobel LA Ammonia LLC - Ammonia Plant at Cornerstone Fortier Facility.

LDEQ. (March 07, 2019). *Incident Report Number 190017.* 10800 River Road Waggaman, LA: Dyno Nobel LA Ammonia LLC - Ammonia Production Facility.

LDEQ. (March 11, 2020). *Air Permit Routing/Approval Slip - Permits Number 3171-V0.*

LDEQ. (May 19, 2020). *Air Permit Routing/Approval Slip - Permits Number 2520-00027-V18.*

LDEQ. (May 2, 2022). *Incident Report Number 208447.* 2000 S Kenner Rd Avondale, LA; 5800 Hwy 90 W Avondale, LA; 10800 River Road, Waggaman, LA; Parishwide, LA: River Birch LLC - River Birch Landfill, Jefferson Parish Government - Jefferson Parish Sanitary Landfill, Cornerstone Chemical Company, and Jefferson Parish.

LDEQ. (October 15, 2018). *Incident Report Number 187399.* 10800 River Road Westwego, LA: Evonik Cyro LLC - MMA Plant.

LDEQ. (September 20, 2021). *Incident Report Number 204933.* 10800 RIver Road Waggaman, LA: Cornerstone Chemical Company.

LDEQ. (September 26, 2017). *Air Permit Routing/Approval Slip- Permits Number 1340-00174-05.*

LLC, D. N. (August 2, 2016). *Unauthorized Discharge Notification Report Number 16-03113 Initial Written Follow-up to Verbal Notification.* 10800 River Road Waggaman, LA 70094: Dept. of Public Safety and Corrections.

LLC, R. I. (Ocotber 1996). *Title V Permit Application.* 10800 River Road Westwego, LA 70094: Cytec Industries, Inc. Fortier Facility - Methyl Methacrylate Plant.

LLC, R. I. (October 1996). *Title V Permit Application.* 10800 River Road Westwego, LA 70094: Cytec Industries, Inc - Fortier Plant - Methanol Plant.

LLC, R. I. (October 1996). *Title V Permit Application.* 10800 River Road Westwego, LA: Cytec Industries, Inc. Fortier Facility - Sulfuric Acid Regeneration Plant.

LLC, R. I. (October 1996). *Title V Permit Application.* 10800 River Road Westwego, LA 70094: Cytec Industries, Inc. Fortier Plant - Utilities Plant.

LLC, R. I. (October 1996). *Title V Permit Application.* 10800 River Road Westewego, LA 70094: Cytec Industries, Inc. Fortier Facility - Acrylonitrile Plant.

Mikesell, C. C.-C. (April 6, 2011). *Application for Approval of Emissions of Air Pollutants from Part 70 Sources Minor Modification Request Acrylonitrile Plant - Permit Number:2195-V3.* LDEQ.

Testifying Expert Report

Mikesell, C. C.-C. (February 27, 2014). *Title V Permit Application - Minor Modification Sulfuric Acid Regeneration Plant - Permit Number: 594-V3.* LDEQ.

Plant, C. I. (December 20, 2004). *Supplemental Information Submittal - Sulfuric Acid Regeneration Plant.* 10800 River Road Westwego, LA 70094: LDEQ.

Plant, C. I.-F. (July 30, 1999). *Ammonia Plant; Permit 1984 (M-1).* 10800 River Road Westwego, LA 70094: LDEQ.

Plant, C. I.-F. (September 15, 1999). *Ammonia Plant Title V Permit.* 10800 River Road Westwego, LA 70094: LDEQ.

Plant, C. I.-M. (March 2, 2005). *Supplemental Information Submittal .* 10800 River Road Westwego, LA 70094: LDEQ.

Plant, C. I.-U. (April 29, 2004). *Title V Air Permit Additional Information #2 Activity # PER 19960006.* 10800 River Road Westwego, LA 70094: LDEQ.

Providene Engineering and Environmental, L. (February 5, 2016). *Request for Title V Air Permit Renewal Sulfuric Acid Regeneration Plant, Cornerstone Chemical Company.* Waggaman, Jefferson Parish, LA: LDEQ.

RTP Environmental Associates, I. (February 2, 2021). *Application for Minor Source Permit.* American River Transportation Co., LLC New Orleans Ship Yard Waggaman, LA: LDEQ.

Spindel, P. E.-H. (December 10, 2014). *Request for Title V Permit Number 1981-V3 Renewal and Minor Modification Application - Urea/Melamine Plant.* Waggaman, Jefferson Parish, LA: LDEQ.

Spindel, P. E.-H. (December 19, 2016). *Request for Expedited Title V Minor Modification Application for Permit Number 1981-V4 - Cornerstone Chemical Company Urea/Melamine Plant.* Waggaman, Jefferson Parish, LA: LDEQ.

Wallace, P. E.-S. (December 18, 2014). *Request for Title V Renewal Utilities Plant/Site Services, Cornerstone Chemical Company.* Waggaman, Jefferson Parish, LA: LDEQ.

Wallace, P. E.-S. (February 19, 2015). *Additional Information in Support of Air Permit Application Cornerstone Chemical Company - Urea/Melamine Plant.* Waggaman, Jefferson Parish, LA: LDEQ.

Williams, C. C.-E. (September 27, 2021). *Unauthorized Discharge Notification Report Number 21-04678 Written Follow-up to Verbal Notification.* 10800 River Road Waggaman, LA 70094: Dept. of Public Safety and Corrections.

Testifying Expert Report

**Attachment 1. CV for Michael R. Corn**

**List of Expert Testimony/Depositions Litigation History for the last 10 years**

Testifying Expert Report

**MICHAEL R. CORN, P.E., BCEE**
**Technical Consultant, AquAeTer, Inc.**



**CONTACT INFORMATION:**
AquAeTer, Inc.
215 Jamestown Park, Suite 100
Brentwood, Tennessee 37027
Tel: (615) 373-8532
E-mail: mcorn@aquaeter.com
Website: www.aquaeter.com

**EDUCATION:**
M.S., Environmental & Water Resources Engineering, Vanderbilt University, Nashville, Tennessee, 1979
B.S., Nuclear Engineering, University of Tennessee, Knoxville, Tennessee, 1972

**PROFESSIONAL ENGINEER REGISTRATIONS: State (Registration No.), Year of Issue**

**ACTIVE**

Connecticut (20537), 2003; Delaware (11353), 1999; **Georgia (012634), 1980** (home state); Illinois (062-048306), 1993; 1993; Louisiana (E-26715), 1996; Massachusetts (40517), 1998; Minnesota (25659), 1997; New Jersey (29716), 1984; Ohio (E-54225), 1990; Oregon (18658PE), 1996; Tennessee (00018171), 1986; and Wisconsin (32500-006), 1997.

**INACTIVE OR RETIRED**

Retired Alabama (21419), 1996; Inactive Florida (50442), 1996; Retired Indiana (PE19300421), 1993; Retired Iowa (14166), 1997; Retired Kentucky (18010); Retired Maine (8968), 1998; Retired Maryland (21577), 1995; Retired Mississippi (12870), 1996; Retired Missouri (EN 028741), 1997; Retired Nevada (013364), 1998; Retired North Carolina (022787), 1997; Retired Oklahoma (17703), 1995; Inactive Pennsylvania (PE-050086-E), 1995; Retired Rhode Island (6926), 1998; Retired South Carolina (17071), 1996; Inactive Texas (80742), 1995; Retired Virginia (0402 030771), 1996; and Retired West Virginia (13566), 1997.

**SUMMARY OF WORK HISTORY:**

| | |
|---|---|
| 2019-Present | AquAeTer, Inc., Brentwood, Tennessee, Technical Consultant |
| 1992-2018 | AquAeTer, Inc., Brentwood, Tennessee, President and Founder |
| 2014-2019 | Vanderbilt University, Brentwood, Tennessee, Adjunct Professor in Environmental Engineering in the Department of Civil and Environmental Engineering |
| 2007-2013 | Vanderbilt University, Brentwood, Tennessee, Adjunct Instructor in Environmental Engineering in the Department of Civil and Environmental Engineering |
| 1985-1992 | ADVENT Group, Inc., Brentwood, Tennessee, Principal/Vice-President |
| 1980-1985 | AWARE, Inc., SE, Nashville, Tennessee, Senior Project Engineer/Project Manager |
| 1975-1980 | Law Engineering Testing Co., Marietta, Georgia, Water Resources Engineer/Project Manager |
| 1973-1975 | Vanderbilt University, Nashville, Tennessee, Research Assistant |

127

Testifying Expert Report

## COMPLETE WORK HISTORY:

1973-1975     Vanderbilt University, Nashville, Tennessee, Research Assistant

1975-1980     Law Engineering Testing Co., Marietta, Georgia, Water Resources Engineer/Project Manager - Began as a Staff Hydrologist and was later promoted to project manager. Managed water resource projects including stream assimilative capacity studies, dispersion analysis, groundwater and surface water transport, fate and effects analysis for radionuclides, and organic/inorganic chemicals. Also managed summer interns.

1980-1985     AWARE, Inc., SE, Nashville, Tennessee, Senior Project Engineer/Project Manager - Began as Project Engineer and was later promoted to Senior Project Engineer and Project Manager. Worked in areas of RCRA wasteload allocations, wastewater, and air monitoring. Received patent for RCRA Land Treatment. Managed four people.

1985-1992     The ADVENT Group, Inc., Brentwood, Tennessee, Principal/Vice-President - One of the founding principals. Managed Environmental Engineering including permitting and associated projects supporting permits in air, solid, hazardous, and nuclear wastes, and water quality and water resource permitting waste, and in conceptual design of designs of systems for meeting the permits in these areas.

2007-2014     Vanderbilt University, Nashville, Tennessee, Adjunct Instructor in Environmental Engineering in the Department of Civil and Environmental Engineering - Taught classes in Water Quality Management including water quality, biological and wastewater treatment and Sampling Methodologies for air emission source testing and ambient air quality sampling; water, sediments, and biological sampling including environmental chemistry, and groundwater, vadose zone and soils sampling. Typically 20 to 30 students per class.

2014-2019     Vanderbilt University, Nashville, Tennessee, Adjunct Professor in Environmental Engineering in the Department of Civil and Environmental Engineering - Taught classes in Water Quality Management including water quality, biological and wastewater treatment and Sampling Methodologies for air emission source testing and ambient air quality sampling; water, sediments, and biological sampling including environmental chemistry, and groundwater, vadose zone and soils sampling and taught an environmental forensic class. Typically 20 to 30 students per class.

1992-2018     AquAeTer, Inc., Brentwood, Tennessee, President, Founder and Chief Technical Officer for water, air, wastewater, groundwater and remediation projects. Total of 35 employees in three offices.

2019-Present    AquAeTer, Inc., Brentwood, Tennessee, Technical Consultant, Board Member.

## AWARDS AND RECOGNITIONS

Roy F. Weston Environmental Technical Award, Engineering Division at TAPPI
Co-holder U.S. Patent for Hazardous Waste Land Treatment
Co-inventor U.S. Patent for System and Method of Remediation of Contaminants in Groundwaters
Honor Award for Diffuser Design from Consulting Engineers Council of Illinois

## PROFESSIONAL MEMBERSHIPS AND AFFILIATIONS:

American Academy of Environmental Engineers, Member
American Nuclear Society, Member
American Society of Civil Engineers (ASCE), Past Member
Harpeth River Watershed Association, Technical Advisor
National Council for Air and Stream Improvement (NCASI), Past Member
Solid Waste Association of North America (SWANA), Past Member
Society of Chemical Manufacturers and Affiliates (SOCMA), Past Member
TAPPI, Past Environmental Program Chair
Treated Wood Council (American Wood Preservers Institute), Past Member
Water Environment Federation, Past Member

## INTRODUCTION

Mr. Corn, P.E., BCEE has over 50 years of experience as an environmental engineering consultant. He is the retired President of **AquAeTer, Inc.** and is now serving as a Technical Consultant for the company and a Board Member. He is recognized as a leader in the fields of contaminant transport, fate and effects, air emissions inventories, air modeling, and air permitting, water quality studies including wasteload allocation modeling, dispersion modeling and contaminant transport, wastewater treatment using biological, physical/chemical, land treatment and wetlands treatment of wastewaters and sludges, water supply and treatment, soil, vadose zone, and groundwater sampling, modeling and remediation, as well as, solid hazardous and nuclear waste management. Mr. Corn is also working in the areas of cost analysis for environmental impacts, life-cycle analysis including carbon dioxide sequestration, and pollutant analysis and impacts from municipal and industrial sources to air, soils, surface water and groundwater. Since **AquAeTer's** inception in 1992, Mr. Corn has worked with clients including industry, electric utilities, telecommunications, Waste Management companies, trade groups, municipalities, state governments, federal agencies including USEPA and DOE, defense agencies and law firms.

Mr. Corn has worked on projects in over 40 states, two U.S. territories, and 16 foreign countries. Mr. Corn is a Registered Professional Engineer in 11 states and holds retirement or inactive status in 19 states as listed previously.

Mr. Corn was an Adjunct Professor (2014-2019) or Adjunct Instructor (2003-2012) in the Civil and Environmental Engineering Department at Vanderbilt University for 14 years. He has taught classes on monitoring, modeling, permitting and regulatory affairs for air, groundwater, vadose zone and soils sampling and modeling, water quality, wastewater, and solid, hazardous, and nuclear wastes, and environmental forensics.

## AWARDS AND HONORS

Mr. Corn and AquAeTer along with Horner and Shifrin were recognized with an Honors Award from the Illinois Consulting Engineering Council for work on an effluent diffuser for the Rock River Water Reclamation Authority located in Rockford, Illinois. Mr. Corn received the Weston Award from TAPPI for technical excellence in environmental studies for the pulp and paper industry including his work in water quality, wastewater,

and air. Mr. Corn is certified by the American Academy of Environmental Engineers as a Board Certified Environmental Engineer in Water Supply and Wastewater Treatment.

**TRADE ORGANIZATIONS**

Mr. Corn previously served on the Technical Association for TAPPI as Committee Chair for the Environmental Subcommittee for the annual Engineering, Pulping and Environmental Conference. He received the Weston Award for outstanding Technical Contributions to the Pulp and Paper Industry in 2008. Mr. Corn is a member of the American Nuclear Society (ANS), a former member of the National Council for Air and Stream Improvement (NCASI) for the pulp and paper industry, as well as, a former member of the Treated Wood Council (TWC) where he served on the committee for Life Cycle Analysis of Treated Wood including $CO_2$ sequestration, energy use, environmental effects, and water use. Mr. Corn was also a member of the Water Environment Federation. He serves as an Advisory Member for the Board of Directors and is a Technical Advisor for the Harpeth Conservancy in Tennessee on water quality and wastewater treatment issues at POTWs in the Harpeth River basin.

**PATENTS**

Mr. Corn is a co-holder of an U.S. Patent for a hazardous waste treatment system (U.S. Patent No. 4,844,813 issued July 4, 1989). This patented design remains the only land treatment unit to receive a Resource Conservation and Recovery (RCRA) Part B Permit in the State of New Jersey. He is also the co-inventor of a patent for co-metabolic biostimulation for in-situ treatment of groundwater contamination containing double-bonded carbon molecules, such as, polycylic aromatic hydrocarbons, chlorinated organics and volatile organics. He has applied this technology at two creosote wood treating sites, at two chlorinated organic sites, and at a site with volatile organics including toluene and acetone.

**SPECIFIC EXPERIENCE IN LANDFILLS**

Mr. Corn has conducted projects on Subtitle D Landfills including Hess Oil Virgin Islands Corp. (HOVIC) refinery domestic landfill located on St. Croix, U.S. Virgin Islands; Murfreesboro Subtitle D MSW landfill located in Murfreesboro, Tennessee; and the Decatur County MSW Landfill located in Bath, Tennessee. He has designed an industrial waste landfill for foundry wastes in Belleville, Pennsylvania, worked on Form R's and VOC modeling for a Subtitle C hazardous waste landfill located in Beatty, Nevada, and assessed industrial waste landfills for pulp and paper mills, petroleum refineries, and chemical plants as part of environmental due diligence for large acquisitions of industrial properties (up to $1 billion). He conducted a monitoring program for the Camden, Tennessee aluminum dross Class II landfill for the community. Mr. Corn has worked on radioactive dose modeling from groundwater releases at low-level radioactive waste disposal sites at Sheffield, Illinois, Maxey Flats, Kentucky, and West Valley, New York. He worked on saltdome dissolution at potential salt domes in Mississippi, Louisiana and East Texas for high level nuclear waste disposal.

Testifying Expert Report

## SUBTITLE C, D, TSCA, NORM AND RADIOACTIVE WASTE DISPOSAL SITES AND REMEDIATION

Mr. Corn has conducted projects for pulp and paper manufacturing facilities, wood treating facilities, chemical facilities, petroleum refineries and petrochemical plants, solid and hazardous waste landfills and low-level radioactive waste disposal facilities. Mr. Corn has worked as an engineer, manager, or technical director on at least 15 CERCLA sites, 25 RCRA sites, 3 low-level radioactive waste disposal facilities and 3 states for siting permanent High Level Nuclear Waste Disposal facilities in salt domes, and 2 TSCA facilities during his career.

Mr. Corn assisted in negotiations of the first remedial action to be carried out on a Superfund site in Ashtabula, Ohio where the USEPA CERCLA, TSCA, and RCRA offices oversaw remediation activities at the site. The site was contaminated with titanium oxide residuals that contained metals, PCBs, organics and naturally occurring NORM from the ore itself. The PCBs drove the remediation and Mr. Corn was able to negotiate a TSCA equivalency for the PCB containing ore wastes for placement in the onsite Subtitle D industrial waste landfill. A separate negotiation was obtained to be able to place this same material that also contained NORM into the landfill without further restrictions. The original estimate for offsite disposal in a TSCA landfill was around $36 million. The onsite disposal was accomplished for under $4 million.

Mr. Corn directed a soil removal and disposal remediation for a warehouse construction site where the soils had been contaminated with tetrachloroethane used in the production process. The footprint of the 4-acre warehouse was contaminated to a depth of about 12 to 15 feet. About 12,000 cubic yards were removed and remediated. Clean fill was brought in so that the warehouse could be constructed once the contamination had been removed.

Mr. Corn directed a project in Morristown, NJ for the removal of asbestos and demolition of a 60,000-square foot research facility for a chemical company. AquAeTer made cost estimates, hired contractors and was on-site for oversight of the asbestos removal, fluorescent bulb disposal and demolition of the building plus removal of other wastes discovered during demolition. An initial cost estimate was made to determine the asbestos removal and disposal costs and then the demolition costs which came in total at around $1.1 million. The final costs were about $1.25 million. The remediated property was valued at around $50 million.

Mr. Corn prepared two RCRA Part B Permits for oily wastes land treatment units (landfarms) for Amerada Hess refineries located in Port Reading, New Jersey and St. Croix, U.S. Virgin Islands. The landfarms had extensive groundwater and leachate collection sampling programs which were an integral part of the landfarms operation permit. The Port Reading landfarm was designed by Mr. Corn and he received a patent for this design. Both landfarms continued to operate until Amerada Hess got out of the refining business.

Testifying Expert Report

Mr. Corn directed a catastrophic failure analysis of a low-level radioactive waste disposal site at the West Valley Nuclear Fuels Reprocessing Plant located in West Valley, New York. The task was to project the impact to downstream drinking water plants if the 2 million gallons of radioactive liquids from the disposal site were released due to either a flood event that would erode the trenches or an earthquake that would cause a subsidence failure to the trenches. The radionuclides were modeled using dispersion models from the receiving creek(s) to the City of Buffalo, New York water intakes on Lake Erie. An estimate of maximum downtime was made of 1 to 4 weeks versus an alternative analysis that had estimated 400 years.

Mr. Corn directed an in-situ bioremediation pilot study for groundwaters contaminated with creosote and petroleum residuals that resulted in removal of the constituents over an 18-month period to less than the state's risk-based standards. The success of this in-situ bioremediation system resulted in a patent, in which Mr. Corn was a co-inventor.

Mr. Corn has assisted US Ecology on the permitting of their RCRA Subtitle C hazardous waste landfill located in Beatty, Nevada. The permitting issues include air modeling of emissions from monitoring wells and thermal desorption units, Form R permitting, leachate collection certification, landfill permitting and groundwater monitoring and reporting.

Mr. Corn conducted radioactive dose modeling for radioactive waste disposal sites located in Sheffield, Illinois and Maxey Flats, Kentucky. The dose modeling was based on groundwater transport to nearby streams and to receptors living along the stream from drinking water, food sources and recreational activities. This exercise was part of the licensing for the sites before the NRC.

Mr. Corn directed an ecological and human health risk assessment for sediments containing PAHs, pentachlorophenol and arsenic in three creeks located in Texarkana, Texas. A comprehensive sediment survey was conducted on the creek and sediment samples were collected every 200 ft over 2 miles of the streams. Later risk assessment showed that the potential human trespasser could not spend enough time at any specific site to have a risk above $1x10^{-7}$. Ecological risk was shown to be there, but the remedy of dredging was shown to be more destructive than leaving sediments in place.

Mr. Corn has been performing contaminant transport, fate and effects analyses which includes both human health and ecological risk assessment since 1976. He has projected transport of radionuclides, metals, inorganic and organic chemicals, conservative pollutants such as salt, and he has addressed the fate of these pollutants in the various media, i.e., air, water and earth, as they are transported away from their source through the air, groundwater and surface water transport pathways. He has compared the projected concentrations of these pollutants as to their impact on known risk-based concentrations published by federal and state agencies. He has provided these risk assessments in the wood treating industry including the oil-borne preservatives, creosote and pentachlorophenol, and the inorganic preservatives, copper-chromium-arsenic; in the inorganic chemical industry for chlorine, titanium tetrachloride, and metals; in the organic chemical industries

132

for dioxins and furans, organic chemicals and metals; in the pulp and paper industry for dioxins and furans, organics and salt; in manufacturing including farm implements for metals, solvents and pesticides/herbicides; and in the nuclear industry for radionuclides and mixed wastes.

Mr. Corn along with Dr. Michael Stabin, Director of Health Physics at Vanderbilt University and Dr. Jim Clarke, Professor of Civil and Environmental Engineering at Vanderbilt University, assisted Price Waterhouse in preparing comments for Energy Solutions for an NRC request on whether radiation standards given in 10 CFR Part 20 should be increased for workers and the general population based on the hormesis theory. Mr. Corn also worked with Chrisie Brown and Dr. Clarke in preparing comments for Energy Solutions through Price Waterhouse on the NRC's Rule 61 for low-level radioactive waste disposal for the EnergySolutions, Clive, Utah facility.

Mr. Corn assisted Dr. Paul Marotta in preparing a Monte Carlo statistical analysis of the Vermont Yankee closure costs estimate through Price Waterhouse for Entergy.

Mr. Corn has worked on RCRA, Superfund and Voluntary Clean-up sites in Alabama, Georgia, Illinois, Indiana, Kentucky, Louisiana, Massachusetts, Mississippi, Missouri, Nebraska, Nevada, New Jersey, New York, Ohio, Oklahoma, Oregon, Pennsylvania, Tennessee, Texas, U.S. Virgin Islands, and Washington.

Mr. Corn served as the Radiation Safety Officer (RSO) at Law Engineering Testing Company for a geophysical survey van using radioisotopes for geotechnical analyses. He also served as the RSO for Advent and AquAeTer for radiotracer reaeration measurements of stream reaeration using tritium and krypton-85.

## AIR EMISSIONS ESTIMATES, MODELING AND PERMITTING

Mr. Corn is a recognized expert in air emission estimates, air permitting, air modeling and ambient air monitoring. He has performed air projects at refineries, inorganic and organic chemical manufacturing facilities, wood-treating facilities, steel mills, coal, oil and gas-fired boilers and electrical generation units, and at pulp and paper mills. Mr. Corn has conducted air permitting including Title V Air Permitting at the Emerald Performance Materials chemical manufacturing facility located in Henry, Illinois and was an expert witness for a permit appeal before the Illinois Pollution Control Board on $SO_2$ emissions; at the Augusta Newsprint Mill located in Augusta, Georgia; for Kerr-McGee former wood treating facilities located in Avoca, Pennsylvania, Indianapolis, Indiana, Madison, Illinois, Columbus, Mississippi, Springfield, Illinois, Texarkana, Texas, and The Dalles, Oregon; for Koppers wood treating facilities located in Montgomery, Alabama, North Little Rock, Arkansas, Grenada, Mississippi and Denver, Colorado; for Atlantic Wood treating facilities located in Savannah, Georgia and Hainesport, New Jersey; for SCM Chemicals located in Ashtabula, Ohio; and for the U.S. Ecology Subtitle C Hazardous Waste Landfill located in Beatty, Nevada. He has conducted AERMOD modeling for $SO_2$ emissions from a pulp and paper mill and prepared estimates of $H_2S$ emissions from wastewater treatment units at a pulp and paper mill.

Mr. Corn has worked on chlorine releases from $TiO_2$, plastics, chlor-alkali, and pulp and paper industries. He has modeled air plumes for dense chemicals, such as, chlorine and hydrogen sulfide, as well as, modeled both criteria pollutants and hazardous air pollutants for chemical industries, pulp and paper, and wood treating industries.

Mr. Corn has prepared numerous air emission estimates for pulp and paper manufacturing facilities, wood treating facilities, chemical facilities, petroleum refineries and petrochemical plants, steel mills, and other manufacturing facilities. He has recommended air emission control equipment and made estimates of equipment capacity for pollutant removal based on plant capacity. He has assessed air permitting requirements for a steel mill in the Great Lakes area. He has also assessed costs for controlling air emissions including mercury emissions.

Mr. Corn has conducted air emissions modeling for the Weyerhaeuser Pine Hill pulp and paper mill located near Yellow Bluff, Alabama; Koppers North Little Rock facility; for the SCM Titanium Dioxide facility located in Ashtabula, Ohio; for the Arkansas Eastman Chemical Manufacturing facility located in Batesville, Arkansas; for the Tronox, Texarkana facility; and for the U.S. Ecology Hazardous Waste Landfill located in Beatty, Nevada.

Mr. Corn has conducted ambient air quality and emissions monitoring at the Amerada Hess Purvis, Mississippi Refinery; at the Pennwalt Superfund site in Natrona, Pennsylvania and their chemical manufacturing facility located in Calvert City, Kentucky; at the Koppers North Little Rock wood treating facility in North Little Rock, Arkansas, at their Tie Plant wood treating facility located in Grenada, Mississippi and at their Guthrie wood treating facility in Guthrie, Kentucky; at the New Holland tractor manufacturing facility located in New Holland, Pennsylvania; and at an abandoned building site owned by Woodmen of the World in Morristown, New Jersey.

Mr. Corn was also a technical director for ambient air emission tests conducted around creosote and pentachlorophenol plants located in Arkansas and Mississippi. These tests included analyses for PAHs, volatile organics, metals, dioxins/furans, and phenolics. He presented the results of one of these emission monitoring studies before a jury in Little Rock, Arkansas. Mr. Corn has also directed soil sampling in a neighborhood downwind from a creosote and pentachlorophenol plant.

Mr. Corn was the Technical Director for preparation of a Title V Permitting Manual for the wood treating industry sponsored by the American Wood Preservers Institute (AWPI). This model is still widely used by the industry.

Mr. Corn has worked on several landfills on hydrogen sulfide generation, release and transport of hydrogen sulfide in the environment, as well as, collection and treatment of these emissions. He has served previously as an expert witness for hydrogen sulfide emissions from landfills, as well as, from pulp and paper mills environmental operations.

Testifying Expert Report

## SPECIFIC WATER QUALITY AND RELATED EXPERIENCE

Mr. Corn, has worked on Clean Water Act (CWA), CAA, RCRA, CERCLA, TSCA, and NRC related projects. He is currently President of **AquAeTer, Inc.** and the Technical Director for the company.

Mr. Corn is recognized as a leader in the fields of water quality modeling and diffuser design, nutrient analysis of receiving waterbodies, both free-flowing and reservoir/lake settings, stream reaeration, measurement of deoxygenation rates in-stream, time-series biochemical oxygen demand analyses, non-point source analyses, hydrologic flow-event characterization including monthly low-flow event analyses, non-point source contributions to water systems, and biological analyses of streams including macrobenthos and fisheries studies, total chlorophyll analyses and caged fish studies for contaminant uptake for uptake and depuration rates for modeling, and contaminant transport for chemicals and radionuclides.

Mr. Corn has conducted water quality studies and assessments on over 200 streams, lakes, and estuaries in the United States and internationally. Mr. Corn is a recognized expert in water quality and water resource studies. These studies include wasteload allocations and Total Maximum Daily Load (TMDL) studies and analyses, dispersion analyses for near-field and far-field mixing zones, diffuser designs, and diffuser performance testing, water supply and treatment, biological inventory, fish advisory analysis, QUAL2E dissolved oxygen and WASP dynamic DO modeling studies, stream remediation studies, and contaminant transport, fate and effects analysis. He also assists clients in permit applications and negotiations; with the goal of receiving the best technically sound and cost effective permits possible for the client. Mr. Corn has been a leader in real-time permitting for complex receiving stream effluent discharge scenarios.

Mr. Corn is a recognized expert in water quality and water resource studies. He has conducted water quality and quantity studies including modeling. He has trained the Texas Water Resources staff in radiotracer reaeration of streams, trained the West Virginia Department of Natural Resources in wasteload allocation stream studies and QUAL2E modeling, and worked in cooperation with Bob Ambrose and Tom Barnwell of USEPA, Athens to provide the first calibration of the USEPA WASP model. He has previously worked with Jim Greenfield of the Georgia Environmental Protection Division (former TMDL Coordinator for USEPA, Region 4) and the USGS in Doraville, Georgia to provide monthly wasteload allocations for the Conasauga River in Dalton, Georgia, and provided through a State of Tennessee grant to the Duck River Agency a monthly wasteload allocation for the Duck River near Columbia, Tennessee. Mr. Corn has worked on a Use Attainability Analysis for Coffee Creek and Mossy Lake, tributaries to the Ouachita River in Arkansas; a wasteload allocation study for nutrients and carbonaceous ultimate biochemical oxygen demand ($CBOD_u$) for about 60 miles of the Conecuh/Escambia River in Alabama and Florida in response to a TMDL for nutrients for Escambia Bay; a wasteload allocation study on the Tombigbee River from Demopolis Lock and Dam to Coffeeville Lock and Dam; and a wasteload allocation on the Grand Neosho River near Pryor, Oklahoma. He has previously completed wasteload allocations and TMDL analyses for the Turtle River in Brunswick, Georgia; the Altamaha and Ocmulgee Rivers from Warner

Testifying Expert Report

Robbins to Everett, Georgia; the Flint River/Lake Blackshear from Oglethorpe to Warwick, Georgia; the Broad River/Lake Murray near Elberton, Georgia; the Grand Neosho River in Oklahoma; the Red River in Arkansas and Oklahoma; the Duck River near Columbia, Tennessee; the West Fork Stones River at Murfreesboro, Tennessee; and the Saluda River/Lake Murray near Newberry, South Carolina. Mr. Corn has considerable experience in effluent discharge dispersion and water quality analyses on diffusers and dispersion analyses in rivers, estuaries, and oceans. Mr. Corn has conducted radiotracer reaeration measurements on about 200 miles of streams, has used most water quality models, and has knowledge of most water quality investigative and field procedures. Mr. Corn was Project Manager for radiotracer reaeration studies conducted for NCASI in Arkansas and Louisiana in 1980. The data were used to develop the current versions of the QUAL2E model.

Mr. Corn has considerable experience in designing and monitoring effluent discharge dispersion and water quality analyses on diffusers and dispersion analyses in rivers, estuaries, and oceans. He has conducted over 40 dispersion studies during his career.

Additional studies have included dye, salt, radiotracer and other tracer studies, near-field and far-field mixing regimes, modeling, diffuser designs for acute, chronic, human health and wildlife criteria. Constituents studied have included color, salt, ammonia, metals including mercury, chromium, arsenic and lead, organics, temperature, radionuclides, PCBs, DDT, lindane and other pesticides/herbicides. The studies have also included biological inventories, habitat analyses, macrobenthos investigations, mussel identification and counts, and uptake and depuration studies of constituents from the water column, food sources and sediments within the mixing zones.

In 1993, Mr. Corn received the Engineering Excellence Award, along with an affiliate design firm, from the Consulting Engineers Council of Illinois for work on a multiport diffusion system for treated wastewater effluent for the Rock River Water Reclamation District of Rockford, Illinois. Mr. Corn was responsible for the field study to delineate the mixing zone and the modeling to determine dispersion and the preliminary diffuser design. The multiport diffusion system is an application of water resource engineering on inland waterways and provides a cost effective method for developing rapid initial mixing and dispersion of treated wastewater.

Mr. Corn has conducted over 40 mixing zone studies involving computer simulations, dye tracing and diffuser design. He has given expert testimony before state regulatory agencies and before hearing judges on establishing mixing zones, impacts from discharges and defining mixing in rivers, lakes, estuaries and oceans. Specific experience includes mixing zone studies and diffuser designs for the Turtle River in Brunswick, Georgia, the Chattahoochee River at Atlanta and Marietta, Georgia, the Broad River/Russell Lake at Elberton, Georgia; the Mississippi River at Cordova, Alton and Sauget, Illinois, the Illinois River at Joliet, Ottawa, and Henry, Illinois, the Rock River at Rockford and Joslin, Illinois, the Green River near Sheffield, Illinois; the Ohio River at Mount Vernon, Indiana, Lake Michigan at Whiting, Indiana; Fields Brook/Ashtabula River in Ashtabula and Lake Erie in Ashtabula, Ohio; Taunton River at Dighton, Massachusetts; Quinnipiac River in North Haven, Connecticut; Arthur Kill in Port Reading, New Jersey,

Atlantic Ocean off Toms River, New Jersey, the Delaware River at Thorofare, New Jersey; the Delaware River at Bridgeport, New Jersey; the Allegheny River at Natrona, Pennsylvania; the Kanawha River at Institute, West Virginia; the Cape Fear River near Castle Hayne, North Carolina; the Saluda River/Lake Murray near Newberry, South Carolina; Hillsborough Bay at Tampa, Florida, West Bay of St. Andrew Bay, near Lynn Haven, Florida; the Mill Creek and the Cumberland River at Nashville; the Tennessee River at Counce, Tennessee; the White Oak Creek and the Clinch River at Oak Ridge National Laboratory; the Tennessee River at Decatur, Alabama, the Alabama River near Burkville, Alabama; Huntsville Spring Branch, Indian Creek on Redstone Arsenal, Alabama; Black Creek Cooling Water Facility near Pascagoula, Mississippi; the Pearl River at Monticello, Mississippi; the Mississippi River at Port Hudson, Louisiana; the Tennessee River at Calvert City, Kentucky; the Green River at Maxey Flats, Kentucky; the Red River near Valliant, Oklahoma; the Cedar River at Columbus, Junction, Iowa; Hylebos Waterway at Tacoma, Washington; Amuay Bay at Amuay, Venezuela; and the Mediterranean Sea off Jaffa, Israel. Mr. Corn also gave expert testimony for Great Lakes Chemicals and the City of El Dorado for the effluent pipeline to the Ouachita River.

Mr. Corn has conducted water quality studies and analyses for the Georgia Environmental Protection Division, the Texas Water Resources Department, the Tennessee Department of Environment and Conservation, West Virginia Department of Natural Resources, the Cities of Columbia, Murfreesboro, and Nashville, Tennessee, the City of Columbus, Ohio, the Cities of Sauget, East Alton, and Rockford, Illinois, and the Cities of Atlanta and Dalton, Georgia; the Department of Energy; and Oak Ridge National Laboratory. These water quality studies were usually in cooperation with the USEPA.

Mr. Corn has worked on quantity and quality studies for water supply systems in Nashville and Franklin, Tennessee; Myrtle Beach, South Carolina; Dalton, Georgia; Kill Devil Hills and Hatteras, North Carolina; and Thorofare, New Jersey. This has included estimates of water quantity available, treatment of water for supply, residuals management including solids and water discharges, and impacts of water withdrawals.

## LITIGATION SUPPORT/EXPERT TESTIMONY

Mr. Corn has prepared reports, expert reports, and given depositions and/or testimony in Arkansas, Alabama, Arizona, California, Connecticut, Georgia, Illinois, Florida, Louisiana, Mississippi, North Carolina, Ohio, Pennsylvania, Tennessee and Texas on standard of care analysis for air controls, wastewater treatment, and hazardous waste controls, toxicity, water quality impacts, mixing zones, diffuser designs and expected dispersion, CERCLA and TCSA remediations, soil contamination, stream sediment assessments for impacts to human health and ecological risk, TRI reporting, ambient air monitoring, air emissions estimates, air modeling from point and area sources, biological wastewater treatment and technologies of wastewaters and sludges, soil and groundwater bioremediation including land treatment, spray irrigation and evaporation techniques, sludge fixation, risk analyses for both human and ecological health, environmental costs, and the impacts of various pollutants to the environment, and NORM.

Testifying Expert Report

## PAPERS AND PRESENTATIONS:

"Dissolved Oxygen in the Harpeth River: Connecting Point Source, Non-Point Source, and Water Withdrawals", Michael R. Corn, John Michael Corn, P.E., Harpeth River Association: Dorie Bolze Pam Davee, American Water Resources Association, April 17, 2007

"Wastewater Treatment Upgrades", Michael R. Corn, Dr. Wes Eckenfelder; Paul Marotta, Interstate Paper, 2007 - 2008

"Expert Testimony on AERMOD Modeling of SO2 and TRS from a Pulp and Paper Mill", Michael R. Corn, Paul Marotta; John Michael Corn, Weyerhaeuser, 2007 - 2008

Expert Testimony on Title V Permit SO2 Emissions, Michael R. Corn, Emerald Performance Materials, 2007 - 2008

Benzene in Creosote; Vapor Analysis of Door Openings, Michael R. Corn, Paul Marotta; John Michael Corn, Koppers Inc, 2007 - 2008

"Wastewater Treatment Model of Refinery WTF", Michael R. Corn, Dr. Wes Eckenfelder; Paul Marotta; Chrisie Brown, Koch Flint Hills Refinery, 2007

"Comments on SARA Form R Modeling for Creosote Wood Treating", Michael R. Corn, Paul Marotta, John Michael Corn, Texas Electric Cooperatives, Burke-Parsons-Bowlby, AmeriTies, 2007

"Carbon Sequestering in the Treated Wood Industry", Michael R. Corn, John Michael Corn; Chrisie Brown; Paul Marotta, Treated Wood Council, 2007

"Determining Labile and Recalcitrant Organic Nitrogen for TMDL Projections", Michael R. Corn, John Michael Corn, P.E., AquAeTer; Georgia-Pacific Corp. - Stephanie Kilgore, Tim Jones, Kim Grantham, Robert Sackellares, Bill Jernigan, TAPPI Engineering, Pulping & Environmental Conference - Atlanta, Georgia, Nov-7-2006

"Expert Reports; Expert Testimony; Technical Review", Michael R. Corn, John Michael Corn; Chrisie Brown; Paul Marotta, Tronox, Texarkana, TX & Avoca, PA, 2006 - present

"TMDL Analysis and Water Supply Availability of the Harpeth River", Michael R. Corn, John Michael Corn, Harpeth River Watershed Association, 2006 - present

"In-Situ Bioremediation of PAHs in Vadose Zone Soils", Michael R. Corn, Paul Marotta, John Michael Corn, Seaman Timber, 2006 - present

Testifying Expert Report

"Expert Testimony on Nutrient Runoff and Lake Eutrophication", Michael R. Corn, Petro Stopping Centers, 2006 - present

"Nitrification/Denitrification of an Ammonia-Based Pulp & Paper Mill Wastewater", Michael R. Corn, Wes Eckenfelder; Paul Marotta; Chrisie Brown; Ram Ramaswami, Temple-Inland, 2006 - 2007

"Mixing Zones for Stormwater and Continuous Discharges", Michael R. Corn, John Michael Corn, Wabash Mine Company, 2006 - 2007

"Water9 Modeling", Michael R. Corn, St. Louis Metropolitan Sanitary District, 2006 - 2007

"Pretreatment Permit Assistance", Michael R. Corn, Paul Marotta, Saturn Corporation, 2006

"Form R Reporting Meeting with USEPA, Region 5", Michael R. Corn, Paul Marotta; Tom Zordan - Zordan & Associates, Koppers Inc, 2006

"Mixing Zone in Manatee River for Copper", Michael R. Corn, John Michael Corn; Ned Fiss - AWARE Environmental, Tropicana, 2005 - present

"Technical Overview of Mercury Treatment Technology", Michael R. Corn, Ram Ramaswami, Wes Eckenfelder, Kobe Steel, 2005 - 2006

"Expert Report; Expert Testimony; Field Investigations", Michael R. Corn, Dr. James Clarke; Chris Green, Elmo, Greer & Sons, 2005 - 2006

"Diffuser Performance Test", Michael R. Corn, John Michael Corn, Emerald Performance Materials, 2005

"Acid Neutralization in Groundwater", Michael R. Corn, Chrisie Brown, Wes Eckenfelder, Steve Wampler, Tierra Solutions, 2004 - present

"Ammonia Release from Wetlands", Michael R. Corn, Paul Marotta, International Paper, 2003 - 2004

"Expert Report; Ambient Air Monitoring; Soil Monitoring", Michael R. Corn, Paul Marotta, Chrisie Brown, Koppers Inc, 2003 - present

"Emissions Monitoring", Michael R. Corn, Paul Marotta; Darci Scherbak, Koppers Inc, 2003 - present

Testifying Expert Report

"Mixing Zone for Meeting Water Quality Limits", Michael R. Corn, Chrisie Brown, Noveon, 2003

"Lagoon Closure", Michael R. Corn, Paul Marotta, John Michael Corn, Kerr-McGee, 2003

"Dynamic TMDL of the Arkansas River", Michael R. Corn, John Michael Corn, Georgia-Pacific, 2002–2004

"Technical Assistance for Expert Report", Michael R. Corn, Jim Clarke, Monsanto, 2002–2003

"Cap Design for Foundry Slag", Michael R. Corn, Guyton Giannotta, Steve Wampler, Case-New Holland, 2002

"Wastewater Treatment Turn-key Project", Michael R. Corn, Paul Marotta, Kerr-McGee, 2002

"Stormwater Permitting", Michael R. Corn, Kerr-McGee, 2002

"RCRA Subpart W Drip Pad Closure", Michael R. Corn, Guyton Giannotta, Universal Forest Products, 2002

"Sediment TMDL Analysis", Michael R. Corn, City of Murfressboro, TN, 2002

"Mixing Zone Confirmation Study into Lake Erie", Michael R. Corn, Shaleen McCormick, Millennium Inorganic Chemicals, 2002

"DO Monitoring of the Tombigbee River", Michael R. Corn, Shaleen McCormick, Georgia-Pacific, 2002

"TMDL of Big Bear Lake for Nutrients", Michael R. Corn, Ray Lawing, City of Big Bear, CA, 2002

"TMDL Training", Michael R. Corn, , Georgia-Pacific, 2002

"TMDL Training", Michael R. Corn, Jerry Schwartz, AF&PA, TAPPI, 2002

"Due Diligence for Acquisition of Potlatch Mills", Michael R. Corn, Pam Hoover, Paul Marotta, Sappi, 2001 - 2002

"Diffuser Performance Test in Pamlico Sound", Michael R. Corn, John Michael Corn; Eric Weatherly, Dare County Water Department, 2001

Testifying Expert Report

"NPDES Permit for Once-Through Cooling Water", Michael R. Corn, Dr. Ted Helfgott, Beth Hebert, Enterprise, Enterprise, 2001

"Side-Channel Discharge Design and Mixing Zone Modeling", Michael R. Corn, Chris Green, Fifth-Third, 2001

"Treatability Tests for In-Situ Treatment of Creosote Residuals", Michael R. Corn, Chrisie Brown, John Michael Corn, Kerr-McGee Chemical, 2001

"Remediation of Old Landfill", Michael R. Corn, Steve Wampler, Guyton Giannotta, New Holland, 2001

"Title V Permit", Michael R. Corn, Pam Hoover, Augusta Newsprint, 2000 - present

"Design Review of Wastewater Treatment, RCRA ", Michael R. Corn, Wes Eckenfelder, Bob Stein, Hovenza, 2000 - 2004

"Bathymetric Studies of Red River for Effluent Diffuser", Michael R. Corn, Barry Firth, Weyerhaeuser, Weyerhaeuser/CH2MHill, 2000 - 2001

"Title V Air Permitting", Michael R. Corn, Pam Hoover, Inland Container, 2000

"Technical Analysis of Contaminant Transport", Michael R. Corn, Seaman Timber, 2000

"NPDES Permit for New Discharge", Michael R. Corn, Pam Hoover, Enterprise, 2000

"Bioswale Design for Metals Removal, RBCA", Michael R. Corn, Chrisie Brown, Chris Green, Universal Forest Products, 1999 - present

"Expert Testimony; Emissions Controls; Title V Permit; Emissions Estimates", Michael R. Corn, Paul Marotta, John Michael Corn, Koppers Inc, 1999 - 2002

"TMDL for Coal Mine Drainage", Michael R. Corn, Ray Lawing, State of Virginia, 1999 - 2000

"Title V Air Permit", Michael R. Corn, Shaleen McCormick, Koppers Inc, 1999 - 2000

"Audit for Odor Reduction for ADPCE", Michael R. Corn, Shaleen McCormick, Koppers Inc, 1999 - 2000

141

Testifying Expert Report

"Title V Air Permitting", Michael R. Corn, Steve Wampler, Koppers Inc, 1999 - 2000

"Expert Report on Historical Air Emissions", Michael R. Corn, Shaleen McCormick, Lincoln Creosote, 1999

"Pretreatment Permit Assistance", Michael R. Corn, Pam Hoover, Inland Container, 1999

"SARA Form R Preparation for RCRA Subtitle C Landfill", Michael R. Corn, Shaleen McCormick, Pam Hoover, U.S. Ecology, 1999

"SARA Form R Preparation for RCRA Subtitle C Landfill", Michael R. Corn, Shaleen McCormick, Pam Hoover, Texas Ecologists, 1999

"Hard Piping Analysis to ASBs", Michael R. Corn, Moira Layman, International Paper, 1999

"Thermal Cooling Pond Analysis", Michael R. Corn, Ray Lawing, Mike Foster, Mississippi Power, 1999

"Bathymetric Study for Sediment Buildup in High Rock Lake", Michael R. Corn, Ned Fiss, Davidson County, NC, 1999

"Environmental Risk Mitigation Strategies for Commercial Real Estate Transactions", Michael R. Corn, Mortgage Bankers Association of America, February 1998

"RCRA Part B Permitting, Air Modeling and Landfill Design", Michael R. Corn, Steve Wampler, Chris Bolin, Paul Marotta, US Ecology, 1998 - present

"Due Diligence for Acquisition", Michael R. Corn, Steve Wampler, Dana Bradford, Chris Bolin, Universal Forest Products, 1998 - present

"Title V Permitting, Stormwater, Emissions Testing", Michael R. Corn, Paul Marotta, Koppers Inc, 1998 to present

"Due Diligence for Acquisition of 50% of HOVIC Refinery", Michael R. Corn, Steve Wampler, Pam Hoover, PDVSA, 1998

"Due Diligence of City Park", Michael R. Corn, Dawn Blackledge, City of Jacksonville/Aerostar, 1998

Testifying Expert Report

"Fields Brook Technical Advisory Board", Michael R. Corn, Bill Schildt, Millennium Inorganic Chemicals, Millennium Inorganic Chemicals, 1998

"Mixing Zone Analysis", Michael R. Corn, Ritchie Taylor, Millennium Inorganic Chemicals, 1998

"Mixing Zone Analysis", Michael R. Corn, John Boren, Millennium Inorganic Chemicals, 1998

"Stormwater Permitting", Michael R. Corn, Dana Bradford, Koppers Inc, 1998

"Stormwater Permitting", Michael R. Corn, Dana Bradford, Universal Forest Products, 1998

"Algal Influences on the Assimilative Capacity of the Red River", Michael R. Corn, , Biological Sciences Symposium - San Francisco, California, October, 1997

"Due Diligence for Acquisition Interest in Phillips Sweeny Refinery", Michael R. Corn, Van -Wurm, Steve Wampler, Pam Hoover, PDVSA, 1997 - 1998

"Environmental Due Diligence for Acquisition", Michael R. Corn, Pam Hoover, Bob Lasater, PDVSA, 1997

"Nitrification in an anaerobic lagoon; Feedback from sludges", Michael R. Corn, Dana Bradford, International Paper, 1997

"Title V Air Permit", Michael R. Corn, Shaleen McCormick, Ross Worsham, Atlantic Wood, 1997

"Expert Report and Deposition on Nitropropane Fire and Water Release", Michael R. Corn, , Angus Chemical, 1997

"Air Modeling for Dioxin", Michael R. Corn, Van-Wurm, Arkansas Eastman, 1997

"Title V Air Permitting, RCRA, Wastewater Treatment, Ambient Air Monitoring, Expert Testimony", Michael R. Corn, Paul Marotta, John Michael Corn, Koppers Inc, 1996 - current

"Fugitive Emissions from Creosote Treated Wood Products", Michael R. Corn, , TAPPI Environmental Conference, Orlando, Florida, May 1995

"Tank Removals, In Situ Bioremediation, Vapor Extraction, Product Removal", Michael R. Corn, Guyton Giannotta, Steve Wampler, Case-New Holland, 1995 - current

Testifying Expert Report

"Title V and SARA Modeling Manual for Wood Treatment Industry", Michael R. Corn, Mike Pierce, John Boren, AWPI, 1995 - 2000

"Due Diligence and Environmental Cost Analysis for $250 Million Bond Issue", Michael R. Corn, John Uptmor, Cravath, Swain & Moore, 1995 - 1996

"Diffuser Design", Michael R. Corn, John Boren, Weston Paper, 1995

"Title V Air Permitting, SARA Form R's", Michael R. Corn, Shaleen McCormick, Pam Hoover, Kerr-McGee/Tronox, 1994 - 2003

"Technical Advisory Committee for Fields Brook Superfund Site", Michael R. Corn, Bill Schildt, Millennium Inorganic Chemicals, SCM Chemicals/Millennium, 1994 - 1998

"Wetlands Analysis for Pipeline to Lake Erie", Michael R. Corn, John Boren, Ritchie Taylor, SCM Chemicals/Millennium, 1994 - 1995

"Title V Air Permitting Model", Michael R. Corn, John Boren, Mike Pierce, AWPI, 1994 - 1995

"Asbestos Survey, Removal Oversight and Building Demolition", Michael R. Corn, Elizabeth Holliday, Woodmen of the World Life Insurance, 1994 - 1995

"Title V Air Permitting, RCRA, Remediation, Wastewater Treatment, Expert Testimony", Michael R. Corn, Steve Wampler, Paul Marotta, John Michael Corn, Kerr-McGee Chemical/Tronox, 1994 - current

"Mixing Zone for Ammonia in the Illinois River", Michael R. Corn, Jim Patterson, Amoco, 1994

"Underground Tank Removal and Remediation", Michael R. Corn, Elizabeth Holliday, Chris Bolin, Woodmen of the World Life Insurance, 1994

"Mixing Zone Analysis for Discharge of POTW Effluent to Mississippi River", Michael R. Corn, John Boren, City of Alton, 1994

"Mixing Zone Analyses for Discharge of Groundwater from Dewatering", Michael R. Corn, Tom Thompson, John Boren, Illinois DOT, 1994

"Wetlands Permit", Michael R. Corn, Ritchie Taylor, Monsanto, 1994

"Industrial Wastewater Treatment Facility Capacity Analysis", Michael R. Corn, Bob Lasater, Clark Oil, 1994

Testifying Expert Report

"Costs to Meet Cluster Rule for Riverwood Mill", Michael R. Corn, Cravath, Swain & Moore, 1994

"Mixing Zone Analysis for Ammonia Toxicity", Michael R. Corn, John Boren, Pam Hoover, Minnesota Mining and Manufacturing, 1994

"Wastewater Treatment Performance Evaluation", Michael R. Corn, Doug Smith, Kerr-McGee, 1994

"RCRA Lagoon Closure", Michael R. Corn, Pam Hoover, Minnesota Mining and Manufacturing, 1994

"Assimilative Capacity Studies, Mixing Zone Analyses/Diffuser Design", Michael R. Corn, Ritchie Taylor, John Boren, John Michael Corn, Weyerhaeuser, 1993 - current

"Due Diligence and Environmental Cost Analysis for $1 Billion Bond Issue", Michael R. Corn, Jerry Barnhill, Cravath, Swain & Moore, 1993 - 1994

"A Mixing Zone Approach for Establishing Water Quality-Based Discharge Requirements Using a Multiport Diffuser", Michael R. Corn, Frank R McNeice, Michael J. Cabral, Zeneca Inc.; Dean E. Vlachos, Advanced Aquatic Technologies Associates, Inc., Sam Shelby, Jr. The Advent Group, New England Water Environment Association, 33995

"Side-Channel Discharge Design and Mixing Zone Modeling", Michael R. Corn, John Boren, City of Alton, 1992 - 1993

"Results of Assimilative Capacity Study for Assuring Water Quality Protection of the Red River under NPDES Permit Conditions", Michael R. Corn, , NCASI Southern Regional Meeting - Memphis, Tennessee, 33756

"Mixing Zone Analyses for Toxicity", Michael R. Corn, John Boren, Monsanto, 1991 - 1992

"Diffuser Design and Performance Testing", Michael R. Corn, John Boren, Tom Thompson, Olin Brass, 1991 - 1992

Waste Management Environmental Presentation, Michael R. Corn, Waste Management Conference - Nikopol, Ukraine, 1991

"Mixing Zone Analyses and Diffuser Design for Ammonia, Expert Testimony", Michael R. Corn, John Michael Corn, BF Goodrich, Noveon, Emerald Performance Materials, 1989 - current

145

Testifying Expert Report

"Assimilative Capacity Studies, Mixing Zone Analyses/Diffuser Design, Use Attainability Analysis for Dissolved Oxygen", Michael R. Corn, Ritchie Taylor, John Boren, John Michael Corn, Georgia-Pacific, 1989 - current

"Mixing Zone Analyses and Diffuser Design", Michael R. Corn, Tom Thompson, American Bottoms Water Reclamation District, 1989

"Mixing Zone Analysis/Diffuser Design; RCRA Permitting; Toxicity Analyses", Michael R. Corn, Pam Hoover, Richard Young, Ritchie Taylor, Minnesota Mining and Manufacturing, 1988 - 2003

"Water Supply Analysis", Michael R. Corn, Ray Lawing, Duck River Water Authority, 1988

"Waste Assimilative Capacity/Reaeration Measurements of the Duck River", Michael R. Corn, Richard Young, Ray Lawing, Duck River Water Authority, 1987

"Due Diligence for Diamond Shamrock facilities", Michael R. Corn, Henkel, 1986

"RCRA Alternate Concentration Limits, Part B Permits, CERCLA, NPDES Permitting", Michael R. Corn, Steve Wampler, Pam Hoover, SCM Chemicals/Millennium, 1985 - current

"Due Diligence for Citgo Refinery Acquisitions", Michael R. Corn, Carl Adams, Sam Shelby, Bob Lasater, PDVSA, 1985 - 2002

"Dynamic Fish Uptake Model for DDT", Michael R. Corn, Richard Young, Ray Lawing, Olin Chemicals, 1985 -1987

"Dynamic Water Quality Modeling and Calibration of WASP Model", Michael R. Corn, Ray Lawing; Bob Ambrose, Tim Wool, USEPA, GE Plastics/CH2MHill, 1985 - 1986

"Water Supply Analysis", Michael R. Corn, Carl Adams, Richard Young, Ray Lawing, Duck River Watershed Authority, 1985 - 1998

"Groundwater, RCRA, NPDES, Mixing Zones, Toxicity Testing, DYNHYD-WASP Wasteload Allocation Modeling", Michael R. Corn, Carl Adams, Sam Shelby, GE Plastics, 1985 - 1992

"RCRA Settlement Negotiations on Appendix IX Sampling", Michael R. Corn, Chuck Lettow, Ted Helgott, Amerada Hess, 1985

Testifying Expert Report

"Estuary Assimilative Capacity, Carbon Studies", Michael R. Corn, Wes Eckenfelder, Pleasure Island Sewer Authority, 1984

"RCRA Permitting, SPCC Plans, NPDES Permitting", Michael R. Corn, Pam Hoover, Robin Garibay, Amerada Hess, 1983 - 1992

"RCRA Permitting, Mixing Zone Delineation, Groundwater Pump and Treat", Michael R. Corn, Jim Clarke, Wes Eckenfelder, Ciba-Geigy, 1983 - 1985

"Tidal Dispersion Modeling in the Delaware River", Michael R. Corn, Barry Benedict, Pennwalt, 1983

"Waste Assimilative Capacity with Monthly Wasteload Allocations", Michael R. Corn, Carl Adams, Jeff Pintenich, Collins Packing Company, 1983

"RCRA Management Plan", Michael R. Corn, Jeff Pintenich, Carl Adams, U.S. Marines, 1982

"Environmental Audits", Michael R. Corn, Jeff Bull, Bob Stein, Virginia Chemicals, 1982

"Environmental Audits", Michael R. Corn, Mike Groves, Bob Stein, Mississippi Chemical, 1982

"Wastewater Source Investigation and Pretreatment Design", Michael R. Corn, U.S. Navy, 1981

"RCRA and CERCLA Permitting and Investigations", Michael R. Corn, Jeff Pintenich, Fred Ziegler, John Hines, Pennwalt, 1980 - 1982

"Radiotracer Measurements of Aerator Efficiency", Michael R. Corn, Larry Neal, E.I. Dupont, 1980

"Radiotracer Measurements of the Ouachita and Dugdemona Rivers", Michael R. Corn, Larry Neal, NCASI, 1980

"Measurements of Salt Dome Dissolution", Michael R. Corn, Jim Wallace, Bob Garrett, U.S. Department of Energy, 1979 - 1980

"Bathymetric Measurements of the Turtle River", Michael R. Corn, Larry Neal, E.I. Dupont, 1979

"Tritium Sources and Fate in the Shallow Groundwater System", Michael R. Corn, Jim Wallace, Georgia Power, 1979

147

Testifying Expert Report

"Analysis of Ash Pond Leakage", Michael R. Corn, Jim Wallace, Larry Neal, Georgia Power, 1979

"Radiotracer Reaeration Measurements Training", Michael R. Corn, Larry Neal, Jim Wallace, Texas Water Resources Agency, 1978

"Radiotracer Reaeration Measurements of Black Creek", Michael R. Corn, Larry Neal, Sonoco Products, 1978

"Assimilative Capacity Studies", Michael R. Corn, Larry Neal, Jim Wallace, J.E. Sirrine, 1977

"FERC Underwater Dam Inspection", Michael R. Corn, Jim Labasti, Steve Wampler, Crisp County Dam Authority, 1977

"Low-Level Radioactive Waste Disposal Sites Licensing", Michael R. Corn, Jim Grant, Nuclear Engineering Co, 1976 - 1979

"Waste Assimilative Capacity/Reaeration Measurements of the Flint River", Michael R. Corn, Ernie Tsivoglou, Jim Wallace, Larry Neal, Procter and Gamble, 1976 - 1977

"Groundwater Flow and Radionuclide Transport", Michael R. Corn, Jim Grant, Larry Neal, Exxon Nuclear, 1976

"Waste Assimilative Capacity Study of the Conasauga River", Michael R. Corn, Larry Neal, Jim Wallace, City of Dalton, 1975 - 1979

"316(a) and (b) Water Intake and Thermal Discharge Report", Michael R. Corn, Bob Garrett, Bill Imbur, John Nemeth, Gulf Power, 1975 - 1976

"Environmental Impact Statement for a New Gypsum Disposal Site", Michael R. Corn, Bob Garrett, Bill Imbur, John Nemeth, Gardinier, 1975 - 1976

"Lake Management Plan for Lake Magorrie", Michael R. Corn, Don Henley, City of St. Petersburg, 1975

"Further Evaluation of Extreme Natural Events for the State Licensed Disposal Area at the Western, New York Service Center", Garrick, B.J., T.E. Potter, M.,R. Corn, D.H. Johnson, J.M. Corn, A.A. Dykes, for NYSERDA, West Valley, NY

PEER-REVIEWED PAPERS:

Testifying Expert Report

"Determining Labile and Recalcitrant Organic Nitrogen for TMDL Projections", Michael R. Corn, John Michael Corn, P.E., AquAeTer; Georgia-Pacific Corp. - Stephanie Kilgore, Tim Jones, Kim Grantham, Robert Sackellares, Bill Jernigan, TAPPI Engineering, Pulping & Environmental Conference - Atlanta, Georgia, Nov-7-2006

"Quantifying Environmental Releases to Ground and Surface Waters from Disposal Sites", Michael R. Corn, Michael R. Groves, Jeffery L. Pintenich, James H. Clarke, The AWARE Corporation, 7th Biennial Conference 1984 Hazardous Material Spills Conference, April 9-12, 1984

"Dissolved Oxygen in the Harpeth River: Connecting Point Source, Non-Point Source, and Water Withdrawals", Michael R. Corn, John Michael Corn, P.E., Michael R. Corn, Harpeth River Association: Dorie Bolze Pam Davee, American Water Resources Association, April 7, 2007

"How Total Maximum Daily Limits (TMDLs) Will Impact Your Water Permits", Michael R. Corn, TAPPI Virtual Seminar, November 19, 2002

"TMDL Modeling Tutorial", Michael R. Corn, Ray Wittemore, NCASI, TAPPI Environmental Conference, Charlotte, NC, April 22, 2001

"Persistent & Biochemical Constituents in the Wood Treating Industry", Michael R. Corn, American Wood Preservers Institute, March 12, 2000

"Results of Assimilative Capacity Study for Assuring Water Quality Protection of the Red River under NPDES Permit Conditions", Michael R. Corn, William Jernigan, Georgia-Pacific Corporation, TAPPI Environmental Conference, March 1993

"A Mixing Zone Approach for Establishing Water Quality-Based Discharge Requirements Using a Multiport Diffuser", Michael R. Corn, Frank R. McNeice, Michael J. Cabral, Zeneca Inc.; Dean E. Vlachos, Advanced Aquatic Technologies Associates, Inc., Sam Shelby, Jr. The Advent Group, New England Water Environment Association, January 26, 1993

"Results of Assimilative Capacity Study for Assuring Water Quality Protection of the Red River under NPDES Permit Conditions", Michael R. Corn, Dean E. Vlachos, Advanced Aquatic Technologies; William Jernigan, Georgia-Pacific Corporation, NCASI Southern Regional Meeting - Memphis, Tennessee, June 1992

"Complying with the New Water Quality Standards: The Role of Mixing Zone Evaluations", Michael R. Corn, Carl M. Crane, Dean E. Vlachos, The Advent Group, Inc., 34th Great Plains Waste Management Conference, March 22, 1990

149

Testifying Expert Report

"Surface Water Discharge Modeling", Michael R. Corn, Carl M. Crane, the Advent Group, Inc., Indianapolis Center for Advanced Research, Inc., July 25, 1989

"Summary & Recommendations on Water Quality Modeling of Nitrification/Denitrification Processes", Michael R. Corn, ToxiWASP Seminar, March 1980

"Radiotracer Measurements of the Ouachita and Dugdemona Rivers", Michael R. Corn, Larry Neal, NCASI, 1980

"Fugitive Emissions from Creosote Treated Wood Products", Michael R. Corn with M.J. Wikstrom, S.T. Smith, and N.E. Bock, Tappi, Orlando, Florida, May 1996

Corn, J.M., N. Carmean, and M.R. Corn. April 13, 2016. "Integrating Site Specific Bioassessment Data into Future Permits as Controlling Criteria", 25th TWRS/AWRA Meeting, Montgomery Bell State Park, TN

Testifying Expert Report

## SUMMARY OF EXPERT TESTIMONY/DEPOSITION LITIGATION HISTORY LAST 10 YEARS

| CASE NAME | CASE NUMBER | COURT JURISDICTION | TYPE OF TESTIMONY |
|---|---|---|---|
| Addison, Plaintiff v. PROGRESSIVE WASTE SOLUTIONS OF LA., INC., ET.AL., Defendants | CIVIL ACTION NO. 18.-7889 c/w, 17-8071, 18-8218 18-3912 Section:"E"(5) | United States District Court, Eastern District of Louisiana | Expert Report, Deposition, Trial Testimony |
| Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc. et.al. and Schaumburg v. Parish of Jefferson | Case No, 18-7889 c/w 18-8071, 18-8218 & 18-3912 and No. 786-052 | 24th Judicial District Court for Parish of Jefferson | Expert Report, Deposition, Trial Testimony |
| INEOS Pigments USA Inc vs. Laurie A. Stevenson, Director of Environmental Protection (OH) | ERAC-7081, ERAC-7047, ERAC-6924, ERAC-6944 | ERAC, Columbus, Ohio | Expert Report, Testimony before the Commission on NPDES Permit Hg Releases in treated effluent on behalf of INEOS |
| Waste Services of Decatur, LLC. Plaintiff/Counter-Defendant V. Decatur County, Tennessee, Defendant/Counter-Plaintiff v. Waste Industries, LLC, Waste Industries USA, LLC, Tennessee Aluminum Processors, Inc., and Smelter Services Corp. | No. 1:170-cv-001030 | United States District Court, Western Division of Tennessee, Jackson Division | Affidavits, Deposition, Settled during Mediation |
| William and Lisa Morgan, Plaintiffs, v. Donald E. and Katherine J. Webb, Defendants | Docket No. 47316 | In the Chancery Court for Williamson County, Tennessee at Franklin | Trial Testimony scheduled but settled prior to testimony |

151

Testifying Expert Report

| | | | |
|---|---|---|---|
| Allen Barnes and Dyneita Barnes, et.al., Plaintiffs vs Outokumpu Stainless USA, LLC; TMS International, LLC; A-M and N-Z, Defendants | CV-16-900061-GCM | Circuit Court of Washington County, Alabama | Expert Report, Deposition December 12, 2018; Settled before Trial |
| Lisa Lee-Bolton, et.al., Plaintiffs vs Koppers, Inc. f/k/a, Koppers Industries, Inc., et.al., Defendants | Case No. 1:10-cv-253-MCR-GRJ | U.S. District Court Northern District of Florida  Pensacola, Florida | Trial Testimony before Federal Judge for setting Class, Daubert Hearing for all experts |
| Lisa Lee-Bolton, et.al., Plaintiffs vs Koppers, Inc. f/k/a, Koppers Industries, Inc., et.al., Defendants | Case No. 1:10-cv-253-MCR-GRJ | In the U.S. District Court Northern District of Florida, Gainesville, Florida | Expert Report, Deposition |
| Precision Industrial Contractors, Inc., a Washington Corporation, Plaintiff, vs. Snowflake Industrial Park, LLC, et.al., Defendant | Case No. CGC-14-537664 | SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF SAN FRANCISCO | Expert Report, Deposition |
| Precision Industrial Contractors, Inc., a Washington Corporation, Plaintiff, vs. Snowflake Industrial Park, LLC, et.al., Defendants | Case No.: 3:14-cv-08044-GMS | In the United States District Court for the District of Arizona | Expert Report |
| Carla Gibson, et.al., Plaintiffs vs. Clean Harbors Environmental Services, Inc., Defendants | No. CV-2013-0006-6 | Circuit Court of Union County, Arkansas, Civil Division | Affidavit |
| Mary Frances Blackard; Ervin Booth; Lynn Booth; Mildred Elaine Booth; Bryan Broome; and Iris Dezile Broome; Lighthouse Rescue Mission, Inc.; Jason | Civil Action No.: 2:12-CV-175-KS-MTP | US District Court Southern District of Mississippi Hattiesburg Division | Deposition, Trial Testimony, Daubert Hearing and Trial Testimony |

| | | | |
|---|---|---|---|
| Lee Showers; Edgar Smith; Kenneth Thronson; and Alken Watts vs. Hercules, Inc., a foreign corporation; and Ashland Inc., a foreign corporation. | | | |
| Farris L. Roberts, James White, Jack Howell and Nancy Howell, Billy Rucks and Shirley Rucks, Oscar Wayne Nichols and Sharron Nichols, Ryan Stephens and Ming Stephens and Mike Cook and Donna Cook, Plaintiffs, vs. The Hanceville Water Works and Sewer Board, Sally Alexander, Individually, and in her capacity as Co-Manager of the Hanceville Water Works & Sewer Board, Southwest Water Company, ADL, Inc., P.C. and Clearwater Solutions, LLC. | CV08-900154 | IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA | Expert Report, Deposition |
| Katie Lowery, et.al., Plaintiffs, v. Honeywell International, Inc., et.al., Defendants | Civil Action No. CV-05-1749 | The Circuit Court for Jefferson County, AL | Expert Report, Deposition, Trial Testimony |
| Melvin Atwood, et.al. v. Weyerhaeuser USA, Inc., et.al. | Civil Action Number CV-09-900024.80 | Circuit Court of Wilcox County, Alabama | Expert Report, Deposition |
| The Claim of Cathy General, in the matter entitled Cynthia Paige, et. al. vs. Dura-Wood, LLC, et. al. | Cause No. 214,913-F | 9th Judicial District Court, Parish of Rapides, State of Louisiana | Supplemental Expert Report, Addendum to Expert Report |

Testifying Expert Report

| | | | |
|---|---|---|---|
| ROGER E. PRICE, ET AL VERSUS ROY O. MARTIN, L.P., ET AL | CIVIL SUIT NO. 224,041 "G" | 9th Judicial District Court, Parish of Rapides, State of Louisiana | Expert Report |
| Cynthia Paige et al vs. Dura-wood, LLC, et al. | Cause No. 214,913-F | 9th Judicial District Court, Parish of Rapides, State of Louisiana | Expert Report, Expert Testimony |
| Katie Lowery, et.al., Plaintiffs, v. Honeywell International, Inc., et.al., Defendants | Civil Action No. CV-05-1749 | The Circuit Court for Jefferson County, AL | Expert Report, Deposition |
| Melvin Atwood, et.al. v. Weyerhaeuser USA, Inc., et.al. | Civil Action Number CV-09-900024.80 | Circuit Court of Wilcox County, Alabama | Expert Report, Deposition |
| BETH FREEMAN, Individually and on behalf of all others similarly situated, Plaintiff, V. BLUE RIDGE PAPER PRODUCTS, INC., Defendant | No.: 2:08-cv-35 Consolidated | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DIVIDION OF TENNESSEE AT GREENEVILLE | Expert Report |
| Cocke County, Tennessee; Clean Water Expected for East Tennessee; Clean Water for North Carolina; Tennessee Chapter of the Sierra Club; Tennessee Scenic Rivers Association; and Western North Carolina Alliance, Petitioners, v. N.C. Environmental Management Commission Acting by State of N.C. in the Office of Administrative Hearings and Through its NPDES Committee, Respondent, and Blue Ridge Paper Products, | N0. 10 EHR4341 County of Haywood | N.C. Office of Administrative Hearings | Deposition Given |

Testifying Expert Report

| | | | |
|---|---|---|---|
| Inc., Respondent-Intervenor | | | |
| Paul and Deanna Spann, et.al., Plaintiffs v. Merrell Brothers; Inc., Mobile Area Water and Sewer System; Estate of Leroy Hill; and others-900589 | CV-2012-900589 | Circuit Court of Mobile County, Alabama | Trial Date not set |
| Tennessee Clean Water Network, E. Fuller and J. Moore, Petitioners v. TDEC and Cleveland Municipal Airport Authority | no. 04.30-105612A | Tennessee Water Quality Control Board | Testimony Questions Answered, Response, Deposition, Trial Testimony before Hearing Judge |
| Tidgens, et.al. v. Highers, Koonce & Associates | CC-2367-10 | Circuit Court for Lawrence County, TN | Expert Report, Deposition |
| Crigler, et al. v. Richardson, et al. | 3:08-cv-00681 | U.S. District Court for the Middle District of Tennessee | Expert Report |
| IN THE MATTER OF: Petition of Emerald Performance Materials LLC for an Adjusted Standard from 35 Ill. Adm. Code. 304.122(b) | AS 13-2 (Adjusted Air Standard) | Before the Illinois Pollution Control Board | Expert Testimony before Hearing Judge |

Testifying Expert Report

**Attachment 2. Documentation from LDEQ**

Testifying Expert Report

**Cornerstone Chemical Complex, Utilities Plant / Site Services**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|------|------|------|------|------|------|
| 6/23/2015 | WC_JPLF_00004510 | The ammonia vapor return at its field trap | Ammonia | | 387 lbs ammonia gas released due to pump capacity limitations |
| 8/27/2017 | WC_JPLF_00172118 | 34.5 kW electrical system; 3 of 5 hot well pumps and 2 of 4 cooling tower fans were tripped. | Anhydrous ammonia | | 285 & 43 lbs anhydrous ammonia gas released to atmosphere |
| 12/12/2018 | WC_JPLF_00003214 | Methanol barge located at facility being unloaded | Methanol | sour/sweet | Cornerstone inspection due to odor complaint |
| 4/11/2019 | WC_JPLF_00214862 | Drain valve flange on sulfuric acid header line | Sulfuric acid | | During this initial phase of identifying the leak source the Utilities Plant EOP Operator came within 10-15 feet of the leak source and was impacted by sulfuric acid mists emanating from the spray exiting the leaking valve flange due to a wind shift in direction. Over 1,000 lbs of sulfuric acid was released. |

Testifying Expert Report

**Cornerstone Chemical Complex, Acrylonitrile Plant**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 5/15/2015 | WC_JPLF_00004313 | Acrylonitrile Plant leaking between Reactor 2 and the Effluent Cooler | hydrogen cyanide & acrylonitrile | bitter, almond-like, pale-blue gas onion/garlic | Leak containing 0.3 lb hydrogen cyanide and ~2.3 lbs acrylonitrile |
| 8/15/2016 | WC_JPLF_00001358 | Emission point 4-71, 180-ft stack | Unknown, may be related to acrylonitrile production | | Noxious Chemical smell from levee at dusk. Causes headaches. The release occurred from the Acrylonitrile Plant's Absorber Vent, Emission Point 4-71, which is an approximate 180 foot stack permitted for startup, shutdown, and emergency situations. The incident occurred as a result of startup of one of the off-gas incinerators, as it was designed, the release vented through the Absorber Vent stack, until the off-gas incinerator came on line The incident occurred from 7:40 PM (8/15/16 through 3:58 AM (8/16/16). |

Testifying Expert Report

| 3/28/2017 | WC_JPLF_00172100 | Pinhole leak in weld in Fortier Plant | Acetonitrile, hydrogen cyanide, propionitrile, methanol, acetone | | Hole in weld resulted in chemical mist - 0.85 lbs acetonitrile, hydrogen cyanide, propionitrile, acrylonitrile, methanol, acetone - 1 employee hospitalized |

Testifying Expert Report

**Cornerstone Chemical Complex, Urea and Melamine Plant**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 7/28/2015 | WC_JPLF_00004521 | vessel F-201 (First Absorber) | Ammonia | | 3 hrs release @ Urea Plant of 298 lbs of ammonia gas |
| 9/11/2015 | WC_JPLF_00004975 | Check valve of north peroni pump | Ammonia | | 68 lbs of ammonia gas released |
| 10/8/2015 | WC_JPLF_00005017 | Check valve of north peroni pump | Anhydrous ammonia | | O-ring leak resulted in anhydrous ammonia released |
| 10/20/2015 | WC_JPLF_00005015 | Shell of the East Overhead Condenser (E-202B) | Anhydrous ammonia | | <100 lbs anhydrous ammonia released |
| 10/22/2015 | WC_JPLF_00005088 | None identified | Ammonia | | 320 lbs ammonia released from pressure relief device venting |
| 3/23/2017 | WC_JPLF_00171810 | None identified | Ammonia | | Urea and Melamine Plant correction on maximum fugitive emissions in Title V Permit |
| 9/20/2017 | WC_JPLF_00172078 | Tangential spray ring on C-101 | Ammonia | | 62 and 30 lbs of fugitive ammonia released at the Melamine/Urea Plant |
| 10/12/2017 | WC_JPLF_00172158 | The sealing surface at the | Anhydrous ammonia | | 375 lbs anhydrous ammonia released to atmosphere |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | head gasket on the Urea 3~ and 4~ Ammonia Preheaters (heat exchangers) during the startup of the Urea Plant. The preliminary investigation of the incident | | | |
| 1/18/2018 | WC_JPLF_00173029 | P-107 Lean Carbamate Pump; VH-3 Central Flare | Ammonia | | Ammonia release of 149 lbs. due to the failed maintenance and proper operation of an installed control device. |
| 4/30/2018 | WC_JPLF_00172519 | Cornerstone Chemical Complex | - | | Title V Minor Modification Application |

Testifying Expert Report

**Cornerstone Chemical Complex, Sulfuric Acid Regeneration Plant**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 3/27/2018 | WC_JPLF_00172814 | Heat exchanger | Sulfur dioxide | metallic taste/sharp irritating | Poor conversion of $SO_2$ to $SO_3$ allowed excess $SO_2$ to be emitted, exceeding the permit limit of 567 lb/hr for startup. |
| 4/12/2018 | WC_JPLF_00173060 | 3rd Pass Converter | hot sulfuric acid leaking onto ground, SO3 leaking into air | | From 2/4/2018 thru 4/12/2018, hot sulfuric acid leaking onto ground and $SO_3$ leaking into air. Seven to eight known leaks of $SO_2$ & $SO_3$ in the plant. |
| 4/27/2018 | WC_JPLF_00172589 | Molten sulfur tank (EQT0052) and Pass Exit X-04 | Sulfur, unknown | rotten eggs (hydrogen sulfide) | Follow up inspection. A leak observed from the roof was stated to be a steam leak another was found as a continuation of a previously addressed leak. |
| 4/27/2018 | WC_JPLF_00173060 | (Leak #1) 3rd Pass Converter; (Leak #2) the connection between the drying tower and drying | Sulfur, sulfuric acid, unidentified gases | | Bluish-white gas emissions were observed releasing from the shroud of Leak #1 approximately once every 30 seconds. Leak #2, the leak of sulfuric acid was being directed into a yellow drum, approximately 55 gallons in size, with some of the acid falling to the |

Testifying Expert Report

|  |  | tower pump tank |  |  | containment area and being diluted with water. The diluted acid did not appear to be collecting in large volume. |
|---|---|---|---|---|---|
| 5/31/2018 | WC_JPLF_00173392 | Sulfuric acid oleum railcar and storage tank | Oleum (sulfuric acid) | odorless | The pressure safety valve on the oleum storage tank lifted as designed and vented $SO_3$ to atmosphere. |
| 6/20/2018 | WC_JPLF_00003156 | Tanker truck trailer on River Road | Sulfuric acid |  | On January 31, 2015 the incident was identified as sulfuric acid leak from tanker truck at approx. 07:10 cleanup/road closure ended at approx. 18:15 hours, (11 hrs) |
| 11/12/2018 | WC_JPLF_00111630 | None identified | Sulfuric acid |  | Sulfuric acid leak with light sulfur odors |
| 11/17/2018 | WC_JPLF_00214611 | 72" duct between the Converter and X-03 Heat Exchanger | SO3 and SO2 | odorless | The 72" duct between the Converter and X-03 Heat Exchanger experienced a failure on the bellows of the expansion joint releasing 994 lbs of $SO_3$ and 456 lbs of $SO_2$. |
| 11/30/2018 | WC_JPLF_00003232 | None identified | None identified, presumably hydrogen sulfide | rotten eggs (hydrogen sulfide) | Landfill only slight odors; Cornerstone @ sulfur plant strong hydrogen gas odor |
| 12/5/2018 | WC_JPCF_00003225 | None identified | None identified |  | LDEQ odor patrols, 10/15 thru 11/30/18 |

Testifying Expert Report

| 12/5/2018 | WC_JPLF_00174264 | None identified | - | | Inspection of odors detected on 10/15, 10/16, 10/30, 11/5, 11/28, and 11/30 during odor patrols |
|---|---|---|---|---|---|
| 12/12/2018 | WC_JPLF_00003214 | Methanol barge located at facility being unloaded | Methanol | sour/sweet | Cornerstone inspection due to odor complaint |
| 7/15/2020 | WC_JPLF_00429769 | Pump recycle line | Denitrated sulfuric acid | | Denitrated Sulfuric Acid (DSA) started leaking while offloading a railcar. The DSA leaked to the ground, no offsite impact occurred. 657 gallons of sulfuric acid released to the ground. |
| 9/20/2021 | WC_JPLF_00433502 | Molten surface tank | Sulfur, unknown | | An internal fire of the molten sulfur tank. |
| 5/2/2022 | WC_JPLF_00435560 | Acid plant | Unknown | | Very strong old trash smell 2 days 48 hours no change. Worked on the farm all day outdoor. Odor seems to cause headaches. Please get to the bottom of the odor its not intake garbage. According to Jamie Williams, Environmental Manager for Cornerstone, on 5/2/22 at approximately 8AM — contractor working in the acid plant noted and reported an odor, and on 5/2/22 at approximately |

Testifying Expert Report

| | | | | | 3:30PM — reported to LSF (incident [1] 22-02329)/LDEQ, as a non-RQ release causing an employee injury requiring hospitalization. |
|---|---|---|---|---|---|

Testifying Expert Report

**Cornerstone Chemical Complex, Dyno Nobel Ammonia**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 1/20/2015 | WC_JPLF_00003889 | Secondary oil separator on the ammonia compressor | Ammonia | pungent, irritating | Bypass hose ruptured releasing 288 pounds of ammonia gas |
| 1/25/2016 | WC_JPLF_00118630 | None identified | Turbine oil | | 30 gallons released, below RQ |
| 7/21/2016 | WC_JPLF_00086501 | None identified | Monodiethanola mine | ammonia | No RQ Exceeded |
| 7/27/2016 | WC_JPLF_00118636 | Purifier Expander | Oil (unknown) | | No RQ Exceeded |
| 7/28/2016 | WC_JPLF_001327 | Unauthorized discharge notification report for incident number 171189 | Amine based chemical | | A chemical release on the ground on 7/21/2016 at approximately 20:50 hours as a result of a ruptured suction hose on a side stream filter system used on the Ammonia Plant OASE system. The release of a 44% OASE and water solution was contained to the gravel area adjacent to the OASE system and did not enter the stormwater system. The OASE liquid was pumped into totes and the contaminated soil and rock |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | were removed and sent off site for disposal. |
| 8/2/2016 | WC_JPLF_00118642 | Unauthorized discharge notification report for incident number 171885 | Mobil SHC825 Lube Oil | | A chemical release to the ground on 7/26/2016 at approximately 09:30 hours. The release was contained to the gravel area and did not enter the stormwater system. The contaminated gravel and soil were removed and sent off site for disposal. The initial notification, although nearly 24 hours late, was made as a result of identifying that potentially 200 gallons of lube oil was missing from the lube oil tank based on approximate level indications. Due to the possibility that over a reportable quantity was released to ground, a conservative decision to make outside notifications was made. Following an in-depth investigation and dismantling of equipment which occurred over several days, it was determined that of the confirmed 102 gallons missing from the lube oil tank, only 27 gallons was released to the |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ground and the remaining was trapped within process lines and equipment. The collected lube oil was to be shipped offsite for recycling and or disposal. |
| 1/10/2017 | 175168 | Storage Tank | Ammonia | | The flare that was lit during the purge went out and was relit. Approximately 32 lbs of ammonia was released, not exceeded RQ |
| 4/14/2017 | 177090 | Seal leak | Ammonia | | An upset occurred, allowing 995 lbs of ammonia to be released |
| 4/20/2017 | WC_JPLF_00175926 | Unauthorized discharge notification report for incident number 177090 | Ammonia vapor | | The failure of the secondary dry gas seal allowed ammonia vapor to enter the seal and vent out to the flare system and through an atmospheric vent on the refrigeration compressor body. The ammonia plant ceased operations and began to depressurize and purge the 105-J refrigeration compressor with nitrogen to the flare system. |
| 6/26/2017 | WC_JPLF_00175937 | Unauthorized discharge notification report for | Anhydrous ammonia | | On June 22, 2017 at approximately 0855 hours Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the loading |

Testifying Expert Report

| | | incident number 178574 | | | arm at the north ammonia truck loading station. As the leak occurred, personnel in the area took immediate actions to isolate the loading arm piping, utilize a nearby fire water monitor to spray the leak site as a means to minimize emissions to the atmosphere, and attempted to divert pressure in the line to the flare. The entire incident occurred over a period of approximately 30 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
|---|---|---|---|---|---|
| 12/12/2018 | WC_JPLF_00003214 | Methanol barge located at facility being unloaded | Methanol | sour/sweet | Cornerstone inspection due to odor complaint |
| 3/7/2019 | 190017 | Small relief valve | Anhydrous ammonia | | Vapors knocked down with water spray. Release last approximately 16 minutes, allowing 80.2 lbs of anhydrous ammonia out. Below RQ, air monitoring conducted downwind gave no readings above background |

Testifying Expert Report

| 3/13/2019 | WC_JPLF_00216232 | Unauthorized discharge notification report for incident number 190017 | Anhydrous ammonia | | Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the prover at the ammonia pipeline injection station. As the leak occurred, personnel in the area took immediate actions to isolate the prover, shut down the pipeline injection pumps, utilized a nearby fire water monitor to spray the leak site as a means to minimize emissions to the atmosphere, and attempted to divert pressure in the line to the flare. The entire incident occurred over a period of approximately 16 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
| 9/20/2019 | WC_JPLF_00216460 | Unauthorized discharge notification report for incident number 193307 | Anhydrous ammonia | | Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the suction side of the 161-J pump in the Recovery Section of the Ammonia Plant. As the leak occurred, personnel in the area took immediate actions to isolate the |

Testifying Expert Report

| | | | | | 161-J. The entire incident occurred over a period of approximately 15 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
|---|---|---|---|---|---|
| 1/20/2015 | WC_JPLF_00003889 | Secondary oil separator on the ammonia compressor | Ammonia | pungent, irritating | Bypass hose ruptured releasing 288 pounds of ammonia gas |
| 1/25/2016 | 168439 | None identified | Turbine oil | | 30 gallons released, below RQ |
| 7/21/2016 | 171819 | None identified | Monodiethanola mine | ammonia | No RQ Exceeded |
| 7/27/2016 | 171885 | Purifier Expander | Oil (unknown) | | No RQ Exceeded |
| 7/28/2016 | WC_JPLF_001327 | Unauthorized discharge notification report for incident number 171189 | Amine based chemical | | A chemical release on the ground on 7/21/2016 at approximately 20:50 hours as a result of a ruptured suction hose on a side stream filter system used on the Ammonia Plant OASE system. The release of a 44% OASE and water solution was contained to the gravel area adjacent to the OASE system and did not enter the stormwater system. The OASE liquid was pumped into totes and the contaminated soil and rock |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | were removed and sent off site for disposal. |
| 8/2/2016 | WC_JPLF_00118642 | Unauthorized discharge notification report for incident number 171885 | Mobil SHC825 Lube Oil | | A chemical release to the ground on 7/26/2016 at approximately 09:30 hours. The release was contained to the gravel area and did not enter the stormwater system. The contaminated gravel and soil were removed and sent off site for disposal. The initial notification, although nearly 24 hours late, was made as a result of identifying that potentially 200 gallons of lube oil was missing from the lube oil tank based on approximate level indications. Due to the possibility that over a reportable quantity was released to ground, a conservative decision to make outside notifications was made. Following an in-depth investigation and dismantling of equipment which occurred over several days, it was determined that of the confirmed 102 gallons missing from the lube oil tank, only 27 gallons was released to the |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ground and the remaining was trapped within process lines and equipment. The collected lube oil was to be shipped offsite for recycling and or disposal. |
| 1/10/2017 | 175168 | Storage Tank | Ammonia | | The flare that was lit during the purge went out and was relit. Approximately 32 lbs of ammonia was released, not exceeded RQ |
| 4/14/2017 | 177090 | Seal leak | Ammonia | | An upset occurred, allowing 995 lbs of ammonia to be released |
| 4/20/2017 | WC_JPLF_00175926 | Unauthorized discharge notification report for incident number 177090 | Ammonia vapor | | The failure of the secondary dry gas seal allowed ammonia vapor to enter the seal and vent out to the flare system and through an atmospheric vent on the refrigeration compressor body. The ammonia plant ceased operations and began to depressurize and purge the 105-J refrigeration compressor with nitrogen to the flare system. |
| 6/26/2017 | WC_JPLF_00175937 | Unauthorized discharge notification report for | Anhydrous ammonia | | On June 22, 2017 at approximately 0855 hours Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the loading |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | incident number 178574 | | | arm at the north ammonia truck loading station. As the leak occurred, personnel in the area took immediate actions to isolate the loading arm piping, utilize a nearby fire water monitor to spray the leak site as a means to minimize emissions to the atmosphere, and attempted to divert pressure in the line to the flare. The entire incident occurred over a period of approximately 30 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
| 12/12/2018 | WC_JPLF_00003214 | Methanol barge located at facility being unloaded | Methanol | sour/sweet | Cornerstone inspection due to odor complaint |
| 3/7/2019 | 190017 | Small relief valve | Anhydrous ammonia | | Vapors knocked down with water spray. Release last approximately 16 minutes, allowing 80.2 lbs of anhydrous ammonia out. Below RQ, air monitoring conducted downwind gave no readings above background |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| 3/13/2019 | WC_JPLF_00216232 | Unauthorized discharge notification report for incident number 190017 | Anhydrous ammonia | | Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the prover at the ammonia pipeline injection station. As the leak occurred, personnel in the area took immediate actions to isolate the prover, shut down the pipeline injection pumps, utilized a nearby fire water monitor to spray the leak site as a means to minimize emissions to the atmosphere, and attempted to divert pressure in the line to the flare. The entire incident occurred over a period of approximately 16 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
| 9/20/2019 | WC_JPLF_00216460 | Unauthorized discharge notification report for incident number 193307 | Anhydrous ammonia | | Dyno Nobel's Ammonia Production Plant experienced a leak from a fitting on the suction side of the 161-J pump in the Recovery Section of the Ammonia Plant. As the leak occurred, personnel in the area took immediate actions to isolate the |

Testifying Expert Report

| | | | | | 161-J. The entire incident occurred over a period of approximately 15 minutes and offsite monitoring downwind of the release identified no odors or monitored readings. |
|---|---|---|---|---|---|

Testifying Expert Report

**Cornerstone Chemical Complex, Roehm America**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 8/31/2015 | WC JPLF 00126814 | They were flushing a pump and an expansion joint blew | Methacrylic acid | | Release of 40 lbs of Methacrylic Acid. No RQ exceeded. |
| 10/3/2015 | WC JPLF 00126828 | Employee was trying to start up but the drain valve was still open and it (sulfuric acid) splashed on his legs | Sulfuric acid, 60% spent | | Operator forgot to close valve. 1 gallon of 60% spent sulfuric acid solution spray onto operator's midsection and legs. No release to environment |
| 7/13/2016 | REV_WC_JP_00090389 | PSV Valve lifted on a compressor chiller releasing ammonia to air | Ammonia | | No RQ were exceeded |
| 4/18/2016 | WC JPLF 00102852 | Leak of Methyl Methacrylate on product condenser | Methyl methacrylate | | At approximately 9:30 hours on the morning of Sunday, April 17, 2016, Evonik's Methyl Methacrylate plant Rohm III |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | operator discovered an equipment leak from the Rohm III product condenser. the gasket of the condenser head. The total diameter of the condenser head is 50". This equipment leak was assessed and, due to the flange size, if the flange bolt was tightened, this may have resulted in a larger leak. As an alternative, the production rate in the unit was lowered to a minimum to reduce flow and pressure. On Monday AM, a leak repair specialty contractor arrived to repair the leak. The temporary leak repair consisting of drill and tap was fully completed at approximately 12:00 noon on Monday April 18, 2016. |
| 7/13/2016 | WC JPLF 00126814 | PSV Valve lifted on a compressor chiller releasing ammonia to air | Ammonia | | No RQ were exceeded |

Testifying Expert Report

| 10/15/2018 | REV_WC_JP_00090391 | Leak on a flange - acetone cyanohydrin | Acetone cyanohydrin | | 9.3 lbs of HCN was released to atmosphere via dissipation, less than the RQ of 10 lbs |
|---|---|---|---|---|---|
| 4/6/2021 | WC JPLF 00471220 | Company started up cyanide unit 6 days ago and it's still leaking to ground | Hydrogen cyanide gas and acetone cyanohydrin | | 4/14 - unit had three different leaks. First release detected and stopped 4/6. Two more leaks discovered same day and unable to be repaired. One leak fixed on 4/12, the other on 4/13. Hydrogen Cyanide gas and Acetone Cyanohydrin liquid were released. Less than one gallon total, below RQ |
| 6/10/2021 | WC JPLF 00471627 | Release of ammonia to air from a pressure safety valve | Ammonia | | Valve opened prematurely, then two others did as well for approx. 5 minutes and 3 seconds. No vapors appeared to go offsite, and no injuries |
| 8/17/2021 | WC JPLF 00471631 | Release of ammonia to air from a lifted safety valve at facility | Ammonia | | Caused by a failure of a refrigeration unit within the ammonia refrigeration system. 29 lbs of ammonia was released during the 15 minute duration of the event |
| 12/7/2021 | WC JPLF 00472388 | On 12/7/2021, the RP had a process upset in | Sulfuric acid | | A release of 20lbs of sulfuric acid (RQ - 1000lbs) to the internal ditch, but the ditch was bermed |

179

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | PRR system that caused a storm sump to overflow into a ditch that flowed offsite onto neighboring property. A discharge point in a boggy area caused a fish kill. This was all documented in their system but was purposely covered up and did not get reported | | | off. The fish kill was on the internal ditch on Cornerstone's property |
| 6/10/2022 | WC JPLF 00472483 | Low demin water flow to abatement scrubber occurs daily, causing plant to vent to atmosphere, and not being logged | Unknown | | 8/22 - reviewed locked vent log, scrubber flow trend, SSMP, SSM records, daily operator round records, training records. Some required records were not available as required by the Title V permit (LDAR Work orders to |

Testifying Expert Report

| | | in vent log book. SSMP - Start ups, shutdowns, or malfunction process no document. Shut down data was not recorded from Jan 21 through October 21 as per air permit requirements. Leaks are reported to maintenance to fix. Maintenance does not review or have access to LDAR reports. Operations manager stated that operators were retrained | | | show leaks from Jan 2021 to August 2022.) |
|---|---|---|---|---|---|

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | on SSMP log in 11/18/2021 and again on 5/13/2021. This training did not take place. Reporter indicates Thomas Breaud as the Accused Person | | | |
| 8/29/2022 | WC JPLF 00472383 | A process upset occurred on 12/7/2021. The waste acid pit on the N side of the MMA unit buckled, causing waste acid to overflow onto the ground N of the MMA unit and into the storm water ditch, which drains S of the MMA plan to | Sulfuric acid | | A release of 20lbs of sulfuric acid (RQ - 1000lbs) to the internal ditch, but the ditch was bermed off. The fish kill was on the internal ditch on Cornerstone's property |

Testifying Expert Report

| | | the discharge collection point. This is a swampy area outside the gate. A fish kill occurred during the upset. ROEHM classified this upset as a PSI event in their internal tracking system PRRQuest. | | | |
|---|---|---|---|---|---|

Testifying Expert Report

**ARTCO Fleeting Services**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 10/12/2015 | 166706 | Excessive dust blowing offsite from trucks entering/exiting the facility | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/16/2015 | 166772 | Sand and dust blowing offsite from traffic activity | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/17/2015 | 166796 | Dust blowing over the levee | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/18/2015 | 166787 | Dust and sand releasing over levee to residential area | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166812 | Dust/sand blowing offsite | Dust, sand | | Many sites within the facility did not have adequate watering |

184

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | from traffic on a sand road on the Miss. River levee | | | measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166813 | Dust/sand blowing offsite from traffic on a sand road on the Miss. River levee | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166817 | Excessive amounts of sand blowing offsite from over the levee | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166823 | Dust from across the levee impacting residential area | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166824 | Dust from levee, trucks kicking up the material | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2015 | 166819 | Trucks causing dust to impact residential area | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/20/2015 | 166820 | Sand from the levee so bad complainant can't sit outside | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/22/2015 | 166877 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/22/2015 | 166883 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/23/2015 | 166879 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 11/17/2015 | 167399 | Sand and dust coming across | Dust, sand | | Throughout the month of November, dirt and sand built up |

Testifying Expert Report

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | the levee, trucks kicking up the material |  |  | on the paved ramp over the levee and along River road; truck activity was causing particulate emissions; wetting of the site was not adequate. |
| 4/20/2016 | 170071 | Dust from trucks impacting the road without suppression measures | Dust |  | 4/21 & 4/22 - Uncovered trucks operating and allowing sand to accumulate on the entrance ramp, giving rise to traffic-caused airborne dust and sand debris. Gap in the sprinkler system allows for further buildup. |
| 4/29/2016 | 170216 | Dust created by Sand | Dust |  |  |
| 5/25/2016 | 170763 | Terrible smell coming from across the levee | Terrible smell |  | No deficiencies or odors found in the facility from 5/27 visit |
| 5/25/2016 | 170723 | Bad odor coming from cranes moving white bags | Bad odor |  | No deficiencies or odors found in the facility from 5/27 visit |
| 5/25/2016 | 170780 | Strong odor in the air from mulching operation across the road | Strong odor |  | No deficiencies or odors found in the facility from 5/27 visit |

Testifying Expert Report

| 5/25/2016 | 170766 | Terrible odor; rotting odor | Terrible odor, rotting odor | | No deficiencies or odors found in the facility from 5/27 visit |
|---|---|---|---|---|---|
| 9/23/2016 | 173162 | Dust coming from trucks offloading limestone without covers and road not being watered properly | Dust, limestone | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 9/30/2016 | 173256 | Fog of sand coming from Wood Materials | Sand | | 9/30 - No fog of sand, water on roads within facility. 10/3 - Sand and silt from the sand hauling operation accumulated on the paved road, creating airborne clouds. Individual in charge of sweeping was absent from work. Street sweeping began that day. |
| 10/11/2016 | 173616 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/17/2016 | 173546 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173587 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173561 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173591 | Ongoing problems with excessive amounts of dust and sand emitted day and night from aggregate supply co. | dust, sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173589 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |

Testifying Expert Report

| 10/19/2016 | 173616 | Excessive amounts of sand blowing offsite over the levee from the traffic in and out of the Wood materials haul road | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
|---|---|---|---|---|---|
| 10/19/2016 | 173630 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/19/2016 | 173601 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173652 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173654 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173655 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173657 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173637 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 11/15/2016 | 174074 | Sand becoming airborne | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 11/17/2016 | 174126 | Sand on road and visible haze | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 11/17/2016 | 174128 | Dust complaint | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 1/1/2017 | 175193 | Dump trucks causing airborne sand affecting community | Dust | | The assigned street sweeper left work early, and no replacement was provided. 1/20, 1/23, and 1/27 - No dust emissions and the street sweeper was active |
| 1/11/2017 | 175043 | Strong sour odor from Wood Materials | Sour odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175045 | Horrible odors emitting from Wood Materials turning over compost | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175048 | Horrible odors emitting from Wood Materials | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |

Testifying Expert Report

| 1/11/2017 | 175051 | Horrible odors emitting from Wood Materials turning over compost | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
|---|---|---|---|---|---|
| 1/11/2017 | 175052 | Foul odors emitting from mulching at Wood Materials facility | Foul odors | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175053 | Foul odors emitting from mulching at Wood Materials facility | Foul odors | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 2/10/2017 | 175844 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/10/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 176165, and 176356) came in while the sweeper was being fixed. |
| 2/10/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/22/2017 | 176078 | Sand on road coming from the hickory ramp. The sand is airborne | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/23/2017 | 176086 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/24/2017 | 176151 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints |

Testifying Expert Report

|  |  |  |  |  | (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
|---|---|---|---|---|---|
| 2/24/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust |  | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 4/14/2017 | 177101 | The facility removes and hauls river sand. They are currently hauling sand to the Airport. Sand is leaving the truck and getting into complainants pool. | Sand |  | 4/13, 18, 24, 28, and 5/9 River road was swept and cleaned. 5/9 - uncovered truck with sand seen driving on facility. Trucks driving quickly on a ramp, causing airborne particulate matter emissions |
| 6/2/2017 | 178107 | Dump trucks loaded with sand releasing to air and soil | Sand |  | 6/7 & 6/13 - no dump trucks seen, but some trucks driving over speed limit are seen, potentially causing emissions. A speed limit sign was installed on 6/15. |

Testifying Expert Report

Testifying Expert Report

## International Matex Tank Terminal – Avondale

| DATE | BATES # or LDEQ Incident Report DEQ Document # | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 2/9/2015 | 161703 | Tank 8 | #6 Fuel oil | | They were blowing into the tank to mix the product… Since they have received a complain of an odor they have stopped the mixing of the product… They are going to deodorize the tank before they go forward doing any further mixing… |
| 10/25/2016 | 173713 | Upriver edge of IMTT | Unknown | | Angela Scheuer received an anonymous odor report on 10/25, and left a message with a complaint on 10/26. Ms. Scheuer visited the area conducting odor surveillance on 10/27 and only noticed a faint chemical smell at the upriver edge of IMTT. She spoke with Ed Webb, Operations Manager at IMTT about the contents of the tanks on that side of the facility. According to Mr. Webb, those tanks (all fixed roof) once contained No. 6 Fuel oil and |

Testifying Expert Report

| | | | | | Vegetable oil. All but one are empty at the time except one that contains vegetable oil. No changes in facility operations have occurred in the last month, and the source of the odor remains undetermined. |
|---|---|---|---|---|---|

Testifying Expert Report

**Harahan Wastewater Treatment Plant (WTP)**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 5/1/2015 | WC_JPLF_00118403 | Water Discharge Permit LA 0043940 | | | Receiving Waters: Mississippi River |
| 5/27/2015 | 164011 | Raw sewage backup in street and personal property | | | The collection system suffers from Inflow and Infiltration. Storm water enters the cracks in the sewer pipes and mixes with the sewage. When the cross connection, that was discovered on 5/15/14 in the manhole located at the intersection of Colonial Club Drive and Grover Avenue, was still open, the sewage and storm water could flow subsurface into the storm drain. Since it was plugged there is no where for the mixture of storm water and sewage to go but up and out the manholes. According to Chuck Eddy, the operator at the sewage treatment plant, lift station #8 now has all |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | three pumps available, but they can not keep up when it rains. |
| 7/8/2015 | 163973 | Raw sewage spews from manhole | Raw sewage | | The collection system suffers from Inflow and Infiltration. Storm water enters the cracks in the sewer pipes and mixes with the sewage. When the cross connection, that was discovered on 5/15/14 in the manhole located at the intersection of Colonial Club Drive and Grover Avenue, was still open, the sewage and storm water could flow subsurface into the storm drain. Since it was plugged there is no where for the mixture of storm water and sewage to go but up and out the manholes. According to Chuck Eddy, the operator at the sewage treatment plant, lift station #8 now has all three pumps available, but they can not keep up when it rains. |
| 7/14/2015 | WC_JPLF_00118403 | Intra-agency Routing Form | | | Full CEI referred to ENF on 6/19/2015/ (2701.A, 2701.E, 2701.H, 2701.2, 2701.M4.a) |
| 7/28/2015 | WC_JPLF_00118420 | Warning Letter | | | On or about February 27, 2015, an inspection of the above referenced |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | facility was conducted to determine compliance with the Louisiana Environmental Quality Act and supporting regulations. The inspection report, noting areas of concern, has been forwarded to the Enforcement Division. |
| 8/27/2015 | WC_JPLF_00118479 | Violations Response | | | FOF Responses |
| 9/16/2016 | WC_JPLF_00115641 | Enforcement Tracking Number WE-L-15-00901 | | | The Department conducted an inspection of the facility on February 27, 2015. The Respondent was cited for an estimated 1,310,340 gallons of raw sewage that bypassed treatment and flowed to the Soniat Canal and into Lake Pontchartrain, all waters of the state in violation of LAC 33:IX.2701.M.4.a. The bypass of sewage was the result of pump failures at lift station 8. The Department will cite the Respondent for unauthorized discharge to waters of the state in violation of LAC |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 33:IX.501.D.instead of LAC 33:IX.2701-M-4-a |
| 10/25/2016 | WC_JPLF_00115636 | Enforcement Tracking Number WE-C-15-01002 | | | LDEQ Compliance order and compliance order request to close |
| 12/6/2016 | WC_JPLF_00116130 | Enforcement Tracking Number WE-C-15-01002 | | | Findings of Fact Response on behalf of the Veolia Water to LDEQ |
| 12/7/2016 | 174310 | None identified | Chemical odor | | The condensate water that is produced at a Veolia plant in Chalmette is brought to the Harahan sewage treatment plant for disposal. lt is pumped beneath the surface of one of the digesters during operating hours, Monday through Friday. The Project Manager at the Chalmette facility stated the pH of the condensate is usually between 10 and 1 1 and contains ammonia and mercaptans. The various chemicals in the condensate probably come out as gases and are causing the odor complaints. The water discharge permit allows the |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | introduction of the condensate to the treatment plant. |
| 12/23/2016 | 174739 | None identified | Putrefied chemical smell | | The condensate water that is produced at a Veolia Plant in Chalmette is brought to the Harahan sewage treatment plant for disposal. It is pumped beneath the surface of the digesters. The pH of the condensate is usually between 10 & 11 and contains ammonia and mercaptans. Gases probably come out causing the odor. |
| 1/4/2017 | 174680 | None identified | Horrible odor from sewage treatment plant | | Facility visits were conducted on 12/28/16 and I/3/17 with no unusual odor detected. As stated by LDEQ Inspector David Frazier, The condensate water that is produced at a Veolia plant in Chalmette is brought to the Harahan sewage treatment plant for disposal. It is pumped beneath the surface of one of the digesters during operating hours, Monday through+~ Friday. The Project Manager at the Chalmette facility stated the pH of the condensate is |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | usually between 10 and 11 and contains ammonia and mercaptans. The various chemicals in the condensate probably come out as gases and are causing the odor complaints. The water discharge permit allows the introduction of the condensate to the treatment plant. Complainant was contacted on I/4/17 to discuss findings. |
| 3/25/2017 | 176685 | None identified | Strong odor | | Walking at the Harahan Playground track. Odor is oil or butane ***(natural gas or mercaptan)*** type smell. My throat is swelling, nose running and eyes watering. |
| 3/30/2017 | 176769 | None identified | Horrible odor | | Due to Chalmette wastewater containing ammonia and mercaptans. |
| 4/7/2017 | 176952 | None identified | More sewer odor | | Veolia using a masking spray now |
| 4/18/2017 | 178314 | None identified | Strong odor | | Chalmette Refinery wastewater with ammonia and mercaptans |
| 4/20/2017 | 176642 | None identified | Strong odor coming from nearby facility | | Description of complaint: There are ongoing horrible odors coming from this facility. The Veolia Represented spoke at the Harahan Council Meeting on 3/16/17 and admitted the odor that is present in |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the air when they receive the 5,000 gallon tank delivery from Chalmette (some type of by-product from Chalmette Refinery) each day. He said that during processing the horrible odor is present for 2–3 hours as this the processing of this product is released into the air. He also said that due to the complaints they would try releasing a less amount during processing but over a longer period of time. On Tuesday, 3/21/17 @ approximately 2:00 AM I was awaken by coughing and a strong sinus drip, and my eyes were watering...there was an odor of a butane type smell in the air. My guess is that Veolia is now processing this product late at night to avoid complaints. I ask you to please place air pollution monitors and monitor for all the air pollutants of the Chalmette Refinery. I live close to this plant and Veolia has lied to me on many occasions, most recently on |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 3/12/17 when I complained about the odor that was so horrible all day, you could not sit outside. The Veolia rep (Sean) said he would be at my house in 15-minutes and didn't show up until 1-hour later and by then the smell has stopped. He checked my back yard for possible open manholes, which there are none. He said that there was no way the smell was coming from the Veolia/Harahan Sewage Plant because he works there every day from 7:00 AM to 3:00 PM and he does not smell any odors... LIES! His own Veolia rep said to the contrary at the Harahan Council Meeting on 3/16/17, it's on video tape. Please do something about this! If I wanted to live next to a refinery, would live in Chalmette. |
| 4/20/2017 | 176642 | None identified | Strong odor | | Veolia wastewater from the Chalmette Refinery going to Harahan WTP |
| 5/23/2017 | WC_JPLF_00116513 | Intra-agency Routing Form | | | Areas of concern: This facility is under the Compliance Order |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Enforcement Tracking No. WE-C-15-01002 issued on IO/25/16. A Construction Schedule was included in the Order. On 05/16/2017, the LDEQ issued a Compliance Schedule Amendment as a response to a letter requesting approval to amend the compliance schedule referenced in the compliance order (Enforcement Tracking No. WE-C-15-01002). The following areas of concern are addressed under the Construction schedule established by the Comnliance Order: LAC 33: IX.2701. E (incidents/Overflows received) SSO-I & I/collection System/Non compliances reported, LAC 33: IX.501.D Effluent/ Exceedances. The following areas of concern was corrected: LAC 33: IX.2701.J.4 GGA Test (corrected). The following areas of concern are not included in the Compliance Schedule by the issued |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Compliance Order: l.PDES #I.A0043940 LAC 33: I X.2701. E O&M, LAC 33: IX.2701.A, LAC 33: IX.905.B SPC Plan, and LPDES # LAR05M106 LAC 33: IX.2701.A |
| 6/27/2017 | 178046 | None identified | Noxious odors | | The last 2 nights I woke from sleep with my nose burning, throat closing, and my eyes watering and coughing, it was very hard to breathe, at the same time my skin was making me itch like crazy |
| 8/2/2017 | WC_JPLF_00116616 | Field Interview Form | | | During investigation of an odor complaint, C17-100233, found that discharge is made to one of the digesters from a tank truck. On this inspection day, the smell was metallic and slightly sour. Samples of the condensate were collected from a tank truck on 6/28/2017. The laboratory results show the presence of propriety metals, benzene, chloroform, Ethylbenzene, Toluene, and 1,2-D1 chloroethane. The BOD concentration was 981 mg/l and the COD concentration was 13800 |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | mg/l. The permit requires that analysis of toxic substances listed in appendix A once per year, there is nothing in EDMS to indicate this has been done. |
| 5/30/2018 | 185901 | Pumps used by contractors | Raw sewage | | Mrs. Janice Lepper reported that raw sewage was being blown all over the street by pumps used by contractors and that sewage shot several feet up from the toilet in her residence. A site visit was conducted, no current evidence of sewage is visible on the street. We talked to Veolia and they were aware that the pipe transferring sewage from one man-hole to another had gotten loose and sprayed on the street. They have corrected the issue. No further action at this time. |
| 6/28/2018 | 184904 | None identified | Strong odor in the area | | LDEQ has received a large quantity of complaints regarding odors in River Ridge and Harahan. Multiple inspectors have conducted surveillance at local businesses including but not limited to: IMTT, Cornerstone |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (DYNO Nobel), multiple landfills, and WWTPs. The Mobile Air Monitoring Laboratory (MAML) conducted 24 hour air sampling in River Ridge from Friday, April 27 to Wednesday, May 2, 2018. Canister samples were taken when odors were noted. Preliminary results indicate landfills may be a potential source of odors. Surveillance was conducted on May 23 and 29, 2018, by Holly Herrmann. No odor was detected. River Birch/HWY 90 C&D and Jefferson Parish Landfills were contacted for daily cover and odor patrol logs. Harahan STP was contacted to confirm operational status. Complainants that requested a follow up call were updated on the findings of the investigation. JAP |
| 8/7/2018 | WC_JPLF_00117066 | Enforcement Tracking Number WE-C-17-00616 | | | FOF Compliance Order |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| 8/27/2018 | WC_JPLF_00117071 | Intra-agency Routing Form | | | AREAS OF CONCERN SSO-I & I/collection System/Non compliances reported: The permittee reported overflows/bypasses of the collection system since the last compliance evaluation inspection. This is a violation of LAC 33:IX.270I.E. Effluent/Exceedances: The permittee reported two exceedances of the permit limits since the last inspection. This is a violation of LAC 33:IX.50I.D. O&M: Clarifier # 1 was out service at the time of the inspection. Clarifier # 2 is partially covered with solids and had vegetation inside. This is a violation of LAC 33:IX.270I.E. Records & reports: The permittee is not keeping stormwater training records. There were no annual inspection stormwater reports available at the time of the inspection. This is a violation of LAC 33:IX.270I.A |

Testifying Expert Report

| 9/17/2018 | WC_JPLF_00117349 | Enforcement Tracking Number WE_C-17-00616 | | | Request to close compliance order |
|---|---|---|---|---|---|
| 9/24/2018 | WC_JPLF_00117507 | Enforcement Tracking Number WE-C-15-01002 | | | Memo to file for inspection dates 2/27/2015 and 6/11/2015. File review date is 2/11/2016 |
| 10/19/2018 | 186895 | Operator observed that the plant effluent pump station was overflowing | sewage release/spill | | An estimated 200,000 to 250,000 gallons of treated and disinfected effluent overflowed the wet well on 9/13/18. The pump motor leads experienced a short and caught fire. The overload caused the main breaker to trip. Without power the SCADA system could not signal a high level in the wet well. When the situation was discovered around 0645, the breaker was reset and a second pump was started. The effluent went to Lake Pontchartrain instead of the Mississippi River as required. |
| 12/14/2018 | WC_JPLF_00117894 | Enforcement Tracking Number WE-N-18-00704 | | | Violation responses on behalf of Veolia to the notice of violation |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| 7/2/2019 | WC_JPLF_00300205 | Clean Water State revolving Fund Program | | | Scope of Work for Lift Station Number 5 |
| 5/13/2021 | WC_JPLF_00439394 | Enforcement Tracking Number WE-C-20-00746 | | | FOF Compliance Order |
| 6/20/2022 | WC_JPLF_00440239 | Field Interview Form | | | Clarifier #2 was down during inspection and #1 had sludge practically covering the surface. I & I problems are still causing sand to enter the plant and break the clarifier drive. |
| 5/1/2015 | WC_JPLF_00118403 | Water Discharge Permit LA 0043940 | | | Receiving Waters: Mississippi River |
| 5/27/2015 | 164011 | Raw sewage backup in street and personal property | | | The collection system suffers from Inflow and Infiltration. Storm water enters the cracks in the sewer pipes and mixes with the sewage. When the cross connection, that was discovered on 5/15/14 in the manhole located at the intersection of Colonial Club Drive and Grover Avenue, was still open, the sewage and storm |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | water could flow subsurface into the storm drain. Since it was plugged there is no where for the mixture of storm water and sewage to go but up and out the manholes. According to Chuck Eddy, the operator at the sewage treatment plant, lift station #8 now has all three pumps available, but they can not keep up when it rains. |
| 7/8/2015 | 163973 | Raw sewage spews from manhole | Raw sewage | | The collection system suffers from Inflow and Infiltration. Storm water enters the cracks in the sewer pipes and mixes with the sewage. When the cross connection, that was discovered on 5/15/14 in the manhole located at the intersection of Colonial Club Drive and Grover Avenue, was still open, the sewage and storm water could flow subsurface into the storm drain. Since it was plugged there is no where for the mixture of storm water and sewage to go but up and out the manholes. According to Chuck Eddy, the operator at the sewage treatment |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | plant, lift station #8 now has all three pumps available, but they can not keep up when it rains. |
| 7/14/2015 | WC_JPLF_00118403 | Intra-agency Routing Form | | | Full CEI referred to ENF on 6/19/2015/ (2701.A, 2701.E, 2701.H, 2701.2, 2701.M4.a) |
| 7/28/2015 | WC_JPLF_00118420 | Warning Letter | | | On or about February 27, 2015, an inspection of the above referenced facility was conducted to determine compliance with the Louisiana Environmental Quality Act and supporting regulations. The inspection report, noting areas of concern, has been forwarded to the Enforcement Division. |
| 8/27/2015 | WC_JPLF_00118479 | Violations Response | | | FOF Responses |
| 9/16/2016 | WC_JPLF_00115641 | Enforcement Tracking Number WE-L-15-00901 | | | The Department conducted an inspection of the facility on February 27, 2015. The Respondent was cited for an estimated 1,310,340 gallons of raw sewage that bypassed treatment and flowed to the Soniat Canal and into Lake Pontchartrain, all waters |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | of the state in violation of LAC 33:IX.2701.M.4.a. The bypass of sewage was the result of pump failures at lift station 8. The Department will cite the Respondent for unauthorized discharge to waters of the state in violation of LAC 33:IX.501.D.instead of LAC 33:IX.2701-M-4-a |
| 10/25/2016 | WC_JPLF_00115636 | Enforcement Tracking Number WE-C-15-01002 | | | LDEQ Compliance order and compliance order request to close |
| 12/6/2016 | WC_JPLF_00116130 | Enforcement Tracking Number WE-C-15-01002 | | | Findings of Fact Response on behalf of the Veolia Water to LDEQ |
| 12/7/2016 | 174310 | None identified | Chemical odor | | The condensate water that is produced at a Veolia plant in Chalmette is brought to the Harahan sewage treatment plant for disposal. It is pumped beneath the surface of one of the digesters during operating hours, Monday through Friday. The Project Manager at the Chalmette facility |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | stated the pH of the condensate is usually between 10 and 1 1 and contains ammonia and mercaptans. The various chemicals in the condensate probably come out as gases and are causing the odor complaints. The water discharge permit allows the introduction of the condensate to the treatment plant. |
| 12/23/2016 | 174739 | None identified | Putrefied chemical smell | | The condensate water that is produced at a Veolia Plant in Chalmette is brought to the Harahan sewage treatment plant for disposal. It is pumped beneath the surface of the digesters. The pH of the condensate is usually between 10 & 11 and contains ammonia and mercaptans. Gases probably come out causing the odor. |
| 1/4/2017 | 174680 | None identified | Horrible odor from sewage treatment plant | | Facility visits were conducted on 12/28/16 and I/3/17 with no unusual odor detected. As stated by LDEQ Inspector David Frazier, The condensate water that is produced at a Veolia plant in |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Chalmette is brought to the Harahan sewage treatment plant for disposal. It is pumped beneath the surface of one of the digesters during operating hours, Monday through+~ Friday. The Project Manager at the Chalmette facility stated the pH of the condensate is usually between 10 and 11 and contains ammonia and mercaptans. The various chemicals in the condensate probably come out as gases and are causing the odor complaints. The water discharge permit allows the introduction of the condensate to the treatment plant. Complainant was contacted on I/4/17 to discuss findings. |
| 3/25/2017 | 176685 | None identified | Strong odor | | Walking at the Harahan Playground track. Odor is oil or butane ***(natural gas or mercaptan)*** type smell. My throat is swelling, nose running and eyes watering. |
| 3/30/2017 | 176769 | None identified | Horrible odor | | Due to Chalmette wastewater containing ammonia and mercaptans. |
| 4/7/2017 | 176952 | None identified | More sewer odor | | Veolia using a masking spray now |

Testifying Expert Report

| 4/18/2017 | 178314 | None identified | Strong odor | | Chalmette Refinery wastewater with ammonia and mercaptans |
|---|---|---|---|---|---|
| 4/20/2017 | 176642 | None identified | Strong odor coming from nearby facility | | Description of complaint: There are ongoing horrible odors coming from this facility. The Veolia Represented spoke at the Harahan Council Meeting on 3/16/17 and admitted the odor that is present in the air when they receive the 5,000 gallon tank delivery from Chalmette (some type of by-product from Chalmette Refinery) each day. He said that during processing the horrible odor is present for 2–3 hours as this the processing of this product is released into the air. He also said that due to the complaints they would try releasing a less amount during processing but over a longer period of time. On Tuesday, 3/21/17 @ approximately 2:00 AM I was awaken by coughing and a strong sinus drip, and my eyes were watering...there was an odor of a butane type smell in the air. My guess is that Veolia is now |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | processing this product late at night to avoid complaints. I ask you to please place air pollution monitors and monitor for all the air pollutants of the Chalmette Refinery. I live close to this plant and Veolia has lied to me on many occasions, most recently on 3/12/17 when I complained about the odor that was so horrible all day, you could not sit outside. The Veolia rep (Sean) said he would be at my house in 15-minutes and didn't show up until 1-hour later and by then the smell has stopped. He checked my back yard for possible open manholes, which there are none. He said that there was no way the smell was coming from the Veolia/Harahan Sewage Plant because he works there every day from 7:00 AM to 3:00 PM and he does not smell any odors... LIES! His own Veolia rep said to the contrary at the Harahan Council Meeting on 3/16/17, it's on video tape. Please do |

Testifying Expert Report

|  |  |  |  |  | something about this! If I wanted to live next to a refinery, would live in Chalmette. |
| --- | --- | --- | --- | --- | --- |

Testifying Expert Report

**ADM Grain River System, Inc.**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 2/28/2020 | 195802 | None identified | Grain | | Woke up on 02/28/2020 to grain being visible outside on the ground, carport, vehicle, trampoline, shed, house, etc. |

Testifying Expert Report

**Cargill – Westwego Marine Terminal**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 9/14/2016 | 172962 | None identified | Grain dust | | Excessive dust coming from grain loading operations |
| 3/22/2017 | 176603 | None identified | Grain dust | | Large amount of grain dust releasing from facility |
| 3/22/2017 | 176603 | None identified | Grain dust | | Large amount of grain dust releasing from facility |
| 4/13/2017 | 177055 | None identified | Grain dust | | Grain dust impacting complainants property |
| 4/27/2017 | 177359 | None identified | Grain dust | | Grain dust from the Cargill plant is on everything outside home, especially on cars |
| 5/1/2017 | 177382 | Grain elevator | Grain dust | | Grain elevator is causing ongoing issues. Complainant's roof is turning black because of the grain elevator dust |
| 5/1/2017 | 177421 | None identified | Grain dust | | Grain dust releasing to nearby properties |
| 10/13/2017 | 160662 | None identified | Grain dust | | Grain dust and odor releasing from facility |
| 11/18/2017 | 181352 | None identified | Grain dust | | Grain dust releasing to air and soil from facility |

Testifying Expert Report

| 11/18/2017 | 181354 | None identified | Grain dust | | Grain dust releasing to air and soil from facility |
|---|---|---|---|---|---|
| 11/18/2017 | 181352 | None identified | Grain dust | | Grain releasing dust to air and soil from facility |
| 1/29/2018 | 188655 | None identified | Grain dust | | Found a significant amount of grain dust and large pieces of what appear to be grain husks on all my vehicles and everything else outside of my house |
| 10/2/2018 | 187356 | None identified | Grain dust | | Odor in Jefferson |
| 11/23/2018 | 188007 | None identified | Grain dust | | Very thick grain dust in air, all over home and vehicles |
| 2/3/2019 | 189339 | None identified | Grain dust | | I can smell a strong grain smell outside my house. I have noticed it off and on since 2/1. |
| 5/31/2019 | 191510 | Silo | Saw dust (probably grain dust) | | Saw dust from the top of silo and during ship loading |
| 6/19/2019 | 164482 | Leaking sewage | Sewage | | Leaking sewage |
| 11/21/2019 | 194293 | None identified | Grain dust | | Horrendous odor and grain dust from the facility this morning |
| 11/26/2019 | 194350 | None identified | Grain dust | | Grain dust and husks all over everything |
| 11/17/2021 | 205954 | None identified | Grain dust | | Horrible odors from grain dust blowing offsite from Cargill. Started 11/17 at approximately |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 6am and continued all day and through the night. Woke up this morning 11/18 at 3 am to the odors and dust |
| 11/17/2021 | 205931 | None identified | Grain dust | | Rotten grain odor and grain dust all over this morning. Odor is still there this evening |
| 1/6/2022 | 206612 | None identified | Grain dust | | Grain dust releasing onto nearby properties |
| 11/29/2022 | 211717 | None identified | Grain dust | | Grain dust impacting complainants property, producing strong odor throughout the area |

Testifying Expert Report

**Kirby Inland Marine**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 2/4/2015 | 167888 | Release on a barge on a fleet, pinhole size leak of Pygas | Pygas | | De minimis quantity, material evaporated upon hitting deck, no overboard discharge |
| 2/21/2015 | 187960 | Chemical barge down; noticed a small leak on the cargo hatch; courtesy call; not an RQ | Propylene | | Propylene release from a cargo hatch that did not exceed RQ |
| 3/24/2015 | 162729 | Barge released propylene after striking a tree limb | Propylene | | Release lasted 15 minutes, no action necessary after report |
| 3/31/2015 | 164301 | Release of hydrochloric acid smoke due to pressure valve release | Hydrochloric acid | | Did not exceed RQ, secured by tightening a valve |
| 4/6/2015 | 164555 | Release of vapors from a barge | C5 Cutter vapor | | Empty barge but had contained C5 Cut; likely did not exceed RQ |

Testifying Expert Report

| 5/26/2015 | 165846 | Cargo C-5 Vapor release occurring from KIM barge 1011 in Plaquemine. Tankerman reported faulty valve, release a small amount of vapor of nonreportable quantity of C5 Cutter | C5 Vapor | | No RQ were exceeded, C5 Cutter not in CERCLA or LDEQ |
|---|---|---|---|---|---|
| 6/10/2015 | 164451 | C5 Cutter released from a PV valve as a vapor; cause unknown | C5 Cutter vapor | | Cause and amount unknown; estimated less than one lb escaped during the start of the release and the flaring operation to stop the vapor release. No RQ exceeded |
| 6/16/2015 | 164492 | Olefin C12 released to air due to a tank leaking vapors | Olefin c12 | | Cargo hatch seeping vapor, likely due to hatch bolts or dogs that were not tool-tightened. 5 minute duration, less than 5 pounds likely to have released; courtesy notification |
| 6/21/2015 | 163737 | Release of naphthalene | Naphthalene | | Kirby 28107 was travelling down the Intercoastal canal when a gasket on a cargo tank failed. The |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | vapor from a barge | | | barge was empty, and an unknown amount of naphthalene vapors were released. |
| 6/21/2015 | 168167 | The No. 1 Port Tank High Level Alarm gauge began to seep vapors | Ethylene dichloride | | Ethylene dichloride from barge 28131 lasting 3 minutes. Cap was closed, no RQ exceeded |
| 6/23/2015 | 197918 | Vapor coming around the #3 ullage hatch gasket | Vapor | | Courtesy notification of a release below RQ of isobutyl alcohol |
| 7/31/2015 | 166782 | Tankerman discovered a leak coming from the #1 cargo tank valve | Py gas | | Py Gas leaking from barge valve. Leak was secured and below RQ |
| 8/29/2015 | 165285 | Depressurizing the barge | Unknown | | Leak was found on the sight glass on Barge 28*139 while docked at Dow. No RQ were exceeded |
| 10/16/2015 | 161570 | Release of diesel from overfilled tank on a tugboat | Diesel | | 2 gallon diesel spill from tug boat below the RQ |
| 12/1/2015 | 169401 | Material came out of PV valve; | C5 Cutter vapor | | About 60 lbs of C5 Cut was released over 12 hours |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | not seeding properly | | | |
| 12/18/2015 | Not reported | Release not reported to LDEQ, resulting in Notice of Deficiency | - | | |
| 12/20/2015 | 171595 | Seep of vapors from beneath the blanket on a nitrogen barge; C5 Cut, Petro chemicals | C5 Cutter oil, Petro chemicals | | Lasted for 1 minute |
| 1/8/2016 | 169673 | Leak on cargo butterworth hatch of gasoline; product released as vapor | Gasoline vapors | | Courtesy notification; no RQ exceeded |
| 1/18/2016 | 162534 | Bubbling release of vapors to the air | C5 Cutter vapor | | C5 Cut; lasted 20 minutes |
| 2/28/2016 | 169478 | Spew tube is suspected to have been left loose, allowing | Propylene | | 8.1 lbs released, no RQ exceeded |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | release of propylene | | | |
| 2/28/2016 | 168977 | Vapor pressure gauge on a pipeline was leaking from the thread, releasing ethylenediamine | Ethylenediamine | | Release below RQ |
| 3/16/2016 | 169404 | Vent stack was not closed tightly enough | C5 Cutter vapor | | Approximately 20lbs of C5 Cut was released; no RQ Exceeded |
| 3/17/2016 | 169670 | Product released from barge as a vapor; C5-Cut | C5 Cutter vapor | | Courtesy call; no RQ exceeded |
| 3/21/2016 | 167592 | Vapors released | Unknown vapor | | Less than 1 lb of unknown vapor released |
| 4/2/2016 | 172601 | Release of sodium sulfide vapors from boat | Sodium sulfide vapors | | Small hole in the trunk of the port 2 cargo tank that contained sodium sulfide. No RQ exceeded |
| 4/2/2016 | 164497 | Release of material to air due to a leaking barge | Unknown | | Vapor released from crack in PV valve; no further exceedances |

Testifying Expert Report

| 5/4/2016 | 162653 | Release of styrene vapor to air due to a loosened cargo hatch | Styrene, vapor | | Valve was tightened upon recovery and the release was secured; RQ not exceeded |
|----------|--------|------|------|--|------|
| 6/21/2016 | 168305 | Pinhole leak is coming from their barge KIRBY 28110 of Py gas | Py gas | | Appeared to be caused by a faulty gasket |
| 7/11/2016 | 186044 | Barge with a leaking pressure valve of natural gas | Natural gas | | Not a reportable incident |
| 7/13/2016 | 171265 | Gasoline vapors escaping from a hatch on a barge | Gasoline vapors | | Below RQ for gasoline vapors |
| 8/25/2016 | 171644 | Release of propane propylene mixture to air due unknown cause | Propane propylene mixture | | Caused by loose clamps; below RQ |
| 12/20/2017 | 161893 | Released methanol as a vapor | Methanol vapor | | Courtesy notification of a release below RQ |

Testifying Expert Report

| | | | | |
|---|---|---|---|---|
| 3/25/2018 | 183764 | Damaged barge; bio diesel released | Biodiesel | Approximately 202 barrels of biodiesel spilled into the canal after a barge and tug owned and operated by KIM collided into the wharf in the wake of a nearby cruise ship |
| 7/31/2018 | 181864 | Small leak on a barge gasket; C5 Cut crude oil | C5 Cutter oil | Below RQ (1 barrel) for oil |
| 11/4/2018 | 170356 | Release of octane to air due to a leak in a barge tank | Octane | Pinhole leak on the top of the barge lasted less than one hour. No RQ exceeded |
| 1/17/2019 | 190242 | Workers found bad gasket on a vapor block valve; release of crude oil vapor | Crude oil vapor | Less than 10 lbs of crude oil vapor was release. No reportable quantities were exceeded. |
| 1/17/2019 | 189041 | There is only a vapor release of the product. When the barge pressured up in the sun, the rusted divot popped the paint and created the | Paraffin wax | A hole was discovered in a barge carrying paraffin wax. The hole was caused by a rusted divot that popped the paint. Unknown quantity of paraffin wax vapor released |

Testifying Expert Report

| | | | | |
|---|---|---|---|---|
| | | hole. The hole is one half inch wide. | | |
| 3/23/2019 | 191408 | Pressure relief valve malfunction; release of naphthalene | Naphthalene | No RQ was exceeded for naphthalene |
| 12/26/2022 | 212010 | River MM 162 on the ICW - Intracoastal City, LA | Red diesel | On December 24, 2022, a Kirby Inland Marine barge was transferring red diesel from the port and starboard tank into the center tank. The center tank overflowed out of the vent in the fuel transfer station and into the Intracoastal Canal Waterway at approximately mile marker 163.2. On December 25, 2022, Ms. Wilson conducted an overflight and discovered two patches of diesel located approximately half a mile east from where the tugboat was pushed against the bank. The facility completed their cleanup on December 26, 2022. The sheen observed on December 26, 2022 by Mr. Mier is likely the result of |

Testifying Expert Report

| | | | | | the spill occurring two days prior. No further action was taken. |
|---|---|---|---|---|---|

Testifying Expert Report

**Wood Materials, LLC**

| DATE | BATES # or LDEQ Incident Report | ON-SITE ID | CHEMICAL RELEASED / DESCRIPTION | TYPE OF ODOR | RELEASE POINT/QUANTITY |
|---|---|---|---|---|---|
| 10/12/2015 | 166706 | Excessive dust blowing offsite from trucks entering/exiting the facility | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/16/2015 | 166772 | Sand and dust blowing offsite from traffic activity | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/17/2015 | 166796 | Dust blowing over the levee | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/18/2015 | 166787 | Dust and sand releasing over levee to residential area | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166812 | Dust/sand blowing offsite | Dust, sand | | Many sites within the facility did not have adequate watering |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | from traffic on a sand road on the Miss. River levee | | | measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166813 | Dust/sand blowing offsite from traffic on a sand road on the Miss. River levee | Dust, sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166817 | Excessive amounts of sand blowing offsite from over the levee | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166823 | Dust from across the levee impacting residential area | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/19/2015 | 166824 | Dust from levee, trucks kicking up the material | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| 10/20/2015 | 166819 | Trucks causing dust to impact residential area | Dust | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/20/2015 | 166820 | Sand from the levee so bad complainant can't sit outside | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/22/2015 | 166877 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/22/2015 | 166883 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 10/23/2015 | 166879 | Sand coming over the levee impacting complainants property | Sand | | Many sites within the facility did not have adequate watering measures. The facility purchased a 200 and 2000 gallon water truck to remedy this |
| 11/17/2015 | 167399 | Sand and dust coming across | Dust, sand | | Throughout the month of November, dirt and sand built up |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | the levee, trucks kicking up the material | | | on the paved ramp over the levee and along River road; truck activity was causing particulate emissions; wetting of the site was not adequate. |
| 4/20/2016 | 170071 | Dust from trucks impacting the road without suppression measures | Dust | | 4/21 & 4/22 - Uncovered trucks operating and allowing sand to accumulate on the entrance ramp, giving rise to traffic-caused airborne dust and sand debris. Gap in the sprinkler system allows for further buildup. |
| 4/29/2016 | 170216 | Dust created by Sand | Dust | | R |
| 5/25/2016 | 170763 | Terrible smell coming from across the levee | Terrible smell | | No deficiencies or odors found in the facility from 5/27 visit |
| 5/25/2016 | 170723 | Bad odor coming from cranes moving white bags | Bad odor | | No deficiencies or odors found in the facility from 5/27 visit |
| 5/25/2016 | 170780 | Strong odor in the air from mulching operation across the road | Strong odor | | No deficiencies or odors found in the facility from 5/27 visit |

Testifying Expert Report

| 5/25/2016 | 170766 | Terrible odor; rotting odor | Terrible odor, rotting odor | | No deficiencies or odors found in the facility from 5/27 visit |
|---|---|---|---|---|---|
| 9/23/2016 | 173162 | Dust coming from trucks offloading limestone without covers and road not being watered properly | Dust, limestone | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 9/30/2016 | 173256 | Fog of sand coming from Wood Materials | Sand | | 9/30 - No fog of sand, water on roads within facility. 10/3 - Sand and silt from the sand hauling operation accumulated on the paved road, creating airborne clouds. Individual in charge of sweeping was absent from work. Street sweeping began that day. |
| 10/11/2016 | 173616 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/17/2016 | 173546 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173587 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173561 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173591 | Ongoing problems with excessive amounts of dust and sand emitted day and night from aggregate supply co. | dust, sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/18/2016 | 173589 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |

Testifying Expert Report

| 10/19/2016 | 173616 | Excessive amounts of sand blowing offsite over the levee from the traffic in and out of the Wood materials haul road | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
|---|---|---|---|---|---|
| 10/19/2016 | 173630 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/19/2016 | 173601 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173652 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173654 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173655 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173657 | Sand and dust releasing from road out of facility | Dust | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 10/20/2016 | 173637 | Excessive sand on river road | Sand | | 10/19 and 10/21 - Roads inside facility were insufficiently watered and dust was present with vehicular traffic due to water truck being damaged on 10/18 |
| 11/15/2016 | 174074 | Sand becoming airborne | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 11/17/2016 | 174126 | Sand on road and visible haze | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 11/17/2016 | 174128 | Dust complaint | Dust | | 11/16 - Sweeper not in use, light to minimal dust observed on road. 11/16 - sweeper was broken. 11/17 - complaints filed, but the sweeper cleaned the road. 11/18 - New larger vacuum sweeper arrived. |
| 1/1/2017 | 175193 | Dump trucks causing airborne sand affecting community | Dust | | The assigned street sweeper left work early, and no replacement was provided. 1/20, 1/23, and 1/27 - No dust emissions and the street sweeper was active |
| 1/11/2017 | 175043 | Strong sour odor from Wood Materials | Sour odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175045 | Horrible odors emitting from Wood Materials turning over compost | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175048 | Horrible odors emitting from Wood Materials | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |

Testifying Expert Report

| 1/11/2017 | 175051 | Horrible odors emitting from Wood Materials turning over compost | Horrible odor | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
|---|---|---|---|---|---|
| 1/11/2017 | 175052 | Foul odors emitting from mulching at Wood Materials facility | Foul odors | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 1/11/2017 | 175053 | Foul odors emitting from mulching at Wood Materials facility | Foul odors | | Earthy smell detected at facility and at facility's compost pile, which may have been the source of the complainant's smell |
| 2/10/2017 | 175844 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/10/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, |

Testifying Expert Report

| | | | | | 176165, and 176356) came in while the sweeper was being fixed. |
|---|---|---|---|---|---|
| 2/10/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/22/2017 | 176078 | Sand on road coming from the hickory ramp. The sand is airborne | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/23/2017 | 176086 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/24/2017 | 176151 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints |

Testifying Expert Report

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 2/24/2017 | 176165 | Facility releasing dust from trucks on haul road | Dust | | Main sweeper had broken, and then the secondary sweeper broke. A broom was utilized to maintain roadways. Five more complaints (176086, 176078, 176151, 176151, 176165, and 176356) came in while the sweeper was being fixed. |
| 4/14/2017 | 177101 | The facility removes and hauls river sand. They are currently hauling sand to the Airport. Sand is leaving the truck and getting into complainants pool. | Sand | | 4/13, 18, 24, 28, and 5/9 River road was swept and cleaned. 5/9 - uncovered truck with sand seen driving on facility. Trucks driving quickly on a ramp, causing airborne particulate matter emissions |
| 6/2/2017 | 178107 | Dump trucks loaded with sand releasing to air and soil | Sand | | 6/7 & 6/13 - no dump trucks seen, but some trucks driving over speed limit are seen, potentially causing emissions. A speed limit sign was installed on 6/15. |

Testifying Expert Report

Testifying Expert Report

## Attachment 3. Emissions Reports

Cornerstone Chemical TRI Reported Data for 2017–2019[288]

| POLLUTANT | MEDIA | 2017 | | 2018 | | | 2019 | |
|---|---|---|---|---|---|---|---|---|
| | | (lbs) | (tons) | (lbs) | (tons) | | (lbs) | (tons) |
| 1,1,1-Trichloroethane | AIR FUG | NR | NR | NR | NR | | NR | NR |
| 2-Methyllactonitrile | AIR FUG | NR | NR | NR | NR | | NR | NR |
| 2-Methyllactonitrile | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Acetaldehyde | AIR STACK | 5.5 | 0.00275 | 11 | 0.0055 | | 11 | 0.0055 |
| Acetamide | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Acetone | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Acetone | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Acetonitrile | AIR FUG | 66 | 0.033 | 112 | 0.056 | | 63 | 0.0315 |
| Acetonitrile | AIR STACK | 393.5 | 0.19675 | 798 | 0.399 | | 411 | 0.2055 |
| Acrolein | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Acrylamide | AIR FUG | NR | NR | 1 | 0.0005 | | NR | NR |
| Acrylamide | AIR STACK | 2 | 0.001 | 4 | 0.002 | | NR | NR |
| Acrylic acid | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Acrylic acid | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Acrylonitrile | AIR FUG | 3087 | 1.5435 | 5287 | 2.6435 | | 5096 | 2.548 |
| Acrylonitrile | AIR STACK | 1823 | 0.9115 | 4008 | 2.004 | | 3625 | 1.8125 |
| Allyl alcohol | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Ammonia | AIR FUG | 5875 | 2.9375 | 6591 | 3.2955 | | 3365 | 1.6825 |
| Ammonia | AIR STACK | 99359.5 | 49.67975 | 54281 | 27.1405 | | 163750.1 | 81.87505 |
| Certain glycol ethers | AIR STACK | NR | NR | NR | NR | | NR | NR |

---

[288] USEPA Form R Reports, *available at* https://enviro.epa.gov/enviro/tri_formr_v2.fac_list?rptyear=2017&facopt=fac_name&fvalue=cornerstone&fac_search=fac_beginning&postal_code=&city_name=&county_name=&state_code=&industry_type=&bia_code=&tribe_Name=&tribe_search=fac_beginning.

Testifying Expert Report

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chlorine | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Chlorine | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Cobalt compounds | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Copper compounds | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Ethylene glycol | AIR FUG | 119.5 | 0.05975 | 194 | 0.097 | | 175 | 0.0875 |
| Ethylene glycol | AIR STACK | 1.5 | 0.00075 | 4 | 0.002 | | 2 | 0.001 |
| Formic acid | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Hydrogen cyanide | AIR FUG | 21 | 0.0105 | 46 | 0.023 | | 46 | 0.023 |
| Hydrogen cyanide | AIR STACK | 871.5 | 0.43575 | 2239 | 1.1195 | | 1568 | 0.784 |
| Melamine | AIR STACK | NR | NR | NR | NR | | NR | NR |
| Methanol | AIR STACK | 1820 | 0.91 | 3663 | 1.8315 | | 3735 | 1.8675 |
| Methyl methacrylate | AIR FUG | 0.5 | 0.00025 | 1 | 0.0005 | | NR | |
| Methyl methacrylate | AIR STACK | 225 | 0.1125 | 449 | 0.2245 | | 449 | 0.2245 |
| Molybdenum trioxide | AIR STACK | 2 | 0.001 | 4 | 0.002 | | 1 | 0.0005 |
| Nickel compounds | AIR STACK | NR | NR | NR | NR | | 89 | 0.0445 |
| Propylene | AIR FUG | 1888.5 | 0.94425 | 2523 | 1.2615 | | 8495 | 4.2475 |
| Propylene | AIR STACK | 37321.5 | 18.66075 | 189996 | 94.998 | | 38760 | 19.38 |
| Sodium nitrite | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | AIR STACK | 11297 | 5.6485 | 23371 | 11.6855 | | 21576 | 10.788 |
| Toluene | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Toluene | AIR STACK | NR | NR | NR | NR | | NR | NR |

Testifying Expert Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vanadium (except when contained in an alloy) | AIR STACK | NR | NR | 2 | 0.001 | | NR | NR |
| Vanadium compounds | AIR STACK | NR | NR | 9 | 0.001 | | NR | NR |
| Xylene (mixed isomers) | AIR FUG | NR | NR | NR | NR | | NR | NR |
| Zinc compounds | AIR FUG | NR | NR | NR | NR | | NR | NR |

Roehm America TRI Reported Data for 2017–2019[289]

| POLLUTANT | MEDIA | 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|---|---|
| | | (lbs) | (tons) | (lbs) | (tons) | (lbs) | (tons) |
| 2-Methyllactonitrile | MEDIA | 0.25 | 0.000125 | 0.09 | 0.000045 | 0.01 | 0.000005 |
| 2-Methyllactonitrile | AIR FUG | NR | NR | 0.07 | 0.000035 | NR | NR |
| Ammonia | AIR STACK | 9.5 | 0.00475 | 44.77 | 0.022385 | 28.25 | 0.014125 |
| Ammonia | AIR FUG | NR | NR | NR | NR | NR | NR |
| Cyanide compounds | AIR STACK | NR | NR | NR | NR | NR | NR |
| Ethylene glycol | AIR FUG | 29 | 0.0145 | 64 | 0.032 | NR | NR |
| Ethylene glycol | AIR FUG | 0.01 | 0.000005 | 0.02 | 0.00001 | NR | NR |
| Hydrogen cyanide | AIR STACK | 13.575 | 0.006788 | 13 | 0.0065 | 31 | 0.0155 |
| Hydrogen cyanide | AIR FUG | 21 | 0.0105 | 26 | 0.013 | 50 | 0.025 |
| Methanol | AIR STACK | 377.5 | 0.18875 | 758 | 0.379 | 994 | 0.497 |
| Methanol | AIR FUG | 709 | 0.3545 | 1297 | 0.6485 | 1053 | 0.5265 |
| Methyl methacrylate | AIR STACK | 2790 | 1.395 | 4419 | 2.2095 | 5556 | 2.778 |
| Methyl methacrylate | AIR FUG | 3396.5 | 1.69825 | 5546 | 2.773 | 3719 | 1.8595 |
| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | AIR STACK | NR | NR | NR | NR | NR | NR |

---

[289] USEPA Form R Reports, *available at*
https://enviro.epa.gov/enviro/tri_formr_v2.dcn_list?rpt_year=2017&fac_id=70094CYRND18RIV&sbmsn_cnt=10&ban_flag=N.

Testifying Expert Report

| Sulfuric acid (acid aerosols including mists, vapors, gas, fog, and other airborne forms of any particle size) | AIR FUG | NR | NR | NR | NR | NR | NR |
|---|---|---|---|---|---|---|---|

Dyno Nobel Ammonia TRI Reported Data for 2017–2019[290]

| POLLUTANT | MEDIA | 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|---|---|
| | | (lbs) | (tons) | (lbs) | (tons) | (lbs) | (tons) |
| Ammonia | | 45,949 | | 97,545 | | 83,562 | 45,949 |
| Methanol | | 53,122 | | 157,977 | | 103,195 | 53,122 |

River Birch TRI Reported Data for 2017–2019[291]

| POLLUTANT | MEDIA | 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|---|---|
| | | (lbs) | (mton CO2e) | (lbs) | (mton CO2e) | (lbs) | (mton CO2e) |
| Carbon dioxide | | | 742.7 | | 23,447.4 | | 26,197.9 |
| Methane | | | 510,233.8 | | 884,274.5 | | 339,217 |
| Nitrous oxide | | | 2.682 | | 78.374 | | 91.188 |

Estimated Air Emissions from ADM Grain Elevator Facility (2016)

| POLLUTANT | CRITERIA | POLLUTANT | TOXIC AIR POLLUTANT |
|---|---|---|---|
| | (tons/yr) | | (tons/yr) |
| $PM_{10}$ | 47.29 | Hexane | 0.14 |
| $PM_{2.5}$ | 8.61 | | |
| $SO_2$ | 0.05 | | |
| $NO_X$ | 8.06 | | |
| CO | 6.69 | | |
| VOC | 0.91 | | |

---

[290] USEPA Form R Reports, *available at* https://enviro.epa.gov/enviro/tri_formr_v2.dcn_list?rpt_year=2017&fac_id=7009WDYNNB18RIV&sbmsn_cnt=2&ban_flag=N.

[291] USEPA ECHO, *available at* https://echo.epa.gov/air-pollutant-report?fid=110021299138.

Testifying Expert Report

Estimated Air Emissions from ADM Grain Elevator Facility (2019)

| POLLUTANT | CRITERIA |
|:---:|:---:|
| | (tons/yr) |
| $PM_{10}$ | 39.21 |
| $PM_{2.5}$ | 7.22 |
| $SO_2$ | 0.05 |
| $NO_X$ | 8.06 |
| CO | 6.69 |
| VOC | 0.91 |

Testifying Expert Report

## Attachment 4. Documents Received and Considered

### Air Permits and Applications (Publicly Available)

2015-02-18 River Birch Landfill Title V Permit
2017-05-01 River Birch Landfill Permit Modification
2017-09-06 Evonik Title V Permit
2017-09-21 IMTT Avondale Minor Source Permit (10806718)
2019-02-22 IMTT-Gretna Minor Source Permit (11537771)
2019-09-06 Dyno Nobel Title V Permit
2019-12-12 Norco Refinery (Shell) Title V (Logistics II)
2020-01-06 Cornerstone Chemical Title V
2020-01-24 Kemira Chemicals Title V
2020-02-04 ADM Grain Minor Source Permit
2020-02-06 ADM Grain LDEQ Air Permit
2020-03-09 Cornerstone Chemical Title V (Hydrogen Cyanide Plant)
2020-04-09 Norco Refinery (Shell) Title V
2020-04-13 Vertex Refining Minor Source Permit
2020-05-14 Valero Refining Title V
2020-11-09 River Birch Landfill Minor Source Permit
2021-02-02 ARTCO Minor Source Permit Application (12572950)

### Cornerstone Air Permits and Applications (Publicly Available)

1996-10-01 Cornerstone Kellogg Ammonia Plant Title V
1996-10-01 Cornerstone Methanol Plant Title V
1996-10-01 Cornerstone MMA Plant Title V
1996-10-01 Cornerstone Sulfuric Acid Regen Plant Title V
1996-10-01 Cornerstone Utilities Plant Title V
1996-10-08 Cornerstone Acrylonitrile Plant Title V
2001-07-06 Cornerstone Acrylonitrile Plant Title V
2002-01-13 Cornerstone Title V Acrylonitrile Permit
2004-04-29 Cornerstone Utilities Plant Additional Info
2004-12-20 Cornerstone Sulfuric Acid Regen Plant Additional Info
2005-03-02 Cornerstone MMA Plant Additional Info
2006-06-23 Cornerstone Acrylonitrile Plant Renewal
2006-08-17 Cornerstone Acid Plant Additional Info
2006-12-21 Cornerstone Urea Melamine Plant Permit Mod
2007-07-25 Cornerstone Acrylonitrile Plant Additional Info
2007-08-15 Cornerstone Acrylonitrile Plant Additional Info
2007-09-13 Cornerstone Acrylonitrile Plant Additional Info

Testifying Expert Report

2008-08-19 Cornerstone Urea Melamine Plant Title V Renewal
2008-10-27 Cornerstone Urea Melamine Plant Additional Info
2008-10-27 Cornerstone Urea Melamine Plant Additional Info 2
2008-11-21 Cornerstone Melamine Plant Additional Info
2008-12-17 Cornerstone Acrylonitrile Plant Additional Info
2009-03-16 Cornerstone Utilities Plant Title V Renewal
2009-09-14 Cornerstone Utilities Plant Additional Info
2009-10-27 Cornerstone Sulfuric Acid Regen Plant Title V
2010-05-14 Cornerstone Urea Melamine Plant Additional Info
2010-11-04 Cornerstone Sulfuric Acid Regen Plant Additional Info
2010-12-07 Cornerstone Utilities Plant Title V Permit Mod
2011-04-06 Cornerstone Acrylonitrile Plant Minor Source Permit Mod
2012-10-18 Cornerstone Acrylonitrile Plant Additional Info
2012-10-18 Cornerstone Acrylonitrile Plant Title V Permit Renewal
2014-02-27 Cornerstone Sulfuric Acid Regen Plant Title V Permit Mod
2014-12-10 Cornerstone Urea Melamine Plant Title V Renewal
2014-12-18 Cornerstone Utilities Plant Site Services Title V
2015-02-19 Cornerstone Urea Melamine Plant Additional Info
2015-10-30 Cornerstone Acrylonitrile Plant Title V Minor Mod
2016-02-05 Cornerstone Sulfuric Acid Regen Plant Title V
2016-12-19 Cornerstone Urea Melamine Plant Title V
2017-03-20 Cornerstone Acrylonitrile Plant Title V Minor Mod
2017-06-22 Cornerstone Sulfuric Acid Regen Plant Additional Info
2017-12-20 Cornerstone Acrylonitrile Plant Title V Renewal
2018-04-30 Cornerstone Urea Melamine Plant Title V Minor Mod
2018-10-26 Cornerstone Utilities Plant Site Services Title V
2019-01-11 Cornerstone Utilities Plant Site Services Addl Info
2020-05-01 Cornerstone Utilities Plant Site Services Title V
2020-10-09 Cornerstone Urea Melamine Plant Title V Renewal
2022-06-24 Cornerstone Sulfuric Acid Regen Plant Title V
2023-03-02 Cornerstone Acrylonitrile Plant Title V Permit Renewal


**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Urea and Melamine Plant) (Publicly Available)**

2016 Annual Report (Apr 11 to Dec 31)
2016 Annual Report (Jan 1 to Apr 10)
2016 Semiannual Report (Apr 11 to June 30)
2016 Semiannual Report (Jan 1 to Apr 11)
2016 Semiannual Report (July 1 to Dec 31)
2017 Semiannual Report (Feb 17 to Dec 31)
2017 Semiannual Report (Feb 17 to June 30)
2017 Semiannual Report (Jan 1 to Feb 16)
2017 Semiannual Report (Jan 1 to Feb 16) (initial)
2017 Semiannual Report (July 1 to Dec 31)

Testifying Expert Report

2018 Annual Report (Jan 1 to June 10)
2018 Annual Report (June 11 to Dec 31)
2018 Semiannual Report (Jan 1 to June 10)
2018 Semiannual Report (July 1 to Dec 31)
2018 Semiannual Report (June 11 to June 30)
2019 Annual Report (Jan 1 to Dec 31)
2019 Semiannual Report (Jan 1 to June 30)
2019 Semiannual Report (July 1 to Dec 31)
2020 Annual Report (Jan 1 to Dec 31)
2020 Semiannual Report (Jan 1 to June 30)
2020 Semiannual Report (July 1 to Dec 31)
2021 Annual Report (Jan 1 to Sept 8)
2021 Semiannual Report (Jan 1 to June 30)
2021 Semiannual Report (July 1 to Sept 8)
2021 Semiannual Report (Sept 9 to Dec 31)
2022 Annual Report (Jan 1 to Dec 31)
2022 Semiannual Report (Jan 1 to June 30)
2022 Semiannual Report (July 1 to Dec 31)


**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Acrylonitrile Plant) (Publicly Available)**

2023 Semiannual Report (Jan 1 to June 30)
2015 Semiannual Report (Jan 1 to June 30)
2015 Semiannual Report (July 1 to Dec 31)
2016 Semiannual Report (Jan 1 to June 30)
2016 Semiannual Report (July 1 to Dec 31)
2017 Semiannual Report (Jan 1 to June 30)
2017 Semiannual Report (July 1 to Dec 31)
2018 Semiannual Report (Jan 1 to June 30)
2018 Semiannual Report (July 1 to Sept 4)
2018 Semiannual Report (Sept 5 - Dec 31)
2019 Semiannual Report (Jan 1 to June 30)
2019 Semiannual Report (July 1 to Dec 31)
2020 Semiannual Report (Jan 1 to June 30)
2020 Semiannual Report (July 1 to Dec 31)
2021 Semiannual Report (Jan 1 to June 30)
2021 Semiannual Report (July 1 to Dec 31)
2022 Semiannual Report (Jan 1 to June 30)
2022 Semiannual Report (July 1 to Dec 31)


**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Sulfuric Acid Regeneration Plant) (Publicly Available)**

2015 Semiannual Report (Jan 1 to June 30)

255

Testifying Expert Report

2015 Semiannual Report (July 1 to Dec 31)
2016 Semiannual Report (Jan 1 to June 30)
2016 Semiannual Report (July 1 to Dec 31)
2017 Semiannual Report (Dec 28 - Dec 31)
2017 Semiannual Report (Jan 1 to June 30)
2017 Semiannual Report (July 1 to Dec 27)
2018 Semiannual Report (Jan 1 to June 30)
2018 Semiannual Report (July 1 to Dec 31)
2019 Semiannual Report (Jan 1 to June 30)
2019 Semiannual Report (July 1 to Dec 31)
2020 Semiannual Report (Jan 1 to June 30)
2020 Semiannual Report (July 1 to Dec 31)
2021 Semiannual Report (Jan 1 to June 30)
2021 Semiannual Report (July 1 to Dec 31)
2022 Semiannual Report (Jan 1 to June 30)
2022 Semiannual Report (July 1 to Dec 31)


**Cornerstone Title V Semiannual Monitoring & Deviations Reports (Utilities Plant/Site Services) (Publicly Available)**

2022 Semiannual Report (July 1 to Dec 31)
2015 Semiannual Report (Jan 1 to June 30)
2015 Semiannual Report (July 1 to Dec 31)
2016 Revised Semiannual Report (July 1 to Dec 31)
2016 Semiannual Report (Jan 1 to June 30)
2016 Semiannual Report (July 1 to Dec 31)
2017 Revised Semiannual Report (Jan 1 to June 30)
2017 Semiannual Report (Jan 1 to June 30)
2017 Semiannual Report (July 1 to Dec 31)
2018 Semiannual Report (Jan 1 to June 30)
2018 Semiannual Report (July 1 to Dec 31)
2019 Semiannual Report (Jan 1 to June 30)
2019 Semiannual Report (July 1 to Dec 31)
2020 Semiannual Report (Jan 1 to June 30)
2021 Semiannual Report (Jan 1 to June 30)
2021 Semiannual Report (July 1 to Sept 8)
2022 Semiannual Report (Jan 1 to June 30)


**Pleadings**

2019-04-10 Consolidated Class Action Complaint
2020-07-14 First Amended and Supplemental Omnibus Complaint
2020-07-14 Notice of Amended and Supplemental Omnibus Complaint
2023-08-25 Memorandum in Support of Ictech Plaintiffs' Motion to Certify Class

Testifying Expert Report

2023-09-15 Plaintiffs' Amended Fact Witness List for Class Certification

**Deposition Transcripts**

River Birch 30(b)(6) (George Brian Dejean, Jr.)
Mary Ann Winningkoff

**Additional Documents**

2024-01-28 Expert Report of Susan Schiffman
2024-02-29 Wendy Gremillion Supplemental Responses to Interrogatories and Requests for Production
Plaintiff Fact Sheet – Mary Ann Winningkoff
2017-08-19 LDEQ Citizen Complaint Submission Confirmation to Mary Ann Winningkoff
List of trial Plaintiff and class representative addresses
https://www.facebook.com/jeffersonparishairquality/videos
2015, 2016, 2017, 2018 & 2019 Wind Rose Data Tables
2015, 2016, 2017, 2018 & 2019 MSY NWS Wind Rose Data Tables

**Produced Documents**

| | | |
|---|---|---|
| ADD_P00109785 | WC_JPLF_00073636 | WC_JPLF_00225329 |
| ADD_P00109963 | WC_JPLF_00073639 | WC_JPLF_00225664 |
| ADD_P00110079 | WC_JPLF_00073643 | WC_JPLF_00225701 |
| APTIM-0008447 | WC_JPLF_00073647 | WC_JPLF_00225811 |
| APTIM-0010622 | WC_JPLF_00073651 | WC_JPLF_00225993 |
| APTIM-0017342 | WC_JPLF_00077081 | WC_JPLF_00226143 |
| APTIM-0017381 | WC_JPLF_00078865 | WC_JPLF_00226153 |
| CCC-000358 | WC_JPLF_00086501 | WC_JPLF_00226276 |
| CCC-000365 | WC_JPLF_00086590 | WC_JPLF_00226440 |
| CCC-000366 | WC_JPLF_00086592 | WC_JPLF_00226586 |
| CCC-000367 | WC_JPLF_00102658 | WC_JPLF_00227132 |
| CCC-000377 | WC_JPLF_00102826 | WC_JPLF_00227237 |
| CCC-000468 | WC_JPLF_00102852 | WC_JPLF_00227272 |
| CCC-000620 | WC_JPLF_00102860 | WC_JPLF_00227288 |
| CCC-000964 | WC_JPLF_00102866 | WC_JPLF_00227291 |
| CCC-001025 | WC_JPLF_00111630 | WC_JPLF_00227352 |
| CCC-001040 | WC_JPLF_00112788 | WC_JPLF_00229159 |
| CCC-001054 | WC_JPLF_00113439 | WC_JPLF_00229170 |
| CCC-001072 | WC_JPLF_00113450 | WC_JPLF_00229186 |
| CCC-001081 | WC_JPLF_00115636 | WC_JPLF_00229188 |
| CCC-001090 | WC_JPLF_00115641 | WC_JPLF_00235293 |

Testifying Expert Report

| | | |
|---|---|---|
| CCC-001093 | WC_JPLF_00116130 | WC_JPLF_00238017 |
| CCC-001130 | WC_JPLF_00116223 | WC_JPLF_00238366 |
| CCC-001132 | WC_JPLF_00116513 | WC_JPLF_00238797 |
| CCC-001137 | WC_JPLF_00116616 | WC_JPLF_00238803 |
| CCC-001139 | WC_JPLF_00117030 | WC_JPLF_00240337 |
| CCC-001407 | WC_JPLF_00117066 | WC_JPLF_00243383 |
| CCC-001408 | WC_JPLF_00117071 | WC_JPLF_00243544 |
| CCC-001467 | WC_JPLF_00117349 | WC_JPLF_00244386 |
| CCC-001468 | WC_JPLF_00117507 | WC_JPLF_00250229 |
| CCC-001500 | WC_JPLF_00117525 | WC_JPLF_00250230 |
| CCC-001501 | WC_JPLF_00117894 | WC_JPLF_00251610 |
| CCC-001567 | WC_JPLF_00118403 | WC_JPLF_00252026 |
| CCC-001568 | WC_JPLF_00118420 | WC_JPLF_00256046 |
| CCC-001753 | WC_JPLF_00118451 | WC_JPLF_00257768 |
| CCC-001757 | WC_JPLF_00118479 | WC_JPLF_00258569 |
| CCC-001761 | WC_JPLF_00118539 | WC_JPLF_00260240 |
| GEOSYNTEC_00001527 | WC_JPLF_00118625 | WC_JPLF_00261215 |
| GEOSYNTEC_00001974 | WC_JPLF_00118630 | WC_JPLF_00263600 |
| GEOSYNTEC_00004148 | WC_JPLF_00118636 | WC_JPLF_00269015 |
| GEOSYNTEC_00005848 | WC_JPLF_00118642 | WC_JPLF_00275462 |
| GEOSYNTEC_00006364 | WC_JPLF_00125232 | WC_JPLF_00287046 |
| GEOSYNTEC_00006559 | WC_JPLF_00125646 | WC_JPLF_00287113 |
| GEOSYNTEC_00007565 | WC_JPLF_00125649 | WC_JPLF_00287114 |
| GEOSYNTEC_00007592 | WC_JPLF_00125667 | WC_JPLF_00287117 |
| GEOSYNTEC_00014948 | WC_JPLF_00125669 | WC_JPLF_00287157 |
| GEOSYNTEC_00015937 | WC_JPLF_00125790 | WC_JPLF_00287211 |
| GEOSYNTEC_00015942 | WC_JPLF_00125794 | WC_JPLF_00287258 |
| GEOSYNTEC_00023101 | WC_JPLF_00125889 | WC_JPLF_00287331 |
| GEOSYNTEC_00023248 | WC_JPLF_00126814 | WC_JPLF_00287348 |
| JP_JPLF_00220975 | WC_JPLF_00126823 | WC_JPLF_00287363 |
| JP_JPLF_00432985 | WC_JPLF_00126828 | WC_JPLF_00287396 |
| PLAINTIFFS_001969 | WC_JPLF_00164844 | WC_JPLF_00287413 |
| PLAINTIFFS_001970 | WC_JPLF_00165940 | WC_JPLF_00287418 |
| PLAINTIFFS_001971 | WC_JPLF_00165943 | WC_JPLF_00290185 |
| PLAINTIFFS_001972 | WC_JPLF_00165950 | WC_JPLF_00290292 |
| PLAINTIFFS_001973 | WC_JPLF_00171455 | WC_JPLF_00290338 |
| PLAINTIFFS_001974 | WC_JPLF_00171533 | WC_JPLF_00291377 |
| PLAINTIFFS_001975 | WC_JPLF_00171661 | WC_JPLF_00291559 |
| RIVER_BIRCH_0003507 | WC_JPLF_00171730 | WC_JPLF_00291606 |
| RIVER_BIRCH_0003533 | WC_JPLF_00171756 | WC_JPLF_00299366 |
| RIVER_BIRCH_0003894 | WC_JPLF_00171810 | WC_JPLF_00299711 |
| RIVER_BIRCH_0003896 | WC_JPLF_00172078 | WC_JPLF_00300205 |
| RIVER_BIRCH_0003897 | WC_JPLF_00172100 | WC_JPLF_00311239 |
| RIVER_BIRCH_0003943 | WC_JPLF_00172118 | WC_JPLF_00311599 |
| WC_JPLF_00000114 | WC_JPLF_00172158 | WC_JPLF_00320756 |

Testifying Expert Report

| | | |
|---|---|---|
| WC_JPLF_00000978 | WC_JPLF_00172198 | WC_JPLF_00320896 |
| WC_JPLF_00001192 | WC_JPLF_00172217 | WC_JPLF_00320922 |
| WC_JPLF_00001288 | WC_JPLF_00172249 | WC_JPLF_00411741 |
| WC_JPLF_00001327 | WC_JPLF_00172519 | WC_JPLF_00413576 |
| WC_JPLF_00001358 | WC_JPLF_00172589 | WC_JPLF_00429713 |
| WC_JPLF_00001397 | WC_JPLF_00172766 | WC_JPLF_00429735 |
| WC_JPLF_00001569 | WC_JPLF_00172814 | WC_JPLF_00429769 |
| WC_JPLF_00001834 | WC_JPLF_00172821 | WC_JPLF_00430048 |
| WC_JPLF_00002495 | WC_JPLF_00173029 | WC_JPLF_00432320 |
| WC_JPLF_00003156 | WC_JPLF_00173060 | WC_JPLF_00433502 |
| WC_JPLF_00003214 | WC_JPLF_00173392 | WC_JPLF_00433530 |
| WC_JPLF_00003225 | WC_JPLF_00173572 | WC_JPLF_00434851 |
| WC_JPLF_00003232 | WC_JPLF_00174221 | WC_JPLF_00435560 |
| WC_JPLF_00003889 | WC_JPLF_00174264 | WC_JPLF_00436889 |
| WC_JPLF_00004313 | WC_JPLF_00175003 | WC_JPLF_00437233 |
| WC_JPLF_00004510 | WC_JPLF_00175101 | WC_JPLF_00437488 |
| WC_JPLF_00004521 | WC_JPLF_00175319 | WC_JPLF_00437540 |
| WC_JPLF_00004975 | WC_JPLF_00175431 | WC_JPLF_00439394 |
| WC_JPLF_00004983 | WC_JPLF_00175525 | WC_JPLF_00440239 |
| WC_JPLF_00005008 | WC_JPLF_00175637 | WC_JPLF_00448446 |
| WC_JPLF_00005015 | WC_JPLF_00175638 | WC_JPLF_00448945 |
| WC_JPLF_00005017 | WC_JPLF_00175650 | WC_JPLF_00471140 |
| WC_JPLF_00005088 | WC_JPLF_00175655 | WC_JPLF_00471217 |
| WC_JPLF_00005145 | WC_JPLF_00175850 | WC_JPLF_00471220 |
| WC_JPLF_00032809 | WC_JPLF_00175878 | WC_JPLF_00471623 |
| WC_JPLF_00049005 | WC_JPLF_00175926 | WC_JPLF_00471627 |
| WC_JPLF_00050459 | WC_JPLF_00175937 | WC_JPLF_00471631 |
| WC_JPLF_00050487 | WC_JPLF_00176189 | WC_JPLF_00472383 |
| WC_JPLF_00050510 | WC_JPLF_00176466 | WC_JPLF_00472387 |
| WC_JPLF_00050539 | WC_JPLF_00176655 | WC_JPLF_00472393 |
| WC_JPLF_00050588 | WC_JPLF_00176960 | WC_JPLF_00472483 |
| WC_JPLF_00050621 | WC_JPLF_00180344 | WC_JPLF_00472528 |
| WC_JPLF_00050627 | WC_JPLF_00180401 | WC_JPLF_00472556 |
| WC_JPLF_00050657 | WC_JPLF_00180416 | WC_JPLF_00473603 |
| WC_JPLF_00050707 | WC_JPLF_00180568 | WC_JPLF_00473611 |
| WC_JPLF_00050730 | WC_JPLF_00180622 | WC_JPLF_00473612 |
| WC_JPLF_00050794 | WC_JPLF_00180625 | WC_JPLF_00473634 |
| WC_JPLF_00050812 | WC_JPLF_00180649 | WC_JPLF_00473762 |
| WC_JPLF_00050817 | WC_JPLF_00194194 | WC_JPLF_00473788 |
| WC_JPLF_00073521 | WC_JPLF_00214611 | WC_JPLF_00474073 |
| WC_JPLF_00073527 | WC_JPLF_00214617 | WC_JPLF_00474195 |
| WC_JPLF_00073540 | WC_JPLF_00214636 | WC_JPLF_00474203 |
| WC_JPLF_00073543 | WC_JPLF_00214695 | WC_JPLF_00474235 |
| WC_JPLF_00073547 | WC_JPLF_00214862 | WC_JPLF_00474275 |
| WC_JPLF_00073551 | WC_JPLF_00215763 | WC_JPLF_00474276 |

# EXHIBIT D

Testifying Expert Report

| | | |
|---|---|---|
| WC_JPLF_00073553 | WC_JPLF_00215802 | WC_JPLF_00474453 |
| WC_JPLF_00073557 | WC_JPLF_00216003 | WC_JPLF_00474459 |
| WC_JPLF_00073561 | WC_JPLF_00216232 | WC_JPLF_00474576 |
| WC_JPLF_00073565 | WC_JPLF_00216234 | WC_JPLF_00487435 |
| WC_JPLF_00073570 | WC_JPLF_00216237 | WC_JPLF_00487439 |
| WC_JPLF_00073574 | WC_JPLF_00216243 | WC_JPLF_00487443 |
| WC_JPLF_00073578 | WC_JPLF_00216246 | WC_JPLF_00487452 |
| WC_JPLF_00073585 | WC_JPLF_00216354 | WC_JPLF_00487456 |
| WC_JPLF_00073589 | WC_JPLF_00216460 | WC_JPLF_00487463 |
| WC_JPLF_00073593 | WC_JPLF_00217727 | WC_JPLF_00487471 |
| WC_JPLF_00073597 | WC_JPLF_00217731 | WC_JPLF_00487475 |
| WC_JPLF_00073601 | WC_JPLF_00217733 | WC_JPLF_00487486 |
| WC_JPLF_00073605 | WC_JPLF_00217737 | WC_JPLF_00487491 |
| WC_JPLF_00073609 | WC_JPLF_00222855 | WC_JPLF_00487496 |
| WC_JPLF_00073613 | WC_JPLF_00222866 | WC_JPLF_00487502 |
| WC_JPLF_00073617 | WC_JPLF_00223116 | WC_JPLF_00487537 |
| WC_JPLF_00073621 | WC_JPLF_00223225 | WC_JPLF_00487543 |
| WC_JPLF_00073623 | WC_JPLF_00223227 | WC_JPLF_00490603 |
| WC_JPLF_00073628 | WC_JPLF_00223436 | WC_JPLF_00539828 |
| WC_JPLF_00073632 | WC_JPLF_00225316 | |