UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO. 18-7889 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | SECTION "E" (5) |

## NOTICE TO PRODUCE HARD COPY

    Because R. Docs. 441, 444 and 447 contain more than 50 pages, counsel must deliver to chambers within 3 working days a hard copy of each submission in separate binders with tabbed dividers for all exhibits and attachments. The hard copy of the submissions must be printed from CM/ECF so that it has the CM/ECF document header on all pages indicating the case number, record document number, filing date, and page number. The cover of the binders must include the case name, case number, document name, and record document number. If there are more than five (5) exhibits and attachments, the binders must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

    New Orleans, Louisiana, this 25th day of June, 2024.

SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

Issued for the court by:

Brad Newell
Case Manager - Section "E"
504-589-7714