UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF EXCEEDING PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come the named Putative Class Plaintiffs and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr. and Mona Bernard, and the additionally identified Class Representatives, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), who file this motion for leave, pursuant to Local Rule 7.7, and respectfully request that Plaintiffs be allowed to file a 16-page Reply Memorandum in Support of their Amended Motion to Certify Class, and in support state:

1. Defendants have confirmed they do not oppose Plaintiffs' requested page limit extension.

2. Plaintiffs' Reply is in response to Defendants' fifty-one (51) page Opposition to Plaintiffs' Amended Motion to Certify Class (Doc. 447).

3. This Court granted Plaintiffs' motion for leave to file a 51-page memorandum in support of their Amended Motion to Certify Class. Doc. 439.

4. This Court granted Defendants' motion for leave to file a 51-page opposition to Plaintiffs' Amended Motion to Certify Class. Doc. 446.

5. Plaintiffs respectfully request leave to exceed the ten (10) page limit for reply memorandum and file their Reply not to exceed sixteen (16) pages (including signature block and certificate of service) to respond to Defendants' arguments, which Plaintiffs assert will assist the Court in resolving the issues before it.

6. Accordingly, Plaintiffs respectfully request leave to file a Memorandum in Support of their Amended Motion to Certify Class not to exceed sixteen (16) pages (including signature block and certificate of service).

7. Plaintiffs assert that the filing of the requested memorandum will not cause any undue delay and does not involve any bad faith or dilatory motive.

8. Finally, no undue prejudice will result to Defendants should this Court allow Plaintiffs to file the requested 16-page Reply memorandum in support of the Amended Motion to Certify Class.

WHEREFORE, Plaintiffs pray that this Motion be granted and that Plaintiffs be allowed to file a Reply memorandum in support of their Amended Motion to Certify Class not to exceed sixteen (16) pages.

Date: June 26, 2024

                                        Respectfully Submitted:

                                        */s/ Lawrence J. Centola, III*
                                        Scott R. Bickford (#1165)
                                        srb@mbfirm.com
                                        Lawrence J. Centola, Iii (#27402)
                                        ljc@mbfirm.com
                                        Jason Z. Landry (#33932)

jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

/s/ *Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lawrence J. Centola, III*

4