UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Reply Brief Exceeding Page Limit;

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiffs shall be allowed to file a Reply memorandum in support of their amended Motion to Certify Class not to exceed sixteen (16) pages.

New Orleans, Louisiana, this ___ day of June, 2024.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE