# REBUTTAL REPORT OF
# JAANA PIETARI, PH.D., MBA, PE

## HYDROGEN SULFIDE GENERATION FROM HIGH-SULFATE WASTE SPENT LIME AT THE JEFFERSON PARISH LANDFILL

_____

Jaana Pietari, PH.D., MBA, PE (MA)
Senior Managing Consultant, Ramboll Americas Engineering Solutions, Inc.
March 29, 2024

Prepared for Whiteford, Taylor & Preston, LLP and Martzell, Bickford & Centola, A.P.C.

EXHIBIT

1570

RAMBOLL

REBUTTAL REPORT OF JAANA PIETARI, PHD, MBA, PE

## CONTENTS

| | | |
|---|---|---|
| **1.** | **INTRODUCTION** | **1** |
| 1.1 | Assignment | 1 |
| 1.2 | Limitations | 1 |
| 1.3 | Summary of My Expert Opinions | 2 |
| **2.** | **SUMMARY OF REBUTTAL OPINIONS** | **1** |
| **3.** | **REBUTTAL OF DR. BISHOW NATH SHAHA, PE** | **3** |
| 3.1 | Summary of Dr. Shaha's Expert Opinions | 3 |
| 3.2 | Rebuttal Opinion 1: Dr. Shaha incorrectly and misleadingly describes the $H_2S$ Generation Model developed by Anderson et al. (2010) and misrepresents other studies on $H_2S$ generation. | 4 |
| 3.3.1 | Dr. Shaha mischaracterizes Yang et al (2006) article to support his opinion that "the assumption that the first order decay constants for Spent Lime would be similar to those of C&D debris is not scientifically reliable." | 8 |
| 3.5 | Rebuttal Opinion 4: Dr. Shaha inaccurately represents the available $H_2S$ data for Phase IVA and ignores data limitations in his comparison of the measured and modeled $H_2S$ concentrations presented in my expert reports. | 12 |
| 3.5.1 | Dr. Shaha's comparisons of measured and modeled $H_2S$ concentrations among my initial expert report, supplemental expert report and 2024 expert report are misleading and ignore data limitations. | 13 |
| 3.5.2 | The May 2018 data or the November 2019 data are not appropriate validation points for the $H_2S$ Generation Model calibrated with TRC's October 2019 data due to data limitations. Due to data limitations, differences in the measured and modeled $H_2S$ concentrations in the available data, resulting from the variable detection ranges, should not be construed as a trend. | 15 |
| 3.5.3 | TRC (2020) $H_2S$ data for October 2019 is appropriate for calibration of the $H_2S$ Generation Model for Phase IVA and is more appropriate than using the CEC (2018) data, given the data limitations in the latter. | 16 |
| 3.6 | Rebuttal Opinion 5: Dr. Shaha mischaracterizes my $H_2S$ generation modeling objective, ignores the availability of site-specific data for Phase IVA, inaccurately asserts I did not consider the potential effect of pH from the Spent Lime, incorrectly asserts that I applied a first order decay constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020), and incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition. | 17 |
| 3.6.1 | Dr. Shaha incorrectly characterizes the objective of my $H_2S$ generation modeling. Further, the objective of the $H_2S$ generation modeling does not affect and should not affect the application of the $H_2S$ Generation Model. | 17 |
| 3.6.2 | In his criticism of my $H_2S$ generation modeling, Dr. Shaha ignores the available site-specific data available on the amounts of Spent Lime disposed at the JPL Phase IVA and the sulfate content in the Spent Lime. The available data is consistent with the data Anderson et al. (2010) finds important for accurate modeling of $H_2S$ generation. | 18 |

| 3.6.3 | Dr. Shaha incorrectly asserts that I did not take into account the potential effect of the Spent Lime on the pH at Phase IVA in my $H_2S$ generation estimates. | 19 |
|---|---|---|
| 3.6.4 | Dr. Shaha is incorrect in implying that I only applied first order decay rate constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020). | 20 |
| 3.6.5 | Dr. Shaha incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition. | 20 |
| 3.7 | Rebuttal Opinion 6: Shaha and Meeroff (2020) did not include a derivation of a site-specific $H_2S$ decay rate. | 22 |
| 3.8 | Rebuttal Opinion 7:  Validation is not a required step in application of the $H_2S$ Generation Model. | 23 |
| **4.** | **REBUTTAL OF MR. MATTHEW K. STUTZ, PE** | **25** |
| 4.1 | Rebuttal Opinion 8:  Mr. Stutz mischaracterizes the available $H_2S$ data for the JPL Phase IVA. | 25 |
| 4.2 | Rebuttal Opinion 9:  Mr. Stutz ignores several factors that influence $H_2S$ generation and emission from the Highway 90 Landfill that likely lead him to overestimate the $H_2S$ generation and emissions. | 27 |
| 4.3 | Rebuttal Opinion 10:  Mr. Stutz's statement that municipal solid waste contribution to $H_2S$ in Phase IVA was double counted by the Plaintiffs' experts is incorrect. | 29 |
| **5.** | **REFERENCES** | **31** |
| **6.** | **ADDITIONAL INFORMATION CONSIDERED** | **35** |

REBUTTAL REPORT OF JAANA PIETARI, PHD, MBA, PE

## ACRONYMS AND ABBREVIATIONS

| | |
|---|---|
| C&D | Construction and demolition |
| CCR | coal combustion residual |
| CEC | Carlson Environmental Consultants |
| FGD | flue gas desulfurization |
| GEM 5000 | LandtecTM GEM 5000 Plus |
| $H_2S$ | hydrogen sulfide |
| JPL or JPLF | Jefferson Parish Landfill |
| k | first-order decay constant |
| LandGEM | Landfill Gas Emissions Model |
| LDEQ | Louisiana Department of Environmental Quality |
| LFG | landfill gas |
| MSW | municipal solid waste |
| pH | concentration of hydrogen ions in water; measure of how acidic or basic water is |
| Phase IIIB | phase three B of the JPL |
| Phase IVA | phase four A of the JPL |
| ppm | parts per million |
| ppmv | parts per million by volume |
| RBLF | River Birch Landfill |
| $S_0$ | $H_2S$ generation potential |
| SCC | sulfate containing compounds |
| scfm | standard cubic feet per minute |
| SDS | safety data sheet |
| $SO_x$ | sulfur oxides |
| SRB | sulfate reducing bacteria |
| WTP | Whiteford, Taylor & Preston, LLP |

# 1.    INTRODUCTION

## 1.1    Assignment

After issuing my expert report on February 2, 2024, I have received and reviewed the reports listed below, which were prepared by the experts for the defense ("the Defense experts") in this case[1] and that specifically address hydrogen sulfide ($H_2S$) generation at the Jefferson Parish Landfill (JPL) from disposal of Spent Lime and construction & demolition (C&D) waste:

- Shaha, B.N. 2024. Expert Report of Bishow Nath Shaha, Ph.D., P.E. Review of Hydrogen Sulfide Generation at Jefferson Parish Landfill Prepared by Dr. Jaana Pietari. March 8.

- Stutz, M.K. 2024. Addendum to Expert Report, Jefferson Parish Landfill, Jefferson Parish, Louisiana. Prepared by Weaver Consultants Group. March 8.

The scope of this report is to address certain issues raised by the above-identified Defense experts. This rebuttal report incorporates by reference my expert report of February 2, 2024 ("2024 expert report"), including my qualifications, compensation, information reviewed and considered, opinions and bases, and any references and exhibits. I reserve the right to amend or supplement my 2024 expert report or this rebuttal report, and my analyses and opinions, if additional information becomes available.

Previously, at the request of Whiteford, Taylor & Preston, LLP (WTP), I prepared an expert report titled *Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill* dated January 29, 2021 (Pietari 2021a). Subsequent to issuance of my expert report on January 29, 2021, and my rebuttal report on June 16, 2021 (Pietari 2021b), I prepared a supplemental expert report titled *Supplemental Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill* dated August 27, 2021 (Pietari 2021c), as new data had become available on $H_2S$ concentrations measured at the JPL Phase IVA. My 2024 expert report (Pietari 2024) did not change my opinions or my methodologies from the prior reports, but it incorporated my analyses and my opinions from my prior reports and only amended my prior reports with new information on the Spent Lime composition that became available after I had submitted my supplemental expert report, and which is supportive of my earlier analysis.

## 1.2    Limitations

Assumptions made during my evaluation are outlined throughout the report. I have assumed that the information supplied to me accurately documents the facts and circumstances in relation to the technical matters that this report addresses. In my opinion, the documents and information that I relied on are the type of information that an expert in my field would reasonably rely upon in formulating the opinions that I offer in this report. This report summarizes work performed to date and presents my findings and opinions resulting from that work, made to a reasonable degree of scientific certainty. Should additional documents be discovered or produced, and the information contained in those documents bear upon any of my technical opinions, I reserve the right to prepare a supplemental expert report to add and/or amend my opinions.

---

[1]  *Frederick Addison et al. v. Louisiana Regional Landfill Co., et al.*, Civ. Action No.19-1113 and 19-14512, and *Elias Jorge ("George") Ichtech-Bendek et al. v. Waste Connections Bayou, Inc.*, Civ. Action No. 18-7889, E.D.La.

## 1.3     Summary of My Expert Opinions

In my 2024 expert report, I offered the following opinions:

1. **Opinion 1:** Spent Lime disposed at the JPL between October 2016 and July 2018 contained large amounts of soluble sulfate. A total of 23,003.8 tons of Spent Lime was disposed at the JPL, which contained 641.7 to 2,882.8 tons of sulfate, corresponding to 214.2 and 962.3 tons of associated sulfur.

    a. **Opinion 1.1:** These totals, limited to Spent Lime, likely underestimate the amount of sulfate and associated sulfur disposed in Phase IVA between October 2016 and July 2018.

2. **Opinion 2:** The sulfate in the Spent Lime resulted in the generation of $H_2S$ in Phase IVA at the JPL.

    a. **Opinion 2.1:** C&D waste disposed at the JPL between July 2013 and June 2015 likely contributed to the $H_2S$ generation during the time when Spent Lime was landfilled at the JPL.

3. **Opinion 3:** Based on the TRC (2020) $H_2S$ data for October 2019, the Spent Lime and the C&D waste disposed at the JPL Phase IVA likely generated a total of 399,479 $m^3$ of $H_2S$ from October 2016 through December 2019. In June 2018, an estimated 16,618 $m^3$ of $H_2S$ was generated.

    a. **Opinion 3.1:** The average $H_2S$ concentrations in Phase IVA in May and September 2018 were likely much higher than those measured by CEC in May 2018 given that TRC (2020) measured $H_2S$ concentrations up to 6,499 ppmv 16 months after the Spent Lime disposal had ended and given that the measurement method used by CEC was not able to detect $H_2S$ concentrations above 2,000 ppmv.

Key to forming my opinions was my analysis using a scientifically accepted first-order decay model developed by Anderson et al. (2010) to estimate $H_2S$ generation ("$H_2S$ Generation Model"), using site-specific data and conservative assumptions when site-specific data was not available. My approach considered all available data including amounts of Spent Lime and C&D waste disposed at Phase IVA at the JPL, information of the composition of the Spent Lime, and measurements of $H_2S$ in gas wells located within Phase IVA at the JPL.

# 2.    SUMMARY OF REBUTTAL OPINIONS

My responses to the opinions offered by the Defense experts in their reports that are relevant to my analysis are summarized below. In this report, I have addressed points that I believe are most significant. While I have not addressed all of the points the Defense experts make in their reports, my omission of any specific point does not imply that I agree with those opinions. Specifically, I have not addressed Dr. Shaha's, Mr. Stutz's, or other Defense expert's opinions regarding the first order decay rate constant (k) for methane generation from MSW disposed at the Phase IVA. These opinions will be addressed by my colleague, Mr. Jose Sananes, in a separate rebuttal report. Further, regarding Dr. Shaha's opinions, I have not addressed those comments that only pertain to my initial expert report, dated January 29, 2021 (Pietari 2021a). While my opinions in my initial expert report still are valid, additional data obtained on the $H_2S$ concentrations at the JPL Phase IVA and on the sulfate content of the Spent Lime have allowed me to refine my analysis and $H_2S$ generation estimates, as presented in my supplemental expert report (Pietari 2021c) and my 2024 expert report (Pietari 2024).

My detailed responses to the relevant opinions offered by Dr. Shaha and Mr. Stutz are in Section 3 and Section 4, respectively.

**Summary of my rebuttal of Dr. Bishow Nath Shaha, PE:**

1. **Rebuttal Opinion 1:**  Dr. Shaha incorrectly and misleadingly describes the $H_2S$ Generation Model developed by Anderson et al. (2010) and misrepresents other studies on $H_2S$ generation.

2. **Rebuttal Opinion 2:**  The direct sulfur source for sulfate reducing bacteria is sulfate. The sulfur source, sulfate, is the same in Spent Lime, C&D debris, and C&D fines.

   a.  Dr. Shaha mischaracterizes Yang et al. (2006) article to support his opinion that "the assumption that the first order decay constants for Spent Lime would be similar to those of C&D debris is not scientifically reliable".

3. **Rebuttal Opinion 3:**  Dr. Shaha ignores the fact that the data collection at Phase IVA at the JPL was controlled by the Defendants, and despite having knowledge of the potential for Spent Lime to generate $H_2S$ when co-disposed with MSW, the Defendants chose not to collect the appropriate data.

   a.  Data collection was not possible as the Plaintiffs' experts were only allowed access to the JPL Phase IVA nearly 16 months after the disposal of the Spent Lime and the Plaintiffs' experts could not collect samples at many important locations on Phase IVA.

   b.  Despite having knowledge of the potential for Spent Lime to generate $H_2S$ when co-disposed with MSW, the Defendants chose not to collect the appropriate data.

4. **Rebuttal Opinion 4:**  Dr. Shaha inaccurately represents the available $H_2S$ data for Phase IVA and ignores data limitations in his comparison of the measured and modeled $H_2S$ concentrations presented in my expert reports.

   a.  Dr. Shaha's comparisons of measured and modeled $H_2S$ concentrations among my initial expert report, supplemental expert report and 2024 expert report are misleading and ignore data limitations.

   b.  The May 2018 data or the November 2019 data are not appropriate validation points for the $H_2S$ Generation Model calibrated with the TRC's October 2019 data due to data limitations.

Due to data limitations, differences in the measured and modeled $H_2S$ concentrations in the available data, resulting from the variable detection ranges, should not be construed as a trend.

c. TRC (2020) $H_2S$ data for October 2019 is appropriate for calibration of the $H_2S$ Generation Model for Phase IVA and is more appropriate than using the CEC (2018) data, given the data limitations in the latter.

5. **Rebuttal Opinion 5:** Rebuttal Opinion 5: Dr. Shaha mischaracterizes my $H_2S$ generation modeling objective, ignores the availability of site-specific data for Phase IVA, inaccurately asserts I did not consider the potential effect of pH from the Spent Lime, incorrectly asserts that I applied a first order decay constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020), and incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition.

a. Dr. Shaha incorrectly characterizes the objective of my $H_2S$ generation modeling. Further, the objective of the $H_2S$ generation modeling does not affect and should not affect the application of the $H_2S$ Generation Model.

b. In his criticism of my $H_2S$ generation modeling, Dr. Shaha ignores the available site-specific data available on the amounts of Spent Lime disposed at the JPL Phase IVA and the sulfate content in the Spent Lime. The available data is consistent with the data Anderson et al. (2010) finds important for accurate modeling of $H_2S$ generation.

c. Dr. Shaha incorrectly asserts that I did not take into account the potential effect of the Spent Lime on the pH at Phase IVA in my $H_2S$ generation estimates.

d. Dr. Shaha is incorrect in implying that I only applied first order decay rate constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020).

e. Dr. Shaha incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition.

6. **Rebuttal Opinion 6:** Shaha and Meeroff (2020) did not include a derivation of a site-specific $H_2S$ decay rate.

7. **Rebuttal Opinion 7:** Validation is not a required step in application of the $H_2S$ Generation Model.

**Summary of my rebuttal of Mr. Matthew K. Stutz, PE:**

1. **Rebuttal Opinion 8**:  Mr. Stutz mischaracterizes the available $H_2S$ data for the JPL Phase IVA.

2. **Rebuttal Opinion 9**:  Mr. Stutz ignores several factors that influence $H_2S$ generation and emission from the Highway 90 Landfill that likely lead him to overestimate the $H_2S$ generation and emissions.

3. **Rebuttal Opinion 10:**  Mr. Stutz's statement that municipal solid waste contribution to $H_2S$ in Phase IVA was double counted by the Plaintiffs' experts is incorrect.

# 3.    REBUTTAL OF DR. BISHOW NATH SHAHA, PE

## 3.1    Summary of Dr. Shaha's Expert Opinions

In summary, Dr. Shaha provides four main opinions where he criticizes my estimation of $H_2S$ generation for the Phase IVA at the JPL. Dr. Shaha's opinions are below, and my responses to Dr. Shaha's opinions are in Sections 3.2 through 3.8.

- **"Opinion 1**: Dr. Pietari misapplied the methodology I developed (Shaha & Meeroff 2020), and as a consequence, the generated $H_2S$ data from the model lacks scientific reliability. The $H_2S$ generation modeling approach presented in Shaha & Meeroff (2020) and the site specific modeling parameters developed for Construction and Demolition (C&D) debris co-disposed with Municipal Solid Waste (MSW) are not directly applicable (and cannot be reliably applied) to JPL, where Spent Lime is the major source of sulfur and there is limited availability of actual $H_2S$ concentration data at JPL to validate the model output. Additionally, I am unaware of the application of the method proposed by Shaha & Meeroff (2020) to flue-gas desulphurization (FGD) materials, whether spent lime or otherwise.

  a. The conservative assumptions and methodology employed in Shaha & Meeroff (2020) to determine the longest design life of the $H_2S$ treatment system are not directly applicable to Pietari (2021a, b, c and 2024), where Dr. Pietari's objective is to estimate the $H_2S$ generation with a high level of statistical confidence.

  b. The model parameters for estimating $H_2S$ generation from C&D debris significantly vary due to the distinct levels of $H_2S$ generation across sites. This variability is influenced by factors such as waste particle size, landfill operational variations, co-disposed waste types, moisture content, pH levels, temperature, daily and intermediate covers, and numerous other factors. The sulfur decay rate (k) [2] and $H_2S$ generation potential ($S_0$) ranges found in Shaha & Meeroff (2020) for C&D debris would not be representative or directly applicable for modeling $H_2S$ generation at the JPL. This is due to the use of a distinct sulfur source, Spent Lime, even though both sources (i.e., C&D debris and Spent Lime) share gypsum as their primary sulfur-containing compound.

  c. The three most critical limitations preventing the scientifically reliable application of the modeling approach presented in Shaha & Meeroff (2020) to the reports prepared by Pietari (2021a, b, c and 2024) are the absence of available historical $H_2S$ concentration data, unknown nature of the peak $H_2S$ concentration, and the incompleteness of measured data specific to JPL. These limitations affect the selection of constraints and subsequent validation of the model predicted $H_2S$ generation.

- **Opinion 2**: Dr. Pietari's analyses rely on an estimation of [landfill gas (LFG)] generation using LandGEM parameters specifically developed and recommended in USEPA (2005) for a closed wet landfill with groundwater intrusion (i.e., Landfill A). However, the JPL is much more likely to function as a conventional landfill, and the LandGEM parameters for conventional landfills would be more representative. Applying the LandGEM parameters specifically developed and recommended in USEPA (2005) for a closed wet landfill with groundwater intrusion (i.e., Landfill

---

[2]  Shaha (2024) and Shaha and Meeroff (2020) refer to the k value as "decay rate;" however, more accurately, the k value is a "decay rate constant" with a unit of 1/year (Anderson et al. 2010). The k-value multiplied by the amount of sulfur and $H_2S$ generation potential results in the decay rate in unit of volume/year.

A) at the JPL would not be realistic. This leads to a considerable overestimation of LFG generation, subsequently leading to a similar overestimation of $H_2S$ generation to satisfy the modeling constraint, compromising the reliability of the model.

   a. A methane decay constant, K= 0.05 per year ($yr^{-1}$), and methane generation potential, $L_0$ = 100 cubic meters of methane per megagrams ($m^3$ $CH_4$/Mg), would be more realistically aligned with JPL conditions under USEPA recommendations for conventional landfills and historical LFG modeling at JPL.

• **Opinion 3**: The sulfur content (low, medium, or high) in Spent Lime does not impact the overall predicted generation of $H_2S$ utilizing the modeling approach in Shaha & Meeroff (2020). It is evident from Pietari (2021c and 2024) that, for a fixed k value (0.53 $yr^{-1}$) and a fixed $H_2S$ Constraint (3,633 ppmv), the $H_2S$ generation potential ($S_0$) varies accordingly to adjust for the sulfur content assumption. A higher sulfur content will result in a lower $S_0$ value (161 $m^3$- $H_2S$ /t of sulfur, Pietari 2024) and a lower sulfur content assumption will yield a higher $S_0$ value (573 $m^3$-$H_2S$ /t of sulfur, Pietari 2021c). Therefore, a low sulfur content with a higher $S_0$ value could potentially meet the constraint ($H_2S$ concentration) requirement at a specific time.

• **Opinion 4:** The $H_2S$ generation model predicted $H_2S$ concentrations that were not validated by Dr. Pietari using site-specific data, resulting in estimated $H_2S$ concentrations that do not reasonably replicate the actual measurements at JPL and severely compromise the reliability of Dr. Pietari's model output.

   a. Incorporating a single constraint approach to develop the $H_2S$ generation model with limited $H_2S$ concentration data at JPL results in unreliable model outputs.

   b. Focusing on the parabolic relationship of the k and $S_0$ does not improve the reliability of the model output (refer to Section 4.1.6).

   c. It is evident from the discussion in Section 4.1.7 that the predicted $H_2S$ generation from Dr. Pietari's model does not replicate the limited available concentration actually measured at JPL and fails to follow the observed trends."

My rebuttal of Dr. Shaha's opinions is below.

## 3.2    Rebuttal Opinion 1: Dr. Shaha incorrectly and misleadingly describes the $H_2S$ Generation Model developed by Anderson et al. (2010) and misrepresents other studies on $H_2S$ generation.

On a number of occasions in his report, Dr. Shaha asserts that the $H_2S$ Generation Model developed by Anderson et al. (2010) was developed for the co-disposal of C&D *debris*, including:

• "Taking into account the identical sulfur source (C&D *debris* [emphasis added]), Shaha & Meeroff (2020) utilized the k values reported by Anderson et al. (2010) within the range of 0.50 $yr^{-1}$ and 0.88 $yr^{-1}$ and selected seven k values ranging from 0.45 to 0.90 $yr^{-1}$" (Shaha 2024, p. 10).

• "Shaha & Meeroff (2020) applied the decay rates obtained from Anderson et al. (2010) since both scenarios involved landfills using either C&D *debris* [emphasis added] as daily cover or co-disposing C&D debris with MSW, unlike at JPL, which has a different sulfur source (Spent Lime)." (Shaha 2024, p. 12).

- "While the referenced literature (Anderson et al. 2010; Tolaymat et al. 2013; Sun et al. 2016; and Shaha & Meeroff 2020) provides a range of k values either developed for C&D *debris* [emphasis added] or established in a laboratory setting for lime ash…" (Shaha 2024, p. 12)

- "As previously discussed, Shaha & Meeroff (2020) chose a range of decay rates (k) based on values presented in Anderson et al. (2010) for the same type of sulfur-containing wastes (i.e., C&D *debris* [emphasis added]), while the primary source of sulfur at JPL is Spent Lime." (Shaha 2024, p. 22).

Contrary to Shaha's inaccurate assertions, Anderson et al. (2010) developed the $H_2S$ Generation Model using data for C&D *fines*, and not C&D *debris*. According to Anderson et al. (2010), the objective of their work was to "develop a first order model to predict $H_2S$ generation in MSW landfills in the northeast resulting from disposal or use of C&D fines in the landfill" (Anderson et al. 2010, p. 9). Anderson et al. (2010) describe the difference between C&D debris and C&D fines as follows: "reduced size of C&D fines has small pieces of gypsum, providing greater surface area and potentially allowing for more rapid production of $H_2S$ than non-size reduced C&D debris. Because other fractions of the C&D materials have been removed, but the gypsum remains, the C&D fines can also have a higher sulfate content in comparison to bulk C&D waste" (Anderson et al. 2010, pp.8-9).

Earlier, Mr. Marshall (2021) – Defendant's expert whom Dr. Shaha has seemingly replaced – criticized my initial expert report (Pietari 2021a) for assuming that the sulfate content of the bulk C&D debris disposed of at the JPL Phase IVA was the same as that of C&D fines in the Anderson et al. (2010) study. According to Mr. Marshall (2021), "C&D fines, by contrast, are a separate waste stream of smaller particles and dust left over from processing and recycling activities performed on bulk C&D waste. C&D fines often contain high levels of gypsum because the fines include crumbled and pulverized wallboard. Further, the gypsum fraction of C&D fines—which have often had the non-gypsum recyclable debris (e.g., wood, bricks, metal, etc.) removed—is generally higher than that of bulk C&D waste." The differences in the particle size of C&D debris and C&D fines may influence the decay rate constants, given the higher surface area to volume ratio of smaller particles may facilitate faster solubilization of sulfate in water compared to lower surface area to volume ratio of larger particles.

Despite the clear difference between C&D debris and C&D fines, as described by Anderson et al. (2010) and Marshal (2021), and the clear description of the material – C&D fines – that was the subject of the study and the development of the $H_2S$ Generation Model by Anderson et al. (2010), Dr. Shaha continually and misleadingly represents that the $H_2S$ Generation Model and the first order decay constants (k) and the $H_2S$ generation potentials ($S_0$) developed by Anderson et al. (2010) were for C&D debris.

Dr. Shaha also incorrectly references other studies on $H_2S$ generation from a variety of sulfate-containing materials and cites to "referenced literature (Anderson et al. 2010; Tolaymat et al. 2013; Sun et al. 2016; and Shaha & Meeroff 2020)" asserting that these studies "provide a range of k values either developed for C&D *debris* or established in a laboratory setting for lime ash…" (Shaha 2024, p. 12). However, Dr. Shaha misrepresents the extent of these studies providing a range of k values for C&D debris:

- Anderson et al. (2010) studied $H_2S$ generation for landfills where C&D fines had been co-disposed with MSW or used as an alternative daily cover at MSW landfills.

- Tolaymat et al. (2013) studied $H_2S$ generation from regular and paperless dry wall.
- Sun et al. (2016) studied $H_2S$ generation from a variety of sulfate-containing materials: Fly Ash, C&D fines, Trona Ash, Lime Ash, and MSW Ash.
- Malmir et al. (2023) studied $H_2S$ generation from C&D fines and bulk C&D.

From the studies listed above, only the study by Shaha and Meeroff (2020) and, more recently, Malmir et al. (2023) would be consistent with C&D debris.

Further, Dr. Shaha goes on to state that "[t]he model parameters for estimating $H_2S$ generation from C&D debris significantly vary due to the distinct levels of $H_2S$ generation across sites. This variability is influenced by factors such as waste particle size, landfill operational variations, co-disposed waste types, moisture content, pH levels, temperature, daily and intermediate covers, and numerous other factors." However, given the physical material differences between the sulfate-containing materials studied by Anderson et al. (2010) and the other studies referenced above, Shaha and Meeroff (2020) do not discuss or appear to consider such differences in their work.

Given that the physical composition of the Spent Lime – characterized as a "loose powder" (e.g., RAINCII BENDECK 0441) - is more like C&D fines as investigated by Anderson et al. (2010), in addition to the reasons I further describe in my Rebuttal Opinion 2 below, my application of the $H_2S$ Generation Model to Spent Lime is appropriate and reliable.

### 3.3   Rebuttal Opinion 2: The direct sulfur source for sulfate reducing bacteria is sulfate. The sulfur source, sulfate, is the same in Spent Lime, C&D debris, and C&D fines.

Dr. Shaha opines that the $H_2S$ Generation Model cannot be reliably applied for the disposal of Spent Lime at Phase IVA of the JPL because the sulfur source in the Spent Lime is "distinct" or "different" from that of C&D debris, which was the subject of Dr. Shaha's earlier study, described in Shaha and Meeroff (2020). For example, Dr. Shaha opines that "[t]he $H_2S$ generation modeling approach presented in Shaha & Meeroff (2020) and the site specific modeling parameters developed for Construction and Demolition (C&D) debris co-disposed with Municipal Solid Waste (MSW) are not directly applicable (and cannot be reliably applied) to JPL, where Spent Lime is the major source of sulfur…" (Shaha 2024, p. 7) and that "[t]he sulfur decay rate (k) and $H_2S$ generation potential ($S_0$) ranges found in Shaha & Meeroff (2020) for C&D debris would not be representative or directly applicable for modeling $H_2S$ generation at JPL. This is due to the use of a distinct sulfur source, Spent Lime…" (Shaha 2024, p. 7).

Dr. Shaha fails to understand the common chemical composition of C&D debris, C&D fines, and Spent Lime, and that the direct sulfur source in all the three materials is the same. The direct sulfur source for the $H_2S$ generation by the sulfur reducing bacteria (SRB) is sulfate (for example, see Table 1 in my 2024 expert report (Pietari 2024)). Sulfate in the Spent Lime is bound in sulfate containing compounds (SCC), including gypsum, anhydrite or bassanite, all of which are calcium sulfate minerals and all of which are sources of soluble sulfate to the SRB (Pietari 2024, p. 38). Sulfate in C&D debris or C&D fines is gypsum, a calcium sulfate mineral, and a source of soluble sulfate to the SRB. The direct sulfur source – sulfate - is therefore identical among C&D debris, C&D fines, and Spent Lime. Indeed, Gypsum Association (1991, p. 9) states "[a]ny soluble sulfate will work -- including all byproduct gypsum -- in addition to natural gypsum and anhydrite" regarding the conditions affecting bacterial reduction of sulfates.

Dr. Shaha does acknowledge that C&D debris and Spent Lime share gypsum as a sulfur-containing compound (Shaha 2024, p. 7). However, whether the direct sulfur source – sulfate – is bound in gypsum or other SCC, such as anhydrite or bassanite, sulfate contained in these materials is soluble and as such, available to the SRB. Given that the direct sulfur source is the same for C&D debris, C&D fines, and Spent Lime, there is no reason to believe that the same model developed for C&D fines by Anderson et al. (2010) could not be applied to predict $H_2S$ generation from Spent Lime.

Dr. Shaha appears to allude to the physical and potentially other compositional differences between the Spent Lime and C&D debris to assert that the direct application of the decay rate constant (k) and $H_2S$ generation potential ($S_0$) presented in Shaha and Meeroff (2020) cannot be applied to Spent Lime. While the materials have compositional and physical differences, the underlying fact is that both contain gypsum or other SCCs, and as such, soluble sulfate. In his criticism, however, Dr. Shaha appears to have ignored the fact that the ranges presented in Shaha and Meeroff (2020) are largely derived from the study by Anderson et al. (2010) for C&D fines that is physically and compositionally different from C&D debris, as described above in my Rebuttal Opinion 1 (Section 3.2), that is the subject of the study by Shaha and Meeroff (2020). This difference in the material characteristics, the potential implications thereof, and whether the k- and $S_0$-values derived by Anderson et al. (2010) can be applied to co-disposal of C&D debris, are not discussed by Shaha and Meeroff (2020) or by Shaha (2024).

Dr. Shaha further states regarding my application of the $H_2S$ Generation Model to disposal of Spent Lime at the JPL Phase IVA that "[t]he lack of literature on $H_2S$ generation from Spent Lime co-disposed at a landfill with MSW" is among the "potential limitations that have affected the model outcome and reduced its scientific reliability." While there is a lack of literature regarding $H_2S$ generation from the co-disposal of Spent Lime with MSW, literature is available on $H_2S$ generation from sulfate-rich C&D debris or C&D fines, including models to predict $H_2S$ generation from their co-disposal with MSW, that can be applied to Spent Lime. Mr. Marshall – the Defendant's expert that Dr. Shaha purports to replace - opines regarding coal combustion residues (CCR), including FGD materials, in his 2017 conference paper that:

- "While the waste industry has limited experience with co-disposal of CCR and MSW, landfill operators have significant experience with the disposal of drywall (aka gypsum) and MSW" (Marshall 2017).

- "Under certain conditions, gypsum decomposition can generate problematic amounts of hydrogen sulfide. Similar conditions could occur if select CCR streams are co-disposed and co-mingled with MSW" (Marshall 2017).

- "FGD, which is essentially calcium sulfate (aka gypsum, $CaSO_4 \cdot 2H_2O$), has a high sulfur content and presents the greatest concern for hydrogen sulfide generation" (Marshall 2017).

Mr. Marshall expressed similar views in his 2016 conference paper (Marshall 2016).

Curiously, Dr. Shaha also states that "[a]dditionally, I am unaware of the application of the method proposed by Shaha & Meeroff (2020) to flue-gas desulphurization (FGD) materials, whether spent lime or otherwise" (Shaha 2024, p. 7). This is surprising because some FGD materials are likely present in C&D debris or fines. FGD materials have been a source of gypsum for wallboards since at least 2001 (EPRI 2006). Anderson et al. (2010) developed the $H_2S$ generation model for landfills that had received C&D fines since the early 2000's, and at least through 2003 or 2004. Similarly, the landfill modeled by Shaha and Meeroff (2020) received C&D debris between approximately July 2012 and

January 2015. Therefore, it is likely that the C&D fines and C&D debris would have included wallboard manufactured from FGD materials and would have been subject to the application of the methods by Anderson et al. (2010) and Shaha and Meeroff (2020).

### 3.3.1   Dr. Shaha mischaracterizes Yang et al (2006) article to support his opinion that "the assumption that the first order decay constants for Spent Lime would be similar to those of C&D debris is not scientifically reliable."

Dr. Shaha incorrectly refers to an article authored by Yang et al. (2006) as a support for his opinion that my assumption - that the first-order decay constants for Spent Lime would be similar to those of C&D debris - is not scientifically reliable. Dr. Shaha states that "Yang et al. (2006) studied and found that both the composition of wastes itself and the composition of co-disposed wastes significantly impact the sulfur decay rates (k). Therefore, the assumption that the first-order decay constants for Spent Lime would be similar to those of C&D debris is not scientifically reliable."

To support his opinion, Dr. Shaha misquotes the study by Yang et al. (2006), who studied $H_2S$ generation when drywall was co-disposed with different C&D debris constituents, simulating conditions in C&D debris disposal but without co-disposal with MSW (i.e., conditions that are not consistent with those present at the JPL Phase IVA). Contrary to Shaha's assertion, Yang et al. (2006) did not determine decay rates or decay rate constants, nor did Yang et al. (2006) indicate that the "composition of wastes itself and the composition of co-disposed wastes significantly impact the sulfur decay rates (k)". In fact, the words "significantly" or "significant" for that matter, are not found in the article. Instead, Yang et al (2006) conclude that "[t]he co-disposed wastes show some effect on $H_2S$ generation," which Dr. Shaha correctly cites later in his report.

Dr. Shaha's opinion is not further supported, given that the first order decay rate constants were developed by Anderson et al. (2010) for C&D fines, as I describe in my Rebuttal Opinion 1 (Section 3.2), and not C&D debris as Dr. Shaha asserts, and given that the direct sulfur source for the SRB in Spent Lime, C&D debris and C&D fines is the same: sulfate, as I describe earlier in this Rebuttal Opinion 2.

### 3.4   Rebuttal Opinion 3:  Dr. Shaha ignores the fact that the data collection at Phase IVA at the JPL was controlled by the Defendants, and despite having knowledge of the potential for Spent Lime to generate $H_2S$ when co-disposed with MSW, the Defendants chose not to collect the appropriate data.

On numerous occasions, Dr. Shaha opines that the limitations in the data, the lack of data and incompleteness of data render my estimates for $H_2S$ generation at Phase IVA scientifically unreliable or introduce uncertainties into the modeling process. For example:

- Dr. Shaha opines that "[t]he $H_2S$ generation model predicted $H_2S$ concentrations that were not validated by Dr. Pietari using site-specific data, resulting in estimated $H_2S$ concentrations that do not reasonably replicate the actual measurements at JPL and severely compromise the reliability of Dr. Pietari's model output" (Shaha 2024, p. 8).

- In addition, Dr. Shaha states that "[t]he absence of historical $H_2S$ concentration data for Phase IVA at JPL is a critical limitation. The modeling approaches used in both Shaha & Meeroff (2020) and Anderson et al. (2010) heavily relied on site-specific historical data. Additionally, the incomplete $H_2S$ concentration measurement events at JPL introduce significant uncertainties into

the modeling process, which were not present in either Shaha & Meeroff (2020) or Anderson et al. (2010)" (Shaha 2024, p. 30).

- Further, Dr. Shaha also criticizes the data that I used to determine average $H_2S$ concentrations to calibrate the $H_2S$ Generation Model: "She used average $H_2S$ concentrations derived from field data measured for selected LFG wells within Phase IVA of the JPL. However, limitations of the instrument utilized (i.e., exceedance of instrument measurement range), inconsistencies in data collection between events (i.e., measuring $H_2S$ concentration in different sets of wells), and the measurements of $H_2S$ concentration in only selected LFG wells (incompleteness of data) resulted in a constraint for the entire Phase IVA at JPL that is not scientifically reliable" (Shaha 2024, p. 13).

However, as described in further detail below, the data collection at the JPL Phase IVA, including collection of $H_2S$ measurements from the gas wells at Phase IVA, was controlled by the Defendants, with Plaintiffs' experts only being allowed to access the Phase IVA 16 months after the Spent Lime disposal ended, and even then, the Plaintiffs' experts were not able to access all of the gas wells in Phase IVA. Finally, the Defendants, while they had the opportunity to collect appropriate data to support $H_2S$ generation modeling, chose not to do so.

### 3.4.1 Data collection was not possible as the Plaintiffs' experts were only allowed access to the JPL Phase IVA nearly 16 months after the disposal of the Spent Lime ended and the Plaintiffs' experts could not collect samples at many important locations on Phase IVA.

Dr. Shaha ignores the fact that the Plaintiffs' experts in this case did not have access to Phase IVA to collect data that could have been used to corroborate my $H_2S$ generation estimates, and that the Defendants controlled the access to Phase IVA. As I also described in my rebuttal report of Mr. Marshall's expert report (Pietari 2021b), Plaintiffs' experts were prevented from getting access to Phase IVA at the JPL until late 2019. Only in November 2019, 16 months after the Spent Lime disposal and its use as a solidification agent ended at Phase IVA at the JPL, were the Plaintiffs' experts able to access Phase IVA of the JPL.

During the Plaintiffs' sampling in November 2019, all of the relevant gas wells were not accessible, as Mr. Soler describes in his expert report: "[s]ignificantly, in Phase IVA, we were not able to obtain measurements at most Phase IVA well locations as dangerously high $H_2S$ concentrations in ambient air precluded us from taking measurements at the LFG extraction wellhead locations. More broadly, due to health and safety considerations, we were prohibited by the defendants from accessing and sampling locations that were on or close to the locations in Phase IVA where active landfilling operations were being conducted. It is important to note that during its 2018 site assessment, CEC obtained its highest $H_2S$ readings at these LFG extraction wells" (Soler 2021). For example, Plaintiffs' experts were not able to collect samples from GW-511, -516, -518 and -519 (Soler 2021, Attachment B, Table 2-5), where CEC (2018) detected elevated concentrations of $H_2S$. Three out of these four wells (GW-511, -516, and -519) had $H_2S$ concentrations exceeding 2,000 ppmv (Soler 2021, Attachment B, Table 2-5).

### 3.4.2   Despite having knowledge of the potential for Spent Lime to generate H$_2$S when co-disposed with MSW, and despite this pending litigation, the Defendants chose not to collect the appropriate data.

The Defendants and their experts, including Dr. Shaha, had the opportunity to collect data from the Phase IV to develop site-specific first order decay rate constants and H$_2$S generation potentials to support estimation of H$_2$S generation from the Spent Lime disposed at Phase IVA. The Defendants and their experts also had the opportunity to collect additional data to corroborate H$_2$S generation estimates using the site-specific k- and S$_0$ values. The Defendants' experts were well aware that the Spent Lime would have resulted in the production of H$_2$S (Marshall 2016; 2017), and the Defendants' expert, SCS Engineers, even had developed a model to estimate H$_2$S generation from co-disposal of sulfate-containing materials with MSW (Anderson et al. 2010). Further, the Defendants' expert, Dr. Shaha, had even applied the model developed by Anderson et al. (2010) on co-disposal of MSW and C&D debris at a South Florida landfill, as described in Shaha and Meeroff (2020). Regardless, the Defendants and their experts chose not to collect such data.

Based on the documentation I have reviewed, it is apparent that, by the time this litigation was underway in 2018, the Defendants knew of the potential for Spent Lime to have generated H$_2$S in Phase IVA after being co-disposed with MSW and, thus, were aware of the importance of collecting relevant data to determine the H$_2$S generation from the Spent Lime in Phase IVA. However, the Defendants failed to capture this relevant data.

My conclusion is based on the following:

- By late June/early July 2018, CEC's preliminary assessment, the Defendants were aware of the potential for the Spent Lime they had accepted into the JPL to have contributed sulfates leading to the generation of the H$_2$S odors observed at Phase IVA (JP_JPLF_00075075; WC_JPLF_00270577). In fact, due to its stated concern about the Spent Lime, on July 2, 2018, Jefferson Parish implemented a self-imposed moratorium on the acceptance of all industrial wastes, including the Spent Lime (WC_JPLF_00270577; WC_JPLF_00271046). Subsequently, Waste Connections personnel internally confirmed the potential for the Spent Lime to generate H$_2$S after being co-disposed with MSW in Phase IVA (WC_JPLF_00272650). An official moratorium by the Jefferson Parish Council prohibiting the acceptance of all industrial wastes at the JPL soon followed on July 25, 2018 (WC_JPLF_0019151).

- The same day the Jefferson Parish Council issued its moratorium, July 25, 2018, the first individual case in this litigation, *Elias Jorge "George" Ictech-Bendeck v. Progressive Waste Solutions of LA, Inc., et al.* was filed in state court. By August 27, 2018, three additional lawsuits had been filed (19-cv-11133, Doc. 1-6, p. 88 of 443).

- On October 9, 2018, an expert consulting firm for the Waste Connections Defendants, SCS Engineers, issued a report titled "Jefferson Parish Landfill Site Evaluation with Respect to Odors" (19-cv-11133, Doc. 1-6, p. 83 of 443). Therein, although Spent Lime is not expressly discussed, and despite concern stated by CEC (2018) regarding bulking agents, such as fly ash, as having the potential to contribute sulfates known to cause H$_2$S generation, Mr. Walsh and Mr. Rappolt of SCS Engineers asserted that it was their understanding from Waste Connections personnel that "bulking agents have been carefully selected to preclude any potential for odor generation on its own" (19-cv-11133, Doc. 1-6, p. 95 of 443). Mr. Walsh and Mr. Rappolt suggested that an evaluation of special wastes be undertaken to "debunk the CEC claim that fly ash added as a bulking agent may have created an H$_2$S odor problem. This study may help in debunking other

claims about problematic special wastes, liquid wastes, or bulking agents" (19-cv-11133, Doc. 1-6, p. 109 of 443). This suggested task did not appear in the report dated October 24, 2018, that was made public by the Waste Connections Defendants, nor did the assertion that the bulking agents used in Phase IVA had been "carefully selected to preclude any potential for odor generation on its own" (SCS 2018, WC_JPLF_00276466). The October 24, 2018, report that was made public also failed to make any mention of the Spent Lime.

- On December 13, 2018, the *Addison* action was filed. On December 20, 2018, the Plaintiffs sought access to the JPL to collect data, including data establishing the exact composition of the Landfill gases and the concentrations of the chemical compounds contained in those gases (General Causation Trial Exhibit 932). In support of their request, the Plaintiffs presented the affidavit of Mr. Chrostowski, who explained the need to sample landfill gases in Phase IVA where CEC (2018) had found extremely elevated levels of $H_2S$, to provide a representative sample of LFG in Phase IVA (Chrostowski 2018, p. 15-16). The Defendants defeated the Plaintiffs' attempt to gain access to the JPL to collect data with the help of affidavits from the authors of the SCS Engineers reports dated October 9, 2018, and October 24, 2018. Nevertheless, in discussing CEC's greater than 2,000 ppmv $H_2S$ measurements from May 2018, Mr. Rappolt's affidavit expressly noted that "a one-time observed hydrogen sulfide concentration found inside the landfill gas piping system at Jefferson Parish Landfill cannot be used to estimate a fugitive source emission rate for $H_2S$" (Rappolt 2019, para. 36). Responding to Mr. Chrostowski's contention that comprehensive on-site sampling of landfill gas needed to be done, Mr. Rappolt asserted that "[a]llowing this collection of data at the Jefferson Parish Landfill will disrupt existing operations and seriously interfere with ongoing operations that are purposed to protect the local population" (Rappolt 2019, para. 48). Mr. Walsh also asserted that "Plaintiffs' investigation would be a substantial intrusion and disruption of the Landfill's operation" (Walsh 2019, para. 43). He further asserted that "Landfill staff would need to escort Plaintiff's expert and his team throughout the landfill and the Landfill would need to retain its own team to duplicate each of the measurements and observations taken by Plaintiffs' expert" (Walsh 2019, para. 43).

- Subsequently, Mr. Marshall of SCS Engineers performed his special waste odor evaluation which appears to be the final suggested task listed within SCS Engineers' October 9, 2018, report (SCS 2018, WC_JPLF_00406383; 19-cv-11133, Doc. 1-6, p. 109 of 443). Mr. Marshall confirmed during his deposition that "[t]he purpose of the special waste review was to assess the special wastes for their potential to generate odors" (Marshall Deposition, Vol. 2, p. 376:9-11). This Special Waste Odor Evaluation, dated September 24, 2019, was not made public and was only turned over to the Plaintiffs via Court order in Summer 2021 (Marshall and Walsh 2019). Although it is dated September 24, 2019, the supporting appendix shows that Mr. Marshall concluded no later than February 27, 2019, that the Spent Lime from Rain Carbon's Norco and Chalmette facilities had the "potential for $H_2S$ generation via SRB biodegradation in LF" (Marshall and Walsh 2019, WC_JPLF_00406407-408). Not only did Mr. Marshall confirm the timing of this analysis during his trial testimony (19-cv-11133, Doc. 307, p. 1714; 19-cv-11133, Doc. 308, p. 1770), he also testified that at this time he "seriously considered" applying the Anderson et al. (2010) first order decay model to estimate the $H_2S$ generated from the Spent Lime in Phase IVA; however, Mr. Marshall concluded that they did not have the site-specific $H_2S$ concentration measurements necessary to run the model (19-cv-11133, Doc. 307, p. 1669-1671, 1674-1675). Despite this conclusion, despite his testimony that landfill operators typically collect this data when faced with odor concerns (19-cv-11133, Doc. 307 at p. 1632-1633), despite his testimony that when he was retained in 2018 he was aware of odors concerns at the JPL (19-cv-11133, Doc. 307 at p. 1673), and despite his testimony that once you are aware you do not have the data, the next step is to

go get the data (19-cv-11133, Doc. 307 at p. 1657-1658), Mr. Marshall confirmed that the Defendants did not capture this data and could not explain why (19-cv-11133, Doc. 307, p. 1658-1659; 19-cv-11133, Doc. 308, p. 1767-1768, 1771-1773).

- On October 2-3, 2019, Aptim's expert, TRC, conducted on-site sampling to determine $H_2S$ concentrations in certain wells at the JPL, including 10 wells within Phase IVA. This sampling effort occurred just two weeks prior to the Plaintiffs' then scheduled site visit on October 16, 2019, which was eventually rescheduled for November 4-8, 2019, due to weather. It is my understanding that the Plaintiffs were not invited to accompany TRC during this sampling event nor were the Plaintiffs told about it prior to their November 4-8, 2019, site visit. Based on the documents provided to me, it appears that SCS Engineers, including Mr. Rappolt, assisted TRC with the development of its sampling plan (GEOSYNTEC_00028938 (TRC's August 23, 2019, sampling plan); EXPERT_INVOICE_00000813 (9/4/2019 "Coordinating D Fisher in the TRC Sampling Call"; 9/5/2019 "Conf call and pre-discussions with regard to the call. Worked on comments"); TRC-Invoice_00033-34 (8/27/19 "Response to SCS Questions"; 9/4/19 "Response to SCS Questions"). Mr. Rappolt's assistance with TRC's sampling plan coincided with the finalization of Mr. Walsh's and Mr. Marshall's September 24, 2019, Special Waste Odor Evaluation (EXPERT_INVOICE_00000818-815). Mr. Rappolt also reviewed the results of TRC's sampling efforts prior to the Plaintiffs' November 4-8, 2019, site visit (EXPERT_INVOICE_00000818 (10/24/2019 "Go through TRC Data")). However, the results of TRC's October 2-3, 2019, sampling were not shared with the Plaintiffs prior to their November 4-8, 2019, site visit. In fact, TRC's sampling results were not shared with the Plaintiffs until Summer 2021, which led to my first supplemental report (Pietari 2021c). Despite SCS Engineers' assistance with TRC's sampling plan and Mr. Rappolt's review of the data collected by TRC, Mr. Marshall testified that he was not apprised of the existence of this TRC data until around the time of my supplemental report (19-cv-11133, Doc. 307, p. 1744-1745; 19-cv-11133, Doc. 308, p. 1784). It is also my understanding that the Defendants never publicly discussed Spent Lime disposed in Phase IVA nor its potential to generate $H_2S$ prior to Plaintiffs' November 4-8, 2019, site visit.

As shown above, despite knowledge of the odor concerns at the JPL, despite knowledge of the potential for Spent Lime to generate $H_2S$ after burial with co-disposed MSW, despite considering the use of the Anderson et al. (2010) model in early 2019 to estimate the $H_2S$ gas generated by the Spent Lime in Phase IVA, despite their conclusion that they lacked the data to perform that modeling, and despite Mr. Marshall's testimony that landfill operators typically capture such data when faced with odor concerns, the Defendants failed to collect the data Mr. Marshall and Mr. Shaha claim are necessary for my modeling. Moreover, after receiving TRC's October 2019 high $H_2S$ concentration measurements, and despite having previously noted the need for additional data to run the Anderson et al. (2010) model to estimate the $H_2S$ generated from the Spent Lime, the Defendants again failed to collect this data. Instead, Dr. Shaha criticizes my work for the lack of data to corroborate my $H_2S$ generation estimates, or my use of data made available to me by others. This criticism is misleading given the discussion and reasons above.

### 3.5     Rebuttal Opinion 4: Dr. Shaha inaccurately represents the available $H_2S$ data for Phase IVA and ignores data limitations in his comparison of the measured and modeled $H_2S$ concentrations presented in my expert reports.

Dr. Shaha opines that "[i]t is evident… that the predicted $H_2S$ generation from Dr. Pietari's model does not replicate the limited available concentration actually measured at JPL and fails to follow the observed trends" (Shaha 2024, p. 8). Dr. Shaha bases his opinion on his discussion of the lack of

agreement between modeled $H_2S$ concentrations and historically available $H_2S$ data, and compares the modeled and "actual" site data reported in my initial and supplemental expert reports. He specifically states the following:

- "The initial report's model was constrained by a $H_2S$ concentration 1,598 ppmv in May 2018 and failed to predict the $H_2S$ concentration of 3,633 ppmv in October 2019."

- "Similarly, when the October 2019 $H_2S$ concentration of 3,633 ppmv was selected as the model constraint, the resulting $H_2S$ concentrations in May 2018 and November 2019 were 4.6 and 7.0 times higher, respectively, than the actual $H_2S$ concentrations reported based on field measurements."

To support his opinion, Dr. Shaha fails to consider the limitations in the $H_2S$ data from Phase IVA, and conducts inappropriate comparisons and draws unsupported conclusions, given the data limitations, as described more fully below.

### 3.5.1   Dr. Shaha's comparisons of measured and modeled $H_2S$ concentrations among my initial expert report, supplemental expert report and 2024 expert report are misleading and ignore data limitations.

Dr. Shaha conducts misleading and scientifically inappropriate comparisons of the $H_2S$ data collected at Phase IVA. In his analysis, Dr. Shaha makes unscientific comparisons of my initial $H_2S$ generation modeling using the May 2018 data, presented in my initial expert report (Pietari 2021a), and the $H_2S$ generation modeling using TRC's October 2019 data, presented in my supplemental and 2024 expert reports (Pietari 2021b; 2024): "[b]ased on Figure 5, Figure 6 and Figure 7, the modeled $H_2S$ concentrations in the initial (Pietari 2021a) and supplemental reports (Pietari 2021c; Pietari 2024) failed to estimate $H_2S$ concentrations that *reasonably replicate the actual measurements at JPL* [emphasis added]."

In this comparison, Dr. Shaha fails to consider that the measurements of $H_2S$ at Phase IVA in May 2018 by CEC (2018), in (or before) September 2018 as reported by Brian DeJean of River Birch Landfill (RBLF) (WC_JPLF_00270112), in October 2019 by TRC (TRC 2020) and in November 2019 by Ramboll (Soler 2021)[3] were obtained using different analytical methods capable of detecting different ranges of $H_2S$ concentrations in the landfill gas, and as such are not comparable:

- In May 2018, CEC used Draeger Tubes –a field instrument - to measure $H_2S$ concentrations in the Phase IVA gas wells. The Draeger Tubes that CEC used had a maximum detectable concentration limit of 2,000 ppmv (CEC 2018, p. 23). As such, actual $H_2S$ concentrations higher than 2,000 ppmv would not be accurately detected by the instrument but would be reported as concentrations greater than 2,000 ppmv. Several of the measurements exceeded the maximum detectable concentration limit of 2,000 ppmv, indicating that the actual $H_2S$ concentrations were higher than 2,000 ppmv.

- In or before September 2018, Brian DeJean of River Birch Landfill, reported $H_2S$ concentrations of 3,000 ppmv for two gas wells at the Phase IVA, detected by Draeger Tubes (WC_JPLF_00270112). The maximum detectable concentration limit for the Draeger Tubes appears to have been 3,000 ppmv (Carlson Deposition 2024, p. 340:20-24).

---

[3]  $H_2S$ measurements were also collected by Exponent at the same time as Ramboll using same or similar instrument as Ramboll (Exponent 2020).

- In October 2019, TRC, also a consultant for the Defendants, measured $H_2S$ concentrations by collecting the gas into steel canisters from gas wells, including those in Phase IVA, and having them analyzed for $H_2S$ concentrations in a commercial laboratory. Compared to the CEC (2018) and September 2018 data, the data generated by TRC for Phase IVA was not limited by maximum detectable concentration limits.

- Ramboll, in November 2019, used a Landtec[TM] GEM 5000 Plus (GEM 5000) field instrument that was able to detect $H_2S$ concentrations in the range of 0-500 ppmv (Soler 2021, p. 27). As such, actual $H_2S$ concentrations higher than 500 ppmv would not be accurately detected by the instrument but would be reported as concentrations greater than 500 ppmv. Several of the measurements collected from the Phase IVA gas wells exceeded the instruments upper measurement limit of 500 ppmv (See Soler 2021, Appendix B, Table 2-5), indicating that the actual $H_2S$ concentrations were higher than 500 ppmv.

As I describe in my initial expert report (Pietari 2021a), the average $H_2S$ concentration I calculated for Phase IVA was *greater than* 1,598 ppmv and represented *a minimum average and a conservative lower bound* estimate of the average $H_2S$ concentrations in May 2018 for Phase IVA. In my initial expert report (Pietari 2021a), I concluded that the actual average $H_2S$ concentration in May 2018 is not known and likely would have been higher, potentially much higher, than 1,598 ppmv, given that more than half of the wells in Phase IVA exhibited $H_2S$ concentrations that exceeded the instrument upper measurement range and given that concentrations as high as 3,000 ppmv were measured in two of the same wells (GW-507 and -516) up to four months later.

After the submittal of my initial expert report, I became aware of the data collected by TRC – also an expert for the Defendants - from Phase IVA in October 2019. As set forth above, TRC collected the data from Phase IVA without any notice to the Plaintiffs. In contrast to the May 2018 and August 2018 data, or Ramboll's November 2019 data, the TRC (2020) data were not limited by maximum detectable concentrations or a limited detectable range for $H_2S$, and as such, can be considered to better represent the actual concentrations in the Phase IVA gas wells in October 2019. The data limitations are also highlighted by TRC (2020), who evaluated four different sampling techniques, and concluded that the samples collected with the steel canister and analyzed in a commercial laboratory provided the best results for $H_2S$ (TRC 2020, p. 8). Therefore, I used the average $H_2S$ concentration of 3,633 ppmv calculated by TRC for Phase IVA to calibrate the $H_2S$ Generation model in my supplemental and 2024 expert reports (Pietari 2021c, 2024). It should be noted that TRC planned the measurement of $H_2S$ in ten Phase IVA gas wells to estimate the Phase IVA-wide average concentration (GEOSYNTEC_00028938), thus indicating its satisfaction with the sample size.

Given the data limitations, especially for the May 2018, September 2018, and November 2019 data, described above, Dr. Shaha's comparisons that he presents in Figures 5, 6, and 7 in his expert report (Shaha 2024, pp. 29-30) are scientifically inappropriate and misleading. The fact that Dr. Shaha even does such inappropriate comparisons is inconsistent with his statements in his expert report, where he acknowledges the limitations in the available data due to the instruments utilized: "Dr. Pietari… used average $H_2S$ concentrations derived from field data measured for selected LFG wells within Phase IVA of the JPL. However, limitations of the instrument utilized (i.e., exceedance of instrument measurement range)…"

### 3.5.2 The May 2018 data or the November 2019 data are not appropriate validation points for the H2S Generation Model calibrated with TRC's October 2019 data due to data limitations. Due to data limitations, differences in the measured and modeled H2S concentrations in the available data, resulting from the variable detection ranges, should not be construed as a trend.

For the H2S Generation Model in my supplemental report and 2024 expert report, neither the May 2018 minimum average of 1,598 ppmv nor the 500 ppmv are appropriate validation points for May 2018 or November 2019, respectively, given the limitations in the field instruments used to measure H2S concentrations and because several of the measurements in the CEC (2018), September 2018 (WC_JPLF_00270112) and Ramboll (2019) datasets exceeded the respective maximum detectable concentrations, as described above. Further, it is not conceivable that the H2S concentration in Phase IVA would decrease from 3,633 ppmv in October 2019 – based on measurements by TRC (2020) – to approximately 500 ppmv just one month later in November 2019 based on measurements by Ramboll (Soler 2021) in samples collected from Phase IVA, underscoring that these data should not be used for validation of the H2S generation model that used the TRC (2020) data for calibration.

Regardless, the May 2018 and November 2019 data confirm that the results from the H2S Generation Model in my supplemental and 2024 expert reports do agree with the historical data for JPL Phase IVA: the modeled H2S concentration in May 2018 was at least 1,598 ppmv and, in November 2019, the modeled H2S concentration was at least 500 ppmv. Further conclusions regarding the divergence of the measured from the modeled H2S concentrations using the CEC's May 2018 data or Ramboll's 2019 data are not appropriate, given the limitations in the field instruments used to generate these data.

Dr. Shaha also makes statements regarding my H2S generation modeling that are inconsistent with his own work, and despite the data limitations that he acknowledges, equates the differences between the measured and modeled H2S concentrations with a trend. Dr. Shaha states that "[t]he lack of data related to the peak H2S concentration and its corresponding time is notable. The H2S generation model presented in both the initial and supplemental reports resulted in a peak H2S concentration in July 2018, with estimated peak concentrations differing by more than 400%. This also led to H2S generation trends that diverged completely from the trend observed in the available site data" (Shaha 2024, p. 30).

The statement by Dr. Shaha regarding the lack of data related to the peak H2S concentration is inconsistent with Shaha and Meeroff (2020), who did not have information about the peak H2S concentration for the South Florida landfill to model H2S generation. Shaha and Meeroff (2020) stated that "[i]n this case, the H2S concentration data after reaching its peak were not available. In addition, it was unknown if the H2S concentration had reached its peak or would move toward peak concentration in the near future." Lack of information regarding the peak H2S concentration and its timing did not prevent Shaha and Meeroff (2020) from applying the H2S Generation Model developed by Anderson et al. (2010) to the South Florida landfill.

Dr. Shaha's comparison of the results of H2S generation modeling between my initial expert report (Pietari 2021a) and my supplemental and 2024 expert reports (Pietari 2021b; 2024) are not appropriate, given the data limitations associated with the minimum average H2S concentration of 1,598 ppmv I used for calibration in my initial expert report. They are also not appropriate given the *expected trends* based on the TRC (2020) data. The divergence in the modeled peak H2S

concentrations is due to the limitations associated with the CEC (2018) data, and the fact that TRC's October 2019 data indicate that very high concentrations of $H_2S$ were present in Phase IVA gas wells in October 2019. The $H_2S$ concentrations in October 2019 were much higher than those reported by CEC (2018) for Phase IVA gas wells in May 2018 and higher than those reported for wells 507 and 516 on or before September 2018 (WC_JPLF_00270112). Therefore, it would be expected that the actual $H_2S$ concentrations in May 2018 would be much higher than the minimum average of 1,598 ppmv, and also higher than the October 2019 $H_2S$ concentrations that TRC measured. It would also be expected the $H_2S$ Generation Model calibrated with the 3,633 ppmv average $H_2S$ concentration based on the October 2019 data, determined nearly 16 months following the end of Spent Lime disposal at Phase IVA, would predict a much higher concentration for May 2018 than the minimum average of 1,598 ppmv determined based on CEC (2018) data, and a higher concentration than the average $H_2S$ concentration in October 2019 based on TRC (2020) data. These expected $H_2S$ concentration trends would also be consistent with the observation expressed by Shaha & Meeroff (2020) for the South Florida landfill that $H_2S$ concentration "…peak occurred just after the facility stopped accepting and landfilling C&D debris in 2014."

### 3.5.3    TRC (2020) $H_2S$ data for October 2019 is appropriate for calibration of the $H_2S$ Generation Model for Phase IVA and is more appropriate than using the CEC (2018) data, given the data limitations in the latter.

Dr. Shaha also criticizes the data that I used to calibrate the $H_2S$ Generation Model: "Dr. Pietari… used average $H_2S$ concentrations derived from field data measured for selected LFG wells within Phase IVA of the JPL. However, limitations of the instrument utilized (i.e., exceedance of instrument measurement range), inconsistencies in data collection between events (i.e., measuring $H_2S$ concentration in different sets of wells), and the measurements of $H_2S$ concentration in only selected LFG wells (incompleteness of data) resulted in a constraint for the entire Phase IVA at JPL that is not scientifically reliable" (Shaha 2024, p. 13).

It appears that Dr. Shaha criticizes the average $H_2S$ concentrations I used to calibrate the $H_2S$ Generation Model in my initial expert report, my supplemental and 2024 expert reports. As I have explained above and in my supplemental expert report, I specifically prepared my supplemental expert report (Pietari 2021c) because I became aware of the additional TRC (2020) data for Phase IVA after I had submitted my initial expert report. As I explain above and in my supplemental and 2024 expert reports, TRC collected samples from select gas wells at Phase IVA using steel canisters, whose contents were analyzed at a commercial laboratory for $H_2S$. These data were not compromised by the limited detection ranges of the field instrument used by CEC (2018) and, therefore, can be considered more representative of actual concentrations in October 2019 in Phase IVA gas wells, and resulting in an average $H_2S$ concentration that is more representative than the May 2018 minimum average. Therefore, I will only discuss the TRC (2020) data herein.

Among the issues that Dr. Shaha raises is the "incompleteness of the data" in that $H_2S$ concentrations were measured in only selected gas wells at Phase IVA (Shaha 2024, p. 13). Dr. Shaha also finds the calculation of the average $H_2S$ concentration from $H_2S$ measurements from 10 out of 22 wells based on the TRC (2020) data not defensible (Shaha 2024, p. 24). However, TRC – also an expert for the Defendants – reported $H_2S$ concentrations for 11 wells, one of which was located in Phase IIIB and the rest in Phase IVA, and calculated an average $H_2S$ concentration of 3,633 ppmv, which was weighted by gas flow in each well (see Table 8 in Pietari (2024)), in order "to analyze the total $H_2S$ captured in the gas collection system" (TRC 2020, pp 8-9). Therefore, contrary to Dr. Shaha's opinion and

regardless of only analyzing $H_2S$ concentrations in 10 wells at Phase IVA, TRC considered these data sufficient to characterize the total $H_2S$ for Phase IVA.

Also, contrary to Dr. Shaha's opinion, Mr. Stutz, also an expert for the Defendants, relies in his $H_2S$ generation modeling for the Highway 90 C&D Landfill (Hwy 90) landfill on limited data on $H_2S$ concentrations measured from four wells installed into the north portion of the Hwy 90 landfill to determine the concentration of $H_2S$ (Stutz 2024, Attachment 7). While there is no gas collection system at the Hwy 90 landfill comparable to JPL, Mr. Stutz considered data from these gas wells representative of the entire Hwy 90 that is "located on a large tract of land" (Enviro One 2008a).

## 3.6    Rebuttal Opinion 5: Dr. Shaha mischaracterizes my $H_2S$ generation modeling objective, ignores the availability of site-specific data for Phase IVA, inaccurately asserts I did not consider the potential effect of pH from the Spent Lime, incorrectly asserts that I applied a first order decay constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020), and incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition.

In rendering his opinions regarding my $H_2S$ generation estimates for the JPL Phase IVA, Dr. Shaha incorrectly characterizes the objective of my $H_2S$ generation modeling, and incorrectly characterizes the effect of the objective on $H_2S$ generation modeling. Dr. Shaha also ignores the available site-specific data for Phase IVA that I used for my $H_2S$ generation modeling and ignores the fact that I considered the potential effect of pH in my $H_2S$ generation modeling. Further, Dr. Shaha incorrectly appears to assert that I only applied first order decay constants and $H_2S$ generation potentials derived by Shaha and Meeroff (2020) in my $H_2S$ generation modeling, and mischaracterizes my H2S modeling in my supplemental expert report. I address all of these points individually below.

### 3.6.1    Dr. Shaha incorrectly characterizes the objective of my $H_2S$ generation modeling. Further, the objective of the $H_2S$ generation modeling does not affect and should not affect the application of the $H_2S$ Generation Model.

Dr. Shaha states that the objective of my $H_2S$ generation modeling "is to estimate the $H_2S$ generation with a high level of statistical confidence" (Shaha 2024, p. 7) and "to estimate $H_2S$ generation at JPL Phase IVA, reflecting the measured $H_2S$ concentrations with a reasonable degree of certainty." However, my objective and assignment, stated in my initial, supplemental and 2024 expert reports, was to calculate the estimated contribution of "Spent Lime" or "Lime," and specifically the SCCs in the Spent Lime, that was disposed at the JPL between October 2016 and July 2018, to the generation of $H_2S$ at the JPL Phase IVA. Further, I also describe in my 2024 expert report that my estimates, indeed, while reflecting the measured $H_2S$ concentrations and considering the data limitations, as discussed in my Rebuttal Opinion 4 (Section 3.5), are underestimates, which Dr. Shaha ignores.

Dr. Shaha also goes on to opine that the methodology applied in Shaha & Meeroff (2020) would not be applicable to estimate $H_2S$ generation at the JPL given the different objectives of Shaha and Meeroff (2020) and my estimation of $H_2S$ generation at the JPL Phase IVA. However, the objectives of the $H_2S$ generation modeling are irrelevant. The $H_2S$ Generation Model, developed by Anderson et al. (2010) that both Shaha and Meeroff (2020) and I relied on, is applicable regardless of the objective of the modeling.

What Dr. Shaha fails to understand is that my $H_2S$ modeling was also conservative, erring on the side of a lower estimate, and not erring on the side of a higher estimate like Shaha and Meeroff (2020). As I explain in my 2024 expert report (Pietari 2024, pp. 38-39), my estimates of $H_2S$ generation at the JPL Phase IVA are underestimates based on numerous factors that include, as an example, the following:

- Disposal of larger amounts of Spent Lime at the JPL Phase IVA than I considered in my $H_2S$ generation estimation.

- Disposal of larger amounts of C&D waste at the JPL Phase IVA than I considered in my $H_2S$ generation estimation.

- Disposal of "Special Wastes" at the JPL Phase IVA that likely contained SCCs, which I did not consider in my $H_2S$ generation estimation.

- Use of fly ash, which may contain sulfate and sulfur, as solidification agent at the JPL Phase IVA when Spent Lime was not available, which I did not consider in my $H_2S$ generation estimation.

- Presence of high concentrations of hannebachite in the Spent Lime, which contains sulfur and sulfite, which I did not consider in my $H_2S$ generation estimation.

### 3.6.2   In his criticism of my $H_2S$ generation modeling, Dr. Shaha ignores the available site-specific data available on the amounts of Spent Lime disposed at the JPL Phase IVA and the sulfate content in the Spent Lime. The available data is consistent with the data Anderson et al. (2010) finds important for accurate modeling of $H_2S$ generation.

Dr. Shaha opines that my $H_2S$ modeling lacks scientific reliability, and to support that opinion states that "Shaha & Meeroff (2020) also explicitly stated in the application and scope section of the article that 'The development of this empirical model using first-order decay kinetics and historical data provides a site-specific outcome rather than a universal one. This method is highly dependent on data availability, the accuracy of the data, and the interval of the data set'" (Shaha 2024, p. 12). While I agree with the statement in Shaha and Meeroff (2020) that their application of the Anderson et al. (2010) model, including the inputs and assumptions for sulfate content, is not universal, Dr. Shaha ignores the fact that I had a significant amount of site-specific data available for the relevant period when the Spent Lime disposal occurred at the JPL Phase IVA for a site-specific conservative estimate of $H_2S$ generation (that is an underestimate for the reasons I describe above).

The site-specific data that I had for Phase IVA include the very data that Anderson et al. (2010) identify as being important for accurate modeling of $H_2S$ generation. Anderson et al. (2010) identifies two important inputs to the $H_2S$ Generation Model to accurately model $H_2S$ generation from sulfate-containing materials: the total mass of sulfur input from the mass of sulfur-containing material disposed and sulfate composition of that material. For Phase IVA of the JPL, an extensive data set consisting of the amounts of individual loads of sulfate-containing Spent Lime delivered to the JPL Phase IVA on a daily basis and the annual amounts of C&D debris disposed of were available. In addition, as described in my 2024 expert report, data on the sulfate content of Spent Lime disposed at Phase IVA was available from Rain Carbon for several samples collected in 2016 and 2017, when the Spent Lime disposal occurred. Therefore, the site-specific amounts of Spent Lime disposed at the JPL Phase IVA and the sulfate composition of the Spent Lime were known, allowing the determination of the total mass of sulfur input for Phase IVA. In contrast, Shaha and Meeroff (2020) did not have site-specific information for the sulfate content in the *C&D debris* in their study. Instead, Shaha and

Meeroff (2020) relied on literature values for sulfate content in *C&D fines* reported by Musson et al. (2008). I have previously discussed why this usage was inappropriate.

In addition to the site-specific amounts of Spent Lime disposed at the JPL Phase IVA and the sulfate composition of the Spent Lime, the available data for the JPL included $H_2S$ concentration data, and amounts of MSW disposed, all of which I used in my application of the $H_2S$ Generation Model for the Phase IVA at the JPL, rendering my application of the $H_2S$ Generation Model site-specific and not universally relying on Shaha and Meeroff (2020).

### 3.6.3 Dr. Shaha incorrectly asserts that I did not take into account the potential effect of the Spent Lime on the pH at Phase IVA in my $H_2S$ generation estimates.

Dr. Shaha incorrectly asserts in his report that I did not consider the potential of the Spent Lime to affect the pH at Phase IVA. He cites an article by Yang et al. (2006), who studied the impact of waste composition on $H_2S$ generation in simulated C&D debris landfills. Dr. Shaha states that Yang et al. (2006) "found that co-disposed wastes have some effect on $H_2S$ generation" and that "addition of concrete and lime represents two possible control mechanisms for $H_2S$ generation." Dr. Shaha further goes on to state that "[t]his study is highly important to consider in this case, as the Spent Lime was disposed of in significant amounts with a pH of approximately 12.4… The optimum pH range for SRBs is 4.0 to 9.0 (Pietari 2021a). This high pH might potentially act as an inhibitor for $H_2S$ generation or delay the decay of sulfur until the pH comes down to the optimum range for SRBs." (Shaha 2024, pp. 21-22).

The study by Yang et al. (2006) is not directly relevant to JPL Phase IVA as it simulated conditions and evaluated $H_2S$ generation in a C&D disposal scenario when drywall was co-disposed with different C&D debris constituents, which did not include MSW. This is not a scenario that is applicable to JPL Phase IVA where Spent Lime was co-disposed with MSW.

Regardless, contrary to what Dr. Shaha asserts, I discussed and considered the potential effect of the residual lime in Spent Lime on pH in my reports and my analyses (e.g., see discussion regarding influence of pH in paragraphs 102-104 in my 2024 expert report (Pietari 2024, p. 42)).

The residual lime, or calcium hydroxide, present in Spent Lime has the potential to increase the pH of water, and likely the pH of moisture within waste, when mixed with waste. However, as I describe in my 2024 expert report, for example, this effect is likely transient. As shown by Xu et al. (2011), who studied the effect of lime addition to inhibit $H_2S$ generation from C&D disposal, the initially high pH levels around 12 following lime addition in columns simulating C&D disposal, decreased due to neutralization by generated $H_2S$ (a weak acid) that dissolved in the leachate. The initially high pH levels initially inhibited $H_2S$ generation such that $H_2S$ was observed after approximately 55 days.[4] These experiments were conducted in the absence of MSW, degradation of which generates organic acids that would neutralize the increase in pH due to the presence of residual lime in the Spent Lime more rapidly compared to what was observed by Xu et al. (2006). Because of the potential effect of

---

[4]  It should be noted that if sulfate reduction occurs at pH levels approximately 8 or higher, formation of $H_2S$ would likely not be detectable, given that at those pH levels, nonvolatile forms of $H_2S$ ($HS^-$ or $S^{2-}$) would be prevalent, depending on the pH.

residual lime in the Spent Lime, I included a lag time of one month in my $H_2S$ Generation Model to account for effects such as the potentially transient elevated pH.

### 3.6.4   Dr. Shaha is incorrect in implying that I only applied first order decay rate constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020).

In his report, Dr. Shaha implies that I used the first order decay rate constant and $H_2S$ generation potential derived by Shaha and Meeroff (2020) and appears to imply that I solely relied on Shaha and Meeroff (2020) for those values. He states that "the decay rate k=0.45 $yr^{-1}$ from Shaha & Meeroff (2020) cannot be used with scientific reliability at JPL" (Shaha 2024, pp. 12-13) and that "[c]omparing the conditions at the JPL and using the site-specific value ($S_0$=188.90 $m^3-H_2S/t$) from Shaha & Meeroff (2020) is misleading in both in this context and within the broader $H_2S$ generation modeling for Spent Lime" (Shaha 2024, p. 13).

Shaha is mistaken on my application of the first order decay rate constant and the $H_2S$ generation potential of k=0.45 $yr^{-1}$ and 188.90 $m^3-H_2S/t$, respectively, from Shaha and Meeroff (2020). While I used the first order decay rate constant and the $H_2S$ generation potential from Shaha and Meeroff (2020) in my initial expert report, I did not use the values selected by Shaha and Meeroff (2020) to estimate $H_2S$ generation from Spent Lime in my supplemental and 2024 expert reports. While I used the ranges of first order decay rate constants and $H_2S$ generation potentials derived by Anderson et al. (2010), within which, or close to, the first order decay rate constant and $H_2S$ generation potential selected by Shaha and Meeroff (2020) fall, as explained in my supplemental and 2024 expert reports, I selected the first order decay rate constants and $H_2S$ generation potential, that in my opinion provided conservative estimates of $H_2S$ generation. The resulting estimate falls within a mid-range of the potential estimates for each pair of first order decay rate constants and $H_2S$ generation potentials (see Figure 5 in Pietari (2024)). As such, this estimate is reasonable due to the factors that make my estimate an underestimate, that I enumerate in my 2024 expert report (Pietari 2024, pp. 39-40) and also above in Section 3.6.1.

However, I did use the k- and $S_0$-value from Shaha and Meeroff (2020) to estimate $H_2S$ generation from the C&D waste disposed at Phase IVA of the JPL. That, however, the C&D waste is responsible for a very small fraction of the $H_2S$ generated at the JPL, and, as such, is not significant compared to $H_2S$ generated from the Spent Lime and would not result in significant overestimation, if any.

### 3.6.5   Dr. Shaha incorrectly mischaracterizes my $H_2S$ generation modeling in my supplemental expert report (Pietari 2021c) and ignores the additional data on the Spent Lime sulfate composition.

Dr. Shaha opines that "[i]t is evident from Pietari (2021c and 2024) that for a fixed k value (0.53 $yr^{-1}$) and a fixed $H_2S$ Constraint (3,633 ppmv), the $H_2S$ generation potential ($S_0$) varies accordingly to adjust for the sulfur content assumption. A higher sulfur content will result in a lower $S_0$ value (161 $m^3$- $H_2S$ /t of sulfur, Pietari 2024) and a lower sulfur content assumption will yield a higher $S_0$ value (573 $m^3$- $H_2S$ /t of sulfur, Pietari 2021c). Therefore, a low sulfur content with a higher $S_0$ value could potentially meet the constraint ($H_2S$ concentration) requirement at a specific time." Dr. Shaha goes on further to state that "Dr. Pietari assumed in her initial report (Pietari 2021a) that the $H_2S$ generation potential of sulfur in Spent Lime is similar to that of C&D debris (less than 216.2 $m^3$- $H_2S$ /t of Sulfur) and therefore ignored the possibility of low sulfur content in the Spent Lime. However, in her supplemental report (Pietari 2021c), it was evident that the derived $S_0$ values are much higher (573

$m^3-$ $H_2S$ /t of sulfur), indicating that a low sulfur content might also be a possibility. This likely introduced a positive bias and potentially overestimated the $H_2S$ generation."

Dr. Shaha incorrectly represents that the $H_2S$ generation potential value I derived in my supplemental report indicates that the Spent Lime might have a "low sulfur content" and that my use of $H_2S$ generation potentials similar to those for C&D fines for Spent Lime has led me to overestimate the $H_2S$ generation. Dr. Shaha ignores the fact that I have received new information on several occasions: after the submittal of my initial report regarding the $H_2S$ concentrations at Phase IVA (TRC 2020) and after the submittal of my supplemental expert report and, after the trial, regarding the sulfur content of the Spent Lime from Rain Carbon (RAINCII BENDECK 0441; RAINCII BENDECK 0505; RAIN CII BENDECK 000519; RAIN CII BENDECK 000529). This new information allowed me to refine and improve my $H_2S$ generation estimates. This is particularly important, which Dr. Shaha ignores, because this new information pertained to the inputs that Anderson et al. (2010) identify as being important for accurate modeling of $H_2S$ generation (i.e., sulfate composition of the material).

In my supplemental report, which I prepared after becoming aware of the TRC (2020) report and the $H_2S$ concentration data TRC obtained in October 2019 for Phase IVA, I relied on, among other information, on the safety data sheets (SDSs) for the SCC content in the Spent Lime. The SDSs indicated that up to 20% of the Spent Lime was gypsum, or calcium sulfate dihydrate. After incorporating the much higher $H_2S$ concentration for Phase IVA from TRC (2020) than I used in my initial report, I observed that either the $H_2S$ potential is higher for Spent Lime (573 $m^3$-$H_2S$/ton of sulfur) than those reported by Anderson et al. (2010) (less than 216.2 $m^3-$ $H_2S$ /t of sulfur) and is very close to the theoretical maximum $H_2S$ generation potential, or that the Spent Lime contained much higher amounts of SCCs than those indicated by the SDSs. Following my supplemental expert report and before the trial in this matter, I became aware of the solid waste beneficial use applications submitted by Rain Carbon for Spent Lime from Norco and Chalmette, which described the material as follows: "[t]he beneficial use material is a loose powder… [i]t consists primarily of various hydrates of calcium sulfate (40-50%), calcium sulfite (20%), calcium hydroxide (hydrated lime), with some calcium carbonate and carbon" (RAINCII BENDECK 0441; RAINCII BENDECK 0505). Additional data received after the trial from Rain Carbon for the Spent Lime from Norco and Chalmette confirmed that the SCCs in the Chalmette and Norco Spent Lime were 46-63.7% and 37.9-72.3%, respectively. These data were collected by Rain Carbon during the time when the Spent Lime disposal occurred at the JPL. The higher sulfate content in the Spent Lime then indicates that the $H_2S$ generation potential I derived in my supplemental expert report was artificially high (i.e., not 573 $m^3-$ $H_2S$ /t of sulfur) and instead was approximately 3.6 times lower. Therefore, Dr. Shaha's assertion that the $H_2S$ generation potential I derived in my supplemental report is proof that the $H_2S$ generation potential for Spent Lime is higher than those reported by Anderson et al. (2010) is incorrect. The $H_2S$ generation potential I derived in my supplemental report simply reflected the fact that the SCC content I used in my initial and supplemental expert reports was too low. Given the updated available evidence as to the sulfate composition of the Spent Lime, Dr. Shaha lacks any reasonable or scientific basis for his lower sulfur content assumption.

Dr. Shaha supported his incorrect assertions by selectively, and incorrectly, citing literature information on $H_2S$ generation potentials that I had compiled (e.g., Table 7 in Pietari (2024)). Dr. Shaha states that "[t]he reported $H_2S$ generation potential for lime ash and FGD gypsum was as high as 578.6 and 676.0 $m^3$- $H_2S$ /ton of Sulfur (Sun et al. 2016; 2018), respectively which were close to the theoretical stoichiometric value of 692 $m^3$- $H_2S$ /ton of Sulfur" (Shaha 2024, p. 23). However, Dr. Shaha misleadingly cites only some lime ash values and incorrectly cites the value for FGD gypsum –

both of which he considers as materials with potentially similar properties to Spent Lime. The $H_2S$ generation potentials determined by Sun et al. (2016; 2018)[5] for two lime ash samples were 387.4 and 578.6 $m^3$- $H_2S$ /ton of sulfur determined with a laboratory batch bioassay for biochemical sulfide potential and 56.7 and 158.4 $m^3$- $H_2S$ /ton of sulfur determined in a sparged bioreactor in a laboratory (values from a non-sparged bioreactor were lower). The $H_2S$ generation potential determined by Sun et al. (2016; 2018) for FGD gypsum was 161.5 $m^3$- $H_2S$ /ton of sulfur with a laboratory batch bioassay for biochemical sulfide potential. Instead of ignoring these values, as Dr. Shaha asserts, I considered all of the values for $H_2S$ generation potential presented in Table 7 of my 2024 expert report (Pietari 2024). Given the wide range of $H_2S$ generation potentials for lime ash in the laboratory assays, the overlap with the $H_2S$ generation potentials determined by Sun et al. (2016; 2018) with those determined by Anderson et al. (2010), and with Anderson et al. (2010) $H_2S$ generation potential values being in the mid-range of the values I considered, I chose to use the range by Anderson et al. (2010) for estimating the $H_2S$ generation at Phase IVA that allowed me to arrive at a reasonable and conservative estimate of the $H_2S$ generated at the Phase IVA from Spent Lime.

## 3.7    Rebuttal Opinion 6: Shaha and Meeroff (2020) did not include a derivation of a site-specific $H_2S$ decay rate.

Dr. Shaha criticizes me for not deriving a site-specific first order decay rate constant for $H_2S$ "given that JPL has distinct conditions that do not align with the study sites" that I referenced in my expert reports. This is inconsistent with his own work in Shaha and Meeroff (2020), which did not include a derivation of site-specific first order decay rate constant for $H_2S$ generation. Instead, Shaha and Meeroff (2020) relied on first order decay rate constants published by Anderson et al. (2010).

In his expert report, Shaha (2024) attempts to justify the inconsistency between his criticism of my analysis and his earlier work in Shaha and Meeroff (2020) by stating that "the scope of the study, the availability of research funds, time constraints, and data availability significantly influenced the decision to rely on k values from existing literature rather than developing site-specific value based on $H_2S$ recovery data, which is preferable when resources allow" (Shaha 2024, p. 10). As I describe in my Rebuttal Opinion 3 (Section 3.4), data availability also influenced my ability to develop a site-specific first order decay rate constant. As I describe in Section 3.4, the data collection at the Phase IVA was controlled by the Defendants, and the Plaintiffs were only allowed to collect samples at the Phase IVA nearly 16 months after the Spent Lime disposal ended. As a result, I relied on existing literature when site-specific information was not available. However, as I discuss above, the site-specific data that I had for Phase IVA include the very data that Anderson et al. (2010) identify as being important for accurate modeling of $H_2S$ generation.

Dr. Shaha does not indicate what are the "distinct conditions that do not align with the study sites" in his criticism; however, I presume they relate to the fact that Spent Lime was co-disposed at the Phase IVA, while the studies he mentions, and that I also cite, are not for sites where co-disposal of Spent Lime had occurred. As I describe in my Rebuttal Opinion 2 in Section 3.3, the direct sulfur source for the SRB is sulfate, which is the same in Spent Lime, C&D debris, and C&D fines and other materials being investigated in the studies Dr. Shaha and I cite. These studies investigated $H_2S$ generation from co-disposal of C&D fines, from drywall, from a variety of sulfate containing materials, and bulk C&D

---

[5]   The sulfate and sulfide contents of the materials tested by Sun et al. (2016; 2018) can be found in Table 1 in Sun et al. (2016) and Table 2 in Sun et al. (2018). These values can be used to convert $H_2S$ yields reported by Sun et al. (2016; 2018) to units that are comparable to $H_2S$ generation potential in Anderson et al. (2010) model.

wastes (Anderson et al. 2010; Tolaymat et al. 2013; Sun et al. 2016; Malmir et al. 2023; Shaha & Meeroff 2020). All of these materials contain sulfate and, as such, share the same direct source of sulfur with the Spent Lime, and, therefore, are relevant in my analysis.

## 3.8      Rebuttal Opinion 7:  Validation is not a required step in application of the $H_2S$ Generation Model.

Dr. Shaha opines that lack of validation of my $H_2S$ generation estimates due to the lack of data renders my estimates scientifically unreliable. Dr. Shaha states that "the most crucial step in developing a site-specific $H_2S$ generation model and selecting the best k and $S_0$ combination is to validate the model by comparing the correlation between the actual measured $H_2S$ concentration and the model predicted $H_2S$ generation" (Shaha 2024, p. 13) and that "the inability to validate her $H_2S$ generation estimates against robust site-specific $H_2S$ concentration measurements taken over time makes her estimate scientifically unreliable" (Shaha 2024, p. 14). However, Dr. Shaha ignores that validation is not a required step in the application of the $H_2S$ Generation Model, and also ignores the fact that the Defendants controlled the access and data collection at the JPL Phase IVA at all times between the beginning of this litigation and the Plaintiffs' November 4-8, 2019, site visit, as described in my Rebuttal Opinion 3 (Section 3.4).

Dr. Shaha ignores that validation is not *a required* step in the *application* of the $H_2S$ Generation Model. Anderson et al. (2010) nor Shaha and Meeroff (2020) do not state that validation is a required step in the *application* of the $H_2S$ Generation Model. However, site-specific data according to Anderson et al. (2010) can be used for model *calibration* to derive site-specific k values to improve accuracy of the estimates. Shaha and Meeroff (2020) used site-specific data to select an optimum k and $S_0$ values for the $H_2S$ Generation Model in a process they call validation but could be also described as calibration. Further, application of LandGEM model to estimate LFG generation does not require a validation step (USEPA 2005).

Model validation, or corroboration, means evaluating the degree to which a model corresponds to reality[6] using qualitative and quantitative approaches, depending on data availability (USEPA 2009). Model corroboration would answer a question such as whether a hypothesized mathematical model describes observed environmental behavior, such as whether a first-order decay model would describe $H_2S$ generation in a manner that is observed. In addition to validation, environmental models can be *calibrated* by adjusting model parameters within physically defensible ranges until the resulting predictions give the best possible fit to the observed data (USEPA 2009).

An extensive dataset on $H_2S$ concentrations is not available for JPL to quantitatively corroborate the $H_2S$ Generation Model due to reasons I describe in my Rebuttal Opinion 3 (Section 3.4). Data collection at Phase IVA was not possible following the termination of the Spent Lime disposal as the Plaintiffs were not granted access, and when access was granted 16 months after the disposal of Spent Lime ended, the Plaintiffs experts could not collect samples at many important locations on Phase IVA at the JPL (Section 3.4). Additional $H_2S$ data for the JPL Phase IVA would have been helpful in corroborating my $H_2S$ estimates; however, as I explain in my Rebuttal Opinion 3, the Defendants controlled the access and data collection at the JPL Phase IVA, and along with their experts, chose not to collect $H_2S$ data from the gas wells in Phase IVA, despite having an opportunity to do so, even after the Defendants' experts identified the $H_2S$ generation potential of Spent Lime disposed at Phase IVA

---

[6]  Instead of the phrase "model validation" however, USEPA uses "model corroboration" as the preferred terminology "because it implies a claim of usefulness and not truth" (USEPA 2009).

(Marshall and Walsh 2019) and after they considered running the Anderson et al (2010) model to estimate the $H_2S$ generated by the Spent Lime in Phase IVA but did not because they determined they lacked the data they thought necessary.

However, as I explain in my Rebuttal Opinion 4, data collected from gas wells in November 2019 by both the Plaintiff's (Soler 2021) and Defendant's experts (Exponent 2020), the data collected by CEC (2018) in May 2018 and data collected in or before September 2018 (WC_JPLF_00270112), do confirm that the results from the $H_2S$ Generation Model in my supplemental and 2024 expert reports agree with the historical data collected: the modeled $H_2S$ concentration in May 2018 was at least 1,598 ppmv, and in November 2019, the modeled $H_2S$ concentration was at least 500 ppmv. The historical data also confirm that the $H_2S$ Generation Model for JPL Phase IVA predicts $H_2S$ generation in the manner that would be expected. Estimated $H_2S$ generation volumes, shown in Figure 5 of my 2024 expert report, increase with increasing sulfate mass deposited at Phase IVA, and decrease following the end of Spent Lime disposal. This is to be expected based on conclusions by Sun et al. (2016) and Anderson et al. (2010), who observed that first-order decay rates are greater for $H_2S$ than for methane, and, thus, $H_2S$ generation is expected to peak and decline much more rapidly than for methane. In summary, the $H_2S$ Generation Model for estimating $H_2S$ generation from Spent Lime and historical C&D waste disposal predicts $H_2S$ generation in an expected manner.

In summary, Dr. Shaha's criticism of the lack of validation of my $H_2S$ generation results, which is not a required step in the application of the $H_2S$ Generation Model by Anderson et al. (2010), is misplaced. The lack of data validation is not by my design, but a result of the fact the Defendants failed to collect such data. And, regardless, my model is consistent with observed $H_2S$ concentrations over time.

# 4.    REBUTTAL OF MR. MATTHEW K. STUTZ, PE

Mr. Stutz provides 18 opinions and sub-opinions in the addendum to his expert report, which reviews landfill gas generation and emission rates for the JPL, the RBLF, and Hwy 90. Mr. Stutz's addendum also provides a review of the second supplemental report by my colleague Mr. Jose Sananes.

Below are the opinions by Mr. Stutz that I am specifically addressing in this report:

- "Opinion No. 1B: Appropriate $H_2S$ concentrations for modeling of emissions from JPLF, RBLF, and Hwy 90 are available for each landfill and are available based on generally accepted methods, publicly available data, and reasonable assumptions."

- "Opinion No. 2A: Generally accepted industry standards and methods are readily available to determine the $H_2S$ emissions from JPLF and each of the nearby landfills. Using these accepted industry practices and methodologies results in a more accurate, representative, and reliable, estimate of $H_2S$ emissions. The Plaintiffs' experts disregard industry standards and scientific research. They created methodologies that had never been used before and chose to use the highest unvalidated numbers which made their $H_2S$ emission estimates inflated, unreliable, and not representative of the site."

- "Opinion 4F: The municipal solid waste (MSW) contribution of $H_2S$ in Phase IVA was double counted by the Plaintiffs' experts."

## 4.1    Rebuttal Opinion 8:  Mr. Stutz mischaracterizes the available $H_2S$ data for the JPL Phase IVA.

Mr. Stutz describes the available $H_2S$ data for the JPL Phase IV as follows "[d]uring the study conducted in 2019 by the Plaintiffs' experts, the Plaintiffs' experts also collected several gas samples from the combined gas stream at the flare facility, which only had an $H_2S$ concentration of 1–4 ppm. However, instead of using available historical $H_2S$ concentration data measured during the period of spent lime acceptance, the Plaintiffs' experts instead developed a mathematical model that is built using many assumptions to back-calculate a theoretical historical $H_2S$ generation rate from the spent lime placed in Phase IVA (Pietari, 2021a [64], [65], [70]). This theoretical mathematical modeling was based on an $H_2S$ concentration of 3,633 ppm in 2019 (Pietari, 2021b)." (Stutz 2024, p. 17). Mr. Stutz goes on to say, that "this concentration is not consistent with other readings collected at the site in the same year, including readings collected by Plaintiffs' experts" and suggests that "other options" "were available … for historical $H_2S$ concentrations as provided in the CEC Report (CEC, 2018)" (Stutz 2024, p. 17). The "other options" included 792 ppm measured in "common header to plant" and 1,598 ppm for "Phase IV extraction well readings" that I calculated in my initial expert report (Pietari 2021a).

Mr. Stutz inappropriately compares the $H_2S$ concentration of 3,633 ppm, determined by TRC (2020), with the data collected with field instruments that included limitations or with data that are not representative of Phase IVA. As such, Mr. Stutz mischaracterizes the available $H_2S$ data for the JPL Phase IVA:

- The concentration of 792 ppm measured in the common header to the gas plant appears to be the average of six $H_2S$ measurements taken by CEC from the Phase 3A Plant, ranging from 525 ppm to 1,050 ppm (CEC 2018, Exhibit 1). While this $H_2S$ concentration was indeed measured during

the period of Spent Lime acceptance, it is not representative of $H_2S$ concentration collected in LFG from Phase IVA, but rather $H_2S$ concentration in LFG collected from the entire JPL. $H_2S$ generated in Phase IVA is included in this concentration; however, it is being diluted by gas collected from other parts of the landfill that did not receive Spent Lime. Therefore, the $H_2S$ concentration measured from the common header to the gas plant is not appropriate for estimating $H_2S$ generation in Phase IVA.

- Concentrations of 1-4 ppm of $H_2S$ were measured by Ramboll (Soler 2021, Appendix B, Table 2-5) at the flare facility in November 2019. Similar to the $H_2S$ concentrations measured in the common header to the gas plant by CEC (2018), the flare collects gas from the entire landfill and not Phase IVA specifically. Any gas collected from Phase IVA and directed to the flare system, will be diluted with gas collected from other phases at the JPL where Spent Lime disposal did not occur. Therefore, the $H_2S$ concentration measured from the flare facility is not appropriate for estimating $H_2S$ generation in Phase IVA.

- As described in my expert report, the average concentration of 1,598 ppmv I calculated and used to calibrate the $H_2S$ generation in my initial expert report (Pietari 2021a) represented the minimum average $H_2S$ concentration in gas wells located in Phase IVA based on data collected in May and September 2018 (see Table 9 in Pietari (2024)). $H_2S$ concentrations reported by CEC (2018) in several of the wells (six out of ten) exceeded the upper limit of 2,000 ppmv of the measuring equipment. For example, actual $H_2S$ concentrations of 2,100, 3,000, 5,000 or 6,499 ppmv would have been detected as 2,000 ppmv by the instrument used by CEC (2018). Therefore, the minimum average concentration of 1,598 ppmv was likely an underestimate of the actual average $H_2S$ concentrations in May 2018 for Phase IVA, and the actual $H_2S$ concentrations were not known, despite these samples being collected mostly during the period of Spent Lime disposal at Phase IVA.

Because the data collected by TRC in October 2019 indicates that the $H_2S$ concentrations within Phase IVA likely would have been much higher in early 2018 than indicated by the May 2018 and/or the September 2018 data, I estimated the $H_2S$ generation volumes at the JPL Phase IVA using TRC's October 2019 data. TRC's October 2019 data was from gas samples collected from Phase IVA using a canister and analyzed for $H_2S$ in a commercial laboratory (TRC 2020, p. 8). As described in the TRC (2020) report, the gas collection with a canister and analysis in a commercial laboratory provided the best results among the four different $H_2S$ measurement approaches TRC tested (see Table 3 in TRC (2020)). TRC (2020) then used this data to "analyze the total $H_2S$ captured in the gas collection system" (TRC 2020, p. 8).

Mr. Stutz also indicates that the $H_2S$ concentration I used to calibrate the $H_2S$ generation model (3,633 ppmv) in my supplemental and 2024 expert reports, was not consistent with "the Plaintiff's data." Mr. Stutz ignores the fact that the lack of consistency with the Plaintiff's data stems from the different analytical method used by the Plaintiff's compared to that of TRC (2020), whose data I relied on to calibrate the $H_2S$ generation model (Pietari 2021b; 2024). While Mr. Stutz does not further describe what he means by "the Plaintiff's data," I am assuming that Mr. Stutz is referring to the data collected by Ramboll in November 2019. Ramboll collected the data by using a different analytical instrument than TRC (2020). Ramboll, in 2019, used a Landtec[TM] GEM 5000 Plus field instrument that was able to detect $H_2S$ concentrations in the range of 0-500 ppmv (Soler 2021, p. 27). In contrast, and as described above, in October 2019 TRC collected gas samples from the Phase IVA using a steel canister, which were then analyzed for $H_2S$ in a commercial laboratory (TRC 2020, p. 8). As described in the TRC (2020) report, the gas collection with a canister and analysis in a commercial laboratory

provided the best results among the four different $H_2S$ measurement approaches TRC tested, including Landtec$^{TM}$ GEM 5000 – same or similar to the instrument as used by Ramboll in 2019 (see Table 3 in TRC (2020)). Given that several of Ramboll's measurements from Phase IVA gas wells exceeded the upper measurement range of the Landtec$^{TM}$ GEM 5000 Plus field instrument, and TRC's data did not have such limitations, the apparent lack of consistency for those gas wells is due to the differences in analytical methods. Therefore, it is inappropriate to directly compare the results collected by Ramboll to those collected by TRC. It should be noted, though, that Ramboll's and TRC's data are in agreement for the wells that had $H_2S$ concentrations less than 500 ppmv (e.g., GW-500, -501, -509) (Table 9 in Pietari (2024)).

## 4.2      Rebuttal Opinion 9:  Mr. Stutz ignores several factors that influence $H_2S$ generation and emission from the Highway 90 Landfill that likely lead him to overestimate the $H_2S$ generation and emissions.

To estimate $H_2S$ generation at the Hwy 90 landfill, which is a C&D debris landfill devoted exclusively to the disposal of wood waste and C&D debris, Mr. Stutz uses USEPA's LandGEM to derive the volumes of $H_2S$ generated. Then, he applies a percentage to account for the oxidation of the generated $H_2S$ as the gas passes through a soil cover and arrives at an estimate of $H_2S$ emitted. However, Mr. Stutz fails to consider four factors that lead him to overestimate the $H_2S$ generation at the Hwy 90 landfill. These factors include: 1) his use of $H_2S$ concentration determined following the disposal of large amounts of C&D debris that likely overestimates the $H_2S$ generation; 2) his use of higher amounts of C&D disposed at the Hwy90 landfill than actually were disposed; 3) lack of anaerobic conditions and $H_2S$ generation when C&D waste is uncovered due to the requirement of applying cover only twice a month; and 4) ignoring information regarding the $H_2S$ emissions from the Hwy 90 landfill. These four factors are discussed below:

- For Hwy 90, Mr. Stutz used an $H_2S$ concentration of 2,900 ppm, from the 2008 "Highway 90 C&D Landfill $H_2S$ Study" (Enviro One 2008b) (see Attachment 7 in Stutz (2024)). According to the study, concentrations ranged from 2,000 to 3,800 ppm measured in four wells installed into the north portion of the Hwy 90 landfill. This study was conducted in support of a minor source permit application to control emissions of $H_2S$ odors from disposal of "hurricane-related material (sheet rocks)" (Enviro One 2008a,c). Mr. Stutz used the average of 2,900 ppm based on the lower and upper ranges of the $H_2S$ measurements. These $H_2S$ measurements took place just three years after the disposal of large quantities of C&D waste (1,522,846 and 795,398 tons in 2006[7] and 2007, respectively) following Hurricane Katrina. In addition to "hurricane-related material (sheet rocks)" (Enviro One 2008c), the wastes disposed after Hurricane Katrina included storm debris, swamp grass, vegetation and yard debris (Hwy 90 LLC 2006), which are known to support $H_2S$ generation from C&D waste when co-disposed. After 2007, considerably lower amounts of C&D waste were disposed at Hwy 90 landfill (see the bullet immediately below). Therefore, given the higher amounts of C&D waste (source of sulfur) and disposal of organic waste (source of food to the SRB) at the Hwy 90 landfill following Hurricane Katrina, it is unlikely that the $H_2S$ concentrations in 2008 are representative of $H_2S$ concentrations in 2017 – 2019, corresponding to the time period for which Mr. Stutz estimates $H_2S$ generation and emissions for Hwy 90 landfill. LandGEM estimates $H_2S$ generation by assuming a constant $H_2S$ concentration for the modeled period (USEPA 2005), which is not a valid assumption for Hwy 90 landfill due to reasons described

---

[7]  The reported waste acceptance rates are not for the calendar year, but for a reporting year of July 1 to June 30. Therefore, for example, the waste acceptance rates reported in 2006 are for the period of July 1, 2005, through June 30, 2006, and in 2007 for July 1, 2006, through June 30, 2007.

above. By using a $H_2S$ concentration from 2008 to model $H_2S$ generation in 2017-2019, Mr. Stutz's $H_2S$ generation and emissions are highly overestimated.

- Mr. Stutz also compiled amounts of C&D wastes for the Hwy 90 landfill (Stutz 2024, Attachment 9), from the waste acceptance rates reported in the *Solid Waste Certification of Compliance* reports submitted annually by Hwy 90, LLC to the Louisiana Department of Environmental Quality (LDEQ). Mr. Stutz reported those amounts as wet tons in Attachment 9 to his report. For the years 2013 and 2018[8], Mr. Stutz indicates the disposal 938,612 and 656,384 wet tons, respectively, at the Hwy 90 landfill. However, these amounts of C&D wastes appear to have been reported as cubic yards and not in wet tons. Hwy 90 LLC reported used capacities of 938,612 and 656,384 cubic yards in 2013 and 2018, respectively, and correspondingly, reported C&D wastes totaling 234,651 and 164,096 wet tons in 2013 and 2018, respectively that are lower by a factor of 4 that Mr. Stutz actually used (Hwy 90 LLC 2013; 2018). Therefore, Mr. Stutz uses higher amounts of C&D disposed at the Hwy 90 landfill than actually were disposed in his $H_2S$ generation modeling and, consequently, overestimates the $H_2S$ generated and emitted from the Hwy 90 landfill.

- Lastly, Mr. Stutz assumes in his $H_2S$ generation estimate for Hwy 90 landfill, that anaerobic conditions exist immediately after disposal and that $H_2S$ is being released to the atmosphere because a soil cover that would oxidize the emitted $H_2S$ is only applied twice a month. Therefore, Mr. Stutz then applies a factor of 3% to account for soil oxidation of the emitted $H_2S$. However, Mr. Stutz ignores that $H_2S$ generation by the SRB requires the absence of oxygen. Those conditions are unlikely to develop immediately after placement of C&D waste into the landfill and when the C&D waste remains uncovered, at least throughout the entire mass of the C&D waste placed and remaining uncovered. Dr. Jenna Jambeck, currently the Georgia Athletic Association Distinguished Professor of Environmental Engineering at the University of Georgia and a co-author of the Anderson et al. (2010) study, opined regarding the $H_2S$ production from piles of drywall open to the atmosphere: in "…many states drywall has been kept separate for collection and transport and I have not heard of any $H_2S$ problems. I have also visited piles of drywall waiting for recycling and they have not had any odor. The only thing different is that disaster debris drywall may be soaked (the drywall I have seen may have been exposed to rain, but not soaked in flood waters when piled up). There may be a little sulfate-reducing biological activity in pockets if the pile was dense enough, but I don't think it would be a big issue. Because this situation has never really happened before, I think it would be safe to say that, due to the strict anaerobic nature of sulfate reducing bacteria, piles of drywall open to the atmosphere are not likely to develop the necessary environment to generate large quantities of hydrogen sulfide" (SWANA 2005, p. 10). Given the low likelihood of the C&D waste waiting to be covered to develop anaerobic conditions, large amounts of $H_2S$ generation would not be expected while the C&D waste is waiting to be covered. Therefore, because Mr. Stutz does not take into consideration the low likelihood of $H_2S$ generation from uncovered C&D waste, Mr. Stutz overestimates the $H_2S$ generated and emitted from the Hwy 90 landfill.

- More significantly, Mr. Stutz ignores information that suggests that very little, if any, $H_2S$ was generated from the Hwy 90 landfill by the end of 2010. In March 2008, Hwy 90 landfill applied for a minor source permit to control emissions of $H_2S$ odors from disposal of "hurricane-related material (sheet rocks)" (Enviro One 2008a,c), which it received on August 15, 2008 (Enviro One 2010). The permit authorized emissions from three landfill gas flares installed to "to control

---

[8]  Mr. Stutz indicates that these amounts were disposed in 2012 and 2017, possibly due to the reporting year being from July 1 to June 30. For example, the waste acceptance rates reported in 2013 are for the period of July 1, 2012, through June 30, 2013.

odorous substances, primarily hydrogen sulfide, emitted from the landfill" and indicated that annual emissions of sulfur oxides ($SO_x$) – generated from burning of the generated $H_2S$ - emissions were estimated to be 24.12 tons per year (Enviro One 2008a; 2010). However, in 2010, Enviro One applied to rescind the permit because landfill gas generation was lower than initially estimated, or 76 standard cubic feet per minute (scfm) per flare (Enviro One 2010). The gas flow to the flares was not sufficient to sustain a flame, or less than 2 scfm per flare, and Enviro One estimated that annual emissions of $H_2S$ were 0.424 tons per year as of the end of 2010, or more than 96% lower than initially estimated in 2008[9] (comparing to the estimated emission as $H_2S$ equivalents, assuming $SO_x$ is $SO_2$) (Enviro One 2010). The estimated $H_2S$ emissions of 0.424 tons per year correspond to approximately 276 $m^3$ of $H_2S$ emitted per year. This is more than two orders of magnitude lower than the $H_2S$ emissions Mr. Stutz estimated for 2018, or 34,489 $m^3$ of $H_2S$ emitted per year (Stutz 2024, p. 26, Table 12). It should also be noted that emissions – as $H_2S$ equivalents corresponding to $H_2S$ generated - that Enviro One estimated for 2008 are 8,361 $m^3$ of $H_2S$ emitted per year or approximately four times lower than what Mr. Stutz estimated for 2018.

In summary, Mr. Stutz substantially overestimates the $H_2S$ generation and emission from the Hwy 90 landfill, given that the $H_2S$ concentrations in 2008 are not representative of, and are likely higher than, $H_2S$ concentrations in 2017 – 2019, corresponding to the time period for which Mr. Stutz estimates $H_2S$ generation and emissions for Hwy 90 landfill. Mr. Stutz uses higher amounts of C&D disposed at the Hwy 90 landfill than actually were disposed in his $H_2S$ generation modeling and consequently, overestimates the $H_2S$ generated and emitted from the Hwy 90 landfill. Mr. Stutz also overestimates the $H_2S$ generated and emitted from the Hwy 90 landfill as he ignores the low likelihood of the C&D waste waiting to be covered to develop the anaerobic conditions necessary to generate large quantities of $H_2S$. Lastly, Mr. Stutz ignores information from Hwy 90 landfill that suggests that very little, if any, $H_2S$ was generated and emitted after the end of 2010.

## 4.3  Rebuttal Opinion 10:  Mr. Stutz's statement that municipal solid waste contribution to $H_2S$ in Phase IVA was double counted by the Plaintiffs' experts is incorrect.

Mr. Stutz opines that the MSW contribution of $H_2S$ in Phase IVA was double counted by the Plaintiffs' experts. He bases his opinion on the fact that the $H_2S$ concentration I used to calibrate the $H_2S$ generation model for the JPL Phase IVA was derived based on samples collected from gas wells in Phase IVA, which would represent all the $H_2S$ generated from both MSW and Spent Lime (Stutz 2024, p. 48). But Mr. Stutz ignores that this $H_2S$ concentration was only used to calibrate the $H_2S$ Generation Model, not to estimate the emission rate. The key inputs for estimating $H_2S$ generation included only amounts of Spent Lime disposed at Phase IVA and the concentrations of SCCs in the Spent Lime. To estimate $H_2S$ generation for Phase IVA, I did not use the amounts of MSW and associated SCC amounts as inputs to the $H_2S$ Generation Model. In order for me to have included $H_2S$ generation from the MSW, I would have needed to include the amount of MSW, the sulfate content in MSW, and associated first order decay constant and $H_2S$ generation potential determined for MSW. My $H_2S$ generation modeling did not include the amount of MSW, associated sulfate content and the MSW-specific first order decay constant and $H_2S$ generation potential. Therefore, my $H_2S$ generation

---

[9]  Comparing to the estimated emissions of 24.12 tons per year of $SO_x$ as $H_2S$ equivalents, assuming $SO_x$ is $SO_2$, where 1 ton of $SO_2$ is equivalent to approximately 0.53 tons of $H_2S$.

estimate does not include $H_2S$ derived from the MSW, and, therefore, does not lead to double counting by my colleague Mr. Sananes.

Further, the $H_2S$ concentration attributed to MSW by Mr. Soler (Soler 2021) or Mr. Sananes (2024) was 56.6 ppmv. This concentration is less than 2% of the 3,633 ppmv average concentration I used to calibrate the $H_2S$ generation model. This percentage is well within the range for acceptable precision among duplicate samples,[10] and within accepted margin of error. Without the inputs associated with the amounts of MSW and concentrations of associated SCCs, this small contribution of $H_2S$ from MSW to the 3,633 ppmv concentration I used to calibrate is not significant and does not lead to double counting of $H_2S$ generated from MSW.

Mr. Stutz also mischaracterizes my analysis: "[t]his concentration was then used by Pietari to estimate $H_2S$ emissions from only the spent lime, although the concentration used included $H_2S$ from MSW and from any other waste placed in Phase IVA" (Stutz 2024, p. 48). My analysis only included estimation of $H_2S$ generated inside Phase IVA, and not how much of that $H_2S$ was emitted from Phase IVA.

---

[10] https://www3.epa.gov/ttnamti1/files/ambient/airtox/NATTS%20TAD%20Revision%203_FINAL%20October%202016.pdf

# 5.   REFERENCES

Anderson, R., J.R. Jambeck, and G.P. McCarron. 2010. Modeling of hydrogen sulfide generation from landfills beneficially utilizing processed construction and demolition materials. Final report. Prepared for the Environmental Research and Education Foundation, Alexandria, WA. February. SCS Engineers, PC, Providence, Rhode Island and Valley Cottage, New York, and University of Georgia.

Carlson, K. 2024. Deposition of Kris Carlson Deposition. In the matter of In the matter of Elias Jorge "George" Ictech-Bendeck vs Progressive Waste Solutions of LA, Inc. et al. January 17.

CEC. 2018. Landfill Gas System Assessment for the Jefferson Parish Landfill, Jefferson Parish, Louisiana. Carlson Environmental Consultants, PC. Monroe, NC. August 15.

Chrostowski, P.C. 2018. Sworn Affidavit of Paul C. Chrostowski, Ph.D., QEP. December 19.

Enviro One. 2008b. Highway 90 C&D Landfill H2S Study by Enviro One, Ed Lee, P.E. June 24.

Enviro One. 2008a. Louisiana Department of Environmental Quality Initial Small Source Permit Application for Approval of Emissions and Emission Inventory Questionnaire for Hwy 90, LLC Highway 90 Landfill, Westwego, LA. Enviro One, Baton Rouge, LA. March.

Enviro One. 2008c. Letter to Ms. Cheryl Nolan, Assistant Secretary, Office of Environmental Services, Baton Rouge, LA, dated November 11, 2008, regarding Design Plan for Horizontal Well Installation at Highway 90 C&D Landfill, Avondale, LA. Standard Solid Waste No. P-0374, Site No. D-051-11897, Air Permit No. 1340-00333-00, Agency Interest No 100642. Enviro One, Baton Rouge, LA.

Enviro One. 2010. Letter to Cheryl Nolan, Dept. of Environmental Quality, Office of Environmental Services, Baton Rouge, LA, dated December 23, 2010, regarding Highway 90 C&D Landfill, HWY90, LLC, Avondale, LA. AI# 100642, Permit# 1340-00333-00. Enviro One, Baton Rouge, LA. + Attachments."

EPRI. 2006. A Review of Manufacturing Applications for FGD Gypsum. Interim Report. 1010384. Electric Power Research Institute, Palo Alto, CA. February.

Exponent. 2020. Jefferson Parish Landfill. Air Quality Sampling Report. January 3.

Gypsum Association. 1991. Treatment and disposal of gypsum board waste. Industry Technical Paper. Gypsum Association, Washington, D.C. January.

Hwy 90 LLC. 2006. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 05 to June 30, 06. Hwy 90, LLC, Gretna, LA. August 4.

Hwy 90 LLC. 2013. Solid Waste Certification of Compliance. July 1, 2012 to June 30, 2013. Hwy 90, LLC, Avondale, LA. September 20.

Hwy 90 LLC. 2018. Solid Waste Certification of Compliance. July 1, 2017 to June 30, 2018. Hwy 90, LLC, Avondale, LA. September 14.

Malmir, T, D. Lagos, and U. Eicker. 2023. Optimization of landfill gas generation based on a modified first-order decay model: a case study in the province of Quebec, Canada. Environmental Systems Research. Vol. 12:6.

Marshall, J. 2016. Hydrogen sulfide issues at CCR and MSW co-disposal sites. NWRA/EREF Coal Ash Management Forum. July 21.

Marshall, J.D. 2017. Hydrogen sulfide issues at coal combustion residual and municipal solid waste disposal facilities. 2017 World of Coal Ash Conference, Lexington, Kentucky. May 9-11.

Marshall, J. and J. Walsh. 2019. Jefferson Parish Landfill Special Odor Evaluation. Expert Consultant Report. SCS Engineers, Reston, VA. September 24.

Marshall, J. 2021. Expert Report of Jeffrey D. Marshall, PE. In the matters of Frederick Addison et al. v. Louisiana Regional Landfill Co., et al, Civ. Action No. 19-11133 c/w 19-14512 (E.D. La.) and Elias Jorge ("George") Ictech-Bendeck et al. v. Waste Connections Bayou, Inc., Civ. Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 (E.D. La.). Prepared for: Beveridge and Diamond, P.C., Counsel for Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. SCS Engineers, Reston, VA. April 30, 2021.

Marshall, J. 2021. Deposition of Jeffrey Marshall, P.E. In the matter of In the matter of Elias Jorge "George" Ictech-Bendeck vs Progressive Waste Solutions of LA, Inc. et al.

Pietari, J. 2021a. Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll US Consulting, Inc. January 29.

Pietari, J. 2021b. Rebuttal Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll US Consulting, Inc. June 16.

Pietari, J. 2021c. Supplemental Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll US Consulting, Inc. August 27.

Pietari, J. 2024. Expert Report of Jaana Pietari, Ph.D., MBA, PE. Hydrogen Sulfide Generation from High-Sulfate Waste Spent Lime at the Jefferson Parish Landfill. Ramboll Americas Engineering Solutions, Inc. February 2.

Rappolt, T.J. 2019. Affidavit of Thomas J. Rappolt, QEP. January 15.

Sananes, J. 2024. Expert report of Jose Sananes. Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish. Ramboll US Consulting, Inc., Arlington, VA.

SCS. 2018. Jefferson Parish Landfill Site Evaluation with Respect to Odors. Expert Consultant Report by James Walsh, P.E. and Thomas Rappolt, Q.E.P. SCS Engineers, Carlsbad, CA. October 9

Shaha, B. N. 2024. Expert Report of Bishow Nath Shaha, Ph.D., P.E. Review of Hydrogen Sulfide Generation at Jefferson Parish Landfill Prepared by Dr. Jaana Pietari. Geosyntec Consultants, Boca Raton, FL. March 8.

Shaha B.N. and D.E. Meeroff. 2020. Prediction of H2S concentration in landfill gas resulting from construction and demolition debris and the selection of treatment method. Journal of Environmental Engineering. Vol. 146: 04020045

Soler, N. 2021. Expert report of Nestor D. Soler. Evaluation of Jefferson Parish Landfill Gas Emissions, Avondale, Louisiana – Jefferson Parish. Ramboll US Consulting, Inc., Arlington, VA.

Stutz, M.K. 2024. Addendum to Expert Report, Jefferson Parish Landfill, Jefferson Parish, Louisiana. Prepared by Weaver Consultants Group. March 8.

Sun, W., M. Sun, M.A. Barlaz. 2016. Characterizing the biotransformation of sulfur-containing wastes in simulated landfill reactors. Waste Management. Vol. 53:82-91.

Sun, W., M. Sun, M.A. Barlaz. 2018. Development of methods to measure the hydrogen sulfide production potential of sulfur-containing wastes. Final report. Prepared for the Environmental Research and Education Foundation. North Carolina State University, Department of Civil, Construction, and Environmental Engineering, Raleigh, NC.

SWANA. 2005. Hurricane Katrina Disaster Debris Management: Lessons Learned from State and Local Governments. Briefing Report. Revised Version. Solid Waste Association of North America. December.

Tolaymat, T.M., A.M. El Badawy, and D.A. Carson. 2013. Estimate of the decay rate constant of hydrogen sulfide from drywall in a simulated bench-scale study. Journal of Environmental Engineering. Vol. 139:538-544.

TRC. 2020. Collection of Landfill Samples. Performed at the Jefferson Parish Landfill, Avondale, Louisiana. Test date(s) 10-4-19 – 10-5-19. Report No. TRC Environmental Corporation Report 316993. August 30."

USEPA. 2005. Landfill Gas Emissions Model (LandGEM) Version 3.02 User's Guide. EPA-600/R-05/047. U.S. Environmental Protection Agency, Washington, D.C. May."

USEPA. 2009. Guidance on the Development, Evaluation, and Application of Environmental Models. EPA/100/K-09/003. U.S. Environmental Protection Agency. Council for Regulatory Environmental Modeling. Washington, DC. March.

Walsh, J.J. 2019. Affidavit of James J. Walsh, P.E., BCEE. January 15.

Xu, Q., T. Townsend, and G. Bitton. 2011. Inhibition of hydrogen sulfide generation from disposed gypsum drywall using chemical inhibitors. Journal of Hazardous Materials. Vol. 101: 204-211.

Yang, K., Q. Xu, T.G. Townsend , P. Chadik , G. Bitton, and M. Booth. 2006. Hydrogen Sulfide Generation in Simulated Construction and Demolition Debris Landfills: Impact of Waste Composition. Journal of the Air & Waste Management Association. Vol. 56: 1130-1138.

*Bates Numbered and Other Documents*

RAINCII BENDECK 0441

RAINCII BENDECK 0505

RAIN CII BENDECK 000519

RAIN CII BENDECK 000529

EXPERT_INVOICE_00000813

EXPERT_INVOICE_00000813-815

EXPERT_INVOICE_00000818

GEOSYNTEC_00028938

JP_JPLF_0019151

JP_JPLF_00075075

TRC-Invoice_00033-34

WC_JPLF_00270577

WC_JPLF_00271046

WC_JPLF_00270112

WC_JPLF_00272650

WC_JPLF_00276466

WC_JPLF_00406383

WC_JPLF_00406407-408

General Causation Trial Exhibit 932

19-cv-11133, Doc. 1-6

19-cv-11133, Doc. 307

19-cv-11133, Doc. 308

# 6.    ADDITIONAL INFORMATION CONSIDERED

Hwy 90 LLC. 2005. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 04 to June 30, 05. Hwy 90, LLC, Gretna, LA. August 8.

Hwy 90 LLC. 2007. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2006 to June 30, 2007. Hwy 90, LLC, Avondale, LA. August 1.

Hwy 90 LLC. 2008. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2007 to June 30, 2008. Hwy 90, LLC, Avondale, LA. August 1.

Hwy 90 LLC. 2009. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2008 to June 30, 2009. Hwy 90, LLC, Avondale, LA. August 18.

Hwy 90 LLC. 2010. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2009 to June 30, 2010. Hwy 90, LLC, Avondale, LA. July 28.

Hwy 90 LLC. 2010. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. Revised. July 1, 2009 to June 30, 2010. Hwy 90, LLC, Avondale, LA. October 15.

Hwy 90 LLC. 2011. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2010 to June 30, 2011. Hwy 90, LLC, Avondale, LA. July 15.

Hwy 90 LLC. 2012. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. July 1, 2011 to June 30, 2012. Hwy 90, LLC, Avondale, LA. July 15.

Hwy 90 LLC. Undated. Louisiana Department of Environmental Quality Solid Waste Disposer Annual Report. Revised page for Summary of Non-Industrial Waste Disposed. July 1, 2011 to June 30, 2012. Hwy 90, LLC, Avondale, LA. Undated.

Hwy 90 LLC. 2014. Solid Waste Certification of Compliance. July 1, 2013 to June 30, 2014. Hwy 90, LLC, Avondale, LA. September 25.

Hwy 90 LLC. 2015. Solid Waste Certification of Compliance. July 1, 2014 to June 30, 2015. Hwy 90, LLC, Avondale, LA. September 15.

Hwy 90 LLC. 2016. Solid Waste Certification of Compliance. July 1, 2015 to June 30, 2016. Hwy 90, LLC, Avondale, LA. September 29.

Hwy 90 LLC. 2017. Solid Waste Certification of Compliance. July 1, 2016 to June 30, 2017. Hwy 90, LLC, Avondale, LA. September 28.

Hwy 90 LLC. 2019. Solid Waste Certification of Compliance. July 1, 2018 to June 30, 2019. Hwy 90, LLC, Avondale, LA.  August 30.

Hwy 90 LLC. 2020. Solid Waste Certification of Compliance. July 1, 2019 to June 30, 2020. Hwy 90, LLC, Avondale, LA. September 24.

Hwy 90 LLC. 2021. Solid Waste Certification of Compliance. July 1, 2019 to June 30, 2020. Revised page for 3.B. - Type III (Construction/Demolition Debris and Woodwaste). Hwy 90, LLC, Avondale, LA. January 8.

Hwy 90 LLC. 2021. Solid Waste Certification of Compliance. July 1, 2020 to June 30, 2021. Hwy 90, LLC, Avondale, LA. October 1.

River Birch. 2008. Letter to Mr. Bijan Sharafkhani, P.E., Administrator, Louisiana Department of Environmental Quality, dated April 23, 2008, regarding LAC33:VII.I17 - Request for Pilot Study: Use of Passive Flares for Odor Control at HWY 90, LLC's Avondale, Louisiana Facility. River Birch, Inc., Avondale, LA. April 23.

Sharafkhani, B. 2008. Letter to Mr. A.J. Ward, Jr., President, Hwy. 90 C&D Facility, regarding Hwy.90 C&D Facility Experimental Operations: Use of Passive Flares. Louisiana Department of Environmental Quality, Baton Rouge, LA. May 13.

Burnham, S. 2008. Letter to Mr. Bijan Sharafkhani, P.E., Administrator, Solid and Hazardous Waste Permits, Louisiana Department of Environmental Quality, dated June 16, 2008, regarding Supplement to Permit Modification Request, Highway 90 C&D Landfill, Jefferson Parish, LA. Engineering Associates, Inc., Avondale, LA. June 16.

Nolan, C.S. 2008. Letter to Mr. A.J. Ward, Jr., President, Hwy 90, LLC., regarding Permit, Highway 90 C&D Landfill, HWY 90, LLC., Avondale, Jefferson Parish, LA. August 15.

Lee, E. 2008. Email to Christopher Smith dated August 11, 2008, regarding Highway 90 C&D air permit fugitive emission data. Enviro One, Baton Rouge, LA. + Attachment

Enviro One. 2008. Letter to Ms. Cheryl Nolan, Assistant Secretary, Office of Environmental Services, Baton Rouge, LA, dated November 6, 2008, regarding Request for Use of Tire Chips in the Construction of the Permitted Odor Control Flares at Highway 90 C&D Landfill, Avondale, LA. Enviro One, Baton Rouge, LA.

Brown, C.C. 2006. Letter to Ms. Marnie Winter, Jefferson Parish Environmental Manager, dated January 13, 2006, regarding Hurricane Debris Management Sites, Extension of Temporary Authorization, Jefferson Parish.  Louisiana Department of Environmental Quality, Environmental Services, Baton Rouge, LA.

Harris, T.F. 2008. Letter to Jim Ward, Highway 90 C&D Landfill, dated April 13, 2009, regarding  Use of Tire Chips in lieu of gravel in horizontal wells and design plan for horizontal wells. Louisiana Department of Environmental Quality, Environmental Services, Baton Rouge, LA.

Treadaway, T.B. 2011. Letter to Mr. Vic Culpepper, Sc. D., Technical Director, HWY 90, LLC, regarding Permit Recission, Permit No. 1340-00333-00, Hwy 90 C&D Landfill. January 27.

### Bates Numbered and Other Documents
APTIM-0225857

DEJEAN 000013