Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"            CIVIL ACTION NO.
ICTECH-BENDECK                  18-7889, C/W 18-8071,
                                18-8218, 18-9312
VS.

WASTE CONNECTIONS BAYOU,
INC., ET AL.


*** CONSOLIDATED WITH ***


FREDERICK ADDISON, ET AL.,      CIVIL ACTION NO.
                                19-11133,
VS.                             C/W 19-14512

LOUISIANA REGIONAL
LANDFILL COMPANY, ET AL.


 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

        THE VIDEOTAPED DEPOSITION OF JAANA PIETARI,

PH.D., MBA, PE, taken in connection with the

captioned cause at Liskow & Lewis, 701 Poydras

Street, Suite 5000, New Orleans, Louisiana,

pursuant to the following stipulations before

RITA A. DEROUEN, Certified Court Reporter, on the

16th of April, 2024, beginning at 9:26 a.m.

Page 43

```
 1              Yeah, quick break.
 2              THE VIDEOGRAPHER:
 3                  We are off the record at 10:23 a.m.
 4              (A break was taken from 10:23 a.m. to
 5              10:32 a.m.)
 6              THE VIDEOGRAPHER:
 7                  We are back on the record at
 8              10:32 a.m.
 9    BY MR. VITRIS:
10       Q.   Okay.  Dr. Pietari, I'm going to try to
11    share the screen for your rebuttal report.  So
12    just a moment.
13              Dr. Pietari, can you see what appears to
14    be the cover page of your March 2024 rebuttal
15    report?
16       A.   Yes, I can.  Yes, I can.
17       Q.   Great.
18              MR. VITRIS:
19                  So this will be Exhibit 1570.
20              (Exhibit 1570, remotely introduced and
21              provided electronically to the reporter.)
22    BY MR. VITRIS:
23       Q.   Just do some similar quick background
24    before we kind of get into the details.
25              Did anyone assist you with preparing this
```

Page 49

 1  higher, in fact, for the spent lime or the lime
 2  ash.
 3  BY MR. VITRIS:
 4      Q.  And those -- you've got so many good
 5  papers listed in here in your reports.
 6          Did the literature that you were just
 7  referencing -- that was the laboratory study; is
 8  that right?
 9      A.  Correct, yeah.  Correct.
10      Q.  And just so we're on the same page, which
11  paper was that?
12      A.  I believe that's the one at the bottom,
13  Sun, et al., 2016.
14      Q.  Okay.  And so to evaluate the H2S
15  generation rates of C&D waste as compared to spent
16  lime, you would need to do a landfill field study
17  analyzing those; is that right?
18      A.  Yeah, that would be great.  And I know
19  that -- I know where -- you know where I'm going
20  with this.  I mean, you-all have the ability to go
21  and collect that data and advance the science, but
22  you have not done that.
23          So, yes, I would love to have that data in
24  order to make comparisons with the first-order
25  decay rates, really, but we just didn't have the

1  ability.  We weren't allowed to collect the data
2  ourselves, and also, you did not, nor your
3  experts, collect that data.
4       Q.  Okay.  Right now we're looking at
5  Exhibit 1569.  Let's go back to Exhibit 1570,
6  which is your rebuttal report.
7           Is that back on the screen for you,
8  Dr. Pietari?
9       A.  Yes.
10      Q.  Okay.  And I'm going to try to navigate to
11 Section 3.5.1.
12          Okay.  And so in this section, one of the
13 things you discuss is the limitations of some of
14 the H2S datasets for the Jefferson Parish Landfill;
15 is that right?
16      A.  That's correct.
17      Q.  And do I understand correctly that, in
18 your opinion, some of those data limitations
19 prevented you from being able to compare your H2S
20 generation modeling results against site-specific
21 data?
22      A.  I'm sorry, I don't understand the
23 question.
24      Q.  Yeah.  We've talked about how the lack of
25 site-specific Jefferson Parish Landfill H2S data

Page 62

```
 1      Q.   So regardless of what assumptions you've
 2   used for the decay rate and generation potential
 3   and sulfur, it's always going to follow the same
 4   shape of a curve, right?
 5           MR. LANDRY:
 6                Object to the form.
 7      A.   It should, yes.
 8   BY MR. VITRIS:
 9      Q.   Okay.  So let's go back to your rebuttal
10   report and make sure I got it.  So we're back to
11   Exhibit 1570.
12           Is your rebuttal report back up on the
13   screen, Dr. Pietari?
14      A.   Yes.
15      Q.   And I went to go to Section 3.6.1.  Here
16   we go.  And so in this section, your -- you're
17   stating that Dr. Pietari -- whoops.
18           You're stating that Dr. Shaha
19   mischaracterizes the objective of your work; is
20   that right?
21      A.   That's right.
22      Q.   And so in the first sentence, you say
23   that -- you say, in part, that "Dr. Shaha states
24   that the objective of my H2S generation modeling is
25   to estimate the H2S generation with a high level of
```

Page 66

1  the question.
2  BY MR. VITRIS:
3      Q.  Well, you said, "It's not an objective
4  that I stated," right?
5      A.  Correct, that I stated.
6      Q.  Right.  So that just made me think, Well,
7  was it an objective that you did not state?
8          And it was not, correct?
9          MR. LANDRY:
10              Object to the form.
11     A.  It wasn't an objective right from the
12 get-go.  When I started on it, with the scope, I
13 wasn't aware of all of the data or the lack of the
14 data, so that I -- so I didn't state that my
15 objective was to obtain some certain statistical
16 confidence.
17         And like I said, as I was doing my
18 analysis, I realized that I'm -- what my estimate
19 is, is a conservative underestimate, and I made
20 decisions along the way to make sure that that
21 is -- that is the goal of my estimate.
22     Q.  Okay.  Let's move on to the second half of
23 the first sentence.
24         Was it part of your objective to estimate
25 H2S generation from spent lime and C&D waste

                                                            Page 67
1  disposed of at the landfill to a reasonable degree
2  of certainty?
3       A.   So I do state in my report that I've done
4  all my conclusions and my analysis with a
5  reasonable degree of scientific certainty.  So
6  yes.
7       Q.   Okay.  So your -- your estimate of H2S
8  generation from spent lime and C&D waste is
9  accurate to a reasonable degree of scientific
10 certainty; is that right?
11      A.   So it is done with a reasonable degree of
12 certainty, and it represents an underestimate.
13      Q.   Okay.
14      A.   So my estimates represent the hydrogen
15 sulfide amounts that were at least generated at
16 the JPL.
17      Q.   And I want to better understand what you
18 mean when you say it's an underestimate.
19           Does that mean that you're 100 percent
20 certain that at least 399,000 cubic meters of H2S
21 were generated from the spent lime and C&D waste
22 disposed of at the landfill?
23           MR. LANDRY:
24                Object to the form.
25      A.   Can you state that again?

1  BY MR. VITRIS:

2      Q.  Yeah.  You keep telling me that your

3  estimate is an underestimate.  And I understand

4  the reasons why you say that.  But what I don't

5  completely understand is what you mean by

6  "underestimate."

7          So you have estimated that the C&D waste

8  and spent lime disposed of at the landfill

9  generated about 399,000 cubic meters of hydrogen

10 sulfide during the time period that you studied,

11 right?

12     A.  That's correct.

13     Q.  And, in your opinion, that's an

14 underestimate, right?

15     A.  Correct.

16     Q.  And so I'm just trying to understand what

17 you mean by that.  And so my question is:  Are you

18 100 percent certain that the spent lime and C&D

19 waste disposed of at the Jefferson Parish Landfill

20 during the time period that you studied generated

21 at least 399,000 cubic meters of hydrogen sulfide?

22         MR. LANDRY:

23             Object to the form.

24     A.  I don't think that you can label something

25 100 percent confident.  I am -- I am confident in

Page 69

1  my estimation.  I think it's a reasonable,

2  conservative underestimate.

3  BY MR. VITRIS:

4      Q.   And that's fine.

5           So you're not 100 percent sure that at

6  least 399,000 cubic meters of H2S was generated

7  from the spent lime and the C&D waste disposed of

8  at the landfill; is that right?

9           MR. LANDRY:

10               Object to the form.  This is the

11          fourth time you've asked this question.

12               Answer it if you can.

13  BY MR. VITRIS:

14      Q.   You can answer.

15      A.   I don't think that you can put 100 percent

16  certainty on anything.

17      Q.   Okay.  What is the margin of error for

18  your hydrogen sulfide generation estimate?

19      A.   So in my supplemental report, I had

20  represented -- presented some sensitivity analysis

21  for my estimate.  And if you recall, my

22  estimate -- in my supplemental report and my

23  current report, I calculated the hydrogen sulfide

24  generation volumes for a set of range of Ks and

25  associated S0 values.

Page 70

```
 1            And I had selected a K-value that's sort
 2   of representing a midpoint of the hydrogen sulfide
 3   generation amounts.  And I looked at the
 4   variability around that, and to me, the relative
 5   standard deviation around those, or the
 6   coefficient of variation around those estimates
 7   within that range of Ks and S0s, that was -- I
 8   think, 27 percent was sort of the highest
 9   variability.
10            So to me, that seems pretty reasonable in
11   terms of -- given the assumptions, the inputs,
12   that went in there, that 27 percent.
13            But I would not -- I'm not sure if that
14   can be called an error rate.  It is just the
15   variability that could be in those estimates,
16   given the K or S0 combinations.  And I had selected
17   a K-value that represents to me the reasonable
18   midpoint of those ranges.
19       Q.   I didn't totally follow that.  Let me try
20   it a different way.
21            You cannot compute a margin of error for
22   your hydrogen sulfide generation estimate; is that
23   right?
24       A.   So can you define a margin of error?
25       Q.   Yeah.  The range of uncertainty around
```

Page 71

1  your estimates.
2      A.   So I already talked about the variability
3  in my -- in my estimates.  So that variability, at
4  its worst, it was 27 percent, and at its best, all
5  of those estimates were in agreement at the point
6  of calibration.
7      Q.   Yeah, I should have been more specific.
8           You cannot compute a margin of error that
9  represents the range of uncertainty around your
10 estimate as compared to the amount of H2S that was
11 actually generated by the spent lime and C&D
12 waste; is that right?
13           MR. LANDRY:
14                Object to the form.
15     A.   So we -- because of that lack of data, we
16 cannot compute what was actually generated.  And
17 that's why my analysis is an underestimate.  And
18 my choices that went into my analysis support that
19 being an underestimate.
20 BY MR. VITRIS:
21     Q.   I understand that.  I'm just trying to get
22 an answer to the following question:  You cannot
23 compute a margin of error that represents the
24 range of uncertainty around your estimate as
25 compared to the actual amount of H2S that was

```
                                                    Page 72
 1  generated by the spent lime and C&D waste disposed
 2  of at the landfill, right?
 3          MR. LANDRY:
 4              Object to the form.  Asked and
 5          answered.
 6      A.  Yeah, so that is correct, because we don't
 7  know -- we have -- that lack of the data that we
 8  already discussed is not due to because I chose to
 9  either ignore data or not to collect data, but
10  it's because you, as defendants, your experts did
11  not allow or did not collect that data, even if
12  you knew that that data would have been helpful.
13          MR. VITRIS:
14              Just give me one minute, Dr. Pietari.
15          We can stay on.
16  BY MR. VITRIS:
17      Q.  I briefly want to look at a new paper that
18  you cited in your work.  Let me try to pull it up.
19          MR. VITRIS:
20              Try to get the exhibit number right
21          here.  So we were on 1571.  So this will
22          be Exhibit 1572.
23          (Exhibit 1572, remotely introduced and
24          provided electronically to the reporter.)
25  BY MR. VITRIS:
```

Page 95

1                     CERTIFICATE

2

3      This certification is valid only for a

4   transcript accompanied by my original signature

5   and original required seal on this page.

6      I, RITA A. DEROUEN, Certified Court Reporter in

7   and for the State of Louisiana, (CCR #2014018),

8   Registered Professional Reporter (RPR #006908), as

9   the officer before whom this testimony was taken,

10  do hereby certify that JAANA PIETARI, Ph.D., MBA,

11  PE, having been duly sworn by me upon authority of

12  R.S. 37:2554, did testify on April 16, 2024, as

13  hereinbefore set forth in the foregoing 94 pages;

14  that this testimony was reported by me in

15  stenographic shorthand, was prepared and

16  transcribed by me or under my personal direction

17  and supervision, and is a true and correct

18  transcript to the best of my ability and

19  understanding; that the transcript has been

20  prepared in compliance with the transcript format

21  guidelines required by statute and rules of the

22  Board; that I am informed about the complete

23  arrangement, financial or otherwise, with the

24  person or entity making arrangements for

25  deposition services; that I have acted in

Page 96

1  compliance with the prohibition on contractual
2  relationships, as defined by Louisiana Code of
3  Civil Procedure Article 1434 and the Rules and
4  Advisory Opinions of the Board; that I have no
5  actual knowledge of any prohibited employment or
6  contractual relationship, direct or indirect,
7  between a court reporting firm and any party
8  litigant in this matter, nor is there any such
9  relationship between myself and a party litigant
10 in this matter; that I am not related to counsel
11 or to any of the parties hereto, I am in no manner
12 associated with counsel for any of the interested
13 parties to this litigation, and I am in no way
14 concerned with the outcome thereof.
15     Signed and stamped this 18th day of April, 2024,
16 Baton Rouge, Louisiana.
17
18
19
20
21
22 _____
23         Rita DeRouen, RPR, CCR
24
25