```
 1              UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT

 3                    STATE OF LOUISIANA

 4

 5   CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218,
     18-9312
 6                    SECTION:E(5)

 7        ELIAS JORGE "GEORGE" ICTECH-BENDECK

 8                        VERSUS

 9       WASTE CONNECTIONS BAYOU, INC., ET AL.

10                    RELATED CASE:

11   CIVIL ACTION NO. 19-11133, c/w 19-14512

12                    SECTION:E(5)

13            FREDERICK ADDISON, ET AL.

14                        VERSUS

15    LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.

16

17      VIDEOTAPED REMOTE CONFERENCE DEPOSITION OF

18                 BISHOW NATH SHAHA

19                  April 30, 2024

20               at the Law Offices of
                   LISKOW & LEWIS
21          701 Poydras Street, Suite 5000
                New Orleans, LA 70139
22

23   REPORTED BY:

24   DOROTHY Z. JONES, CVR, CCR

25
```



1      A    No.
2      Q    And in this case, you did not conduct any
3  H2S modeling of your own; is that right?
4      A    No.
5      Q    Do you know if your client asked anyone
6  else to estimate the hydrogen sulfide gas generated
7  from the spent lime disposed in Phase 4?
8      A    I don't know.
9      Q    Prior to being retained in this matter, on
10 how many projects had you run a first-order decay
11 model to estimate hydrogen sulfide generation at a
12 landfill from a specific sulfur containing waste?
13     A    During my -- can you repeat the question,
14 please?
15     Q    Yes.
16          Prior to being retained in this matter, on how
17 many projects had you run a first-order decay model
18 to estimate hydrogen sulfide generation at a landfill
19 from a specific sulfur containing waste?
20     A    One.
21     Q    And that's the work you did that's
22 encapsulated in Shaha & Meeroff (2020)?
23     A    That is correct.
24     Q    Okay.
25          Would you agree that opportunities to do such



```
 1        A    That's correct.
 2        Q    Sounds about right?
 3        A    Mm-hmm.
 4        Q    And those were all in Florida?
 5        A    Yes.
 6        Q    If we go down just to page 45, PDF page 45.
 7        We have here an entry for Landfill Gas Modeling.
 8   This paragraph, this is describing your Shaha-Meeroff
 9   (2020) paper?
10        A    That is correct.
11        Q    Okay.
12        And it says here that you estimated landfill gas
13   using LandGEM; is that right?
14        A    That is correct.
15        Q    That was your first step?
16        A    That is correct.
17        Q    Okay.
18        LandGEM is a first-order decay model?
19        A    That is correct.
20        Q    Okay.
21        You aware that Mr. Marshall had never run
22   LandGEM?
23        A    I don't know that.
24        Q    And then after -- so you did -- you
25   estimated LFG using LandGEM.
```



1        And then your second step was to develop a
2   hybrid model to predict future H2S emissions due to
3   the C&D waste; is that right?
4        A    That's correct.
5        Q    Okay.
6        Why wouldn't just using LandGEM provide an
7   accurate prediction as to the future H2S
8   concentrations in the landfill gas from the C&D
9   waste?
10       A    LandGEM is not made for that.  And it's not
11  EPA approved method.
12       Q    It's not a what?
13       A    It is not EPA approved method for hydrogen
14  sulfide emission calculation.
15       Q    Not an EPA approved method?
16       A    Yeah, it is not an EPA approved method.
17       Q    Okay.
18       And then below on the same page, we have an
19  entry for affiliations and list of solid Waste
20  Association of North America, SWANA?
21       A    That is correct.
22       Q    You've been a member since 2015?
23       A    Yes.
24       Q    Okay.
25       Are you familiar with publications by SWANA as



1         Q    Okay.
2         As I understand, LandGEM gives you estimates of
3    methane; right?
4         A    Methane and all other gases, including all
5    other gases, carbon -- carbon monoxide, and all other
6    gases.
7         Q    And all the gases would include hydrogen
8    sulfide gas?
9         A    That is correct.
10        Q    Okay.
11        The question is a bit different.
12        So what I'm saying is, if you just input the
13   total tonnage of the C&D debris into your LandGEM
14   without specifying a specific sulfate content, would
15   the LandGEM modeling run accurately and reliably
16   estimate the amount of H2S generated from the C&D
17   debris?
18                 MR. VITRIS:  Object to the form.
19                 THE WITNESS:  I do not understand the
20   question.
21   BY MR. LANDRY:
22        Q    Okay.
23        Earlier, you said that LandGEM was not an EPA
24   approved method to estimate H2S generation?
25        A    That is correct.



1    Q   Okay.
2        With that in mind, would just entering in the
3    tonnages of C&D debris as part of this historical
4    landfilled waste, would the results of the LandGEM
5    modeling run accurately and reliably indicate the H2S
6    that was generated by the C&D debris?
7              MR. VITRIS:  Same objection.
8              THE WITNESS:  I have to review and run
9    that model because I did not run a LandGEM for
10   hydrogen sulfide.
11   BY MR. LANDRY:
12   Q   I think I'll make it even simpler.
13       If LandGEM could accurately and reliably
14   estimate hydrogen sulfide gas generated from a
15   specific sulfur-containing waste, then we wouldn't
16   need your 2020 model would we?
17   A   That is correct.
18   Q   Okay.
19       With that in mind, would running LandGEM, by
20   simply inputting the tonnage of C&D debris accurately
21   and reliably estimate the H2S generated from the C&D
22   debris?
23   A   I have not evaluated that.
24   Q   All right.
25       So, yeah.  You agreed earlier that spent lime is



1  the likely source of the higher than expected H2S
2  concentrations measured in Phase 4A; right?
3       A    Possibly, yes.
4       Q    Okay.
5       And given that, could you use LandGEM to
6  accurately estimate the amount of H2S gas generated
7  by the spent lime?
8       A    I had to try.  I did not evaluate that.
9       Q    I'm asking you to do it now.
10      Do you think that could be done reliably and
11 accurately?
12      Simply inputting the tonnage of spent lime into
13 LandGEM without inputting a specific sulfate content?
14      Could that give you the H2S generated by the
15 spent lime?
16      A    I'm not sure.
17      Q    If it could, then we don't need your model;
18 right?
19      A    That is correct.
20      Q    You agree that C&D debris waste can have
21 components wherein sulfur content greatly varies;
22 right?
23      A    Yes.
24      Q    Some C&D debris waste has no sulfur
25 content?



1                    REPORTER'S CERTIFICATE

2           This certification is valid only for a
     transcript accompanied by my original signature and
3    original required seal on this page.

4           I, DOROTHY Z. JONES, Certified Court Reporter in
     and for the State of Louisiana, as the officer before
5    whom this testimony was administered, do hereby
     certify that BISHOW NATH SHAHA, after having been
6    duly sworn by me upon authority of R.S. 37:2554, did
     testify as hereinbefore set forth in the foregoing
7    pages;

8           That this testimony was reported by me in the
     stenomask reporting method; was prepared and
9    transcribed by me or under my personal direction and
     supervision, and is a true and correct transcript to
10   the best of my ability and understanding;

11          That the foregoing transcript has been prepared
     in compliance with transcript format guidelines
12   required by statute or by the Rules of the Louisiana
     Certified Shorthand Reporter Board; and that I am
13   informed about the complete arrangement, financial or
     otherwise, with the person or entity making
14   arrangement for deposition services; that I have
     acted in compliance with the prohibition on
15   contractual relationships, as defined by the
     Louisiana Code of Civil Procedure Article 1434 and in
16   rules and advisory opinions of the board;

17          That I have no actual knowledge of any
     prohibited employment or contractual relationship,
18   direct or indirect, between a court reporting firm
     and any party litigant in this matter, nor is there
19   any such relationship between myself and a party
     litigant in this matter;

20
            That I am not of counsel, not related to counsel
21   or the parties herein, nor am I otherwise interested
     in the outcome of this matter.

22

23                     _Dorothy Z. Jones_
                       DOROTHY Z. JONES
                     CERTIFIED COURT REPORTER
24                 CERTIFIED VERBATIM REPORTER
                LOUISIANA CERTIFICATION NO. 2022007

25