```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   * * * * * * * * * * * * * * * * * * * * *
     ELIAS JORGE "GEORGE"              CIVIL ACTION
 4   ICTECH-BENDECK,                   NO. 18-7899
              Plaintiff,               c/w 18-8071
 5                                     18-8218
                                       18-9312
 6      v.
     PROGRESSIVE WASTE                 SECTION: "E"(5)
 7   SOLUTIONS OF LA, INC.,
     et al,
 8            Defendants.

 9   Related Case:
     FREDERICK ADDISON, et             CIVIL ACTION
10   al,                               NO.19-1133
              Plaintiff,               c/w 19-14512
11      v.
     LOUISIANA REGIONAL                SECTION: "E"(5)
12   LANDFILL COMPANY,
     (LRLC), et al.,
13            Defendants.

14

15      * * * * * * * * * * * * * * * * * * * * *

16                  EXPERT DEPOSITION
                         OF
17              MATTHEW K. STUTZ, P.E.

18
                         taken on
19              Friday, April 12, 2024
              commencing at 10:29 a.m.
20               at the offices
                         of
21              LISKOW & LEWIS, APLC
                701 Poydras Street
22                   49th Floor
                New Orleans, Louisiana
23
        Reported By:  MARYBETH E. MUIR, CCR, RPR
24

25      * * * * * * * * * * * * * * * * * * * * *
```



```
 1        A.    Okay.
 2        Q.    And so this is the updated H2s emission
 3   updates for Highway 90 after using the corrected
 4   tonnages of construction and demolition waste; is
 5   that right?
 6        A.    Yes.
 7        Q.    Okay.
 8              So let's look at your revised Table 13
 9   and specifically your H2s emission estimates for
10   Highway 90 in 2017.  And I think that I covered all
11   the changes.  Are you aware of any other changes
12   that were made?
13        A.    No.
14        Q.    I think that's all of them.
15        A.    Okay.
16        Q.    So you reduced your original estimate
17   from 3519 meters cubed per year to 25,794 per year,
18   right?
19        A.    Yes.
20        Q.    And that was for 2017?
21        A.    Yes.
22        Q.    So that was a reduction for the year
23   2017 of 4,725 meters cubed per year?
24        A.    I believe you're correct.
25        Q.    And so just over a 15 percent reduction
```



```
 1  for 2017 as a result of using the corrected waste
 2  tonnage amounts?
 3        A.    That sounds reasonable.
 4        Q.    Okay.
 5              For 2018 you reduced the original
 6  estimate from 34,489 to 26,074 meters cubed per
 7  year?
 8        A.    Yes.
 9        Q.    So that was a reduction from 2018 of
10  8,415 meters cubed per year?
11        A.    Sounds right, yes.
12        Q.    So that's just over a 24 percent
13  reduction from 2018 as a result of using the
14  corrected waste tonnage amounts?
15        A.    Yes.
16        Q.    Okay.
17              For 2019 you reduced your original
18  estimate of 34,443 meters cubed to 26,358 meters
19  cubed per year?
20        A.    Yes.
21        Q.    So that was a reduction for the year
22  2018 of 8,085 meters cubed per year?
23              MR. PAUL:  Object to form.  That was
24        2019.
25              MR. HAMMEL:  My mistake.  Let me back
```



1          that up.
2    BY MR. HAMMEL:
3          Q.    For 2019 that was a reduction of
4    8,085 meters cubed per year?
5          A.    That sounds correct.
6          Q.    So that's just over a 23 percent
7    reduction for 2019 as a result of using the
8    corrected waste tonnage amounts?
9          A.    That sounds right.
10         Q.    Okay, great.
11               Am I correct that when you re-ran
12   LandGEM to redo your H2s generation emission
13   estimates for Highway 90 you still used the 2900 ppm
14   H2s concentration?
15         A.    That's correct.
16         Q.    Okay.
17               And you derived that 2900 ppm H2s
18   concentration from the 2008 study, which is your
19   attachment No. 7 to your report, right?
20               (Witness peruses document.)
21         A.    Yes.
22         Q.    The 2900 ppm of H2s concentration you
23   used as an average, you calculated based on hydrogen
24   sulfide concentrations of 2000 ppm and 3800 ppm in
25   February of 2008?



```
1                    C E R T I F I C A T E
2
3          Certification is valid only for a transcript
4     accompanied by my original signature and
5     Original required seal on this page.
6
7          I, Marybeth E. Muir, Certified Court
8     Reporter in and for the State of Louisiana, and
9     Registered Professional Reporter, as the officer
10    before whom this testimony was taken, do hereby
11    certify that MATTHEW K. STUTZ, P.E., after having
12    been duly sworn by me upon authority of R.S.
13    37:2554, did testify as hereinbefore set forth in
14    the foregoing 320 pages; that this testimony was
15    reported by me in the stenotype reporting method,
16    was prepared and transcribed by me or under my
17    personal direction and supervision, and is a true
18    and correct transcript to the best of my ability and
19    understanding; that the transcript has been prepared
20    in compliance with transcript format guidelines
21    required by statute or by rules of the board, and
22    that I am informed about the complete arrangement,
23    financial or otherwise, with the person or entity
24    making arrangements for deposition services; that I
25    have acted in compliance with the prohibition on
```



1  contractual relationships, as defined by Louisiana
2  Code of Civil Procedure Article 1434 and in rules
3  and advisory opinions of the board; that I have no
4  actual knowledge of any prohibited employment or
5  contractual relationship, direct or indirect,
6  between a court reporting firm and any party
7  litigant in this matter nor is there any such
8  relationship between myself and a party litigant in
9  this matter.  I am not related to counsel or to the
10 parties herein, nor am I otherwise interested in the
11 outcome of this matter.
12
13       This 16th day of April, 2024.
14
15
16
17
18       _____
         MARYBETH E. MUIR, CCR, RPR
19
20
21
22
23
24
25

