```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3    * * * * * * * * * * * * * * * * * * * * * * *

 4   ELIAS JORGE "GEORGE"            CIVIL ACTION
     ICTECH-BENDECK,
 5          Plaintiff                NO. 18-7889
                                     c/w 18-8071,
 6   v.                              18-8218, 18-9312

 7   WASTE CONNECTIONS BAYOU,        SECTION: "E"(5)
     INC., ET AL.,
 8          Defendants               CIVIL ACTION

 9   Related Case:                   NO. 19-11133,
                                     c/w 19-14512
10      FREDERICK REGIONAL
     LANDFILL COMPANY, ET AL.,       SECTION: "E"(5)
11          Defendants

12   Applies to: Both Cases

13
       * * * * * * * * * * * * * * * * * * * * * * *
14

15                     Deposition of
                    PAOLO ZANNETTI, PhD
16
                 taken on April 25, 2024
17               commencing at 9:08 a.m.

18               in New Orleans, Louisiana

19

20

21

22    Reported by:   Evangeline A. Langston, CCR, RPR
                     Certified Court Reporter
23                   in and for the State of Louisiana,
                     Federal Certified Realtime Reporter,
24                   Registered Professional Reporter

25
```



1  potential source of H2S other than the three
2  landfills?
3       A.    No.  These are the only data that were
4  available for my modeling.
5       Q.    And did you suggest any other potential
6  sources?
7       A.    This was discussed somehow because we
8  know that that area is surrounded by industrial
9  activities.  And so certainly I'm aware that there
10 are other sources of H2S, in my pollution roses, by
11 the way, and one must show clearly that that is the
12 case.
13            But in terms of modeling, I could only
14 do the emission rates from the three landfills
15 because those were provided to me.
16      Q.    And did you, for example, discuss
17 emission rates from Cornerstone?
18      A.    Yeah, I remember discussing those.
19      Q.    And you didn't -- you remember not given
20 any emissions data from Cornerstone?
21      A.    No.
22      Q.    Did you ask for emissions data from
23 Cornerstone?
24      A.    Let me clarify.  I didn't use any
25 emission data from Cornerstone in my modeling, as



1  reported in my report.
2           But, yes, I've done some quick
3  simulation of Cornerstone emissions of ammonia, if I
4  remember well to -- but that -- those were never
5  finalized as emission to be used for this project,
6  which was focusing on H2S.
7       Q.   Okay.  But you considered those in
8  connection with the work you were doing in this
9  case; correct?
10      A.   One small -- quick task in my work was
11 yes, to look at Cornerstone emissions and to do some
12 simulation of ammonia, correct.
13      Q.   Okay.  And you have not provided any of
14 that to the plaintiffs in this case, have you?
15      A.   No, because the focus of my report was
16 H2S.
17      Q.   Okay.  Let's look at -- you provided us
18 with your invoices in this case.  Let's look at
19 that, and I'm going to specifically refer -- well,
20 first, I'm going to mark your invoices as an
21 exhibit, which will be 1605.
22              (Exhibit Number 1605 was marked for
23              identification.)
24              MR. FOSTER:  And I'm going to ask
25              Eliza to put up the invoices that are



1      Q.    Okay.  Let's go to the next page,
2   Page 348.  The fourth entry down is an entry for
3   you, referring to Cornerstone emissions, comments on
4   emission data, discussions, preparation of inverse
5   modeling runs.
6           Now, was that the Cornerstone emissions
7   that you were just telling me about a few minutes
8   ago you were discussing?
9      A.    Yes.
10     Q.    And you prepared an inverse modeling run
11  in connection with those -- that emission -- those
12  emissions?
13          MR. PAUL:  Object to form.
14     A.    I work with Bianconi on doing some
15  modeling of ammonia from Cornerstone.  And inverse
16  model in the sense of establishing whether or not
17  the emission were sufficient to cause odor
18  exceedances by ammonia.
19     Q.    Okay.  Now, the next entry is one of
20  Mr. Bianconi's, and he says:  Reading new material
21  on flares.  Discussion.
22          What was the new material on flares that
23  you were considering?
24     A.    If I remember correctly, Cornerstone has
25  flares, and this flare were emitting ammonia.  And



1   that is the context of this description of the work
2   performed.
3        Q.   The next entry for Mr. Bianconi says:
4   Flares, air screen runs, PowerPoint.
5             Tell me about that.
6        A.   Yes.  This is some summary that Bianconi
7   prepared for me on using air screen to simulate
8   emission of ammonia from flares, if I remember
9   correctly.
10       Q.   Flares at Cornerstone?
11       A.   At Cornerstone, yes.
12       Q.   Okay.  Then the fifth entry from the
13  bottom, another entry that says:  Flares, air screen
14  runs, PowerPoint; correct?
15       A.   Correct.
16       Q.   That's the same thing?
17       A.   Same thing.
18       Q.   Okay.  And then the next entry is yours:
19  Cornerstone emissions, comments on emission data,
20  discussions, preparation of inverse modeling runs.
21            That's the inverse modeling runs with
22  regard to ammonia emissions from Cornerstone that
23  you prepared?
24       A.   Same thing that is discussed before.
25       Q.   And then the next entry is:  Flares, air



1   screen runs, PowerPoint, discussion.
2           That's the same subject matter?
3       A.  Correct.
4       Q.  And the last entry on this page:
5   Cornerstone emissions, comments on emission data,
6   discussions, preparation of inverse modeling runs.
7           That's your entry; correct?
8       A.  That's correct.
9       Q.  And that's what you've been telling me
10  about?
11      A.  Yeah, same thing.
12      Q.  Okay.  And what did your inverse
13  modeling run show in connection with the Cornerstone
14  emissions?
15      A.  My recollection is that using the
16  emission data that were provided to me, which I
17  believe are normal permitted emissions, there was no
18  exceedance of odor based on my modeling run of these
19  emissions.
20      Q.  Okay.  And other than the amounts from
21  the flares, did your emissions data include or
22  consider ammonia emissions from any other source
23  than Cornerstone?
24      A.  I don't remember.
25      Q.  Okay.



```
 1                    REPORTER'S CERTIFICATE

 2
            This certification is valid only for a
 3   transcript accompanied by my original signature and
     original required seal on this page.
 4          I, EVANGELINE A. LANGSTON, Certified Court
     Reporter in and for the State of Louisiana, as the
 5   officer before whom this testimony was administered,
     do hereby certify that PAOLO ZANNETTI, PhD, after
 6   having been duly sworn by me upon authority of R.S.
     37:2554, did testify as hereinbefore set forth in
 7   the foregoing 285 pages;
            That this testimony was reported by me in the
 8   stenotype reporting method; was prepared and
     transcribed by me or under my personal direction and
 9   supervision, and is a true and correct transcript to
     the best of my ability and understanding;
10          That the foregoing transcript has been
     prepared in compliance with transcript format
11   guidelines required by statute or by the Rules of
     the Louisiana Certified Shorthand Reporter Board;
12   and that I am informed about the complete
     arrangement, financial or otherwise, with the person
13   or entity making arrangement for deposition
     services; that I have acted in compliance with the
14   prohibition on contractual relationships, as defined
     by the Louisiana Code of Civil Procedure Article
15   1434 and in rules and advisory opinions of the
     board;
16          That I have no actual knowledge of any
     prohibited employment or contractual relationship,
17   direct or indirect, between a court reporting firm
     and any party litigant in this matter, nor is there
18   any such relationship between myself and a party
     litigant in this matter;
19          That I am not of counsel, not related to
     counsel or the parties herein, nor am I otherwise
20   interested in the outcome of this matter.

21
```

```
22

23   _____
     EVANGELINE A. LANGSTON, FCRR
24   CCR #27019, RPR #31609

25
```

