UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIAS JORGE "GEORGE"** | * | **CIVIL ACTION** |
| **ICTECH-BENDECK,** | * | |
|     Plaintiff | * | **NO. 18-7889** |
| | * | **c/w 18-8071,** |
| **VERSUS** | * | **18-8218, 18-9312** |
| | * | |
| **WASTE CONNECTIONS BAYOU,** | * | **SECTION: "E" (5)** |
| **INC., ET AL.,** | * | |
|     Defendants | * | **JUDGE: Morgan** |
| | * | **MAGISTRATE JUDGE: North** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiffs and Class Representatives supplement their answers to Defendants' First Set of Interrogatories as follows:

As per the agreement of the parties, Class representatives are responding to discovery requests for the time period January 1, 2016, through December 31, 2020.

### A.    Verifications

Executed Verifications of the following class representatives are attached: Larry Bernard, Mona Bernard, Phil Adams, Ophelia Walker, Nicole Landry-Boudreaux, Savannah Thompson, Ann Williams, and Robyn Crossman.

### SPECIFIC TO ELIAS JORGE ICTECH-BENDECK

**INTERROGATORY NO. 1:**

Identify all persons with whom you have communicated about emissions in Jefferson Parish and describe the dates and substance of all such communications.

**AMENDED ANSWER TO INTERROGATORY NO. 9:**

Plaintiff's claim includes the psychological effects of exposure to odors. These damages may consist of symptoms or effects from the emissions, such as anxiety/worry, sleeplessness, headaches, loss of enjoyment of use of property, irritation to eyes, nose, and throat.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

**OBJECTION TO INTERROGATORY NO. 10:**

This interrogatory is premature as discovery is ongoing and responsive information is not fully known to Plaintiff at this time. Additionally, the information sought may be the subject of expert testimony and reports. Lastly, the information is already known to defendants through Plaintiff filings and the Court's Findings of Fact and Conclusions of Law as to General Causation.

**AMENDED ANSWER TO INTERROGATORY NO. 10:**

Plaintiff recalls seeing news segments on television, press releases, and newspaper articles wherein Jefferson Parish Officials admitted that the odors were coming from the Jefferson Parish Landfill and wherein the LDEQ identified the JPLF as the likely source of the emissions to which she was exposed.

**SPECIFIC TO ANN WILLIAMS**

**INTERROGATORY NO. 1:**

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

**AMENDED ANSWER TO INTERROGATORY NO. 1:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff lived at 3721 Brandywine Dr., Metairie, LA 70002 from January 2016 to October 2016. She rented and paid $1050 monthly during that time. From October 1, 2016 through December 31, 2020, Plaintiff lived at 409 Butler Dr. paying about $500 to her mother-in-law monthly for rent.

**INTERROGATORY NO. 2:**

Identify all testing performed at the property(ies) at which you resided, including the approximate date of the testing and the identity of the person who did the testing.

**AMENDED ANSWER TO INTERROGATORY NO. 2:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff is unaware of any testing having been performed at the residences listed above in Answer to Interrogatory No. 1.

**INTERROGATORY NO. 3:**

Identify all persons with whom you have communicated about emissions in Jefferson Parish, and describe the dates and substance of all such communications.

**AMENDED ANSWER TO INTERROGATORY NO. 3:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff communicated with the following individuals regarding the emissions in Jefferson Parish:

   a. Plaintiff's husband, Izell Williams. (resided in the home and experienced emissions);

    b. Plaintiff's mother-in-law, Betty Williams. (resided in the home and experienced emissions);

Plaintiff had a few discussions with these individuals between late 2016 and leading up to the summer of 2017 about occasional, less intense, less invasive odors experienced at the home due to the Jefferson Parish Landfill's emissions.

Plaintiff had frequent discussions with these individuals from July 2017 through December 31, 2019 regarding the frequent, pervasive, strong and invasive smells inside and outside of the home due to the Jefferson Parish Landfill's emissions.

Plaintiff had a few discussions with these individuals between the beginning of 2020 up through perhaps the summer of 2020 regarding the occasional, less intense, less invasive odors experienced at the home due to the Jefferson Parish Landfill's emissions.

**INTERROGATORY NO. 4:**

Identify every demand, lawsuit, or workers' compensation claim that you have made or filed or that has been made or filed on your behalf involving allegations of exposure to emissions. Your response should identify the case or claim number; all parties and their attorneys; the date the demand, lawsuit, or claim was made or filed; the body before which the demand, suit, or claim was made or filed; the nature of the demand, lawsuit, or claim; and the present status of the demand, suit, or claim.

**AMENDED ANSWER TO INTERROGATORY NO. 4:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff did not make or file any such claims.

**INTERROGATORY NO. 5:**

Identify each of your places of employment, including (i) the name and address of your employer, (ii) the dates of your employment, (iii) the job title(s) or position(s) you held, (iv) your job duties during the term of employment, and (v) whether you ever handled gaseous or odorous materials or were exposed to emissions during your employment, including the type, nature and frequency of the exposures.

**AMENDED ANSWER TO INTERROGATORY NO. 5:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff worked at East Jeff Hospital from January 1, 2016 until April 4, 2020 as a medical assistant in the oncology department. She did not handle any forms of gaseous or odorous materials nor does she recall experiencing any exposures to odorous emissions.

**INTERROGATORY NO. 6:**

Identify all physical or mental injury(ies) or symptoms you believe were caused by emissions from the Jefferson Parish Landfill, including the approximate first date that you believe emissions caused such injury(ies) or symptom(s).

**AMENDED ANSWER TO INTERROGATORY NO. 6:**

Plaintiff experienced the following symptoms from July 2017 up through December 2019: headaches, nausea, loss of appetite, watery eyes, sleep disruption, anxiety/worry, decrease in quality of life, annoyance, discomfort, and loss of use and enjoyment of her property. Her and her family could not escape the noxious odors by simply going inside as the noxious emissions also invaded the home.

**INTERROGATORY NO. 7:**

Identify all physicians, healthcare providers, or other medical professionals who treated, consulted with, or examined you between January 1, 2015, to present, for the physical or mental injury(ies) or symptom(s) you believe were caused by exposure to emissions from the Jefferson Parish Landfill, including:

a. The name of the physician, health care provider, or other medical professional, and the name and address of the facility at which they practice;

b. The approximate date(s) when you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional; and

c. The injury(ies) or symptom(s) for which you sought treatment from, were examined by, or consulted with the physician, health care provider, or other medical professional.

**AMENDED ANSWER TO INTERROGATORY NO. 7:**

Not applicable.

**INTERROGATORY NO. 8:**

Identify all pharmacies where you filled your prescription(s) between January 1, 2015, to present, including (i) the name and address of the pharmacy, (ii) the approximate dates during which you filled prescriptions at the pharmacy, and (iii) the prescriptions you filled at the pharmacy.

**AMENDED ANSWER TO INTERROGATORY NO. 8:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

Plaintiff took blood pressure medicine from January 1, 2016 through December 31, 2020. She used the pharmacy in the Walmart on Jefferson Highway in Harahan.

**INTERROGATORY NO. 9:**

Identify each category of damages that you seek and, for each category, identify the amount of damages you claim and explain in detail the basis for the amount.

**OBJECTION TO INTERROGATORY NO. 9:**

Plaintiff objects to the extent the request calls for a determination reserved for the finder of fact as it relates to the amount of damages.

Plaintiff further objects as the information is premature, as fact and expert discovery is ongoing. Because a response to this Interrogatory may require expert testimony, any such expert report will be provided by the date established in any forthcoming CMO.

**AMENDED ANSWER TO INTERROGATORY NO. 9:**

Plaintiff experienced the following symptoms from July 2017 up through December 2019 as a result of the JPLF's emissions: headaches, nausea, loss of appetite, watery eyes, sleep disruption, anxiety/worry, decrease in quality of life, annoyance, discomfort, and loss of use and enjoyment of her property. Her and her family could not escape the noxious odors by simply going inside as the noxious odors also invaded the home. Frequently during the relevant time period when the Plaintiff woke up in the morning for work (approximately 4:30 am) she would smell the odors in her home. She was also often woken up by the odors in the early morning (3:30 am).

Plaintiff's response to this contention interrogatory will be supplemented at a later time after the discovery deadline has elapsed.

**INTERROGATORY NO. 10:**

State the facts supporting your contention that your injuries were caused by emissions from the Jefferson Parish Landfill.

**OBJECTION TO INTERROGATORY NO. 10:**

Plaintiff objects to this Interrogatory on the basis of prematurity. Discovery in this case is ongoing, and therefore the scope of responsive information is not fully known to Plaintiff at this time.

Plaintiff further objects as the information sought in this Interrogatory will be the subject of expert testimony. Such testimony and reports will be tendered in connection with the date established in the forthcoming CMO.

Plaintiff further objects as the information sought by this Interrogatory, specifically as it relates to general causation, are known to Defendants through Plaintiffs' filings throughout the course of this action, as well as the Court's Findings of Fact and Conclusions of Law as to General Causation.

**AMENDED ANSWER TO INTERROGATORY NO. 10:**

Plaintiff recalls seeing news broadcasts on television in 2018 and 2019 identifying that the odors were coming from the Jefferson Parish Landfill.

Plaintiff's response to this contention interrogatory will be supplemented at a later time after the discovery deadline has elapsed.

## SPECIFIC TO PHIL ADAMS

**INTERROGATORY NO. 1:**

Identify each property that you have owned or leased or where you have resided, including the dates during which you owned, leased, or resided at the property, and the nature of your ownership interest in the property (if any).

**AMENDED ANSWER TO INTERROGATORY NO. 1:**

As per the agreement of the parties, Plaintiff is responding to this discovery request for the time period January 1, 2016, through December 31, 2020.

**OBJECTION TO INTERROGATORY NO. 10:**

This interrogatory is premature. Discovery is ongoing and responsive information is not fully known at this time. Additionally, this interrogatory may be the subject of expert testimony and such information will be tendered in compliance with dates established by CMO. Finally, this information is already known to defendants through Plaintiff filings and the Court's Findings of Fact and Conclusions of Law as to General Causation.

**AMENDED ANSWER TO INTERROGATORY NO. 10:**

Plaintiff recalls seeing news segments on television, press releases, and newspaper articles wherein Jefferson Parish Officials admitted that the odors were coming from the Jefferson Parish Landfill and wherein the LDEQ identified the JPLF as the likely source of the emissions to which he was exposed.

Plaintiff has not made a personal injury claim. Plaintiff's claim is for nuisance, annoyance, discomfort and loss of use/enjoyment of the home. Plaintiff suffered with migraine headaches, sleep disruption and worry.

Respectfully submitted,

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

      /s/ Jason Z. Landry
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
Jeremy J. Landry (#30588)
jjl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

John D. Sileo (La Bar No. 17797)
Casey W. Moll (La. Bar No. 35925)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*Counsel for Ictech-Bendeck Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, | * * | CIVIL ACTION |
| Plaintiff | * | NO. 18-7889 |
| | * | c/w 18-8071, |
| VERSUS | * | 18-8218, 18-9312 |
| | * | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., | * * | SECTION: "E" (5) |
| Defendants | * | JUDGE: Morgan |
| | * | MAGISTRATE JUDGE: North |
| | * | |

**********************************************************************

## VERIFICATION

I, Ann Williams, have reviewed the Amended and Supplemental Answers to the First Set of Interrogatories propounded by Defendants, Waste Connections US, Inc., Waste Connections Bayou, Inc., and Louisiana Regional Landfill Company (collectively, the "Waste Connections Defendants"), the Parish of Jefferson, and Aptim Corp., and verify that my answers are true and correct to the best of my personal knowledge, information, and belief as I understand those Interrogatories. I reserve the right to amend and/or supplement these requests as allowed by the Federal Rules of Civil Procedure and/or leave of court, including to correct any inadvertent errors or omissions in my answers that may come to my attention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 9 day of November, 2023.

_____
ANN WILLIAMS