## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff,<br><br>**VERSUS**<br><br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants. | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>    c/w 18-8071,<br>    18-8218, 18-9312<br><br>**SECTION: "E"(5)** |
| *Related Case:*<br><br>**FREDERICK ADDISION ET AL.,**<br>    Plaintiffs,<br><br>**VERSUS**<br><br>**LOUISIANA REGIONAL LANDFILL COMPANY, ET AL.,**<br>    Defendants.<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 19-11133**<br><br>**SECTION: "E"(5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing motion to withdraw and substitute counsel by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants"), **IT IS ORDERED** that the motion is **GRANTED**. **J. Hunter Curtis** is **WITHDRAWN** as counsel of record for Waste Connections Defendants. **Kelly B. Becker (Bar No. 27375) and Kathryn Z. Gonski (Bar No. 33442)** shall be **ENROLLED** as counsel of record for Waste Connections Defendants.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**UNITED STATES DISTRICT JUDGE**