UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>      *Plaintiff* | CIVIL ACTION NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| WASTE CONNECTIONS BAYOU, INC., ET AL<br>      *Defendants* | JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

## MOTION TO WITHDRAW ERNEST P. GIEGER, JR. AS COUNSEL OF RECORD

NOW COMES Defendant Aptim Corporation who respectfully moves this Honorable Court for an order allowing *Ernest P. Gieger, Jr* (6154) to withdraw as counsel for Aptim Corporation and designating *John E.W. Baay II* (22928) as the lead counsel for Aptim Corporation.

Respectfully submitted,

*/s/ John E.W. Baay II*
JOHN E. W. BAAY II (22928)
Email:       jbaay@glllaw.com
J. MICHAEL DIGIGLIA (24378)
Email:       mdigiglia@glllaw.com
NICHOLAS S. BERGERON (37585)
Email:       nbergeron@glllaw.com
GIEGER, LABORDE & LAPEROUSE, L.L.C.
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone:   (504) 561-0400
Facsimile:   (504) 561-1011
*Attorneys for Aptim Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was serviced upon opposing counsel of record this 7th day of August, 2024, by e-filing same into the CM/ECF system, which will automatically deliver a copy of same to all counsel.

*/s/ John E.W. Baay II*