UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"                              CIVIL ACTION NO. 18-7889
ICHTECH-BENDECK                                    c/w 18-8071, 18-8218, 18-9312
    *Plaintiff*

                                                  SECTION: "E" (5)

VERSUS

                                                  JUDGE SUSIE MORGAN

WASTE CONNECTIONS BAYOU, INC.,
ET AL                                              MAGISTRATE MICHAEL NORTH
    *Defendants*

## ORDER

Considering the *Motion to Withdraw Ernest P. Gieger, Jr. as Counsel of Record* filed by

Aptim Corporation,

**IT IS ORDERED** that *Ernest P. Gieger, Jr* (6154) is hereby withdrawn as counsel of

record for Aptim Corporation.

**IT IS ORDERED** that *John E.W. Baay II* (22928) is designated as the lead counsel for

Aptim Corporation.

New Orleans, Louisiana this _____ day of _____, 2024.

                                      _____

                                      UNITED STATE DISTRICT JUDGE