MINUTE ENTRY
MORGAN, J.
August 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FREDERICK ADDISON, ET AL.,**  Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11133**  c/w 19-14512 |
| **LOUISIANA REGIONAL LANDFILL COMPANY (LRLC), ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Applies to: Both Cases*

**MINUTE ENTRY**

A status conference was held on August 9, 2024, at 8:30 a.m. in the chambers of Judge Susie Morgan.

Present:   Charles Foster, Nicholas Cressy, Sara James, Eric Rowe, Harry Johnson, and James Jeffcoat, counsel for All Plaintiffs;

Michael Mims, Megan Brillault, John Paul, Michael Vitris, Katelyn Ciolino, Michael Cash, and Cherrell Taplin, counsel for Defendants, Louisiana Regional Landfill Company (LRLC), Waste Connections Bayou, Inc., and Waste Connections US, Inc.;

John Baay, counsel for Defendant, Aptim Corporation;

Michael Futrell and Matthew Moghis, counsel for Defendant, Jefferson Parish.

The parties discussed the settlement agreement between Defendant Jefferson Parish and Plaintiffs in both *Addison* mass action[1] and *Ictech-Bendeck* class action[2] cases.

---

[1] *Addison v. Louisiana Regional Lamdfill Co., et al.* (19-11133).
[2] *Ictech-Bendeck v. Waste Connections Bayou, Inc., et al.* (18-7889).

1

The parties agreed that the jury at the first *Addison* Trial, which is scheduled to begin on Monday, August 12, 2024, will be informed that the Plaintiffs and Jefferson Parish have resolved their dispute.

The Court discussed with parties the availability of witnesses for the first *Addison* Trial and was advised that the witnesses will be available either by deposition designation or in-person testimony. The Court ordered the parties to exchange proposed deposition designations of witness Kris Carlson by **Saturday, August 10, 2024, at 12:00 p.m.** **IT IS ORDERED** that the parties submit to the Court their joint deposition designations of Mr. Carlson and any objections to those designations by **Sunday, August 11, 2024, at 12:00 p.m.**

The Court granted the Defendants an extension to file a response to Plaintiffs' Motion to Reconsider.[3] **IT IS ORDERED** that the Defendants may file a response to Plaintiffs' Motion to Reconsider by **today, August 9, 2024, at 5:00 p.m.**

New Orleans, Louisiana, this 9th day of August, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:25)

---

[3] R. Doc. 730.