UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK, ET AL., *Plaintiffs* | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| WASTE CONNECTIONS BAYOU, INC., ET AL., *Defendants* | JUDGE SUSIE MORGAN MAGISTRATE MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Withdraw Ernest P. Gieger, Jr. as Counsel of Record filed by Aptim Corporation;

**IT IS ORDERED** that the motion is **GRANTED**. Ernest P. Gieger, Jr. (6154) is hereby withdrawn as counsel of record for Aptim Corporation. John E.W. Baay II (22928) is hereby designated as the lead counsel for Aptim Corporation.

**New Orleans, Louisiana, this 12th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATE DISTRICT JUDGE**