UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>　　Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w<br>　　18-8071, 18-8218,<br>　　18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>　　Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Tuesday, August 20, 2024, at 3:00 p.m.** The Court has emailed all counsel with the link necessary to participate.

New Orleans, Louisiana, this 13th day of August, 2024.

　　　　　　_____
　　　　　　**SUSIE MORGAN**
　　　　　　**UNITED STATES DISTRICT JUDGE**