MINUTE ENTRY
MORGAN, J.
August 20, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### MINUTE ENTRY

A video status conference was held on August 20, 2024, at 12:00 p.m., in the chambers of Judge Susie Morgan.

Present:   Douglas Hammel, Seth Schaumburg, Lawrence Centola, and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Michael Mims, Megan Brillault, John Paul, Michael Vitris, and Katrina Krebs, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John Baay and Nicholas Bergeron, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

1

The parties discussed the settlement between the Plaintiffs and Jefferson Parish in the class action. A hearing on preliminary approval of the settlement is set for **Wednesday, October 9, 2024** at **2:00 p.m.** Counsel for Plaintiffs and Jefferson Parish shall file a joint motion for a Court-appointed neutral on or before **Thursday, September 19, 2024.**

With respect to the pending motion for class certification, the parties are to file will-call non-expert witness lists on or before **September 6, 2024.** Any depositions of these witnesses must be completed on or before **October 4, 2024.**

Federal Rule of Civil Procedure 23(b)(3) requires that before certifying a class, a district court must determine "that the questions of law or fact common to class members predominate over any questions affecting only individual members and that a class action is superior to other available methods for fairly and efficiently adjudicating the controversy."[1] In assessing whether the Plaintiffs may satisfy Rule 23(b)(3)'s requirements, the Court must consider how a trial on the merits would be conducted prior to certifying the class.[2] Accordingly, on **September 10, 2024 at 9:00 a.m.**, the Court will hold its first class-certification hearing to consider that portion of the motion for class-certification in which the Plaintiffs propose a bifurcated trial plan. The hearing will focus on whether superiority and predominance have been satisfied under Rule 23(b)(3).

**New Orleans, Louisiana, this 21st day of August, 2024.**

*[signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:42)

---

[1] FED. R. CIV. P. 23(b)(3).
[2] *See Madison v. Chalmette Ref., L.L.C.*, 637 F.3d 551, 555 (5th Cir. 2011).