UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>Plaintiff<br><br>**VERSUS**<br><br>**PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### JOINT MOTION TO APPOINT
### COURT APPOINTED NEUTRAL FOR CLASS SETTLEMENT

**NOW INTO COURT**, through undersigned counsel, come the named Putative Class Plaintiffs and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr. and Mona Bernard, and the additionally identified Class Representatives, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), and Defendant, the Parish of Jefferson, who file this motion requesting that the Court appoint a Neutral pursuant to Federal Rule of Civil Procedure 53, and in support state:

1. Putative Class Plaintiffs have entered into a proposed Class Settlement with the Parish of Jefferson;

2. Putative Class Plaintiffs and the Parish of Jefferson will file a Joint Motion for Preliminary Approval of Class Settlement which shall be heard by the Court on October 9, 2024 at 2:00 pm;

3. The parties to this settlement request that this Honorable Court appoint a Court Appointed Neutral pursuant to Federal Rule of Civil Procedure 53 to assist with: (i) devising a plan for establishing appropriate reserves to be deducted from the settlement funds in order to establish the amount available from the settlement funds for distribution to Class Members; (ii) establishing appropriate criteria for evaluation of claims of Class Members; (iii) reviewing and evaluating claims of Class Members in accordance with the criteria so established; (iv) establishing proposed allocations for each Class Member in accordance with these criteria and evaluations; (v) preparing a proposed plan for pro-rata distribution of the proposed allocations; (vi) submitting to the Court a report on the above, along with recommendations for the Court's consideration in proceeding with the allocation and distribution process; (vii) engaging such staff, deputies, and experts as reasonably necessary and conducting such hearings as may be necessary and appropriate to carry out this assignment, the Class Member disbursements, and the individual allocation or distribution of class counsel fees; and (viii) performing such other acts and functions as may be necessary or appropriate to fulfill the duties and responsibilities as set forth herein, assisting the Court in further settlement negotiations, or as the Court may direct.

WHEREFORE, the Putative Class and the Parish of Jefferson pray that this Motion be granted and that Court set a deadline for submissions of applications for a Court Appointed Neutral.

Date: August 28, 2024

Respectfully Submitted:

*/s/ Lawrence J. Centola, III*
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

*/s/ Bruce C. Betzer*
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

3

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com


/s/ Seth H. Schaumburg
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

/s/ Michael S. Futrell
Michael S. Futrell (La. Bar No. 20819)
CONNICK & CONNICK, L.L.C.
3421 North Causeway Boulevard-Ste. 408
Metairie, LA 70002
(504) 838-8777
mfutrell@connicklaw.com
*Counsel for Jefferson Parish*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Lawrence J. Centola, III

4