UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Unopposed Motion requesting that the Court appoint a Neutral pursuant to Federal Rule of Civil Procedure 53

**IT IS ORDERED** that the motion is **GRANTED**. Those persons who wish to be considered for appointment in this matter pursuant to Federal Rule of Civil Procedure 53 shall submit a resume/curriculum vitae not to exceed ____ pages by _____.

Submissions shall be sent to _____, shall contain the requested hourly rate, and shall contain an affidavit in compliance with Federal Rule of Civil Procedure 53(b)(3).

New Orleans, Louisiana, this ___ day of August, 2024.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE