**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE"** **ICTECH-BENDECK,** **Plaintiff** **VERSUS** **PROGRESSIVE WASTE SOLUTIONS** **OF LA, INC., ET AL.,** **Defendants** *Applies to: All Cases* | **CIVIL ACTION** **NO. 18-7889** **c/w 18-8071,** **18-8218, 18-9312** **SECTION: "E" (5)** **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

### ORDER

Considering the foregoing Unopposed Motion requesting that the Court appoint a Neutral pursuant to Federal Rule of Civil Procedure 53;

**IT IS ORDERED** that the motion is **GRANTED**. Those persons who wish to be considered for appointment in this matter pursuant to Federal Rule of Civil Procedure 53 shall submit a resume/curriculum vitae not to exceed 25 pages by **September 19, 2024**.

Submissions shall be sent to eFile-Morgan@laed.uscourts.gov, shall contain the requested hourly rate, and shall contain an affidavit in compliance with Federal Rule of Civil Procedure 53(b)(3).

**New Orleans, Louisiana, this 28th day of August, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**