UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>　　　*Plaintiff*<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.<br>　　　*Defendants* | CIVIL ACTION NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE MICHAEL NORTH |

*Applies to:  All Cases*

### APTIM CORPORATION'S FINAL WILL CALL LIST OF WITNESSES FOR THE CLASS CERTIFICATION HEARING

NOW COMES Defendant Aptim Corporation ("Aptim"), through undersigned counsel, and respectfully states that it intends to call the following non-expert witness at the Class Certification Hearing.

1.　　Josh Broggi

Dated: September 6, 2024.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ J. Michael DiGiglia*
　　　　　　　　　　　　　　　　　ERNEST P. GIEGER, JR. (6154)
　　　　　　　　　　　　　　　　　Email:　　egieger@glllaw.com
　　　　　　　　　　　　　　　　　JOHN E. W. BAAY, II (22928)
　　　　　　　　　　　　　　　　　Email:　　jbaay@glllaw.com
　　　　　　　　　　　　　　　　　J. MICHAEL DIGIGLIA (24378)
　　　　　　　　　　　　　　　　　Email:　　mdigiglia@glllaw.com
　　　　　　　　　　　　　　　　　NICHOLAS S. BERGERON (37585)
　　　　　　　　　　　　　　　　　Email:　　nbergeron@glllaw.com
　　　　　　　　　　　　　　　　　GIEGER, LABORDE & LAPEROUSE, L.L.C.
　　　　　　　　　　　　　　　　　Hancock Whitney Building
　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 4800
　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139
　　　　　　　　　　　　　　　　　Telephone:(504) 561-0400
　　　　　　　　　　　　　	　　　Facsimile: (504) 561-1011
　　　　　　　　　　　　　　　　　***Attorneys for Aptim Corporation***

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was electronically filed on September 6, 2024.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                        */s/ J. Michael DiGiglia*
                                                        J. Michael DiGiglia (24378)