UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>　　　　　　**Plaintiff**<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>　　　　　　**Defendants** | **CIVIL ACTION**<br><br>**NO. 18-7889 c/w 18-8071, 18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

### WASTE CONNECTIONS DEFENDANTS' WILL CALL FACT WITNESS LIST FOR CLASS CERTIFICATION

Pursuant to the Court's August 20, 2024 Minute Entry (R. No. 467), the following is a will call list of non-expert witnesses who may provide statements or testimony at a hearing that the Waste Connections Defendants[1] may use in opposition to Plaintiffs' motion for class certification, and is based upon the facts known to the Waste Connections Defendants as of the date of this filing. Certain witnesses on this list may not be necessary depending on the issues to be addressed at the hearing and any agreement with respect to the authentication of documents for such hearing. The Waste Connections Defendants incorporate by reference their prior witness list(s) and reserve the right to amend and/or supplement this list as additional information becomes available, including with respect to the scope of the hearing on Plaintiffs' motion for class certification.

**I. Proposed Class Representative(s)**

　　1.　　Larry　　Bernard

---

[1] The Waste Connections Defendants are Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.

## II. Jefferson Parish

    2.    Rick    Buller

    3.    Michael    DeSoto

    4.    Mark    Drewes

    5.    Mark    Klymm

    6.    Michael P.    Lockwood

    7.    Richard    Mayer

    8.    Corporate Representative of Jefferson Parish

## III. Aptim

    9.    Josh    Broggi

    10.    Corporate Representative of Aptim

## IV. Waste Connections Defendants

    11.    Matthew    Crockett

    12.    Rickie    Falgoust

    13.    Rob    Nielsen

    14.    Brett    O'Connor

    15.    Dawn    Thibodaux

## V. River Birch Landfill and Highway 90 C&D Landfill

    16.    Brian    DeJean, individually and as a Corporate Representative

## VI. Louisiana Department of Environmental Quality

    17.    Mike    Algero

    18.    Wayne    Desselle

19. Holly Herrmann

## VII. Community Witnesses

20. Curtis (Lee) Adams
21. Vincent Barcelona
22. Douglas Brown
23. Paul Burke
24. Sal Cannatella
25. Kris Carlson, Carlson Environmental Consultants
26. Ileanna Evens
27. Brent Griffin
28. David Lofthus
29. Jarrod Muller
30. Michael Mullin
31. Timothy Ponthieux
32. Kelly Sheasby
33. Renell Shelby
34. Nathan Williams
35. Any and all witnesses needed to authenticate records, including, but not limited to medical records, insurance records, claim file records, employment records, photographs and/or videos.
36. Any and all witnesses listed or called by any other party.

Dated: September 6, 2024

Respectfully submitted,

LISKOW & LEWIS, APLC

By:   /s/ Michael C. Mims
      Michael C. Mims (#33991)
      Michael Cash (#31655)
      Cherrell Simms Taplin (#28227)
      Kelly B. Becker (#27375)
      Kathryn Z. Gonski (#33442)
      Brady M. Hadden (#37708)
      Alec Andrade (#38659)
      701 Poydras Street, Suite 5000
      New Orleans, LA 70139
      Telephone: (504) 581-7979
      Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Ave. 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on all counsel of record on September 6, 2024.

                                              /s/ Michael Mims
                                                    OF COUNSEL