MINUTE ENTRY
MORGAN, J.
SEPTEMBER 10, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

*Applies to: ALL CASES*

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, SEPTEMBER 10, 2024 (9:01 a.m. – 9:54 a.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:  Alexis Vice

APPEARANCES:  Bruce Betzer, Lawrence J. Centola, III, Douglas S. Hammel, and Jason Z. Landry for the Ictech-Bendeck Plaintiffs

Megan R. Brillault, Katrina Krebs, Michael C. Mims, John H. Paul, and Cherrell S. Taplin for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

Nicholas S. Bergeron for Defendant Aptim Corp.

**ORAL ARGUMENT ON CLASS CERTIFICATION ISSUES OF PREDOMINANCE, SUPERIORITY, AND BIFURCATION**

Arguments made by counsel.

Court to consider arguments and a class certification hearing will be set by separate order.

JS-10:  00:53