UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,     Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,     Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Monday, September 30, 2024, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that a second video status conference is hereby scheduled for **Thursday, October 10, 2024, at 3:00 p.m.** The Court has emailed all counsel with the links necessary to participate in each of the conferences.

New Orleans, Louisiana, this 26th day of September, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**