MINUTE ENTRY
MORGAN, J.
September 30, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on September 30, 2024, at 2:00 p.m., in the chambers of Judge Susie Morgan.

Present:  Douglas Hammel, Seth Schaumburg, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Kacie Gray, counsel for Plaintiff, Savannah Thompson;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Michael Mims and John Paul, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John DiGiglia, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

1

The Court has received objections from the Waste Connections Defendants to the Motion for Preliminary Approval of the Proposed Settlement.[1] Plaintiffs and Jefferson Parish may file responses to the objections **on or before Friday, October 4, 2024 at 5:00 p.m.**, with a revised Proposed Settlement Agreement attached. Counsel for Plaintiffs and Jefferson Parish represented that they do not disagree with some of Waste Connections Defendants' objections, and they agreed to work with counsel for the Waste Connections Defendants to revise the Motion for Preliminary Approval of the Proposed Settlement[2] and the Settlement Agreement to resolve these objections.

The Court discussed with the parties the two applications received for the Court-Appointed Neutral to assist in administering the settlement between Plaintiffs and Jefferson Parish. The parties agreed to the Court sharing the applications with all counsel in this action.

The Court scheduled another Zoom Status Conference for **Friday, October 4, 2024 at 9:00 a.m.** to discuss any concerns the parties may have with respect to the appointment of either applicant to be a neutral. Following the conference, the Court will gather any information needed to determine which applicant is to be appointed, with particular emphasis on issues of cost.

**New Orleans, Louisiana, this 30th day of September, 2024.**

                                                  **SUSIE MORGAN**
                                  **UNITED STATES DISTRICT JUDGE**

JS10 (0:14)

---

[1] R. Doc. 477.
[2] R. Doc. 474.