MINUTE ENTRY
MORGAN, J.
October 4, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889  c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**   Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### MINUTE ENTRY

A video status conference was held on October 4, 2024, at 9:00 a.m., in the chambers of Judge Susie Morgan.

 Present: Douglas Hammel, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

    Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

    John Baay, counsel for Defendant, Aptim Corp.; and

    Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed their comments and any questions they have regarding the Court's appointment of the Neutral.

**New Orleans, Louisiana, this 4th day of October, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:20)