**Jefferson Parish Landfill Class Action**

**United States District Court for the Eastern District of Louisiana**

# Persons who lived in Harahan, River Ridge, South Kenner, Metairie, Waggaman, Avondale, or Bridge City in 2017, 2018 or 2019 may be affected by a proposed class action settlement.

*A federal court authorized this legal notice.  This is not a solicitation from a lawyer.*

- A settlement has been reached with the Parish of Jefferson in a class action lawsuit about the alleged excessive odors coming from the landfill from July 2017 until December 2019.  A $4,500,000 settlement fund has been established to pay amounts to holders of valid claims as well as lawyers' fees and costs approved by the Court.

- You may be included in the Class if you lived in the Class Area anytime from July 1, 2017 until December 31, 2019.

- You may receive a payment only if you file a valid claim.  If you do not file a valid claim, you will get no payment.

- Your legal rights are affected whether you act or do not act.  Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS: | |
|---|---|
| **SUBMIT A CLAIM** | The only way to ask for and receive a payment from this settlement. Claims must be postmarked/submitted on or before December 31, 2024. |
| **EXCLUDE YOURSELF** | Get no payment from this settlement. This is the only option that allows you to be part of any other lawsuit against the Parish of Jefferson and certain others about the legal claims in this case. Any request to exclude yourself from the settlement must be postmarked on or before December 1, 2024. |
| **OBJECT** | Write to the Court about why you do not like the settlement. Objections must be postmarked on or before December 1, 2024. |
| **GO TO A HEARING** | The Court will hold a Fairness Hearing, which will start at 2:00 p.m. on January 15, 2025. |
| **DO NOTHING** | Get no payment. Give up rights to be part of any lawsuit against the Parish of Jefferson about the legal claims being settled. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice. Full details are included in the Settlement Agreement ("Agreement") and other documents posted on the website at **www.JPLandfillclass.com**.

- The Court in charge of this case still has to decide whether to approve the settlement before any claims are paid.  A claims process for dividing the settlement fund among claimants will begin in February 2025.  Please be patient.

EXHIBIT
tabbies®
2

**QUESTIONS? CALL 1-504-581-9065, OR VISIT www.JPLandfillclass.com**

**Jefferson Parish Landfill Class Action**

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**................................................................................**PAGE 4**
1. Why has this notice been issued?
2. What is this lawsuit about?
3. Why is the case a class action?
4. Why is there a settlement?
5. Who are the class representatives?
**WHO IS IN THE SETTLEMENT**.................................................................**PAGE 5**
6. How do I know if I am a part of the settlement?
7. The Court's Class definition.
8. Are there exceptions to being included?
9. I'm still not sure if I am included.
**THE SETTLEMENT BENEFITS—WHAT YOU GET** ............................**PAGE 6**
10. What does the settlement provide?
11. What can I get from the settlement?
12. Who will oversee the settlement fund?
**THE CLAIMS PROCESS**...............................................................................**PAGE 7**
13. How can I get a payment?
14. When would I get my payment?
15. What am I giving up to get a payment or stay in the Class?
**EXCLUDING YOURSELF FROM THE SETTLEMENT**...............................**PAGE 8**
16. If I exclude myself, can I get money from the settlement?
17. If I do not exclude myself, can I sue later?
18. How do I get out of the settlement?
**THE LAWYERS REPRESENTING YOU** .................................................**PAGE 9**
19. Do I have a lawyer in this case?
20. How will the lawyers be paid?
**OBJECTING TO THE SETTLEMENT**.......................................................**PAGE 9**
21. How do I tell the Court if I do not like the settlement?
22. What is the difference between objecting and excluding yourself from the settlement?
**THE COURT'S FAIRNESS HEARING** ..................................................  **PAGE 10**
23. When and where will the Court decide whether to approve the settlement?
24. Do I have to come to the hearing?
25. May I speak at the hearing?
**IF YOU DO NOTHING**................................................................................**PAGE 11**
26. What happens if I do nothing at all and the settlement is approved?
**GETTING MORE INFORMATION** ...........................................................**PAGE 12**
27. How do I get more information?

**QUESTIONS? CALL 1-504-581-9065, OR VISIT www.JPLandfillclass.com**

**Jefferson Parish Landfill Class Action**

## BASIC INFORMATION

### 1. Why has this notice been issued?

A Court has authorized this notice because you have a right to know about the proposed settlement of certain claims in this class action lawsuit, including the right to claim money, and about all your options, before the Court decides whether to give "final approval" to the settlement. If the Court approves the settlement, and after any appeals are resolved, amounts will be paid to holders of valid claims. This notice explains the lawsuit, the settlement, your legal rights, what benefits are available, who may be eligible for them, and how to get them.

Judge Susie Morgan in the United Stated District Court for the Eastern District of Louisiana is overseeing the case. The case is known as *Elias Jorge "George" Ictech-Bendeck, et al. v. Progressive Waste Solutions of LA, Inc, et al.*," C.A. No. 18-7889, c/w 18-8071, 18-8218, 18-9312. The people who sued are called the plaintiffs. The parties they are suing, the Parish of Jefferson; Aptim Corporation; and Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc., are called the defendants. This notice involves a proposed settlement with the Parish of Jefferson and not the other defendants.

### 2. What is this lawsuit about?

This class action lawsuit generally stems from claims against the Parish of Jefferson, Aptim Corporation, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. arising out of or in connection with the alleged release of hydrogen sulfide and other sulfur compounds from the Jefferson Parish Landfill in the time period of July 1, 2017 through December 31, 2019. The Plaintiffs claim that they suffered injuries and property damage because of the Odors and Gasses emitted by the Landfill. The Plaintiffs further claim that the Defendants are legally responsible for these injuries and damages and they thus seek compensation from the Defendants.

### 3. Why is the case a class action?

In a class action, one or more people or entities, called class representatives, sue on behalf of people who have similar claims. All of these people are a "Class" or "Class Members." One court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

### 4. Why is there a settlement?

The Class Members and the Parish of Jefferson agreed to a settlement to avoid the cost and risk of future trials and appeals, and so that the people allegedly affected can get compensation, in exchange for releasing the Parish of Jefferson from all liability and dismissing all claims against them in this lawsuit and the settled claims with prejudice. The Parish of Jefferson denies any wrongdoing, and the settlement does not mean that the Parish of Jefferson did anything wrong or that the Parish of Jefferson violated any laws. The class representatives and the lawyers representing them think the settlement is best for all Class Members.

### 5. Who are the class representatives?

The Court has approved the following people to represent the Class: _____

- 3 -

**Jefferson Parish Landfill Class Action**

## WHO IS IN THE SETTLEMENT?

To see if you will be affected by this settlement or if you can get anything from this settlement, you first have to determine if you are a Class Member.

### 6. How do I know if I am a part of the settlement?

Generally, you may be a Class Member if you lived in the Class Area at anytime from July 1, 2017 to December 31, 2019. The Class Area generally includes Waggaman, Avondale, Bridge City, Harahan, River Ridge, and parts of South Kenner and Metairie. More information is provided in the "Court's Class definition" section below in question 7.

More detailed descriptions of the Class and the Agreement are available at and in the official records of these proceedings on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, Room C151, 500 Poydras Street, New Orleans, Louisiana 70130.

### 7. The Court's Class definition.

The Court specifically decided that Class Area be defined as follows.

> The geographical boundary within the Parish of Jefferson, State of Louisiana, starting at the intersection of Jerome S. Glazer Airport Access Rd. and West Napoleon Ave (including the canal extending westward from the intersection of West Napoleon Ave and Williams Blvd) then proceeding eastward along West Napoleon Avenue until its intersection with North Causeway Boulevard, then proceeding south along Causeway Boulevard until its intersection with River Road, then proceeding south across the Mississippi River until the intersection of Lapalco Boulevard and Bayou Segnette, then proceeding west until the southernmost end of S. Jamie Boulevard, then proceeding west until the southernmost end of Ruth Drive, then proceeding west/northwest to the intersection of Hwy 90 and the St. Charles Parish/Jefferson Parish line, then proceeding north along the St. Charles Parish/Jefferson Parish line to River Road, then proceeding north along the St. Charles Parish/Jefferson Parish line from River Road to Airline Hwy, then proceeding east along Airline Hwy until its intersection with Jerome S. Glazer Airport Access Rd., then proceeding north until the intersection of Jerome S. Glazer Airport Access Rd. and West Napoleon Ave (including the canal extending westward from the intersection of West Napoleon Ave and Williams Blvd).

### 8. Are there exceptions to being included?

Yes. The following are not included as Class Members:

1. All named plaintiffs in <u>Addison, et al. v. Louisiana Regional Landfill Company, et al.</u>, No. 19-11133 c/w 19-14512

2. All Defendants' employees and relevant court personnel.

- 4 -

**Jefferson Parish Landfill Class Action**

3. Owners of undeveloped land not connected to the property on which such owners reside.

4. Any persons and/or entities whose claims were previously (i) settled and released, or (ii) dismissed by court order with prejudice.

Any Claims amongst the Defendants in the Action.

Of course, if you are not included within the Court's Class definition (*see* question 7 above), you are not included in the settlement, and you do not need to take any further action.

## 9. I'm still not sure if I am included.

If you are not sure whether you are included in the Class, you can visit the website at **www.JPLandfillclass.com**, call 1-504-581-9065 for more information, or write to: Class Counsel, 338 Lafayette Street, New Orleans, LA 70130.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

## 10. What does the settlement provide?

The Parish of Jefferson has established a $4.500,000 settlement fund from which valid claims from Class Members, as well as lawyers' fees and costs, will be paid, as approved by the Court. The Agreement, available at the website and in the official records of these proceedings on file with the Clerk of Court, describes all of the details about the proposed settlement.

The "Neutral" (*see* question 12 below) will recommend to the Court that at least 50% of the settlement fund, plus the interest accrued thereon, be reserved to pay (a) litigation and settlement costs, (b) attorneys' fees for work in litigating the case and obtaining settlement, and (c) awards for Class Representatives and trial representatives. Any funds remaining after paying individual claims, litigation and settlement costs, attorneys' fees, and awards for Class Representatives and trial representatives will not be given back to the Parish of Jefferson.

## 11. What can I get from the settlement?

The amount of each payment to claimants will be based, in part, on the total number of claims received and on the extent of damages suffered. The exact amount that you could receive from the settlement cannot be determined at this time.

## 12. Who will oversee the settlement fund?

An independent "Neutral" will oversee the settlement fund. _____, has been appointed by the Court to be the Neutral. The Neutral will recommend to the Court how to allocate the settlement fund among the Class Members if and when the Court gives final approval to the settlement. (*See* the section on "The Court's Fairness Hearing" below).

# THE CLAIMS PROCESS

## 13. How can I get a payment?

Class Members can submit their claims via United States mail, postage prepaid, to the Administrator, at:

_____

P.O. Box 82565
Baton Rouge, LA 70884

All claims must be postmarked on or before **December 31, 2024**. An electronic claim form can be found at **www.JPLandfillclass.com.**

The Neutral has proposed exactly what you will need to provide to prove your claim and receive a payment. You must use the proof of claim form prepared by the Neutral in order to file a valid claim. You may obtain the proof of claim form by calling 1-504-581-9065 or going to **www.JPLandfillclass.com.**

The Neutral also will review each claim and propose how much money to pay each claimant based on a formula that he will recommend to the Court. If you timely submit a valid claim, the Neutral will send you a letter to tell you the proposed amount, if any, you are to receive. In this letter, the Neutral will also tell you what else you may need to do in order to receive a payment and how to object if you do not like your proposed payment. The Neutral will decide how much money each Class Member who files a valid claim gets.

Each Class Member must submit a separate claim form. The legal representative of a Class Member who is deceased or who is a minor may submit a claim form on behalf of that Class Member. You cannot be included on someone else's claim form.

## 14. When would I get my payment?

The Court has scheduled a hearing on **January 15, 2025 at 2:00 p.m.** to decide whether to approve the settlement. If the Court approves the settlement, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time. Payments to holders of valid claims cannot be made until the appeal process is finished, the settlement is final, and the allocation process has been completed. Please be patient.

## 15. What am I giving up to get a payment or stay in the Class?

Even if you do not get money from the settlement, if the settlement becomes final, you will release the Parish of Jefferson for any claims that are being settled. That means you cannot sue the Parish of Jefferson ever again for these claims and your claims will be dismissed with prejudice. (This lawsuit and other relevant lawsuits also will be dismissed with prejudice, at least as to the Parish of Jefferson.) The Agreement describes the relevant lawsuit(s), the released Claims, and your obligations with specific descriptions, in necessarily accurate legal terminology, so read it carefully. Talk to Class Counsel (_see_ the section on "The Lawyers Representing You") or your own lawyer if you have questions about the relevant lawsuit(s), the Released Claims, the sale of your immovable property, and your obligations, or what they mean.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this settlement, but you want to keep the right to sue or continue to sue the Parish of Jefferson and others over the legal issues being settled in this case, then you must take steps to get out of the Class. This is called asking to be excluded from—or sometimes called "opting out" of—

### Jefferson Parish Landfill Class Action

the Class. Any Class Members who do not request exclusion in a request postmarked by the **December 1, 2024** deadline will be bound by all of the judgments made by the Court, whether favorable or not.

## 16. If I exclude myself, can I get money from the settlement?

No. If you exclude yourself, do not write to the Class claims office to request a payment. If you ask to be excluded, you will not get any settlement payment, and you cannot object to the settlement. But you may sue, continue to sue, or be part of a different lawsuit against the Parish of Jefferson in the future. You will not be bound by the settlement in this lawsuit. If you exclude yourself, you will no longer be represented by Class Counsel and you will have to take independent action to protect your interests.

## 17. If I do not exclude myself, can I sue later?

No. Unless you exclude yourself, you give up the right to sue the Parish of Jefferson for all the claims that this settlement resolves. You must exclude yourself from this Class to start or continue your own lawsuit or to be part of any different lawsuit relating to these claims.

## 18. How do I get out of the settlement?

If you wish to be excluded from the settlement you must, in writing, in a request postmarked by **December 1, 2024** state that you want to be excluded from the Parish of Jefferson class settlement. You must include (a) your name, (b) the last four digits of your social security number, (c) your date of birth, (d) your current residential address, (e) your mailing address, if different, from your current residence address, (f) the address of the property you owned or rented that makes you a Class Member, (g) your email address if you have one, and (h) your telephone numbers (day time, night time, and cell). You must sign and date your request to be excluded. If you send in an exclusion request on behalf of someone else, you must include all of the above information, sign and date the request and describe the capacity in which you are acting (for example, mother, father, succession representative, etc.). If you have a lawyer, please provide his/her name, address, and telephone number on your exclusion request. Your lawyer cannot sign an exclusion request for you, and you cannot exclude a class or group of Class Members. You can't ask to be excluded on the phone or at the website. Any exclusion requests must be sent via United States mail, postage prepaid, to the following addresses and must be postmarked on or before **December 1, 2024.**

> Jeff Parish Class Exclusion
> P.O. Box 82565
> Baton Rouge, LA 70884
>
> AND
>
> JPLF Class Counsel
> 338 Lafayette Street
> New Orleans, LA 70130

# THE LAWYERS REPRESENTING YOU

## 19. Do I have a lawyer in this case?

The Court has appointed the following lawyers to represent Class Members as "Class Counsel":

**Jefferson Parish Landfill Class Action**

Lawrence J. Centola, III, Jason Z. Landry from Martzell, Bickford & Centola, 338 Lafayette Street, New Orleans, LA 70130, Bruce C. Betzer, Douglas S. Hammel, Kacie F. Gray, John D. Sileo and Seth H. Schaumburg.

If you want to be represented by a lawyer of your choosing, you may hire one at your own expense. If you need assistance with your claim, Class Counsel will assist you. To contact Class Counsel, call 1-504-581-9065 or write to:  Class Counsel, 338 Lafayette Street, New Orleans, Louisiana 70130.

## 20. How will the lawyers be paid?

The lawyers will ask for a fee not to exceed thirty-three and 1/3 (33 1/3%) percent of the $4,500,000 settlement fund, or $1,500,000 and for reimbursement of their out-of-pocket costs incurred in litigating the claims being settled, not to exceed $750,000. Class Counsel will ask the Court to award these amounts from the settlement fund for their work in litigating the case and obtaining the settlement. The Court may award less than the requested amounts to Class Counsel.

# OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the settlement or some part of it.

## 21. How do I tell the Court if I do not like the settlement?

If you are a Class Member, you can object to the settlement if you do not like it or certain parts of it. You must give reasons why you think the Court should not approve the settlement. The Court will consider your views if you properly submit an objection on time. To object, prepare a written statement of the specific reasons you object to the settlement. Please clearly indicate that you are objecting to the Jefferson Parish Landfill Settlement, C.A. No. 18-7889 and consolidated cases. You must file a written objection ("Objection Form") with the Court and mail a copy to Class Counsel and Parish of Jefferson at the addresses set forth below. Your Objection Form must be postmarked by **December 1, 2024.** You must set forth in the Objection Form your full name, telephone number, email address, provide proof of membership in the Class, and provide a description of any property wholly or partially located within the Class Area in which you have an ownership interest.  In addition to the above, Objectors must state in their Objection Form the reasons for objecting, including any supporting materials, papers, or briefs that the Objector wishes the Court to consider, and a statement whether the Objector intends to appear in Court at the final fairness hearing on **January 15, 2025 at 2:00 p.m.** either with or without separate counsel. You must also include the name and address of any witnesses to be presented at the fairness hearing, together with a statement as to the matters on which they wish to testify and a summary of the proposed testimony. Subject to the Court's discretion, any Class Member shall be entitled to be heard in Court at any hearing (whether individually or through separate counsel), or to object to the Settlement Agreement, provided that such Class Member submits written notice of the Class Member's objection in compliance with the deadline and other requirements specified in this notice and in Section 7.4 of the Agreement. Class Members who fail to file and serve timely written objections in the manner specified above shall be deemed to have waived any objections.

You must sign and date your objection. If you have a lawyer, please provide his/her name, address, and telephone number on your objection. You can hire your own lawyer, at your own expense, to appear with or without you at the Fairness Hearing; but you or your lawyer do not have to appear at the Fairness Hearing in order for the Court to consider your objection. If you or your lawyer intends to speak at the Fairness Hearing about your objection, you also must submit a notice of intent to appear with your objection materials. Any objection must be sent via United States mail, postage prepaid, to the following addresses and must be postmarked on or before **December 1, 2024.**

**QUESTIONS? CALL 1-504-581-9065, OR VISIT www.JPLandfillclass.com**

**Jefferson Parish Landfill Class Action**

> Jefferson Parish Class Objections
> P.O. Box 82565
> Baton Rouge, LA 70884
>
> AND
>
> Jefferson Parish Class Counsel
> 338 Lafayette Street
> New Orleans, LA 70130

To obtain a form to use to submit your objection, please visit **www.JPLandfillclass.com.**

## 22. What is the difference between objecting and excluding yourself from the settlement?

Objecting is simply telling the Court that you do not like something about the settlement. You can object only if you are a Class Member and you stay in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you cannot object to the settlement or to the attorneys' fees or costs, because the case no longer affects you, and you will not receive any settlement payment.

# THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement.

## 23. When and where will the Court decide whether to approve the settlement?

The Court has scheduled a Fairness Hearing on **January 15, 2025 at 2:00 p.m.** in Courtroom C322 of the New Orleans Courthouse for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. (The hearing may be moved to a different date or time without additional notice to Class Members, so it is a good idea to check **www.JPLandfillclass.com**.) At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate. The Court will consider whether to approve the settlement, any requested attorneys' fees, expenses, etc., and awards for class representatives. If there are objections, the Court will consider them.

## 24. Do I have to come to the hearing?

No. Class Counsel will answer questions the Court may have. But you are welcome to come to court at your own expense. You may also have your own lawyer attend (at your expense), but it is not required.

## 25. May I speak at the hearing?

You can only speak at the Fairness Hearing if you file a timely objection to the settlement following the procedures set forth in this notice (*see,* "Objecting to the Settlement" above) and you include with your objection a notice of intent to appear. The date and time of the hearing is shown in question 23 above. You cannot speak at the Fairness Hearing if you exclude yourself.

**QUESTIONS? CALL 1-504-581-9065, OR VISIT www.JPLandfillclass.com**

**Jefferson Parish Landfill Class Action**

# IF YOU DO NOTHING

| 26. What happens if I do nothing at all and the settlement is approved? |
| --- |

If you do nothing and the settlement is approved, you will not receive any benefits from the settlement. And you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Parish of Jefferson about the claims being settled, ever again. The Agreement contains more detail regarding the scope of the Claims being released. Again, in order to receive settlement benefits, you must timely file a valid proof of claim form.

# GETTING MORE INFORMATION

| 27. How do I get more information? |
| --- |

This notice summarizes the proposed settlement. More details are in the Agreement. You can visit the website at **www.JPLandfillclass.com** or the Clerk of Court's office at Room C151, 500 Poydras Street, New Orleans, Louisiana 70130, where you will find the Agreement, other documents about the settlement, information about the claims process, and other information about the case. Or, you may call 1-504-581-9065 or write to: Class Counsel, 338 Lafayette Street, New Orleans, Louisiana 70130.