LEGAL NOTICE

# Persons who lived in Harahan, River Ridge, South Kenner, Metairie, Waggaman, Avondale, or Bridge City in 2017, 2018 or 2019 may be affected by a proposed class action settlement.

A partial settlement has been reached in a class action lawsuit about the Jefferson Parish Landfill. A settlement fund has been created to pay amounts to holders of valid claims as well as lawyers' fees and costs approved by the Court. The United States District Court for the Eastern District of Louisiana will have a hearing to decide whether to give final approval to the settlement so that payments can be made from the settlement fund. Those included in the class action, together called a "Class," may ask for a payment, or may exclude themselves from, or object to, the settlement, and eligible Class members may receive a payment from it. There is a detailed notice with more information about the settlement available by calling 1-504-581-9065 or going to the website www.JPLandfillclass.com.

While the Parish of Jefferson has agreed to settle their potential liability in this case, the case will remain open even after this partial settlement. The following Non-Settling Defendants were also named in this lawsuit: Aptim Corporation, Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. The Non-Settling Defendants are not a part of this settlement. The Court has not yet determined whether a class action will be allowed to proceed against the Non-Settling Defendants. Your decision to participate in this settlement will have no bearing on your right, if any, to recover from the Non-Settling Defendants.

## WHO'S INCLUDED?

Generally, you may be a Class Member if you lived or resided in the Class Area. The Class Area Map is printed on the backside of this notice.

The exact Class "definition" and more information on the settlement are available at www.JPLandfillclass.com.

## WHAT DOES THE SETTLEMENT PROVIDE?

A $4,500,000 settlement fund has been established by the Parish of Jefferson. The settlement fund is to be overseen by an independent "Neutral." A Settlement Agreement, available at the website and in the official court records of these proceedings, describes all of the details about the proposed settlement. The settlement does not mean that the Parish of Jefferson did anything wrong, but the Parish of Jefferson agreed to resolve certain claims and provide benefits to the Class.

To learn more or to obtain the detailed notice, call, go to the website, or write to Class Counsel at 338 Lafayette Street, New Orleans, LA 70130.

## HOW MUCH COULD YOU GET?

If the settlement receives final Court approval, the Neutral will review claims and propose how much money each valid claim will receive based on a formula he will recommend to the Court. The amount of each payment will be based, in part, on the total number of claims received and on the extent of damages suffered. The Court will decide in a separate hearing how much each Class member who files a valid claim receives from the settlement fund.

## HOW DO YOU ASK FOR A PAYMENT?

Class members can submit their claims via United States mail, postage prepaid, to the Claims Administrator, P.O. Box 82565, Baton Rouge, LA 70884 All claims must be postmarked on or before **December 31, 2024**. The Administrator has proposed exactly what you will need to provide to prove your claim and receive a payment. Thus, you must use the proof of claim form prepared by the Administrator in order to file a valid claim. You may obtain the approved proof of claim form by calling 1-504-581-9065 or going to www.JPLandfillclass.com.

## WHAT ARE YOUR OTHER OPTIONS?

The Court will hold a hearing in the case called *Elias Jorge "George" Ictech-Bendeck, et al. v. Progressive Waste Solutions of LA, Inc, et al.*," C.A. No. 18-7889, c/w 18-8071, 18-8218, 18-9312 on **January 15, 2025 at 2:00 p.m.** to consider whether to approve the settlement; to consider any objections to the settlement; and to consider whether to approve Class Counsel's request for attorneys' fees in an amount not to exceed 33 1/3% of the settlement fund. You or your own lawyer may appear and ask to speak at the hearing, at your own cost, but you don't have to. If the settlement is approved, it will release the Parish of Jefferson from all liability for the claims more fully described in the Settlement Agreement.

If you don't want to be legally bound by the settlement, you must exclude yourself by **December 1, 2024.** If you don't exclude yourself, you won't be able to sue or continue to sue the Parish of Jefferson for the claims resolved in this settlement. If you exclude yourself, you can't get a payment from the settlement fund. If you do not exclude yourself, you may object to the settlement, if you do so by **December 1, 2024**. The detailed notice explains how to exclude yourself or object.

EXHIBIT 3

www.JPLandfillclass.com

1-504-581-9065