UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### ORDER

Before the Court is Plaintiffs' Revised Motion for Preliminary Approval of the Proposed Settlement.[1] The Court has allocated part of the hearing on **October 9, 2024 at 2:00 p.m.** for oral argument on objections to the revised motion.

**IT IS ORDERED** that any objections to the Revised Motion, or attachments thereto, must be filed on or before **Monday, October 7, 2024**. Objections to the revised notices[2] must include proposed language that is acceptable to the objectors.

**New Orleans, Louisiana, on this 4th day of October, 2024.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SUSIE MORGAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 481.
[2] R. Doc. 481-2; R. Doc. 481-3.