MINUTE ENTRY
MORGAN, J.
OCTOBER 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

*Applies to: ALL CASES*

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, OCTOBER 9, 2024 (2:05 p.m. – 3:02 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:     Karen Ibos

APPEARANCES:        Lawrence J. Centola, III, Douglas S. Hammel, Jason Z. Landry and Seth H. Schaumburg for the Ictech-Bendeck Plaintiffs

Michael S. Futrell for Jefferson Parish

Megan R. Brillault and Michael C. Mims for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

Nicholas S. Bergeron for Defendant Aptim Corp.

**ORAL ARGUMENT ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT (R. Doc. 474) AND REVISED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT (R. Doc. 481)**

The Court conferred with the parties regarding any outstanding objections to the proposed settlement. Arguments made by counsel with regards to outstanding objections noted by parties.

Court encouraged parties to discuss potential agreement with regards to this matter and will reconvene discussions with the parties at previously scheduled video status hearing set for Thursday, October 10, 2024, at 3:00 p.m.

| |
|---|
| JS-10:  00:57 |