MINUTE ENTRY
MORGAN, J.
October 10, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO.  18-7889<br>       c/w 18-8071,<br>       18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on October 10, 2024, at 3:00 p.m., in the chambers of Judge Susie Morgan.

Present:   Douglas Hammel, Seth Schaumburg, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Megan Brillault, John Paul, Katelyn Ciolino, Katrina Krebs, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John Baay, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

1

The parties discussed the status of the case. The Plaintiffs and Jefferson Parish may file supplemental memoranda in support of their Revised Motion for Preliminary Approval of the Proposed Settlement[1] on or before **Thursday, October 31, 2024.** Waste Connections may file a supplemental memorandum in response on or before **Thursday, November 14, 2024.**

The Court scheduled another Zoom Status Conference for **Wednesday, October 16, 2024 at 4:30 p.m.** The Court will email all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 10th day of October, 2024.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:33)

---

[1] R. Doc. 481.