# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Elias Jorge "George" Ictech-Bendeck <br> *Plaintiff* <br> v. <br> Progressive Waste Solutions of LA, Inc., et al <br> *Defendant* | ) ) ) ) Civil Action No.  18-7889 c/w 18-8071, 18-8218, 18-9312 ) ) ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Jarrod Muller, 3125 Maryland Avenue, Kenner, LA 70065

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Liskow & Lewis <br> 701 Poydras St., Ste. 5000, New Orleans, LA 70139 | Date and Time: <br> Thursday, October 24, 2024 at 2:00 p.m. |
|---|---|

The deposition will be recorded by this method: stenographic

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents and correspondence, including letters, emails, and text messages as it relates to this matter.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/30/2024

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Elias Jorge "George" Ictech-Bendeck                              , who issues or requests this subpoena, are:
Bruce C. Betzer, The Law Office of Bruce C. Betzer, 3129 Bore Street, Metairie, LA 70001; bruce@brucebetzer.com; (504) 832-9942

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*   Jarrod Muller
on *(date)*   10/2/24   .

☒ I served the subpoena by delivering a copy to the named individual as follows:   @ 3125 Maryland Avenue, Kenner, LA 70065
on *(date)*   10/5/24   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$   57.42   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   10/8/24

Server's signature

Keith Lobrono LPI
Printed name and title

P.O. Box 740567 NOLA 70174
Server's address

Additional information regarding attempted service, etc.: