AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Elias Jorge "George" Ictech-Bendeck | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| Progressive Waste Solutions of LA, Inc., et al | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Timothy Ponthieux, 332 Gerrie Court, Avondale, LA 70094

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Liskow & Lewis 701 Poydras St., Ste. 5000, New Orleans, LA 70139 | Date and Time: Friday, October 25, 2024 at 2:00 p.m. |
|---|---|

The deposition will be recorded by this method: stenographic

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: All documents and correspondence, including letters, emails, and text messages as it relates to this matter.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/30/2024

CLERK OF COURT             OR

_____        _____
Signature of Clerk or Deputy Clerk        Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Elias Jorge "George" Ictech-Bendeck _____, who issues or requests this subpoena, are:
Bruce C. Betzer, The Law Office of Bruce C. Betzer, 3129 Bore Street, Metairie, LA 70001; bruce@brucebetzer.com; (504) 832-9942

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ___Timothy Ponthieux___
on *(date)* __10/2/24__.

☒ I served the subpoena by delivering a copy to the named individual as follows: @ 332 Gerrie Court, Avondale, LA 70094
on *(date)* __10/6/24__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ___60.10___ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: __10/7/24__

_____
Server's signature

Keith Lobromo LPI
*Printed name and title*

P.O. Box 740567   NOLA 70174
*Server's address*

Additional information regarding attempted service, etc.: