MINUTE ENTRY
MORGAN, J.
October 16, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,     Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889     c/w 18-8071,     18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,     Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on October 16, 2024, at 4:30 p.m., in the chambers of Judge Susie Morgan.

    Present:    Douglas Hammel, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

    Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

    Michael Mims, Megan Brillault, John Paul, and Katrina Krebs, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

    John Baay, counsel for Defendant, Aptim Corp.; and

    Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the pending motion for class certification.[1] The Court will hold a hearing on class certification from **December 9, 2024 and December 10, 2024.**

The parties are to exchange revised will-call non-expert witness and exhibit lists for purposes of the hearing on or before **November 8, 2024.**

The Court scheduled another Zoom Status Conference for **Monday, December 2, 2024 at 1:00 p.m.** The Court will email all counsel with the link necessary to participate.

**New Orleans, Louisiana, this 16th day of October, 2024.**

                                           *Susie Morgan*
                                           **SUSIE MORGAN**
                             **UNITED STATES DISTRICT JUDGE**

JS10 (0:30)

---

[1] R. Doc. 438.