MINUTE ENTRY
MORGAN, J.
November 4, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>      Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>         **c/w 18-8071,**<br>         **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>      Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on November 4, 2024, at 2:00 p.m., in the chambers of Judge Susie Morgan.

   Present:   Douglas Hammel, Seth Schaumburg, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

   Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

   Michael Mims, Megan Brillault, John Paul, Katrina Krebs, and Cherrell Taplin, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

   John Baay and Nicholas Bergeron, counsel for Defendant, Aptim Corp.; and

   Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

1

The parties discussed the status of the case. For purposes of the Plaintiff's class certification motion,[1] Defendants do not contest that the Rule 23 requirements of numerosity and commonality are met.

Counsel for Plaintiffs will inform the Court **on or before Tuesday, November 5, 2024 at 5:00 p.m.** as to whether they agree to submit the remaining Rule 23 issues on the briefing. If they choose to do so, the class certification hearing scheduled for **December 9th and December 10th, 2024** will be cancelled. If the Plaintiffs wish to continue with the hearing, the Court will contact counsel for purposes of scheduling another status conference.

**New Orleans, Louisiana, this 4th day of November, 2024.**

                                    *Susie Morgan*
                                    **SUSIE MORGAN**
                       **UNITED STATES DISTRICT JUDGE**

JS10 (0:12)

---

[1] R. Doc. 438.