UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br> Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w** <br> **18-8071, 18-8218,** <br> **18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,** <br> Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Wednesday, November 6, 2024, at 8:00 a.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 6th day of November, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**