MINUTE ENTRY
MORGAN, J.
November 6, 2024

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889** c/w 18-8071, 18-8218, 18-9312 |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on November 6, 2024, at 8:00 a.m., in the chambers of Judge Susie Morgan.

Present:   Douglas Hammel, Lawrence Centola, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Michael Mims, Megan Brillault, John Paul, Katrina Krebs, and Cherrell Taplin, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John Baay, counsel for Defendant, Aptim Corp.; and

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case. At the Plaintiffs' request, and with the Defendants' consent, the hearing on class certification is **CONTINUED** to **January 21 and January 22, 2025** beginning **at 9:00 a.m.** each day.

1

All parties have agreed that the elements of commonality and numerosity are met. At the hearing, no evidence will be presented on these issues.

The parties have agreed the Court will decide the issues of superiority and predominance based on the pleadings, including the exhibits attached thereto. No evidence will be presented at the hearing on these issues.

At the hearing, the Court will hear fact testimony on the issues of typicality, adequacy of representation, and ascertainability.[1]

The Plaintiffs will exchange will-call non-expert witness and exhibit lists for purposes of the hearing **on or before Friday, December 6, 2024.** The Defendants will exchange their witness and exhibit lists **on or before Friday, December 13, 2024.**

The Court will impose time limits at the hearing. A party's time presenting its case-in-chief and cross-examining witnesses shall be charged to that party. The Plaintiffs will have **390 minutes**, and the Defendants will have **330 minutes**.

At the conclusion of the defense presentation, the Plaintiffs may present rebuttal evidence, if any, and make oral argument. The Defendants may make oral argument on the evidence presented at the hearing.[2]

**New Orleans, Louisiana, this 6th day of November, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:07)

---

[1] In the status conference, the Plaintiffs informed the Court they do not intend to present expert testimony on these issues.
[2] This time for these presentations is included in the time allotted to the parties above.