UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>    **c/w 18-8071,**<br>    **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that the Zoom status conference currently set for **December 2, 2024 at 1:00 p.m.** is hereby **CANCELLED.**

New Orleans, Louisiana, this 7th day of November, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**