UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** VERSUS WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** Applies to: All Cases | CIVIL ACTION NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 SECTION: "E" (5) JUDGE: Morgan MAGISTRATE JUDGE: North |

**MOTION TO EXCLUDE UNTIMELY DISCLOSED WITNESSES**
**\*\* EXPEDITED CONSIDERATION TO BE REQUESTED\*\***

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp. submit this motion and respectfully request that the Court enter an order precluding Plaintiffs' witnesses Brad Madden and Ryan Aldridge, or any other representative of the EisnerAmper accounting and advisory firm, from testifying at the class certification hearing on January 21-22, 2025.[1] Plaintiffs' attempt to call these expert witnesses is impermissible under the federal rules and the Court's orders: the hearing is limited to fact witnesses, Mr. Madden and Mr. Aldridge would be testifying on issues that the Court excluded from the January 2025 hearing, and in any event, the expert disclosure is untimely.

A motion for expedited consideration will be filed contemporaneous with this motion.

WHEREFORE, for the reasons more fully set forth in the attached memorandum, Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste

---

[1] Plaintiffs disclosed these witnesses for the first time on their December 6, 2024 witness list. Defs. Ex. A.

1

Connections US, Inc., and Aptim Corp. respectfully pray that the Court grant this motion and enter an order precluding Plaintiffs' witnesses Brad Madden and Ryan Aldridge, or any other representative of the EisnerAmper, from testifying at the class certification hearing on January 21-22, 2025.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:  /s/ Megan R. Brillault

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Kelly B. Becker (#27375)
Kathryn Z. Gonski (#33442)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

2

701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
Ernest P. Gieger, Jr. (6154)
John E. W. Baay (22928)
J. Michael DiGiglia (24378)
Nicholas S. Bergeron (37585)
Gieger, Laborde & Laperouse, L.L.C.
Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

3

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2024, I electronically filed this document with the Clerk of the Court using CM/ECF system. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                /s/ Megan R. Brillault
                                                                  OF COUNSEL