# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **VERSUS** | |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |
| *Applies to: Both Cases* | **JUDGE: Morgan MAGISTRATE JUDGE: North** |

## PLAINTIFFS' WILL CALL WITNESS LIST FOR CLASS CERTIFICATION HEARING

**NOW INTO COURT,** through undersigned counsel, come Putative Class Plaintiffs, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Mona Bernard, and the additionally identified Class Representatives, Phil Adams, Robyn Crossman, Kayla Anne Steele, Ann Williams, and Ophelia Walker, individually and on behalf of similarly situated individuals (hereinafter "Plaintiffs" and/or "Class Representative(s)"), who, pursuant to this Honorable Court's November 6, 2024 Minute Entry (Doc. 505), submits this Revised Will Call Non-Expert Witness List, and represent that Plaintiffs will call the following fact witnesses at the class certification hearing:

1. Class Representative, Elias Jorge Ictech-Bendeck

2. Class Representative, Mona Bernard

3. Class Representative, Nicole Landry-Boudreaux

4. Class Representative, Robyn Cossman

5. Class Representative, Ann Williams

6. Class Representative, Kayla Anne Steele

7. Class Representative, Ophelia Walker

8. Class Representative, Phil Adams

9. Gerald Herbert

10. Keith Conley

11. Dr. Chuck Carr Brown, former Secretary of the Louisiana Department of Environmental Quality

12. Representative of CPA firm, Eisner Amper, Brad Madden or Ryan Aldridge

13. Lee Adams

14. Brian DeJean

15. Rick Buller

Plaintiffs reserve the right to supplement and/or amend this list.

Dated: December 6, 2024

Respectfully Submitted:

/s/ Lawrence J. Centola, III
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

*/s/ Bruce C. Betzer*
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave., Suite 101
New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com

*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La. Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com

*Counsel for Ictech-Bendeck Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Douglas S. Hammel*
Douglas S. Hammel