# EXHIBIT B

| | |
|---|---|
| **From:** | Megan R. Brillault |
| **Sent:** | Wednesday, December 11, 2024 12:33 PM |
| **To:** | Douglas Hammel; Bruce Betzer; Jason Z. Landry; John Sileo; Larry J. Centola; Seth Schaumburg; Lynn Riddell |
| **Cc:** | John H. Paul; Katelyn E. Ciolino; Michael F. Vitris; John Baay; Cherrell Simms Taplin; mmims; Katrina M. Krebs; Nick Bergeron |
| **Subject:** | RE: Plaintiff's Witness and Exhibit list |

Doug and others—

On Plaintiffs' December 6, 2024 witness list, Plaintiffs disclosed for the first time that they intended to call a representative of EisnerAmper—either Brad Madden or Ryan Aldridge—at the January 2025 class certification hearing. Calling any representative from EisnerAmper at the January hearing is impermissible under the FRCP, the FRE and the Court's orders: this expert disclosure is untimely and the testimony would be outside the scope of that allowed by the Court at the hearing. By close of business Thursday, Defendants request that Plaintiffs remove the representative of EisnerAmper from their witness list and serve an amended list. Defendants will seek relief from the Court if Plaintiffs fail to do so.

To expound further, Mr. Madden and Mr. Aldridge's testimony on expert issues would be improper. Plaintiffs have not previously identified Mr. Madden or Mr. Aldridge (or anyone from EisnerAmper) as expert witnesses and did not serve expert reports from these individuals. The Court also limited the class certification hearing to fact witnesses. R. Doc. 505. While Plaintiffs characterize Mr. Madden and Mr. Aldridge as fact witnesses in their witness list, they would be testifying based on their technical and other specialized knowledge—making them expert witnesses under the federal rules. *See* Fed. R. Evid. 701, 702. Moreover, even if either of these individuals could be purely fact witnesses, Plaintiffs never disclosed their identity on their Rule 26 initial disclosures or any other witness list they previously served. Given that the fact discovery deadline for class certification issues was more than 10 months ago and the class certification motion is fully submitted, even as a fact witness, Plaintiffs' identification of an EisnerAmper representative as a witness at the hearing is untimely.

Finally, the Court limited the class certification hearing to the issues of typicality, adequacy of representation, and ascertainability. R. Doc. 505. Mr. Madden's background is in settlement administration and the claims process, and Mr. Aldridge's background is in claims management and other issues related to the administration of complex matters. While we do not agree that this testimony is relevant to class certification, it would at most go to the superiority requirement—which the Court is not hearing testimony on at the hearing.

Should Plaintiffs not serve an amended witness list that removes the EisnerAmper representative and Defendants are required to seek relief from the Court, Defendants will also seek attorneys' fees for any motion filed in this regard.

Regards,

Megan

**Megan R. Brillault**
Principal

**BEVERIDGE & DIAMOND PC**
O +1.212.702.5414 ~ M +1.914.329.3598 ~ MBrillault@bdlaw.com

1

**From:** Douglas Hammel <douglashammel@gmail.com>
**Sent:** Friday, December 6, 2024 5:49 PM
**To:** Megan R. Brillault <MBrillault@bdlaw.com>; John Baay <jbaay@glllaw.com>; John H. Paul <JPaul@bdlaw.com>; Bruce Betzer <bruce@brucebetzer.com>; Jason Z. Landry <jzl@mbfirm.com>; Katelyn E. Ciolino <KCiolino@bdlaw.com>; John Sileo <jack@johnsileolaw.com>; Larry J. Centola <lcentola@mbfirm.com>; Seth Schaumburg <seth@favretlaw.com>; Cherrell Simms Taplin <cstaplin@liskow.com>; Lynn Riddell <lynn@brucebetzer.com>
**Subject:** Plaintiff's Witness and Exhibit list

**[EXTERNAL SENDER: Use caution with links/attachments]**

All,

I've attached the Plaintiff's Witness and Exhibit list for class certification in compliance with the Court's Minute entry from Nov. 6, 2024.

Have a nice weekend.

--
Douglas Hammel
Attorney at Law
3129 Bore Street
Metairie, La. 70001
504.304.9952 phone
504.304.9964 fax
*Helping Good People in Unfortunate Situations*

CONFIDENTIALITY NOTICE: This e-mail transmission and any accompanying documents are solely for the use of the intended recipient and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosures, copying, distribution, or action taken or omitted in reliance on it is strictly prohibited. If you received this information in error, please notify the sender immediately and delete the original transmission.