**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| | **NO. 18-7889** |
| **VERSUS** | **c/w 18-8071,** |
| | **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | |
| | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp. will bring the attached Motion to Exclude Untimely Disclosed Witnesses for submission before the Honorable Susie Morgan, United States District Judge, 500 Poydras Street, New Orleans, Louisiana 70130, on January 15, 2025, at 10:00 a.m. Please also note that Defendants have filed a motion for expedited consideration contemporaneous with this filing, in which Defendants respectfully pray that the Motion to Exclude Untimely Disclosed Experts be resolved prior to January 15, 2025.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:   /s/ Megan R. Brillault

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)

1

825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Kelly B. Becker (#27375)
Kathryn Z. Gonski (#33442)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:    /s/ J. Michael DiGiglia
　　　　Ernest P. Gieger, Jr. (6154)
　　　　John E. W. Baay (22928)
　　　　J. Michael DiGiglia (24378)
　　　　Nicholas S. Bergeron (37585)
　　　　Gieger, Laborde & Laperouse, L.L.C.

2

Hancock Whitney Center
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*