## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**  **Plaintiff** | **CIVIL ACTION**  **NO. 18-7889**  **c/w 18-8071,**  **18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**  **Defendants** | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE: Morgan**  **MAGISTRATE JUDGE: North** |

### DEFENDANTS' *EX PARTE* MOTION TO EXPEDITE HEARING ON THEIR MOTION TO EXCLUDE UNTIMELY DISCLOSED WITNESSES

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp. respectfully request that the Court set their Motion to Exclude Untimely Disclosed Witnesses ("Motion to Exclude") for an expedited hearing.[1] Plaintiffs disclosed for the first time on their December 6, 2024 witness list that they intended to call Brad Madden or Ryan Aldridge of the EisnerAmper accounting and advisory firm as witnesses at the class certification hearing on January 21-22, 2025. The Motion to Exclude seeks an order precluding Plaintiffs from offering testimony from Mr. Madden, Mr. Aldridge, or any other representative of EisnerAmper at the hearing because their testimony is not allowed under the Court's order governing the scope of the class certification hearing, R. Doc. 505, and because they were untimely disclosed. However, the earliest that motion could be noticed for submission before Your Honor is January 15, 2025—just six days prior to the hearing. Clarity is needed earlier regarding whether these witnesses will be allowed to testify at the hearing so the parties can

---

[1] R. Doc. 509.

adequately prepare for the hearing. To prevent injustice, Defendants request that the Court consider the Motion to Exclude as soon as practical.

WHEREFORE, Defendants respectfully request that the Court grant the *Ex Parte* Motion to Expedite Hearing on their Motion to Exclude Untimely Disclosed Witnesses and consider Defendants' motion as soon as practical.

Respectfully submitted,

BEVERIDGE & DIAMOND, P.C.

By:    /s/ Megan R. Brillault

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

James B. Slaughter (*pro hac vice*)
1900 N Street, NW, Suite 100
Washington, DC 20036
(202) 789-6000

Michael F. Vitris (*pro hac vice*)
400 W. 15th Street, Suite 1410
Austin, TX 78701
(512) 391-8035

LISKOW & LEWIS, APLC

Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Kelly B. Becker (#27375)
Kathryn Z. Gonski (#33442)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Telephone: (504) 581-7979
Telefax: (504) 556-4108
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Telefax: (504) 556-4108

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

GIEGER, LABORDE & LAPEROUSE, L.L.C.

By:   /s/ J. Michael DiGiglia
      Ernest P. Gieger, Jr. (6154)
      John E. W. Baay (22928)
      J. Michael DiGiglia (24378)
      Nicholas S. Bergeron (37585)
      Gieger, Laborde & Laperouse, L.L.C.
      Hancock Whitney Center
      701 Poydras Street, Suite 4800
      New Orleans, Louisiana 70139
      Telephone: (504) 561-0400
      Facsimile: (504) 561-1011

*Attorneys for Defendant Aptim Corp.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing was electronically filed on December 20, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

   /s/ Megan R. Brillault   
OF COUNSEL
