# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on Defendants' Motion to Exclude Untimely Disclosed Witnesses filed by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp.,

**IT IS ORDERED** that the motion is **GRANTED;**

**IT IS FURTHER ORDERED** that Defendants' motion will be considered on _____, ____ 2025.  Plaintiffs' opposition is due on_____, ____ 2025. Defendants' reply is due on _____, ____ 2025.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**