# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Hearing on Defendants' Motion to Exclude Untimely Disclosed Witnesses filed by Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp.,

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' opposition to R. Doc. 509 is due on or before **Monday, January 6, 2025**. Defendants' reply is due on **Wednesday, January 8, 2025**.

New Orleans, Louisiana, this 23rd day of December, 2024.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**