MINUTE ENTRY
MORGAN, J.
January 7, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,   Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,   Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on January 7, 2025, at 3:00 p.m., in the chambers of Judge Susie Morgan.

    Present:    Douglas Hammel, Seth Schaumburg, Lawrence Centola, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

    Kacie Gray, counsel for Plaintiff, Savannah Thompson;

    Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

    Michael Mims, John Paul, Katrina Krebs, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

    John Baay, counsel for Defendant, Aptim Corp.; and

    Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The parties discussed the status of the case. On December 20, 2024, Waste Connections and Aptim filed a motion to exclude untimely disclosed witnesses.[1] The Court expedited consideration of the motion.[2] On January 6, 2025, Plaintiffs filed their opposition.[3] The Court **EXTENDED** the deadline for Waste Connections and Aptim to file a reply to the motion to **Friday, January 17, 2025**. In the meantime, the parties will meet and confer to determine whether they can resolve the motion amicably, and, if so, notify the Court by **January 14, 2025**.[4]

Due to a Court conflict, the hearing on class certification, presently scheduled for January 21 and January 22, 2025 will be **RESET** to **February 3 and February 4, 2025** beginning **at 9:00 a.m.** each day.

All parties have agreed that the elements of commonality and numerosity are met. At the hearing, no evidence will be presented on these issues.

The parties have agreed the Court will decide the issues of superiority and predominance based on the pleadings, including the exhibits attached thereto. No evidence will be presented at the hearing on these issues.

At the hearing, the Court will hear fact testimony on the issues of typicality, adequacy of representation, and ascertainability.

The Court will impose time limits at the hearing. A party's time presenting its case-in-chief and cross-examining witnesses shall be charged to that party. The Plaintiffs will have **390 minutes**, and the Defendants will have **330 minutes**.

---

[1] R. Doc. 509.
[2] R. Doc. 511.
[3] R. Doc. 514.
[4] If the parties are able to resolve the motion, they will notify the Court, and Defendants will withdraw the motion. R. Doc. 509.

At the conclusion of the defense presentation, the Plaintiffs may present rebuttal evidence, if any, and make oral argument. The Defendants may make oral argument on the evidence presented at the hearing.[5]

**New Orleans, Louisiana, this 7th day of January, 2025.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:20)

---

[5] This time for these presentations is included in the time allotted to the parties above.