**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff<br><br>**VERSUS**<br><br>**WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants<br><br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br><br>**SECTION: "E" (5)**<br><br><br>**JUDGE: Morgan**<br>**MAGISTRATE JUDGE: North** |

___

### *EX PARTE* MOTION FOR EXTENSION OF REPLY BRIEF DEADLINE

     Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. (collectively, "Waste Connections Defendants") submit this motion and respectfully pray for a deadline extension until January 24, 2025 for the filing of any reply briefs ("Reply") in support of the motion ("Motion") to exclude Plaintiffs' untimely-disclosed witnesses Brad Madden and Ryan Aldridge ("EisnerAmper witnesses")[1], for the reasons set forth below.

     1.     The Reply is currently due on January 17, 2025.[2]

     2.     Pursuant to the Court's order,[3] the parties have conferred in an attempt to resolve the Motion and they are optimistic that they can reach an agreeable compromise.

     3.     Plaintiffs have provided Waste Connections Defendants with an e-mail setting out

___

[1] ECF Doc. #509.

[2] ECF Doc. #515.

[3] ECF Doc. #515.

the proposed testimony of the EisnerAmper witnesses. Plaintiffs have indicated that they intend to convert that e-mail into an affidavit to be executed by one of the EisnerAmper witnesses, and they are working to provide the affidavit to Waste Connections Defendants as soon as possible. Plaintiffs have offered to move that affidavit into evidence at the February 3-4, 2025 hearing in lieu of live testimony from the EisnerAmper witness.

4.     Provided that the language of the final executed affidavit is the same or substantially similar to the language provided in Plaintiffs' e-mail, and that Plaintiffs commit to not calling either of the EisnerAmper witnesses live at the hearing, Waste Connections Defendants will not object to the admission of the affidavit into evidence, will not seek to depose the witnesses, and will withdraw the Motion. However, until Waste Connections Defendants have had the opportunity to review the affidavit and approve of its terms, the Motion remains pending.

5.     As of this filing, Plaintiffs have not provided Waste Connections Defendants with a copy of the affidavit, either in draft or final form. Waste Connections Defendants would like to preserve their ability to brief the Court on any objections they may have to the forthcoming affidavit which may support granting of the Motion. But Waste Connections Defendants cannot do so until they see a copy of the affidavit.

6.     An extension of the deadline for the Reply would avoid burdening the parties and the Court with premature and speculative briefing on issues that will hopefully be resolved by compromise in short order.

7.     This motion is not being filed for any improper purpose and will not cause any undue prejudice or delay.

8.     On January 14, 2025, Waste Connections Defendants provided Plaintiffs with notice that this motion for extension would be filed if the affidavit was not provided by January

15, 2025. Plaintiffs did not indicate a position on whether they would oppose this motion for extension.

WHEREFORE, for the reasons stated above, Waste Connections Defendants respectfully pray for a deadline extension until January 24, 2025 for the filing of any reply briefs in support of the Motion.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
        Michael C. Mims (#33991)
        Michael Cash (#31655)
        Cherrell Simms Taplin (#28227)
        Kelly B. Becker (#27375)
        Kathryn Z. Gonski (#33442)
        Brady M. Hadden (#37708)
        Alec Andrade (#38659)
        701 Poydras Street, Suite 5000
        New Orleans, LA 70139
        Telephone: (504) 581-7979
        Telefax: (504) 556-4108

        BEVERIDGE & DIAMOND, P.C.

        Megan R. Brillault (*pro hac vice*)
        Michael G. Murphy (*pro hac vice*)
        John H. Paul (*pro hac vice*)
        Katelyn E. Ciolino (*pro hac vice*)
        Katrina M. Krebs (*pro hac vice*)
        825 Third Avenue, 16th Floor
        New York, NY 10022
        (212) 702-5400

        James B. Slaughter (*pro hac vice*)
        1900 N Street, NW, Suite 100
        Washington, DC 20036
        (202) 789-6000

        Michael F. Vitris (*pro hac vice*)
        400 W. 15th Street, Suite 1410
        Austin, TX 78701

(512) 391-8035

*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on January 16, 2025.

*/s/ Michael C. Mims*