# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE:** Morgan **MAGISTRATE JUDGE:** North |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Reply Brief Deadline filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the Motion is **GRANTED**. Any reply brief(s) in support of the motion to exclude witnesses Brad Madden and Ryan Aldridge (ECF Doc. #509) may be filed on or before January 24, 2025.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**