# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** <br><br> VERSUS <br><br> WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Reply Brief Deadline filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the Motion is **GRANTED**. Any reply brief(s) in support of the motion to exclude witnesses Brad Madden and Ryan Aldridge (R. Doc. 509) may be filed on or before **January 24, 2025.**

New Orleans, Louisiana, this 16th day of January, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**