**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** Plaintiff | **CIVIL ACTION** |
| | **NO. 18-7889** **c/w 18-8071,** **18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

## *EX PARTE* MOTION FOR SECOND EXTENSION OF REPLY BRIEF DEADLINE

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc. ("Waste Connections Defendants") submit this motion and respectfully request a deadline extension until January 28, 2025 for the filing of any reply briefs ("Reply") in support of the motion ("Motion") to exclude Plaintiffs' untimely-disclosed witnesses Brad Madden and Ryan Aldridge ("EisnerAmper witnesses")[1], for the reasons set forth below.

1.     The Reply is currently due today, January 24, 2025.[2]

2.     Pursuant to the Court's order,[3] the parties have conferred in an attempt to resolve the Motion and they are optimistic that they can reach an agreeable compromise.

3.     On Monday, January 20, 2025, Plaintiffs provided Waste Connections Defendants with an affidavit executed by Brad Madden of EisnerAmper ("Madden Affidavit"). Plaintiffs have

---

[1] ECF Doc. #509.

[2] ECF Doc. #515.

[3] ECF Doc. #515.

verbally offered to move that affidavit into evidence at the February 3-4, 2025 hearing in lieu of live testimony from the EisnerAmper witness.

4.    The parties' discussions surrounding the Madden Affidavit were delayed due to the historic winter storm experienced in the New Orleans area this week.

5.    On January 23, 2025, Waste Connections Defendants and Plaintiffs conferred to discuss the Madden Affidavit. Waste Connections Defendants indicated that, in order to fully evaluate the affidavit, they needed to review the reliance materials cited by Mr. Madden in his affidavit, which were selected from materials available on websites listed on Plaintiffs' exhibit list but have not yet been produced. Plaintiffs indicated they would contact Mr. Madden in an effort to obtain the documents, but could not commit to a timeline as they had not spoken to Mr. Madden this week.

6.    Assuming that Plaintiffs timely provide the reliance materials in a manner that would not cause prejudice at the upcoming hearing and commit in writing to withdraw Brad Madden and Ryan Aldridge from their witness list, Waste Connections Defendants anticipate that they may be able to withdraw the Motion. However, until Plaintiffs provide the reliance materials, Waste Connections Defendants are not able to commit to withdrawing the Motion, which remains pending.

7.    An extension of the deadline for the Reply would avoid burdening the parties and the Court with premature and speculative briefing on issues that will hopefully be resolved by compromise in short order.

8.    This motion is not being filed for any improper purpose and will not cause any undue prejudice or delay.

WHEREFORE, Waste Connections Defendants respectfully pray for a deadline extension until January 28, 2025 for the filing of any reply briefs in support of the Motion.

Respectfully submitted,

LISKOW & LEWIS, APLC

By:    /s/ Michael C. Mims
    Michael C. Mims (#33991)
    Michael Cash (#31655)
    Cherrell Simms Taplin (#28227)
    Kelly B. Becker (#27375)
    Kathryn Z. Gonski (#33442)
    Brady M. Hadden (#37708)
    Alec Andrade (#38659)
    701 Poydras Street, Suite 5000
    New Orleans, LA 70139
    Telephone: (504) 581-7979
    Telefax: (504) 556-4108

    BEVERIDGE & DIAMOND, P.C.

    Megan R. Brillault (*pro hac vice*)
    Michael G. Murphy (*pro hac vice*)
    John H. Paul (*pro hac vice*)
    Katelyn E. Ciolino (*pro hac vice*)
    Katrina M. Krebs (*pro hac vice*)
    825 Third Avenue, 16th Floor
    New York, NY 10022
    (212) 702-5400

    James B. Slaughter (*pro hac vice*)
    1900 N Street, NW, Suite 100
    Washington, DC 20036
    (202) 789-6000

    Michael F. Vitris (*pro hac vice*)
    400 W. 15th Street, Suite 1410
    Austin, TX 78701
    (512) 391-8035

    *Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on January 24, 2025.

*/s/ Michael C. Mims*