UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., **Defendants** | SECTION: "E" (5) |
| *Applies to: All Cases* | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing *Ex Parte* Motion for Second Extension of Reply Brief Deadline filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the Motion is **GRANTED**. Any reply brief(s) in support of the motion to exclude witnesses Brad Madden and Ryan Aldridge (ECF Doc. #509) may be filed on or before January 28, 2025.

New Orleans, Louisiana, this _____ day of _____, 2025.

                                    _____
                                    **THE HONORABLE SUSIE MORGAN**
                                    **UNITED STATES DISTRICT JUDGE**