# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** <br> Plaintiff <br><br> **VERSUS** <br><br> **WASTE CONNECTIONS BAYOU, INC., ET AL.,** <br> Defendants <br><br> *Applies to: All Cases* | **CIVIL ACTION** <br><br> **NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312** <br><br><br> **SECTION: "E" (5)** <br><br><br><br> **JUDGE: Morgan** <br> **MAGISTRATE JUDGE: North** |

## ORDER

Considering the foregoing *Ex Parte* Motion for Second Extension of Reply Brief Deadline filed by Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.,

**IT IS ORDERED** that the Motion is **GRANTED**. Any reply brief(s) in support of the motion to exclude witnesses Brad Madden and Ryan Aldridge (ECF Doc. #509) may be filed on or before **January 28, 2025.**

New Orleans, Louisiana, this 24th day of January, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**