UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff<br><br>VERSUS<br><br>WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>    Defendants | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

### *EX PARTE* MOTION TO WITHDRAW THE "MOTION TO EXCLUDE UNTIMELY DISCLOSED WITNESSES"

Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp. respectfully submit this motion and withdraw their Motion to Exclude Untimely Disclosed Witnesses ("Motion to Exclude") (R. Doc. 509).

On their December 6, 2024 witness list, Plaintiffs disclosed for the first time that they planned to call one of two settlement and claims administrators employed by EisnerAmper at the February 3 and 4, 2025 class certification hearing. The Court directed the parties to meet and confer to determine whether they could resolve the motion amicably. R. Doc. 515.

On January 20, 2025, after the parties met and conferred on the Motion to Exclude, Plaintiffs provided Defendants an affidavit from Bradley Madden of EisnerAmper. Plaintiffs further confirmed on January 27, 2025, that if Defendants agreed not to object to the admission of Mr. Madden's affidavit, they would not offer live testimony from Mr. Madden or any other EisnerAmper representative during the February 2025 class certification hearing.

Based on Plaintiffs' representation and Defendants' agreement not to object to the admission of Mr. Madden's affidavit, Defendants now seek to withdraw their Motion to Exclude.[1]

WHEREFORE, Defendants respectfully request that the Court grant the *Ex Parte* Motion to Withdraw the "Motion to Exclude Untimely Disclosed Witnesses."

Respectfully submitted,

LISKOW & LEWIS, APLC

By: /s/ Michael C. Mims

Michael C. Mims (#33991)
Michael Cash (#31655)
Cherrell Simms Taplin (#28227)
Kelly B. Becker (#27375)
Kathryn Z. Gonski (#33442)
Brady M. Hadden (#37708)
Alec Andrade (#38659)
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone:  (504) 581-7979
Telefax: (504) 556-4108

BEVERIDGE & DIAMOND, P.C.

Megan R. Brillault (*pro hac vice*)
Michael G. Murphy (*pro hac vice*)
John H. Paul (*pro hac vice*)
Katelyn E. Ciolino (*pro hac vice*)
Katrina M. Krebs (*pro hac vice*)
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 702-5400

---

[1] Defendants reserve the right to object to the admission of documents relied on by Mr. Madden and included on Plaintiffs' December 6, 2024 Exhibit List. Defendants requested on multiple occasions that Plaintiffs provide Defendants the specific data sets that Mr. Madden referenced in his affidavit, which were not specified but taken from websites included on the Exhibit List (including maps and underlying data sets from the Jefferson Parish GIS Department, residential owner and address information from the Jefferson Parish Assessor's office, and a data set from Regrid). Plaintiffs have not provided those documents to Defendants.

>James B. Slaughter (*pro hac vice*)
>1900 N Street, NW, Suite 100
>Washington, DC 20036
>(202) 789-6000
>
>Michael F. Vitris (*pro hac vice*)
>400 W. 15th Street, Suite 1410
>Austin, TX 78701
>(512) 391-8035
>
>*Counsel for Defendants Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., and Waste Connections US, Inc.*
>
>GIEGER, LABORDE & LAPEROUSE, L.L.C.
>
>By:   /s/ J. Michael DiGiglia
>      Ernest P. Gieger, Jr. (6154)
>      John E. W. Baay (22928)
>      J. Michael DiGiglia (24378)
>      Nicholas S. Bergeron (37585)
>      Gieger, Laborde & Laperouse, L.L.C.
>      Hancock Whitney Center
>      701 Poydras Street, Suite 4800
>      New Orleans, Louisiana 70139
>      Telephone: (504) 561-0400
>      Facsimile: (504) 561-1011
>
>      *Attorneys for Defendant Aptim Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 28, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

        /s/ *Michael C. Mims*
        Michael C. Mims