**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**          **Plaintiff** | **CIVIL ACTION** |
| | **NO. 18-7889** |
| | **c/w 18-8071,** |
| **VERSUS** | **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**          **Defendants** | **SECTION: "E" (5)** |
| | **JUDGE: Morgan** |
| | **MAGISTRATE JUDGE: North** |

## <u>ORDER</u>

Considering the foregoing *Ex Parte* Motion to Withdraw the "Motion to Exclude Untimely

Disclosed Witnesses" filed by Defendants Louisiana Regional Landfill Company, Waste

Connections Bayou, Inc., Waste Connections US, Inc., and Aptim Corp.,

**IT IS ORDERED** that the motion is **GRANTED;** the Motion to Exclude Untimely

Disclosed Witnesses (ECF Doc. 509) is deemed to be withdrawn and is further **DENIED AS**

**MOOT.**

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**