# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, et al ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 18-7889 |
| WASTE CONNECTIONS BAYOU, INC., et al ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: RICK BULLER, Through Attorney of Record, David P. Salley
365 Canal Street, One Canal Place Suite 1710, New Orleans, LA 70130

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. District Court for the Eastern District of Louisiana<br>500 Poydras Street, New Orleans, LA 70130 | Courtroom No.: Judge Susie Morgan, Sec. E (5) |
|---|---|
| | Date and Time: 02/04/2025 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/10/2025

*CLERK OF COURT*

OR

_____      /s/ Bruce C. Betzer
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Plaintiffs___
_____, who issues or requests this subpoena, are:
Bruce C. Betzer, The Law Office of Bruce Betzer, 3129 Bore Street, Metairie, LA 70001;
bruce@brucebetzer.com; 504-832-9942

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00445

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Rick Bueller, Atty Dawl P. Salley, Atty. 365 Canal St Suite 1710 NOLA
on *(date)* 1/10/25.

☒ I served the subpoena by delivering a copy to the named person as follows: Elizabeth Shuler, admin asst. to Dawl P. Salley
on *(date)* 1/16/25 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 40.70 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/17/25

_____
*Server's signature*

Keith LoBrono, LPI
*Printed name and title*

P.O. Box 740567 NOLA
*Server's address*

Additional information regarding attempted service, etc.: