MINUTE ENTRY
MORGAN, J.
FEBRUARY 3, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

*Applies to: ALL CASES*

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, FEBRUARY 3, 2025 (9:41 a.m. – 1:46 p.m.)**

COURTROOM DEPUTY:   Brad Newell
COURT REPORTER:     Cathy Pepper

APPEARANCES:        Bruce Betzer, Lawrence J. Centola, III, Kacie F. Gray, Douglas S. Hammel, Jason Z. Landry and John D. Sileo for the Ictech-Bendeck Plaintiffs

Megan R. Brillault, Katrina M. Krebs, Michael C. Mims, John H. Paul, and Cherrell S. Taplin for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

John E. Baay, II, for Defendant Aptim Corp.

**CLASS CERTIFICATION HEARING**

Parties present and ready to proceed with hearing.

Plaintiffs' Exhibit Nos. 1-20 (previously filed on the record at R. Doc. 438-1 – 438-20) and Exhibit Nos. 21-28 (previously filed on the record at R. Doc. 450-1 – 450-8) were admitted into evidence by the Court. Defendants' Exhibit Nos. 1-52 (previously filed on the record at R. Doc. 447-1 – 447-52) were admitted into evidence by the Court.

The Court **OVERRULED** Defendants' objections to Hearing Exhibit No. 1 and Plaintiffs' objections to Hearing Exhibit Nos. 13-19, and the exhibits were admitted into evidence as noted on the record.

Hearing Exhibits Nos. 2-12 and 20 were admitted into evidence by the Court with no objections from Plaintiffs' counsel.

The Court **DENIED** the Defendant's request to admit Deposition Testimony of Douglas Brown into evidence. The deposition testimony of Douglas Brown was admitted as Proffered Exhibit #1.

>Witnesses called by the plaintiff and placed under oath:
>Gerald Herbert;
>Kayla Anne Steele;
>Ann Williams;
>Ophelia Walker;
>Elias Jorge Ictech-Bendeck;

Court recessed at 11:41 a.m. and resumed at 12:52 p.m.

>Witnesses called by the plaintiff and placed under oath:
>Phil Adams;
>Mona Bernard;
>Robyn Cossman;
>Nicole Landry-Boudreaux;

Court recessed at 1:46 p.m. until February 4, 2025, at 9:00 a.m.

Plaintiff's counsel were charged 194 minutes from their imposed time limit for not having any further witnesses available to testify after 1:46 p.m.

JS-10:  02:54