MINUTE ENTRY
MORGAN, J.
FEBRUARY 4, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

*Applies to: ALL CASES*

### JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, FEBRUARY 4, 2025 (9:04 a.m. – 11:58 p.m.)**

COURTROOM DEPUTY:    Brad Newell
COURT REPORTER:      Cathy Pepper

APPEARANCES:         Bruce Betzer, Lawrence J. Centola, III, Kacie F. Gray, Douglas S. Hammel, Jason Z. Landry and John D. Sileo for the Ictech-Bendeck Plaintiffs

Megan R. Brillault, Katrina M. Krebs, Michael C. Mims, John H. Paul, and Cherrell S. Taplin for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

John E. Baay, II, for Defendant Aptim Corp.

**CLASS CERTIFICATION HEARING**

Continued from February 3, 2025.

    Witnesses called by the plaintiff and placed under oath:
    Dr. Chuck Carr Brown;
    Rick Buller;

    Witnesses called by the defendant and placed under oath:
    Paul Burke;

      Jarrod Muller;
      Michael Mullin;

Closing arguments by counsel.

The matter is taken under submission.

In connection with Dr. Chuck Carr Brown's testimony, the following exhibit was offered and admitted into evidence: Hearing Exhibit No. 21.

In connection with Rick Buller's testimony, the following exhibit was offered and admitted into evidence: Hearing Exhibit No. 22.

JS-10:  02:54