UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE" ICTECH-BENDECK                    CIVIL ACTION

VERSUS                                                NO. 18-7889
                                                           c/w 18-8071,
                                                           18-8218, 18-9312

WASTE CONNECTIONS BAYOU, INC., ET AL.

*Applies to: ALL CASES*

## HEARING TIME SHEET

## TUESDAY, FEBRUARY 4, 2025

|  | TIME USED: | TIME REMAINING: |
|---|---|---|
| Elias Jorge Ictech-Bendeck, et al. | 37 | 85 |
| Waste Connections Bayou, Inc., et al. | 118 | 142 |

_____
Counsel for Elias Jorge Ictech-Bendeck, et al.

_____
Counsel for Waste Connections Bayou, Inc., et al.