# EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | Settlement-Agreement-JP-Landfill.pdf |
| Capture URL: | https://www.jplandfillclass.com/wp-content/uploads/2025/02/Settlement-Agreement-JP-Landfill.pdf |
| Page loaded at (UTC): | Wed, 05 Mar 2025 21:36:34 GMT |
| Capture timestamp (UTC): | Wed, 05 Mar 2025 21:36:36 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 2 |
| Capture ID: | udAJRgGZbUEqKcQjAWL18H |
| Display Name: | sfischer |

PDF REFERENCE #:     s9NoTt7EuFEJH75Q6JDYxo

Case 2:18-cv-07889-SM-MBN   Document 474-1   Filed 09/19/24   Page 1 of 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff | CIVIL ACTION<br>NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., Defendants | SECTION: "E" (5)<br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| Applies to: All Cases | |

## SETTLEMENT AGREEMENT

This Settlement Agreement, dated September 15, 2024, ("Agreement"), sets forth the terms and conditions agreed upon by the Parties for the settlement of this matter. This Agreement is intended by the Parties to fully, finally, and forever settle and release the Claims, subject to the terms and conditions herein. The Parties recognize additional documents will be required in order to implement the Agreement. The Parties agree to work in good faith to present to the Court all documents needed to implement the Agreement and agree that, in the absence of agreement by the Parties with respect to such documents, the Court shall resolve disputes between the Parties consistent with the terms of this Agreement.

### ARTICLE I
### RECITALS

1.1. WHEREAS, there was an alleged release of hydrogen sulfide and other sulfur compounds from the Jefferson Parish Landfill in the time period of July 1, 2017 through December 31, 2019.

1.2. WHEREAS, Class Counsel has concluded that it is in the best interests of the Class Members to compromise, settle and release the Claims asserted, or that could have been asserted, against the Parish of Jefferson in consideration of the terms and benefits of the Agreement. After arm's length negotiations, Class Counsel have considered, among other things: (1) the complexity, expense, and likely duration of the litigation; (2) the stage of the litigation and amount of discovery and testimony completed; (3) the potential for prevailing on the merits; (4) the range of possible recovery and certainty of damages; and (5) the existing rulings of the Court; and have determined the Agreement is fair, reasonable, adequate, and in the best interests of the Class Members.

1.3. WHEREAS, the Parish of Jefferson has concluded that it is in its interests to compromise and settle the Claims asserted, or that could have been asserted, against them, in consideration of the terms and benefits of the Agreement. After arm's length negotiations, the Parish of Jefferson and counsel have considered, among other things: (1) the complexity, expense, and likely duration of the litigation; (2) the stage of the litigation and amount of discovery and testimony completed; (3) the burdens of litigation; (4) the

**EXHIBIT 1**

---

Case 2:18-cv-07889-SM-MBN   Document 474-1   Filed 09/19/24   Page 2 of 19

potential for prevailing on the merits; and (5) the range of possible recovery and certainty of damages; and have determined the Agreement is fair, reasonable, adequate and in their best interests to resolve any alleged fault, liability and/or responsibility attributable to the Parish of Jefferson.

1.4. WHEREAS, this Agreement sets forth the terms and conditions agreed upon to settle and resolve all Claims of the Class Members that have been or could have been made against the Released Parties arising out of or related to the Release Occurrence (as defined below in Article II, Section 2.19), which shall be resolved and dismissed with prejudice in accordance with the terms of this Agreement.

THEREFORE, the Parties agree as follows:

### ARTICLE II
### DEFINITIONS

For purposes of this Agreement, terms with initial capital letters have the meanings set forth