# EXHIBIT 2

Document title:            Figure 56 - png file lines

Capture URL:               https://www.jplandfillclass.com/wp-content/uploads/2025/02/Exhibit-16-revised-
                           Figure-56.pdf

Page loaded at (UTC):      Wed, 05 Mar 2025 21:34:11 GMT

Capture timestamp (UTC):   Wed, 05 Mar 2025 21:41:23 GMT

Capture tool:              10.55.0

Collection server IP:      54.145.42.72

Browser engine:            Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko)
                           Chrome/126.0.6478.234 Safari/537.36

Operating system:          Linux (Node 20.17.0)

PDF length:                2

Capture ID:                o9hc1UCVehYP6KrEzFdAyb

Display Name:              sfischer

PDF REFERENCE #:        mPNPuPRqTTuikN5xsnSQBE







Document title: Figure 56 - png file lines
Capture URL: https://www.jplandfillclass.com/wp-content/uploads/2025/02/Exhibit-16-revised-Figure-56.pdf
Capture timestamp (UTC): Wed, 05 Mar 2025 21:41:23 GMT