UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, March 14, 2025, at 2:30 p.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 11th day of March, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**