MINUTE ENTRY
MORGAN, J.
March 14, 2025

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w**<br>        **18-8071, 18-8218,**<br>        **18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on March 14, 2025, at 2:30 p.m., in the chambers of Judge Susie Morgan.

　　Present:　　Douglas Hammel, Seth Schaumburg, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

　　　　　　　　Kacie Gray, counsel for Plaintiff, Savannah Thompson;

　　　　　　　　Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

　　　　　　　　Michael Mims, John Paul, Katrina Krebs, and Megan Brillault, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

　　　　　　　　John Baay, counsel for Defendant, Aptim Corp.; and

1

Michael Futrell and Matthew Moghis, counsel for Defendant, Parish of Jefferson.

The Court and the parties discussed the Fairness Hearing on **March 26, 2025**. The Court clarified that the hearing is **SET** for **2:00 p.m.** on that date.

The Waste Connections Defendants filed objections to the proposed settlement between Plaintiffs and Jefferson Parish.[1] Plaintiffs represented that they have corrected the website to include the October 31, 2024 settlement agreement and the correct map of the settlement class area. The Waste Connections Defendants preserved their objection to the Court's approval of the proposed settlement between Plaintiffs and Jefferson Parish and the finding that there was no prohibition on the assignment of rights clause.[2]

The parties discussed the presentation to be made at the fairness hearing.

**New Orleans, Louisiana, this 14th day of March, 2025.**

                                          **SUSIE MORGAN**
                            **UNITED STATES DISTRICT JUDGE**

JS10 (0:17)

---

[1] R. Doc. 533.
[2] *See* R. Doc. 508.

2