UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE"<br>ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS<br>OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF CLASS COUNSEL
### IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, John D. Sileo and, based on his individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in the resume attached hereto as **Exhibit 1**. Class Counsel and his firm, Law Office of John D. Sileo, LLC, are experienced specifically in class action litigation and in environmental litigation. Class Counsel and his firm have been responsible for significant settlements, as well as legal decisions, that enable litigation such as this to be successfully prosecuted.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

4. Class Counsel spent thousands of hours litigating the claims of the class

1

Exhibit 7

representatives and the putative class members, including:

a.) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to estimate the Jefferson Parish Landfill's odor emissions and map the odor emissions to identify the impacted area from July 2017 to December 2019;
b.) Preparing for and litigating the trial on General Causation;
c.) Investigate the possible causes of the Jefferson Parish Landfill odor issues and the Defendants' respective liability for same, including legal research on causes of action and defenses thereto;
d.) Litigating class certification issues, including motion practice and discovery;
e.) Preparing for and defending the depositions of class representatives;
f.) Preparing for and deposing experts hired by the defendants;
g.) Numerous meetings with individual clients to discuss the case and to discuss their testimony;
h.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

SWORN TO AND SUBSCRIBED
before me, Notary, on this 19th day of
March, 2025 at New Orleans, Louisiana.

_____
Notary Public

Casey William Moll
Louisiana Bar # 35925
Lifetime Commission

By: _____
JOHN D. SILEO
Law Office of John D. Sileo, LLC
3816 Bienville Street
New Orleans, La 70119

## John D. "Jack" Sileo

Law Offices of John D. Sileo, LLC
3816 Bienville Street, New Orleans, LA 70119, (504) 486-4343, jack@johnsileolaw.com
Residence:
45 Central Square Unit CP
Santa Rosa Beach, Florida 32459

Married to Amy Reimer Sileo

Children: John (spouse - Katelyn), Caroline (spouse - Trevor), Christian (spouse - Kate), Rachel and Sarah

Grandchildren: John David and Eloise Susan

### EDUCATION

University of Scranton, Scranton, PA
**Bachelor of Science – American History and Political Science   1983**

Loyola University, New Orleans, LA
**Juris Doctorate   1986**

### PROFESSIONAL WORK HISTORY

Law Offices of Richard E. Britson
**Associate Counsel 1986 – 1989**

Blue, Williams & Buckley
**Associate   1983 – 1993**

Bernard, Cassia & Elliot
**Associate   1993 – 1994**

LeBlanc, Miranda & deLaup
**Partner   1994 – 1995**

Berger and Forstall, Law Offices of Allan Berger & Associates
**Managing Counsel   1995 – 2007**

Law Offices of John D. Sileo
**Founder and Managing Partner 2007 – present**

### ORGANIZATIONS

Louisiana Association of Trial Counsel
American Bar Association
Louisiana State Bar Association

**CLASS ACTIONS MASS TORT CASES**

A. Defense Counsel for Allstate – 1986-1993 - *Defense of several Class Action Cases Including, In Re: Hail Storm*
B. In Re: Diet Drugs (Phentermine | Fenflaurmine | Dexfenfluramine) Products Liability Litigation (MDL No. 1203)
C. In Re: Rezulin Products Liability Litigation (MDL No. 1348)
D. Class Plaintiff's Counsel – Louisiana Breast Implant
E. St. Ferdinand Chemical Spill – *Plaintiff Committee*
F. In Re: Fosamax Products Liability Litigation (MDL No. 1789). - *Plaintiff Committee/Discovery Sub-Committee Co-Chair*
G. In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices and Products Liability Litigation (MDL No. 2738) - *Plaintiff Committee*
H. In Re: Valsartan, Losartan and Irbesartan Products Liability Litigation (MDL No. 2875) - *Plaintiff Committee*
I. In Re: Roundup Products Liability Litigation (MDL No. 2741) - *Plaintiff Committee*
J. In Re: Allergan Biocell Textured Breast Implant Products Liability Litigation (MDL No. 2921)- *Plaintiff Committee*
K. In Re: Zantac (Ranitidine) Products Liability Litigation (MDL No. 2924)- *Plaintiff Committee*
L. In Re: Philips Recalled CPAP, Bi-Level PAP, and Mechanical Ventilator Products Liability Litigation (MDL No. 3014) - *Plaintiff Committee*
M. In Re: Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation (MDL No. 2782) - *Plaintiff Committee*
N. In Re: Davol, Inc./C.R. Bard, Inc, Polypropylene Hernia Mesh Products Liability Litigation (MDL No. 2846) - *Plaintiff Committee*
O. In Re: Paraquat Products Liability Litigation (MDL No. 3004) - *Plaintiff Committee*
P. In Re: Proton-Pump Inhibitor Products Liability Litigation (No. II) (MDL No. 2789) - *Plaintiff Committee*
Q. In Re: Abilify (Aripiprazole) Products Liability Litigation (MDL No. 2734) - *Plaintiff Committee*
R. In Re: Ethicon Inc., Pelvic Repair Systems Products Liability Litigation - *Plaintiff Committee*
S. In Re: Covidien Hernia Mesh Products Liability Litigation (No. II) (MDL No. 3029) - *Plaintiff Committee*
T. In Re: Cook Medical, Inc. IVC Filters Marketing, Sales Practices and Product Liability Litigation (MDL No. 2570) - *Plaintiff Committee*
U. In Re: Dupuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation (MDL No. 2244) - *Plaintiff Committee*
V. In Re: Depuy Orhopaedics, Inc. ASR Hip Implant Products Liability Litigation (MDL No. 2197) - *Plaintiff Committee*
W. In Re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation (MDL No. 2441) - *Plaintiff Committee*
X. In Re: Vioxx Products Liability Litigation (MDL No. 1657)
Y. In Re: Bextra and Celebrex Marketing Sales Practices (MDL No. 1699)
Z. In Re: Kugel Mesh Hernia Repair Patch Litigation MDL No. 1842)
AA. Gold Peak Tea – *Head Class Counsel*

2

3

**EXPERTISE**

Qualified as expert as Class Counsel in two cases in South Florida involving ethical obligations owed to client.

3