UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., **Defendants** | SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

STATE OF LOUISIANA

PARISH OF JEFFERSON

## AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified within and for the Parish and State aforesaid, personally came and appeared:

**NICOLE LANDRY-BOUDREAUX**

a resident of full age of majority of the Parish of Jefferson and State of Louisiana, who after being first duly sworn did depose and say that:

1. I own the property located at 25 Primrose Lane, Westwego, LA 70094, in Jefferson Parish. I have lived at this property since September, 2007.

2. Beginning in January, 2017 up through the end of December 2019, I frequently experienced a distinct noxious odor at my home.

3. I testified at the Class Certification hearing on February 3, 2025.

4. In the instant proposed settlement, I seek to represent the "Class" as defined in Section 2.7 of the Settlement Agreement.

Exhibit 10

5.    I am an adequate class representative for the settlement class as defined in the Settlement Agreement because I meet the requirements of the class definition and I am a settlement class member. I am aware of and understand the claims made in the Litigation and with respect to this settlement agreement, and I support a resolution of the claims against the Parish of Jefferson being settled as outlined in the Settlement Agreement.

6.    As a class representative, I have participated in the Litigation and have been kept apprised of the case developments, the proposed settlement with the Parish of Jefferson and settlement negotiations. I have not been promised anything by my attorneys or anyone else with respect to this settlement, other than the settlement benefits provided for under the Settlement Agreement should it be finally approved by the Court. While I have been made aware of the potential to receive an incentive award for my participation and efforts as a class representative, no promises about such an incentive award have been made by my attorneys and I understand any such award is subject to the discretion and approval of the Court.

7.    As a class representative, I have reviewed the Settlement Agreement, and I have discussed the terms and provisions thereof with my counsel. I believe the proposed settlement with the Parish of Jefferson to be fair, adequate, and reasonable for the class as a whole, and therefore, I request that Court to preliminarily and finally approve the Settlement Agreement as it is in the best interest of the settlement class members.

　　　　Further, Affiant sayeth not.

WITNESSES:

_____        _____
Collin Betzer                                                        NICOLE LANDRY-BOUDREAUX

_____
Tam Trigedu

**SWORN TO AND SUBSCRIBED BEFORE ME,**

this ____15th____ day of March, 2025.

_____
NOTARY PUBLIC

DOUGLAS HAMMEL
Notary Public ID # 91412
Parish of Orleans
Statewide Jurisdiction
My commission is for life.