UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF JEFFERSON

### AFFIDAVIT OF MICHAEL S. FUTRELL IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, Michael S. Futrell, and, based on his individual and personal knowledge, states as follows:

1. I am a member in good standing with the Bar of the State of Louisiana. At all pertinent times in the above-captioned matter I, along with my law firm Connick and Connick, L.L.C., have served as counsel for the Parish of Jefferson and aggressively defended my client.

2. The settlement between the Class and the Parish of Jefferson in the above-captioned matter, along with its terms and conditions, was aggressively negotiated at arm's length and is the product of serious and informed, good-faith negotiations between the parties. Negotiations were conducted over an extended period of time, ultimately resulting in resolution. The settlement with the Parish of Jefferson confers a substantial benefit to the Class, is in the best interests of the Parish of Jefferson, and reflects an informed assessment of liability and damages, which were vigorously contested.

3. As counsel for the Parish of Jefferson, and having considered the complexity, expense, and likely duration of the litigation, the state of the litigation and the amount of discovery and testimony completed, the burdens of litigation, the potential for prevailing on the merits, and the range of possible recovery, I respectfully submit that the settlement between the Class and the Parish of Jefferson, along with the terms and conditions of the Final

1

Exhibit 17

Settlement Agreement, is fair, reasonable and adequate and should be approved.

Further, Affiant sayeth not.

SWORN TO AND SUBSCRIBED
before me, Notary, on this 16th day of
March, 2025 at Metairie, Louisiana.

Matthew D. Moghis
Notary No. P102227
Bar No. 33994
State of Louisiana
My Commission is for Life

By: _____
MICHAEL S. FUTRELL
CONNICK AND CONNICK, L.L.C.
3421 North Causeway Boulevard,
Suite 408
Metairie, LA 70002

2