UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ICTECH JORGE "GEORGE" ICTECH-BENDECK,<br>　　　　　　　Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL<br>　　　　　　　Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion for Final Certification of Settlement Class filed by Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, and Larry Bernard, Sr., Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker, individually and on behalf of similarly situated individuals as proper parties-in-interest has been assigned for submission on **March 26, 2025** at **2:00 p.m.**, before Honorable Susan Morgan in accordance with Local Rule 7.2 of the United States District Court for the Eastern District of Louisiana.

Respectfully Submitted:

*Lawrence J. Centola, III*
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

/s/ Seth H. Schaumburg
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Lawrence J. Centola, III*
CLASS COUNSEL, ON BEHALF OF THE CLASS