UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF CLASS COUNSEL
### IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, Lawrence J. Centola, III, and, based on his individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in the resume attached hereto as **Exhibit 1**. Class Counsel and his firm, Martzell, Bickford & Centola, APC, are experienced specifically in class action litigation and in environmental litigation. Class Counsel and his firm have been responsible for significant settlements, as well as legal decisions, that enable litigation such as this to be successfully prosecuted.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

4. Class Counsel and his firm spent thousands of hours litigating the claims of the

1

Exhibit 2

class representatives and the putative class members, including:

a.) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to estimate the Jefferson Parish Landfill's odor emissions and map the odor emissions to identify the impacted area from July 2017 to December 2019;
b.) Preparing for the expert-laden trial on General Causation;
c.) Extensive legal research and writing and motion practice;
d.) Investigating the possible causes of the Jefferson Parish Landfill odor issues and the Defendants' respective liability for same, including legal research on causes of action and defenses thereto;
e.) Investigating, cross-examining, and challenging Defense experts' opinions, including other sources of odor issues and the Defendants' respective liability for same, including causes of action and defenses thereto;
f.) Litigating class certification issues, including motion practice and discovery;
g.) Preparing for and defending the depositions of class representatives;
h.) Preparing for and deposing experts hired by the defendants;
i.) Preparing for and defending Plaintiffs' experts at deposition and trial;
j.) Preparing for and deposing Defendants' lay witnesses;
k.) Numerous meetings with Class Counsel and individual clients to discuss the case and to discuss their testimony;
l.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

SWORN TO AND SUBSCRIBED before me, Notary, on this 20th day of March, 2025 at New Orleans, Louisiana.

_____
Notary Public

JASON Z. LANDRY
LSBA # 33932
NOTARY PUBLIC
MY COMMISSION IS ISSUED FOR LIFE

By: _____
LAWRENCE J. CENTOLA, III
MARTZELL, BICKFORD, & CENTOLA
338 Lafayette Street
New Orleans, LA 70130

Lawrence J. Centola, III

|  |  |
|---|---|
| Employment: | Martzell, Bickford, & Centola |
| Education: | LSU Paul M. Hebert Law Center   J.D. – May 2001<br>Louisiana State University   B.A. - Political Science - 1998<br>- Student Body President – 1997-98 |
| Professional: | Louisiana Bar Examiner – Torts – 2017 to 2021<br>Louisiana Center for Law and Civic Education<br>- President – 2017 to 2018<br>Louisiana State Bar Association – Young Lawyers Section<br>- Chair 2012-13<br>Louisiana State Bar Association –<br>- Treasurer 2022-24<br>- Public Information Committee 2008-present<br>- Lawyers in Transition Committee 2008-present<br>New Orleans Bar Association<br>- Young Lawyers Section - Board of Directors 2002-2008<br>   Chair, Law Day Committee, 2002-2005<br>   Chair, Approach the Bench Committee, 2005-2006<br>New Orleans Chapter of the Federal Bar Association<br>- Young Lawyers Division Chair – 2010-2011<br>- Board of Directors – 2010 to present<br>- Treasurer 2022-24<br>John C. Boutall Inns of Court<br>- Executive Committee 2007 - 2012<br>Louisiana Association of Justice<br>- Member, 2007 – present<br>- Chair, 2014-15, 2022-23 Section on Toxic Torts<br>American Association for Justice<br>- Public Affairs Committee, 2014 - present |
| Speeches: | 2011- Bridging the Gap Seminar – To be or not to be a lawyer.<br>2012 - LSBA Professional Development Seminar – Law Office Practice<br>2013 - LSBA Professional Development Seminar – Law Office Practice<br>2013 - Central Louisiana Bar Association – Louisiana Class Action Update Post Wal-Mart<br>2013 - Louisiana Association of Justice - Louisiana Class Action Update Post Wal-Mart<br>2013 - New Orleans Federal Bar Association – Ethics – Managing Stressed Clients<br>2014 - LSBA Insurance Committee – Professionalism in the Civil Litigation Context<br>2015 - LSBA Professional Development Seminar – Ethics Do's and Don'ts<br>2016 - LSBA Trial Practice Series – Closing Arguments<br>2016 - Louisiana Association of Justice - Louisiana Class Action Update<br>2017 – LSBA Summer School – Anatomy of a Trial<br>2022 - Louisiana Association of Justice - Louisiana Class Action Update |


EXHIBIT 1

Awards:

    2013 – Louisiana Association for Justice President's Award for significant class action litigation
    2008 - American Inns of Court - Sandra Day O'Connor Award for Professional Service
    2007 – Louisiana State Bar Association YLS – Chair's Award

Significant Litigation:

    Class Counsel - *Tinson v. Bass Enterprises Production Co.*, 05-4512, Eastern District of Louisiana –oil spill class action. $1.375 million settlement.

    Class Counsel - *Blanchard v. Sundown Energy,* 05-4198, Eastern District of Louisiana – oil spill class action. $2 million settlement.

    Class Counsel - *Desselle v. Acadian Ambulance Service, Inc.,* 2012 WL 280670, 12th JDC Health Care Consumer Billing and Disclosure Protection Act class action. $5.9 million settlement.

    MDL 2047, *In re: Chinese Drywall* - member of the following committees as assigned by the Plaintiffs' Steering Committee: written discovery, deposition discovery, Experts Science (PI), Inspections.

    Class Counsel - *Vallare v. Ville Platte Medical*, 151 So.3d 984, 13th JDC 72711-A, Health Care Consumer Billing and Disclosure Protection Act class action.

    Class Counsel - *Baker v. Minden Medical Center*, 26th JDC 71,566, Health Care Consumer Billing and Disclosure Protection Act class action.

    PSC member/Class counsel - Bayou Corne Sinkhole Litigation, *Leblanc v. Texas Brine*, 12-2059, Eastern District of Louisiana, salt dome collapse complex litigation. $48 million settlement.

    Class counsel – *Ancar v. Sun Drilling*, 25th JDC 59,599, Class action for release of diethylbenzene.

    Class Counsel - *Hubbard v. Natchitoches Regional Medical Center*, 10th JDC 85,852, Health Care Consumer Billing and Disclosure Protection Act class action

    MDL 2740  - *In re: Taxotere*, PSC member

    Class Counsel  - *Ulrich v. Louisiana Department of Revenue*, 19th JDC 651,300, Class action for unconstitutional taking of tax credits.

    Class Counsel – *Rowell et al v. Shell Chemical*, 14-2392, Eastern District of Louisiana – Sulphur gas class action. $2 million settlement.

    Class Counsel – *Riley et al v. Olin Corporation et al*, 18th JDC, 76483 –Chlorine gas release class action.