UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF CLASS COUNSEL IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, Jason Z. Landry, and, based on his individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in the resume attached hereto as **Exhibit 1**. Class Counsel and his firm, Martzell, Bickford & Centola, APC, are experienced specifically in class action litigation and in environmental litigation. Class Counsel and his firm have been responsible for significant settlements, as well as legal decisions, that enable litigation such as this to be successfully prosecuted.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

4. Class Counsel and his firm spent thousands of hours litigating the claims of the

1

Exhibit 3

class representatives and the putative class members, including:

a.) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to estimate the Jefferson Parish Landfill's odor emissions and map the odor emissions to identify the impacted area from July 2017 to December 2019;
b.) Preparing for and litigating the expert-laden trial on General Causation;
c.) Extensive legal research and writing and motion practice;
d.) Investigating the possible causes of the Jefferson Parish Landfill odor issues and the Defendants' respective liability for same, including legal research on causes of action and defenses thereto;
e.) Investigating, cross-examining, and challenging Defense experts' opinions, including other sources of odor issues and the Defendants' respective liability for same, including causes of action and defenses thereto;
f.) Litigating class certification issues, including motion practice and discovery;
g.) Preparing for and defending the depositions of class representatives;
h.) Preparing for and deposing experts hired by the defendants;
i.) Preparing for and defending Plaintiffs' experts at deposition and trial;
j.) Preparing for and deposing Defendants' lay witnesses;
k.) Numerous meetings with Class Counsel and individual clients to discuss the case and to discuss their testimony;
l.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

SWORN TO AND SUBSCRIBED
before me, Notary, on this _20_ day of
March, 2025 at New Orleans, Louisiana.

_____
Notary Public

Bar # 67402

LAWRENCE J. CENTOLA
NOTARY PUBLIC
State of Louisiana
My Commission is issued for Life.

By: _____
JASON Z. LANDRY
MARTZELL, BICKFORD, & CENTOLA
338 Lafayette Street
New Orleans, LA 70130

2

# Jason Z. Landry

338 Lafayette St.  504-581-9065
New Orleans, LA 70130  jzl@mbfirm.com

**EMPLOYMENT**
Martzell, Bickford, & Centola
- August 2011 – present

**EDUCATION**
LSU Paul M. Hebert Law Center
- J.D. – May 2011
- Order of the Coif

Louisiana State University
- B.A. - History - 2006

**PROFESSIONAL**
Louisiana State Bar Association
Federal Bar Association (New Orleans Chapter)
New Orleans Bar Association
- Member, 2013-present

American Association for Justice
- Member, 2012 - present

Louisiana Association of Justice
- Member, 2012-present

Academy of New Orleans Trial Lawyers
- Member, 2012 – present
- President, 2015 – 2017

**SIGNIFICANT LITIGATION**

Class Counsel - *Torregano, et al vs. Sader Power, LLC, et al*, Eastern District of Louisiana No. 2:14-cv-00293, Class action for deceptive solar panel sales practices.

Class Counsel - *Ulrich v. Louisiana Department of Revenue*, 19th JDC 651,300, Class action for unconstitutional taking of tax credits.

Associate to Class Counsel – *Rowell et al v. Shell Chemical*, 14-2392, Eastern District of Louisiana – Sulphur gas class action. $2 million settlement.

Associate to Class Counsel - *Desselle v. Acadian Ambulance Service, Inc.*, 2012 WL 280670, 12th JDC Health Care Consumer Billing and Disclosure Protection Act class action. $5.9 million settlement.

Associate to Class Counsel - *Vallare v. Ville Platte Medical*, 151 So.3d 984, 13th JDC 72711-A, Health Care Consumer Billing and Disclosure Protection Act class action.

Associate to Class Counsel - *Baker v. Minden Medical Center*, 26th JDC 71,566, Health Care Consumer Billing and Disclosure Protection Act class action.

Associate to Class Counsel - *Hubbard v. Natchitoches Regional Medical Center*, 10th JDC 85,852, Health Care Consumer Billing and Disclosure Protection Act class action

**EXHIBIT 1**