UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, **Plaintiff** | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312 |
| VERSUS | |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., **Defendants** | SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |
| *Applies to: All Cases* | |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF CLASS COUNSEL IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, Douglas S. Hammel, and, based on his individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in **Rec Doc 438-20**. Class Counsel is an experienced litigator, and his firm has been responsible for significant pre-trial settlements, as well as significant post-trial judgments in multi-plaintiff cases.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of this affiant's serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

4. Class Counsel has personally spent thousands of hours litigating the claims of the class representatives and the putative class members, including:

1

Exhibit 4

a.) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review, hiring supporting experts and conducting the General Causation trial proving the JPLF was the source of odors that impacted the area from July 2017 to December 2019;

b.) Preparing for and litigating the expert laden trial on General Causation including air modeling to show where the odors travelled and in what concentration;

c.) Extensive legal research and writing;

d.) Investigate, cross-examine, and challenge Defense experts' opinions, including other sources of odor issues and the Defendants' respective liability for same, including causes of action and defenses thereto;

e.) Litigating class certification issues, including motion practice and discovery;

f.) Preparing for and defending the depositions of class representatives;

g.) Preparing for, deposing, and cross-examining Defense experts;

h.) Preparing for and defending Plaintiffs' experts at deposition and trial;

i.) Preparing for and deposing Defendants' lay witnesses;

j.) Numerous meetings with Class counsel and with individual clients to discuss the case and to their testimony;

k.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

SWORN TO AND SUBSCRIBED before me, Notary, on this 19 day of March, 2025 at New Orleans, Louisiana.

_____
Notary Public

By: _____
DOUGLAS S. HAMMEL
THE HAMMEL LAW FIRM
3129 Bore Street
Metairie, Louisiana 70001

BRUCE C. BETZER
Notary Public, State of Louisiana
My Commission is issued for life.
Notary Number: 63066