UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF JEFFERSON

### AFFIDAVIT OF CLASS COUNSEL IN SUPPORT OF SETTLEMENT APPROVAL

NOW COMES, Bruce C. Betzer, and, based on his individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in the resume attached hereto as Exhibit 1. Class Counsel and his firm are experienced in class action litigation and in environmental litigation. Class Counsel and his firm have been responsible for significant settlements, as well as legal decisions, that enable litigation such as this to be successfully prosecuted.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Upon thorough evaluation of all relevant factors and extensive analysis of potential litigation outcomes, Class Counsel respectfully submits that the settlement reached with the Parish of Jefferson, including all terms and conditions set forth in the Final Settlement Agreement, represents a resolution that is fair, reasonable, adequate, and in the best interests of the Class members. Based on Class Counsel's professional judgment and experience in similar matters, this settlement warrants the Court's approval.

Exhibit 5

4. Class Counsel and his firm have spent over a thousand hours litigating the claims of the class representatives and the putative class members, including:

a.) Finding and help assemble a team of experts necessary to conduct a rigorous onsite investigation of the landfill;

b) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to estimate the Jefferson Parish Landfill's odor emissions and map the odor emissions to identify the impacted area from July 2017 to December 2019;

c.) Preparing for and litigating the trial on General Causation;

d.) Investigate the possible causes of the Jefferson Parish Landfill odor issues and the Defendants' respective liability for same, including legal research on causes of action and defenses thereto;

e.) Litigating class certification issues, including motion practice and discovery;

f.) Preparing for and defending the depositions of class representatives;

g.) Preparing for and deposing fact witnesses and experts hired by the defendants;

h.) Numerous meetings with individual clients to discuss the case and to discuss their testimony;

i.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court;

j.) Handling the accounting for the Class Counsel group, ensuring proper allocation of resources, tracking of expenses, and maintaining financial records necessary for the prosecution of this case.

SWORN TO AND SUBSCRIBED
before me, Notary, on this __19__ day of
March, 2025 at Metairie, Louisiana.

By: _____
BRUCE C. BETZER
LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, Louisiana 70001

_____
Notary Public

DOUGLAS HAMMEL
Notary Public ID # 91412
Parish of Orleans
Statewide Jurisdiction
My commission is for life.

2



**Bruce C. Betzer, Jr.**
Attorney at Law

**CONTACT DETAILS**
3129 Bore Street
Metairie, LA 70001
Phone: (504) 832-9942
Fax: (504) 304-9964
bruce@brucebetzer.com
www.brucebetzer.com

**EDUCATION**

- **Juris Doctor**
  Loyola University
  New Orleans, Louisiana
  1997 - 2000

- **Bachelor of Arts History**
  Loyola University
  New Orleans, Louisiana
  May 1996
  GPA: 3.46; Major: 3.75

- **East Jefferson High School**
  Summa Cum Laude
  May 1991

**Honors and Activities**

- Dean's List-six semesters
  1993-1996

- Founder and President of
  Loyola College Democrats
  1992-1995

- Member of S.A.P.A.C.
  Student Affairs Advisory
  Policy Committee
  1994-1995

- Phi Alpha Theta
  History Honors Society
  1993

## C.V./BIOGRAPHY

Bruce was born in New Orleans and grew up in St. Bernard Parish.

He opened The Law Office of Bruce C. Betzer in 2006, serving clients in the Metairie and New Orleans, Louisiana, areas. Backed by more than sixteen (16) years of experience, and with a personalized, client-centered approach, his firm, consisting of four (4) attorneys, specializes in injury cases that involve Property Damage/Home Owner's claims, Employment cases, Excessive Force claims, Worker's Compensation claims, Class Actions and Bad Faith Insurance litigation.

Mr. Betzer identifies with his clients' setbacks and frustrations. As someone who lost his home to Hurricane Katrina and long ago suffered a violent attack by an overzealous police officer, he relates to their problems and issues. When he prevails in a client's case, in or out of court, he shares that victory with the deserving accident victim. He has handled thousands of cases over his career from Class Actions against FORD Motor Company and Murphy Oil, to Civil Rights claims involving the use of excessive force. He believes that each case becomes a part of his story.

He attended Loyola Law School of New Orleans from 1997-2000. Prior to opening his own Law Firm in 2006 in the wake of Katrina, he worked for Personal Injury Attorney Edward Gothard in Metairie, LA.

Bruce Betzer's career achievements have been stunning as he has won numerous significant verdicts and recovered millions of dollars for his clients. He has contributed to the betterment of Louisiana. But he has never forgotten his roots, as he continues to be proud of our state and its people.

## LEGAL EXPERIENCE
- **Law Office of Bruce C. Betzer, A.P.L.L.C.** - Metairie, Louisiana
  Attorney/Owner : October 2006-Present: Specializing in Personal Injury Civil Rights, Employment law, Consumer protection, and Hurricane Insurance Litigation, Family Medical Leave Act litigation and Whistle Blower Claims.
- **NOWALSKY, BRONSTON & GOTHARD, A.P.L.L.C.**- Metairie, Louisiana
  Attorney: 2000-2005 specializing in Plaintiff Personal Injury litigation.
- **DOUG SCHMIDT & ASSOCIATES, A.P.L.C.**- New Orleans, Louisiana
  Legal Assistant: May 1990-1997 Specializing in Class Action litigation; Prepared files for trial; Interviewed clients; Maintained client files and database (personal injury, Class Action and defense); Drafted correspondence and set depositions; Filed court documents; Conferred with opposing attorneys and paralegal; Coordinated special events and maintained a working calendar.

## ADMITTED TO PRACTICE
- State of Louisiana
- United States Court of Appeals, Fifth Circuit
- United States District Courts
- Eastern District of Louisiana
- Middle District of Louisiana
- Western District of Louisiana

## POLITICAL EXPERIENCE
- **POLITICAL CAMPAIGNS (National, State & Local) 1989-1995**
  Campaign Coordinator and/or Volunteer for various City Council, Judicial, Secretary of State, Insurance Commissioner, Gubernatorial and Presidential candidates: Organized sign distribution and placement in various locations; Conducted statistical and biographical research; Organized fund-raisers and conducted steering committee meetings with multi-media consultants; Drafted from letters and scheduled candidate speaking engagements, dinners and parades.
- **WHITE HOUSE ADVANCE AND SCHEDULING TEAM - 1995 to 2000**
  New Orleans and Baton Rouge Louisiana: Assisted in organizing Presidential Motorcades and Organizing Rallies. Worked with President Clinton's White House Staff to organize both presidential and political events locally.
- **SENATOR JOHN BREAUX, New Orleans Office - February 1998 to 1999**
  Legal legislative aide: Assist in researching and solving constituent's problems.
- **DEMOCRATIC STATE CENTRAL COMMITTEE, Elected in 1996**
  D.S.C.C. Member represent the democratic constituents of District 104 in St. Bernard Parish.

## PROFESSIONAL ASSOCIATIONS AND ORGANIZATIONS
- **Louisiana Association of Justice** (Formerly Louisiana Trial Lawyers), 2000 – Present
- **American Association of Justice**-2015-2020
- **Alliance for Good Government St. Bernard/New Orleans Political Action Group**
  Vice President 1997; Executive Member 1993-1996;
- **Area Coordinator for St. Bernard Parish** 1995 - 1996; Active Member through the present
- **Board Member of the Brain Injury Association of Louisiana (B.I.A.L.A.)**
  2010 - 2014.
- **Phi Kappa Psi Fraternity, Loyola University, Charter Member** 1993
- **Krewe of Orpheus**, Charter Member 1993
- **Mystic Krewe of Louisianians**, Member 2001 Washington D.C.
- **Students for the Preservation of Constitutional Rights**, St. Bernard Parish, Louisiana, Secretary 1991
- **Young Democrats of New Orleans**, Member 1995

- **Young Democrats of Louisiana,** Member 1993-1995
- **Louisiana College Democrats of America;** Communications President 1995
- **National Parks and Conservation Association,** Member Since 1995
- **Musician, Guitarists & Songwriter** with *The Subterraneans*

### CASES

- On July 28, 1992, there was a massive explosion at the Arcadian Corporation Plant in Calcasieu Parish, Louisiana. He served as a law clerk to lead counsel in both state and federal litigation in the Arcadian Plant explosion which occurred in Lake Charles, Louisiana, involving over 12,000 clients and/or settlement of $53,000,000 Undray D. Ford, Etc., et al., Plaintiffs-appellants, v. Ernie Elsbury, et al., Defendants-appellees, 32 F.3d 931 (5th Cir. 1994).
- Mr. Betzer has also participated in a class action lawsuit entitled Evans, et al. vs. Illinois Central Railroad Company, Case No. 2002-003796, Division "C" in the Parish of Tangipahoa.
- Mr. Betzer represented over 300 claimants in the Class Action, entitled Claude Bourgeois v. Murphy Oil USA, Inc. et al, Case number 99-255, which was before the Eastern District Court.
- In 2005, Mr. Betzer was an integral part of the Class Action case, Turner v. Murphy Oil USA Inc. 2:05-cv-04206, wherein thousands of residents of St. Bernard Parish were forced to sell their homes due to oil contamination.
- On May 6, 2010, Mr. Betzer filed the Class Complaint entitled, Captain Charlie Thomason's Bayou Charters, Inc. Et al. V. BP, Et al. 2:10-cv-01422, wherein over twenty plaintiffs were named in the complaint less than three weeks after the explosion. Many of Mr. Betzer's clients in this lawsuit are well know Fishing guides, commercial fishermen and shrimpers, community leaders, and Gulf Coast landowners whose property has been destroyed by the April 20, 2010 oil spill. Mr. Betzer obtains millions of dollars in settlements for his clients.
- In RE: Taxotere (DOCETAXEL) MDL No. 16-2740 Products Liability Litigation Section: "H" 2:17-cv-14003

Where Mr. Betzer lacks the decades of experience that many of his colleagues have in the class action field, he brings a commitment to serving the class as only an energetic and vocal community leader can do. He understands the issues surrounding the people of River Ridge and prays that this Honorable Court allow him to serve the people of his community.