UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>     Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br>     Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br> MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT OF CLASS COUNSEL IN SUPPORT OF SETTLEMENT APPROVAL

COMES NOW, Kacie F. Gray, and, based on her individual and personal knowledge, states as follows:

1. The experience and expertise of Class Counsel is described in the resume attached hereto as **Exhibit 1**. Class Counsel and her firm, Irpino, Avin & Hawkins, are experienced in class action litigation and in environmental litigation. Class Counsel and her firm have been responsible for significant settlements, as well as legal decisions, that enable litigation such as this to be successfully prosecuted.

2. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of serious and informed, good-faith negotiations. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

3. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

4. Class Counsel and her firm has spent over one thousand hours litigating the claims of the class representatives and the putative class members, including:

Exhibit 6

a.) Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to estimate the Jefferson Parish Landfill's odor emissions and map the odor emissions to identify the impacted area from July 2017 to December 2019;
b.) Preparing for and litigating the trial on General Causation;
c.) Investigate the possible causes of the Jefferson Parish Landfill odor issues and the Defendants' respective liability for same, including legal research on causes of action and defenses thereto;
d.) Litigating class certification issues, including motion practice and discovery;
e.) Preparing for and defending the depositions of class representatives;
f.) Preparing for and deposing experts hired by the defendants;
g.) Numerous meetings with individual clients to discuss the case and to discuss their testimony;
h.) Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

SWORN TO AND SUBSCRIBED
before me, Notary, on this 19th day of
March, 2025 at New Orleans, Louisiana.

_____
Notary Public

John Reed Poole, Jr.
Notary Public, Parish of Jefferson
My commission is issued for life
Bar # 34034

By: _____
Kacie F. Gray, Partner
Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130

2

# KACIE F. GRAY, ESQ.
### IRPINO, AVIN & HAWKINS LAW FIRM
2216 Magazine Street, New Orleans, Louisiana 70130
Telephone (504) 525-1500
Telefax (504) 525-1501
Email: kgray@irpinolaw.com

**PROFESSIONAL EXPERIENCE:**

Ms. Gray has represented thousands of plaintiffs in both state and federal courts in the areas of personal injury, complex pharmaceutical litigation, first-party property, and shareholder actions, including Multi-District Litigations (MDL), class actions, mass torts, and single plaintiff actions. Ms. Gray has also provided litigation support when the Irpino, Avin & Hawkins Law Firm and its members have been appointed to leadership positions such as executive steering committees. Prior to practice, Ms. Gray served as Court Appointed Disbursing Agent and Special Master in a number of state and federal class action cases.

- MDL 2804 – *In Re: National Prescription Opiate Litigation*, USDC N.D. Ohio
- MDL 2592 – *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, USDC E.D. La.
- MDL 2750 – *In Re: Invokana (Canagliflozin) Products Liability Litigation*, USDC D.N.J.
- MDL 2606 – *In Re: Benicar (Olmesartan) Products Liability Litigation*, USDC D.N.J.
- MDL 2327 – *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, USDC S.D.W.Va.
- MDL 2875 – *In Re: Valsartan, Losartan, And Irbesartan. Products Liability Litigation*, USDC D.N.J.
- MDL 3026 – *In Re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*, USDC N.D. Illinois
- MDL 2179 – *In Re: Oil spill by the Oil Rig "Deepwater Horizon*, USDC E.D. La.
- *Anderson v. Bob Dean, Jr. et al.*, 24th Judicial District Court for the Parish of Jefferson
- *In Re: Hard Rock Hotel Collapse,* Civil District Court for the Parish of Orleans
- *In Re: Cathode Ray Tube Antitrust Litigation*, USDC, N.D. California
- *Melvin Burmaster, et al. v. Plaquemines Parish Government, et al.*, 25th Judicial District Court for the Parish of Plaquemines

**ADMISSIONS TO PRACTICE LAW:**

- United States District Court, Western District of Louisiana
- United States District Court, Middle District of Louisiana
- United States District Court, Eastern District of Louisiana
- Fourth Circuit Court of Appeal, State of Louisiana
- Supreme Court of the State of Louisiana

Page 1 of 2

EXHIBIT 1

**EDUCATION:**

Louisiana State University, Paul M. Hebert Law Center, Baton Rouge, Louisiana
*Juris Doctor, Graduate Diploma in Comparative Law, 2015*

Louisiana State University, Flores MBA Program, Baton Rouge, Louisiana
*Master of Business Administration, 2015*