UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>    Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

**AFFIDAVIT OF CLASS COUNSEL
IN SUPPORT OF SETTLEMENT APPROVAL**

I, Seth H. Schaumburg, being first duly sworn, hereby state under penalty of perjury:

1. I am a partner of the law firm of Favret, Demarest, Russo, Lutkewitte & Schaumburg, located at 1555 Poydras Street, Suite 1600, New Orleans, LA 70112;

2. I am an attorney licensed to practice law in the State of Louisiana, in good standing with the Louisiana State Bar Association, and admitted to practice before this Court.

3. I have been appointed by this Court as Class Counsel in this matter and submit this Affidavit in support of final approval of the Proposed Class Action Settlement between the Plaintiff Class and the Parish of Jefferson.

4. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

5. The settlement with the Parish of Jefferson in the above-captioned matter, along with its terms and conditions were aggressively negotiated at arm's length and are the product of this Affiant's series and informed, good-faith negotiations.

1

<span style="color:red">Exhibit 8</span>

6. The settlement with the Parish of Jefferson confers a substantial benefit to the Class and reflects an informed assessment of liability and damages, which were vigorously contested.

7. Class Counsel respectfully submit that the settlement with the Parish of Jefferson, along with the terms and conditions of the Final Settlement Agreement, is fair, reasonable and adequate and should be approved.

8. Class Counsel personally spent thousands of hours litigating the claims of the Class Representatives and the putative Class Members, including:

    a. Extensive discovery for the General Causation and class certification phases of the litigation, including extensive document review and hiring supporting experts to identify how the chemical composition known as "Spent Lime" breaks down to become hydrogen sulfide, the source of the odors that impacted the area from July 2017 to December 2019;
    b. Preparing for and litigating the expert latent trial on General Causation, including expert air modeling to show where the odor traveled and in what concentration;
    c. Extensive legal research and writing;
    d. Investigate, cross-examine, and challenge Defense Experts' opinions, including other sources of odor issues and the defendants' respectively liability for same, including legal research on cause of action and defenses thereto;
    e. Litigating class certification issues, including motion practice and discovery;
    f. Preparing for and defending the depositions of class representatives;
    g. Preparing for, deposing, and cross-examining the experts hired by the defendants;
    h. Preparing for and defending plaintiffs' experts at depositions and trial;
    i. Preparing for and deposing defendants' lay witnesses;
    j. Numerous meeting with Class Counsel and with individual clients to discuss the case and to their testimony;
    k. Review and monitor the *Addison* mass action case against the Parish of Jefferson and the non-settling Defendants that was pending in this Honorable Court.

9. I recommend that this Court grant final approval of the settlement.

10. I swear, under penalty of perjury under laws of the United States and the State of Louisiana, that the foregoing is true and correct.

SWORN TO AND SUBSCRIBED
before me, Notary, on this 19th day of
March, 2025 at New Orleans, Louisiana.

_____
Notary Public

By: _____
SETH H. SCHAUMBURG
Favret Demarest Russo
Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112

3