UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>　　Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>　　Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

STATE OF LOUISIANA

PARISH OF ORLEANS

### AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified within and for the Parish and State aforesaid, personally came and appeared:

### ANN WILLIAMS

a resident of full age of majority of the Parish of Orleans and State of Louisiana, who after being first duly sworn did depose and say that:

1. From late October 2016 up through Hurricane Ida (August 29, 2021) I lived and resided at the property located at 409 Butler Drive, Westwego, LA 70094, in Jefferson Parish.

2. Beginning in the late Spring/early Summer of 2017 up through the end of December 2019, I frequently experienced a distinct noxious odor at my home.

3. I testified at the Class Certification hearing on February 3, 2025.

4. In the instant proposed settlement, I seek to represent the "Class" as defined in Section 2.7 of the Settlement Agreement.

5. I am an adequate class representative for the settlement class as defined in the Settlement

<span style="color:red">Exhibit 15</span>

Agreement because I meet the requirements of the class definition and I am a settlement class member. I am aware of and understand the claims made in the Litigation and with respect to this settlement agreement, and I support a resolution of the claims against the Parish of Jefferson being settled as outlined in the Settlement Agreement.

6.  As a class representative, I have participated in the Litigation and have been kept apprised of the case developments, the proposed settlement with the Parish of Jefferson and settlement negotiations. I have not been promised anything by my attorneys or anyone else with respect to this settlement, other than the settlement benefits provided for under the Settlement Agreement should it be finally approved by the Court. While I have been made aware of the potential to receive an incentive award for my participation and efforts as a class representative, no promises about such an incentive award have been made by my attorneys and I understand any such award is subject to the discretion and approval of the Court.

7.  As a class representative, I have reviewed the Settlement Agreement, and I have discussed the terms and provisions thereof with my counsel. I believe the proposed settlement with the Parish of Jefferson to be fair, adequate, and reasonable for the class as a whole, and therefore, I request that Court to preliminarily and finally approve the Settlement Agreement as it is in the best interest of the settlement class members.

Further, Affiant sayeth not.

_____
ANN WILLIAMS

SWORN TO AND SUBSCRIBED BEFORE ME,
this 18th day of March, 2025.

_____
NOTARY PUBLIC

JASON Z. LANDRY
LSBA # 33932
NOTARY PUBLIC
MY COMMISSION IS ISSUED FOR LIFE