UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br><br>MAGISTRATE JUDGE: North |

## EX PARTE/CONSENT MOTION TO FILE UNDER SEAL

  Class Counsel and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker, individually and on behalf of similarly situated individuals, who file the instant Motion to File Under Seal, pursuant to Local Rule 5.6, and respectfully move to file under seal Exhibit A (List of Attorney Incurred Costs to date) to Report and Recommendation No. 1. See attached Exhibit A.

  Counsel for Jefferson Parish consents to this Motion.

  Wherefore, for the reasons set forth in the accompanying memorandum in support, Class Counsel and Class Representatives request that Exhibit A to Report and Recommendation No. 1 be filed under seal.

Date: March 25, 2025

                 Respectfully Submitted:

                 */s/ Lawrence J. Centola, III*
                 Scott R. Bickford (#1165)
                 srb@mbfirm.com

1

Lawrence J. Centola, Iii (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

/s/ Seth H. Schaumburg
Seth H. Schaumburg (La Bar No. 24636)

2

>Favret Demarest Russo Lutkewitte & Schaumburg
>1555 Poydras Street, Suite 1600
>New Orleans, LA 70112
>P: (504) 562-1006
>F: (504) 523-0699
>seth@favretlaw.com
>*Counsel for Ictech-Bendeck Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Lawrence J. Centola, III*

>CLASS COUNSEL, ON BEHALF OF THE CLASS