UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br><br>MAGISTRATE JUDGE: North |

## O R D E R

**CONSIDERING** the Motion to File Under Seal filed by Class Counsel and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker,

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is GRANTED, and Exhibit A to Report and Recommendation No. 1 is hereby filed under seal until further order of this Court.

New Orleans, Louisiana, this _____ day of March, 2025.

_____
HONORABLE SUSIE MORGAN

4