UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br><br>MAGISTRATE JUDGE: North |

## PLAINTIFFS MEMORANDUM IN SUPPORT OF MOTION TO FILE PLEADING AND DOCUMENT UNDER SEAL

**MAY IT PLEASE THE COURT:**

Pursuant to Local Civil Rule 5.6 of the U. S. District Court for the Eastern District of Louisiana, Class Counsel and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker, request this Honorable Court enter an order to allow Exhibit A (List of Attorney Incurred Costs to date) to Report and Recommendation No. 1 to be filed under seal.

Plaintiffs respectfully submit that the filing of Exhibit A (List of Attorney Incurred Costs) to Report and Recommendation No. 1 under seal is appropriate at this time. As set forth therein, Report and Recommendation No. 1 seeks to have this Honorable Court set a reserve for attorney's fees, litigation costs, and settlement costs in the amount of 50% of the Settlement Fund. Exhibit A was included to demonstrate the need for this reserve to be set.

5

However, the information contained within Exhibit A discloses confidential attorney work product. Moreover, line-item redactions could potentially allow the opposing parties to determine the nature of the sensitive and confidential attorney work product. Accordingly, in an abundance of caution, Class Counsel and Class Representatives respectfully submit that the entirety of Exhibit A be filed under seal at this time, and should this Honorable Court deem it necessary or appropriate after its review, permit Class Counsel to propose redactions to Exhibit A at a later date. See *Arkansas Tchr. Ret. Sys. v. State St. Bank & Tr. Co.*, 512 F. Supp. 3d 196, 212 (D. Mass. 2020), *aff'd in part, appeal dismissed in part sub nom. Arkansas Tchr. Ret. Sys. v. State St. Corp.*, 25 F.4th 55 (1st Cir. 2022) (allowing report and executive summary to be filed under seal to permit the parties to propose redactions at a later time); *Rodriguez v. Danell Custom Harvesting, LLC*, 327 F.R.D. 375, 383 (E.D. Cal. 2018) (in context of motion for final approval of class settlement, court allowed Plaintiffs to file a declaration in support of the motion for attorney fees and the unredacted time accounting records under seal.)

Wherefore, Class Counsel and Class Representatives request that Exhibit A to Report and Recommendation No. 1 be filed under seal until further order of this Court.

Date: March 25, 2025

        Respectfully Submitted:

        */s/ Lawrence J. Centola, III*
        Scott R. Bickford (#1165)
        srb@mbfirm.com
        Lawrence J. Centola, Iii (#27402)
        ljc@mbfirm.com
        Jason Z. Landry (#33932)
        jzl@mbfirm.com
        MARTZELL BICKFORD & CENTOLA
        338 Lafayette Street
        New Orleans, Louisiana 70130
        (504) 581-9065
        (504)581-7635 – FACSIMILE

        */s/ Bruce C. Betzer*
        Bruce C. Betzer (Bar No. 26800)

THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Counsel for Ictech-Bendeck Plaintiffs*

7

8

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<em>/s/ Lawrence J. Centola, III</em>

CLASS COUNSEL, ON BEHALF OF THE CLASS