## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>　　　Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>　　　Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

# FILED UNDER SEAL

# EXHIBIT A

## JP LANDFILL - (Assessments Incidental Costs)



| | | | | | | Grand Total: | 1,412,685.00 |

















