UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>     Plaintiff<br>**VERSUS**<br><br>**PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>     Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>NO.18-7     889<br>c/w18-8071,<br>18-8218,18-9312<br><br>**SECTION: "E" (5)** |

# ORDER

Considering the foregoing Motion to File Under Seal;

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is **GRANTED**.

**IT IS FURTHER ORDERED** that Exhibit A (R. Doc. 542-5) to Report and Recommendation No. 1 shall be filed under seal. The Clerk shall attach sealed Exhibit A (R. Doc. 542-5) to R. Doc. 541.

New Orleans, Louisiana, this 26th day of March, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**