MINUTE ENTRY
MORGAN, J.
MARCH 26, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NO.  18-7889 |
| | c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | |

*Applies to: ALL CASES*

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, MARCH 26, 2025 (2:36 p.m. – 2:53 p.m.)**


COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:      Toni Tusa

APPEARANCES:            Lawrence J. Centola, III, Douglas S. Hammel, Jason Z. Landry, John Sileo, Kacie Gray, and Bruce Betzer for the Ictech-Bendeck Plaintiffs

Michael S. Futrell for Jefferson Parish


**FAIRNESS HEARING**

Parties present and ready.

Plaintiffs presented overview of Motion for Final Certification of Settlement Class (R. Doc. 539).  Plaintiffs represented there were no objections to the Settlement.  No objectors were in attendance at the hearing.

Brad Madden, claims Administrator from Eisner Advisory Group, LLC, provided overview of notice and claims review process and answered questions from the Court.

Jay Lobrano, Court-appointed Neutral, advised the Court of process for distributing fund to the Class and answered questions from the Court.

Michael Mims, counsel for Waste Connections Defendants, restated objections to the settlement agreement, which may be found on the record at R. Docs. 477, 484, 507, and 533. The Court preserved these objections and noted the Court's prior order and reasons overruling the objections at R. Doc. 508.

The Court found that the settlement is fair, reasonable, and adequate based on all relevant factors as outlined in the briefing and affidavits attached thereto. The Court will issue the order of final approval of the settlement.

JS-10: 00:17