MINUTE ENTRY
MORGAN, J.
April 8, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**  Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on April 8, 2025, at 10:00 a.m., in the chambers of Judge Susie Morgan.

    Present:    Douglas Hammel, Seth Schaumburg, Lawrence Centola, and Jason Landry, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

    Kacie Gray, counsel for Plaintiff, Savannah Thompson;

    Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

    Michael Mims, John Paul, Michael Vitris, and Katrina Krebs, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

    John Baay, counsel for Defendant, Aptim Corp.

1

The Court and the parties discussed the status of the case. Plaintiffs may file an amended complaint on or before **May 8, 2025.**

Thereafter, the Court's case manager will contact the parties to set a scheduling conference to set the trial date and other pretrial deadlines, including an early opportunity to set a settlement conference with the Magistrate Judge.

**New Orleans, Louisiana, this 8th day of April, 2025.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:09)