UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br><br>Plaintiff <br><br>VERSUS <br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br><br>Defendants <br><br>*Applies to: All Cases* | CIVIL ACTION <br><br>NO. 18-7889 <br>c/w 18-8071, <br>18-8218, 18-9312 <br><br><br>SECTION: "E" (5) <br><br>JUDGE: Morgan <br>MAGISTRATE JUDGE: North |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully request that Jeremy J. Landry (La Bar #30588) be permitted to withdraw as counsel of record for Plaintiffs, and that Megan Leblanc (La Bar #39252) of Martzell Bickford & Centola be enrolled as counsel of record for Plaintiffs in the above proceeding. Mr. Jeremy J. Landry is no longer affiliated with the law firm of Martzell Bickford & Centola. Mr. Jeremy J. Landry consents to this motion. This withdrawal and substitution will not prejudice any party or affect any pre-trial or trial deadlines.

Dated: May 28th, 2025

Respectfully Submitted,

**MARTZELL, BICKFORD, & CENTOLA**

1

/s/ Lawrence J. Centola, III
LAWRENCE J. CENTOLA, III (#27402)
ljc@mbfirm.com
338 Lafayette Street
New Orleans, Louisiana 70130
Phone No. 504-581-9065
Fax No. 504-581-7635


*Megan Leblanc*
MEGAN LEBLANC (#39252)
mleblanc@mbfirm.com
338 Lafayette Street
New Orleans, Louisiana 70130
Phone No. 504-581-9065
Fax No. 504-581-7635

**ATTORNEYS FOR PLAINTIFFS**

/s/ Jeremy J. Landry
Jeremy J. Landry, (La. Bar #30588)
One Lakeway
3900 N. Causeway Blvd., Suite 680
Metairie, La. 70002
Tel: 504-766-2200
Email: jeremy@poolsonoden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/Lawrence J. Centola, III

2