UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br><br>Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br><br>Defendants <br><br><br>*Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br>c/w 18-8071, <br>18-8218, 18-9312 <br><br><br> SECTION: "E" (5) <br><br>JUDGE: Morgan <br>MAGISTRATE JUDGE: North |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record filed by Plaintiffs,

IT IS HEREBY ORDERED that the motion is GRANTED, and that Megan LeBlanc (La Bar #39252) of Martzell Bickford & Centola is substituted as counsel of record for Plaintiffs, and that Jeremy J. Landry is withdrawn as counsel of record for Plaintiffs.

Signed this _____ day of _____, 2025

_____
**UNITED STATES DISTRICT JUDGE**

1