UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br><br>Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br><br>Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Counsel of Record filed by Plaintiffs,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Megan LeBlanc (La Bar #39252), of Martzell Bickford & Centola, is **SUBSTITUTED** for Jeremy J. Landry as counsel of record for Plaintiffs.

**New Orleans, Louisiana, this 30th day of May, 2025.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE