UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w<br>    18-8071, 18-8218,<br>    18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br>    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video scheduling conference is hereby set for **Friday, June 13, 2025, at 9:30 a.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 12th day of June, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**