MINUTE ENTRY
MORGAN, J.
June 13, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>   Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889<br>         c/w 18-8071,<br>         18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>   Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on June 13, 2025, at 9:30 a.m., in the chambers of Judge Susie Morgan.

   Present:   Douglas Hammel, Lawrence Centola, Jason Landry, and Casey Moll, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

   Kacie Gray, counsel for Plaintiff, Savannah Thompson;

   Michael Mims, Megan Brillault, John Paul, Michael Cash, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

   John Baay, counsel for Defendant, Aptim Corp.

   Not Present:   Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard.

1

The Court and the parties discussed the status of the case.

The Court ordered the parties to send letters to the Court's eFile address (eFile-Morgan@laed.uscourts.gov) by **Wednesday, June 18, 2025**, regarding the issues discussed in the status conference.

Plaintiff's counsel agreed to send a settlement demand to Defendants by **Wednesday, June 18, 2025**.

The Court will hold a status conference on Zoom on **Friday, June 20, 2025, at 10:00 a.m**. The Court will provide counsel with instructions necessary to participate.

**New Orleans, Louisiana, this 13th day of June, 2025.**

*[Signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:10)