MINUTE ENTRY
MORGAN, J.
June 20, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### MINUTE ENTRY

A telephone status conference was held on June 20, 2025, at 9:00 a.m., in the chambers of Judge Susie Morgan.

Present: Douglas Hammel, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Michael Mims, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

Not Present: Bruce Betzer, Lawrence Centola, Jason Landry, Kacie Gray, and Casey Moll, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard. John Bay, counsel for Aptim Corp. Megan Brillault, John Paul, Michael Cash, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants.

The Court and the parties discussed the status of settlement negotiations.

1

Considering these discussions, the Court cancelled the status conference on Zoom scheduled on **Friday, June 20, 2025, at 10:00 a.m.**

The Court will hold a status conference on Zoom on **Wednesday, June 25, 2025, at 3:00 p.m**. The Court will provide counsel with instructions necessary to participate.

**New Orleans, Louisiana, this 20th day of June, 2025.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:04)