UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>        Plaintiff<br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS, et al<br>        Defendants | CIVIL ACTION NO. 18-07889<br><br>SECTION "E"<br><br>JUDGE MORGAN<br><br>MAGISTRATE JUDGE NORTH |

**UNOPPOSED MOTION FOR LEAVE TO INTERVENE
TO PROTECT THE INTEREST OF VAL EXNICIOS, FORMER LEAD ATTORNEY,
NOW DECEASED**

NOW INTO COURT, through undersigned counsel comes, movant, Valerie E. Lamb, independent executrix and sole universal heir for the Succession of Valery "Val" Patrick Exnicios (collectively, the "Exnicios Succession").

Who, pursuant to Federal Rule of Civil Procedure 24, and Local Rule 7.6, respectfully moves this court to grant the Exnicios Succession leave to intervene in this matter to assert the attorneys' fees and costs owed to Val Exnicios, by and through the law firm, Liska, Exnicios, & Nungesser, of which Val Exnicios was the sole equity owner.

On July 5, 2023, the Exnicios Succession circulated an e-mail communication to all parties notifying them of the Exnicios' Succession's intent to file the instant intervention to protect Exnicios' interest in attorneys' fees and costs. *See* Exhibit A. The Exnicios Succession did not receive any objections from any party regarding their ability to file the forgoing motion to intervene. As such, the Exnicios Succession files this motion unopposed.

The Court was previously made aware of the Exnicios Succession's claims. On July 16, 2023 the Exnicios Succession drafted a letter to Judge North notifying the court of the claims of the Exnicios Succession and reserving our rights to be asserted at a later date. *See* Exhibit B.

A settlement has been confected between Plaintiffs and some defendants in the instant matter, giving rise to a real right and asset owned by the Exnicios Succession. As such, the Exnicios Succession prays that this court grant its prayer for recognition of its right in this matter and grant the attached Intervention Order.

Dated: 6/30/2025

Respectfully Submitted,

/s/Calder H. Lamb
**Calder H. Lamb  (LA Bar #40425)**
Koeppel, LLC
2030 St. Charles Avenue,
New Orleans, Louisiana 70130
504-598-1000
clamb@koeppelllc.com

RULE 7.6 CERTIFICATION AND CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, all parties affected by this intervention were notified. Furthermore, I certify that as of this writing no objections have been communicated to me in opposition to against this intervention. I further certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.

/s/Calder H. Lamb
Calder H. Lamb # 40425