UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
|       Plaintiff | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al | MAGISTRATE JUDGE NORTH |
|       Defendants | |

## ORDER

**Considering** the forgoing Unopposed Motion for Leave to Intervene to Protect the Interest of Val Patrick Exnicios, Former Lead Attorney, Now Deceased;

**IT IS ORDERED** that Valerie E. Lamb, as independent executrix of the Succession of Valery "Val" Patrick Exnicios, is hereby granted leave to intervene in the above captioned matter for the sole purpose of protecting the Exnicios Succession's interest, *i.e.*, Val Exnicios, and the interest of the law firm of Liska, Exnicios, & Nungessers', in attorneys' fees and costs.

IT IS FURTHER ORDERED that Calder H. Lamb be added to receive notification of filings through the CM/ECF system for this case.

New Orleans, Louisiana this _____ day of _____, 2025.

_____
JUDGE