| | |
|---|---|
| **From:** | Calder Lamb |
| **To:** | Calder Holmes Lamb |
| **Subject:** | Fwd: FW: Ichtech-Bendeck c/w Addison, Nos. 18-7889 et al. (E.D. La.) Intervention to Protect Exnicios Interest in Attorneys" Fees and Advanced Costs |
| **Date:** | Tuesday, July 9, 2024 4:55:54 PM |
| **Attachments:** | image002.jpg<br>image001.jpg |

---------- Forwarded message ---------
From: **Curtis, Martha** <MCurtis@shergarner.com>
Date: Wed, Jul 5, 2023 at 3:57 PM
Subject: FW: Ichtech-Bendeck c/w Addison, Nos. 18-7889 et al. (E.D. La.) Intervention to Protect Exnicios Interest in Attorneys' Fees and Advanced Costs
To: Calder Lamb <calder.lamb@gmail.com>, Valerie Lamb <valerieelamb@gmail.com>
CC: Garner, James <JGarner@shergarner.com>

Dear Calder and Val:

Please see the nice response we received from Jack Sileo about protecting Val's interest in the case below.

Martha

**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**

909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person,

for protection against any federal tax penalty.

---

**From:** John Sileo <jack@johnsileolaw.com>
**Sent:** Wednesday, July 5, 2023 3:55 PM
**To:** Curtis, Martha <MCurtis@SHERGARNER.com>
**Cc:** aandrade@liskow.com; jennifer@brucebetzer.com; jbaay@glllaw.com; william@voorhieslaw.com; nbergeron@glllaw.com; bruce@brucebetzer.com; srb@mbfirm.com; mbrillault@bdlaw.com; lcentola@mbfirm.com; kciolino@bdlaw.com; pconnick@connicklaw.com; hcurtis@liskow.com; mdigiglia@glllaw.com; dean@favretlaw.com; lfavret@favretlaw.com; mfutrell@connicklaw.com; egieger@glllaw.com; kgray@irpinolaw.com; bhadden@liskow.com; Kelsey.Haddow@LewisBrisbois.com; Douglas Hammel <douglashammel@gmail.com>; chandy@bradleyfirm.com; hharper@hlharperandassociates.com; lhiggins@irpinolaw.com; angela@favretlaw.com; airpino@irpinolaw.com; freddiekingiii@yahoo.com; kkrebs@bdlaw.com; jzl@mbfirm.com; jjl@mbfirm.com; llicciardi@bradleyfirm.com; cbwilmore@liskow.com; jsmith@lawla.com; jord@krebsfarley.com; nnazareth@mbfirm.com; mmurphy@bdlaw.com; casey@johnsileolaw.com; mmims@liskow.com; Moghis@connicklaw.com; jpaul@bdlaw.com; lradcliff@exnicioslaw.com; probertson@irpinolaw.com; trusso@favretlaw.com; seth@favretlaw.com; eshorty@eshortylawoffice.com; jslaughter@bdlaw.com; dsmith@eshortylawoffice.com; jstanton@bradleyfirm.com; dtaggart@bradleyfirm.com; maxtobias504@aol.com; cvazquez@liskow.com; mvitris@bdlaw.com; Garner, James <JGarner@SHERGARNER.com>
**Subject:** Re: Ichtech-Bendeck c/w Addison, Nos. 18-7889 et al. (E.D. La.) Intervention to Protect Exnicios Interest in Attorneys' Fees and Advanced Costs

Hey Martha, I know I will protect Val's interest….Jack

> On Jul 5, 2023, at 3:49 PM, Curtis, Martha <MCurtis@SHERGARNER.com> wrote:
>
> Dear Counsel:
>
> We represent the Succession of the late previous Lead Plaintiff Attorney in this matter, Van Patrick Exnicios, to protect his estate's interest in his attorney's fees and advanced costs

in these consolidated matters.

We understand that there is a Settlement Conference set with Mag. Judge North on July 24, 2023 at 10 a.m. at which we plan to participate.

We also plan to file a formal Motion for Leave to Intervene in this matter to assert the Exnicios attorneys' fees and costs' claim.

We ask that all parties consent to the filing and granting of the motion for leave to intervene.

We ask further that, if anyone opposes the intervention, they please let us know by close of business tomorrow so we can know whether to include a proposed Order granting same when we file the motion or set the motion for a submission date if opposed pursuant to U.S. Dist. Ct. E.D. Local Rule 7.6.

We look forward to working with all of you on these matters.

Cordially,

Martha Y. Curtis

<image002.jpg>**MARTHA Y. CURTIS | MEMBER | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**

909 Poydras Street | Suite 2800 | New Orleans, LA 70112 | mcurtis@shergarner.com | O: 504-299-2111 | C: 504-782-4659 | F: 504-

299-2311

The information contained in this electronic message may be attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at 504-299-2100 and return the original message to us at Sher Garner Cahill Richter Klein & Hilbert, L.L.C., Twenty-Eighth Floor, 909 Poydras Street, New Orleans, Louisiana 70112 via the United States Postal Service.

In accordance with 31 C.F.R. Section 10.35(b)(4), this message has not been prepared, and may not be relied upon by any person, for protection against any federal tax penalty.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.