LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-4046
http://www.shergarner.com

| | | | |
|---|---|---|---|
| LEOPOLD Z. SHER [1] | JEFFREY D. KESSLER [6] | WADE B. HAMMETT | [1] LAW CORPORATION |
| JAMES M. GARNER [2] | RYAN O. LUMINAIS [5] | HANNAH L. BREWTON | [2] MEMBER OF LOUISIANA AND TEXAS BARS |
| ELWOOD F. CAHILL, JR. | ASHLEY GREMILLION COKER | GRANT G. BUTLER | [3] MEMBER OF LOUISIANA AND ALABAMA BARS |
| RICHARD P. RICHTER | JONATHAN B. CERISE | LAURA A. LARKS [10, 11] | [4] MEMBER OF LOUISIANA AND CALIFORNIA BARS |
| STEVEN I. KLEIN [1, 9] | AMANDA RUSSO SCHENCK | | [5] MEMBER OF LOUISIANA AND MISSISSIPPI BARS |
| PETER L. HILBERT, JR. | TRAVIS A. BEATON | | [6] MEMBER OF LOUISIANA AND NEW YORK BARS |
| MARIE A. MOORE [3] | KAREN T. HOLZENTHAL | | [7] MEMBER OF LOUISIANA AND ARIZONA BARS |
| DEBRA J. FISCHMAN | MELISSA ROME HARRIS | | [8] MEMBER OF LOUISIANA AND N. CAROLINA BARS |
| MARTHA Y. CURTIS [2] | JACOB A. AIREY | SPECIAL COUNSEL: | [9] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION |
| NEAL J. KLING | DAVID A. FREEDMAN | KHRISTA M. McCARDEN [11] | [10] MEMBER OF NEW YORK BAR |
| JOSHUA S. FORCE [2, 4] | BRANDON W. KEAY | | [11] MEMBER OF CALIFORNIA BAR |
| JOHN T. BALHOFF, II | STUART D. KOTTLE [7] | | |
| ALVIN C. MIESTER, III | LAURIE A. DEARMAN [2, 8] | OF COUNSEL: | |
| CHRISTOPHER T. CHOCHELES | CURTIS J. CASE | TIMOTHY B. FRANCIS | ALL OTHERS LOUISIANA BAR |
| RYAN D. ADAMS | CLAIRE E. SCHNELL | DAVID A. MARCELLO | |
| THOMAS J. MADIGAN, II [5] | ALEXIS K. FRIEDMAN-BENTON | THOMAS P. McALISTER [2] | |
| CHAD P. MORROW | STEPHANIE T. WARTELLE | DARNELL BLUDWORTH [2] | |

jgarner@shergarner.com
Direct Dial: (504) 299-2102
Direct Fax: (504) 299-23021

(504) 299-2100
FAX (504) 299-2300

July 16, 2023

## **PRIVILEGED SETTLEMENT COMMUNICATION**

### **VIA EMAIL: efile-north@laed.uscourts.gov**

Re:   *Ichtech-Bendeck v. Waste Connections Bayou, Inc.*
United States District Court for the Eastern District of Louisiana
No. 18-cv-07889-SM-MBN c/w 18-8071, 18-8218, 18-9312
Related Case: 19-11133 c/w 19-14512
Applies to: ALL CASES
Our File No: 24121.0001

**SETTLEMENT CONFERENCE:**   July 24, 2023 at 10 a.m.
**JURY TRIAL:**   September 25, 2023 – October 13, 2023

Dear Judge North:

Our firm has been retained to represent the Succession of attorney Valery Patrick Exnicios (who was the lead plaintiffs' attorney in these matters until his death) to protect Mr. Exnicios' attorneys' fees and costs interest in these matters.

Since Mr. Exnicios' death, the other plaintiffs' counsel in this matter (*i.e.,* Doug Hammel; Lawrence J. Centola, III; John "Jack" Sileo; Seth Schaumburg; and Anthony Irpino) have indicated to us and previously to retired Judge Max N. Tobias,

LAW OFFICES OF
# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

July 16, 2023
Page - 2 -

Jr. (who was previous counsel for the Exnicios Succession before attorney Calder H. Lamb)[1] their intent to protect Mr. Exnicios' attorneys' fees and costs interest in accordance with a fully executed August 8, 2018 Agreement of Counsel and as perhaps modified by a September 23, 2020 Agreement of Counsel (of which we have a partially signed copy).

It was unclear to us whether the upcoming July 24, 2023 settlement conference scheduled in your April 20, 2023 Order Scheduling Settlement Conference in this matter was going to solely address settlement issues between plaintiffs and defendants or whether any issues as to allocation of any award or settlement of attorneys' fees and costs among plaintiffs' counsel was to be addressed.

If the former, we would not need to participate in the July 24, 2023 settlement conference at this time, but would reserve our rights as to asserting claims of the Exnicios Succession at a later date. If the latter, we would ask that you please contact attorney me at my personal cell phone number of (504) 931-5361 during the Settlement Conference as outlined in your Order.

Thank you for your consideration in this matter.

Cordially,

*James M. Garner*
James M. Garner

CC: Mr. and Mrs. Calder H. Lamb (via email)

---

[1] Mr. Lamb is also the husband of Valerie Exnicios Lamb, the independent executrix and sole heir and legatee under the will of her father. The Lambs retained our firm to represent the Exnicios Succession in this matter, and Mrs. Lamb's mother is a long-term paralegal of our firm.