UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w**<br>    **18-8071, 18-8218,**<br>    **18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that the video conference scheduled for July 2, 2025, at 10:00 a.m., is hereby **RESET** for **Monday, July 7, 2025, at 2:00 p.m.** The Court has provided counsel with the revised link to participate.

**New Orleans, Louisiana, this 3rd day of July, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**