UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,     Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,     Defendants | SECTION: "E" (5) |

**ORDER**

Considering the foregoing;

**IT IS ORDERED** that Valerie E. Lamb, as independent executrix of the Succession of Valery "Val" Patrick Exnicios, is hereby granted **LEAVE TO FILE** a complaint in intervention in the above captioned matter for the sole purpose of protecting the Exnicios Succession's interest, i.e., Val Exnicios, and the interest of the law firm of Liska, Exnicios, & Nungessers', in attorneys' fees and costs.

**IT IS FURTHER ORDERED** that Valerie E. Lamb may file a complaint in intervention on or before **Wednesday, July 16, 2025**.

New Orleans, Louisiana, this 9th day of July, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**