Search by Name

Exnicios / Val Exnicios

# Val Patrick Exnicios



 Share       Follow

Jacob Schoen & Son Funeral Home - New Orleans
3827 Canal St
New Orleans, Louisiana

Val Patrick Exnicios, age 64, departed this earth on Monday, January 17th, 2022 surrounded by his loved ones, after a courageous battle with pancreatic cancer. Val was the devoted father of Valerie Exnicios Lamb, father-in-law to Calder Holmes Lamb, and grandfather to Charlotte Marie. Son of Samuel Richard Exnicios, Sr. and the late Glendora Marie deBouchel Exnicios. Brother of Samuel Richard Exnicios, III and the late Kimberly R. Exnicios. Throughout his life, Val worked tirelessly to help others in the community, both through his work as a trial lawyer and through his charitable efforts. He always strived to put the interests of his community, clients, and neighbors ahead of his own, just as his father, his role model, did. As is evident from the below, Val had many passions and loves in his life. But of all the things on this earth that Val cared deeply about, the indisputable number one love and greatest joy in his life was his daughter, Valerie. Adding to this joy, more recently, Valerie and her husband Cal presented Val with the blessing of a beautiful grandchild - Charlotte - who was an angel sent to help brighten his world as he rode out his last days. Val had a dream of one day leaving this world, and the legal profession, a better place. As he said many times, this dream was inspired in large part because of, and for, his "little girl," Valerie Marie. Val's family and friends, and many others, can report he unquestionably made that dream come true. From all that knew him, we say, "Well done, Val." Val received his undergraduate degree from the University of New Orleans where he was on the Dean's List, and his law degree from Loyola University School of Law in New Orleans, with honors that included membership in the Loyola Law Review, Moot Court, Moot Court Staff, and Trial Practice Teaching Assistant. After graduation Val served as a Skills Professor and as an Adjunct Professor for Professionalism & Ethics at Loyola Law School. He was a frequent lecturer for continuing legal education courses on ethics, professionalism, and mass tort/class action matters. Val provided decades of voluntary service to the bar and to the service and betterment of our legal system. He devoted innumerable hours as a member and officer of the Louisiana State Bar Association, including serving with distinction as Chair of the LSBA Section Council since 2003 and Chair of the LSBA Mass Tort, Class Action & Complex Litigation Section since 2008. In 2014,

Val was appointed by the Louisiana Supreme Court to serve as Judge Pro Tempore for the Civil District Court for the Parish Of Orleans. Thereafter, Val was specifically appointed to the Louisiana Supreme Court Committee on Class Actions, Mass Torts & Complex Litigation, serving as co-chair of that committee with Louisiana Supreme Court Justice Marcus Clark. Val was also an active member of the New Orleans Bar Association, the Louisiana Association for Justice, and the Federal Bar Association. He served on the Board of the Louisiana Center for Law & Civic Education, and served as its President. Although it is hard to say where Val made the most difference, he was proud to serve Ozanam Inn as a co-coordinator of U.S. District Judge Jay Zainey's Homeless Experience Legal Protection program (HELP), an organization that provides free legal consultations and services to the homeless population in New Orleans. Val also served as pro bono counsel to, and volunteered at, the homeless shelter Ozanam Inn in New Orleans where he often brought his daughter, Valerie, to teach her the importance of volunteerism. Val's many contributions to the betterment of the legal profession and to the community were recognized and noted by many. Among the most notable, the A. P. Tureaud Inn of Court created an annual Val Patrick Exnicios Professionalism Award with Val being its inaugural recipient, and the LSBA, posthumously, awarded Val the LSBA's Distinguished Service to the Profession Award, a special honor that has only been awarded twice before. Val was twice awarded the LSBA President's Award. Other awards and recognitions received include: The United States Fifth Circuit Court of Appeals-American Inns of Court Professionalism Award; CityBusiness Leadership in Law Award; Louisiana Attorney General's Award for Community Service; City of New Orleans, City Council, Special Proclamation; Top 100 Trial Lawyers, National Trial Lawyers Association; and recognition for many years by Super Lawyers. Val was equally involved in community matters: Chairman, Algiers Neighborhood Presidents Council; Chairman, Board of Directors, English Turn Property Owners Association; Chairman, Delgado Westbank Board of Advisors; Chairman, NOPD 4th District Police Advisory Committee; Member, Algiers Economic Development Foundation; President, St. Thomas More Catholic Lawyers Association; Treasurer, Executive Committee; A.P. Tureaud Inn of Court; Member, Ochsner Westbank Board of Advisors; Chairman, COPS4; and Chairman, Algiers Strategic Development Alliance. In special and further service to his profession, Val's many contributions included: Member, LSBA Rules of Professional Conduct, Lawyer Advertising Sub-Committee - co-author of Rules of Professional Conduct re lawyer advertising proposed, and ultimately adopted; Member, LSBA Rules of Professional Conduct, Law Practice Sale Sub-Committee - charged with the responsibility of recommending proposed RPC's re: potential sale of a law practice; Member, LSBA Rules of Professional Conduct, Ethics Advisory Committee - provider of advisory opinions to members of the LSBA regarding difficult and/or unsettled ethics questions; and Member, LSBA Rules of Professional Conduct, Lawyer Advertising CLE Instructor where he served as 1 of the 3 member team with Chuck Plattsmeier, Louisiana Supreme Court, Office of the Disciplinary Counsel, Chief Disciplinary Counsel, and Richard Lemmler, LSBA Ethics Counsel, touring the state instructing LSBA members regarding the Louisiana Supreme Court's new Rules of Professional Conduct governing lawyer advertising; LSBA Bench Bar Section; LSBA Legislation Committee; LSBA Bar Governance Committee; Louisiana Supreme Court MCLE Committee. Relatives and friends are invited to attend the Memorial Service and Mass celebrating Val's life at Immaculate Conception Church located at 130 Baronne Street, New Orleans 70112-2302 on Saturday, January 29, 2022 at 12:00 o'clock p.m. For those unable to attend in person, virtual attendance is available: https://www.facebook.com/events/673378250515247/ In lieu of flowers, please consider a donation to Ozanam Inn, in care of Clarence Adams, 2239 Poydras Street, New Orleans, LA 70119, in Val's memory. Arrangements by Jacob Schoen & Son Funeral Home. Condolences may be left at www.schoenfh.com.

*Jacob Schoen & SON · FUNERAL DIRECTORS (504) 482-2111*

Published by The Times-Picayune from Jan. 26 to Jan. 29, 2022.