

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. 2022-533   DIVISION "   "   SECTION "   "

SECTION 6

### SUCCESSION OF VALERY PATRICK EXNICIOS

Filed: _____   _____
                                              Deputy Clerk

### PETITION FOR PROBATE, FILING AND EXECUTION OF TESTAMENT, CONFIRMATION OF INDEPENDENT EXECUTOR, AND LETTERS TESTAMENTARY

The petition of Max N. Tobias, Jr., of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana ("hereinafter "Petitioner"), through undersigned counsel, respectfully represents:

1.

Valery Patrick Exnicios (hereinafter, "Decedent"), who was also known as Val Exnicios, died of January 17, 2022 at his residence of 108 English Turn Drive, New Orleans, Orleans Parish, Louisiana, as will appear from the Affidavits of Death and Heirship filed in these proceedings, but at the time of his death was domiciled at 1061 Camp Street, Unit F, New Orleans, Orleans Parish, Louisiana.

2.

As appears in the Affidavits of Death and Heirship, Decedent was married three times, first to Carol Magee from who he was divorced by judgment and of which marriage one child was born named Valerie Marie Exnicios, who survives the Decedent; second to Victoria Cotton Exnicios from whom he was divorced by judgment and of which marriage no child was born; and third to Mary Orfila Exnicios of which marriage no child was born. Decedent never had any other child or children, never adopted anyone, never was adopted by anyone, and his mother predeceased him by many years.

3.

Decedent left a last will and testament in olographic form, dated October 17, 2019, executed in accordance with the provisions of Article 1575 of the Louisiana Civil Code. In accordance with Article 2883 of the Louisiana Code of Civil Procedure, this olographic testament shall be proven to this court through written affidavits of two individuals that it was entirely written, dated and signed in the testator's handwriting.

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Receipt Number     882572
Judgment
Register           CDC Cash Register 1
Case Number        2022-00533
Amount Received    $435.50
Over Payment       $0.00
Payment/Transaction List
Check # 842 $435.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Probate | $373.50 | $373.50 | $0.00 |
| Will | $0.50 | $0.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $26.50 | $26.50 | $0.00 |

VERIFIED 1/31/22

4.

The testament is presented herewith for filing and execution and for an order giving it the effect of probate, all in accordance with Article 2883 of the Louisiana Code of Civil Procedure.

5.

Petitioner is named as the independent Executor in the Will and he was thus given the powers of independent executor, and La. C.C.P. art. 3396.14 dispenses with the requirement for posting security (as does the will also). Petitioner accepts the appointment and requests that Letters Testamentary be issued to him without having to post bond. Petitioner has executed the oath of office that he attaches to this petition

WHEREFORE, Petitioner, Max N. Tobias, Jr., prays that the last will and testament of Valery Patrick Exnicios be filed and executed and given the effect of probate, according to law and that Petitioner be confirmed as Independent Executor, and that Letters Testamentary be issued to him upon compliance with the requisites of law.

Respectfully submitted:

*/s/ Max N. Tobias, Jr.*
Max N. Tobias, Jr. (La. Bar No. 12837)
1515 Poydras Street, Ste. 1400
New Orleans, LA 70112
Telephone (504) 410-9611
Facsimile (504) 410-9937
Attorneys for Petitioner

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA  2022 JAN 20 PM 12: 26

NO. _____  DIVISION " ____ "  CIVIL SECTION " ____ "

DISTRICT COURT

SUCCESSION OF VALERY PATRICK EXNICIOS

FILED: _____   _____

DEPUTY CLERK

## AFFIDAVIT PROVING OLOGRAPHIC WILL AND CODICIL

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public and in the presence of the undersigned competent witnesses, personally came and appeared:

**Max N. Tobias, Jr.,** of full age of majority and a resident of Orleans Parish, Louisiana, whose address is 1515 Poydras Street, Suite 1400, New Orleans, Louisiana 70112, (hereinafter referred to as "Affiant").

who, after being duly sworn, did depose and say that based on his personal knowledge:

Affiant was well acquainted with Valery Patrick Exnicios ("the Decedent"), having known him well for over twenty years; Affiant was a close friend of Valery Patrick Exnicios and has practiced law with him for approximately five years; Affiant is very familiar with the Decedent's handwriting and signature; Affiant has carefully examined a one lined sheet of yellow colored paper on which is handwritten what purports to be a will dated October 17, 2019, the writing reading as follows: "New Orleans, Louisiana October 14, 2019  I, Valerie Patrick Exnicios do hereby make this my Last Will and Testament, revoking any and all prior wills and testaments heretofore made by me. I do hereby leave 100% (one hundred percent) of everything of which I die possessed to my daughter, Valerie Marie Exnicios.  I do hereby appoint Max N. Tobias, Jr. as Independent Executor of my estate, without bond of any kind. [signed] Valery Patrick Exnicios"; that Affiant knows and does hereby declare that the handwriting and signature on said will is that of Valery Patrick Exnicios, the Decedent.

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at New Orleans, Orleans



Parish, Louisiana, on this ___19th___ day of January, 2022 in the presence of the undersigned competent witnesses.

WITNESSES:

_____   _____
                                                        Max N. Tobias, Jr.

_____

_____
Notary Public

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO.                           DIVISION "     "                        SECTION "     "

FILED                   2022 JAN 20 PM 12: 26

                        CIVIL DISTRICT COURT

## SUCCESSION OF VALERY PATRICK EXNICIOS

FILED:_____        _____

                                              DEPUTY CLERK

## AFFIDAVIT PROVING OLOGRAPHIC WILL AND CODICIL

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, the undersigned Notary Public and in the presence of the undersigned competent witnesses, personally came and appeared:

**Brandy M. Sergi,** of full age of majority and a resident of St. Tammany Parish, Louisiana, whose address is 229 Meadows Boulevard, Slidell, Louisiana, (hereinafter referred to as "Affiant").

who, after being duly sworn, did depose and say that based on her personal knowledge:

Affiant was well acquainted with Valery Patrick Exnicios ("the Decedent"), having known him well for over eleven years; Affiant was office manager, paralegal, and secertary for Valery Patrick Exnicios for over eleven years; Affiant is very familiar with the Decedent's handwriting and signature; Affiant has carefully examined a one lined sheet of yellow colored paper on which is handwritten what purports to be a will dated October 17, 2019, the writing reading as follows: "New Orleans, Louisiana October 14, 2019 I, Valerie Patrick Exnicios do hereby make this my Last Will and Testament, revoking any and all prior wills and testaments heretofore made by me. I do hereby leave 100% (one hundred percent) of everything of which I die possessed to my daughter, Valerie Marie Exnicios. I do hereby appoint Max N. Tobias, Jr. as Independent Executor of my estate, without bond of any kind. [signed] Valery Patrick Exnicios"; that Affiant knows and does hereby declare that the handwriting and signature on said will and codicil is that of Valery Patrick Exnicios, the Decedent.

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at New Orleans, Orleans



Parish, Louisiana, on this \_\_\_\_19th\_\_\_\_ day of January, 2022 in the presence of the undersigned competent witnesses.

WITNESSES:

_(signature)_                                   _(signature)_
                                                Brandy M. Sergi

_(signature)_

_(signature)_
Notary Public

MAX N. TOBIAS, JR.
NOTARY PUBLIC
Orleans Parish, Louisiana
La. Bar Roll #12837, Notary # 21427
My commission issued for life.

FILED

2022 JAN 20 PM 12: 26
CIVIL DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.                    DIVISION "    "         SECTION "    "

**SUCCESSION OF VALERY PATRICK EXNICIOS**

Filed: _____     _____
                                                        **Deputy Clerk**

### ORDER CONFIRMING APPOINTMENT OF INDEPENDENT EXECUTOR

Considering the last will and testament of Valery Patrick Exnicios, also known as Val Exnicios ("Decedent"), dated October 17, 2019, and drawn in accordance with Article 1575 of the Louisiana Civil Code, the will having been filed in these proceedings and in accordance with Article 2883 of the Louisiana Code of Civil Procedure, as well as the attached Affidavits of Death and Heirship:

**IT IS ORDERED** that the Testament be hereby filed and recorded in of the Office of the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, and executed according to law and that this Order shall have the effect of probate of the Testament; and

**IT IS FURTHER ORDERED** that Max N. Tobias, Jr. be confirmed as Independent Executor, and that Letters Testamentary be issued to Max N. Tobias, Jr. as Independent Executor upon his filing the Oath required by law and without filing a bond.

Thus done and signed in chambers in New Orleans, Louisiana this ____ day of January, 2022.

_____
JUDGE

VERIFIED

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

FILED
2022 JAN 20 PM 12:28
CIVIL DISTRICT COURT

NO. 2022-533   DIVISION L-6   DOCKET # 1

### CERTIFICATE OF NO REQUEST FOR NOTICE

SUCCESSION

OF

Valery Patrick Exnicios

_Celeste Davis_ **DEPUTY CLERK**, being duly sworn, says that no request for **NOTICE** of the filing of an application for an appointment of Administrator has been filed with the Clerk of Civil District Court.

_____
**DEPUTY CLERK**

Sworn to and subscribed before me this 20th day of Jan, 2022

_____
**DEPUTY CLERK**

**VERIFIED**

FORM 43 – Rev 6/15

FILED
2022 JAN 20 PM 12: 26
CIVIL DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 22-533    DIVISION "C"    SECTION "C"

**SUCCESSION OF VALERY PATRICK EXNICIOS**

Filed: _____    _____
                                   **Deputy Clerk**

**ORDER CONFIRMING APPOINTMENT OF INDEPENDENT EXECUTOR**

Considering the last will and testament of Valery Patrick Exnicios, also known as Val Exnicios ("Decedent"), dated October 17, 2019, and drawn in accordance with Article 1575 of the Louisiana Civil Code, the will having been filed in these proceedings and in accordance with Article 2883 of the Louisiana Code of Civil Procedure, as well as the attached Affidavits of Death and Heirship:

**IT IS ORDERED** that the Testament be hereby filed and recorded in of the Office of the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana, and executed according to law and that this Order shall have the effect of probate of the Testament; and

**IT IS FURTHER ORDERED** that Max N. Tobias, Jr. be confirmed as Independent Executor, and that Letters Testamentary be issued to Max N. Tobias, Jr. as Independent Executor upon his filing the Oath required by law and without filing a bond.

Thus done and signed in chambers in New Orleans, Louisiana this 1st day of ~~January~~ February, 2022.

_____
JUDGE

Judge Robin M. Giarrusso

VERIFIED