## JOINT VENTURE AGREEMENT OF COUNSEL

Be it known that on the __8th__ day of __August__, 2018, the following counsel and their reespective law firms agreed that any and all attorneys' fees awarded or otherwise earned in the actions filed against Jefferson Parish and all other Defendants arising out of operations and/or emissions from the Jefferson Parish Landfill located in Waggaman, Louisiana shall be divided amongst them as set forth below:

Val P. Exnicios, Liska, Exnicios & Nungesser

Seth Schaumburg, Favret, Demarest et al

Douglas Hammel, Law Offices of Douglas Hammel

Anthony Irpino, Irpino, Avin & Hawkins

Division of any and all fees shall be as follows:

25% for financing, i.e., it is expected that each signatory to this agreement shall contribute equally to the costs of prosecuting the clients/class members claims and that, as such, each attorney will divide 25% of any and all attorneys fees equally between them; if however, 1 or more attorneys do not contribute their pro rata share of costs within 30 days of the due date, those that do contribute will share proportionally to their contribution;

25% shared be shared equally among all 4 signatories;

50% shall be divided based upon the respective number of hours of professional services expended by each of the signatories in the prosecution of the clients/class members' claims.

_____    _____    _____
Val Exnicios                         Seth Schaumburg                Doug Hammel

_____
Anthony Irpino