STATE OF LOUISIANA
PARISH OF ORLEANS

## AGREEMENT OF COUNSEL

We the undersigned counsel do hereby agree that retroactive to the filing of the initial lawsuit against the Jefferson Parish Landfill and/or its owner(s) and/or operators, any and all attorneys' fees generated, earned and/or awarded from inception of the cases until conclusion shall be divided between counsel pursuant to the following allocation formula:

1. One fourth (25%) for financing the costs of litigation;

2. One fourth (25%) pro rata by head for the signatories to this Agreement and

3. One half (50%) based upon the work performed.

It is expected that all signatories to this Agreement shall contribute their respective pro rata share of financing the costs of the litigation.

Signed in multiple originals this __23__ day of __September__, 2020.

_____
Val P. Exnicios

_____
Anthony Irpino

_____
Doug Hammel

_____
Bruce Betzer

_____
Lawrence J. Centola, III

_____
John "Jack" Sileo

_____
Seth Schaumburg