UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
| Plaintiff | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al Defendants | MAGISTRATE JUDGE NORTH |

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes, Plaintiff, Elias Jorge "George" Ichtech-Bendeck, et al, who hereby request that Val P. Exnicios, Esq. of the law firm Liska, Exnicios & Nungesser be removed as counsel of record for Plaintiff because of Val P. Exnicios' death on January 17, 2022. Plaintiff, further request that Val P. Exnicios be removed from receiving notifications of filings in this matter through the CM/ECF system.

Undersigned counsel of Liska, Exnicios & Nungesser consents to Val P. Exnicios, Esq. being withdrawn as counsel of record for Plaintiff, Elias Jorge "George" Ichtech-Bendeck, et al, reserving all other rights.

Respectfully submitted:

Dated: 3/29/22

/s/Max N. Tobias, Jr.
**MAX N. TOBIAS, JR (LA Bar #12837)**
Liska, Exnicios & Nungesser
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937
maxtobias504@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all known counsel of record who are participants

                                        /s/ Max N. Tobias, Jr.
                                        Max N. Tobias, Jr. #12837

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>    Plaintiff | CIVIL ACTION NO. 18-07889<br><br>SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al<br>    Defendants | MAGISTRATE JUDGE NORTH |

## ORDER

**Considering** the foregoing Motion to Withdraw Counsel of Record;

**IT IS ORDERED** that Val P. Exnicios, of the law firm Liska, Exnicios & Nungesser is hereby withdrawn as counsel of record for Plaintiff, Elias Jorge "George" Ichtech-Bendeck, et al.

**IT IS FURTHER ORDERED** that Val P. Exnicios be removed from receiving notification of filings through the CM/ECF system for this case.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE