FILED

CIVIL DISTRICT COURT FO THE PARISH OF ORLEANS

2022 NOV -2 AM 10: 16

STATE OF LOUISIANA

CIVIL DISTRICT COURT

NO. 2022-00533   DIVISION "L"

SECTION "6"

SUCCESSION OF VALERY PATRICK EXNICIOS

Filed _____          _____ Dty. Clerk

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Now into Court comes Max N. Tobias, Jr., Esq., and Calder H. Lamb, Esq., who jointly move the Court to substitute Calder H. Lamb as Counsel of Record for the Succession of Valery Patrick Exnicios and the independent executrix, Valerie E. Lamb, and withdrawing and removing Max N. Tobias, Jr. as Counsel of Record for the Succession of Valery Patrick Exnicios and the independent executrix, Valerie E. Lamb. The reason for this substitution is the retirement of Max N. Tobias, Jr. as an active attorney at law.

Respectfully submitted:

_____
Max N. Tobias, Jr. (La. Bar No. 12837)
1515 Poydras St., Ste, 1400
New Orleans, LA 70112
(504) 723-2025
maxtobias504@aol.com

_____
Calder H. Lamb (La. Bar No. 40425)
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
Tel. (404) 545-5327
calder.lamb@gmail.com

## ORDER

The above and foregoing motion duly considered:

**IT IS ORDERED** that Max N. Tobias, Jr. be removed as counsel of record for (a) the Succession of Valery Patrick Exnicios and (b) the independent executrix of said succession, Valerie E. Lamb; and

**IT IS FURTHER ORDERED** that Calder H. Lamb be recognized as sole counsel of record for (a) the Succession of Valery Patrick Exnicios and (b) the independent executrix of said succession, Valerie E. Lamb.

Signed at New Orleans, this __15th__ day of __November__, 2022.

_____ Judge

JUDGE KERN A. REESE

VERIFIED
11.17.22

VERIFIED
11-2-22