UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>      Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w<br>     18-8071, 18-8218,<br>     18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>      Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Monday, August 4, 2025, at 10:00 a.m.** Only counsel for Plaintiffs and for Defendant Aptim are required to participate. The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 30th day of July, 2025.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**