UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff | CIVIL ACTION |
| | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., Defendants | SECTION: "E" (5) |
| | JUDGE: Morgan |
| *Applies to: All Cases* | MAGISTRATE JUDGE: North |

EX PARTE/CONSENT MOTION TO FILE NEUTRALS'
REPORT AND RECCOMENDATION #2

Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nichole M. Landry-Boudreaux, Larry Bernard, Sr., Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker, individually and on behalf of similarly situated individuals who file the Motion to File Neutrals' Report and Recommendation #2, attached hereto.

Counsel for the Parish of Jefferson consents to this filing.

Respectfully submitted this ___1st___ day of August, 2025.

LAWRENCE J. CENTOLA, III (#27402)
ljc@mbfirm.com
JASON Z. LANDRY (#33932)
jzl@mbfirm.com
MARTZELL, BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:    (504) 581-9065
Facsimile:    (504) 581-7635

1

## CERTIFICATE OF SERVICE

I hereby certify that on August ___ 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record.

_Lawrence J. Centola, III_