MINUTE ENTRY
MORGAN, J.
August 4, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>      Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>        **c/w 18-8071,**<br>        **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>      Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### MINUTE ENTRY

A video status conference was held on August 4, 2025, at 10:00 a.m., in the chambers of Judge Susie Morgan.

    Present:    Douglas Hammel, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck; John Bay, counsel for Aptim Corp.

The Court and the parties discussed the status of the case.

**New Orleans, Louisiana, this 4th day of August, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:13)