# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE"<br>ICTECH-BENDECK,<br>*Plaintiff* | CIVIL ACTION NO. 18-7889<br>c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | SECTION: "E" (5) |
| PROGRESSIVE WASTE SOLUTIONS<br>OF LA, INC., ET AL.,<br>*Defendants* | JUDGE: Susie Morgan<br>MAGISTRATE JUDGE: Michael B. North |
| *Applies to:* All Cases | |

### ORDER
### APPROVING THE COURT-APPOINTED NEUTRALS
### REPORT AND RECOMMENDATION NO. 2

On consideration of the Report and Recommendation No. 2 as filed by the Court-Appointed Neutrals, this Honorable Court finds that the Claims Program as proposed by the Neutrals is both fair and equitable to the Class and in accordance with the terms and conditions set forth in the Settlement Agreement between the parties, and

**IT IS ORDERED** that the request to approve the **REPORT AND RECOMMENDATION NO. 2** on the Claims Program as filed by the Court-Appointed Neutrals is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the proposed Allocation of the Settlement Funds and the Plan of Distribution as prepared by the Neutrals is hereby **APPROVED** as being fair, reasonable, adequate and in the best interests of the Class Members;

**IT IS FURTHER ORDERED** that the Incentive Award payments in the amount of $10,000 is hereby **APPROVED** and the Neutrals and Claims Administrators are hereby directed issue payments in this amount to each Class Representative, namely, Elias Jorge "George"

Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Phil Adams, Robyn Crossman, Kayla Anne Steele, Ann Williams, and Ophelia Walker;

**IT IS FURTHER ORDERED** that the proposed Reserves in the amount of $20,000 is hereby **APPROVED** and the Neutrals and Claims Administrators are hereby directed only pay eligible Class Members from these Reserves in their sole judgment and discretion, and that following the expiration of the appeal deadline and distribution of all award payments, any reserved amounts remaining shall be held pending further orders from this Court;

**IT IS FURTHER ORDERED** that the Claim Zone Map is hereby **APPROVED**, and accordingly, the Neutrals and Claims Administrators are hereby authorized and directed to implement and allocate eligible claims according to this Claim Zone Map;

**IT IS FURTHER ORDERED** that the Neutrals designations of the claims as either "Approved", "Denied" or "Deficient" as filed by each class member are **APPROVED**, and further the Neutrals and Settlement Administrators are hereby authorized to issue the notice letters to claimants as needed.

**IT IS FURTHER ORDERED** that the proposed appeal procedures and deadlines are hereby **APPROVED** and the Neutrals and Claims Administrators are hereby authorized and directed to implement said procedures when processing claims;

**IT IS FURTHER ORDERED** that the Plan of Distribution as proposed by the Neutrals is hereby **APPROVED**, and the Neutrals and Claims Administrators are further authorized and directed to implement the proposed Plan of Distribution of class award payments to eligible Class Members;

**IT IS FURTHER ORDERED** that the Neutrals and Claims Administrators are hereby granted the authority to carry out and properly implement any steps necessary to distribute

settlement award payments to eligible Class Members in accordance with the Settlement Agreement and in the manner so described herein; and

**IT IS FURTHER ORDERED** that following payment of all eligible claims and expiration of the appeal deadline the Neutrals and Claims Administrators are directed to hold any and all funds remaining in the Settlement Fund pending further orders from this Honorable Court.

New Orleans, Louisiana, this 4th day of August, 2025

*[Signature: Susie Morgan]*

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**