MINUTE ENTRY
NORTH, M.J.
AUGUST 12, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | CIVIL ACTION |
| VERSUS | NUMBER: 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | SECTION: "E" (5) |

APPLIES TO:  ALL CASES

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

        PARTICIPATING:    Douglas Hammel
                                       John W. Baay

Negotiations were successful and resulted in the settlement of all claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SUSIE MORGAN

MJSTAR (02:10)