# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL.,**     **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889**<br>         **c/w 18-8071,**<br>         **18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     **Defendants** | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

The Court has been advised that the claims of the Intervenor in this action remain unresolved.

Accordingly,

**IT IS ORDERED** that this action is **REOPENED**.

**New Orleans, Louisiana, this 15th day of August, 2025.**

                              _____
                                           **SUSIE MORGAN**
                              **UNITED STATES DISTRICT JUDGE**