# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
| *Plaintiffs* | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al, | MAGISTRATE JUDGE NORTH |
| *Defendant* | |

## MOTION TO ENROL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Intervenor, the SUCCESSION OF VALERY PATRICK EXNICIOS, by and through his sole universal heir and independent executrix, VALERIE MARIE EXNICIOS LAMB, who hereby move this Honorable Court to enroll as additional counsel of record **PETER S. KOEPPEL (#1465)** with the law firm of Koeppel, LLC, as additional counsel of record.

**WHEREFORE**, ntervenor, the SUCCESSION OF VALERY PATRICK EXNICIOS, by and through his sole universal heir and independent executrix, VALERIE MARIE EXNICIOS LAMB, pray this Motion be deemed good and sufficient and same be granted by this Honorable Court.

*(Signature and Certificate on the Following Page)*

Respectfully submitted:

**KOEPPEL LLC**

*/s/ Calder H. Lamb*
**CALDER H. LAMB(#40425)**
**PETER S. KOEPPEL (#1465)**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone:   504-598-1000
Facsimile:    504-524-1024
Email:           clamb@koeppelllc.com
                     psk@koeppelllc.com
*Counsel for Intervenor,*
*The Estate of Valery Patrick Exnicios,*
*By and through the executrix, Valerie*
*Marie Exnicios Lamb*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served upon all counsel of record via facsimile transmission, electronic transmission, hand delivery and/or U.S. Mail, properly addressed and postage prepaid, this 15th day of August 2025.

*/s/ Calder H. Lamb*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
| *Plaintiffs* | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al, *Defendant* | MAGISTRATE JUDGE NORTH |

## ORDER

**CONSIDERING** the foregoing Intervenor's Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that **PETER S. KOEPPEL (#1465)** of the law firm of Koeppel, LLC, and enrolled is additional counsel of record in this proceeding for Intervenor, the SUCCESSION OF VALERY PATRICK EXNICIOS, by and through his sole universal heir and independent executrix, VALERIE MARIE EXNICIOS LAMB.

New Orleans, Louisiana, this _____ day of _____, 2025.

                                        _____
                                                                **JUDGE**