UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE"                    CIVIL ACTION NO. 18-07889
ICHTECH-BENDECK,
    *Plaintiffs*                            SECTION "E" (5)

VERSUS

PROGRESSIVE WASTE SOLUTIONS, et al.,
    *Defendants*

## ORDER

Considering the foregoing Intervenor's Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **PETER S. KOEPPEL (#1465),** of the law firm of Koeppel, LLC, is **ENROLLED** as additional counsel of record in this proceeding for Intervenor, the SUCCESSION OF VALERY PATRICK EXNICIOS, by and through his sole universal heir and independent executrix, VALERIE MARIE EXNICIOS LAMB.

**New Orleans, Louisiana, this 19th day of August, 2025.**

                          _____
                              **SUSIE MORGAN**
                        **UNITED STATES DISTRICT JUDGE**