UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w**<br>**18-8071, 18-8218,**<br>**18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

IT IS ORDERED that a video status conference is hereby scheduled for **Monday, September 8, 2025, at 11:00 a.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 2nd day of September, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**