MINUTE ENTRY
MORGAN, J.
September 8, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889 c/w**<br>            **18-8071, 18-8218,**<br>            **18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>   Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

**MINUTE ENTRY**

A video status conference was held on September 8, 2025, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present:  Douglas Hammel, Seth Schaumburg, Lawrence Centola, Jason Landry, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Peter Koeppel, counsel for Intervenor, Valeria Marie Exnicios Lamb;

Michael Mims, Megan Brillault, and Cherrell Taplin, counsel for Defendants and Consolidated Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company;

John Baay, counsel for Defendant, Aptim Corp; and

Michael Futrell, counsel for Defendant, Parish of Jefferson.

Intervenor's counsel, Peter Koeppel, informed the Court that the Intervenor has provided a proposal to the remaining counsel for Plaintiffs to resolve the dispute concerning attorneys' fees and costs.

Plaintiffs' remaining counsel will respond to the Intervenor's proposal by **Wednesday, September 10, 2025, at 5:00 p.m.**

Counsel for Intervenor and the remaining Plaintiffs will then meet and confer regarding the dispute, the Intervenor's proposal, and the remaining Plaintiffs' counsel's response on or before **Monday, September 22, 2025**. Following the meet and confer, counsel will inform the Court whether a resolution has been reached.

**New Orleans, Louisiana, this 8th day of September, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:16)

2