UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w <br> 18-8071, 18-8218, <br> 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL., <br>    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, September 26, 2025, at 11:30 a.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 19th day of September, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**