MINUTE ENTRY
MORGAN, J.
September 26, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,  Plaintiff | CIVIL ACTION |
| VERSUS | NO.  18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,  Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### MINUTE ENTRY

A video status conference was held on September 26, 2025, at 11:30 a.m., in the chambers of Judge Susie Morgan.

Present:    Douglas Hammel, Seth Schaumburg, Lawrence Centola, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Kacie Gray, counsel for Plaintiff, Savannah Thompson;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Peter Koeppel, counsel for Intervenor, Valeria Marie Exnicios Lamb;

Michael Mims and Cherrell Taplin, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

John Baay, counsel for Defendant, Aptim Corp.

1

The Court and parties discussed the status of the case.

**IT IS ORDERED** that a video status conference is **SET** for **October 10, 2025, at 11:30 a.m.** The Court will provide the parties with the necessary information to participate.

**New Orleans, Louisiana, this 26th day of September, 2025.**

                                                      */s/ Susie Morgan*
                                                   **SUSIE MORGAN**
                                **UNITED STATES DISTRICT JUDGE**

JS10 (0:27)