MINUTE ENTRY
MORGAN, J.
October 10, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br>        Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w<br>         18-8071, 18-8218,<br>         18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>        Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

# MINUTE ENTRY

A video status conference was held on October 10, 2025, at 11:45 a.m., in the chambers of Judge Susie Morgan.

   Present:   Lawrence Centola and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

   Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

   Peter Koeppel, counsel for Intervenor, Valeria Marie Exnicios Lamb;

   John Paul, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

   Blaise Hill, counsel for Defendant, Aptim Corp.

1

The Court and parties discussed the status of the case.

**New Orleans, Louisiana, this 10th day of October, 2025.**

                                            _____
                                                  **SUSIE MORGAN**
                                      **UNITED STATES DISTRICT JUDGE**

JS10 (0:33)