UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE"<br>ICHTECH-BENDECK<br>*Plaintiffs* | CIVIL ACTION NO. 18-07889<br><br>SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al,<br>*Defendant* | MAGISTRATE JUDGE NORTH |

**ORDER**

Considering the Motion to Declaratory Judgement filed by Intervenor, the **Succession of Valery "Val" Patrick Exnicios, by and through the universal heir and independent executrix, Valerie Marie Exnicios Lamb** ("Exnicios"), and the law, the evidence, and the record herein,

IT IS ORDERED, ADJUDGED, AND DECREED that Intervenor's Motion for Declaratory Judgement be, and is hereby, GRANTED.

The Court hereby Declares that:

A. Petitioner is entitled to one-seventh (14.28%) of all attorneys' fees under the 2020 Contract;

B. The 2020 Contract remains valid and enforceable, and as such applies to all cases, claims, or matters, which arise from the landfill gas exposure, and/or any and all cases that utilize the general causation findings, experts, or legal work conducted in this Federal case;

C. The attorneys' fees in putative class action settlement with Jefferson Parish are set at one-third 33.33% of the $4.5mm settlement value;

D. Defendants-in-Intervention are joint and severally liable to Petitioner for $214,285.71 in attorneys' fees related to the instant Federal matter, paid within 30 days.

E. Defendants-in-Intervention are joint and severally liable to Petitioner for $128,600.94 in litigation costs related to the instant Federal matter, paid within 30 days.

F. For all general and equitable relief as the Court deems just and proper, together with attorneys' fees and costs associated with these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
HON. SUSIE MORGAN, UNITED STATES DISTRICT JUDGE