# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ELIAS JORGE "GEORGE" ICHTECH-BENDECK

**PLAINTIFF(S)**

**VERSUS**

PROGRESSIVE WASTE SOLUTIONS, ET AL

**DEFENDANT(S)**

**CIVIL ACTION**

No. 18-07889

SECTION: E

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion FOR DECLARATORY JUDGMENT is hereby set for submission before District Judge/Magistrate Judge HON. JUDGE SUZIE MORGAN on December 3, 2025 at 10:00 a.m .m.

(Signature)

Calder Lamb
(Name)

650 Poydras Street, Suite 2150
(Address)

New Orleans    LA    70130-
(City)         (State)  (Zip)

504-598-1000
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 6 day of November, 20 25.

(SIGNATURE)