UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants | CIVIL ACTION NO. 18-7889 <br><br> SECTION "E" (5) <br><br> JUDGE MORGAN <br><br> MAGISTRATE JUDGE NORTH |

STATE OF LOUISIANA

PARISH OF JEFFERSON

### AFFIDAVIT

**BEFORE ME**, the undersigned Notary Public, duly commissioned and qualified within and for the Parish and State aforesaid, personally came and appeared:

### BRUCE C. BETZER

a resident of the full age of majority of the Parish of Jefferson, State of Louisiana, who after being first duly sworn did depose and say that:

1. As part of my duties in this litigation, I was in charge of the finances of the litigation.

2. I made sure that the costs and bills of the litigation were paid.

3. To get the costs and bills paid, I would make sure that the group of lawyers paid money to the attorney landfill assessment account.

4. Val Exnicios only contributed $11,630.63 to the costs of the litigation.



_____
BRUCE C. BETZER
LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001

SWORN TO AND SUBSCRIBED

BEFORE ME this ___21st___ day of

November, 2025.

_____
NOTARY PUBLIC

JASON Z. LANDRY
LSBA # 33932
NOTARY PUBLIC
MY COMMISSION IS ISSUED FOR LIFE