UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br><br> MAGISTRATE JUDGE: North |

# ORDER

**CONSIDERING** the Motion to File Under Seal filed by Class Counsel and Defendants-in-Intervention,

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is GRANTED, and Exhibit A to the Opposition to Motion for Declaratory Judgment filed by Class Counsel and Defendants-in-Intervention is hereby filed under seal until further order of this Court.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
HONORABLE SUSIE MORGAN

4