UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff<br><br>VERSUS<br><br>PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., Defendants<br><br>*Applies to: All Cases* | CIVIL ACTION<br><br>NO. 18-7889<br>c/w 18-8071,<br>18-8218, 18-9312<br><br>SECTION: "E" (5)<br><br>JUDGE: Morgan<br><br>MAGISTRATE JUDGE: North |

## MEMORANDUM IN SUPPORT OF MOTION TO FILE PLEADING AND DOCUMENT UNDER SEAL

**MAY IT PLEASE THE COURT:**

Pursuant to Local Civil Rule 5.6 of the U. S. District Court for the Eastern District of Louisiana, Class Counsel and Defendants-in-Intervention, Anthony Irpino, Douglas Hammel, Bruce Betzer, Lawrence J. Centola, III, John Sileo, Seth Schaumburg and their respective law firms, request this Honorable Court enter an order to allow Exhibit A (Total Hours Submitted for Mr. Exnicios) to the Opposition to Motion for Declaratory Judgment to be filed under seal.

Defendants-in-Intervention respectfully submit that the filing of Exhibit A (Total Hours Submitted for Mr. Exnicios) to the Opposition to Motion for Declaratory Judgment under seal is appropriate at this time. As set forth therein, Exhibit A was included to demonstrate the total hours worked by Mr. Exnicios prior to his unfortunate passing. However, the information contained within Exhibit A discloses confidential attorney work product. Moreover, line-item redactions could potentially allow the opposing parties to determine the nature of the sensitive and

5

confidential attorney work product. Accordingly, in an abundance of caution, Class Counsel and Defendants-in-Intervention respectfully submit that the entirety of Exhibit A be filed under seal at this time, and should this Honorable Court deem it necessary or appropriate after its review, permit Class Counsel to propose redactions to Exhibit A at a later date. See *Arkansas Tchr. Ret. Sys. v. State St. Bank & Tr. Co.*, 512 F. Supp. 3d 196, 212 (D. Mass. 2020), *aff'd in part, appeal dismissed in part sub nom. Arkansas Tchr. Ret. Sys. v. State St. Corp.*, 25 F.4th 55 (1st Cir. 2022) (allowing report and executive summary to be filed under seal to permit the parties to propose redactions at a later time); *Rodriguez v. Danell Custom Harvesting, LLC*, 327 F.R.D. 375, 383 (E.D. Cal. 2018) (in context of motion for final approval of class settlement, court allowed Plaintiffs to file a declaration in support of the motion for attorney fees and the unredacted time accounting records under seal.)

Wherefore, Class Counsel and Defendants-in-Intervention request that Exhibit A to their Opposition to Motion for Declaratory Judgment be filed under seal until further order of this Court.

Date: November 25, 2025

                Respectfully Submitted:

                */s/ Lawrence J. Centola, III*
                Scott R. Bickford (#1165)
                srb@mbfirm.com
                Lawrence J. Centola, Iii (#27402)
                ljc@mbfirm.com
                Jason Z. Landry (#33932)
                jzl@mbfirm.com
                MARTZELL BICKFORD & CENTOLA
                338 Lafayette Street
                New Orleans, Louisiana 70130
                (504) 581-9065
                (504)581-7635 – FACSIMILE

                */s/ Bruce C. Betzer*
                Bruce C. Betzer (Bar No. 26800)
                THE LAW OFFICE OF BRUCE C. BETZER
                3129 Bore Street
                Metairie, LA 70001
                Telephone: (504) 832-9942
                Facsimile: (504) 304-9964

bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Class Counsel and Defendants-in-Intervention*

7

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lawrence J. Centola, III*
