UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff<br><br>**VERSUS**<br><br>**PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>    Defendants<br><br>*Applies to: All Cases* | **CIVIL ACTION**<br><br>**NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312**<br><br>**SECTION: "E" (5)**<br><br>**JUDGE: Morgan**<br><br>**MAGISTRATE JUDGE: North** |

### EX PARTE MOTION TO FILE UNDER SEAL

Class Counsel and Defendants-in-Intervention, Anthony Irpino, Douglas Hammel, Bruce Betzer, Lawrence J. Centola, III, John Sileo, Seth Schaumburg and their respective law firms, who file the instant Motion to File Under Seal, pursuant to Local Rule 5.6, and respectfully move to file under seal Exhibit A (Total Hours Submitted for Mr. Exnicios) to the Opposition to Motion for Declaratory Judgment. See attached Exhibit A (filed under seal).

Wherefore, for the reasons set forth in the accompanying memorandum in support, Class Counsel and Defendants-in-Intervention request that Exhibit A to the Opposition to Motion for Declaratory Judgment be filed under seal.

Date: December 1, 2025

                                                                           Respectfully Submitted:

                                                                          */s/ Lawrence J. Centola, III*
                                                                           Scott R. Bickford (#1165)
                                                                           srb@mbfirm.com
                                                                           Lawrence J. Centola, Iii (#27402)
                                                                           ljc@mbfirm.com
                                                                           Jason Z. Landry (#33932)
                                                                           jzl@mbfirm.com

1

MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ Bruce C. Betzer
Bruce C. Betzer (Bar No. 26800)
THE LAW OFFICE OF BRUCE C. BETZER
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ Douglas S. Hammel
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ Kacie F. Gray
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

/s/ John D. Sileo
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

/s/ Seth H. Schaumburg
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006

2

F: (504) 523-0699
seth@favretlaw.com
*Class Counsel and Defendants-in-Intervention*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Lawrence J. Centola, III*
