UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br> Plaintiff <br><br> VERSUS <br><br> PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL., <br> Defendants <br><br> *Applies to: All Cases* | CIVIL ACTION <br><br> NO. 18-7889 <br> c/w 18-8071, <br> 18-8218, 18-9312 <br><br> SECTION: "E" (5) <br><br> JUDGE: Morgan <br><br> MAGISTRATE JUDGE: North |

## NOTICE OF MOTION TO FILE UNDER SEAL

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 5.6 of the U. S. District Court for the Eastern District of Louisiana, Lawrence J. Centola, III of Martzell Bickford & Centola, hereby move this Honorable Court for an order filing under seal Exhibit A to the Opposition to Motion for Declaratory Judgment filed by Class Counsel and Defendants-in-Intervention.

Date: December 1, 2025

                                            Respectfully Submitted:

                                            */s/ Lawrence J. Centola, III*
                                            Scott R. Bickford (#1165)
                                            srb@mbfirm.com
                                            Lawrence J. Centola, Iii (#27402)
                                            ljc@mbfirm.com
                                            Jason Z. Landry (#33932)
                                            jzl@mbfirm.com
                                            MARTZELL BICKFORD & CENTOLA
                                            338 Lafayette Street
                                            New Orleans, Louisiana 70130
                                            (504) 581-9065
                                            (504)581-7635 – FACSIMILE

                                            */s/ Bruce C. Betzer*
                                            Bruce C. Betzer (Bar No. 26800)
                                            THE LAW OFFICE OF BRUCE C. BETZER

3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

*/s/ Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
HAMMEL LAW FIRM, LLC
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

*/s/ Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
LAW OFFICE OF JOHN D. SILEO
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
Favret Demarest Russo Lutkewitte & Schaumburg
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com
*Class Counsel and Defendants-in-Intervention*

10

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Lawrence J. Centola, III