UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,<br> Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,<br> Defendants | SECTION: "E" (5) |

## ORDER

Anthony Irpino, Douglas Hammel, Bruce Betzer, Lawrence J. Centola, III, John Sileo, Seth Schaumberg and their respective law firms filed an Ex Parte Motion to Seal.[1]

**IT IS ORDERED** that the motion to seal is hereby set for submission, without oral argument, on **December 17, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff-in-Intervention, Valerie E. Lamb, as independent executrix of the Succession of Valery "Val" Patrick Exnicios, shall file a response to the motion no later than **December 9, 2025**.

**IT IS FURTHER ORDERED** that any other interested party in this action may file a response to the motion, if any interested party deems it necessary, no later than **December 9, 2025**.

**IT IS FURTHER ORDERED** that any reply shall be filed no later than **December 15, 2025**.

New Orleans, Louisiana, this 1st day of December, 2025.

            _____
               **SUSIE MORGAN**
           **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 591.