UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

### ORDER

Valerie E. Lamb, as independent executrix of the Succession of Valery "Val" Patrick Exnicios, filed a Complaint in Intervention on July 14, 2025, asserting the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and supplemental jurisdiction under 28 U.S.C. § 1367 for related claims.[1] Accordingly,

**IT IS ORDERED** that Valerie E. Lamb, as independent executrix of the Succession of Valery "Val" Patrick Exnicios, shall file a supplemental brief addressing whether this Court has supplemental jurisdiction over the Intervention under 28 U.S.C. § 1367 on or before **Friday, December 12, 2025.**

**IT IS FURTHER ORDERED** that responses may be filed on or before **Friday, December 19, 2025.**

New Orleans, Louisiana, this 1st day of December, 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 567.