UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, ET AL.,<br>      Plaintiffs | CIVIL ACTION |
| VERSUS | NO. 18-7889<br>      c/w 18-8071,<br>      18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,<br>      Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that the conditional order of dismissal entered into this action on August 12, 2025,[1] is hereby **EXTENDED** for an additional sixty days, or through **February 13, 2026**. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**New Orleans, Louisiana, this 11th day of December, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 577.