UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Friday, March 6, 2026, at 9:00 a.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 3rd day of March, 2026.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**