MINUTE ENTRY
MORGAN, J.
March 6, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w<br>        18-8071, 18-8218,<br>        18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## MINUTE ENTRY

A video status conference was held on March 6, 2026, at 9:00 a.m., in the chambers of Judge Susie Morgan.

Present:   Lawrence Centola and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

Bruce Betzer, counsel for Plaintiffs, Larry Bernard, Sr. and Mona Bernard;

Calder Lamb and Peter Koeppel, counsel for Intervenor, Valeria Marie Exnicios Lamb;

John Paul, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

Blaise Hill, counsel for Defendant, Aptim Corp.

1

The Court and parties discussed the status of the settlement.

**IT IS ORDERED** that a video status conference is **SET** for **Friday, March 20, 2026, at 10:00 a.m.** The Court will provide the parties with the necessary information to participate.

New Orleans, Louisiana, this 6th day of March, 2026.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:02)

2