UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
| *Plaintiffs* | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al, | MAGISTRATE JUDGE NORTH |
| *Defendant* | |

**MOTION FOR IN CAMERA INSPECTION AND
REVIEW OF SENSITIVE IOLTA RECORDS IN SUPPORT OF
INTERVENOR'S PETITION FOR DECLARATORY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Intervenor, **VALERIE MARIE EXNICIOS LAMB**, appearing in her capacity as **Executrix and the sole universal heir of the Succession of Valery "Val" Patrick Exnicios**, Decedent, who respectfully submits this Motion for In Camera Inspection of Sensitive IOLTA Records in Support of Intervenor's Petition for Declaratory Judgment pursuant to Federal Rules of Civil Procedure Rules 26, and relevant jurisprudence.  Intervenor respectfully prays this Honorable Court grant a private review of the IOLTA Account Banking Records which were recently obtained by Intervenor.  The IOLTA banking records are central to the dispute between the parties and the records are relevant to resolve the matter.  Banking records, and especially IOLTA banking records, are sensitive and protected information.  IOLTA banking records contain privileged settlement and client data, some of which is not relevant to the instant dispute.  Due to the sensitive and protected character of IOLTA Accounts, and the corresponding risk to undersigned counsel if filed into the public record, Intervenor prays that this Honorable Court grant their motion for an In Camera Review in chambers at a time of the Court's convenience for the reasons that follow:

1.

During the March 6th, 2026 Hearing before Judge Morgan, Plaintiffs' Counsel stated that the Decedent did not contribute significantly to the financing of the above captioned litigation. Because of the death of Mr. Exnicios, and the alleged lack of financing, Plaintiffs' Counsel admitted in the Hearing that they have "cut out" Intervenor from the State Court Mass Action.

2.

Pursuant to a direction by the Honorable Judge Morgan, Intervenor located, requested, and recently received banking records of the IOLTA account of Decedent. In the IOLTA account decedent disbursed considerable funds in furtherance of the prosecution of the above captioned matter.

3.

IOLTA account records contain client settlements and banking information for the relevant time periods. This information is sensitive and protected. Pursuant to the Louisiana Rules of Professional Conduct, specifically Rule 1.6, and 1.15, undersigned counsel is not at liberty to file such information into the public record.

4.

The calculation of Decedent's financial disbursements towards the prosecution of the above captioned matter is central to resolving the dispute between Intervenor and Plaintiffs' Counsel.

5.

Federal Rules of Civil Procedure Rule 26 allows discovery of all information that is relevant and proportional to any claim. Pursuant to Federal Rules of Evidence Rule 501, and, the Louisiana Rules of Evidence Article 506, the information contained in the IOLTA banking records is privileged and protected.

6.

"[W]hen there is a sufficient evidentiary showing that an issue exists regarding the application of a privilege must the court utilize its discretion to determine whether in camera review is appropriate under the circumstances presented." *Thiele v. Harbor Freight Tools USA, Inc.*, No. CV 24-1716, 2025 WL 1000691, at *5 (E.D. La. Apr. 3, 2025) (citing *United States v. Newell*, 315 F.3d 510, 525 (5th Cir. 2002).

7.

Even redacted, the IOLTA banking records represent a risk to undersigned counsel if he files them in the public record, as they contain sensitive banking information and undersigned counsel may inadvertently release privileged and protected client data.  Due to the protected status of banking and client settlement information, Intervenor prays this Honorable Court apply its vast discretion in this matter and Grant an In Camera inspection of Decedent's IOLTA banking records.

WHEREFORE, Intervenor prays that the corresponding Judgement be signed, and this Honorable Court GRANT Intervenor's Motion for In Camera Inspection of Sensitive IOLTA Records in Support of Intervenor's Petition for Declaratory Judgment, and Order a time and place whereon Intervenor will appear with the relevant IOLTA banking records of Decedent.

Respectfully submitted,

 /s Calder H. Lamb_____
**CALDER H. LAMB** (#40425)
**PETER S. KOEPPEL** (#1465)
650 Poydras Street,
Suite 2150, New Orleans, Louisiana 70130

o:  504-598-1000
e:  clamb@koeppelllc.com
    psk@koeppelllc.com
***Attorney for Intervenor***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I electronically filed the foregoing and all supporting documents with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.

/s/Calder H. Lamb_____