UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK<br>*Plaintiffs* | CIVIL ACTION NO. 18-07889<br><br>SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al,<br>*Defendant* | MAGISTRATE JUDGE NORTH |

_____

**ORDER**

Considering the Motion for In Camera Inspection of Sensitive IOLTA Records in Support of Intervenor's Petition for Declaratory Judgment filed by Intervenor, the **Succession of Valery "Val" Patrick Exnicios, by and through the universal heir and independent executrix, Valerie Marie Exnicios Lamb** ("Exnicios"), and the law, the evidence, and the record herein,

IT IS ORDERED, ADJUDGED, AND DECREED that Intervenor's Motion for In Camera Inspection of Sensitive IOLTA Records in Support of Intervenor's Petition for Declaratory Judgment be, and is hereby, GRANTED.

The Court hereby Declares that:

Intervenor appear in chambers and present the IOLTA banking records records to the Honorable Judge Susie Morgan for on _____ day of _____, 2026 at ____:____, __.m.

New Orleans, Louisiana, this _____ day of _____, 2025.


_____
HON. SUSIE MORGAN, UNITED STATES DISTRICT JUDGE