**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**      Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**      Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

### ORDER

**IT IS ORDERED** that a video status conference is hereby scheduled for **Wednesday, April 1, 2026, at 3:00 p.m.** The Court has provided counsel with the link to participate.

New Orleans, Louisiana, this 31st day of March, 2026.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**