MINUTE ENTRY
MORGAN, J.
April 1, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK,    Plaintiff | CIVIL ACTION |
| VERSUS | NO.  18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL.,    Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

### MINUTE ENTRY AND SCHEDULING ORDER

A video status conference was held on April 1, 2026, at 3:00 p.m., in the chambers of

Judge Susie Morgan.

Present:    Seth Schaumburg, Lawrence Centola, and John Sileo, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;

                  Calder Lamb, counsel for Intervenor, Valerie Marie Exnicios Lamb; and

                  Michael Mims, counsel for Defendants, Waste Connections Bayou, Inc., Waste Connections US, Inc., and Louisiana Regional Landfill Company; and

                  John Baay, counsel for Defendant, Aptim Corp.

1

The Court and the parties discussed the Motion for Award of Attorneys' Fees filed by Class counsel.[1] Class counsel confirmed that the attorneys' fees from the settlement with Waste Connections and Aptim Corp. also will be placed into the settlement fund in the near future. The Court informed the parties that the disposition of all attorneys' fees will be determined at the evidentiary hearing on June 8, 2026.

In its last Minute Entry,[2] the Court stated it would issue a scheduling order setting forth the hearing and prehearing deadlines.[3]

Accordingly,

**IT IS ORDERED** that an evidentiary hearing on the Motion for Declaratory Judgment filed by Intervenor[4] and the Motion for Award of Attorneys' Fees filed by Class counsel[5] is set for **Monday, June 8, 2026, at 9:00 a.m.** in the courtroom of Judge Susie Morgan, Room C-316, 500 Poydras Street, New Orleans, Louisiana, 70130.

**IT IS FURTHER ORDERED** that an in-person prehearing conference is set for **Friday, May 22, 2026, at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Intervenor file a response in opposition to the Motion for Award of Attorneys' Fees by **Monday, April 20, 2026, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that class counsel file a reply in support of its Motion for Award of Attorneys' Fees by **Monday, April 27, 2026, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the parties shall exchange and file on the record witness and exhibit lists by **Monday, May 25, 2026, at 5:00 p.m.** Each witness must be identified by name, address, and a brief statement of his or her anticipated testimony. The

---

[1] R. Doc. 605.
[2] R. Doc. 604.
[3] *Id.* at p. 2.
[4] R. Doc. 588.
[5] R. Doc. 605.

listing of a witness as a representative of an entity is not sufficient. Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient. Counsel are responsible for ensuring that all exhibits listed have been exchanged.

**IT IS FURTHER ORDERED** that two (2) copies of all exhibits proposed to be used must be delivered to the Court by **Monday, June 1, 2026, at 5:00 p.m.**

**IT IS FURTHER ORDERED** that deadlines, cut-off dates, or other limits fixed herein may be extended only by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. **The hearing will not be continued, even on joint motion, absent good cause or compelling reason.** Likewise, the hearing will not be continued because of the unavailability of a witness. Counsel should anticipate such possibilities and be prepared to present testimony by written deposition, videotaped deposition, or by stipulation. If, however, a continuance of the hearing is granted, deadlines and cut off dates will be re-set by the Court.

**IT IS FURTHER ORDERED** that food and/or drink (including bottled water) shall be prohibited from the Section "E" courtroom (and any other designated "overflow" location); likewise, attendees shall refrain from chewing gum and wearing hats and/or sunglasses in the Section "E" courtroom and shall remove same upon entry. Eating, smoking, and/or reading newspapers or other impertinent books, magazines, etc. in the Section "E" courtroom is strictly prohibited.

**IT IS FURTHER ORDERED** that any attempt to comment on or portray (positively or negatively) an opinion of the evidence, a witness, the attorneys, or the position of any party to these court proceedings through physical gestures; facial expressions; audible reactions; or pre-planned, organized or orchestrated selection of attire in the courtroom,

shall be prohibited. Offenders shall summarily be excused from the courtroom, sanctioned, or both.

**IT IS FURTHER ORDERED** that the parties comply with the remaining prehearing deadlines in this case as follows:

| | |
|---|---|
| Intervenor's Response in Opposition to Motion for Attorneys' Fees filed on the record | **Monday, April 20, 2026, at 5:00 p.m.** |
| Class Counsel's Reply in Support of its Motion for Award of Attorneys' Fees filed on the record | **Monday, April 27, 2026, at 5:00 p.m.** |
| Prehearing Conference | **Friday, May 22, 2026, at 10:00 a.m.** |
| Parties must exchange and file on the record witness and exhibit lists<br><br>• Each witness must be identified by name and address, and must include a short statement of the witness's anticipated testimony. The listing of a witness as a representative of an entity is not sufficient.<br>• Exhibits must be Bates numbered. | **Monday, May 25, 2026, at 5:00 p.m.** |
| Two (2) copies of all exhibits proposed to be used must be delivered to the Court | **Monday, June 1, 2026, at 5:00 p.m.** |
| Evidentiary Hearing | **Monday, June 8, 2026, at 9:00 a.m.** |

**New Orleans, Louisiana, this 6th day of April, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:09)

4