**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ELIAS JORGE "GEORGE"　　　　　　　CIVIL ACTION
ICTECH-BENDECK, ET AL.,
　　　Plaintiffs

VERSUS　　　　　　　　　　　　　　NO.  18-7889
　　　　　　　　　　　　　　　　　　c/w 18-8071,
　　　　　　　　　　　　　　　　　　18-8218, 18-9312

WASTE CONNECTIONS　　　　　　　SECTION: "E" (5)
BAYOU, INC., ET AL.,
　　　Defendants

*Applies to: All Cases*

## ORDER

**IT IS ORDERED** that the conditional order of dismissal entered into this action on August 12, 2025,[1] is hereby **EXTENDED** for an additional sixty days, or through **June 11, 2026**. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**New Orleans, Louisiana, this 8th day of April, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 577.