UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICHTECH-BENDECK | CIVIL ACTION NO. 18-07889 |
| *Plaintiffs* | SECTION "E" |
| VERSUS | JUDGE MORGAN |
| PROGRESSIVE WASTE SOLUTIONS, et al, | MAGISTRATE JUDGE NORTH |
| *Defendant* | |

_____

### MOTION TO WITHDRAW INTERVENOR'S OPPOSITION TO MOTION FOR ATTORNEYS' FEES, MOTION FOR DECLARATORY JUDGMENT, AND PENDING OBJECTIONS

NOW INTO COURT, through undersigned counsel, comes Intervenor, VALERIE MARIE EXNICIOS LAMB, appearing in capacity as Executrix and sole universal heir of the Succession of Valery "Val" Patrick Exnicios ("Intervenor"), who respectfully moves this Honorable Court for an Order withdrawing the following filings from the record in the above-captioned matter, and in support thereof states as follows:

**1.** On May 26, 2026, Intervenor and Class Counsel executed a Settlement Agreement resolving all disputes concerning the allocation of attorneys' fees and reimbursement of litigation costs arising from the Jefferson Parish Settlement in this matter.

**2.** Pursuant to the terms of the Settlement Agreement, Intervenor has agreed to withdraw all pending motions, oppositions, and exceptions filed before this Court relating to the allocation of attorneys' fees from the Jefferson Parish Settlement.

**3.** Accordingly, Intervenor respectfully requests that this Court enter an Order withdrawing the following filings:

    a. Intervenor's Opposition to Class Counsel's Motion for Attorneys' Fees;

b.  Intervenor's Motion for Declaratory Judgment; and

c.  Any and all pending objections filed by Intervenor relating to the allocation of attorneys' fees arising from the Jefferson Parish Settlement.

4.      All parties have reserved their respective claims and defenses applicable to the *Crossman* matter for determination in State Court.

5.      Intervenor further advises the Court that, in light of the resolution reached, Intervenor has no objection to proceeding with the June 8, 2026 hearing date, as the discovery issues previously raised have been resolved through the settlement process.

6.      This Motion is made in accordance with the Court's directive of May 26, 2026, instructing counsel to file a proper motion to withdraw in the record.

**WHEREFORE**, Intervenor, the Estate of Val P. Exnicios, respectfully prays that this Honorable Court grant this Motion to Withdraw and enter an Order withdrawing Intervenor's Opposition to Class Counsel's Motion for Attorneys' Fees, Intervenor's Motion for Declaratory Judgment, and any and all pending objections filed by Intervenor relating to the allocation of attorneys' fees arising from the Jefferson Parish Settlement.

Respectfully submitted,

/s Calder H. Lamb_____
**CALDER H. LAMB** (#40425)
**PETER S. KOEPPEL** (#1465)
650 Poydras Street,
Suite 2150, New Orleans, Louisiana 70130
o:  504-598-1000
e:  clamb@koeppelllc.com
    psk@koeppelllc.com
*Attorney for Intervenor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26 day of May, 2026, a copy of the foregoing Motion to Withdraw was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Calder H. Lamb
_____
CALDER H. LAMB