**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**   Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**   Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

Considering the Ex Parte Motion to Withdraw filed by Intervenor,[1]

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court **WITHDRAW** the following record documents filed by Intervenor: (1) Opposition to Motion for Award of Attorneys' Fees in the Settlement with the Parish of Jefferson;[2] (2) Motion for Declaratory Judgment;[3] and (3) any and all pending objections filed by Intervenor relating to the allocation of attorneys' fees arising from the Jefferson Parish Settlement.

**IT IS FURTHER ORDERED** that all claims and defenses of the parties applicable to the Crossman matter are reserved for determination in Louisiana state court.

**New Orleans, Louisiana, this 27th day of May, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 611.
[2] R. Doc. 609.
[3] R. Doc. 588.