MINUTE ENTRY
MORGAN, J.
May 22, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, <br>     Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w <br> 18-8071, 18-8218, <br> 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL., <br>     Defendants | SECTION: "E" (5) |

*Applies to: All Cases*

## MINUTE ENTRY

A pre-hearing status conference was held on May 22, 2026, at 10:00 a.m., in the

chambers of Judge Susie Morgan.

> Present:    Douglas Hammel, Seth Schaumburg, Jason Landry, and Katherine Schaumburg, counsel for Plaintiff, Elias Jorge Ictech-Bendeck;
>
> Kacie Gray, counsel for Plaintiff, Savannah Thompson; and
>
> Calder Lamb, counsel for Intervenor, Valeria Marie Exnicios Lamb.

The Court and parties discussed the status of the settlement.

**New Orleans, Louisiana, this 4th day of June, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:00)