MINUTE ENTRY
MORGAN, J.
JUNE 8, 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK | | CIVIL ACTION |
| VERSUS | | NO. 18-7889 |
| | | c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL. | | |

*Applies to: ALL CASES*

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, JUNE 8, 2026 (9:13 a.m. – 9:25 a.m.)**

COURTROOM DEPUTY:  Brad Newell
COURT REPORTER:  Karen Ibos

APPEARANCES:  Lawrence J. Centola, III, Bruce Betzer, Kacie F. Gray, and Douglas S. Hammel for Plaintiffs

Michael C. Mims for Defendants Louisiana Regional Landfill Company, Waste Connections US, Inc., and Waste Connections Bayou, Inc.

**MOTION FOR AWARD OF ATTORNEYS' FEES IN THE SETTLEMENT BY PLAINTIFFS (R. Doc. 605)**

Arguments made by counsel.

Plaintiffs' Motion for Award of Attorneys' Fees in the Settlement (R. Doc. 605) was **GRANTED** by the Court.

Plaintiffs to submit a Proposed Judgment to the Court.

JS-10:  00:12