## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff | CIVIL ACTION |
| | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| VERSUS | |
| WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants | SECTION: "E" (5) |
| *Applies to: All Cases* | JUDGE: Morgan MAGISTRATE JUDGE: North |

## MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Elias Jorge "George" Ictech-Bendeck, Savannah Thompson, Nicole M. Landry-Boudreaux, Larry Bernard, Sr., and Mona Bernard ("Plaintiffs"), respectfully move this Court to dismiss Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., IESI LA Landfill Corporation, and Aptim Corp. ("Defendants") as parties-defendants herein with prejudice, with each party to bear its own costs, as all of Plaintiffs' claims against these defendants have been resolved by settlement. Plaintiffs reserve any and all rights which they may have against any other entity.

Plaintiffs respectfully request that the Court maintain jurisdiction over this action solely for the purpose of administering, supervising, construing, and enforcing the settlement agreement and disbursement of the settlement fund as to the settlement class's settlement with defendant Parish of Jefferson, as more fully set forth in the Court's order dated March 26, 2025 (ECF Doc. #545).

Undersigned counsel hereby certifies that he conferred with counsel for Defendants, who indicated that they do not oppose this motion.

**WHEREFORE**, Plaintiffs pray that this motion to dismiss with prejudice be granted.

Respectfully Submitted:

/s/ *Lawrence J. Centola, III*
Scott R. Bickford (#1165)
srb@mbfirm.com
Lawrence J. Centola, III (#27402)
ljc@mbfirm.com
Jason Z. Landry (#33932)
jzl@mbfirm.com
**MARTZELL BICKFORD & CENTOLA**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504)581-7635 – FACSIMILE

/s/ *Bruce C. Betzer*
Bruce C. Betzer (Bar No. 26800)
**THE LAW OFFICE OF BRUCE C. BETZER**
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
bruce@brucebetzer.com

/s/ *Douglas S. Hammel*
Douglas S. Hammel (Bar No. 26915)
**HAMMEL LAW FIRM, LLC**
3129 Bore Street
Metairie, LA 70001
Telephone: (504) 832-9942
Facsimile: (504) 304-9964
douglashammel@gmail.com

/s/ *Kacie F. Gray*
Anthony D. Irpino (#24727)
Louise C. Higgins (#31780)
Pearl Robertson (#34060)
Kacie F. Gray (#36476)
**IRPINO, AVIN & HAWKINS**
2216 Magazine Street

2

New Orleans, LA 70130
Ph. (504) 525-1500
Fax (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
kgray@irpinolaw.com

*/s/ John D. Sileo*
John D. Sileo (La Bar No. 17797)
**LAW OFFICE OF JOHN D. SILEO**
320 N. Carrollton Ave.,
Suite 101 New Orleans, LA 70119
(504) 486-4343
jack@johnsileolaw.com
casey@johnsileolaw.com

*/s/ Seth H. Schaumburg*
Seth H. Schaumburg (La Bar No. 24636)
**FAVRET DEMAREST RUSSO LUTKEWITE
& SCHAUMBURG**
1555 Poydras Street, Suite 1600
New Orleans, LA 70112
P: (504) 562-1006
F: (504) 523-0699
seth@favretlaw.com

**CLASS COUNSEL ON BEHALF OF THE CLASS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic case management system on this 16th day of June, 2026.

*/s/ Lawrence J. Centola, III*
**Lawrence J. Centola, III**

3