**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-7889 c/w       18-8071, 18-8218,       18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,**     Defendants | **SECTION: "E" (5)** |

*Applies to: All Cases*

## ORDER

Considering the Consent Motion to Dismiss with Prejudice;[1]

**IT IS ORDERED** that the Motion is **GRANTED** and that Louisiana Regional Landfill Company, Waste Connections Bayou, Inc., Waste Connections US, Inc., IESI LA Landfill Corporation, and Aptim Corp. are hereby dismissed from the above-captioned suit with prejudice, with each party to bear its own costs.

The Court shall maintain jurisdiction over this action solely for the purpose administering, supervising, construing, and enforcing the settlement agreement and disbursement of the settlement fund as to the settlement class's settlement with defendant Parish of Jefferson, as more fully set forth in this Court's Order dated March 26, 2025.[2]

**New Orleans, Louisiana, this 17th day of June, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 616.
[2] R. Doc. 545.