**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,** **Plaintiff** | **CIVIL ACTION** |
| | **NO. 18-7889** **c/w 18-8071,** **18-8218, 18-9312** |
| **VERSUS** | |
| **WASTE CONNECTIONS BAYOU, INC., ET AL.,** **Defendants** | **SECTION: "E" (5)** |
| *Applies to: All Cases* | **JUDGE: Morgan** **MAGISTRATE JUDGE: North** |

**ORDER APPROVING THE COURT-APPOINTED NEUTRALS**
**FINAL REPORT AND RECOMMENDATION NO. 3**

On consideration of the Final Report and Recommendation No. 3as filed by the Court-Appointed Neutrals, this Honorable Court finds that the Claims Program is concluded, and therefore,

**IT IS HEREBY ORDERED** that the request to approve the **FINAL REPORT AND RECOMMENDATION NO.3** as filed by the Court-Appointed Neutrals is hereby GRANTED.

**IT IS FURTHER ORDERED** that the remaining administrative fees and costs for the services of the CADA and Neutrals are hereby APPROVED, and the CADA is further directed to pay the invoices attached to the Motion as Exhibit(s) A and B out of the available funds in the Qualified Settlement Fund;

**IT IS FURTHER ORDERED** that the CADA is hereby directed to carry out any and all steps necessary to conclude the administration of the Qualified Settlement Fund, including, but not limited to filing a final tax return for the Fund along with any other administrative procedures it

deems necessary;

**IT IS FURTHER ORDERED** that the CADA is hereby directed to pay the balance of approximately $210,000 as payment to Class Counsel for the remaining amounts due for the twenty-five (25%) attorney's fees due Class Counsel;

**IT IS FURTHER ORDERED** that the CADA is hereby directed to hold any remaining settlement funds in the Qualified Settlement Fund pending further orders from this Court; and

**IT IS FURTHER ORDERED** that the CADA and Neutrals appointed by the Court in this matter are forever discharged and released from their respective obligations and duties relating to their appointment in this matter without delay.

**IT IS FURTHER ORDERED** that this case be dismissed.

New Orleans, Louisiana, this ____day of ________________, 2026.

______________________________________

THE HONORABLE SUZIE MORGAN
UNITED STATES DISTRICT COURT JUDGE