**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK,**<br>**Plaintiff** | **CIVIL ACTION** |
| | **NO. 18-7889**<br>**c/w 18-8071,**<br>**18-8218, 18-9312** |
| **VERSUS** | |
| **PROGRESSIVE WASTE SOLUTIONS OF LA, INC., ET AL.,**<br>**Defendants** | **SECTION: "E" (5)** |
| | **JUDGE: Morgan** |
| ***Applies to: All Cases*** | **MAGISTRATE JUDGE: North** |

**ORDER**

**CONSIDERING** the Motion to File Under Seal filed by Class Counsel and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker,

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is GRANTED, and Exhibit A to Report and Recommendation No. 1 is hereby filed under seal until further order of this Court.

New Orleans, Louisiana, this ____________ day of August, 2026.

______________________________________

HONORABLE SUSIE MORGAN