UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff | CIVIL ACTION |
| VERSUS | NO. 18-7889 c/w 18-8071, 18-8218, 18-9312 |
| WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants | SECTION: "E" (5) |
| *Applies to: All Cases* | JUDGE: Morgan<br>MAGISTRATE JUDGE: North |

**FINAL REPORT AND RECOMMENDATIONNO._ 3**
**OF THE COURT-APPOINTED NEUTRALS ON THE SETTLEMENT FUND**

**NOW INTO COURT**, comes the undersigned Court Appointed Neutrals, Wm. Allen Schafer, Francis J. Lobrano, Brigid E. Collins and Allysson Mills, who respectfully submit this Final Report No. 3 to this Honorable Court for its consideration and approval by representing as follows:

1.

On April 16, 2025, the reserves established for the distribution of the Settlement Fund was approved by Order (Doc. 549) of this Court.

2.

Pursuant to an Order ( Doc. 575) dated August 4, 2025, this Court approved Report and Recommendations No. 2 as submitted by the Neutrals on allocation of the Settlement Fund and distribution model for claims filed in this matter.

3.

The following summarizes the claims filed in this matter:

a. 12,366 claims were received;

b. 5,226 were declared fraudulent;

c. 7,407 claims were filed, of which 7, 140 claims were filed timely, while 267 claims were received after the Mach 2025, claim deadline, but were ultimately accepted and processed;

d. 4,441 claims were approved as eligible;

e. 1,121 claims were denied for being outside designated claim zone.

4.

Shortly thereafter, the Court Appointed Disbursing Agent (CADA) commenced evaluation of the claims filed and distribution of payments to all eligible Claimants.

5.

The CADA has provided the Neutrals the following summary of activities and ending balance of the Settlement Fund Account as of July 31, 2026.

| CATEGORY | AMOUNT |
|---|---|
| **Gross Settlement Amount** | **$4,500,000.00** |
| Claimant Award Reserve | $2,250,000.00 |
| Administrative Reserves | $2,250,000.00 |
| Class Representative Awards | $80,000.00 |
| Total Cleared Payments | $ [illegible] |
| 4 Eligible Payments outstanding (as of August 7, 2026) | $1,856.17 |
| **Remaining Balance** | $[illegible] |

| | |
|---|---|
| Interest Earned | $ |
| **Unallocated Funds** | $ |
| Future Claim Deficiency Reserve | $ |
| **Settlement Fund Balance** | **$226,191.43** |

6.

As of August 7, 2026, the CADA has indicated that all payments to eligible claimants have cleared the settlement fund account with the exception of four (4) claim payments totaling $1,856.17 which have not cleared the account and remain outstanding. However, it is anticipated that these payments should clear the bank account by the date of filing this report. Nevertheless, in the event that any of payments remain outstanding following the expiration of 30 days following the Court's entry of an Order approving this report, it is recommended that all such outstanding payments be deemed invalid and their payments cancelled with those funds allocated with the balance of the settlement funds.

7.

Following the clearing of these last payments, the Settlement Fund will have been depleted of nearly all funds allocated to the Claimant Reserve for awards. As such, no further claim evaluation or processing remains to be completed by the CADA and Neutrals.

8.

There remain certain administrative fees and costs outstanding for the Neutrals and CADA services associated with the final closing out process of the Settlement Fund. Attached hereto as Exhibit(s) A and B are final invoices of the CADA and Neutrals for their remaining fees and costs that are necessary to conclude the administration of the Settlement Fund in this matter, including,

but not limited to, filing a final tax return for the Qualified Settlement Fund for the year 2026.

9.

On June 8, 2026, this Honorable Court awarded Class Counsel a 25% attorney fee (Rec. Doc. ). The total settlement amount with Jefferson Parish was $4.5 million. Therefore, the total attorney fee is $1,125,000. As discussed with the Court at the June 8, 2026 hearing, Class Counsel is aware that, after case costs, administration costs and class awards, there will not be $1,125,000 left in the settlement fund. To date, there has been a distribution of $500,000 to Class Counsel for attorneys fees. Thus, Class Counsel is still owed $625,000 in fees.

10.

After payment of these remaining administrative fees and costs for the CADA and Neutrals, it is recommended that the balance in the Settlement Fund of approximately $210,000 should be distributed to Class Counsel as attorney fees by this Honorable Court.

11.

Accordingly, and unless this Honorable Court further requires the services of the CADA and/or the Neutrals, it is the recommendation of the Neutrals that this Court authorize and direct the Court Appointed Disbursing Agent (CADA) to conclude any further claims processing, and pay all remaining administrative fees and costs incurred on Exhibit(s) A and B attached hereto.

**WHEREFORE**, the undersigned Neutrals respectfully request an Order from this Honorable Court for the following:

1. Approving this Final Report and Recommendations No. 3 on the Qualified Settlement Fund;
2. Approving the invoices attached hereto as Exhibit(s) A and B, and further authorizing the CADA to pay said invoices out of the available funds in the Qualified Settlement

Fund;

3. Authorizing and directing the CADA and Neutrals to carry out any and all steps necessary to conclude the administration of the Qualified Settlement Fund, including, but not limited to filing a final tax return for the Fund;
4. Directing the CADA to pay the balance of approximately $210,000 as payment to Class Counsel for the remaining amounts due for the twenty-five (25%) attorney's fees due Class Counsel;
5. Directing the Cada to hold any remaining settlement funds in the Qualified Settlement Fund pending further orders from this Honorable Court; and
6. Releasing and forever discharging the CADA and Neutrals from their respective obligations and duties relating to their appointment in this matter without delay.

Respectfully Submitted:

By: *William Allen Schafer*
WM. ALLEN SCHAFER (Bar No. 28989)
FRANCIS J. LOBRANO (Bar No. 20662)
BRIGID E. COLLINS (Bar No. 28538)
ALYSSON MILLS (Bar No. 32904)
147 Keating Drive
Post Office Box 208
Belle Chasse, Louisiana 70037
Phone: 504-433-3100
Fax: 504-433-3103
Email: Schafer@carverdarden.com
On Behalf of the Court Appointed Neutrals

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court using the CM/ECF system, which then send notification of such filing to all counsel of record.

*William Allen Schafer*
WM. ALLEN SCHAFER

EXHIBIT A

EISNERAMPER

| PREPARED FOR: | PREPARED BY: |
|---|---|
| Larry Centola, Esq.<br>*Martzell, Bickford & Centola* | Brad Madden<br>Director<br>(225) 663-1215<br>bradley.madden@eisneramper.com<br>Legal Administration Services<br>EAG Gulf Coast LLC^ |

**Case Name**: *Bendeck v. Waste Connections Bayou Inc. - JP Settlement*
**Project Description**: QSF Management and Disbursement

| Estimate Summary | Cost Estimate |
|---|---|
| *Website Maintenance* | $ 1,500 |
| *Claimant Support & Communications* | $ 450 |
| *P.O. Box Renewal and Monitoring* | $ 590 |
| *Distributions and Reporting* | $ 3,450 |
| *Planning, Administration & Management* | $ 1,940 |
| **Total Estimated Project Costs:** | **$ 7,930** |

| Case Website | Volume | Unit | Estimated Unit Cost | Cost Estimate |
|---|---|---|---|---|
| Monthly Website Hosting | 6 | Month | $ 250 | $ 1,500 |
| | | | **Subtotal:** | **$ 1,500** |

| Claimant Support and Communications | Volume | Unit | Estimated Unit Cost | Cost Estimate |
|---|---|---|---|---|
| IVR Monthly Maintenance Charge | 6 | Months | $ 75 | $ 450 |
| | | | **Subtotal:** | **$ 450** |

| P.O. Box Renewal and Monitoring | Volume | Unit | Estimated Unit Cost | Cost Estimate |
|---|---|---|---|---|
| P.O. Box Renewal and Monitoring | 1 | Annual | $ 590 | $ 590 |
| | | | **Subtotal:** | **$ 590** |

| Distributions and Tax Reporting | Volume | Unit | Estimated Unit Cost | Cost Estimate |
|---|---|---|---|---|
| Re-Issue Processing Fee Minimum | 1 | Minimum Fee | $ 1,200 | $ 1,200 |
| Bank Account Reconciliations and Reviews | 6 | Months | $ 250 | $ 1,500 |
| QSF Tax Filings | 1 | Years | $ 750 | $ 750 |
| | | | **Subtotal:** | **$ 3,450** |

| Project Management | Volume | Unit | Estimated Unit Cost | Cost Estimate |
|---|---|---|---|---|
| Planning, Administration, & Management | 8 | Hours | $ 155 | $ 1,240 |
| Court/Settlement/Process Reporting | 4 | Hours | $ 175 | $ 700 |
| | | | **Subtotal:** | **$ 1,940** |

**Estimated Project Cost (incl. postage): $ 7,930**

EXHIBIT B

CARVER, DARDEN,
KORETZKY, TESSIER, FINN,
BLOSSMAN & AREAUX LLC

ENERGY CENTRE • 1100 POYDRAS ST.• SUITE 3100 • NEW ORLEANS, LA 70163
TELEPHONE (504) 585-3800 • FACSIMILE (504) 585-3801
FEDERAL TAX ID# 72-1259996

Page: 1
August 21, 2026
File No: 7475-70963M
Invoice No: 287346

Lawrence C. Centola, Jr
MARTZELL BICKFORD & CENTOLA
338 Lafayette Street
New Orleans LA 70130

Attn: Lawrence C. Centola, Jr

Progressive Waste Solutions of LA, LLC Class Administration Neutrals/Special Masters
Billing Atty: William A. Schafer

| | | | Hours | |
|---|---|---|---|---|
| 08/03/2026 | WAS | Teleconference with Brad on remaining funds. Begin preparing draft of final report. Follow up call with Centola on final report. | 1.85 | 647.50 |
| 08/04/2026 | WAS | Numerous Teleconferences with class counsel and CADA regarding final report. Review spreadsheets from CADA on distributions and remaining funds. Begin preparing draft of final report. | 3.75 | 1,312.50 |
| 08/06/2026 | WAS | Continue working on draft of Final Report. | 2.65 | 927.50 |
| 08/07/2026 | WAS | Legal research and comprehensive review of pleadings, files, etc. in preparation of final report. Continue drafting and revising final report. | 3.85 | 1,347.50 |
| 08/10/2026 | WAS | Receipt and review of updated financial account information on Settlement Fund from CADA. Continue drafting final report for filing. | 3.35 | 1,172.50 |
| 08/11/2026 | WAS | Review final report and research case index and pleadings through PACER system for updated activities. Continue making additional revisions. | 2.85 | 997.50 |
| 08/12/2026 | WAS | Make final revisions to Final Report and circulate to class counsel and CADA for review and comments. | 3.15 | 1,102.50 |
| | | For Current Services Rendered | 21.45 | 7,507.50 |

Recapitulation

| Name | Title | Hours | Rate | Total |
|---|---|---|---|---|
| William Allen Schafer | Of Counsel | 21.45 | $350.00 | $7,507.50 |

| | | |
|---|---|---|
| 04/07/2026 | Other chargeable expense: Francis J Lobrano - Pacer Charges | 15.20 |
| | Total Advances | 15.20 |
| | Current Fees and Expenses | 7,522.70 |
| | Current Amount Due | $7,522.70 |

*Please reference our invoice no. on your payment*