**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELIAS JORGE "GEORGE" ICTECH-BENDECK, Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7889 c/w 18-8071, 18-8218, 18-9312** |
| **WASTE CONNECTIONS BAYOU, INC., ET AL., Defendants** | **SECTION: "E" (5)** |

***Applies to: All Cases***

**ORDER**

Considering the Motion to File Under Seal filed by Class Counsel and Class Representatives, Elias Jorge "George" Ictech-Bendeck, Nicole M. Landry-Boudreaux, Mona Bernard, Robyn Crossman, Kayla Anne Steele, Phil Adams, Ann Williams and Ophelia Walker;[1]

**IT IS HEREBY ORDERED** that the Motion to File Under Seal is **GRANTED**, and Report and Recommendation No. 3 therein is hereby filed under seal until further order of this Court.

**IT IS FURTHER ORDERED** that the prior Motion to File Under Seal[2] is **DENIED AS MOOT**.

**New Orleans, Louisiana, this 28th day of August, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. 620.
[2] R. Doc. 619.